AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiff(s)*<br><br>v.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi.<br>*Defendant(s)* | Civil Action No. 4:22cv62-MPM-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STATE BOARD OF ELECTION COMMISSIONERS
Care of Michael Watson, Secretary of State
Secretary of States's Office, 125 S Congress St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi.

*Defendant(s)*

Civil Action No. 4:22cv62-MPM-JMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TATE REEVES in his official capacity as Governor of Mississippi
550 High St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi.

*Defendant(s)*

Civil Action No. 4:22cv62-MPM-JMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LYNN FITCH in her official capacity as Attorney General of Mississippi
550 High St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, <br><br> *Plaintiff(s)* <br> v. <br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi. <br> *Defendant(s)* | Civil Action No. 4:22cv62-MPM-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL WATSON in his official capacity as Secretary of State of Mississippi
125 S Congress St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*