DocuSign Envelope ID: 5E8C85D6-B9B5-467E-95A7-5EBC80D8592B

FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

Dyamone White et al.                    Plaintiff

v.                                                    CIVIL ACTION
                                                      NO.          4:22-cv-62

State Board of Election Commissioners et al.          Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:            Bradley E. Heard

      Firm Name:       Southern Poverty Law Center

      Office Address:  150 E. Ponce de Leon Ave., Suite 340

      City:            Decatur          State    GA       Zip    30030

      Telephone:       470-989-5426     Fax:

      E-Mail:          bradley.heard@splcenter.org

(B)   Client(s):       Dyamone White, Derrick Simmons, Ty Pinkins, Constance Olivia Slaughter Harvey-Burwell

      Address:         c/o ACLU of Mississippi, 101 South Congress Street

      City:            Jackson          State    MS       Zip    39201

      Telephone:       601-354-8882     Fax:

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)    I am admitted to practice in the:

☑    State of _Georgia_

☐    District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Georgia
Nathan Deal Judicial Center
330 Capitol Avenue, S.E.
1st Floor, Suite 1100
Atlanta, Georgia 30334
Phone: (404) 656-3470
https://www.gasupreme.us/

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|

Please see attached Exhibit 2.

|  | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ◯ | ⦿ |
|  | Have you had admission pro hac vice revoked in this state? | ◯ | ⦿ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ◯ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  | | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ◯ | ⦿ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

| | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

DocuSign Envelope ID: 5E8C85D6-B0B5-467E-95A7-5EBCB0D8502B

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court               Style of Case

|  |  |  | Yes | No |
|---|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | | ● | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | | ● | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Jade Morgan, MS Bar No. 105760

Firm Name:   Southern Poverty Law Center

Office Address:  111 E. Capitol Street, Suite 280

City:  Jackson            State:  MS      Zip: 39201

Telephone:  (601) 948-8882      Fax:  (601) 948-8885

Email address:  jade.morgan@splcenter.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with
Applicant in this matter and to the appearance as attorney of record with Applicant.



DocuSigned by:

*Jade Morgan*

F5B45017B49940D

Resident Attorney

I certify that the information provided in this Application is true and correct.

_4/28/2022_          *Bradley E. Heard*
Date                    Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the ___29___ day of ___April___, 20_22_.

DocuSigned by:

*Jade Morgan*

F5B45017B49940D

Resident Attorney

6

DocuSign Envelope ID: 5E8C85D6-B9B5-467E-95A7-5EBC80D8592B

# Exhibit 1

# Supreme Court
# State of Georgia
### NATHAN DEAL JUDICIAL CENTER
## Atlanta 30334

April 21, 2022

I hereby certify that Bradley Erik Heard, Esq., was admitted on the 12th day of

November, 1996, as a member of the bar of the Supreme Court of Georgia, the highest

court of this State; and, since that date he has been and is now a member of this bar in

good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court

hereto affixed the day and year first above written.



_____, Clerk

DocuSign Envelope ID: 5E8C85D6-B9B5-467E-95A7-5EBC80D8502B

# Exhibit 2

DocuSign Envelope ID: 5E8C85D6-B9B5-467E-8BA7-EEB6B0D9592B

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State of Georgia | 11/04/1995 |
| Northern District of Georgia | 12/16/1996 |
| Middle District of Georgia | 09/03/1998 |
| Supreme Court of Georgia | 11/12/1996 |
| Court of Appeals of Georgia | 11/12/1996 |
| District of Colorado | 02/13/2009 |
| D.C. | 05/04/1998 |
| District of D.C. | 03/21/2012 |
| Eastern District of Michigan | 09/30/2008 |
| U.S. Court of Appeals for the Fourth Circuit | 01/03/1996 |
| U.S. Court of Appeals for the Sixth Circuit | 10/28/2008 |
| U.S. Court of Appeals for the Eleventh Circuit | 04/26/2022 |