Form 6 (ND/SD Miss. Dec. 2016)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Dyamone White et al.      Plaintiff

v.     CIVIL ACTION NO. 4:22-cv-62

State Board of Election Commissioners et al.     Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Liza Weisberg

Firm Name: Southern Poverty Law Center

Office Address: 150 E. Ponce de Leon Ave., Suite 340

City: Decatur    State: GA    Zip: 30030

Telephone: 601-760-8141    Fax:

E-Mail: liza.weisberg@splcenter.org

(B) Client(s): Dyamone White, Derrick Simmons, Ty Pinkins, Constance Olivia Slaughter Harvey-Burwell

Address: c/o ACLU of Mississippi, 101 South Congress Street

City: Jackson    State: MS    Zip: 39201

Telephone: 601-354-8882    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)      I am admitted to practice in the:



☑    State of New York

☐    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of the State of New York
Appellate Division, First Judicial Department
27 Madison Avenue
New York, NY 10010-2201
Phone: (212) 340-0400
https://www.nycourts.gov/COURTS/AD1/

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State of New Jersey | 2017 |
| U.S. Court of Appeals for the Third Circuit | 2018 |
| U.S. District Court, District of New Jersey | 2018 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ◯ | ⊗ |
|  | Have you had admission pro hac vice revoked in this state? | ◯ | ⊗ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ◯ | ⊗ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ◯ | ⊗ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | | Yes | No |
|-----|-----|-|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Jade Morgan, MS Bar No. 105760

Firm Name:   Southern Poverty Law Center

Office Address:   111 E. Capitol Street, Suite 280

City: Jackson          State: MS     Zip: 39201

Telephone: (601) 948-8882     Fax: (601) 948-8885

Email address: jade.morgan@splcenter.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.



_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

4/28/22
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 29 day of April, 20 22.

_____
Resident Attorney

# Exhibit 1



*Appellate Division of the Supreme Court of the State of New York*

*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

*Liza Freedman Weisberg*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 3, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 20, 2022.

*Clerk of the Court*

CertID-00063032