AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi.

*Defendant(s)*

Civil Action No. 4:22cv62-MPM-JMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STATE BOARD OF ELECTION COMMISSIONERS
Care of Michael Watson, Secretary of State
Secretary of States's Office, 125 S Congress St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22cv62-MPM-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **State Board of Elections Commissioners c/o Secretary of State**
was received by me on *(date)* **04/26/2022**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Brandi Mitchell**, who is designated by law to accept service of process on behalf of *(name of organization)* **State Board of Election Commissioners** on *(date)* **04/26/2022**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **50.00** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **04/26/2022**

_____
Server's signature

**Dorall Cort** — Server
Printed name and title

**P.O. Box 23382, Jxn MS, 39225**
Server's address

Additional information regarding attempted service, etc:

Attachment to Summons

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>Lakyn Collier (Miss. Bar No. 106224)<br>Vara Lyons*<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br>JTom@aclu-ms.org<br>Lcollier@aclu-ms.org<br>VLyons@aclu-ms.org<br><br>SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood*<br>Isaac Rethy*<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>irethy@stblaw.com<br><br>ACLU FOUNDATION<br>Ari J. Savitzky*<br>Samantha Osaki*<br>Sophia Lin Lakin*<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br>asavitzky@aclu.org<br>sosaki@aclu.org<br>slakin@aclu.org<br><br>Patricia Yan*<br>915 15th Street NW<br>Washington, DC 20005<br>(202) 457-0800<br>pyan@aclu.org | SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>Leslie Faith Jones (Miss. Bar No. 106092)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>jade.morgan@splcenter.org<br>leslie.jones@splcenter.org<br><br>Bradley E. Heard*<br>Liza Weisberg*<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>bradley.heard@splcenter.org<br>liza.weisberg@splcenter.org<br><br><br>*Attorneys for Plaintiff*<br><br>* Pro Hac Vice Forthcoming |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi.

*Defendant(s)*

Civil Action No. 4:22cv62-MPM-JMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TATE REEVES in his official capacity as Governor of Mississippi
550 High St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22cv62-MPM-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MS Attorney General Office
was received by me on *(date)* 04/26/2022 · For Governor Tate Reeves

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Fitch , who is
designated by law to accept service of process on behalf of *(name of organization)* Tate
Reeves, Governor on *(date)* 04/26/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/26/2022

*Server's signature*

Darrell Cart Segur
*Printed name and title*

P.O. Box 23821, Jxn, Ms
*Server's address*
39225

Additional information regarding attempted service, etc:

Attachment to Summons

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>Lakyn Collier (Miss. Bar No. 106224)<br>Vara Lyons*<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br>JTom@aclu-ms.org<br>Lcollier@aclu-ms.org<br>VLyons@aclu-ms.org<br><br>SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood*<br>Isaac Rethy*<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>irethy@stblaw.com<br><br>ACLU FOUNDATION<br>Ari J. Savitzky*<br>Samantha Osaki*<br>Sophia Lin Lakin*<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br>asavitzky@aclu.org<br>sosaki@aclu.org<br>slakin@aclu.org<br><br>Patricia Yan*<br>915 15th Street NW<br>Washington, DC 20005<br>(202) 457-0800<br>pyan@aclu.org | SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>Leslie Faith Jones (Miss. Bar No. 106092)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>jade.morgan@splcenter.org<br>leslie.jones@splcenter.org<br><br>Bradley E. Heard*<br>Liza Weisberg*<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>bradley.heard@splcenter.org<br>liza.weisberg@splcenter.org<br><br><br>*Attorneys for Plaintiff*<br><br>* Pro Hac Vice Forthcoming |



ATTORNEY GENERAL

March 20, 2020

## Notice

## Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public. As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B). Summonses and subpoenas to be served on the Attorney General's Office Should be placed in this lockbox.

The Capitol Police will not provide an acknowledgment of service. However, you may take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency. Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day. If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney General Doug Miracle at 601-359-5654 or **doug.miracle@ago.ms.gov**.

Lynn Fitch
ATTORNEY GENERAL

Summons Receipt

Received Date: 4/26 2022  Time: 1339

Capitol Police: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi.

