**List of Bar Admissions**
Supreme Court of the Unites States (9/1/06 - Present)
New York State (5/1/95 - present)
U.S. District Court - Southern District of NY (7/9/96 - Present)
U.S. District Court - Eastern District of NY (8/1/96 - Present)
U.S. District Court - Northern District of NY (1/3/97 - Present)
U.S. District Court - Western District of NY (3/15/21 - Present)
U.S. District Court - Eastern District of Michigan (1/11/22 -  Present)
U.S. District Court - District of Colorado (9/5/12 - Present)
U.S. District Court - District of Columbia (6/7/21 - Present)
U.S. Court of Appeals for the Second Circuit (12/28/05 - Present)
U.S. Court of Appeals for the Third Circuit (8/19/11 - Present)
U.S. Court of Appeals for the Fourth Circuit (7/23/12 - Present)
U.S. Court of Appeals for the Fifth Circuit 2/18/03 - Present)
U.S. Court of Appeals for the Seventh Circuit (5/10/13 - Present)
U.S. Court of Appeals for the Eighth Circuit (12/11/12 - Present)
U.S. Court of Appeals for the Ninth Circuit (3/14/16 - Present)
U.S. Court of Appeals for the Tenth Circuit (10/6/21 - Present)
U.S. Court of Appeals for the Eleventh Circuit (10/14/21 - Present)
U.S. Court of Appeals for the DC Circuit (2/15/07 - Present)