**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DYAMONE WHITE; DERRICK SIMMONS;
TY PINKINS; CONSTANCE OLIVIA SLAUGHTER
HARVEY-BURWELL**            **PLAINTIFFS**

**V.**            **NO. 4:22-cv-62-DMB-JMV**

**STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES in his official capacity as Governor of
Mississippi; LYNN FITCH in her official capacity as
Attorney General of Mississippi; MICHAEL WATSON
in his official capacity as Secretary
of State of Mississippi**            **DEFENDANTS**

### ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE

The court has considered the motion for admission of attorney Isaac Rethy as counsel *pro hac vice* on behalf of the Plaintiffs. Upon due consideration of this motion and review of the record in this cause, the court finds that the requirements of L. U. Civ. R. 83.1(d) have been met, and the motion should be **GRANTED**.

However, admission *pro hac vice* **shall be conditioned** upon the completion of the process of registration to be served electronically with orders and notices from the court and electronically filing a Notice of Attorney Appearance.

**Failure to comply with these additional requirements will result in revocation of admission *pro hac vice***. If counsel has not already completed the registration process, counsel shall do so within **five (5) business days** of the date of this order.

Finally, prior to the completion of electronic registration, it remains the responsibility of **local counsel** to notify counsel admitted by this order of all filings with the court in this action including this order.

**SO ORDERED**, this the 11th day of May, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**