AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| DYAMONE WHITE, et al.<br>*Plaintiff*<br>v.<br>STATE BD. OF ELECTION COMM'RS, et al.<br>*Defendant* | Case No. 4:22-cv-62-DMB-JMV |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dyamone White, Derrick Simmons, Ty Pinkins, and Constance Olivia Slaughter Harvey-Burwell.

Date: 05/11/2022

s/ Bradley E. Heard
*Attorney's signature*

Bradley E. Heard
*Printed name and bar number*

Southern Poverty Law Center
150 E Ponce de Leon Ave Ste 340
Decatur, GA 30030
*Address*

bradley.heard@splcenter.org
*E-mail address*

(470) 989-5426
*Telephone number*

(404) 221-5847
*FAX number*