IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL**           **PLAINTIFFS**

**VS.**           **CIVIL ACTION NO. 4:22-cv-00062-DMB-JMV**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi*; **LYNN FITCH** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi*           **DEFENDANTS**

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

THIS CAUSE having come before the Court on the motion of the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, (hereinafter collectively "Defendants") for a 30-day extension of time to respond to Plaintiffs' Complaint, said motion appearing as Dkt. #20, and the Court, having considered the same and finding that the motion is unopposed, and otherwise being fully advised in the premises, finds that said motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants' motion for a 30-day extension of time to respond to Plaintiffs' Complaint [Dkt. #20] be and the same hereby is **GRANTED**, and Defendants shall have until and including Thursday, June 16, 2022, to file/serve their answer(s) or other response(s) to Plaintiffs' Complaint.

**SO ORDERED AND ADJUDGED**, this the 12th day of May, 2022.

/s/ Jane M. Virden<br>U.S. MAGISTRATE JUDGE

PRESENTED BY:

REX M. SHANNON III (MSB #102974)
Special Assistant Attorney General
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI