# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | Case No. 4:22-cv-00062-DMB-JMV<br><br>**ENTRY OF APPEARANCE** |

Please take notice that Jonathan K. Youngwood of Simpson Thacher & Bartlett LLP hereby enters his appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 16th day of May, 2022.

/s/ *Jonathan K. Youngwood*
Jonathan K. Youngwood*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
*jyoungwood@stblaw.com*

**admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Jonathan K. Youngwood, hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood