# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 4:22-cv-62-DMB-JMV<br><br>ENTRY OF APPEARANCE |

Please take notice that Bradley E. Heard of the Southern Poverty Law Center hereby enters his appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 17th day of May, 2022.

/s/ *Jade O. Morgan*
Jade O. Morgan
(MS Bar No. #105760)
Southern Poverty Law Center
Jackson, MS 39201
(601) 948-8882
jade.morgan@splcenter.org

/s/ *Bradley E. Heard*
Bradley E. Heard*
Southern Poverty Law Center
150 E. Ponce de Leon Ave. Ste 340
Decatur, GA 30030
(470) 989-5426
bradley.heard@splcenter.org
*admitted pro hac vice

## **CERTIFICATE OF SERVICE**

    I, Bradley E. Heard, hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

                                            */s/ Bradley E. Heard*
                                            Bradley E. Heard*
                                            Southern Poverty Law Center
                                            150 E. Ponce de Leon Ave. Ste 340
                                            Decatur, GA 30030
                                            (470) 989-5426
                                            bradley.heard@splcenter.org
                                            *admitted pro hac vice