# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 4:22-cv-62-DMB-JMV<br><br>ENTRY OF APPEARANCE |

Please take notice that Jonathan K. Youngwood of Simpson Thacher & Bartlett LLP hereby enters his appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 17th day of May, 2022.

| | |
|---|---|
| /s/ *Joshua F. Tom*<br>Joshua F. Tom<br>Miss. Bar No. 105392<br>ACLU of Mississippi<br>P.O. Box 2242<br>Jackson, MS 39225<br>(601) 354-3408<br>jtom@aclu-ms.org | /s/ *Jonathan K. Youngwood*<br>Jonathan K. Youngwood*<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>(212) 455-2000<br>*jyoungwood@stblaw.com*<br>*admitted pro hac vice |

## CERTIFICATE OF SERVICE

    I, Jonathan K. Youngwood, hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

                                                  /s/ *Jonathan K. Youngwood*
                                                  Jonathan K. Youngwood*
                                                  Simpson Thacher & Bartlett LLP
                                                  425 Lexington Avenue
                                                  New York, New York 10017
                                                  (212) 455-2000
                                                  *jyoungwood@stblaw.com*
                                                  **admitted pro hac vice*