IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 4:22-cv-62-DMB-JMV<br><br>ENTRY OF APPEARANCE |

Please take notice that Samantha Osaki of the American Civil Liberties Union hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 17th day of May, 2022.

| | |
|---|---|
| /s/ *Joshua F. Tom*<br>Joshua F. Tom<br>Miss. Bar No. 105392<br>ACLU of Mississippi<br>P.O. Box 2242<br>Jackson, MS 39225<br>(601) 354-3408<br>jtom@aclu-ms.org | /s/ *Samantha Osaki*<br>Samantha Osaki*<br>American Civil Liberties Union<br>125 Broad St.<br>New York, NY 10004<br>(909) 815-9291<br>sosaki@aclu.org<br>*admitted pro hac vice |

## CERTIFICATE OF SERVICE

    I, Samantha Osaki, hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Samantha Osaki*
Samantha Osaki*
American Civil Liberties Union
125 Broad St.
New York, NY 10004
(909) 815-9291
sosaki@aclu.org
*admitted pro hac vice