

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

203 Gilmore Drive
Amory, MS   38821

Telephone: (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

May 24, 2022

United States of America

v.                                                              Case No. 3:22cv61-MPM-JMV

Darlene Johnson


    **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

                        Darlene Johnson


                        DAVID CREWS, CLERK

                    By:    s/ Jennifer L. Adams
                             Deputy Clerk/Case Manager