# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*. <br><br> *Defendants*. | NO. 4:22-cv-62-DMB-JMV <br><br> ENTRY OF APPEARANCE |

Please take notice that Patricia Yan of the American Civil Liberties Union Foundation hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this twenty-sixth day of May, 2022.

| | |
|---|---|
| /s/ *Joshua F. Tom* <br> Joshua F. Tom <br> Miss. Bar No. 105392 <br> ACLU of Mississippi <br> P.O. Box 2242 <br> Jackson, MS 39225 <br> (601) 354-3408 <br> jtom@aclu-ms.org | /s/ *Patricia Yan* <br> Patricia Yan*+ <br> ACLU Foundation <br> 915 15th Street NW <br> Washington, DC 20005 <br> (202) 457-0800 <br> pyan@aclu.org <br> *admitted pro hac vice |

|  | +not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3) |
|---|---|

# CERTIFICATE OF SERVICE

I, Patricia Yan, hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Patricia Yan*
Patricia Yan*+
ACLU Foundation
915 15th Street NW
Washington, DC 20005
(202) 457-0800
pyan@aclu.org
*admitted pro hac vice
+not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3)