# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 4:22-cv-62-DMB-JMV<br><br>ENTRY OF APPEARANCE |

Please take notice that Liza Weisberg of the Southern Poverty Law Center hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this first day of June, 2022.

| /s/ *Jade Olivia Morgan* | /s/ *Liza Weisberg* |
|---|---|
| Jade Olivia Morgan (MS Bar No. 105760)<br>Southern Poverty Law Center<br>Jackson, MS 39201<br>(601) 948-8882<br>jade.morgan@splcenter.org | Liza Weisberg*<br>Southern Poverty Law Center<br>150 E. Ponce de Leon Ave. Ste 340<br>Decatur, GA 30030<br>(470) 708-0560<br>liza.weisberg@splcenter.org<br>*admitted pro hac vice |

## **CERTIFICATE OF SERVICE**

    I, Liza Weisberg, hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Liza Weisberg*
Liza Weisberg*
Southern Poverty Law Center
150 E. Ponce de Leon Ave. Ste 340
Decatur, GA 30030
(470) 708-0560
liza.weisberg@splcenter.org
*admitted pro hac vice