IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE; DERRICK
SIMMONS; TY PINKINS;
CONSTANCE OLIVIA SLAUGHTER
HARVEY-BURWELL                                                                  PLAINTIFFS

VS.                                            CIVIL ACTION NO. 4:22-CV-00062-DMB-JMV

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES
*In his official capacity as Governor of
Mississippi;* LYNN FITCH *in her
official capacity as Attorney General of
Mississippi;* MICHAEL WATSON *in
His official capacity as Secretary of
State of Mississippi*                                                            DEFENDANTS

## ENTRY OF APPEARANCE

Please take notice that Michael B. Wallace of Wise Carter Child & Caraway, P.A., hereby

enters his appearance as counsel of record for the State Board of Election Commissioners, Tate

Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as

Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State.

RESPECTFULLY SUBMITTED, this the 16th day of June , 2022.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES
*In his official capacity as Governor of
Mississippi;* LYNN FITCH *in her
official capacity as Attorney General of
Mississippi;* MICHAEL WATSON *in
His official capacity as Secretary of
State of Mississippi*, DEFENDANTS

BY:/s/ *Michael B. Wallace*
MICHAEL B. WALLACE

OF COUNSEL:

MICHAEL B. WALLACE (MSB # 6904)
WISE CARTER CHILD & CARAWAY, P.A.
401 EAST CAPITOL STREET, SUITE 600
JACKSON, MS 39201
P.O. BOX 651
JACKSON, MS 39205-0651
T:  601-968-5500
F:  601-944-7738
mbw@wisecarter.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system which sent notification all counsel of record.

THIS, this 16th day of June, 2022.

/s/ Michael B. Wallace
MICHAEL B. WALLACE