**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DYAMONE WHITE, et al.**                                                                              **PLAINTIFFS**

**V.**                                                     **NO. 4:22-CV-62-DMB-JMV**

**STATE BOARD OF ELECTION**
**COMMISSIONERS, et al.**                                            **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 21st day of June, 2022.

                                                   /s/Debra M. Brown
                                                   **UNITED STATES DISTRICT JUDGE**