IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE; DERRICK SIMMONS;
TY PINKINS; CONSTANCE OLIVIA
SLAUGHTER HARVEY-BURWELL                                          PLAINTIFFS

VS.                          CIVIL ACTION NO. 4:22-cv-00062-DMB-JMV

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES in his official capacity as Governor of
Mississippi; LYNN FITCH in her official capacity as
Attorney General of Mississippi; MICHAEL WATSON in his
official capacity as Secretary of State of Mississippi            DEFENDANTS

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gerald L. Kucia, Special Assistant Attorney General for the State of Mississippi, hereby enters his appearance as counsel of record for the State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State.

**RESPECTFULLY SUBMITTED**, this the 27th day of June, 2022.

    STATE BOARD OF ELECTION
    COMMISSIONERS; TATE REEVES
    In his official capacity as Governor of
    Mississippi; LYNN FITCH in her
    official capacity as Attorney General of
    Mississippi; MICHAEL WATSON in
    His official capacity as Secretary of
    State of Mississippi, DEFENDANTS

    LYNN FITCH
    Attorney General of Mississippi

    By: */s/ Gerald L. Kucia*
    Gerald L. Kucia

Special Assistant Attorney General
Mississippi Bar No. 8716
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4072
E-mail: gerald.kucia@ago.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

This, the 27th day of June, 2022.

    */s/ Gerald L. Kucia*
Gerald L. Kucia