IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYAMONE WHITE; DERRICK SIMMONS;**
**TY PINKINS; CONSTANCE OLIVIA**
**SLAUGHTER HARVEY-BURWELL**            **PLAINTIFFS**

VS.            CIVIL ACTION NO. 4:22-cv-00062-DMB-JMV

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES in his official capacity as Governor of
Mississippi; LYNN FITCH in her official capacity as
Attorney General of Mississippi; MICHAEL WATSON in his
official capacity as Secretary of State of Mississippi           **DEFENDANTS**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Lindsay Thomas Dowdle, Special Assistant Attorney General for the State of Mississippi, hereby enters her appearance as counsel of record for the State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State.

**RESPECTFULLY SUBMITTED**, this the 27th day of June, 2022.

           STATE BOARD OF ELECTION
           COMMISSIONERS; TATE REEVES
           In his official capacity as Governor of
           Mississippi; LYNN FITCH in her
           official capacity as Attorney General of
           Mississippi; MICHAEL WATSON in
           His official capacity as Secretary of
           State of Mississippi, DEFENDANTS

           LYNN FITCH
           Attorney General of Mississippi

           By: */s/ Lindsay Thomas Dowdle*
           Lindsay Thomas Dowdle

Special Assistant Attorney General
Mississippi Bar No. 102873
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3020
E-mail: lindsay.dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

This, the 27th day of June, 2022.

*/s/ Lindsay Thomas Dowdle*
Lindsay Thomas Dowdle