FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

DYAMONE WHITE, et al.,     Plaintiff

v.

CIVIL ACTION NO. 4:22-cv-00062-SA-JMV

STATE BOARD OF ELECTION COMMISSIONERS, et al.,     Defendant

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:** **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

____ Interrogatories to: _____

✓ Requests for Production of Documents to: _____All Defendants_____

____ Requests for Admissions to: _____

____ Responses to Interrogatories of: _____

____ Responses to Requests for Production of Documents of: _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_ Responses to Requests for Admissions of: _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

| 07/08/2022 | /s/ Lakyn Collier |
|---|---|
| Date | Signature |
| | LAKYN COLLIER 106224 |
| | Typed Name & Bar Number |

## Certificate of Service

I hereby certify that on 7/8/22 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: All counsel of record and I hereby certify that I have mailed by United States Postal Service the document to the following non-EXC participants: _____.

s/ Lakyn Collier