# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# MINUTES

**CASE NO.: 4:22-cv-62-SA-JMV**  **PLACE HELD – Telephonic**

**DYAMONE WHITE,** *ET AL.*

**VS.**

**STATE BOARD OF ELECTION COMMISSIONERS,** *ET AL.*

**DATE & TIME BEGAN/ENDED:**  July 19, 2022
10:00 a.m. – 11:00 a.m.

Total Time – 1 hour

**PRESENT:**
**Honorable Jane M. Virden, United States Magistrate Judge**

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
|---|---|
| Joshua F. Tom | Michael B. Wallace |
| Ari J. Savitxky | Rex M. Shannon |
| Jonathan K. Youngwood | |
| Leslie F. Jones | |
| Liza F. Weisberg | |

**PROCEEDINGS:**  Case Management Conference

**Docket Entry:**  A telephonic case management conference was held in this anticipated 10-day NON-JURY trial matter.  A case management order is being entered.

**DAVID CREWS, CLERK**

**By:** ___/s/ *Itonia R. Williams*___
Courtroom Deputy Clerk