IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

| | |
|---|---|
| DYAMONE WHITE, et al.,<br><br>    *Plaintiffs*,<br>v.<br><br>STATE BOARD OF ELECTION COMMISSIONERS, et al.,<br><br>    *Defendants*. | No. 4:22-cv-00062-SA-JMV<br><br>**NOTICE OF SERVICE OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO** |

**TO:** **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_ Interrogatories to: _____

\_\_\_\_ Requests for Production of Documents to: _____

\_\_\_\_ Requests for Admissions to: _____

✔ Responses to Interrogatories of: All Defendants

✔ Responses to Requests for Production of Documents of: All Defendants

\_\_\_\_ Responses to Requests for Admissions of: _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

Dated: August 18, 2022

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION
 OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
Lakyn Collier (Miss. Bar No. 106224)
Vara Lyons*
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*
*Lcollier@aclu-ms.org*
*Vlyons@aclu-ms.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Isaac Rethy*
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*
*irethy@stblaw.com*


\* Admitted *pro hac vice*

ACLU FOUNDATION
Ari J. Savitzky*
Samantha Osaki*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*sosaki@aclu.org*
*slakin@aclu.org*

SOUTHERN POVERTY LAW CENTER
Jade Olivia Morgan (Miss. Bar No. 105760)
Leslie Faith Jones (Miss. Bar No. 106092)
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882
*jade.morgan@splcenter.org*
*leslie.jones@splcenter.org*

Bradley E. Heard*
Liza Weisberg*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*liza.weisberg@splcenter.org*

## CERTIFICATE OF SERVICE

I, Joshua Tom, hereby certify that on August 18, 2022, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom
Joshua Tom, MSB # 105392