IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 4:22-cv-00062-SA-JMV |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi* | DEFENDANTS |

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, by and through counsel, have this date respectively served the following:

1. *Responses of Defendant Tate Reeves, in His Official Capacity as Governor of Mississippi, to Plaintiffs' First Set of Interrogatories*;

2. *Responses of Defendant Lynn Fitch, in Her Official Capacity as Attorney General of Mississippi, to Plaintiffs' First Set of Interrogatories*;

3. *Responses of Defendant Michael Watson, in His Official Capacity as Secretary of State of Mississippi, to Plaintiffs' First Set of Interrogatories*; and

4. *Responses of Defendant State Board of Election Commissioners to Plaintiffs' First Set of Interrogatories*.

The undersigned retains the originals of the above-referenced papers as custodian thereof.

THIS the 3rd day of October, 2022.

    Respectfully submitted,

    STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

    By:    LYNN FITCH, ATTORNEY GENERAL
             STATE OF MISSISSIPPI

    By:    s/Rex M. Shannon III
             REX M. SHANNON III (MSB #102974)
             Special Assistant Attorney General

    REX M. SHANNON III (MSB #102974)
    GERALD L. KUCIA (MSB #8716)
    LINDSAY THOMAS DOWDLE (MSB #102873)
    STATE OF MISSISSIPPI
    OFFICE OF THE ATTORNEY GENERAL
    CIVIL LITIGATION DIVISION
    Post Office Box 220
    Jackson, Mississippi  39205-0220
    Tel.:  (601) 359-4184
    Fax:  (601) 359-2003
    rex.shannon@ago.ms.gov
    gerald.kucia@ago.ms.gov
    lindsay.dowdle@ago.ms.gov

    MICHAEL B. WALLACE (MSB #6904)
    WISE CARTER CHILD & CARAWAY, P.A.
    Post Office Box 651
    Jackson, Mississippi  39205-0651
    Tel.:  (601) 968-5500
    Fax:  (601) 944-7738
    mbw@wisecarter.com

    ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS,

TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## **CERTIFICATE OF SERVICE**

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named State Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 3rd day of October, 2022.

s/Rex M. Shannon III
REX M. SHANNON III