IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

| | |
|---|---|
| DYAMONE WHITE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE BOARD OF ELECTION COMMISSIONERS, et al., <br><br> *Defendants*. | No. 4:22-cv-00062-SA-JMV <br><br> **NOTICE OF SERVICE OF PLAINTIFFS' EXPERT REPORTS** |

**TO:** All Counsel of Record

NOTICE IS HEREBY GIVEN that the Plaintiffs, Dyamone White, Derrick Simmons, Ty Pinkins, and Constance Olivia Slaughter Harvey-Burwell (hereinafter collectively "Plaintiffs") by and through counsel, have this date served the following on all Defendants through their Counsel:

1. *Plaintiffs' Expert Reports.*

The undersigned retains the originals of the above-referenced papers as custodian thereof.

This the 3rd day of October, 2022

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION
 OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
Lakyn Collier (Miss. Bar No. 106224)
Vara Lyons*
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*
*Lcollier@aclu-ms.org*
*Vlyons@aclu-ms.org*

ACLU FOUNDATION
Ari J. Savitzky*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*sosaki@aclu.org*
*slakin@aclu.org*

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood*<br>Isaac Rethy*<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>*jyoungwood@stblaw.com*<br>*irethy@stblaw.com*<br><br><br>* Admitted *pro hac vice* | SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>Leslie Faith Jones (Miss. Bar No. 106092)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>*jade.morgan@splcenter.org*<br>*leslie.jones@splcenter.org*<br><br>Bradley E. Heard*<br>150 E Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>*bradley.heard@splcenter.org* |

## **CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on October 3, 2022, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____
Joshua Tom, MSB # 105392