IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

| | |
|---|---|
| DYAMONE WHITE, et al., | ) |
| | ) No. 4:22-cv-00062-SA-JMV |
| *Plaintiffs*, | ) |
| v. | ) |
| | ) |
| STATE BOARD OF ELECTION COMMISSIONERS, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**NOTICE OF SERVICE**

NOTICE IS HEREBY GIVEN that the Plaintiffs, Dyamone White, et al., by and through counsel, have this date served via email to all Defendants, through their counsel, the following:

1. *Plaintiffs' First Supplemental Initial Disclosures*

The undersigned retains the originals of the above-referenced documents as custodian thereof.

THIS the 14th day of October, 2022.

                                                        Respectfully submitted,

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION
 OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
Lakyn Collier (Miss. Bar No. 106224)
Vara Lyons*
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*
*Lcollier@aclu-ms.org*
*Vlyons@aclu-ms.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Isaac Rethy*
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*
*irethy@stblaw.com*

\* Admitted *pro hac vice*
\*\* Motion for *pro hac vice* forthcoming

ACLU FOUNDATION
Ari J. Savitzky*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*slakin@aclu.org*

SOUTHERN POVERTY LAW CENTER
Jade Olivia Morgan (Miss. Bar No. 105760)
Leslie Faith Jones (Miss. Bar No. 106092)
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882
*jade.morgan@splcenter.org*
*leslie.jones@splcenter.org*

Bradley E. Heard*
Sabrina Khan**
Ahmed Soussi*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*sabrina.khan@splcenter.org*
*ahmed.soussi@splcenter.org*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Joshua Tom, hereby certify that on October 14, 2022, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____  
Joshua Tom, MSB # 105392

3