IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4:22-cv-00062-SA-JMV** |
| **STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi*; **LYNN FITCH** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |

## DEFENDANTS' MOTION FOR EXTENSION OF EXPERT DESIGNATION DEADLINE

COME NOW the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, (hereinafter collectively "Defendants") by and through counsel, and file this their motion for a 60-day extension of their expert designation deadline, and in support thereof would show unto the Court the following:

1. The Court should extend Defendants' December 1, 2022, expert designation deadline by 60 days because all of the governing factors weigh in favor of the requested extension, and the benefit of any shorter extension will be negated by the intervening holidays.

1

2. On October 3, 2022, Plaintiffs designated six testifying experts and served hundreds of pages of reports and supporting materials.

3. Given Plaintiffs' extensive designation, their lack of disclosure of requisite factual information prior to October 3, and the absence of any prejudice to Plaintiffs, all four of the governing factors weigh in favor of extending Defendants' expert designation deadline by 60 days.

4. Defendants adopt and incorporate by reference, as if fully and completely set forth herein, the arguments and authorities set forth in the *Memorandum of Authorities in Support of Defendants' Motion for Extension of Expert Designation Deadline*, being filed contemporaneously herewith.

5. On the basis of the grounds asserted herein and as further set forth in the aforementioned memorandum of authorities, all four of the governing factors weigh in favor of modifying the current case management order (Dkt. #47) to extend Defendants' expert designation deadline by 60 days, *viz.*, from December 1, 2022, to January 30, 2023.

6. The instant motion is filed in good faith and is not interposed for delay or other improper purpose.

7. Defense counsel has conferred with Plaintiffs' counsel regarding the relief requested herein and understands that Plaintiffs will oppose the instant motion.

8. In further support of their motion, Defendants submit the following:

   Exhibit "A"   Plaintiffs' Initial Disclosures

   Exhibit "B"   Plaintiffs' Responses to Interrogatories

   Exhibit "C"   Plaintiffs' Responses to Requests for Production of Documents

   Exhibit "D"   8/26/2022 Good Faith Letter

   Exhibit "E"   Plaintiffs' Supplemental Interrogatory Responses

| | |
|---|---|
| Exhibit "F" | 9/22/2022 Good Faith E-mail |
| Exhibit "G" | 10/03/2022 Transmittal E-mail |
| Exhibit "H" | Burch Report |
| Exhibit "I" | Campbell Report |
| Exhibit "J" | Cooper Report |
| Exhibit "K" | Diaz Report |
| Exhibit "L" | King Report |
| Exhibit "M" | Orey Report |

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that the Court make and enter its Order modifying the case management order (Dkt. #47) to extend Defendants' expert designation deadline by 60 days, *viz.*, from December 1, 2022, to January 30, 2023.

THIS the 17th day of October, 2022.

> Respectfully submitted,
>
> STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS
>
> By: LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI
>
> By: s/Rex M. Shannon III
> REX M. SHANNON III (MSB #102974)
> Special Assistant Attorney General
>
> REX M. SHANNON III (MSB #102974)
> GERALD L. KUCIA (MSB #8716)

          LINDSAY THOMAS DOWDLE (MSB #102873)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov
gerald.kucia@ago.ms.gov
lindsay.dowdle@ago.ms.gov

MICHAEL B. WALLACE (MSB #6904)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Tel.: (601) 968-5500
Fax: (601) 944-7738
mbw@wisecarter.com

ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## **CERTIFICATE OF SERVICE**

    I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named State Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

    THIS the 17th day of October, 2022.

                                           s/Rex M. Shannon III
                                           REX M. SHANNON III