# Rex Shannon

| | |
|---|---|
| **From:** | Joshua Tom <JTom@aclu-ms.org> |
| **Sent:** | Monday, October 3, 2022 10:02 PM |
| **To:** | Rex Shannon |
| **Cc:** | bradley.heard@splcenter.org; Rethy, Isaac; jade.morgan@splcenter.org; jyoungwood@stblaw.com; Lakyn Collier; leslie.jones@splcenter.org; Patricia Yan; Sophia Lakin; Vara Lyons; Gerald Kucia; Lindsay Dowdle; Mike Wallace; Ari Savitzky; Erica Mannery-Barker |
| **Subject:** | White v. SBEC - Plaintiffs' Expert Reports |

Hi Rex,

Plaintiffs' Expert Reports can be found here:

https://stblaw.sharefile.com/d-s03e33779d7ce44e1a175ebe8798cfc82

All the best,
Josh

**Joshua F. Tom**
Pronouns: he, him, his
Legal Director
ACLU of Mississippi
P.O. Box 2242, Jackson, MS 39225
■ t 601.354.3408 Ext. 112 ■ f 601.355.6465
■ jtom@aclu-ms.org ■ www.aclu-ms.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender and delete this e-mail from your system.*



1