# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

DYAMONE WHITE; DERRICK
SIMMONS; TY PINKINS; CONSTANCE
OLIVIA SLAUGHTER HARVEY-
BURWELL,

     *Plaintiffs,*

  vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES *in his
official capacity as Governor of Mississippi*;
LYNN FITCH *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON *in his official capacity as
Secretary of State of Mississippi*,

     *Defendants.*

4:22-cv-0062-SA-JMV

## REPORT OF MARVIN KING

October 3, 2022



EXHIBIT

Expert Report on Mississippi Supreme Court Districts

Marvin King

October 3, 2022

## Contents

| | | |
|---|---|---|
| 1. | Introduction | 2 |
| 2. | General Overview | 3 |
| 3. | A Brief History of Race and Democracy in Mississippi | 5 |
| 4. | Senate Factor Six | 12 |
| 5. | Senate Factor Seven | 22 |
| 6. | Senate Factor Eight | 27 |
| 7. | Senate Factor Nine | 36 |
| 8. | CV | 41 |

1. **Introduction**

   1. My name is Marvin King.

   2. I am an Associate Professor of Political Science and African American Studies at The University of Mississippi. I teach classes on American Politics, African American Politics, the Politics of the American South, American Federalism, and Political Inequality. The issues of voting, redistricting, and vote dilution, as well as the role of race in politics in the American South in general and Mississippi in particular, are frequent topics in several of the classes I teach. My CV is included at the end of this document.

   3. My Ph.D. is from The University of North Texas. I have lived and worked in Mississippi since 2005.

   4. I am being paid at a rate of $200/per hour for the work on this case. That does not affect the conclusions that I reach herein. This report relies on publicly available sources and literature commonly used in the academic discipline of political science, as well as material provided to me by the attorneys for the Plaintiffs.

   5. The conclusions in this report are provided with a reasonable degree of professional certainty. I reserve the right to further modify or augment my report.

## 2. General Overview

The attorneys for the Plaintiffs in this case asked me to write a report addressing whether Mississippi's enacted Supreme Court districts, which are also used for Public Service Commission and Transportation Commission elections, dilute the vote of Mississippi's African American population. Specifically, in this report, I address Senate Factors Six, Seven, Eight, and Nine as they pertain to Mississippi's Supreme Court districts.

I have examined various sources in conducting my analysis and arriving at the conclusions within this report, including legislative and judicial records, newspaper reporting, public statements, and campaign literature and images, in addition to established historical background and existing political science scholarship.

Briefly and by way of background, it is my understanding that the so-called "Senate Factors" are a set of considerations that courts have deemed relevant to determining whether a challenged electoral standard or practice violates Section 2 of the Voting Rights Act because, based on totality of circumstances, it has the result of denying a minority group an equal opportunity to participate in the political process.[1]

In Section 4, I review Senate Factor Six, which is the use of overt or subtle racial appeals in political campaigns. In fact, Mississippi does have a long history of campaigns characterized by overt and subtle racial appeals. These appeals, sometimes known as "dog-whistle politics," come from some of the most prominent individuals in Mississippi politics, including governors, U.S. Senators, and candidates for the Mississippi Supreme Court. In this section, I demonstrate that the use of racial appeals is long-lasting, substantive, and core to the state's political culture.

In Section 5, I review Senate Factor Seven, which is the extent to which members of the minority group have been elected to public office in the jurisdiction. Minority candidates have very little success outside of districts defined as majority-minority. In at-large districts, such as statewide contests or in districts such as the state's Supreme Court districts, there is little record of success for minority candidates since the end of Reconstruction except where Black-majority districts have been created or (in the case of the Supreme Court) where Black Justices have first been appointed to office.

In Section 6, I review Senate Factor Eight, which is a lack of responsiveness on the part of elected officials to the particularized needs of minority group members. I explain the many different policy areas where there is a significant lack of policy responsiveness to the needs of the state's largest minority group, such as discrimination in education funding and substantive

---

[1] U.S. Department of Justice, "Section 2 of the Voting Rights Act," https://www.justice.gov/crt/section-2-voting-rights-act (citing S. Rep. No. 97-417, 97th Cong., 2d Sess. (1982), pp. 28-29).

3

policy differences on health care. Prior courts have ruled that lack of funding or failure to participate in federal programs constitutes lack of responsiveness. [2]

In Section 7, I review Senate Factor Nine, which is the tenuousness of the policy underlying the state or political subdivision's use of the challenged standard, practice, or procedure. I conclude that the justification for the enacted districts is tenuous. The enacted districts divide the state's most recognizable geographic and cultural region of the state, the Mississippi Delta. That the state has always divided this region is insufficient reason to continue the practice.

In Section 8, I include my CV.

---

[2] Katz, Ellen. "Documenting Discrimination in Voting: Judicial Findings Under Section 2 of the Voting Rights Act Since 1982." Final Report of the Voting Rights Initiative, University of Michigan Law School (2005), p. 46.

4

### 3. A Brief History of Race and Democracy in Mississippi

Mississippi's political history is characterized by consistent efforts to minimize the voting power of the state's Black population. Indeed, opposition to Black equality has been a salient, driving force shaping Mississippi politics since before Reconstruction. That history informs several Senate Factors, including the persistence and nature of racial appeals in political campaigns, the continued lack of success of Black candidates at the statewide level, and the lack of responsiveness of powerful elected officials to the needs and preferences of Black Mississippians.

At the onset of the Civil War, when Mississippi seceded from the United States of America, state leaders wrote in the State's Secession Ordinance:

> Our position is thoroughly identified with the institution of slavery-- the greatest material interest of the world... [A] blow at slavery is a blow at commerce and civilization. That blow has been long aimed at the institution and was at the point of reaching its consummation. There was no choice left us but submission to the mandates of abolition, or a dissolution of the Union, whose principles had been subverted to work out our ruin.

To clear any ambiguity that secession was driven by opposition to Black equality, the authors added: The North "advocates negro equality, socially and politically, and promotes insurrection and incendiarism in our midst."[3]

At the Civil War's conclusion, and with the eventual onset of Reconstruction, Black Mississippians found themselves joining the Republican Party. This was logical given the Republican Party's support for emancipation and Reconstruction programs such as the Bureau of Refugees, Freedman, and Abandoned Lands (commonly known as the Freedman's Bureau). The Freedman's Bureau existed to help freedmen with immediate relief efforts alongside a long-term goal of self-sufficiency.

Reconstruction was an era of political inclusion. It was the *only* time, for instance, Mississippians have elected a Black U.S. Senator. During this period, Mississippi ratified its third constitution. The 1868 Convention was written by both white and Black delegates and then ratified by the voting public.[4] The 1868 Convention allowed for Black men to bear arms, conferred citizenship status on those previously denied citizenship, and established public schools for all children.

The backlash to these reforms was almost immediate. First, by 1875, the Democratic Party, which was dominated by white Mississippians who opposed integration, had devised the

---

[3] J.L. Power. *Proceedings of the Mississippi State Convention Held January 7th to 26th, A.D. 1861.* Jackson: Power & Cadwallader, Book and Job Printers, reproduced at https://docsouth.unc.edu/imls/missconv/missconv.html#:~:text=That%20the%20people%20of%20the,embrace%20other%20portions%20of%20such.

[4] Skates, John Ray. "The Mississippi Constitution of 1868." Mississippi: Mississippi Historical Society (2000).

so-called Mississippi Plan, a campaign to harass and violently intimidate Black voters and prevent them participating in politics. The purpose of the Plan was to limit Black political participation as Reconstruction wound down. The Plan was two-part in nature. It first focused on strongarming white Republicans to switch their party affiliation to the Democratic Party. The second prong of the Plan was a one-two punch of economic and violent intimidation designed to discourage Black political participation. After the withdrawal of federal troops and the end of Reconstruction in 1877, those efforts escalated. Supreme Court decisions in *Slaughterhouse Cases*, 83 U.S. 36 (1872), *United States v. Cruikshank* et al., 92 U.S. 542 (1876), and *The Civil Rights Cases* 109 U.S. 3 (1883) combined to create a legal framework that facilitated the creation of Jim Crow second-class citizenship. Taking advantage of this new framework and the withdrawal of Union troops following the Compromise of 1877, a new racial order was enforced, including through violent intimidation as exemplified by the Red Shirts, a violent white supremacist group, which traces its origins to 1875 Mississippi before spreading across the South.[5] The redshirts existed as violent enforcers for state Democratic Party organizations.[6] For example, lynching flourished in Mississippi in this era as it was used as a form of violent racial terror throughout the South. Mississippi was among the states with the highest rates of reported lynchings between 1877 and 1950 with an approximate total of 656.[7]

Unlike the 1868 Constitution, the 1890 Constitution was authored by a convention with only one Black delegate and was not ratified by the public.[8] The new constitution introduced poll taxes, literacy tests (made discriminatory by optionally enforced understanding clauses), and more restrictive residency requirements, all of which forced Black Mississippians from political life.

To ensure Blacks could not adequately defend themselves from physical intimidation and lynching, the state Constitution went so far as to bar firearm ownership for many Black citizens. And to reduce integration, Section 207 required separate schools for students based on race.

James Vardaman, architect of the Mississippi Constitution, and later a governor and U.S. Senator, borrowed a page from the Mississippi Secession Ordinance in stating the priorities of that document's framers:

There is no use to equivocate or lie about the matter. [...] Mississippi's constitutional convention of 1890 was held for no other purpose than to eliminate the nigger from

---

[5] Shi, David Emory. *America: A Narrative History*, Vol. 1 (11th ed.), New York: Norton & Company (2019).

[6] Rable, George C. 1984. *But There Was No Peace: The Role of Violence in the Politics of Reconstruction*, Athens: University of Georgia Press (2019), p. 132.

[7] Ibid.

[8] The Mississippi Encyclopedia, "Constitution of 1890," https://mississippiencyclopedia.org/entries/constitution-of-1890/.

politics. Not the 'ignorant and vicious', as some of the apologists would have you believe, but the nigger. [...] Let the world know it just as it is.[9]

As with the Secession Ordinance, opposition to Black equality was thus the animating principle driving the 1890 Constitution.

A few years after the 1890 Constitution was adopted, the U.S. Supreme Court held in *Williams v. Mississippi*, 170 U.S. 213 (1898), that Mississippi's exclusion of Black citizens from political and civic life as contemplated could proceed. And in other decisions from the era, such as *Plessy v. Ferguson*, 163 U.S. 537 (1896) and *Cumming v. Richmond Board of Education*, 175 U.S. 528 (1899), the Court validated the broader panoply of Jim Crow laws designed to enforce racial separation and subordination in places like Mississippi, cementing those practices in Mississippi and elsewhere for at least the next two generations. Importantly, beyond the legal structures themselves, racial separation and hierarchy were enforced through an economic system favoring white planters that included sharecropping and a convict lease system considered "worse than slavery."[10]

The effects of these legal, economic, and violent efforts were immediate and long-lasting. One measure of the long-term consequences is the paucity of elected African American officials in Mississippi. As discussed below, in the 200 plus years since Mississippi joined the Union in 1817, only six different African Americans have served in a statewide elective position and *none of them* since the 19th century. You are far more likely to get struck by lightning in Mississippi than to see a Black person elected to a statewide position.[11] Not content to merely eradicate Black Mississippians from political life, the Mississippi State Senate, in 1922, voted 25-9 to send Black Mississippians to Africa.[12]

By the mid-20th Century, the State's politics were ordered to a significant degree around the preservation of one-party white rule. The Democratic party, which operated a system of exclusionary "white primaries" as a further barrier to Black participation, was essentially uncontested for generations. To the extent that a democracy requires viable and legitimate alternatives to the ruling party, it can be argued that Mississippi was not a democracy at all from the end of Reconstruction until at least the enforcement of the 1965 Voting Rights Act.

One-party states are typically associated with lack of transparency, corruption, authoritarianism, and diminished political participation. Research indicates that multiparty

---

[9] McMillen, Neil R. "The Politics of the Disfranchised," in *Dark Journey: Black Mississippians in the Age of Jim Crow*, Urbana & Chicago: University of Illinois Press (1989), pp. 41-44.

[10] Oshinsky, David M. *Worse than Slavery: Parchman Farm and the Ordeal of Jim Crow Justice.* Free Press (1977).

[11] National Weather Service, "Lightning Fatalities by State," https://www.weather.gov/media/safety/59-17_State_Ltg_Fatality_Maps_lists.pdf.

[12] Joshua Benton. "A Century Ago, Mississippi's Senate voted to send all the state's Black people to Africa," *Washington Post* (February 19, 2022).

systems lead to more tolerant citizens (Dunn et al. 200).[13] From the end of Reconstruction until the mid-1960's, Mississippi could credibly be called a one-party state.