*Defendant(s)*

Civil Action No. 4:22cv62-MPM-JMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LYNN FITCH in her official capacity as Attorney General of Mississippi
550 High St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer K. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22cv62-MPM-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MS Attorney General Office

was received by me on *(date)* 04/26/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynn Fitch, who is designated by law to accept service of process on behalf of *(name of organization)* MS Attorney General Office on *(date)* 04/26/2022 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/26/2022

Donald Cott
Server's signature

Donald Cott Server
Printed name and title

P.O. Box 23821, Jxn MS 39220
Server's address

Additional information regarding attempted service, etc:





Attachment to Summons

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>Lakyn Collier (Miss. Bar No. 106224)<br>Vara Lyons*<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br>JTom@aclu-ms.org<br>Lcollier@aclu-ms.org<br>VLyons@aclu-ms.org<br><br>SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood*<br>Isaac Rethy*<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>irethy@stblaw.com<br><br>ACLU FOUNDATION<br>Ari J. Savitzky*<br>Samantha Osaki*<br>Sophia Lin Lakin*<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br>asavitzky@aclu.org<br>sosaki@aclu.org<br>slakin@aclu.org<br><br>Patricia Yan*<br>915 15th Street NW<br>Washington, DC 20005<br>(202) 457-0800<br>pyan@aclu.org | SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>Leslie Faith Jones (Miss. Bar No. 106092)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>jade.morgan@splcenter.org<br>leslie.jones@splcenter.org<br><br>Bradley E. Heard*<br>Liza Weisberg*<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>bradley.heard@splcenter.org<br>liza.weisberg@splcenter.org<br><br><br>*Attorneys for Plaintiff*<br><br>* Pro Hac Vice Forthcoming |



ATTORNEY GENERAL

March 20, 2020

## Notice

## Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public. As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B). Summonses and subpoenas to be served on the Attorney General's Office Should be placed in this lockbox.

The Capitol Police will <u>not</u> provide an acknowledgment of service. However, you may take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency. Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day. If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney General Doug Miracle at 601-359-5654 or **doug.miracle@ago.ms.gov.**

*Lynn Fitch*
ATTORNEY GENERAL

Summons Receipt

Received Date: 4/26 2022  Time: 1337

Capitol Police: ____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi; MICHAEL WATSON in his official capacity as Secretary of State of Mississippi.
*Defendant(s)*

Civil Action No. 4:22cv62-MPM-JMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL WATSON in his official capacity as Secretary of State of Mississippi
125 S Congress St, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: April 25, 2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22cv62-MPM-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Watson - Secretary of State of MS
was received by me on *(date)* 04/26/2022

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brandi Mitchell, who is designated by law to accept service of process on behalf of *(name of organization)* Michael Watson, Secretary of State of MS on *(date)* 04/26/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/26/2022

_____
Server's signature

Parcell Cort    Server
Printed name and title

P.O. Box 23821, Jxn MS 39225
Server's address

Additional information regarding attempted service, etc:

Attachment to Summons

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>Lakyn Collier (Miss. Bar No. 106224)<br>Vara Lyons*<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br>JTom@aclu-ms.org<br>Lcollier@aclu-ms.org<br>VLyons@aclu-ms.org<br><br>SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood*<br>Isaac Rethy*<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>irethy@stblaw.com<br><br>ACLU FOUNDATION<br>Ari J. Savitzky*<br>Samantha Osaki*<br>Sophia Lin Lakin*<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br>asavitzky@aclu.org<br>sosaki@aclu.org<br>slakin@aclu.org<br><br>Patricia Yan*<br>915 15th Street NW<br>Washington, DC 20005<br>(202) 457-0800<br>pyan@aclu.org | SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>Leslie Faith Jones (Miss. Bar No. 106092)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>jade.morgan@splcenter.org<br>leslie.jones@splcenter.org<br><br>Bradley E. Heard*<br>Liza Weisberg*<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>bradley.heard@splcenter.org<br>liza.weisberg@splcenter.org<br><br><br>*Attorneys for Plaintiff*<br><br>* Pro Hac Vice Forthcoming |