The Jim Crow racial order was advanced by the state's social and economic as well as political leadership. The White Citizens' Council (whose first chapter was in Indianola, MS) was a white-collar Ku Klux Klan that formed to resist desegregation decisions like *Brown v. Board of Education of Topeka*, 347 U.S. 483 (1954). Citizen's Councils[14] preferred economic intimidation, such as boycotts of businesses supporting school integration, over the violent methods of the Klan.[15] To ensure the racial hierarchy lived on in successive generations, the Citizens' Councils offered cash awards to K-12 students on writing essays on topics such as "Why I believe in social separation of the races of mankind" and "Why the preservation of States Rights is important to every American."[16]

---

[13] Dunn, Kris, Salomon Orellana, and Shane Singh. "Legislative Diversity and Social Tolerance: How Multiparty Systems Lead to Tolerant Citizens." *Journal of Elections, Public Opinion and Parties* 19:3 (2009), p. 283-312.

[14] The group later dropped "White" from their name.

[15] David Halberstam. "The White Citizens Councils: Respectable Means for Unrespectable Ends," *Commentary* (Oct. 1956), https://www.commentary.org/articles/david-halberstam/the-white-citizens-councilsrespectable-means-for-unrespectable-ends/.

[16] Association of Citizens' Councils of Mississippi, "Statewide Cash Awards Essay Contest for Mississippi High School Students 1961-1962," Pamphlets and Broadsides (1961), p. 66, available at https://egrove.olemiss.edu/citizens_pamph/66.

8

**Image 1 – Citizens' Council 1961-1962 High School Essay Contest
Dedicated to "States Rights and Racial Integrity"**



## RULES GOVERNING CONTEST

**SUBJECT:**

(a) Why I believe in social separation of the races of mankind.

(b) Subversion in racial unrest.

(c) Why the preservation of States Rights is important to every American.

(d) Why separate schools should be maintained for the white and negro races.

**AWARDS**

Essay awards at local high school level will be announced by local Citizens' Council.

STATE AWARD—

Best Essay Written by High School Boy

| | |
|---|---|
| 1st - - - - - - - - | $250.00 |
| 2nd - - - - - - - | 150.00 |
| 3rd - - - - - - - | 100.00 |

Best Essay Written by High School Girl

| | |
|---|---|
| 1st - - - - - - - - | $250.00 |
| 2nd - - - - - - - | 150.00 |
| 3rd - - - - - - - | 100.00 |

A prominent theory endorsed by the Citizens' Councils was "scientific racism."[17] This discredited science allowed the Citizens' Council to parade racial stereotypes as facts, such as "The Negro possesses a characteristic odor of the skin, which is inherent and not caused by uncleanliness."[18] Following *Brown*, one Mississippian wrote in a Citizens' Council-backed publication:

---

[17] Donna Ladd. "The Lies Scientific Racists Told About Jackson's Children," *Jackson Free Press*
(Nov. 14, 2017), https://jacksonfreepress.media.clients.ellingtoncms.com/news/documents/2017/11/15/CC_Racial_Facts.pdf.

[18] Ibid.

10

You can dress a chimpanzee, housebreak him, and teach him to use a knife and fork, but it will take countless generations of evolutionary development, if ever, before you can convince him that a caterpillar or a cockroach is not a delicacy. Likewise, the social, political, economic, and religious preferences of the negro remain close to the caterpillar and the cockroach. This is not stated to ridicule or abuse the negro. There is nothing fundamentally wrong with the caterpillar or the cockroach. It is merely a matter of taste. A cockroach or caterpillar remains proper food for a chimpanzee.[19]

The author of that passage, Judge Tom P. Brady, served at the time on the 14th Circuit Court District, Brookhaven, Mississippi. At various times, he advocated for the abolition of the NAACP and creating a state reserved just for African Americans. His rhetoric promoting white racial supremacy, most notably in his book *Black Monday*, did not prevent him from earning an appointment to (and later winning election to) the Mississippi Supreme Court, where he served as a Justice from 1963 to 1973.

**Image 2 – "Black Monday" by Future Mississippi Supreme Court Justice Tom Brady**



During the Civil Rights era, opponents of Black equality frequently invoked state sovereignty and states' rights as justifications for opposing integration and equal rights. This path was marked by the 1956 Southern Manifesto authored by white Southern Democrats in Congress, which "decr[ied] the Supreme Court's encroachments on rights reserved to the States...."[20] In addition to contemporary instances of overt racism in politics, discussed below, this political outlook remains common today in Mississippi. For example, the Mississippi Senate

---

[19] Brady, Tom P., *Black Monday*, Winona, Mississippi: Association of Citizens' Councils (1955), p. 12.

[20] 102 Cong. Rec. 4515-16 (The Southern Manifesto) (July 27, 1956), https://content.csbs.utah.edu/~dlevin/federalism/southern_manifesto.html.

11

recently passed a resolution seeking to amend the U.S. Constitution to curb the power of the federal government, drawing on similar tropes to the Southern Manifesto.[21]

Political scientists have confirmed and reconfirmed V.O. Key's (1949) seminal observation that:

> It is the whites of the black belts who have the deepest and most immediate concern about the maintenance of white supremacy. Those whites who live in counties with populations 40, 50, 60, and even 80 percent Negro share a common attitude toward the Negro.[22]

Mississippi has the highest percentage of African Americans of any state in the nation, and as shown above, an exceedingly long history of state politics being driven by opposition to equal rights for African Americans. Mississippi thus continues to serve as a textbook example of Key's thesis. For instance, Beachler (2001) used a county-level unit of analysis to show that race and racial threat are the critical variables explaining Mississippi voting patterns. Beachler concluded that it remains true that as the Black population increases, "so does the propensity of the white electorate to vote conservatively."[23] This dynamic, deeply rooted in Mississippi's political history dating back centuries, helps explain and contextualize many of my conclusions with respect to the Senate Factors examined below.

### 4. Senate Factor Six

Senate Factor Six asks courts to assess whether political campaigns in Mississippi involve the use of overt or subtle racial appeals. This section will demonstrate that racial appeals permeate political campaigns, including judicial races, and the state's political culture. While overt racial appeals have not completely disappeared from modern political campaigns, political actors increasingly use coded language to advance racial appeals. Such coded racial appeals, known as "dog whistle politics," subtly advocate for racial division and bolster a fear of nonwhites that sympathetic voters can perceive and respond to.[24] Thus, that voter is able to

---

[21] Ashton Pittman. "Mississippi Senate Calls for Constitutional Convention, Raising Civil Rights Concerns," *Jackson Free Press* (Mar. 22, 2019), https://www.jacksonfreepress.com/news/2019/mar/22/mississippi-senate-calls-constitutional-convention/.

[22] Giles, Michael W. and Arthur Evans. "The Power Approach to Intergroup Hostility." *Journal of Conflict Resolution* 30:3 (1986), pp. 469-486; Key, V.O. *Southern Politics in State and Nation.* New York: AA Knopf (1949); Fossett, Mark A. and Jill K. Kiecult. "The Relative Size of Minority Populations and White Racial Attitudes." *Social Science Quarterly* 70 (1989), pp. 820-835.

[23] Beachler, Donald W. "All About Race? Electoral Politics in Mississippi." *Politics & Policy* 29:4 (2008), p. 585-599.

[24] E.g., López, Ian Haney. *Dog Whistle Politics: How Coded Racial Appeals Have Reinvented Racism and Wrecked the Middle Class.* Oxford University Press (2013), pp. 4-5.

conclude "politician W is with us and against those minorities" without the politician having to explicitly reference any racial group by name.[25] I discuss both overt and coded appeals below.

As discussed above, Mississippi's past and present sociopolitical culture is informed by racial attitudes formed in the cradle of segregation. Today, there remains a receptive audience across society for symbols and code evocative of slavery, lynching, and old racial hierarchy. For instance, every year since 1993, Mississippi governors have declared April as Confederate Heritage Month.[26] Mississippi is also just one of seven states celebrating Confederate Memorial Day, and it is an official state holiday.[27] [28] Similarly, allusions to the Jim Crow South and its old racial hierarchy continue to be used as tools of racial intimidation and harassment in social life today. For example, in a 2014 incident at the University of Mississippi, white students placed a noose around the neck of a campus statue honoring James Meredith, the student whose 1962 integration of the university led to a riot that claimed the lives of two people amid armed federal intervention.[29] There was a 2018 incident at the highly-policed Mississippi State Capitol in Jackson when several nooses and handwritten signs invoked lynchings.[30] White University of Mississippi students in 2019 posed in front of a shot-up Emmett Till memorial with their guns.[31] A Black football player in the town of Wiggins, Mississippi had a noose placed around his neck – and tightened by teammates.[32]

---

[25] Ibid., 5. The shift towards coded racial appeals was discussed by political consultant Lee Atwater in a 1981 interview. *See* Rick Perlstein, "Exclusive: Lee Atwater's Infamous 1981 Interview on the Southern Strategy," *The Nation* (Nov. 13, 2012), https://www.thenation.com/article/archive/exclusive-lee-atwaters-infamous-1981-interview-southern-strategy/.

[26] Donna Ladd. "'Darn' Tootin' It Is!': Gov. Tate Reeves Again Declares Confederate Heritage Month, SCV Says," *Mississippi Free Press* (April 12, 2021), https://www.mississippifreepress.org/11224/darn-tootin-it-is-gov-tate-reeves-again-declares-confederate-heritage-month-scv-says.

[27] Alabama, Mississippi, and South Carolina recognize it as an official state holiday. It is commemorated in Florida, Kentucky, North Carolina, Texas, and Tennessee.

[28] Mississippi Secretary of State, "State Holiday: Miss. Code Ann. § 3-3-7," https://www.sos.ms.gov/communications-publications/state-holidays.

[29] Those students withdrew from the university and two plead guilty to federal criminal charges.

[30] Karma Allen, "Nooses and 'Hate' Signs Left Outside Mississippi Capitol in Buildup to Special Election," *ABC News* (Nov. 27, 2018), https://abcnews.go.com/US/nooses-hate-signs-left-mississippi-capitol-buildup-special/story?id=59435294.

[31] Jerry Mitchell, "3 Ole Miss Students Posed with Guns in Front of Emmett Till's Memorial. DOJ May Investigate," *USA Today* (July 25, 2019), https://www.usatoday.com/story/news/investigations/2019/07/25/ole-miss-students-posed-guns-front-emmett-till-memorial/1829450001/. The students were suspended by their fraternity, Kappa Alpha.

[32] Steve Almasy. "Coach: Mississippi Student Handling Noose Incident Well," *CNN* (Oct. 26, 2016), https://www.cnn.com/2016/10/26/us/mississippi-school-noose-

Consistent with that broader social environment, prominent candidates and officials in Mississippi use the symbols and code words of racial hierarchy to appeal to race in political campaigns.

Sometimes, these appeals involve straightforward invocations of racial difference or threat. For example, in 1982, Robert Clark, an African American candidate for Congress, lost to a white opponent, Webb Franklin, who advertised "He's one of us." This was in Mississippi's 2nd congressional district, which had a court-mandated Black VAP of 48%. A three-judge district court concluded that this was a clear racial appeal, explaining it had the effect of urging Mississippians "to cast their ballots according to race."[33] In a more recent example, an election commissioner in Jones County, in the run-up to the 2020 election, expressed that she was "concerned about voter registration in Mississippi" because "[t]he blacks are having lots (of) events for voter registration. People in Mississippi have to get involved, too."[34]

Often, racial appeals take the form of nostalgic references to the pre-civil rights era when Black Mississippians were subordinated by law, including using symbols and code words as substitutes for overt mentions of race. In 2002, for instance, then-Senator Trent Lott praised staunch segregationist Strom Thurmond (who prepared the first draft of the Southern Manifesto) by stating "we wouldn't have had all these problems over all these years" if Senator Thurmond had won the presidency in 1948 when he ran on a segregationist platform.[35][36] In 2003, then-gubernatorial candidate Haley Barbour faced criticism for refusing to distance himself from the Council of Conservative Citizens, an organizing descendent of the Citizens' Councils.[37] In 2014, U.S. Senate candidate Chris McDaniel ran a television ad that included a clip of him speaking in front of a Confederate flag, as audio states "Chris will take this country back to the constitution it

---

incident/index.html. The consensus among experts is that nooses are a common symbol designed to intimidate Black citizens and the presence of noose qualifies the crime to be charged as a hate crime in some states, such as New York, California, and Louisiana. *See* Anti-Defamation League, "Hate Symbols: Noose," https://www.adl.org/resources/hate-symbol/noose; Schultz, Susy. "A Brief History of Racial Violence, Nooses and Hate Crimes," *Evanston RoundTable* (May 28, 2022), https://evanstonroundtable.com/2022/05/28/a-brief-history-of-racial-violence-nooses-and-hate-crimes/.

[33] *Jordan v. Winter*, 604 F. Supp. 807, 813 (N.D. Miss. 1984).

[34] Lici Beveridge. "Mississippi election commissioner's social media comment about Black voters causes uproar," Mississippi Clarion-Ledger (June 30, 2020), https://www.clarionledger.com/story/news/local/2020/06/30/mississippi-election-commissioner-accused-making-racist-comments/3280055001/

[35] "User Clip: Trent Lott Tribute to Strom Thurmond," C-Span (Dec. 5, 2002), https://www.c-span.org/video/?c4547616/user-clip-trent-lott-tribute-strom-thurmond.

[36] Id.

[37] Donna Ladd. "Haley's Choice: Native Son Barbour Comes Home to Run for Governor," *Jackson Free Press* (Jan. 11, 2004), https://www.jacksonfreepress.com/news/2004/jan/11/haleys-choice-native-son-barbour-comes-home/.

was founded on."[38] In 2018, Senator Cindy Hyde-Smith reminisced about public hangings in her campaign against Mike Espy, one of just two Blacks to represent Mississippi in Congress over the last 140 years.[39] She was also criticized during that same campaign for posting photos of herself on social media in Confederate military garb with the caption "Mississippi history at its best" during a trip to the Jefferson Davis Home while serving as state agriculture commissioner.[40] In 2019, Attorney General candidate Mark Baker argued that the 1965 Voting Rights Act (VRA), which led to the enfranchisement of Black Mississippians, violated Mississippi's "sovereignty."[41]

**Image 3 – Chris McDaniel 2014 Campaign Advertisement**



---

[38] Ben Jacobs. "Confederate Dog Whistle in Pro-McDaniel Ad," *The Daily Beast* (Apr. 14, 2017), https://www.thedailybeast.com/confederate-dog-whistle-in-pro-mcdaniel-ad; Senate Action, "Right Time," https://www.youtube.com/watch?v=dR9DSxO4hfE.

[39] Michael Brice-Saddler and Deanee Paul, "A Senator Refuses to Apologize for Joking About 'Public Hanging' in a State Known for Lynchings," Washington Post (Nov. 12, 2018), https://www.washingtonpost.com/politics/2018/11/11/senator-mississippi-joked-about-public-hanging-her-black-opponent-called-it-reprehensible/.

[40] Caroline Kelly, "Photo Surfaces of Cindy Hyde-Smith Posing with Confederate Artifacts," *CNN* (Nov. 20, 2018), https://www.cnn.com/2018/11/20/politics/hyde-smith-confederate-artifacts-facebook-post.

[41] Ashton Pittman, "Voting Rights Act Denied Mississippi Its 'Sovereignty,' AG Candidate Says," *Jackson Free Press* (Mar. 22, 2019), https://www.jacksonfreepress.com/news/2019/mar/22/voting-rights-act-denied-mississippi-its-sovereign/.

**Image 4 – Sen. Cindy Hyde-Smith in Confederate Garb**



TONIGHT
P DEFENDS MISSISSIPPI SENATE CANDIDATE; COMES AS
O SURFACES OF HYDE-SMITH POSING IN CONFEDERATE HAT

Candidates in Mississippi also engage in racial appeals by invoking racial stereotypes and negative tropes—the same inaccurate stereotypes about Black Mississippians that were used in the past to justify discrimination in politics. For example, gubernatorial candidate Barbour, in 2003, questioned if Head Start children would be better off in a "whorehouse" rather than their current homes.[42] In 2015, a sitting state representative, Lester "Bubba" Carpenter, urged voters to vote down a ballot initiative because if it passed a "black judge" would decide what to do with public school funds.[43] During Sen. Hyde-Smith's 2018 campaign against Espy, the Mississippi Republican Party sent mailer ads relying on stereotypically inaccurate tropes of the Black criminal by falsely painting Espy as a criminal, with an image of him overlaid by images of a police car with flashing lights and of prison bars with a shadowed prisoner inside.[44] [45] Similarly,

[42] Ashley Elkins, "Some Upset by Barbour 'Whorehouse' Comment," *Daily Journal* (May 15, 2003), https://www.djournal.com/news/some-upset-by-barbour-whorehouse-comment/article_e3ea1098-0cde-5739-ba85-db1c673afc43.html.

[43] Sam R. Hall, "Rep. Carpenter Injects Race into Initiative 42," *Clarion-Ledger* (Oct. 18, 2015), https://www.clarionledger.com/story/news/local/dailyledes/2015/10/18/rep-bubba-carpenter-black-judge-and-initiative-42/74196426/; The Associated Press, "Mississippi Lawmaker Lester 'Bubba' Carpenter Apologizes for 'Black Judge' Comment," *GulfLive.com* (Oct. 19, 2015), https://www.gulflive.com/news/2015/10/mississippi_lawmaker_lester_bu.html.

[44] "Anti-Abortion Mississippi Governor Blows His Racist Dog Whistle," *NewsOne* (Dec. 12, 2018), https://newsone.com/3840174/mississippi-governor-bryant-baby-daddies/.

[45] Ashton Pittman, "GOP Mailers Misleadingly Paint Espy as a Criminal," *Jackson Free Press* (Nov. 2, 2018), https://www.jacksonfreepress.com/news/2018/nov/02/gop-mailers-misleadingly-paint-espy-criminal/.

16

in 2020, days before the general election, incumbent Supreme Court candidate Kenneth Griffis' campaign issued a statement accusing his opponent, Judge Latrice Westbrooks, of voting twice in the same election—allegations that Westbrooks unequivocally denied. The Griffis campaign statement intoned that "Mississippi needs judges who follow the law, not break the law."[46]

**Image 5 – 2018 Mississippi Republican Party Mailer Regarding Mike Espy**



As the last example indicates, Supreme Court elections are no exception to these types of appeals. For instance, in 1986, a white candidate deployed racial appeals in his campaign against the first Black justice appointed to the Mississippi Supreme Court, Justice Reuben Anderson.[47] During the campaign, the white candidate stated that he was "running against quota makers" and that he was "running against reserving a seat on the Mississippi Supreme Court for the NAACP."[48] Anderson's opponent said that he was running because "I am for the majority, not the minority, while respecting the minority."[49]

Later, Justice Fred Banks., Jr., who had also been appointed to the Mississippi Supreme Court, campaigned to protect his seat in 1991.[50] Justice Banks' white opponent, Chet Dillard, drew public attention by running newspaper advertisements that pictured the two candidates to emphasize their races, captioning the incumbent Justice Banks' photo as "Fred Banks," and his own as "Judge W.O. 'Chet' Dillard."[51] After he was accused of race-baiting, Dillard said he had

---

[46] Geoff Pender, "Kenny Griffis claims Supreme Court opponent Latrice Westbrooks voted illegally," *Mississippi Today* (Oct. 28, 2020), https://mississippitoday.org/2020/10/28/kenny-griffis-claims-supreme-court-opponent-latrice-westbrooks-voted-illegally/.

[47] Southwick, Leslie, *Mississippi Supreme Court Elections: A Historical Perspective 1916–1996*, *Mississippi College Law Review* 18:1 (1988), pp. 115–198.

[48] Ibid.

[49] Ibid.

[50] Ibid.

[51] Advertisement, *Clarion-Ledger* Oct. 29, 1991), p. 6A.

"no choice" but to run ads with Justice Banks' picture, stating "I can't run a campaign against a ghost. People have a right to know who the candidate is…Throughout the campaign, (former) Governor (William) Winter, Leland Speed, and Anderson have a endorsed a candidate, but nobody has shown a picture of the candidate. Since he chose not to put his picture in, I had no choice but to put it in."[52]

**Image 6 – Clarion-Ledger Ad from the Banks/Dillard Contest Showing Candidates' Races**



When Justice Banks ran once more in 1996, his opponent again used the justice's image in campaign literature and newspapers and characterized him as being in favor of criminals and racial quotas.[53] In 2004, white Rankin County Circuit Judge Samac Richardson ran for the Supreme Court against Black incumbent Justice James Graves, who had also been appointed to the Mississippi Supreme Court.[54] His campaign slogan was "One of Us"—the same slogan that a federal district court had previously recognized as a racial appeal in 1982.[55]

---

[52] Carole Lawes, "Banks' Supporters Blast Court Race Opponent's Ad," *Clarion-Ledger* (Oct. 30, 1991), p. 1B.

[53] Southwick, *supra* n.47.

[54] McDuff, Robert, *The Voting Rights Act and Mississippi: 1965-2006*, *Univ. of Southern California Review of Law and Social Justice* 17:2 (2008), p. 495.

[55] Id; *Jordan v. Winter*, 604 F. Supp. 807, 813 n.8 (N.D. Miss. 1984).

Research shows that references to "traditional values" also trigger an ethnocentric response (negatively) toward perceived outgroups.[56] This is because "traditional" harkens back to past times in American history when the values of integration and diversity were largely rejected, especially in the South. In certain places, rhetoric referencing "traditional" values serves as a proxy for "Southern" values.[57] Politicians can thus invoke this language to distinguish groups that support status quo values (especially with respect to race) from outgroups advocating change. This language is a cousin to 1950s rhetoric that complained of outside "agitators" trying to change the South's way of life. The theory of racial resentment is predicated on research indicating that some whites continue to have negative feelings towards Blacks based on the belief that Blacks violate shared American norms and values, which in turn draws on a number of anti-Black stereotypes.[58] The ads from the 2004 Graves/Richardson Supreme Court campaign also invoke these tropes, with candidate Richardson promising a return to "traditional values" and, in another ad, lamenting the "tarnished image" of the judicial system.

---

[56] Hurwitz, Joh and Mark Peffley. "Traditional versus social values as antecedents of racial stereotyping and policy conservatism." *Political Behavior* 14 (1992), pp. 395-421.

[57] Hochschild, Arlie Russell. *Strangers in Their Own Land,* New York: The New Press (2016).

[58] "Racial resentment is rooted in a reservoir of anti-Black sentiment coupled with the belief that, because the civil rights movement ostensibly leveled the racial playing field, contemporary racial inequality – especially between Black and White Americans – can best be explained by the idea that "Blacks violate such traditional American values as individualism and self-reliance, the work ethic, obedience, and discipline." Kinder, Donald and David Sears. "Prejudice and Politics: Symbolic Racism Versus Racial Threats to the Good Life." *Journal of Personality and Social Psychology* 40:3 (1981), pp. 414-431, 416, *in* Smith, Candis Watts, Rebecca J. Kreitzer and Feiya Suo. "The Dynamics of Racial Resentment across the 50 US States." *Perspectives on Politics* 18:2 (2019), pp. 527-538.

## Image 7 – Supreme Court "One of Us" ad campaign

**STSUPCT/MS RICHARDSON ONE OF US 2**

| | |
|---|---|
| **Brand:** | POL–SUPREME COURT (B333) |
| **Parent:** | POLITICAL ADV |
| **Aired:** | 10/11/2004 - 10/11/2004 |
| **Creative Id:** | 3588336 |



[Announcer]: Samac Richardson is a former prosecutor and County Judge.



Twice appointed by former Governor Kurt Fordyce, Judge Richardson is known for



his courage, commitment, and sense of Christian compassion. As Senior



Circuit Judge in Madison and Rankin Counties, he's presided over some



of the most siginificant cases in Mississippi history. At a time when our



civil liberties and traditional values are under attack, we need



Samac Richardson on the State Supreme Court. He's one of us.



[PFB]: Committee to Elect Samac Richardson

AdDetector 
www.PoliticsOnTV.com

Copyright 2004 TNS Media
Intelligence/CMAG

tns 
1-866-559-CMAG

**Image 8 - Supreme Court 2004 "Tarnished Image" ad campaign**



Overt racial appeals can also manifest during the policy-making process. For instance, in rejecting the Mississippi legislature's 1991 redistricting plan for state legislative districts, the Department of Justice noted that:

> support for the [legislature's plan] and opposition to alternative suggestions were sometimes characterized by overt racial appeals. For example, the alternative plan was often called the "Black Caucus Plan" and even the Jackson "black plan" on the House floor even though it was supported by thirty-eight white and twenty black members, and privately, some white legislators referred to it as "the nigger plan."[59]

More recently, white politicians representing the Mississippi Delta have similarly made overtly racist comments in discussing government policy. For example, in 2015 a sitting state representative representing Tunica County told a reporter from the *Clarion-Ledger* that he didn't support increased education funding because he comes "from a town where all the blacks are

---

[59] McDuff, *supra* n.54, p. 487.

21

getting food stamps and what I call 'welfare crazy checks.' They don't work."[60]  In another incident, a state legislator representing Grenada and Leflore Counties advocated against the removal of Confederate monuments by arguing that those who want to "destroy historical monuments of OUR HISTORY, … should be LYNCHED!"[61]

In sum, racial appeals in politics and political campaigns have been and remain a fixture of Mississippi politics. These examples of overt racial appeals and dog-whistle politics are not one-off occurrences without long-term effects. Instead, over the long-term people who believe they are the target of that rhetoric are much more likely to believe they are ineffectively represented by candidates who engage in that language.[62]

## 5. Senate Factor Seven

Under Senate Factor Seven, courts consider the extent to which members of the minority group have been elected to public office in the jurisdiction. Mississippi joined the Union in 1817. In 205 years, the state has sent five African Americans to Congress out of roughly 130 Mississippians to represent the state, less than 4% of the total. Only two Black Mississippians have served since 1877 (Mike Espy and Bennie Thompson). In fact, the high watermark for Black representation in Congress from Mississippi was in the 1870s, about 145 years ago.[63]

The picture with respect to statewide office is if anything worse.  As demonstrated below in Table 1, no Black person has been elected in any statewide election, state or federal, since 1875.

---

[60] Ed Mazza, "Gene Alday, Mississippi Lawmaker, Says Blacks Don't Work and Get 'Crazy Welfare Checks'." *Huffington Post* (Feb. 17, 2015), https://www.huffpost.com/entry/gene-alday-crazy-welfare-checks_n_6695570.

[61] Ian Simpson, "Mississippi lawmaker 'sorry' he urged lynching for statue removal," *Reuters* (May 22, 2017), https://www.reuters.com/article/us-mississippi-monuments/mississippi-lawmaker-sorry-he-urged-lynching-for-statue-removal-idUSKBN18I2I5.

[62] Arora, Maneesha and Christopher T. Stout. 2021. "After the ballot box: How explicit racist appeals damage constituents views of their representation in government." *Research & Politics* 8 (2), p. 1-7.

[63] Facing History & Ourselves, "Black Officeholders in the South," (last updated May 12, 2020). https://www.facinghistory.org/reconstruction-era/black-officeholders-south.

**Table 1 – Black Statewide Mississippi Officials**

| Name | Office | Years Served |
|---|---|---|
| Blanche K. Bruce | U.S. Senate | 1875-1881 |
| Thomas Cardozo | Superintendent of Education | 1873-1875 |
| Hannibal C. Carter | Secretary of State | 1873 |
| Alexander K. Davis | Lt. Governor | 1871-1876 |
| James Hill | Secretary of State | 1874–1878 |
| James Lynch | Secretary of State | 1869-1872 |
| Hiram Revels | Secretary of State | 1872-1873 |
| Hiram Revels | U.S. Senate | 1870–1871 |
| M.M. McLeod | Secretary of State | 1873 |

The situation with the Mississippi Supreme Court is similar. Out of the state's 125 justices to serve on either the Supreme Court or the High Court of Errors and Appeals (1832-1870), only four have been African American, about 3%. All four were first appointed to their position. In the history of Mississippi, no Black person has served on the state's highest court by first getting elected. All have required a gubernatorial appointment to secure the office. Governor Allain appointed Reuben Anderson. Governor Mabus appointed Fred Banks. Governor Musgrove appointed James Graves. Governor Barbour appointed Leslie King.[64] All were appointed to the same seat (District 1, Seat 2) in successive order, such that there is in effect a "Black" seat on the state Supreme Court requiring the beneficence of accommodating governors.

By contrast, Black candidates have repeatedly contested open-seat elections for the District 1, Seat 3 position, and lost both times, in 2012 and 2020. Black candidates have also lost several commissioner races in the Central District, which is comprised of the same lines as Supreme Court District 1.

Table 2 below provides the results of state Supreme Court races in District 1 featuring Black candidates.[65] Benefitting from the power of incumbency, Anderson, Banks, and Graves were each able to secure re-election in contested races, most recently in 2004. Justice King was re-elected without opposition after being initially appointed. More recently, however, Latrice Westbrooks, a sitting Court of Appeals judge, running in District 1, Seat 1, was unable to secure a win in 2020. The same is true of State Representative Earle Banks, who ran for the District 1, Seat 1 position in 2012. There is no historical evidence that any Black person can win a seat on the State Supreme Court without first securing the incumbency advantages bestowed upon

---

[64] Bobby Harrison, "November Election Could Put Two Black Justices on the Supreme Court for First Time in Mississippi History," *Mississippi Today* (May 24, 2020), https://mississippitoday.org/2020/05/24/november-election-could-put-two-black-justices-on-the-supreme-court-for-first-time-in-mississippi-history/.

[65] All election results from after 2004 reported below are drawn from the Secretary of State's website, https://www.sos.ms.gov/index.php/elections-voting/election-results.

gubernatorial appointees. And in districts with fewer Black voters, such as District 2, the only Black candidate who attempted to earn a seat from that district fared worse than any Black candidate in District 1.

**Table 2 – Black State Supreme Court District 1 Election Results**
*(italics indicate uncontested)*

| Black Candidate | Year | District | Place | Candidate Total Vote | Candidate Percent | Opponent Total Vote | Opponent Percent |
|---|---|---|---|---|---|---|---|
| Reuben Anderson | 1986 | 1 | 2 | 59,168[66] | 73% | 21,467 | 27% |
| *Reuben Anderson* | *1988* | *1* | *2* | | *100%* | | |
| Fred Banks | 1991 | 1 | 2 | 118,122[67] | 51% | 112,249 | 49% |
| Fred Banks | 1996 | 1 | 2 | 155,518[68] | 54% | 131,873 | 46% |
| James Graves | 2004 | 1 | 2 | 93,147[69] | 57% | 70,771 | 43% |
| *Leslie King* | *2012* | *1* | *2* | | *100%* | | |
| Earl Banks | 2012 | 1 | 1 | 170,513 | 44% | 213,375 | 56% |
| Michael Shareef | 2016 | 2 | 2 | 113,464 | 33% | 232,094 | 67% |
| *Leslie King* | *2020* | *1* | *2* | | *100%* | | |
| Latrice Westbrooks | 2020 | 1 | 1 | 190,455 | 48.5% | 202,530 | 51.5% |

Table 3 provides the results of recent state Transportation and Public Service Commission elections in the Central District that featured Black candidates. In only one race out of five did the Black candidate prevail.

**Table 3 – Black Transportation and Public Service Commission Election Results**

| Black Candidate | Year | Office | District | Candidate Total Vote | Candidate Percent | Opponent Total Vote | Opponent Percent |
|---|---|---|---|---|---|---|---|
| Addie Green | 2011 | PSC | 1 | 121,653 | 44% | 157,675 | 56% |
| Marshand Crisler | 2011 | Transp. | 1 | 133,352 | 47% | 148,470 | 53% |
| Mary H. Coleman | 2015 | Transp. | 1 | 106,828 | 45% | 128,523 | 55% |
| De'Keither Stamps | 2019 | PSC | 1 | 144,574 | 49.65% | 146,596 | 49.65% |
| Willie Simmons | 2019 | Transp. | 1 | 149,573 | 51.12% | 143,003 | 48.88% |

[66] Southwick, supra n.47.

[67] Ibid.

[68] Ibid.

[69] In the general election, Graves won 48%. His 57% total came in the subsequent two-way runoff. "Graves Wins Big in Run-Off," *WLBT* (Nov. 17, 2004), https://www.wlbt.com/story/2576150/graves-wins-big-in-run-off/.

24

In sum, electing Black officials in Mississippi is virtually non-existent outside of majority-Black districts, as McDuff (2006) points out:

> No black person served in the U.S. House of Representatives from Mississippi between 1883 and 1986. During much of this time, the majority-black area of the Mississippi Delta was contained within a single congressional district in the northwest part of the state. That district was almost 60% black as of 1962. But in 1966, less than a year after passage of the Voting Rights Act, the Mississippi legislature carved the Delta up among three of the state's five congressional districts, resulting in no districts with a black majority. This basic configuration was adopted again in 1971 and 1981.[70]

The paucity of Black elected officials is not surprising given the political context. For one, it is a direct result of racially polarized voting, whereby at-large elections in white majority areas are likely if not certain to result in the election of white-preferred candidates. Racially polarized voting tends to increase when Black candidates are on the ballot. For instance, in a review of the 2008 election, Ansolabehere et al. (2009) concluded, "We find, however, that the magnitude of race-based differences in voting preferences increased across the nation in the 2008 election, largely due to the increase in cohesive support of racial minorities for Obama."[71]

And racially polarized voting is especially prevalent in the South. Indeed, in his first campaign for president in 2008, Barack Obama did worse in the South than in the non-South. "Of the eighteen states in which he received a majority of the white vote in the 2008 general election, none are located in the South…. The five states in which Obama received less white support [than Kerry in 2004] were Alabama, Arizona, Arkansas, Louisiana, and Mississippi[72]. Following the 2012 presidential election, the same authors concluded, "Voting in the covered jurisdictions [i.e., including Mississippi] has become even more polarized over the last four years, as the gap between whites and racial minorities has continued to grow."[73]

Mississippi's persistent resistance to and noncompliance with the VRA also explains, at least in part, the lack of success of minority candidates in the state. While the VRA was signed into law by President Lyndon B. Johnson in 1965, "delays by Mississippi officials in complying with their obligations under Section 5 postponed for several years any meaningful review of

---

[70] McDuff, *supra* n.54, p. 485.

[71] Ansolabehere, Stephen, Nathaniel Persily, Charles Stewart, III. "Race, Religion, and Vote Choice in the 2008 Election: Implications for the Future of the Voting Rights Act." *Harvard Law Review* 123 (2008-09), p. 1409.

[72] Powers, John M. "Statistical Evidence of Racially Polarized Voting in the Obama Elections, and Implications for Section 2 of the Voting Rights Act." *Georgetown Law Journal* 102 (2013-14), p. 896.

[73] Ansolabehere, Stephen, Nathaniel Persily, Charles Stewart, III. "Regional Differences in Racial Polarization in the 2012 Presidential Election: Implications for the Constitutionality of Section 5 of the Voting Rights Act." *Harvard Law Review* 126 (2012-13), p. 206.

voting changes."[74] For instance, the state legislature in 1966 authorized counties to elect their boards of supervisors in an at-large manner.[75] Only after the Supreme Court's decision in *Allen v. State Board of Elections*, 393 U.S. 544 (1969), did the federal Department of Justice finally begin objecting to Mississippi voting laws. Important to note is the consistency with which the federal government objected to changes in Mississippi voting laws. Fully two-thirds, 112 of 169 objections, came *after* the 1982 reauthorization of the VRA.[76] Mississippi's Black population has been required to resort to protest and lawsuits, over and again, to gain equal access to the ballot box and a legitimate opportunity to elect candidates of their choosing. Without federal intervention there is no evidence Mississippi would have ever allowed its Black citizens the opportunity to freely take part in the democratic process.

In addition, voter turnout in the South is lower overall.[77] This is likely because when including seven different factors, on average, Southern states repeatedly have a higher cost of voting, referring to the "overall investment a resident must make, in time and resources, to vote."[78] Mississippi had the highest cost of voting in 2016. The authors' calculations estimate these costs lead to a decrease in turnout by 11%. In the overall period measured between 1996 – 2016, Mississippi ranked 2nd in terms of burdened cost of voting. The high frequency of elections in Mississippi is another factor that can reduce turnout. Mississippi's off-cycle elections are yet

---

[74] McDuff, *supra* n.54, p. 478.

[75] Ibid., 481.

[76] Ibid., 479.

[77] Timpone, Richard. "Structure, behavior, and voter turnout in the United States." *American Political Science Review* 92:1 (1998), p. 145-158.

[78] Corasaniti, Nick and McCann, Allison. "The 'Cost' of Voting in America: A Look at Where It's Easiest and Hardest." *The New York Times* (Sept. 21, 2022), https://www.nytimes.com/interactive/2022/09/20/us/politics/cost-of-voting.html.

another feature of its system likely lead to a decrease in voter turnout as voters suffer from voter fatigue.[79]  So too are uncontested elections, which are more frequent in Mississippi. [80] [81]

### 6. Senate Factor Eight

Senate Factor Eight asks whether there is a lack of responsiveness on the part of elected officials to the particularized needs of minority group members. Below, I demonstrate that officials in Mississippi are not responsive to the needs of Black voters.

Mississippi's elected officials have disregarded the needs of Black communities in at least three critical policy areas: education, healthcare, and economic inequality. Racial disparities along those and other metrics are chronic, severe, and continue to persist after decades of discrimination and inaction by the state government. The consequences of disparate policy responses are found in a broad array of policy outcomes. Black Mississippians are worse off than white Mississippians on virtually every measurable metric of educational attainment, income and wealth, and health.

First, despite several U.S. Supreme Court decisions outlawing segregation in taxpayer-funded schools and universities,[82] schools in Mississippi remain highly segregated to this day, and the academic performance of Black students suffers as a result. Mississippi has long resisted school desegregation, and even judicial branch rulings often do not lead to executive branch enforcement. For instance, Mississippi previously implemented a freedom of choice plan, which was found "constitutionally defective" in 1969 in *U.S. v Indianola Municipal Separate School*

---

[79] Boyd, Richard W. 1981. "Decline of U.S. Voter Turnout: Structural Explanations." *American Politics Research* 9:2, pp. 133-159; Hartney, Michael. "Revitalizing Local Democracy: The Case for On-Cycle Local Elections." Urban Policy: Manhattan Institute Issue Brief (2021); Garmann, Sebastian. "Election frequency, choice fatigue, and voter turnout." *European Journal of Political Economy* 47 (2017), pp. 19-35.

[80] Jordan, Joel. "The Effect of Electoral Competitiveness on Voter Turnout." WWU Honors Program Senior Projects (2017), p. 43. Unopposed elections have been shown to reduce turnout substantially across the country. For instance, there was a 4.5% drop in turnout when voters had an election featuring only one major party running. This was modest compared to the 14.5% drop in turnout featuring unopposed races. Democracy is further degraded by unopposed races as ballot drop-off is higher in these uncompetitive contests.  Davis, Matt. "Closing the Gap in State Legislative Races: The Effect of Campaign Spending on Ballot Drop-off." University of Oregon, (2014).

[81] E.g., Ballotopedia, "2019 election analysis: Uncontested races by state," https://ballotpedia.org/2019_election_analysis:_Uncontested_races_by_state.

[82] *Missouri ex rel. Gaines v. Canada*, 305 U.S. 337 (1938); *McLaurin v. Oklahoma State Regents*, 339 U.S. 637 (1950); *Sweatt v. Painter*, 339 U.S. 629 (1950); *Brown v. Board of Education of Topeka*, 347 U.S. 483 (1954); *Swann v. Charlotte-Mecklenburg Board of Education*, 402 U.S. 1 (1971).

*District* by the 5th Circuit Court of Appeals.[83] Yet, that unconstitutional policy was in fact the moderate policy approach—the White Citizens' Council supported the outright closure of public schools.[84] Following *Brown v. Board*, "segregation academies" [85] proliferated in Mississippi, allowing white students to avoid integration.[86] Mississippi today remains the "strongest bastion" for these hyper-segregated private schools, which continue to serve a nearly all-white population—and operate with the support of public money.[87]

Continued segregation has proved harmful to Black students. As of 2017, only one majority-Black school district in the state (Clinton, MS) earned an "A" grade on the state's rating scale and "half of all Black students...attended school in a district rated D or F."[88] These harmful disparities are due in part to chronic underfunding of schools that primarily serve non-white students. In 2021, the Mississippi legislature, via the Joint Legislative Committee on Performance Evaluation and Expenditure Review (PEER), released a report acknowledging that Mississippi's per-student public education funding was lower than all its neighboring states. This was the case whether you looked at combined federal-state-local expenditures or just funding

---

[83] *United States v. Indianola Mun. Separate Sch. Dist.*, 410 F.2d 626, 627 (5th Cir. 1969).

[84] Jerry Mitchell, "Selective Funding Leaves Public Schools in the Hole," Mississippi Center for Investigate Reporting (Feb. 17, 2019), https://www.mississippicir.org/news/selective-funding-leaves-public-schools-in-the-hole.

[85] "Category: Segregation Academies in Mississippi," Wikipedia, https://en.wikipedia.org/wiki/Category:Segregation_academies_in_Mississippi#:~:text=Segregati on%20academies%20were%20private%20schools,Supreme%20Court%20ruling%20Brown%20 v.

[86] Bracey Harris, "Reckoning with Mississippi's 'Segregation Academies'," The Hechinger Report (Nov. 29, 2019), https://hechingerreport.org/reckoning-with-mississippis-segregation-academies/; Sarah Carr, "In Southern Towns, 'Segregation Academies' Are Still Going Strong," The Atlantic (Dec. 13, 2012), https://www.theatlantic.com/national/archive/2012/12/in-southern-towns-segregation-academies-are-still-going-strong/266207/.

[87] Sarah Carr, "In Southern Towns, 'Segregation Academies' Are Still Going Strong," The Atlantic (Dec. 13, 2012), https://www.theatlantic.com/national/archive/2012/12/in-southern-towns-segregation-academies-are-still-going-strong/266207/; Adam Lynch, "Mississippi Legislators are Sneaking Millions in Subsidies to Segregation Schools," Love Black Girls (Aug. 2, 2022), https://loveblackgirls.org/2022/08/02/mississippi-legislators-are-sneaking-millions-in-subsidies-to-segregation-schools/; "Student Population Has Significantly Diversified, But Many Schools Remain Divided Along Racial, Ethnic, and Economic Lines." GAO-22-104737.

[88] Sierra Mannie, "The only A-rated, majority-black district in Mississippi," The Hechinger Report.org (July 12, 2017), https://hechingerreport.org/rated-majority-black-district-mississippi/. In 2020, the 5th Circuit Court of Appeals allowed a Southern Poverty Law Center lawsuit to proceed alleging that Mississippi had repeatedly failed to guarantee education rights guaranteed to Black students under the 1890 Constitution. Emily Wagster Pettus, "Court revives suit over Mississippi school funding disparity," *AP* (April 3, 2020), https://apnews.com/article/poverty-lawsuits-race-and-ethnicity-mississippi-ms-state-wire-f269cee46a4f19a1860bde0824020436

from the state. "Adjusting for inflation, state spending in Mississippi decreased about $65 million."[89] Since 2008, state funding for public schools has provided $2.8 billion less than the state's funding formula requires. For instance, Jackson Public Schools (96% Black student population) have been shortchanged $155 million since 2008. However, because of differing tax bases, it can be difficult for Black and low-income school districts to make up that deficit. According to Dr. Robert Luckett, a trustee on the Jackson Public Schools Board, "Basically, rich districts can take property taxes and whatever deficit they have from MAEP and they can make that up and then some. Poor districts can't do that. We just can't catch up, we're so far behind."[90]

Such racial discrimination in school funding has a long history in Mississippi. A 2019 report by the Mississippi Center for Investigative Reporting found that by World War II, African American students received 13 percent of state education funding even though they comprised 57 percent of the student population.[91] Dixon (2020) calculates this resulted in a racial disparity of $242 million less expended on Black Mississippi schools over a 14-year period.[92] As a result, just 2.3% of Black Mississippians had a high school diploma in 1950.[93]

In a national study, economist Rucker Johnson found that high school graduation rates for Black students improved 15 percent after attending integrated schools for at least five years, which in turn reduced the chances of living in poverty as an adult. This was largely because the white-Black gap in per-pupil spending decreased as integration increased.[94] As explained above, Mississippi exemplifies this dynamic.

Educational attainment is the best predictor of income. Table 5 demonstrates one reason why incomes in the predominantly Black Mississippi Delta are more than 20% lower than the rest of the states. The percentage of adults with a high school diploma or higher is almost nine points lower than the state average. This is a difference of 10%, which makes a material difference in the ability of Delta counties to sustain job growth.

---

[89] Emily Wagster Pettus, "Analysis: Watchdog group examines Mississippi school funding," *Clarion-Ledger* (June 8, 2021), https://www.clarionledger.com/story/news/politics/2021/06/07/school-funding-report-mississippi-spends-less-than-neighbors/7574166002/

[90] Keisha Rowe, "Decades after desegregation, Mississippi still funds schools along racial, economic lines," (July 21, 2021), https://www.clarionledger.com/in-depth/news/education/2021/07/15/mississippi-public-school-funding-racial-economic-divides/7877081002/

[91] Mitchell, *supra* n.84.

[92] Dixon, LaTanya L. "From Statehood to School Desegregation: Racial Disparities in the Public Education of Mississippi, 1817-1969," *AERA Open* 6:4 (October 2020).

[93] Ibid.

[94] American University School of Education, "Classroom Segregation: History and Current Impact on Student Education," (Aug. 19, 2020), https://soeonline.american.edu/blog/classroom-segregation.

**Table 5 – Educational Attainment in the Delta**

| SC District | County | HS Grad or Higher[95] |
|:---:|:---|:---:|
| 1 | Bolivar | 77.8 |
| 3 | Coahoma | 79.5 |
| 1 | Humphreys | 69.9 |
| 1 | Issaquena | 60.5 |
| 3 | Leflore | 81.6 |
| 3 | Quitman | 71.3 |
| 1 | Sharkey | 77.5 |
| 1 | Sunflower | 74.9 |
| 3 | Tunica | 83.5 |
| 1 | Washington | 78.8 |
| | Delta Average | 75.53 |
| | State Average | 84.5 |
| | Difference | -8.97 |

Despite the importance of the issue, state officials have been unresponsive to the needs of Black Mississippians. In the absence of lawsuits, state government has not acted to address the high levels of segregation, the massive funding disparities, and the predictable racial achievement gap that exist under the current system. Most notably, only four times since 1997 has the state legislature funded education to the levels required by law.[96] Today, the Black-white achievement gap in Mississippi K-12 programs is significantly greater than the national average.[97] Furthermore, the trendline shows no meaningful improvement over time.[98] Mississippi courts are frequently called upon to rule on Mississippi's public school funding disparities, such as the recent case in which the state legislature set aside pandemic funding for private school support.[99]

---

[95] Mississippi Institutions of Higher Learning – University Research Center, "Washington County," http://www.mississippi.edu/urc/data/county.asp?ID_no=76.

[96] Parents' Campaign, "Fast Facts About Education in Mississippi," https://msparentscampaign.org/wp-content/uploads/2022/06/Fast_Facts_Ed_2022.pdf.

[97] The Nation's Report Card, "State Score Gaps," https://www.nationsreportcard.gov/reading_math_2015/#reading/state/gaps?grade=8.

[98] Ibid.

[99] Associated Press, "Court to Hear Case on Mississippi Grants to Private Schools," U.S. News (Aug. 22, 2022), https://www.usnews.com/news/best-states/mississippi/articles/2022-08-22/court-to-hear-case-on-mississippi-grants-to-private-schools; "Mississippi Supreme Court Hears Appeal Over School Funding," *The Daily Leader* (May 17, 2017),

Beyond funding for schools, legislators' interest in what should or not be taught in schools also demonstrates a lack of responsiveness. A recent public controversy centers around what students or should not learn about institutional racism or whether that concept can even be mentioned. In particular, during the 2022 legislative session, state officials extensively criticized "critical race theory," and even voted to ban it from Mississippi schools, "even though the state superintendent of education has said the theory is not being taught in schools and legislators have offered no evidence to show it is."[100]  Black state senators walked out of the chamber to protest the treatment of the issue.[101]  Nonetheless, accusations involving "critical race theory" played an outsized role in a 2022 Mississippi congressional election and received prominent attention at the Neshoba County Fair.[102]  This avid interest in regulating "critical race theory," while it may signal policymakers racial attitudes to voters, stands in contrast to policymakers' inaction on issues like school funding and the persistence of segregation.

A second policy area where Black Mississippians are not receiving responsive representation is healthcare. Black Mississippians are worse off than white Mississippians and the average American on virtually every health metric. For example, Table 6 illustrates the stark and unwanted facts about life expectancy in the majority-Black Delta. Rather than providing separate tables on health gaps on individual health measures (i.e., diabetes, obesity, heart disease), it is perhaps simpler and more meaningful to focus on the net result of health gaps, which is to focus on the question, "What does it all add up to?" The answer is clear. If you live in the Delta, you have less time on this Earth, especially for men.

---

https://www.dailyleader.com/2017/05/17/mississippi-supreme-court-hears-appeal-over-school-funding/.

[100] Emily Wagster Pettus, "Bill Banning Critical Race Theory Goes to Mississippi Senate," *Jackson Free Press* (Jan. 21, 2022), https://www.jacksonfreepress.com/news/2022/jan/21/bill-banning-critical-race-theory-goes-mississippi/.

[101] Associated Press, "Black Mississippi Senators Walk Out in Protest Over Critical Race Theory Ban," *NPR* (Jan. 22, 2022). https://www.npr.org/2022/01/22/1075055539/critical-race-theory-mississippi-protest.

[102] Jamie Lynch and Jeremy Grisham, "Mississippi Governor Signs into Law Prohibition on Schools Teaching Critical Race Theory," *CNN* (Mar. 14, 2022), https://www.cnn.com/2022/03/14/politics/mississippi-critical-race-theory-law/index.html; Taylor Vance, "Michael Guest Campaign Airs First Negative Campaign Ad After Shocking Primary Results," *Northeast Mississippi Daily Journal* (June 10, 2022), https://sports.yahoo.com/michael-guest-campaign-airs-first-190900163.html; Emily Wagster Pettus, "Analysis: Critical Race Theory a Predicable Topic at Neshoba," *The Dispatch* (Aug. 2, 2021), https://cdispatch.com/news/2021-08-02/analysis-critical-race-theory-a-predicable-topic-at-neshoba/.

**Table 6 – Life Expectancy in the Delta[103]**

| SC District | County | Male Life Expectancy | Female Life Expectancy |
|---|---|---|---|
| 1 | Bolivar | 67.91 | 75.4 |
| 3 | Coahoma | 67.24 | 74.83 |
| 1 | Humphreys | 68.2 | 75.47 |
| 1 | Issaquena | 73.47 | 78.74 |
| 3 | Leflore | 69.55 | 75.79 |
| 3 | Quitman | 67.85 | 75.18 |
| 1 | Sharkey | 69.6 | 76.17 |
| 1 | Sunflower | 68.71 | 74.82 |
| 3 | Tunica | 67.48 | 74.2 |
| 1 | Washington | 67.9 | 75.56 |
| | Delta Average | 68.79 | 75.62 |
| | State Average | 71.86 | 77.99 |
| | Difference | -3.07 | -2.37 |

Despite Black Mississippians' interest in policies advancing health equity, such policies have limited avenues of success in the Mississippi legislature. Research in the *Journal of Health Politics, Policy and Law* suggests Mississippi Delta legislators have less success in the legislature due to an inability to get buy-in from white residents in other parts of the state. As an example, consider support for the Affordable Care Act (ACA), commonly known as Obamacare. The ACA had 62 provisions in the law that were included specifically to address unequal health care outcomes and was considered "the most comprehensive minority health law" in American history.[104] A Black member of the U.S. House of Representatives representing the Mississippi Delta, Bennie Thompson, accused Governor Phil Bryant of turning down Medicaid expansion "just because a black man created it."[105] Nationally, Medicaid expansion reduced the Black uninsured rate by one-third between 2013 and 2016, yet in Mississippi the Black uninsured rate remains nearly 5 points higher than the national average and 7th worst in the country.[106] As of

---

[103] Mississippi Health Rankings, "Mississippi Life Expectancy Male – County Comparisons," https://www.worldlifeexpectancy.com/usa/mississippi-life-expectancy-by-county-male.

[104] Franklin, Sekou, Pearl K. Ford Dowe, and Angela K. Lewis-Maddox. "Barack Obama and the Racial Politics of the Affordable Care Act," in *After Obama: African American Politics in a Post-Obama Era*, Todd Shaw (ed.). New York: New York University Press (2021).

[105] Kyle Cheney, "Because a Black Man Create It," *Politico* (Apr. 29, 2014), https://www.politico.com/story/2014/04/report-mississippi-congressman-sees-racism-in-anti-obamacare-fervor-106163.

[106] Kaiser Family Foundation, "Uninsured Rates for the Nonelderly by Race/Ethnicity (CPS)," https://www.kff.org/other/state-indicator/uninsured-rates-for-the-nonelderly-by-race-ethnicity-

2022, Mississippi has no plans to expand healthcare access for the uninsured by accepting the increased federal Medicaid funding offered to Mississippi and its people under the ACA.

Income inequality is a third example, among others, of a long-term racial gap that has gone unaddressed. Black Americans depend more on the social safety net, experience far less upward economic mobility, face higher risk of downward mobility, have unemployment rates that if experienced by the entire country would be considered recessionary, have just one-tenth the wealth of white families, and education is not itself a cure-all for this demographic as increased education does not decrease the wealth gap.[107]

In Mississippi, the median Black household income in 2019 was $45,438, which was 60% of white household income. The poverty rate in 2019 for Blacks was 18.8%, which was 2.5 times the white poverty rate.[108] The aggregate effect of lower incomes is less family wealth. Consequently, Black families have less than 15% of the median wealth of white families, $24,100 compared to $188,200. A likely contributor to the wealth gap is the 30% gap in national homeownership rates between Black and white families.[109] In Mississippi, 51% of Blacks own their homes compared to 78.2% of whites.[110]

In Mississippi, Black legislators represent districts with less income and less education than statewide average. The congressional district encompassing the Mississippi Delta, Mississippi's second congressional district, has considerably less household income, and higher poverty rates, which is in no small part the effect of lower rates of education and lower levels of generational wealth.

Table 7 starkly illustrates the wage gap between Delta counties and non-Delta counties. Even in one of the poorest states of the Union, the Delta is a very poor region with weekly wages 20% less than the statewide average. The highest earning county, Bolivar, is still 10% lower than state averages. Lower incomes profoundly impact the ability of municipal governments to

cps/?currentTimeframe=0&selectedDistributions=black--total&sortModel=%7B%22colId%22:%22Black%22,%22sort%22:%22desc%22%7D.

[107] Joint Economic Committee of Congress. *The Economic State of Black America* (2021), https://www.jec.senate.gov/public/_cache/files/ccf4dbe2-810a-44f8-b3e7-14f7e5143ba6/economic-state-of-black-america-2020.pdf

[108] John Creamer, "Poverty Rates for Blacks and Hispanics Reached Historic Lows in 2019," U.S. Census Bureau (Sept. 15, 2020), https://www.census.gov/library/stories/2020/09/poverty-rates-for-blacks-and-hispanics-reached-historic-lows-in-2019.html.

[109] Neil Bhutta, Andrew C. Chang, Lisa J. Dettling, and Joanne W. Hsu, "Disparities in Wealth by Race and Ethnicity in the 2019 Survey of Consumer Finances," Board of Governors of the Federal Reserve System (Sept. 28, 2020), https://www.federalreserve.gov/econres/notes/feds-notes/disparities-in-wealth-by-race-and-ethnicity-in-the-2019-survey-of-consumer-finances-20200928.html.

[110] Elissa Suh, "Black Homeownership in the U.S.," *Policygenius* (Dec. 1, 2020), https://www.policygenius.com/homeowners-insurance/black-homeownership-rates/.

33

generate the endogenous revenue for sustained economic development. One way to address income inequality is to raise the minimum wage—a policy that African Americans overwhelmingly support—yet Mississippi has no state minimum wage.[111] [112]

**Table 7 – Weekly Wages in the Delta compared to the non-Delta**

| SC District | | 2021 Wages[113] |
|---|---|---|
| 1 | Bolivar | $756 |
| 3 | Coahoma | $750 |
| 1 | Humphreys | $614 |
| 1 | Issaquena | $458 |
| 3 | Leflore | $735 |
| 3 | Quitman | $610 |
| 1 | Sharkey | $631 |
| 1 | Sunflower | $666 |
| 3 | Tunica | $750 |
| 1 | Washington | $719 |
| | Delta Average | $669 |
| | State Average | $843 |
| | Difference | -$174 |

The fact that elected officials in Mississippi do not respond to the needs of the state's Black population is not surprising for several reasons. First, government officials tend to be more responsive to white constituents. In an experiment designed to study racial discrimination in public service, researchers found that emails sent by a person with a white-sounding name generate a higher response rate than emails sent by constituents with a Black-sounding name.[114]

---

[111] Leslie Davis and Hannah Hartig, "Two-thirds of Americans Favor Raising Federal Minimum Wage to $15 an Hour," *Pew Research Center* (July 30, 2019), https://www.pewresearch.org/fact-tank/2019/07/30/two-thirds-of-americans-favor-raising-federal-minimum-wage-to-15-an-hour/.

[112] National Conference of State Legislatures, "State Minimum Wages," (Aug. 30, 2022), https://www.ncsl.org/research/labor-and-employment/state-minimum-wage-chart.aspx

[113] U.S. Bureau of Labor Statistics, "County Employment and Wages in Mississippi — Second Quarter 2021," https://www.bls.gov/regions/southeast/news-release/2021/countyemploymentandwages_mississippi_20211208.htm.

[114] Giulietti, Corrado, Mirco Tonin, and Michael Vlassopoulos. "Racial Discrimination in Local Public Services: A Field Experiment in the United States." *Journal of the European Economic Association* 17:1 (2019), pp. 165-204.

An aggregate meta-analysis generated similar findings, concluding that messages from racial/ethnic minorities are less likely to receive a response from elected officials.[115]

Second, Mississippi has one of the least "professionalized" legislatures in the United States, as measured by member salaries, benefits, time demands of service, staffing, and resources—and less professional legislatures are more likely discriminate more against constituents.[116] Over time, Mississippi's professionalization ranking has declined from 26th to 40th. Discrimination and non-responsiveness by public officials are also likely to lead to decreased political participation by the affected groups, which risks perpetuating a vicious cycle.

And third, in general, the political views of elected officials in Mississippi may not be representative of the views of Black Mississippians. Mississippi has long been dominated by conservative legislators, whether Democratic or Republican. However, voters in majority Black districts tend to prefer moderate and liberal representation. Evidence for this comes from the DW-NOMINATE dataset that assigns an ideology score for every member of Congress based on their roll call votes. The range of ideology scores is from -1 to +1, with -1 meaning a liberal preference on each vote and a +1 meaning a conservative preference on each vote. A score of 0 would be an exact moderate. Since the 87th Congress, the combined NOMINATE scores for all members of the U.S. House is -.02, exceedingly close to perfectly moderate. However, Black Democratic Members of Congress are on average more liberal than the overall mean, and indeed more liberal than the mean Democratic Member.

**Table 7 – Black vs. Non-Black Ideology among Congressional Representatives**

|  | NOMINATE Score[117] |
|---|---|
| All Members of U.S. House since 87th Congress (1961-1963) | -0.02 |
| Republicans | 0.37 |
| All Democrats | -0.33 |
| Non-Black Democrats | -0.312 |
| Black Democrats | -0.5 |

The limited research on the political preferences of state Supreme Court judges suggests there is a wide discrepancy in the preferences of the median Black voter in Mississippi and the state's Supreme Court justices. The PAJID (Party-Adjusted Judge Ideology Dataset) dataset of state Supreme Court ideology uses signaling by political elite (such as endorsements) and voter ideology to impute judicial ideology and show that Mississippi has nearly the most conservative

---

[115] Costa, Mia. "How Responsive are Political Elites? A Meta-Analysis of Experiments on Public Officials." *Journal of Experimental Political Science* 4:3 (2017), pp. 241-254.

[116] Landgrave, Michaelangelo and Nicholas Weller. "Do More Professionalized Legislatures Discriminate Less? The Role of Staffers in Constituency Service." *American Politics Research* 48:5 (2020), pp. 571-578.

[117] Lewis, Jeffrey B., Keith Poole, Howard Rosenthal, Adam Boche, Aaron Rudkin, and Luke Sonnet (2022). *Voteview: Congressional Roll-Call Votes Database*. https://voteview.com/.

state Supreme Court in the nation – and is therefore unlikely to reflect the ideological preferences of the Black electorate.[118]

In contrast, and at least in the legislative context, a substantial body of research shows that minority legislators are the most likely to "support and initiate policies backed by minorities in the mass public" – their election mobilizes minority participation and, in state legislative bodies, their presence leads to "the adoption of policies favored by many minorities."[119] Similarly, Grose (2005) has found that there is greater substantive representation for Black constituents when represented by an African American legislator, which in turn boosts Black turnout. Another study has determined that Black legislators appear more intrinsically motivated to address the issues of Black communities, regardless of electoral benefit.[120]

For instance, a study of bill sponsorship during the 2015-2016 Ohio legislative session showed that African American legislators consistently pushed for race-related legislation.[121] In other words, African American legislators demonstrate different agenda-setting behavior than their white colleagues (Adams, 2007) and minority officeholders evince a legislative voting record uniquely oriented toward their minority populations they represent.[122]

### 7.  Senate Factor Nine

Senate Factor Nine asks whether the policy underlying the state or political subdivision's use of the challenged standard, practice, or procedure is tenuous. This section will demonstrate that the current state Supreme Court districts are drawn in a manner that is inconsistent with the requirement to draw districts that respect communities of interest. The districts are purely electoral and have no jurisdictional or substantive function that justifies their configuration, let alone the decision to leave them unchanged for 35 years. In particular, the current districts divide and dilute the most recognizable geographic and cultural region of the state, the Mississippi

---

[118] Brace, Paul, Laura Langer, and Melinda Gann Hall. "Measuring the Preferences of State Supreme Court Judges." *Journal of Politics* 62:2 (2000), pp. 387 – 413.

[119] Griffin, John D. 2014. "When and Why Minority Legislators Matter." *Annual Review of Political Science* 17 (2014), p. 333.

[120] Broockman, David E. "Black Politicians Are More Intrinsically Motivated to Advance Blacks' Interests: A Field Experiment Manipulating Political Incentives." *American Journal of Political Science* 57:3 (2013), pp. 521-36.

[121] Trautman, Linda. "Racial Advocacy and Bill Sponsorship in State Legislative Politics." *National Political Science* Review 20:1 (2019), pp. 91-100.

[122] Adams, Kimberly S. "Different Faces, Different Priorities: Agenda-Setting Behavior in the Mississippi, Maryland, and Georgia State Legislatures." *Nebula,* 2017; Juenke, Eric G. and Robert R. Preuhs. "Irreplaceable Legislators? Rethinking Minority Representatives in the New Century." *American Journal of Political Science* 56:3 (2012), pp. 705-15.

Delta. This especially effects Mississippi's Black population, 40% of which lives in the Mississippi Delta.[123]

The Mississippi Delta, situated within the broader Black Belt, plays a central role in the history of the civil rights movement in Mississippi and the formation of Black communities in the state.

The Delta has a particular economic character. It is rural and the land more intensively devoted to farming agriculture than the rest of Mississippi.[124] Indeed, the Delta was settled because of its rich, dark soil that was well suited for farming, including growing cotton. Unsurprisingly, Delta counties remain more vested in agriculture than other Mississippi counties.

### Table 9 – Delta Farmland

| SC District | | % of Land in Farms[125] |
|---|---|---|
| 1 | Bolivar | 67 |
| 3 | Coahoma | 62 |
| 1 | Humphreys | 44 |
| 1 | Issaquena | 20 |
| 3 | Leflore | 56 |
| 3 | Quitman | 40 |
| 1 | Sharkey | 41 |
| 1 | Sunflower | 56 |
| 3 | Tunica | 53 |
| 1 | Washington | 64 |
| | Delta Average | 50.3% |
| | State Average | 35% |
| | Difference | 15.3% |

Historically, the proceeds from the cotton enterprise flowed to large, landed estates, known as plantations. At least since the advent of the plantation, the majority of the Delta's population have been African American. Following the Civil War, economic dominance

---

[123] U.S. Census Bureau, "Congressional District 4 (117th Congress) Mississippi," https://www.census.gov/mycd/?st=28&cd=04.

[124] United States Department of Agriculture, "2017 Census of Agriculture Highlights – Farms and Farmland," (Aug. 2019), https://www.nass.usda.gov/Publications/Highlights/2019/2017Census_Farms_Farmland.pdf.

[125] United States Department of Agriculture, "2017 Census of Agriculture – County Profile: Washington County, Mississippi," https://www.nass.usda.gov/Publications/AgCensus/2017/Online_Resources/County_Profiles/Mississippi/cp28151.pdf.

37

remained with the white planter class, with former slaves corralled into tenant farming and sharecropping.

The Black Mississippians who populated the Delta developed the region's distinct culture. In the 20th Century, the Mississippi Delta became the acknowledged home of American Blues music, which itself birthed rock 'n' roll. The fact that Blues music comes from the Delta is no accident. African Americans turned to distinct musical forms and innovation as one of the few freedoms they enjoyed until the Civil Rights era. Blues music became an outlet for their hard lives. The region continues to host dozens of blues festivals, continuing those cultural traditions. The Delta was once ravaged by frequent and major flood events. At least 12 major floods occurred between 1858 and 1927, with the last flood spurring many Delta Blacks to take part in the Great Migration and flee the state.[126]

The Delta's history and political dynamics are also distinctive. Prior to the civil rights era, when Black Mississippians were disenfranchised, it was a political base for segregationist politicians. For example, Governor Fielding Wright, a Delta native, was Strom Thurmond's running mate on the States' Rights Independent Party 1948 presidential ticket. The Citizens' Councils formed in Indianola, Mississippi in the Delta County of Sunflower. That dynamic is consistent with the observations of Key (1949) who observed that whites in areas with large Black populations were most supportive of secession, most supportive of one-party Democratic Party rule during this era, and were most opposed to federal intervention on racial policies.[127] Later, scholars confirmed that the areas with the largest Black populations were those where with the imposition of second-class citizenship was most severe (Blalock 1956; Matthews and Prothro 1966).[128] In a seminal study on the matter, Black and Black (1987, 15) conclude, "The larger the black population, the greater the likelihood for whites…to be united support of racial conservatism."[129]

The Delta was also the site of key moments in the struggle for Black civil rights. The slaying of Emmett Till in Money, Mississippi in the Delta County of Leflore was a touchstone moment of the Civil Rights era, awakening America to the limited freedoms and many burdens African Americans bore in Mississippi at that time. In a 1966 march through the Mississippi Delta, James Meredith, who just four years earlier integrated the University of Mississippi, was wounded in a shooting. Delta native Fannie Lou Hamer challenged the segregationist Mississippi State Democratic Party at the 1964 Democratic National Convention. Due to exclusion, she led

---

[126] Mississippi Encyclopedia, "Delta," https://mississippiencyclopedia.org/entries/delta/.

[127] Key, *supra* n.22.

[128] Blalock, H.M. "Economic Discrimination and Negro Increase." *American Sociological Review* 21:5 (1956), pp. 584-88; Matthews, Donald R. and James W. Prothro. *Negroes and the New Southern Politics*, New York: Harcourt, Brace & World (1966).

[129] Black, Earl and Merle Black. *Politics and Society in the South*. Cambridge, MA: Harvard University Press (1987); *see also* Kousser, Morgan J. *The Shaping of Southern Politics: Suffrage Restriction and the Establishment of the One-Party South, 1880-1901*. New Haven, CT: Yale University Press (1974).

the creation of the Mississippi Freedom Democratic Party as an organization to challenge the entrenched racial status quo.

Today, the population of the Delta remains overwhelmingly African American. For instance, the 2nd congressional district (CD2) represented by Rep. Bennie Thompson is approximately 65% African American. The Delta remains defined by its distinctive culture, history, and economic base. It also has higher mortality rates, less education, and lower income than other areas. [130]

The Delta is perhaps the most cohesive and identifiable region and community of interest in the state of Mississippi. Indeed, the Delta's shared socioeconomic characteristics in addition to the region's agricultural cultural, and historic heritage make it an unmistakable community of interest. However, Mississippi's Supreme Court districts split the core Delta counties between the North and Central Districts (and split off other adjacent counties along the lower Mississippi River into the Southern District). Drawing districts in this manner negates the ability to form a district that includes the whole Mississippi Delta, which would give the Delta an undiluted voice. Other cultural regions of Mississippi, such as the Pine Belt (also known as the Piney Woods or Southern Pine Hills), the Northern Hills, and the Gulf Coast, are not so divided.

The current districts thus undermine the important districting criterion of respecting and according representation to communities of interest. Moreover, other rationales that might be proffered to support the current lines are tenuous.

With respect to population equality, the state legislature did not pay attention to population equality in Supreme Court districts until 1987 when the legislature redrew the lines because of a 1985 lawsuit brought about to remedy population imbalance concerns. Before that, the lines had not been changed since the 1940s. Nor is there any indication that the State has undertaken any regularized process to review these lines for population disparities or "one person, one vote" problems with the decennial census, as it does with legislative lines. The Supreme Court lines have not changed since 1987. Changing the lines only once in nearly 80 years, and doing so on an ad hoc basis in response to a lawsuit rather than a regular process tied to the Census, undercuts any suggestion that the State has a genuine interest in population equality for the districts. Nor is there any reason to think that population equality could not be achieved while still creating a district that does not divide the Delta and dilute Black voting strength, especially considering the existence of CD2, a 60%+ BVAP district that includes the Delta. Population equality thus appears tenuous as a rationale for the current districts.

Attempts to justify the districts on a functional basis would also be tenuous because the districts' function is purely electoral. There is no record that I can discern of the districts ever being justified in that manner. Rather, the Supreme Court exercises its jurisdiction on a statewide basis.

Nor is "tradition" standing alone a non-tenuous reason to maintain the challenged districting scheme. Evidently, the State has historically divided the Delta in a way that limits its

---

[130] United States Department of Agriculture, *supra* n.124.

political power. This aligns with the Delta's context as a battleground for racial progress in Mississippi alongside other highly populated Black areas in the Black Belt.

If "tradition" were a valid basis on which to maintain electoral schemes that originated in Jim Crow-era Mississippi, all manner of patently unlawful measures would be considered valid under the VRA. Placing importance on preserving prior districts for continuity's sake appears tenuous when the original districts have suspect origin, particularly when alternative configurations better respect enduring communities of interest in the state that are bolstered by historical, economic, and demographic foundations.

40

8. **CV**

## Marvin P. King, Jr.
**Associate Professor | African American Studies & Political Science**
Senior Faculty Fellow | Residential College South 126
Residential College South
University, MS 38677
Work | 662-915-2054
Cell | 662-715-9423
marvin@olemiss.edu

## EDUCATION

**University of North Texas** – Denton, TX, Ph.D. Political Science

## UNIVERSITY ADMINISTRATIVE EXPERIENCE

**University of Mississippi, Senior Faculty Fellow, Residential College South (2013- Present)**
- Direct and organize academic and other activities for a 466-bed co-ed residence hall;
- Budgetary oversight, personnel supervision, alumni engagement, and interaction with various UM units (e.g. Housing, Aramark - food service, Outreach – summer programs) in support of the mission to improve student engagement and retention;
- Founding Organizer of TEDxUniversityofMississippi. 4 million+ video views in seven years.
- Organize networking road trip for students to meet with University of Mississippi alumni;
- Established a Chess Club, Garden Club, Cooking Club, Knitting Club, Movie Club, and Study Groups;
- Established service requirement leading to more than 5,000 hours of community service;
- Established Carolyn Ellis Staton Undergraduate Travel Fund; 85% raised toward $25,000 endowment goal;

## CURRENT PROJECTS

Research: First, I will continue work on my article under review. I will use research from the SMBHC grant for research publications on legislative staff diversity.

Teaching:  POL 320 - African American Politics: Developing a course reader
Course Prep: Writ 101 – Political Leadership

41

## IN PROGRESS

King, Marvin P. Jr. "The Perplexing Roots of Black Economic Inequality." *The Review of Black Political Economy.*

## PUBLICATIONS

King, Marvin P. Jr. 2011. The Continued Relevance of the Congressional Black Caucus: A Study of Bill Preference." *Politics & Policy* 39: 421-439

Allen, Marcus and Marvin P. King, Jr. Winter 2010-2011. "The Electoral Geography of Black Electoral Success." *American Review of Politics* 31: 333-356

King, Marvin P. Jr. 2010. "The Misrepresentation of the Black Poor." *Journal of Black Studie*s 40: 835-850.

King, Marvin P. Jr. 2009. "Reluctant Donors: The (Lack of) an Obama Effect on African American Campaign Donors." *Souls* 11: 389-406.

Forgette, Richard and Marvin P. King, Jr. 2009. "Political-Racial Cycles? Electoral Cycles in Racial Polarization and the 2006 Senate Elections." *National Political Science Review* 12: 111-122.

Forgette, Richard, Marvin P. King, Jr. and Bryan Dettrey. 2008. "Race, Hurricane Katrina, and Government Satisfaction: Examining the Role of Race in Assessing Blame." *Publius* 38: 671 - 691

Book Chapters

McLean, Stephanie and Marvin P. King, Jr. 2011. "The American Path to Democracy," in *Democratization in Theory and Practice,* ed. Mary Fran T. Malone. Continuum Books: New York

King, Marvin P. Jr. 2008. "African Americans and the Right to Vote: A Look at the Voting Rights Act Then and Now," in *Voting in America*, Vol. 1. Editor Morgan E. Felchner. Praeger: Westport, CT.

Miscellaneous Publications

King, Marvin P. Jr. review of *The Triumph of the Voting Rights Act in the* South, by Charles Bullock and R. Keith Gaddie, *American Politics Review* 31: 377-379

King, Marvin P. Jr., foreword to 2009. *African Americans in Georgia: A Reflection of Politics and Policy in the New South*, editor: Pearl K. Ford.

King, Marvin P. Jr. 2008. "Race and Politics," in *The New Encyclopedia of Southern Culture*. University of North Carolina Press, vol. 10

King, Marvin P. Jr. 2008. "The Republican Party," in *The New Encyclopedia of Southern Culture*. University of North Carolina Press, vol. 10

Non-Academic Publications

King, Marvin P. Jr. "In Defense of Higher Education." Jackson Clarion-Ledger, February 2009.

King, Marvin P. Jr. "Obama and Managing Expectations." Jackson Clarion-Ledger, January 2009.

King, Marvin P. Jr. "Lessons Democrats Should Heed." Jackson Clarion-Ledger, December 2008.

King, Marvin P. Jr. "The Incredibly Shrinking GOP." Jackson Clarion-Ledger, November 2008.

King, Marvin P. Jr. "Mississippi in the Eye of the (Presidential) Storm." Jackson Clarion-Ledger, September 2008.

King, Marvin P. Jr. "Minority Politics are American Politics." Daily Journal (Tupelo, MS), September 2008.

King, Marvin P. Jr. "Unemployment and Voting." Oxford Eagle, September 2008.

## ADDITIONAL ACADEMIC WORK

Grants

1. Skoll Foundation Inclusive Economies Conference Grant, 2022
2. Applied for an NSF NRT grant, June, 2014
3. King, Marvin P. Jr. 2006. Principal Investigator. "How Do Majority-Minority Districts Affect African American Political Power." Granting Agency: Office of Research and Sponsored Projects, University of Mississippi. Award: $7,645
4. King, Marvin P. Jr. 2008. Principal Investigator. "An Investment Theory of Federalism." Granting Agency: College of Liberal Arts, University of Mississippi. Award: $7,200

Selected Conference Presentations

"Politics, Economic Health, or Progressivity: What Matters Most in Higher Education Financing," Paper presented at the Southern Political Science Association, 2015

43

"Student Retention and State Legislative Solutions: Is it real or just rhetoric?" Paper presented at the Southern Political Science Association, 2014

"Barack Obama and African American Efficacy." Paper presented at the Annual Meeting of the Midwest Political Science Association. 2011

"The Geography of Black Electoral Success." Paper Presented at the National Conference of Black Political Scientists, 2010

"A Black Preference for Redistributive Economic Justice, or Economic Populism and the Continued Relevance of the Congressional Black Caucus." Paper presented at the Annual Meeting of the Midwest Political Science Association, 2009

"Reluctant Donors: The (Lack of) An Obama Effect on African American Campaign Donors." Paper Presented at the National Conference of Black Political Scientists, 2009

"Race, Hurricane Katrina, and Government Satisfaction: Examining the Role of Race in Assessing Blame." Paper presented at the Southern Political Science Association, 2008.

"Political-Racial Cycles? Electoral Cycles in Racial Polarization and the 2006 Senate Elections." Poster presented at the American Political Science Association, 2007.

"Black Ideology: Don't Forget Populism," Paper Presented at the National Conference of Black Political Scientists, 2007.

"Political Parties, Redistricting and African American Political Power," Paper presented at the Annual Meeting of the Southern Political Science Association, 2007.

"An Empirical Consideration of Racial Affect," Paper presented at the American Political Science Association, 2006 (with John Bruce).

"The Black Church, Partisanship and Populism," Paper presented at the Annual Meeting of the Midwest Political Science Association, 2006.

"Political Power of the Black Middle Class and the Misrepresentation of the Black Poor," Paper presented at the National Conference of Black Political Scientists, 2006.

"Interest Groups, Black Legislators and Substantive Representation," Paper presented at the Citadel Symposium on Southern Politics, 2006.

Teaching Grant

SMBHC 2021 Summer Stipend. $5,000. This class studied and researched institutional commitments to diversity at the legislative level. The course combined elements from two of the three criteria identified in the SMBHC Summer Stipend announcement by combining experiential learning with DEI principles. Importantly, the course was designed as a semester-

44

long *active learning* experience. We used the Mississippi congressional delegation and the Mississippi state legislature as case studies. Class time was for students to report on what they have learned and to brainstorm research tactics. Students used appropriate research methodology of survey design plus interviews.

<u>Classroom Experience</u>

**University of Mississippi**

* African American Studies 350: Evolution of Black Political Leadership
* African American Studies 350: Black Political Institutions
* African American Studies 390: The Presidency and Civil Rights
* Political Science 101: Introduction to American Politics
* Political Science 313: American Federalism
* Political Science 318: Politics of the American South
* Political Science 320: African-American Politics
* Political Science 398: Political Inequality
* Political Science 398: Applied Politics (Study USA/Washington, DC)
* Political Science 398: Labor Union Politics (Study USA/Washington, DC)
* Political Science 398: Politics of Gay Rights (Study USA/Washington, DC)
* Political Science 398: The Politics of Money (Study USA/Washington, DC)
* Political Science 398: Political Media (Study USA/Washington, DC)
* Political Science 398: Campaigns and Elections (Study USA/Washington, DC)
* Political Science 609: Politics of the American South

**Texas Christian University, 2004-5**

* Introduction to American and Texas Government

**University of North Texas, 2001–5**

* Introduction to American & Texas Government & Politics: Institutions
* Introduction to American & Texas Government & Politics: Policy

**UNIVERSITY OF MISSISSIPPI SERVICE**

**University**

1. Member, Community Engaged Leader Minor Affiliated Faculty Committee, 2021
2. Member, Bonner Scholars Program Committee, 2020-2021
3. Member, Student Disability Services Committee, 2019-2020
4. Member, CISS (Center for Intelligence and Security Studies), Director Search Committee, 2019
5. Presenter, REBS, Student-Athlete Academic Preparedness Seminars, 2014-2019
6. Member, Multiple Faculty Search Committees, College of Liberal Arts and School of

Applied Sciences
7. Member, Multiple Staff Search Committees, Division of Outreach and Development
8. Founding Organizer, TEDxUniversityofMississippi, 2015-Present
9. Member, SMB Honors College Admissions Committee, 2014-2015 and 2017-2018
10. TEDx Prison Initiative, 2017 – 2019, Marshall County Correctional Facility
11. Established TED-Ed program at Lafayette Middle School, 2016 - 2018
12. More than 160 radio, television and print interviews
13. More than 150 student recommendation letters since 2013
14. Member, Honors Council, 2013 – 2015
15. Member, Undergraduate Council, 2013 – Present
16. Member, Extended Sensitivity & Respect Committee, 2013- 2015
17. Member, Incident Review Committee, 2012-2013
18. Member, Critical Race Studies Group, 2011-2014
19. Guest lecturer at Mississippi Outreach to Scholastic Talent Conference, 2010, 2014
20. Member, Traffic and Parking Committee, 2007-2008
21. Co-host of weekly Ole Miss produced talk show, *Sports Doctors*, 2007-2008
22. Member, Faculty Senate, 2006-2008
23. Member, Black History Month Committee, 2005-2007

**Department**

1. African American Studies Exit Interviews, Annually in May
2. Member, Undergraduate Studies Committee, 2007-8
3. Member, Multiple Political Science Search Committees, Various
4. Committee Member, African American Studies Symposium, 2007

**Graduate Thesis/Dissertation Committee Member**

1. Maarten Zweirs, Southern Studies, 2007
2. Jonathan Hutchins, History, 2008
3. J. Colby Winzer, 2008
4. Alyson Kennedy, Political Science, 2009
5. Gray Young, Southern Studies, 2009
6. Matthew Bailey, History, 2011
7. J.D. Griffin, Political Science, 2010

**Honors College Thesis Committee Chair**

1. Savannah Davis (expected, 2024)
2. Rabria Moore (expected, 2023)
3. James Purvis (expected, 2023)
4. Brenley Rinaudo (expected, 2023)
5. Deshauna Vaughn (expected, 2022)
6. Taylor Harris, 2021
7. Jacob Gleason, 2019

8. Catrina Curtis, 2019
9. Bess Nichols, 2017
10. Katelin Davis, 2017
11. Tim Abram, 2014
12. Evan Brewster, 2014
13. Daniel Roberts, 2014
14. Emily Morton, 2011
15. Kate Weston, 2010
16. Kyle Robbins, 2010

**Honors College Thesis Reader**

1. Angela Alexander, 2022
2. Samantha Henderson, 2020
3. Sally Jordan, 2020
4. Maliah Wilkinson, 2020
5. Susan Shea, 2015
6. Phillip Waller, 2015
7. Jakira Davis, 2015
8. Christine Dickason, 2014
9. Kaitlyn Barton, 2014
10. Gabriella Barrientos, 2014
11. Madison Coburn, 2014
12. Hope Owens-Wilson, 2014
13. Charles Own, 2014
14. David Trewolla, 2010
15. T. Benton York, 2008
16. Randall Watkins, 2007

**Faculty Advisor**

1. Chess Club, 2018 - 2020
2. UM College Democrats, 2013 – 2015
3. UM Racquetball Club, 2014 – 2015
4. UM Miss Pre-Law Society, 2009-10
5. UM Campus Chapter of the NAACP, 2006-07

**Speaker/Panelist**

1. Presenter, Mississippi Association of Supervisors – Minority Caucus, 2021
2. Public Service Announcements, MPB/Mississippi Humanities Council, 2021
3. Speaker, U-U Congregation of Oxford, 2021
4. Panelist, UM Athletics, *Why Vote?,* 2020
5. Oxford to the Ballot Box, Keynote Speaker, 2020
6. Moderator, Square Books, Book Club with Stuart Stevens, 2020
7. Panelist, Mississippi Humanities Council, *Ideas on Tap*, 2020

8. Presenter, Division of Outreach, Study USA, 2020
9. Panelist, Overby Center Panels, Various Dates
10. Moderator, *Just Mercy* Panel, 2017
11. Phi Kappa Phi, Keynote Address, 2016
12. Multiple Community Events, Various Dates, such as MLK Day speech at Oxford Activity Center.
13. Residence Hall Association, 2009
14. Trent Lott Leadership Conference, 2007
15. Multiple Black History Month Panels, 2006-9
16. Orientation, University of Mississippi Football Team: 2006,2007, 2009

**Mentor**

- Student Accountability/Changing Attitudes, 2006

**Professional Development**

- Developed a series of online lectures for Soomo Publishing, 2009

**Memberships**

- National Conference of Black Political Scientists
- American Political Science Association
- Midwestern Political Science Association

**Manuscript/Textbook Reviews**

- *American Politics Review*
- *Political Behavior*
- *Political Science Quarterly*
- *Politics and Policy*
- *Social Studies Quarterly*
- Textbooks for Thomson Higher Education Publishing, Houghton Mifflin, Routledge and Soomo

**College Board/Advanced Placement**

- Reader: Government and Politics: United States, 2002-4
- Table Leader: Government and Politics: United States, 2005-13

## SELECTED SERVICE TO THE COMMUNITY

**Lafayette County Resolution Board, November 3, 2020**

- Election Day Worker. Our task was opening and verifying absentee ballots - all 6,500 of them.

**Oxford Planning Commission, Commissioner (2017 – July, 2021)**

- Commissioner on a 7-member board responsible for considering ordinances, the land development code, and working with the Planning Department in the implementation of the orderly development of Oxford.

**Run Oxford, Race and Timing Director (2018 – 2020)**

- Responsible for organizing The Great 38 Race Weekend in support of the Chucky Mullins Endowment;
- Responsible for the operations of Run Oxford Timing as this non-profit times various running road races in north Mississippi.

**Run Oxford, Founder and President (2014 – 2017)**

- Created a sustainable organization devoted to running. This club has 100+ dues paying members and generates $60,000 + annually;
- Responsible for raising more than 2,000 donated books and $54,00 for local charities.

**Oxford Park Commission, Board Member (2012 - 2017)**

- Served on a 5-member board in charge of Oxford's recreation sports leagues;
- Oversaw $1.3 million budget;
- Responsible for personnel decisions;
- Created a Walk-to-Run program.

**Oxford Taste Society, President (2006 – 2015)**

- Founded, organized, publicized and maintained budget for a long-running social gathering of Oxford professionals.

**Friends Board, Mississippi Public Broadcasting (2010 - 2011)**

- Assisted in raising funds and the profile of public radio and television in Mississippi.

49

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

DYAMONE WHITE,
et al.,

                Plaintiffs,

     vs.

STATE BOARD OF ELECTION
COMMISSIONERS,
et al.,

                Defendants.

No. 4:22cv62-MPM-JMV

## <u>DECLARATION OF MARVIN P. KING, JR.</u>

I, Marvin P. King, Jr., make the following declaration based on personal knowledge:

1.     I have been retained by the Plaintiffs in the above referenced matter as expert.

2.     I submit that the foregoing report from me dated October 3, 2022 is a true and accurate copy of the report I provided to Plaintiffs in this matter. I declare that the information and opinions contained in the report are true and correct to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

October 3, 2022

                                            MARVIN P. KING,