<u>**Expert Report for Byron D'Andra Orey, Ph.D.**</u>

October 3, 2022

## I.     <u>Introduction</u>

I have prepared this report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). I have been asked to express opinions on whether racially polarized voting (RPV) exists in Mississippi and in particular in Mississippi Supreme Court District 1, and whether or not RPV has resulted in the defeats of Black-preferred candidates in Mississippi Supreme Court District 1. I have also been asked to consider whether RPV exists independent of polarization on the basis of partisan affiliation. I am being compensated at $200 per hour for my work on this case. My compensation is not contingent on or affected by the substance of my opinions or the outcome of this litigation. My work in this matter is ongoing, and I reserve the right to amend, modify, or supplement my analysis and opinions.

## II.     <u>Background on Racially Polarized Voting</u>

In the landmark *Thornburg v. Gingles* case, the Supreme Court set forth a three-prong test for assessing minority vote dilution in litigation arising under Section 2 of the Voting Rights Act (VRA). The *Gingles* test asks whether: 1) the racial or language minority group is "sufficiently large and geographically compact to constitute a majority in a single-member district"; 2) the minority group is "politically cohesive" (meaning its members tend to vote for the same candidate); and 3) the "majority votes sufficiently as a bloc to enable it ... usually to defeat the minority's preferred candidate."[1] In particular, the second and the third preconditions

---

[1] *Thornburg v. Gingles*, 478 U.S. 30, 50-51 (1986).

1



under the *Gingles* test have become the legal definition of RPV. Moreover, one of the so-called "Senate Factors" that courts consider in evaluating the presence of unlawful minority vote dilution under Section 2 of the Voting Rights Act is "the extent to which voting in the elections of the state or political subdivision is racially polarized."[2]

## III.   <u>Summary of Professional Qualifications</u>

I am a full professor with tenure in the Department of Political Science at Jackson State University and a former chair of the Department of Political Science. I have conducted significant research in the area of racial polarized voting. This research has been presented at professional conferences and published in peer reviewed scholarly journals. These journals include, but are not limited to, *Social Science Quarterly*, *PS: Political Science and Politics*, *American Politics Research*, *Politics and Policy*, *Race and Policy* and *State Politics and Policy Quarterly*. I have also served on the executive committees for the American Political Science Association, the Southern Political Science Association, and the National Conference of Black Political Scientists. I have served as Vice President for the Southern Political Science Association and served on the Editorial Board for the American Political Science Review and State Politics and Policy Quarterly. Commentary related to my work has appeared in several media outlets, including National Public Radio, Al Jazeera, MSNBC, CNN, the Daily Beast, and the News Hour (PBS).

Attached as **Appendix 1** is a curriculum vitae setting forth my professional background, which includes a list of all publications I have authored or co-authored. I have also testified, at trial, as an expert trial witness *Johnson v. Hamrick*, No. 2:91-CV-02-WCO (N.D. Ga.), a

---

[2] *Id.* at 44-45.

2

redistricting case involving city council elections in Gainesville, Georgia. I have served as an expert in numerous other cases where I have given depositions but did not testify. These include *Lewis, et al. v. Alamance County, et al.*, No. 2:92-cv-00614 (M.D. N.C.) and *Jackson v. Nassau County Board of Supervisors*, No. CV 91-3720 (E.D. N.Y.). I have also provided consultation related to the electoral structure for the City of Hampton, Virginia.

## IV.    Opinions

I have formed the following opinions: Based on the data available at the time of writing this report, voting in Mississippi (and in particular in Supreme Court District 1) since 2011 is racially polarized. In particular, in 17 of the 17 biracial elections analyzed, Black voters expressed a clear preference for the same candidate and voted cohesively for that candidate, typically at a rate of more than 90%. Furthermore, this preference was not shared by the White voters, who provided very low support for the Black-preferred candidates, and typically voted against Black-preferred candidates at a rate of more than 90%. As a result, the Black preferred candidates were usually defeated due to White bloc voting in the elections analyzed. I identified all biracial statewide and Supreme Court District 1 general election contests (including Public Service Commission and Transportation Commission Central District) from the 2011 election cycle through 2020. Notably, the dataset includes two biracial endogenous contests, consisting of the 2012 and 2020 contests for Supreme Court Justice in Supreme Court District 1. Endogenous elections are elections held using the challenged district at issue (here, the Supreme Court district lines at issue). The dataset also includes five "quasi-endogenous" contests whereby the districts consist of the same lines as Supreme Court District 1, but the position sought is Public Service Commissioner or Transportation Commissioner. In addition to those five "quasi-endogenous," I

also identified and reviewed 10 exogenous biracial elections. Exogenous elections are elections that do not utilize the particular district lines at issue.[3] It should be noted here that estimates for all racial polarized voting analyses are derived only from the precincts contained in Supreme Court District 1. All of those contests exhibited very high levels of racially polarized voting, and the Black-preferred candidate was defeated in Supreme Court District 1 by White bloc voting in 11 contests, including both of the biracial elections for Supreme Court justice, which were non-partisan races in which party affiliation cannot have driven the results.

In sum, it is my opinion that the data demonstrates a high degree of racial polarization and that the second and third *Gingles* criteria are met in this case.

## V.   <u>Elections Analyzed</u>

The attorneys for the plaintiffs in this case have asked me to analyze whether and to what extent voters' candidate preferences reveal the presence of racially polarized voting. I am aware of case law stating that endogenous elections and biracial elections are generally considered the most probative for assessing RPV.[4]

---

[3] Evidence from exogenous elections can be used to supplement evidence from endogenous elections, particularly where there is little data from recent endogenous elections. The court premised its holding on *Gingles's* view of sparse data: "'[W]here a minority group has begun to sponsor candidates just recently the fact that statistics from only one or a few elections are available for examination does not foreclose a vote dilution claim.'" *Citizens for a Better Gretna v. City of Gretna*, 834 F.2d 496, 502 (5th Cir. 1987) quoting *Gingles*, 478 U.S. at 57 n.25).

[4] *See Wright v. Sumter Cnty.*, 979 F. 3d 1282, 1292-93 (11th Cir. 2020) ("[E]vidence drawn from elections involving black candidates is more probative in Section Two cases"); *Clark v. Calhoun Cnty., Miss.*, 88 F.3d 1393, 1397 (5th Cir. 1996) ("[E]xogenous elections-those not involving the particular office at issue are less probative than elections involving the specific office that is the subject of the litigation.").

4

In total, seventeen biracial elections of recent vintage were identified for this report. Two of these elections were Supreme Court contests held in 2012 and 2020. The 2012 election involved the unsuccessful bid by Earle Banks to win a Supreme Court District 1 seat and the 2020 election involved the unsuccessful effort of Latrice Westbrooks to win a Supreme Court District 1 seat. Both of those elections were non-partisan (that is, candidates not appear on the ballot with any partisan affiliation). In addition to these two contests, there have been five biracial general election contests for Public Service Commission and Transportation Commission in 2011, 2015, and 2019. These contests are noted as "quasi-endogenous" contests because they utilize the same lines as Supreme Court District 1. Another 10 exogenous statewide contests were also examined.

My focus on biracial elections is consistent with scholarly research, which finds that minority voters are particularly mobilized in elections involving a minority candidate running against White candidates.[5] Biracial elections are particularly salient because, in the contest of potential racial polarization, these elections are more likely to satisfy the necessary conditions in which Black voters and non-Black voters had a realistic opportunity to vote for the candidate of their choice, which is not necessarily available in uni-racial elections involving only White candidates (or involving only Black candidates). In addition to elections from the Central District, elections included in this report consist of all biracial statewide contests for U.S. President, U.S. Senator, and various statewide offices (e.g., Governor or Secretary of State) since 2011. For those statewide contests, I analyzed RPV by examining election results in those precincts that are within Supreme Court District 1 lines. There is a total of ten such contests. I

---

[5] Matt A. Barreto. 2012. *Ethnic Cues: The Role of Shared Ethnicity in Latino Political Participation.* University of Michigan Press; Karen M. Kaufmann. 2004. *The Urban Voter: Group Conflict and Mayoral Voting Behavior in American Cities.* University of Michigan Press.

focused on elections since 2011 because more recent contests are more relevant in determining the presence of racial polarization in the here and now.

## VI.     **Data**

To analyze voting patterns by race using aggregate level information, a database that combines election results with demographic information is required. This database is almost always constructed using election precincts as the unit of analysis. The demographic composition of the precincts is based on voter registration or turnout by race/ethnicity if this information is available; if it is not, then voting age population is used. Here, Mississippi does not collect voter registration data by race and therefore voting age population (VAP) by race and ethnicity as reported in the PL 94-171 U.S. Census redistricting data was used for ascertaining the demographic composition of the precincts.

In particular, VAP by race and ethnicity for each precinct and year was calculated by aggregating Census block-level population data to the precinct level.  For 2020 and 2010, VAP by race and ethnicity for each precinct and year was calculated by aggregating 2020 and 2010 Census block-level population data to the precinct level. For years between 2010 and 2020, population for each precinct was calculated according to the following interpolation procedure:

(a) the total population change between 2010 and 2020 for each racial group was calculated for each Census Block by subtracting 2010 population from 2020 population, with 2010 and 2020 Census Blocks matched using the U.S. Census Bureau's Block Relationship files;[6]

---

[6] *See* U.S. Census Bureau, *Relationship Files*, https://www.census.gov/geographies/reference-files/time-series/geo/relationship-files.html.

(b) the resulting total change number for each Block was then multiplied by the fraction of the decade that had passed (e.g., the 2010-2020 change number was multiplied by 6/10 or .6 for the year 2016, 5/10 or .5 for 2015, etc.);

(c) that product, representing the marginal increase in population for a particular group in each Census Block at a given point of time, was then added to the 2010 baseline population for each Census Block to yield the block-level population in a given year;

(d) the block-level data for each year was then aggregated to the precinct level.

Analyzing voting patterns by race requires a database that combines population data by race (or registration or turnout by race if it is available) with election returns. To build the dataset in this instance, 2010 and 2020 official voting tabulation district (VTD) shapefiles were acquired from the U.S Census Bureau as part of the P.L. 94-171 file. In years near the decennial Census, VTDs are a close approximation to voting precincts. In addition, in-cycle precinct-level shapefile datasets for 2016, 2018, and 2019 were acquired from the Harvard dataverse website.[7] These shapefiles were joined to precinct-level election returns, which were obtained from the Mississippi State Secretary of State's Office, processed, and cleaned (i.e., rendered in a machine-readable format) by More Equitable Democracy, a consultant for the attorneys in this case, with review by counsel. The precinct-level results were then joined with the precinct-level population data described above.

---

[7] Voting and Election Science Team, 2018, "2016 Precinct-Level Election Results," https://doi.org/10.7910/DVN/NH5S2I, Harvard Dataverse, V86; Voting and Election Science Team, 2019, "2018 Precinct-Level Election Results," https://doi.org/10.7910/DVN/UBKYRU, Harvard Dataverse, V61; Voting and Election Science Team, 2020, "2019 Precinct-Level Election Results," https://doi.org/10.7910/DVN/2AJUII, Harvard Dataverse, V5.

The complete dataset used for this report, including the interpolated U.S. Census population data described above, was prepared and provided to me by counsel, and is being made available to Defendants.

## VII.    **Analysis of Voting Patterns by Race**

An analysis of voting patterns by race serves as the foundation of two of the three threshold elements of the "results test" as outlined in *Thornburg v. Gingles*: a racial bloc voting analysis is needed to determine whether the minority group is politically cohesive; and the analysis is required to determine if Whites are voting sufficiently as a bloc to usually defeat the candidates preferred by minority voters. The voting patterns of White and minority voters must be estimated using statistical techniques because direct information about the race of the voters is not, of course, available on the ballots cast.

To carry out an analysis of voting patterns by race, an aggregate level database must be constructed, usually employing election precincts as the units of observation. Information relating to the demographic composition and election results in these precincts is collected, combined, and statistically analyzed to determine if there is a relationship between the racial composition of the precincts and support for specific candidates across the precincts.
I used the following two-step operational rules to measure whether a particular election is racially polarized: First, I estimated the Black and White group support for the Black candidate in a given biracial election; and second, I further analyzed the extent of racial polarization by considering the gap between the level of Black support for Black preferred candidates, and the level of White support for Black-preferred candidates.  Since voting in the United States takes place in privacy, the only way to determine the levels of Black and White group support is

8

through statistical procedures. In this report, I analyzed the set of biracial elections described above using the Ecological Inference (EI) method developed by Professor Gary King of Harvard University.[8] EI is a statistical procedure for estimating voting results of voter groups (in this case racial groups).

Here, I use a more recently developed version of ecological inference software known as EI Compare to run the EI model. EI Compare software provides the results from estimates of the King EI model and a comparison estimate in what is known as the EI RxC model. EI RxC expands the analysis so that more than two racial/ethnic groups can be considered simultaneously. In the next section, I report estimates calculated using a two-group version of the King EI model, which is well suited to estimating voter results where the electorate is divided between two groups.[9] That analysis is appropriate here because Mississippi's racial population

---

[8] *See* Gary King, *A Solution to the Ecological Inference Problem: Reconstructing Individual Behavior from Aggregate Data* (Princeton University Press, 1997). This procedure is superior to the methodologies relied upon in the *Gingles* case itself, which were homogeneous precinct analysis and ecological regression analyses. Homogenous Precinct Analyses simply report the percentage of the votes received by a candidate or set of candidates within the precincts in which a particular group, Blacks or Whites, constitutes over 90 percent of the people receiving ballots. Voters in such precincts might not vote in a similar way to that of voters residing in mixed precincts, however. Ecological Regression (ER) derives estimates, based on all of the precincts, through a linear model premised on the notion that the percentages of Blacks that vote for a particular candidate or candidates are the same in every precinct, and likewise that the percentages of Whites that vote for a candidate or set of candidates are the same in every precinct. EI also takes into account every precinct, but does not rely on an assumption of linearity. Instead, it employs a "maximum likelihood" model for deriving estimates. The EI procedure further incorporates the method of bounds in the analysis, which precludes group estimates from exceeding real-world limits, for example preventing a group's estimated support for a candidate or group of candidates from being above 100.0 percent or below 0.0 percent, as can happen with ER. EI, which can also be used for other purposes, is now used widely in racially polarized voting analyses.

[9] Here, the underlying demographic data functionally includes three racial groups: Black VAP, White VAP, and Other VAP, i.e., the difference between Total VAP and the sum of Black VAP and White VAP. The vast majority of voters fall into the Black VAP or White VAP categories, and the Other VAP number is small. However, because the EI model is sometimes said to be preferred when there are only two racial groups at issue, e.g., Collingwood, Loren et

is highly binary, i.e., Black and White. I also separately generated three-group (White, Black, and Other) King EI and EI RxC analyses using the EI Compare software, both of which produced similar estimates of racial group support (i.e., similarly high levels of racial polarization) which corroborate the results of the two-group King EI model.[10] The full results of these analyses are reported in a summary table in **Appendix 2** and the raw results are included in **Appendix 3** and **Appendix 4** along with the scripts that were run to produce the results.

The methods employed here not only provide a specific, or point, estimate of a group's support for a particular candidate, but also provide confidence intervals for that estimate. These intervals identify the range of estimates within which we can be 95 percent confident, statistically, of where the actual value of a group's support for a candidate falls. The point estimate is the best estimate, in that it is most likely to be the actual value. EI has been widely

---

al. (2016). *eiCompare: Comparing Ecological Inference Estimates across EI and EI:RC*. The R Journal. 92-101, I reduced the number of race variables to two to employ a two-group EI model. The two-group EI estimates set forth in the body of this report were derived in the following manner: First, I estimated the Black vote by running the EI model with a Black VAP variable and a combined White VAP and Other VAP variable (i.e., I combined the White VAP and Other VAP data to create one variable). Second, I similarly estimated the White vote by running the EI model with a White VAP variable and a combined Black VAP and "Other VAP" variable. The scripts used to generate the two-group King EI analysis described above are included in **Appendix 3**.

As noted in text, and set forth in the Appendix 2 summary table, running the King EI model using all three groups, rather than reducing to two, produced nearly identical results to the two-group procedure.

[10] Because the EI RxC method is designed to allow for the simultaneous estimation of support by more than two groups, the EI RxC analysis included in the Appendix 2 summary table and in Appendix 4 raw data estimates levels of candidate support for each of the three racial groups reflected in the demographic data (Black VAP, White VAP, and Other VAP). The scripts used to generate the RxC estimates are also included in **Appendix 4**. While the EI RxC analysis also shows racial polarization across the board, and generally produces estimates of Black support for Black candidates that are very close to the EI model estimates, the EI RxC analysis in a number of cases estimates levels of White support for Black candidates that are *even lower* than the estimates produced by the King EI models.

used as the most advanced and reliable statistical procedure for RPV estimates in not only academic research but also voting rights cases. To estimate support for candidates from different racial groups using an EI operation, precinct-level election return data for a given election is matched against demographic data regarding the voting-age population (VAP) of various racial groups (here, White, Black, and "all other" racial groups) typically also at the precinct level from the time of the election. These data are used to calculate coefficient estimates to determine racial bloc voting.

## VIII. <u>The Findings</u>[11]

As explained above, the selection of the elections for my RPV analysis is based on three criteria: (1) biracial elections involving at least one Black major candidate and one white major candidate[12]; (2) since 2011; (3) which are endogenous elections supplemented by "quasi-endogenous" elections and exogenous statewide elections. As set forth in Table 1, the two endogenous Supreme Court District 1 elections reveal high levels of racial polarized voting.

In particular, in the 2012 Supreme Court contest in that district, according to the table using 95% confidence limits around the estimated coefficients, we can expect the "true" value of the estimated Black support for Candidate Banks to lie between 80.80 and 81.80 percent, with 81.26 being our best estimate, while the 95% confidence limits around White support are such that we expect the "true" value of the estimate for the White vote to lie between 5.01 and 5.83 percent, with 5.44 being our best estimate. Likewise, for the 2020 Supreme Court election, when

---

[11] I used the eiCompare package from the library within the RStudio-software to derive the racial polarized voting estimates for EI.

[12] There was one other bi-racial contest that included a third party Black candidate. This contest was excluded because the Black candidate was not from a major party.

estimating the support for Candidate Westbrooks by race, we can expect the "true" value of the estimated Black support for Westbrooks to lie between 89.97 and 91.03 percent, with 90.46 being the best estimate. The best estimate for White support for Westbrooks is 6.43%. As is indicated by the estimated coefficients, each of the Black candidates in these endogenous, non-partisan races received substantial Black support, but less than 10% of the White vote, leading to the defeat of Black voters' candidates of choice. Notably, both of those biracial Supreme Court District 1 contests were non-partisan elections, and thus the high levels of racial polarization in those races cannot have been driven by political party affiliation.

**Table 1. Estimated Racial Support for Black Candidates in Endogenous Elections**

| Election | Black Candidate | White Candidate | % Vote Black Candidate | Black Vote Black Candidate (CI)[13] | White Vote Black Candidate (CI) | Black Candidate Won | RPV |
|---|---|---|---|---|---|---|---|
| 2012 Supreme Court | Banks | Waller | 44.4 | 81.26 (80.80-81.80) | 5.44 (5.01-5.83) | No | Yes |
| 2020 Supreme Court | Westbrooks | Griffis | 48.5 | 90.46 (89.97-91.03) | 6.43 (5.89-6.88) | No | Yes |

As set forth in Table 2, five additional "quasi-endogenous" biracial elections in Supreme Court District 1 corroborate the existence of high levels of racial polarization in that district, and corroborate that such polarization usually leads to the defeat of Black-preferred candidates. In each of those races, Black voters typically supported Black candidates at rates of around 90% or more, while White voters supported the Black candidate with less than 10% of the vote (typically around 8%). In four of the five elections, this high level of White bloc voting led to the defeat of the Black-preferred candidate despite high levels of Black support.

---

[13] C.I. is the confidence interval for each of the estimates.

**Table 2. Quasi-Endogenous Elections**

| Election | White Candidate | Black Candidate | % Black Candidate | Black Vote Black Candidate (CI) | White Vote Black Candidate (CI) | Black Candidate Won | RPV |
|---|---|---|---|---|---|---|---|
| 2011 Central Public Service Commission | Posey | Green | 44 | 90.94 (90.27-91.50) | 8.16 (7.47-8.80) | No | Yes |
| 2011 Central Transportation Commission | Hall | Crisler | 47 | 91.04 (90.44-91.42) | 8.29 (7.80-8.76) | No | Yes |
| 2015 Central Transportation Commission | Hall | Coleman | 45 | 89.36 (88.90-89.83) | 4.87 (4.42-5.38) | No | Yes |
| 2019 Central Public Service Commission | Bailey | Stamps | 49 | 91.36 (91.52-92.83) | 7.60 (7.07-8.51) | No | Yes |
| 2019 Central Transportation Commission | Lee | Simmons | 51 | 93.97 (93.33-94.44) | 8.81 (8.12-9.79) | Yes | Yes |

Finally, the results in Table 3, which shows exogenous statewide biracial contests since 2011, again reveal high levels of racially polarized voting, with Blacks overwhelmingly supporting the Black candidate with approximately 90% or more of their vote and Whites supporting the Black candidate with typically 15% or less of their vote (sometimes much less). Based on the data, even in these partisan statewide contests, half of the Black candidates were defeated in Supreme Court District 1, despite Black support in the high 80s or 90s due to the level of White bloc voting.

**Table 3. Exogenous Elections**

| Election | White Candidate | Black Candidate | Percent Black Candidate | Black Vote Black Candidate | White Vote Black Candidate | Black Candidate Won | RPV |
|---|---|---|---|---|---|---|---|
| 2011 Governor | Bryant | DuPree | 53 | 90.94 (90.20-91.51) | 8.11 (7.45-8.71) | No | Yes |
| 2012 President | Romney | Obama | 54 | 92.72 (92.13-93.32) | 12.12 (11.13-13.38) | Yes | Yes |
| 2015 Governor | Bryant | Gray | 41 | 87.76 (87.06-88.17) | 4.44 (4.04-5.01) | No | Yes |
| 2015 Secretary of State | Hosemann | Graham | 44 | 87.58 (87.12-87.97) | 4.67 (4.11-5.21) | No | Yes |
| 2018 U.S. Senate | Hyde-Smith | Espy | 57 | 94.91 (94.27-95.49) | 16.42 (15.70-17.36) | Yes | Yes |
| 2019 Treasurer | McRae | Green | 49 | 92.38 (92.20-93.49) | 7.16 (6.48-7.76) | No | Yes |
| 2019 Sec. of State | Watson | DuPree | 51 | 94.35 (93.81-94.84) | 8.73 (8.24-9.51) | Yes | Yes |
| 2019 Insurance Commission | Chaney | Amos | 49 | 92.08 (91.52-92.62) | 6.66 (6.08-7.26) | No | Yes |
| 2019 Attorney General | Fitch | Collins | 53 | 94.54 (93.87-95.08) | 10.82 (10.13-11.51) | Yes | Yes |
| 2020 U.S. Senate | Hyde- Smith | Espy | 55 | 96.34 (95.94-96.68) | 13.5 (12.71-14.30) | Yes | Yes |

## IX.    Conclusion

The empirical analyses clearly reveal that in 17 of 17 biracial elections in the last decade, Black voters expressed a strong, cohesive preference for Black candidates, but that preference was not shared by White voters, who voted cohesively against Black-preferred candidates every time. This clear RPV pattern is demonstrated by two endogenous biracial Supreme Court elections, which are non-partisan races and thus cannot be explained by party affiliation, as well as five additional quasi-endogenous contests, Transportation and Public Service Commissioner races, and ten more statewide biracial elections during the last decade. Despite Black voters uniting cohesively behind their preferred candidates, the White majority typically voted sufficiently as a bloc to defeat the Black candidates in these elections, including in both endogenous biracial Supreme Court elections, and four out of five "quasi endogenous" commissioner races.

14

Based on my empirical analysis of Mississippi's recent elections, I conclude that Mississippi's elections, particularly in Supreme Court District 1, exhibit a high level of polarization, and that the second and third threshold criteria involving racial polarization as set forth in *Gingles* are met.

As noted, I reserve the right to amend, modify, or supplement my analysis and opinions. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the information and opinions contained in this report are true and correct to the best of my knowledge.

October 3, 2022                                    Dr. B. D'Andra Orey, Ph. D

**APPENDIX 1: CURRICULUM VITAE**

**B. D'Andra Orey, PhD**
**Curriculum Vitae**

**Office:**
Department of Political Science
Jackson State University
1400 John R. Lynch St.
Jackson, MS 39217
(601) 979-2737
byron.d.orey@jsums.edu

**Education**

> **University of New Orleans**
>  Ph. D., Political Science, 1999
>
> **State University of New York at Stony Brook**,
>  M.A., Political Science, 1993
>
> **University of Mississippi**, Oxford, MS
>  Master of Public Administration, August 1990
>
> **Mississippi Valley State University**, Itta Bena, MS
>  B.S., Business Administration, May 1988

**Continuing
Education**

> **International Workshop on Statistical Genetic Methods for Human Complex Traits.** March 3 –March 7, 2014. Boulder, Colorado
>
> **International Workshop on Statistical Genetics and Methodology of Twin and Family Studies**. February 28-March 6, 2010. Boulder, Colorado
> -Received training in the area of structural equation modeling, using R and Mx using twin data
>
> **Inter-University Consortium of Political and Social Research**, University of Michigan, 2006, Course: "Empirical Summer Program in Applied Multi-Ethnic Research"
>
> **Institute for Professional Education,** Virginia Tech University**,** 1995. Linear and Nonlinear Regression with Applications

**Inter-University Consortium of Political and Social Research**, University of Michigan, 1993, Courses: Logit and Log-Linear Models; Regression Analysis, Maximum Likelihood Estimation; and Structural Equations (Causal) Models

**Professional Training**

**Duke University** Community Census and Redistricting Institute, August 2010.
-Received training to prepare redistricting plans using Geographical Information Systems.

**Southern Regional Council**, Voting Rights Expert Witness Training. January-December 1993
-Received training in the areas of ecological regression and homogenous case analysis. Mentors included: James Loewen, Ph.D. University of Vermont, Bernard Grofman, Ph.. D. University of California Irvine and Alan Lichtman, Ph.D., The American University, Washington D.C.

**Southern Regional Council**, Voting Rights Expert Witness Training. January-December 1994
-Received training to prepare redistricting plans using Geographical Information Systems.

**Academic Positions**

**Jackson State University, Jackson, MS**
Professor, Political Science (Fall 2008-Present)

**Jackson State University, Jackson, MS**
Professor and Chair, Political Science (Fall 2008-2012)

**The University of Nebraska, Lincoln, NE**
Associate Professor, Political Science (Spring 2007-Spring 2008).

**The University of Nebraska, Lincoln, NE**
Assistant Professor, Political Science (Fall 2001-Spring 2007).

**University of Mississippi, Oxford, MS**
Assistant Professor, Political Science and Afro American Studies (1999-2001).

**Professional Publications (Peer-Reviewed Articles)**

"Racial Differences in Feelings of Distress during the COVID-19 Pandemic and John Henryism Active Coping in the United States: Results from a National

Survey." 2022. *Social Science Quarterly*. (Jas Sullivan, Samaah Sullivan, Byron D'Andra Orey and Najja Baptist).

"Racial Identity and Emotional Responses to Confederate Symbols." 2021. *Social Science Quarterly*. (**Byron D'Andra Orey**, Najja Baptist and Valeria Sinclair-Chapman).

"Melanated Millennials and the Politics of Black Hair." 2019. *Social Science Quarterly*. (**Byron D'Andra Orey** and Yu Zhang)

"Race and Wellbeing in the US: The Psychological Toll of a Broken System." 2019 **Byron D'Andra Orey** *Scientia*.

"Implicit Black Identification and Stereotype Threat Among African American Students." 2017. *Social Science Research*. (Thomas Cramer and **Byron D'Andra Orey**).

"Mississippi and the Great White Switheroo." April 2016, *PS Political Science and Politics*. (**Byron D'Andra Orey** and Ernest Dupree)

"The 50[th] Anniversary of the Voting Rights Act and the Quiet Revolution." 2015, *National Political Science Review* (**Byron D'Andra Orey**, Gloria Billingsly and Athena King).

"Professional Conferences and the Challenges of Studying Black Politics." April 2015, *PS Political Science and Politics* (Nikol Alexander-Floyd, **Byron D'Andra Orey** and Khalilah Brown-Dean)

"Black Women State Legislators: Electoral Trend Data 1995-2011." 2014 *National Political Science Review* 2014 (**Byron D'Andra Orey** and Nadia Brown) Volume 16: 143-149.

"Black Opposition to Welfare in the Age of Obama" *Race, Gender, and Class*. 2013 (**Byron D'Andra Orey** Athena King, Shonda Lawrence and Brian E. Anderson)

"Using Black Samples to Conduct Implicit Racial Attitudes Research" *PS: Political Science and Politics* (July 2013) (**Byron D'Andra Orey**, Thomas Craemer and Melanye Price)

"Black Opposition to Progressive Racial Policies and the "Double (Non)Consciousness" Thesis. 2012 *Race & Policy* 8: 52-66. (**Byron D'Andra Orey**, Athena King, Leniece Titani-Smith)

"Nature, Nurture, and Ethnocentrism in the Minnesota Twin Study" (**Byron D'Andra Orey** and Hyung Park). *Twin Research and Human Genetics. Volume 15, Number 1.* 2012

"White Support for Racial Referenda in the South" *Politics & Policy* (**Byron D'Andra Orey**, Marvin Overby, Peter Hatemi and Baodong Liu). August 2011

"The Politics of Race, Gender, Ethnicity and Representation in the Texas Legislature." *Race & Policy* (Jessica L. Lavariega Monforti, **Byron D'Andra Orey** and Andrew Conroy) Spring/Summer 2009

"Church Attendance, Social Capital, and Black Voting Participation." *Social Science Quarterly* (Paul Liu, Sharon Austin and **Byron D'Andra Orey**) September 2009

"Racial Threat Republicanism and the Rebel Flag: Trent Lott and the 2006 Mississippi Senate Race." **Byron D'Andra Orey** *National Political Science Review,* Vol. 12, 2009

"The Role of Race, Gender and Structure in State Policymaking." *Race & Policy* (**Byron D'Andra Orey** and Chris Larimer) Spring/Summer 2008

"The Politics of AIDS in the Black Community." *Forum on Public Policy* (Oxford University) Summer 2007

"African Americans in the State Legislative Power Structure: Committee Chairs." **Byron D'Andra Orey**, Marvin Overby and Chris Larimer. *Social Science Quarterly,* September 2007

"Accounting for "Racism: Responses to Political Predicaments in Two States." **Byron D'Andra Orey** and Marvin Overby with Barbara J. Walkosz and Kimberly Walker. *State Politics and Policy Quarterly,* Fall 2007: 235-255

"A Systematic Analysis of the Deracialization Concept." **Byron D'Andra Orey** and Boris Ricks. *The National Political Science Review.* January 2007: 325-334

"Deracialization or Racialization: The Making of a Black Mayor in Jackson, Mississippi" **Byron D'Andra Orey**, *Politics and Policy.* December 2006: 814-836

"Race and Gender Matter: Refining Models of Legislative Policy Making in State Legislatures." 2006. **Byron D'Andra Orey**, Wendy Smooth with Kimberly Adams and Kish Harris-Clark. *Journal of Women, Politics and Policy* 28: 97-119

"Framing the Issue, When the Issue is Race." **Byron D'Andra Orey** *International Journal of Africana Studies.* January 2005: 209-223

"Explaining Black Conservatives: Racial Uplift or Racial Resentment." **Byron D'Andra Orey** *The Black Scholar*. 2004: 18-22.

"A Research Note on White Racial Attitudes and Support for the Mississippi State Flag." **Byron D'Andra Orey** *American Politics Research*. January 2004: 102-116

"A New Racial Threat in the New South? (A Conditional) Yes!" **Byron D'Andra Orey** *American Review of Politics,* Summer 2001: 233-255

"Symbolic Racism in the 1995 Louisiana Gubernatorial Election," Jonathan Knuckey and **Byron D'Andra Orey**. *Social Science Quarterly,* December 2000: 1027-1035

"Black Legislative Politics in Mississippi," **Byron D'Andra Orey** *Journal of Black Studies*, July 2000.

"The Race Race in Black and White: An analysis of the 1995 Louisiana Gubernatorial Election," **Byron D'Andra Orey** *Southeastern Political Review*, December 1998

**Books**        Mississippi Conflict and Change (forthcoming) 2023. Contracted with the University of Mississippi Press. James Loewen, Charles Sallis and **Byron D'Andra Orey**).

**Professional Publications (Book Chapters)**

"Learning the Lessons of History" in Robert Wood Johnson Foundation's Culture of Health. (forthcoming) 2022. Cambridge Press. Madeline England, Cristy Johnston Limon, **Byron D'Andra Orey**, Jason Reece and Geoff K. Ward.

"The Liberal Arts Faculty and Writing Bootcamp" in Redefining Liberal Arts Education in the 21st Century Edited by Robert Luckett. University of Mississippi Press. (Preselfanie McDaniels, **Byron D'Andra Orey** Rico Chapman and Monica Flippin-Wynn.

"The Evolution of Racial Attitudes from Martin Luther King to Barack Obama" in Assessing Public Policy and Contemporary Social Developments: Through the Prism of Dr. Martin Luther King's Dream. Edited by Michael Clemmons. University Press, 2017. (**Byron D'Andra Orey**, Lakeyta Bonnette and Athena King)

"Evolution and Devolution of the Voting Rights Act? Black Descriptive and Substantive Representation" **Byron D'Andra Orey** In <u>Minority Voting in the United States.</u> August 2015. Editors: Kyle Kreider and Thomas Balidino (Praeger).

"The Ascendency of Black Political Power in Mississippi." **Byron D'Andra Orey** In <u>The Civil Rights Movement in Mississippi</u>, University of Mississippi Press, 2013. Edited by Ted Ownby
"Course Portfolio for POLS 100: Power and Politics." In <u>Inquiry into the Classroom: A Practical Guide for the Scholarship of Teaching and Learning</u>, **Byron D'Andra Orey** Edited by Paul Savory, Amy Goodburn, and Amy Burnett Nelson. Boston: Anker Publishing, 2007

"Race and Gender Matter: Refining Models of Legislative Policy Making in State Legislatures." 2006, Reprinted in <u>Intersectionality and Politics Recent Research on Gender, Race, and Political Representation in the United States,</u> Edited by Carol Hardy-Fanta

"Black and Brown Conflict? Intergroup Attitudes and their Impact on Policy Preferences." **Byron D'Andra Orey** and Jessica Monfort 2006. In Jessica Perez-Monforti and William Nelson's <u>Black And Latina/o Politics: Issues In Political Development In The United States</u> Barnhardt & Ashe Publishing Company

"Teaching the Politics of Race in a Majority White Institution." **Byron D'Andra Orey** 2006. In C.A. Stanley (Ed.), <u>Faculty of color teaching in predominantly white colleges and universities</u>. Bolton, MA: Anker Publishing Company (2006)

"Participation in Electoral Politics", **Byron D'Andra Orey** 2004. In <u>African Americans and Political Participation</u>, edited by K.C. Morrison (ABC-CLIO Press) with Reginald Vance

**On-Line Publications**
"Understanding the Important Role of Support Staff." American Political Science Association.

**Non-Peer Reviewed Articles/Manuscripts**
"The Ascendency to Black Power: Mississippi State Legislators," in <u>Who's Who in Black Mississippi</u>. Mississippi Press. 2012

"The Cross-Cutting Issue of AIDS in the Black Community." *Oracle*, Winter 2008

**Newspaper Articles**

"Is Black History Still Relevancy" Jackson Free Press, March 6, 2013.
http://www.jacksonfreepress.com/news/2013/mar/06/relevance-black-history/

## Courses Taught

*Undergraduate*:    Power and Politics (honors); Power and Politics; Public Issues The Black Experience; Minority Politics; Political Participation Polls, Politics, and Public Opinion; Elections; Blacks and the American Political System; and Political Parties and Interest Groups; Research, Scope and Methods; The Legislative Process

*Graduate*:    Race and the U.S. Political System; Blacks in the American Political System; Research Scopes and Methods; Political Inquiry & Research

## Personal Awards/Grants/Fellowships

*Kellogg Foundation,* $500,000 Emmett Till Interpretative Center, Tougaloo College, B. D'Andra Orey and James Loewen. This grant will allow the PIs to disseminate their textbook, Mississippi Conflict and Change and to conduct a social justice institute at Tougaloo College in Summer 2023.

*National Science Foundation,* "The Intersection of Race, Exposure to Trauma, and Politics." $500,000. Grant #: 2128198 Pending Negotiation (2021).

*University of Michigan,* Minority Serving Institutions Outreach and Collaboration Grant$30,000. This award will help build collaborations between faculty and students at Jackson State University and the University of Michigan. Received 2020

*National Science Foundation Intern Grant,* $47,000. This grant is a supplement to NSF grant #1649960. It will provide an opportunity for two graduate students to conduct internships that will help them develop professional work skills related to their field of study. 2020

*National Park Service,* $27,569 This grant provides funding for an oral history project. It includes one graduate assistant. 2019

*National Science Foundation Intern Grant,* $35,000. This grant is a supplement to NSF grant #1649960. It will provide an opportunity for a graduate student to conduct an internship that would help her develop her professional skills. 2019

*University of Michigan,* $8,000. This award will help build collaborations between faculty and students at Jackson State University and the University of Michigan. Received 2019

*W. K. Kellogg Foundation Community Leadership Network Fellowship*, $25,000. Nominated and awarded out of 800 applicants only 80 were accepted. 2019

*Anna Julia Cooper Teacher of the Year* National Conference of Black Political Scientists. 2019

*National Science Foundation*: $35,000. This award is a supplement to NSF grant #1649960.

*Alpha Kappa Alpha*. Teacher of the Year. 2017

*National Science Foundation Grant, $*179,000. Awarded August 2016. Title: "Racial Biases and Physiological Responses." # 1649960

*National Science Foundation Grant, $*170,000. Awarded May 2015. Title: "The Impact of Racially Traumatic Events on African Americans? Physiological, Psychological and Political Reponses." #1541562

*Academic Exchange Fellowship*, August 2 – August 10, 2015—This is an invitation-only fellowship. I was nominated by Professor Judith Kelley, the Stephan Haggard, Krause Distinguished Professor at Duke University. This purpose of the program is to invite Political Scientists to Israel to attend meetings with prominent Israeli and Palestinian policymakers, scholars and opinion leaders, covering a wide range of topics and political perspectives on domestic, foreign policy and security issues. I attended the law section of the program.

*Center for Undergraduate Research*, Awarded 2014-2015—Received a grant in the amount of $7,000 to conduct research in collaborations with a team of undergraduates on physiological responses to racially traumatic events. Experimental research will be conducted with students who will conduct the experiments and analyze the data. Students presented their findings at the Mississippi Political Science Association and the National Conference of Black Political Scientists.

2014 Jackson State University Faculty Excellence Award

2014 Liberal Art's Outstanding Researcher Award

*Center for Undergraduate Research*, Awarded 2013-2014—Received a grant in the amount of $7,000 to conduct research with undergraduate students in the area of experimental research. Students will conduct experiments and analyze data to examining the impact of hair texture on African-American political attitudes. Students will present their findings at three national, regional and local conferences.

23

*Jackson State University Creative Arts Award*, 2014-2015. "The Study of Hairtexture and Candidate Evaluation." This award in the amount of $5,000 was presented by the President of Jackson State University to provide seed money for innovative research.

*Palestinian American Research Center Fellow*, 2013
- The fellowship provided full funding to investigate Palestinian in-group subconscious attitudes. This project compares African-American attitudes in the United States to Palestinian attitudes (Travel Dates: May 15-May 27, 2013).

*Center for Undergraduate Research*, Awarded 2012-2013—Received a grant in the amount of $7,000 to conduct research with undergraduate students in the area of survey research. Students conducted a random digit dialing survey of respondents from various counties in Mississippi using "landline only telephone numbers." The results revealed that a bias existed due to the failure of employing cell phones. Students used this project to present at three conferences, including a national conference.

*UC-HBCU Initiative*, Awarded 2012-2013— Awarded $28,090 grant from the University of California-Historically Black Colleges and Universities Initiative (UC-HBCU) for 2012-13, Belinda Robnett and Katherine Tate, co-PIs. The HBCU partners are Byron Orey (Jackson State University) and Desiree Pedescleaux (Spelman College).

Diamond Award for Outstanding Teaching—Undergraduate Chapter of Kappa Alpha Psi, Jackson State University Awarded 2012.

"Who's Who in Black Mississippi." 2012. Recognized for achievements in the field of education.

Service Learning Faculty Fellow, Jackson State University Service Learning, $2,500, 2011-2012

Jewel Limar Prestage Mentorship Award, National Conference of Black Political Scientists, March 2011 ($1,000)

Global Inquiry Faculty Teaching Seminar Fellow, Jackson State University. $5,000. July 2011

Advisor of the Year, Jackson State University Political Science Club. 2011

Virginia Institute for Psychiatric and Behavioral Genetics, Virginia Commonwealth University. Was invited to participate in a working Group using Minnesota Twin Data, August 2010 (Travel Grant)

Fellow, Community Census and Redistricting Institute, Duke University. $2,000. August 2010

Global Inquiry Faculty Teaching Seminar Fellow, Jackson State University. $5,000. July 2010

Help America Vote Act, $2,500. "Teaching students about Poll Working." Fall 2010

International Workshop on Statistical Genetics and Methodology of Twin and Family Studies. February 28-March 6, 2010. Boulder, Colorado (Travel Grant plus tuition waiver)

TESS: Time Sharing Experiments for the Social Sciences (2009): Winner of a competition to collect data for the following project: "Trusted Sources and Racial Attitudes" (with Lester Spence)

National Science Foundation Grant, $69,000. "The 2008 Presidential Election." 1/09-12/31/09. SES-0905629

Mississippi Humanities Council, "Oral History Interviews of Members of the Legislative Black Caucus." $2,000, September 2008

Anna Julia Cooper National Teaching Award 2008, National Conference of Black Political Scientists

Research Council, Visiting Scholar Grant, 2007 ($800): Received funds to assist in defraying the cost for the guest speaker of the Annual MLK Banquet sponsored by the Afrikan People Union (student organization)

Senning Summer Faculty Fellowship. "African-American Legislative Chairs." (2007): $10,000

Initiative for Teaching and Learning Excellence III, UNL. "Sankofa: Challenging Racial Mythologies Here and Abroad" (2006: $16,500, Denied)

Emerging Scholars Summer Fellow, University of Michigan, 2006, "Empirical Summer Program in Applied Multi-Ethnic Research at the Inter-University consortium for Political and Social Research" $2,500

Layman Fund Award 2006, "Black Intra-Cultural Attitudes Toward Race-based Policies." (2006-2007): $9,500

Senning Summer Faculty Fellowship, "The Intersection of Race and Gender in examining descriptive and substantive representation." (2006): $6,500

Department of Labor, Broad Agency Small Contract, "Race and the Uninsured," with Tina Mueller. (2006, $25,000, denied)

Initiative for Teaching and Learning Excellence II, UNL. "Sankofa, a Return to the Middle Passage." (2005): $15,000, denied

Senning Summer Faculty Fellowship, 2005, "Race, Gender and Structure Matter: Descriptive versus Substantive Representation." (2005): $6,500

Summer Grant Writing Institute, 2005, "Opposition to Racially-Targeted Redistributive Programs." ($2,750)

National Science Foundation, 2004, "Black Racial Conservatives: Racial Uplift or Racial Resentment?" (Denied, $204,000)

Maude Hammond Fellowship, 2004, Research Council, University of Nebraska, Lincoln, "Black Conservatives and Intra-group resentment." (2004): $10,000

Senning Summer Faculty Fellowship, "African Americans in the State Legislative Power Structure: Committee Chairs." (Summer 2004): $6,500

Gallup Research Professorship 2003-2004, "Explaining Black Conservatives: Racial Resentment or Racial Uplift?" (Summer 2003): $4,600

Faculty Research Small Grant, "Deracialization or Racialization: The Making of a Black Mayor," University of Mississippi, (Summer 2000): $3,500

National Science Foundation/Quality Education for Minority Network (January 1993) Amount: $2,500
-To conduct research on the Federal Government's financial contributions to Historically Black Colleges and Universities

**Conference Participation**

"Racial Bias and the Shooting of Unarmed Blacks." Invited Talk. Miniconference on inequality of public administration/policy, May 21-22, 2020. American University, Washington, D.C. **CANCELED**

"A System of Bad Apples: When Racial Identity Trumps Resentment in the Shooting of Unarmed Blacks by Black Officers," with Periloux Peay. National Conference of Black Political Scientists, March 12-14, 2020. Buckhead, GA

"How Culture Shapes Equity and Health." Invited Talk. 2020 Sharing Knowledge to Build a Culture of Health Conference. March 4-6, 2020 at the Jackson Convention Complex in Jackson, Mississippi.

"African Americans' Emotional Responses to the Mississippi State Flag."
Southern Political Science Association, San Juan Puerto Rico.
January 9-11, 2020, Caribe Hilton Hotel, San Juan Puerto Rico.

"Intersection of Political Science and Other Disciplines." College Day. Jackson
State University, Student Center. April 15, 2019.

Roundtable, 'NCOBPS History: An Overview of Presidential Administrations."
National Conference of Black Political Scientists, Baton Rouge, LA. 2019.

"African Americans Emotional Responses to Trump, the Confederate Flag and
Police." American Political Science Association. Boston, MA. September 2018.

"African Americans Physiological Responses to Confederate Symbols."
Midwestern Political Science Association, Chicago, Illinois, April 7, 2017.

"Environmental Justice Policy, Intersectionality and Racial Context," National
Conference of Black Political Scientists, March 16, 2017.

"Understanding Black Political Attitudes and the Intersection of Hair Texture and
Colorism," Annual Conference of the Mississippi Political Science Association,
Jackson, MS, February 10, 2017.

"The 50th Anniversary of the Voting Rights Act and the Quiet Revolution,"
Mississippi Political Science Association, Jackson, MS. Gloria Billingsley, B.
D'Andra Orey and Athena M. King. February 10, 2017.

"Accountability, Customization, Sustainability, & Production: The
Interdisciplinary Faculty Writing Boot Camp" Mississippi Philological
Association Annual Conference. February 11, 2017. Mississippi Valley State
University, Itta Bena, MS.

"Author Meets Critics: Robert Mickey's Paths Out of Dixie," Southern Political
Science Association, New Orleans, LA, January 14, 2017

"Accountability, Customization, Sustainability, & Production: Reflecting on Our
Liberal Arts Faculty Writing Boot Camp." College of Liberal Arts Conference,
Jackson, MS. October 8, 2016.

"Teaching about Mississippi in Trying Times." Roundtable, College of Liberal
Arts Conference, Jackson, MS. October 7, 2016.

Paper: "HBCUs to Conduct Research on Black Political Attitudes and Behavior."
   (Students: Kiescia Dickinson, Courtney Viverette and Jauan Knight). National

Conference of Black Political Scientist conference (March 17-19 2016). Hilton Garden Inn. Jackson, Mississippi.

Paper: "Southern White Legislative backlash to the Voting Rights Act of 1965." (Student: Ernest DuPree). Southern Political Science Association conference. (January 7-9, 2016 at the Caribe Hilton, San Juan Puerto Rico.

Round Table: "Reflections on Voting Rights in the South in the Age of *Shelby v. Holder.*" Southern Political Science Association Southern Political Science Association conference. (January 7-9, 2016 at the Caribe Hilton, San Juan Puerto Rico.

"Blacks' Political Attitudes and Psychological Responses to Racially Traumatic Stressful Events." Southern Political Science Association Southern Political Science Association conference. (January 7-9, 2016 at the Caribe Hilton, San Juan Puerto Rico.

Paper: "Black Strategic Voting or Genuine Republican Support: The 2014 Mississippi Senate." (Student: Nafessa Edges). National Conference of Black Political Scientists conference (March 17-21, 2015). Double Tree Hotel. Atlanta, GA.

Paper: "Psychological and Physiological Responses to Traumatic Events: The Case of Ferguson, Missouri." (Students: Kyler Lee and Jasmine Jackson). Paper presented at the National Conference of Black Political Scientists conference (March 17-21, 2015). Double Tree Hotel, Atlanta, GA.

Paper: "The Evolution and Devolution of the Voting Rights Act (1965-2014). National Conference of Black Political Scientists Conference (March 17-21, 2015). Double Tree Hotel, Atlanta, GA.

Paper: "Sources We Can Believe In: The Effect of Elite Level Cueing on Black Attributions of Inequality." Mississippi Political Science Association (February 13, 2015). Jackson State University, Jackson, MS.

Roundtable: "(Non)Traditional Methods in the Study of Black Politics: Voices from the Field." American Political Science Association: Roundtable (August 30, 2014). Washington, D.C. Hilton.

Paper: "Candidate Evaluation of Black Women Candidates' Hair Style and Texture," (with Nadia Brown). Paper presented at the Southern Political Science Association's annual meeting. (January 9-11, 2014) New Orleans, Louisiana.

Paper: "Moving Beyond Race and Gender: An Intersectional Analysis of Bill Sponsorship in State Legislatures," (with Nadia Brown). Paper to be presented

at the Southern Political Science Association's annual meeting (January 9-11, 2014) New Orleans, Louisiana

Round Table: "The Status of the APSA Task Force on Political Science in the 21st Century." The Southern Political Science Association's annual meeting, (January 9-11, 2014) New Orleans, Louisiana

Panel: Author Meets Critics: "Black Mayors White Majorities The Balancing Act of Racial Politics." Ravi Perry Author. ." The Southern Political Science Association's annual meeting, (January 9-11, 2014) New Orleans, Louisiana

Moderator: "New Mayor's Perspective of the First 100 Days." Mississippi Legislative Black Caucus Mayor's Summit (September 26, 2013), Jackson State University, Jackson, MS

Paper: "Environmental Justice Policy, Intersectionality and Racial Context" (with Athena King). Paper presented at the Midwestern Political Science Association's annual meeting, (April 11-13, 2013) Chicago, Illinois

Paper: "Intersectionality: Race, Gender and Party." Paper presented at the National Conference of Black Political Scientists, (March 14-16, 2013) Oak Brook, Illinois

Roundtable Participant: "Research Opportunities at Historically Black Colleges and Universities." National Conference of Black Political Scientists, (March 14-16, 2013) Oak Brook, Illinois

Paper: "Revisiting Black Racial Identity Using Subconscious Measures" Byron D'Andra Orey, Thomas Craemer and Melanye Price. Southern Political Science Association, (January 3-5, 2013) Orlando, FL

Roundtable: Using ICPSR Data in Undergraduate Research, Southern Political Science Association, (January 3-5, 2013) Orlando, FL

Invited Panelists: Conference within a Conference--Gender, Race, & Intersectionality, Southern Political Science Association, (January 3-5, 2013) Orlando, FL

Discussant: "The Representation and Presentation of Race and Gender" Southern Political Science Association, (January 3-5, 2013) Orlando, FL

Paper: "Using Black Samples to Investigate the Validity of Implicit Racial Attitude Measures" (Paper nominated for Best Paper for Race and Ethnicity Section) (Paper written, however, Conference Cancelled), (September 2013), American Political Science Association, New Orleans, LA

Paper: Invited Participant: APSA Working Group on Implicit Attitudes, "Comparing AMP, IATs, Subliminal Priming and Black Identity" (Paper written, however, Conference Cancelled) Byron D'Andra Orey and Thomas Craemer, American Political Science Association, (September 2013) New Orleans, LA

Paper: "The Intersectionality of Race and Gender in State Legislatures," Women for Progress Conference, (September 2012) Jackson, MS.

Paper: "Validating Implicit Racial Attitude Measures in Black HBCU Samples," Midwestern Political Science Association, (April 12-15, 2012), Chicago, Illinois

Paper: "Black Conservatism and Opposition to Racial Policies," National Conference of Black Political Scientist, (March 14-17, 2012, Las Vegas, Nevada

Paper: "Black Legislative Politics in Mississippi," (with Rhonda Cooper), Southern Political Science Association, (January 11-14, 2012), New Orleans, LA

Chair, Panel: "Status of African Americans in the South," Southern Political Science Association, (January 11-14, 2012), New Orleans, LA

Participant: "SPSA 2013 Program Committee," Southern Political Science Association, (January 11-14, 2012), New Orleans, LA

Paper: "Intersections, Interactions, and Legislative Behavior," (with Shoronda Wofford), Mississippi Political Science Association, Millsaps College, (November 11-12, 2011), Jackson, MS

Discussant: Local Politics in Mississippi, Mississippi Political Science Association, Millsaps College, (November 11-12, 2011), Jackson, MS

Invited Panelist: Chairs Luncheon and Workshop: "Unwitting Leader: How to be an Effective Department Chair, and Live to Tell About It" (Departmental Services Committee), **American Political Science Association, (September 1-4, 2011), Washington State Convention Center, Seattle Washington**

Paper: "Genetic Similarity, Ethnocentrism, and Political Attitudes." **American Political Science Association, (September 1-4, 2011), Washington State Convention Center, Seattle Washington**

Chair, Panel: **Race, Immigration and Public Opinion, American Political Science Association, (September 1-4, 2011), Washington State Convention Center Seattle Washington**

Chair, Panel: "Racial Attitudes and the Role of Race in Electoral Politics." Southern Political Science Association (January 6-8, 2011), Intercontinental Hotel, New Orleans, LA

Paper: "Black Support for Racial Policies and The Double (Non)-Consciousness Thesis." Southern Political Science Association (January 6-8, 2011), Intercontinental Hotel. (with Leniece Davis and Byron Williams)

Paper: "Pro-Black Political Opinions, Participation and Stereotype Threat Among African-American College Students." American Political Science Association, (September 2010), Washington, D.C. (with Thomas Craemer and Hyung Park)

Paper: "Implicit Black Group-Identification and Stereotype Threat in the Age of Obama." International Society of Political Psychology, (July 2010), San Francisco, CA. (with Thomas Craemer)

Paper: "Implicit Racial Attitudes, Stereotype Threat, and Political Behavior among Young African Americans in the Age of Obama," Midwestern Political Science Association's Annual Meeting, (April 22, 2010), Chicago, IL, Palmer House. (with Thomas Cramer and Hyung Park)

Paper: "Black Elite Rhetoric and System Justification Ideology." American Political Science Association's Annual Meeting. Toronto, (September 5, 2009), Ontario, Canada, (with Hyung Park)

Paper: "American Patriotism and the Reverend Wrights of the World." National Conference of Black Political Scientists. Houston, TX (March 2009). (with Najja Baptist)

Paper: "American Identity and Disillusioned Liberalism Among African Americans." Midwestern Political Science Association's Annual Meeting. Chicago, IL, Palmer House. (April 2-5, 2009). (with Najja Baptist)

Paper: "Public Opinion and Substantive Representation." *Discussant* Midwestern Political Science Association's Annual Meeting. (April 2-5, 2009), Chicago, IL, Palmer House

Paper: "Political Socialization and Racial Conservatism." Southern Political Science Association's Annual Meeting, (January 9, 2009) New Orleans, LA Intercontinental Hotel

Paper: "System Justification Ideology and Black Opposition to Affirmative Action." (March 2007), National Conference of Black Political Scientists, San Francisco, CA

Paper: "When Race, Party and Gender Matter: State Legislative Behavior." Western Political Science Association, (March 2007), Las Vegas, Nevada

Chair, "Race and Fear." Hendricks Conference on Biology and Political Behavior, (October 13-14, 2006), Lincoln, Nebraska

Paper: "Roundtable: A Retro and Prospective: The 10[th] Anniversary of Robert Smith's *We Have No Leaders*." The National Conference of Black Political Scientists' Annual Conference," (March 22-25, 2006), Atlanta, GA

Paper: "Roundtable: Representation and the Intersections of Gender, Race and Ethnicity." The Southern Political Science Association's Annual Meeting, (January 6-8, 2006), Atlanta, GA

Paper: "Mentoring Task Force Panel: Finding Mentors and Advocates in the Ivory Tower." American Political Science Association, (September 2005,) Washington, D.C.

Paper: "A Tale of Two Flags: The Mississippi and Georgia Flag Referenda." Midwestern Political Science Association, (April 7-9, 2005), Chicago, IL

Paper: "Explaining Black Conservatives." Western Political Science Association, (March 17-20, 2005), Oakland, CA

Paper: "Not Exactly What We Had in Mind for Inclusion: The Impact of Racial Resentment on Latinos" (with Jessica Perez-Monforti). Western Political Science Association, (March 17-20, 2005), Oakland, CA

Discussant: "Perspectives on Race and Ethnicity," (January 6-8, 2005), Southern Political Science Association

Paper: "Teaching Race in a Majority White Place." People of Color at Traditional White Institutions, (November 15-16, 2004), University of Nebraska, Lincoln, Lincoln, Nebraska

Paper: "Black Conservatives and Black Nationalists: Convergence or Divergence." National Conference of Black Political Science, (March 25-27, 2004), Chicago, Illinois, Hyatt- Mcormick Place

Paper: "African American Racial Conservatives and Intra-group Resentment." Southern Political Science Association, (January 2004), New Orleans, LA (with LeKesha Harris)

Paper: "Race and Gender Matter: Black Legislative Politics in Mississippi" (with Wendy Smooth), National Conference of Black Political Science, (March 25-27, 2004), Chicago, Illinois, Hyatt- Mcormick Place

Roundtable Participant: "The Role of College Faculty in AP Success." National AP Equity Colloquium, (March 20-21, 2004), Houston, TX, Houston Intercontinental Marriott

Paper: "Black Conservatives: A Systematic Analysis." African and Latino Conference, (January 2003), Lincoln, Nebraska

Paper: "Measuring Deracialization: A Systematic Analysis of the Deracialization Concept." Western Political Science Association, March 27-29, 2003

Paper: "Explaining Black Conservatives: Racial Uplift or Racial Resentment?" National Conference of Black Political Scientists, Oakland, California

Discussant, Southern Political Science Association, (November 6-10, 2002), Savannah, GA

Paper: "Black Legislative Politics in Mississippi: Gender Matters," Southern Political Science Association, (November 6-10, 2002), Savannah, GA

Paper: "Racial Uplift or Racial Resentment," Midwest Political Science Association, (April 2002), Chicago, IL

Paper: "Racial Attitudes toward the Confederate Flag," Southern Political Science Association, (November 7-10, 2001) Atlanta, GA, with Khalilah Brown

Paper: "White Opposition to Affirmative Action," Southern Political Science Association, (November 7-10, 2001) Atlanta, GA

Paper: "The New Black Conservative: Rhetoric or Reality?" National Conference of Black Political Scientists, (March 8-10, 2001)

Paper: "New Racial Attitudes in the New South." Race in America (Hendricks Symposium), University of Nebraska, (November 2-3, 2000) Lincoln, NE

Paper: "African Americans in the State Legislative Power Structure: Committee Chairs," American Political Science Association, (August 2000, Washington, D.C.)

Paper: "One Person-N Votes: An empirical analysis of Proportional representation in Cincinnati, Ohio," Midwest Political Science Association, (April 2000, Chicago, Illinois), with Kimberly Adams

Paper: "From Protest to Politics: A look at the success of black legislators in Mississippi," Midwest Political Science Association, (April 2000, Chicago, Illinois), with Kimberly Adams

Paper: "Framing the Issue, When the Issue is Race." American Political Science Association, (September 2-5, 1999), Atlanta, GA

Poster: ARacialization or Deracialization: The Making of a Black Mayor in Jackson, Mississippi," American Political Science Association, (September 2-6, 1998), Boston, MA

Paper: "The Race Race in Black and White: The 1995 Louisiana Gubernatorial Election," Southwest Political Science Association, (March 26-29, 1997), New Orleans, LA

Paper: "Mississippi Legislative Politics in Mississippi," Southern Political Science Association, (November 7-9,1996), Atlanta, GA.

Paper: "Dispelling the Myth and Revealing the Truth: the Overrepresentation of Whites on City Councils," American Political Science Association, (September 1996) San Francisco, CA.

Roundtable Participant: "The Impact of Alternative Voting Systems" National Conference of Black Political Scientists, (March 1996), Norfolk, VA.

Paper: "Mississippi Black Legislators," National Conference of Black Political Scientists, (March 1996) Savannah, GA.

Paper: "Black Representation in the South," The Southern Regional Council=s Annual Voting Rights Seminar, Fall 1995 New Orleans, LA.

Paper: "One Person, N-Votes: In Search of a Remedy for Vote Dilution Claims in the Absence of Geographical Compactness," American Political Science Association, (September 1995) Chicago, Ill.

Paper: "Status Crow Politics and the Under-Representation of Black Women on the Bench" Southern Political Science Association, (November 3-5, 1994) Atlanta, GA

Paper: "One Person, N-Votes: Minority Representation on the Bench," The National Conference of Black Political Scientists (March 1994) Hampton, VA

Panel Chair: "The Politics of Electoral Reform," American Political Science Association, (September, 1994) New York, NY.

Discussant: Race and Reapportionment after *Shaw v. Reno*, Southern Political Science Association, (November 3-5, 1994) Atlanta, GA.

Participant: Mock Voting Rights Trial, The Southern Regional Council, Annual Voting Rights Seminar (October 1993), Peachtree City, Georgia

Paper: "When Excess Creates Progress: An Assessment of the Federal Government's Financial Contribution to HBCUs," The Southern Political Science Association (Fall 1993) Savannah, GA.

Paper: "When Excess Creates Progress: An Assessment of the National Science Foundation's Financial Contribution to HBCUs," The National Black Graduate Student Association's Annual Conference (May 1993) University of Minnesota

Paper: "The Disparity of Federal Expenditures received by Historically Black Colleges and Universities (HBCUs) compared to Non-HBCUs," The Quality Education for Minority Network's Annual Education Conference (August 1992), Georgetown University, Washington, D.C.

Paper: "The Purpose of Cognitive Inventories for Secondary Students," Southern Association for Educational Opportunity Program Personnel (1990), Tupelo, MS

## Invited Presentations

**"Mississippi Conflict and Change," University of Michigan, May 10, 2022.**

**"The Power of Perseverance: Black Politics of American Democracy Workshop, Facilitator. Princeton University, March 31, 2022.**

**Intersectionality and Intersections: Race, Gender and Legislative Behavior. Princeton University, March 30, 2022.**

**Trusted Sources, University of Tennessee, Knoxville, March 8 2022**

**MLK Convocation, Creighton University, January 18, 2022.**

**"Does the Confederate Flag Make You Sick?"** University of Mississippi, **April 12, 2017.**

"The Impact of Race and Gender on the 2016 Presidential Election," Metropolitan Community College, Omaha, Nebraska. February 2, 2017.

"The Strange Career of Black Politics," Florida State University, January 26, 2017.

"New Developments in the Study of Race and Politics," Buffalo State University, November 1, 2016.

"Contemporary Topics in the Study of Race and Politics," Annual Joseph T. Taylor Symposium at Indiana University, Purdue University Indiana (IUPUI), February 25, 2014

"A Dare to Be Great: Honoring our Ancestors." National Association for the Advancement of Colored People's Annual Banquet. Lincoln, Nebraska. November 9, 2013.

"Alumni Given at HBCUs." The Douglas T. Porter Athletic Scholarship Banquet. October 25, 2013. Mississippi Valley State University, Itta Bena, MS.

"One Man's Journey to African, the Middle East and the Caribbean." Metropolitan Community College September 12, 2013.

"Reflecting on the Life and Work of Attorney Isaiah Madison." Isaiah Madison Memorial Symposium on Higher Education, April 18, 2013

"Voter Suppression in the United States," Mississippi Valley State University's Pi Sigma Alpha Honor Society April 8, 2013

"Research Opportunities at Historically Black Colleges and Universities." University of California, Irvine February 27, 2013

Roundtable discussion, "Has the Dream Been Fulfilled?" February 19, 2013, Jackson State University Political Science Club, Jackson, MS

Mississippi Valley State University Black History Month Convocation, Guest Speaker February 18, 2013

"New Developments in Race and Politics." St Andrews High School, December 12, 2013

"Voting and Democracy," St. Andrews High School, Ridgeland, MS, November 15, 2011

Robert Clark Symposium, "2011 Election Day: Implication and Analysis, What does it Really Mean?" Jackson State University, November 9, 2011

Emerging Scholars Conference, (with mentee JaLisa Jorden). "Black Political Attitudes and Obama as a Trusted Source: Is it the Message or the Messenger?" University of Michigan, September 29-October 1, 2011

"Mentoring Graduate Assistants." Workshop: Activity 7 Program, May 18, 2011. Jackson State University Student Center

Conference on Laboratory Experiments in Political Science, Stereotype Threat Among African-American College Students, Vanderbilt University, May 4-6, 2011

University Development Foundation Board Meeting. Invited by the President of the University to make a presentation on the research agenda in the Department of Political Science, MS e-Center, December 10, 2010

Hendrick's Symposium (with mentees JaLisa Jorden and Ebou Sowe). "Elites as Trusted Sources: Do Blacks Believe Everything President Obama Says?" November 3-5, 2010. University of Nebraska, Lincoln

Terry High School. "To Thine Own Self Be True." October 19, 2010. Terry Mississippi

Porter L. Fortune, History Symposium: Future of the South Conference. "Substantive Representation and the Mississippi Legislative Black Caucus." University of Mississippi, Oxford, MS. February 18, 2010

"Obama Administration: One Year Later." Roundtable Participant. Medgar Evers/Ella Baker Lecture Series, Tougaloo College, Tougaloo, MS. November 16, 2009

"Presidential Approval Ratings." Lecture at St. Andrews High School's Advanced Placement U.S. Government course, November 10, 2009

Matthew Holden, Jr. Symposium Lecture. "A Response to Glen Loury." November 5, 2009. Jackson State University

University of Nebraska, Lincoln. Keynote Speaker: **Hurricane Katrina: A Remembrance in Three Acts, September 25, 2007**

**New York University, John Jost's Psychology Laboratory. "System Justification and Black Opposition to Affirmative Action." September 13, 2007**

Oxford University (Oxford, England), Oxford Roundtable, "Religion and Politics." July 2007

Williams College, Voting Rights Roundtable, February 9-10, 2007

Emory University School of Law Public Interest Committee, "Annual Public Interest Conference." October 7, 2006

Yale University, Presenter: "Lessons from the Past, Prospects for the Future: A Conference in honor the Fortieth Anniversary of the Voting Rights Act of 1965." April 21-23, 2005

University of Nebraska, Lincoln. "From Selma to Washington," April 18, 2005

University of Nebraska, Lincoln. "Martin Luther King Forum on Reparations." (January 20, 2005)

University of Mississippi. "Race and the Mississippi State Flag." February, 2005

University of Southern Illinois. "Explaining Black Racial Conservatives." December 9, 2004

Middle Tennessee State University. "The Year of the Ballot or the Bullet." April 22, 2004

The College Board, Arranged a Panel on "The Role of College Faculty in AP Success." *National AP Equity Colloquium*. March 20-21, 2004

Washington University, Lecture: "Racial Uplift or Racial Resentment: Explaining Black Conservatives?" February 6, 2004

University of Winneba, Winneba, Ghana (West Africa). June 2004

University of Mississippi, "Retaining Black Faculty and about Tenure," Panelist. January 23, 2004

University of Nebraska, Lincoln. "What does it take to get elected in the United States?" Round Table, sponsored by Pi Sigma Alpha. February 20, 2003

Southern Association for College Student Affairs, Panelists: "Town Hall Meeting on Symbols," November 2002

University of Nebraska, Lincoln. "Post Election Roundtable Panelists," sponsored by Pi Sigma Alpha. November 2002

November 2-3, 2000. "New Racial Attitudes in the New South" Hendricks Symposium on Race, University of Nebraska

September 2000. Lecture, "A New Racism in the New South." Center for the Study of Southern Culture, University of Mississippi

## Ph. D. Committees

Rob Denne, Jackson State University, Department of Education
Ronella Gollman, Jackson State University, Department of Psychology

Princeton Smith, Jackson State University, Department of Psychology
Daphine Foster, Public Policy, Jackson State University (member)
Peter Hatemi, Political Science, University of Nebraska, Lincoln. Defense: Spring 2007 (member)
Reginald Vance, Southern University, Baton Rouge, Defense: December 2006 (Chair)
James H. Moore, Howard University (Economics), Defense: December 2004 (member)
Kimberly Adams, University of Mississippi, Defense: Spring 2003 (outside member)
Mitch Herring, University of Nebraska, Lincoln Defense: Spring 2008 (Political Science, member)
Yolanda Johnson, University of Nebraska, Lincoln (Sociology, member)
Eric Whitaker, University of Nebraska, Lincoln (Political Science, member)

## Master's Theses:

### Communications

Janeya Smith, Jackson State University, Department of Political Science (Chair, Completion date: December 2018)
Spencer McClenty, Jackson State University, Department of Communication (Completion October 2018)
Caleb Smith, Jackson State University, Department of History (Completion date: October 2017)
Sharonda Woodford, Jackson State University, Department of Political Science (Completion date: summer 2013)
Alfonso Franklin, Jackson State University, Department of History (Completion date: May 2013)
Emmitt Riley, Jackson State University (Chair, Completion date: May 2010)
Najja Baptist, Jackson State University (Chair, Completion: August 2010)
Matthew Hastings, University of Nebraska, Lincoln. (Chair, Thesis Completion: Spring 2007)

## Honor's Thesis:

Andy Conroy (Co-Advisor), Completed: Spring, 2006

## University Services

Promotion and Tenure Committee Psychology 2018
Mentor, Ronald E. McNair Summer Program, Jackson State University (Mentee: Keirrah Wheeler)
Promotion and Tenure Committee Psychology 2017
Political Science Club Advisor, 2014-2015
Pi Sigma Alpha Advisor, 2017-Present
Pi Sigma Alpha Advisor, 2014-2015
Member of the Faculty Senate, 2014-2015

Faculty Third Year Review, Department of Political Science, Chair Spring of 2015

Faculty Third Year Review, Department of Political Science, Chair Fall of 2014

Faculty Third Year Review, Department of History Fall 2013

Search Committee for the Bachelor of Social Work and Masters of Social Work Program Directors. Fall 2013

University Think Tank Committee, Jackson State University (appointed Fall 2013)

Advisory Board, Center for Excellence in Minority Health and Health Disparities (appointed Spring 2013)

Tenure Committee, Department of History Fall 2012

Promotion Committee, Department of Public Policy Fall 2012

Conference Coordinator for the National Bar Association—Served as the Coordinator in hosting the NBA's annual meeting at Jackson State University. September 2012

Promotion Committee, Department of Music Fall 2011

College of Liberal Arts Promotion and Tenure Committee. 2011-2012 (elected position)

Jackson State University, Advisory Board, Advance Project (National Science Foundation Grant), appointed by PI. 2011-present

Symposia Subcommittee of the Presidential Inaugural Planning Committee Fall 2011

Research Advisory Council, 2011-present, appointed by Vice President for Research

Employment/Hiring Committee Public Policy Spring 2011

Search Committee for Office of Student Life, January 2011

Promotion Committee, Department of Business Fall 2010

Promotion Committee, Department of Psychology Fall 2010

Promotion Committee, Department of Public Health Fall 2010

College of Liberal Arts Promotion and Tenure Committee. 2010-2011 (elected position)

Quality Enhancement Plan, Jackson State University, 2008-2011

40th Gibbs-Green Anniversary Observance Planning Committee, Jackson State University, 2010

Executive Committee, University of Nebraska, Division of Arts and Sciences, 2007-2008

Diversity Committee, University of Nebraska, 2007-2008

Executive Committee, University of Nebraska, Department of Political Science, 2006-2007 and 2002-2003

Undergraduate Creative Activities and Research Experiences (UCARE), Student Advisor, University of Nebraska, 2006 (Amanda Ponce)

Mentor, Ronald E. McNair Summer Program, University of Nebraska, Lincoln, Summer, 2006 (Mentee: Amanda Ponce)

Graduate Committee, Department of Political Science, (2005-2006)

Political Science Unit Review Committee, University of Nebraska (2005-2008)

University of Nebraska Marshal Corp: Appointed by the dean of Arts and
    Sciences (Summer 2004-Present)
Member, Undergraduate Committee (2003-Present)
Mentor, Ronald E. McNair Summer Program, University of Nebraska, Lincoln,
    2003 (Mentees: Donald McCauley and Potso Byndon)
Member, Executive Committee, University of Nebraska, Department of Political
    Science, 2002-present
Mentor, Ronald E. McNair Summer Program, University of Mississippi, 1999
    (Mentee: Kimberly Walker,   Alcorn State University)

## Professional Services and Activities

Conference Program Chair, Southern Political Science Association, 2023
Vice President, Southern Political Science Association. 2022

Commissioner, Mississippi Civil Rights Education Commission
Executive Council, Southern Political Science Association 2014-2015
American Political Science Association: Committee for Best Book in the Race,
    Ethnicity and Politics section. 2014
American Political Science Association's Minority Fellows Program Selection
    Committee 2013
Dianne Blair Award Committee, Southern Political Science Association. 2013
Section Chair, Professional and Career Development, Midwestern Political
    Science Association. 2013 (Conference to be held in 2014).
External Reviewer, Tenure and Promotion, Southern Illinois University, Fall
    2013.
Section Chair, National Conference of Black Political Scientists: Undergraduate
    Research 2013.
Section Chair: Teaching Political Science, Southern Political Science Association,
    Orlando, Florida January 3-5, 2013
Member of the Status of Blacks in the Discipline, American Political Science
    Association (appointed 2012-present)
Section Chair, Southern Political Science Association: Teaching Political Science,
    2012
Member of the Membership Committee for the Southern Political Science
    Association (appointed 2012)
External Reviewer, Tenure and Promotion Committee, September 2012,
    University of Houston, Clearwater
External Reviewer, Third Year Review, Clark University, November 2011
External Reviewer, Tenure and Promotion Committee, Rutgers University,
    Newark, September 2011
Section Chair: The Status of Blacks in the South, Southern Political Science
    Association, 2012
Section Chair: Public Opinion, Midwestern Political Science Association, 2009
Lucius Barker Award Committee, 2008 Midwestern Political Science
    Association.

Executive Committee (member), National Conference of Political Science (2007-2010)

Section Chair: **Identity Politics: Gender, Class, Ethnicity, Sexuality, and Religion,** National Conference of Black Political Scientists, 2007.

Section Chair: Race and Politics, National Conference of Black Political Scientists 2005.

Jewell Prestage Awards Committee, Southwestern Political Science Association 2004.

Section Chair: Race and Ethnicity, Southwest Political Science Association. 2004.

Section Chair: Race and Ethnicity, Midwestern Political Science Association, 2002.

University of Nebraska, Lincoln. "What does it take to get elected in the United States?" Round Table, sponsored by Pi Sigma Alpha. February 20, 2003.

Southern Association for College Student Affairs, Panelists: "Town Hall Meeting on Symbols," Biloxi, Mississippi. November 2002.

University of Nebraska, Lincoln. "Post Election Roundtable Panelists," sponsored by Pi Sigma Alpha. November 2002.

**Other Professional Activities**
*Education Consultation*:

Testing Development Committee (member) 2008-2011, Education Testing Services (Princeton, New Jersey): Assist in writing objective questions for the Advanced Placement Exam (Government and Politics).

College Board Consultant—Conduct workshops to High School Government Instructors on teaching Advanced Placement Government and Politics (April 2002-Present).

Question Leader for the Advance Placement Exam, in U.S. Government and Politics (Summers 2007-Present).

Table Leader for the Advance Placement Exam, in American Government, Educational Testing Services (Summers 1996-2003).

Reader for the Advance Placement Exam, in American Government, Educational Testing Services (Summers 1996-1998).

**Expert Witness Work:**

*Mark A. Anderson v. City of McComb*, Mississippi, Gregory Martin and John Does 1-5.

*Voting Rights Expert Witness Work:*

*Cecil Cantrell v. Monroe County*, Mississippi (Deposition given)

Testified before the Mississippi Legislative Reapportionment Committee (April 2001)

*Lewis, et al. v. Alamance County, et al.* (Deposition given).

42

*Rose Johnson, et al. v. The City of Gainesville, GA* (Testified)
*Jackson v. Nassau County Board of Supervisors*
City of Hampton, Virginia

**Editorial**
**Review**
**Boards**

*American Political Science Review*
*The Ralph Bunche Journal of Public Affairs*
*Journal of Race and Policy*
*Pi Sigma Alpha Undergraduate Journal (Faculty Advisory Board)*
*State Politics and Policy Quarterly*

**Reviewer**

*American Political Science Review; Journal of Politics; American Journal of Political Science; Legislative Studies Quarterly; Women, Politics and Policy; National Political Science Review; American Politics Research; Political Research Quarterly; Politics and Policy;* Oxford University Press; Lynne Rienner Publishers; *Journal of Race and Policy; Social Science Quarterly; Urban Affairs Quarterly;* SUNY PRESS; *Political Communication*, University of Michigan Press; TESS (Time-Sharing Experiences for the Social Sciences); National Science Foundation; the *Social Science Journal*; Routledge Press; *Journal of African American Studies; Social Psychological and Personality Science; Pi Sigma Alpha Undergraduate Journal.*

**Community Services**

Mentor, Empowering Males to Build Opportunities for Developing Independence (EMBODI)
Mentor, New Focus for Youth after-school program
Board of Directors of the PERICO Institute for Youth Development and Entrepreneurship (PRIYDE), Jackson, MS (November 1, 2011-Present)
Member, Charter Revision Commission, Lincoln, Nebraska 2002-2006
Member, Nebraska's Help America Vote Act (Secretary of State's Office) 2002-2006

**Professional Organizations**

American Political Science Association
National Conference of Black Political Scientists
Southern Political Science Association
Midwestern Political Science Association
Mississippi Political Science Association

**APPENDIX 2: Summary Table of Two Group EI and Three-Group EI and EI RxC**

| | Two-Group EI (Black vs. White and Others) | Two-Group EI (White vs. Black and Others) | EI Compare Three-Group EI | EI Compare Three-Group EI | EI Compare Three-Group EI RxC | EI Compare Three-Group EI RxC |
|---|---|---|---|---|---|---|
| Election | Black Support for Black Candidate | White Support for Black Candidate | Black Support for Black Candidate | White Support for Black Candidate | Black Support for Black Candidate | White Support for Black Candidate |
| **Westbrooks 2020** | 90.46 | 6.43 | 90.46 | 6.36 | 90.22 | 6.37 |
| **Espy 2020** | 96.34 | 13.5 | 96.38 | 13.39 | 98 | 10.99 |
| **Amos 2019** | 92.08 | 6.66 | 92.05 | 6.66 | 94.43 | 4.6 |
| **DuPree 2019** | 94.35 | 8.73 | 94.31 | 8.7 | 96.46 | 6.24 |
| **Collins 2019** | 94.54 | 10.82 | 94.55 | 10.76 | 96.81 | 8.27 |
| **Simmons 2019** | 93.97 | 8.81 | 94.05 | 8.59 | 96.67 | 6.01 |
| **Stamps 2019** | 92.22 | 7.6 | 93.3 | 7.65 | 94.96 | 5.52 |
| **Green 2019** | 92.83 | 7.16 | 92.82 | 6.9 | 95.42 | 4.89 |
| **Espy 2018** | 94.91 | 16.42 | 94.89 | 16.31 | 97.6 | 12.48 |
| **Graham 2015** | 87.58 | 4.67 | 87.7 | 4.49 | 89.78 | 2.69 |
| **Coleman 2015** | 89.36 | 4.87 | 89.38 | 4.85 | 91.16 | 3.15 |
| **Gray 2015** | 87.76 | 4.44 | 87.74 | 4.52 | 89.88 | 2.72 |
| **Banks 2012** | 81.26 | 5.44 | 81.34 | 5.45 | 79.92 | 7.27 |
| **Obama 2012** | 92.72 | 12.12 | 92.72 | 12.14 | 93.65 | 5.53 |
| **Crisler 2011** | 91.04 | 8.29 | 90.98 | 8.37 | 92.35 | 7.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DuPree 2011** | 90.88 | 8.11 | 90.89 | 8.12 | 93.65 | 5.53 |
| | | | | | | |
| **Green 2011** | 90.94 | 8.16 | 90.88 | 8.08 | 93.67 | 5.56 |

## APPENDIX 3: TWO-GROUP EI RAW RESULTS AND SCRIPT

### Raw Results

**Westbrooks 2020**

$pBlackVAP

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 90.46 | 0.27 | 89.97 |
| pVoteB | 9.53 | 0.24 | 9.09 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 91.03 |
| pVoteB | 10.01 |

$pWhiteVAP

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 6.43 | 0.25 | 5.89 |
| pVoteB | 93.59 | 0.28 | 92.95 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 6.88 |
| pVoteB | 94.03 |

$pWhite_Other

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 10.64 | 0.20 | 10.25 |
| pVoteB | 89.38 | 0.24 | 88.88 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 11.06 |
| pVoteB | 89.76 |

$pBlack_Other

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 87.39 | 0.26 | 86.91 |
| pVoteB | 12.56 | 0.21 | 12.22 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 87.97 |
| pVoteB | 13.08 |

**Espy 2020**

$pBlackVAP

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 96.34 | 0.20 | 95.94 |
| pVoteB | 3.65 | 0.21 | 3.18 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 96.68 |
| pVoteB | 4.02 |

$pWhiteVAP

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 13.50 | 0.37 | 12.71 |
| pVoteB | 86.51 | 0.36 | 85.84 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 14.30 |
| pVoteB | 87.21 |

$pWhite_Other

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 18.15 | 0.23 | 17.77 |
| pVoteB | 81.87 | 0.18 | 81.52 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 18.67 |
| pVoteB | 82.20 |

$pBlack_Other

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 93.88 | 0.30 | 93.30 |
| pVoteB | 6.09 | 0.29 | 5.56 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 94.44 |
| pVoteB | 6.68 |

**Collins 2019**

$pBlackVAP

$pWhiteVAP

46

```
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      94.54      0.30          93.87
pVoteB       5.46      0.26           4.98
        ci_95_upper_Iterative.EI
pVoteA           95.08
pVoteB            5.99


$pWhite_Other
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      15.14      0.23          14.67
pVoteB      84.83      0.22          84.42
        ci_95_upper_Iterative.EI
pVoteA           15.67
pVoteB           85.31
```

**DuPree 2019**

```
$pBlackVAP
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      94.31      0.28          93.77
pVoteB       5.67      0.24           5.19
        ci_95_upper_Iterative.EI
pVoteA           94.81
pVoteB            6.18


$pWhite_Other
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      12.89      0.25          12.48
pVoteB      87.11      0.21          86.71
        ci_95_upper_Iterative.EI
pVoteA           13.44
pVoteB           87.53
```

**Amos 2019**

```
$pBlackVAP
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      92.04      0.30          91.39
pVoteB       7.94      0.33           7.30
```

```
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      10.82      0.32          10.13
pVoteB      89.21      0.28          88.60
        ci_95_upper_Iterative.EI
pVoteA           11.51
pVoteB           89.72


$pBlack_Other
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      92.06      0.29          91.53
pVoteB       7.95      0.28           7.48
        ci_95_upper_Iterative.EI
pVoteA           92.69
pVoteB            8.56
```

```
$pWhiteVAP
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA       8.73      0.32           8.16
pVoteB      91.27      0.30          90.64
        ci_95_upper_Iterative.EI
pVoteA            9.32
pVoteB           91.80


$pBlack_Other
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA      91.46      0.32          90.84
pVoteB       8.53      0.31           8.04
        ci_95_upper_Iterative.EI
pVoteA           92.12
pVoteB            9.26
```

```
$pWhiteVAP
        mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
pVoteA       6.63      0.38           5.71
pVoteB      93.34      0.38          92.80
```

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 92.52 | |
| pVoteB | 8.59 | |

$pWhite_Other

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 9.69 | 0.25 | 9.20 |
| pVoteB | 90.21 | 0.25 | 89.75 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 10.25 | |
| pVoteB | 90.79 | |

## Green 2019

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 92.83 | 0.31 | 92.20 |
| pVoteB | 7.64 | 0.36 | 6.88 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 93.49 | |
| pVoteB | 8.35 | |

$pWhite_Other

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 11.55 | 0.29 | 11.03 |
| pVoteB | 88.23 | 0.27 | 87.66 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 12.20 | |
| pVoteB | 88.77 | |

## Simmons 2019

$pBlackVAP

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 93.97 | 0.30 | 93.33 |
| pVoteB | 6.10 | 0.28 | 5.60 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 94.44 | |
| pVoteB | 6.56 | |

$pWhite_Other

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

---

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 7.27 | |
| pVoteB | 93.98 | |

$pBlack_Other

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 88.13 | 0.34 | 87.49 |
| pVoteB | 11.88 | 0.33 | 11.21 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 88.77 | |
| pVoteB | 12.49 | |

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 7.16 | 0.33 | 6.48 |
| pVoteB | 92.90 | 0.32 | 92.24 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 7.76 | |
| pVoteB | 93.44 | |

$pBlack_Other

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 87.68 | 0.26 | 87.09 |
| pVoteB | 12.40 | 0.29 | 11.84 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 88.12 | |
| pVoteB | 12.98 | |

$pWhiteVAP

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 8.81 | 0.44 | 8.12 |
| pVoteB | 91.21 | 0.37 | 90.56 |

ci_95_upper_Iterative.EI

| | | |
|---|---|---|
| pVoteA | 9.79 | |
| pVoteB | 91.97 | |

$pBlack_Other

mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 13.56 | 0.27 | 13.13 |
| pVoteB | 86.42 | 0.25 | 85.82 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 14.23 | | |
| pVoteB | 86.85 | | |

| | | | |
|---|---|---|---|
| pVoteA | 89.15 | 0.38 | 88.28 |
| pVoteB | 10.78 | 0.35 | 10.08 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 89.88 | | |
| pVoteB | 11.49 | | |

<mark>Stamps 2019</mark>

$pBlackVAP
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 92.22 | 0.33 | 91.52 |
| pVoteB | 7.64 | 0.30 | 7.09 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 92.83 | | |
| pVoteB | 8.30 | | |

$pWhiteVAP
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 7.60 | 0.37 | 7.07 |
| pVoteB | 92.38 | 0.36 | 91.64 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 8.51 | | |
| pVoteB | 93.04 | | |

$pWhite_Other
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 12.39 | 0.25 | 11.86 |
| pVoteB | 87.62 | 0.28 | 87.13 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 12.89 | | |
| pVoteB | 88.16 | | |

$pBlack_Other
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 87.67 | 0.31 | 87.04 |
| pVoteB | 12.36 | 0.33 | 11.83 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 88.20 | | |
| pVoteB | 13.15 | | |

<mark>Espy 2018</mark>

$pBlackVAP
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 94.91 | 0.29 | 94.27 |
| pVoteB | 5.04 | 0.30 | 4.46 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 95.49 | | |
| pVoteB | 5.64 | | |

$pWhiteVAP
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 16.42 | 0.43 | 15.70 |
| pVoteB | 83.56 | 0.44 | 82.59 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 17.36 | | |
| pVoteB | 84.52 | | |

$pWhite_Other
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 19.83 | 0.26 | 19.40 |
| pVoteB | 80.17 | 0.29 | 79.53 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 20.28 | | |
| pVoteB | 80.67 | | |

$pBlack_Other
    mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | | | |
|---|---|---|---|
| pVoteA | 92.16 | 0.40 | 91.18 |
| pVoteB | 7.81 | 0.42 | 6.84 |
| ci_95_upper_Iterative.EI | | | |
| pVoteA | 92.73 | | |
| pVoteB | 8.56 | | |

## Graham 2015

**Black**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 87.58 | 0.22 | 87.12 |
| pVoteB | 12.42 | 0.26 | 11.83 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 87.97 |
| pVoteB | 12.90 |

**$pWhite_Other**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 5.91 | 0.25 | 5.39 |
| pVoteB | 94.11 | 0.23 | 93.61 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 6.44 |
| pVoteB | 94.52 |

**White**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 4.67 | 0.26 | 4.11 |
| pVoteB | 95.35 | 0.28 | 94.80 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 5.21 |
| pVoteB | 95.87 |

**$pBlack_Other**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 83.13 | 0.23 | 82.50 |
| pVoteB | 16.94 | 0.23 | 16.43 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 83.48 |
| pVoteB | 17.39 |

## Coleman 2015

**$pBlackVAP**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 89.36 | 0.26 | 88.90 |
| pVoteB | 10.61 | 0.25 | 10.16 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 89.83 |
| pVoteB | 11.06 |

**$pWhite_Other**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 6.18 | 0.20 | 5.79 |
| pVoteB | 93.83 | 0.18 | 93.43 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 6.54 |
| pVoteB | 94.16 |

**White**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 4.87 | 0.24 | 4.42 |
| pVoteB | 95.11 | 0.28 | 94.52 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 5.38 |
| pVoteB | 95.65 |

**$pBlack_Other**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 84.92 | 0.28 | 84.35 |
| pVoteB | 15.06 | 0.27 | 14.52 |

| | ci_95_upper_Iterative.EI |
|---|---|
| pVoteA | 85.42 |
| pVoteB | 15.62 |

## Gray 2015

**$pBlackVAP**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 87.76 | 0.25 | 87.06 |

**$pWhiteVAP**

| | mean_Iterative.EI | sd_Iterative.EI | ci_95_lower_Iterative.EI |
|---|---|---|---|
| pVoteA | 4.44 | 0.26 | 4.04 |

```
pVoteB        12.21      0.25        11.66          pVoteB        95.55      0.26        94.95
       ci_95_upper_Iterative.EI                             ci_95_upper_Iterative.EI
pVoteA        88.17                                  pVoteA         5.01
pVoteB        12.75                                  pVoteB        96.06


$pWhite_Other                                       $pBlack_Other
       mean_Iterative.EI sd_Iterative.EI                   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI                            ci_95_lower_Iterative.EI
pVoteA         5.80      0.25         5.39          pVoteA        83.38      0.26        82.86
pVoteB        94.17      0.25        93.69          pVoteB        16.61      0.25        16.16
       ci_95_upper_Iterative.EI                             ci_95_upper_Iterative.EI
pVoteA         6.34                                  pVoteA        83.86
pVoteB        94.62                                  pVoteB        17.17
```

**Banks 2012**
```
$pBlackVAP                                          $pWhiteVAP
       mean_Iterative.EI sd_Iterative.EI                   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI                            ci_95_lower_Iterative.EI
pVoteA        81.26      0.26        80.80          pVoteA         5.44      0.21         5.01
pVoteB        18.66      0.26        18.15          pVoteB        94.58      0.25        94.08
       ci_95_upper_Iterative.EI                             ci_95_upper_Iterative.EI
pVoteA        81.80                                  pVoteA         5.83
pVoteB        19.22                                  pVoteB        95.03


$pWhite_Other                                       $pBlack_Other
       mean_Iterative.EI sd_Iterative.EI                   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI                            ci_95_lower_Iterative.EI
pVoteA         9.41      0.25         8.94          pVoteA        80.53      0.24        80.06
pVoteB        90.59      0.29        89.91          pVoteB        19.47      0.29        18.89
       ci_95_upper_Iterative.EI                             ci_95_upper_Iterative.EI
pVoteA         9.88                                  pVoteA        81.06
pVoteB        91.11                                  pVoteB        20.05
```

**Obama 2012**
```
> summary(iter)
$pBlackVAP                                          $pWhiteVAP
       mean_Iterative.EI sd_Iterative.EI                   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI                            ci_95_lower_Iterative.EI
pVoteA        92.72      0.34        92.13          pVoteA        12.12      0.58        11.13
pVoteB         6.59      0.29         6.05          pVoteB        87.27      0.51        86.31
       ci_95_upper_Iterative.EI                             ci_95_upper_Iterative.EI
pVoteA        93.32                                  pVoteA        13.38
pVoteB         7.08                                  pVoteB        88.40
```

$pWhite_Other
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 15.30 | 0.29 | 14.68 |
| pVoteB | 83.88 | 0.30 | 83.06 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 15.92 |
| pVoteB | 84.46 |

**Crisler 2011**

$pBlackVAP
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 91.04 | 0.26 | 90.44 |
| pVoteB | 8.93 | 0.28 | 8.36 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 91.42 |
| pVoteB | 9.39 |

$pWhite_Other
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 10.56 | 0.26 | 10.03 |
| pVoteB | 89.41 | 0.23 | 88.94 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 11.04 |
| pVoteB | 89.91 |

**DuPree 2011**

$pBlackVAP
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 90.88 | 0.33 | 90.20 |
| pVoteB | 9.14 | 0.29 | 8.57 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 91.51 |
| pVoteB | 9.76 |

$pWhite_Other
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 9.76 | 0.21 | 9.38 |
| pVoteB | 90.18 | 0.26 | 89.62 |

$pBlack_Other
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 87.16 | 0.42 | 86.36 |
| pVoteB | 11.99 | 0.39 | 11.24 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 87.90 |
| pVoteB | 12.88 |

$pWhiteVAP
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 8.29 | 0.27 | 7.80 |
| pVoteB | 91.69 | 0.31 | 91.06 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 8.76 |
| pVoteB | 92.23 |

$pBlack_Other
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 88.86 | 0.27 | 88.24 |
| pVoteB | 11.21 | 0.28 | 10.68 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 89.34 |
| pVoteB | 11.67 |

$pWhiteVAP
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 8.11 | 0.34 | 7.45 |
| pVoteB | 91.87 | 0.33 | 91.25 |

   ci_95_upper_Iterative.EI

| | ci_95_upper |
|---|---|
| pVoteA | 8.71 |
| pVoteB | 92.48 |

$pBlack_Other
   mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI

| | mean | sd | ci_95_lower |
|---|---|---|---|
| pVoteA | 88.00 | 0.38 | 87.12 |
| pVoteB | 11.97 | 0.35 | 11.35 |

ci_95_upper_Iterative.EI
| | |
|---|---|
| pVoteA | 10.22 |
| pVoteB | 90.61 |

ci_95_upper_Iterative.EI
| | |
|---|---|
| pVoteA | 88.67 |
| pVoteB | 12.75 |

**Green 2011**

$pBlackVAP
mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
| | | | |
|---|---|---|---|
| pVoteA | 90.94 | 0.32 | 90.27 |
| pVoteB | 9.09 | 0.31 | 8.47 |

ci_95_upper_Iterative.EI
| | |
|---|---|
| pVoteA | 91.50 |
| pVoteB | 9.62 |

$pWhiteVAP
mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
| | | | |
|---|---|---|---|
| pVoteA | 8.16 | 0.34 | 7.47 |
| pVoteB | 91.91 | 0.25 | 91.23 |

ci_95_upper_Iterative.EI
| | |
|---|---|
| pVoteA | 8.80 |
| pVoteB | 92.37 |

$pWhite_Other
mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
| | | | |
|---|---|---|---|
| pVoteA | 9.72 | 0.23 | 9.36 |
| pVoteB | 90.31 | 0.27 | 89.89 |

ci_95_upper_Iterative.EI
| | |
|---|---|
| pVoteA | 10.18 |
| pVoteB | 90.87 |

$pBlack_Other
mean_Iterative.EI sd_Iterative.EI
ci_95_lower_Iterative.EI
| | | | |
|---|---|---|---|
| pVoteA | 87.96 | 0.30 | 87.42 |
| pVoteB | 11.97 | 0.33 | 11.35 |

ci_95_upper_Iterative.EI
| | |
|---|---|
| pVoteA | 88.65 |
| pVoteB | 12.62 |

## Script

```
## Ecological Inference Analyses
##USE this one
# Outline:
#       Loading libraries & importing data
#   King's iterative EI
#   Row by Columns (RxC) EI
#       Summarizing results
#       DataVis

# Data files:

# Libraries and Data ---------------------------------------------------

library(eiCompare) # Use from latest release, which was summer 2020
dat <- read.csv("C:/Users/J00584364/Downloads/Simmons2019_b.csv", sep=",")
dat$pVoteA <- dat$pVoteA/100
dat$pVoteB <- dat$pVoteB/100
#dat$pBlackVAP <- dat$pBlackVAP/100
dat$pWhiteVAP <- dat$pWhiteVAP/100
#dat$pWhite_Other <- dat$pWhite_Other/100
dat$pBlack_Other <- dat$pBlack_Other/100
```

```
# Iterative EI (King's EI) ---------------------------------------------
iter <- ei_iter(
  data = dat,
  cand_cols = c("pVoteA", "pVoteB"),
# race_cols = c("pBlackVAP", "pWhite_Other"),
  race_cols = c("pWhiteVAP", "pBlack_Other"),
  totals_col = "total_votes",
  name = "Iterative EI"
)

#summary(iter)
summary(iter)
```

## APPENDIX 4: THREE-GROUP EI COMPARE RAW RESULTS AND SCRIPT

### Raw Results

**2020 Westbrooks**

```
> dat <-
read.csv("C:/Users/J00584364/Downloads/Westbrook2020BW.csv",
sep=",")
```

```
        mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        90.46            0.26
89.98
pVoteB         9.52            0.23
9.04
        ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           91.01            90.22      0.32        89.55
pVoteB            9.90             9.78      0.32
9.14
        ci_95_upper_RxC.EI
pVoteA        90.86
pVoteB        10.45

$pWhiteVAP
        mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA         6.36            0.27
5.87
pVoteB        93.61            0.25
93.21
        ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            6.95             6.37      0.43
5.59
pVoteB           94.20            93.63      0.43        92.70
        ci_95_upper_RxC.EI
pVoteA         7.30
pVoteB        94.41

$pOtherVAP
        mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        47.43            3.96
39.67
pVoteB        52.26            4.22
44.38
        ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           55.44            58.73      4.68        48.56
pVoteB           60.11            41.27      4.68        32.33
        ci_95_upper_RxC.EI
pVoteA        67.67
```

55

pVoteB          51.44

**2012 Banks**                dat <- read.csv("C:/Users/J00584364/Downloads/BanksGW1.csv", sep=",")


$pBlackVAP
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          81.34          0.27
80.89
pVoteB          18.64          0.26
18.18
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          81.91      79.92    0.43        79.03
pVoteB          19.24      20.08    0.43        19.23
       ci_95_upper_RxC.EI
pVoteA          80.77
pVoteB          20.97


$pWhiteVAP
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          5.45          0.26
4.99
pVoteB          94.58          0.25
94.10
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          6.00      7.27    0.51
6.19
pVoteB          95.11      92.73    0.51        91.75
       ci_95_upper_RxC.EI
pVoteA          8.25
pVoteB          93.81


$pOtherVAP
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          44.35          4.52
34.67
pVoteB          56.01          3.68
48.12
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          51.95      33.68    4.48        25.35
pVoteB          62.20      66.32    4.48        56.45
       ci_95_upper_RxC.EI
pVoteA          43.55
pVoteB          74.65

**2011 Green**          dat <- read.csv("C:/Users/J00584364/Downloads/Green2011.csv", sep=",")

$pBlackVAP

    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI

pVoteA       90.88       0.29

90.31

pVoteB       9.06       0.30

8.52

    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI

pVoteA       91.48   93.67  0.31       93.02

pVoteB       9.65   6.33  0.31

5.74

    ci_95_upper_RxC.EI

pVoteA      94.26

pVoteB      6.98

$pWhiteVAP

    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI

pVoteA       8.08       0.32

7.48

pVoteB       91.93       0.28

91.49

    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI

pVoteA       8.69   5.56  0.28

5.01

pVoteB       92.53   94.44  0.28       93.83

    ci_95_upper_RxC.EI

pVoteA      6.17

pVoteB      94.99

$pOtherVAP

    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI

pVoteA       46.97       5.66

37.51

pVoteB       51.54       3.98

43.45

    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI

pVoteA       60.77   43.23  4.66       33.18

pVoteB       59.79   56.77  4.66       47.60

    ci_95_upper_RxC.EI

pVoteA      52.40

pVoteB      66.82

**2011 Crisler**    dat <- read.csv("C:/Users/J00584364/Downloads/Crisler2011b.csv", sep=",")

$pBlackVAP

    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI

```
pVoteA          90.98          0.27
90.46
pVoteB          8.99           0.30
8.46
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          91.54   92.35   0.34        91.63
pVoteB          9.65    7.65    0.34
6.99
     ci_95_upper_RxC.EI
pVoteA          93.01
pVoteB          8.37
```

$pWhiteVAP

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          8.37           0.31
7.77
pVoteB          91.62          0.28
91.04
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          9.02    7.52    0.36
6.80
pVoteB          92.21   92.48   0.36        91.74
     ci_95_upper_RxC.EI
pVoteA          8.26
pVoteB          93.20
```

$pOtherVAP

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          46.05          18.35
3.13
pVoteB          52.75          6.89
40.41
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          75.96   46.39   5.44        35.20
pVoteB          68.60   53.61   5.44        42.32
     ci_95_upper_RxC.EI
pVoteA          57.68
pVoteB          64.80
```

**Coleman 2015**        dat <- read.csv("C:/Users/J00584364/Downloads/Coleman2015.csv", sep=",")

$pBlackVAP

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          89.38          0.27
88.86
```

```
pVoteB        10.66        0.26
10.16
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA         89.94   91.16   0.3      90.55
pVoteB         11.14    8.84   0.3
8.27
    ci_95_upper_RxC.EI
pVoteA         91.73
pVoteB          9.45


$pWhiteVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          4.85        0.28
4.41
pVoteB         95.13        0.29
94.66
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          5.48    3.15    0.26
2.65
pVoteB         95.63   96.85   0.26     96.30
    ci_95_upper_RxC.EI
pVoteA          3.70
pVoteB         97.35


$pOtherVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA         36.90        6.24
25.89
pVoteB         62.14        5.76
50.18
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA         49.17   27.23   3.76     19.81
pVoteB         72.81   72.77   3.76     64.61
    ci_95_upper_RxC.EI
pVoteA         35.38
pVoteB         80.19
```

**Stamps 2019**          dat <- read.csv("C:/Users/J00584364/Downloads/Stamps20191.csv", sep=",")

```
$pBlackVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA         92.30        0.33
91.62
pVoteB          7.67        0.35
6.96
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA         92.95   94.96   0.33     94.25
```

```
pVoteB            8.34     5.04    0.33
4.41
     ci_95_upper_RxC.EI
pVoteA           95.59
pVoteB            5.75
```

**$pWhiteVAP**

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA           7.65     0.37
6.94
pVoteB           92.36    0.36
91.69
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           8.39     5.52    0.39
4.76
pVoteB           93.15    94.48   0.39         93.65
     ci_95_upper_RxC.EI
pVoteA           6.35
pVoteB           95.24
```

**$pOtherVAP**

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA           54.87    3.56
48.13
pVoteB           45.26    3.19
38.36
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           61.08    47.25   3.52         40.25
pVoteB           50.26    52.75   3.52         45.66
     ci_95_upper_RxC.EI
pVoteA           54.34
pVoteB           59.75
```

<mark>Simmons 2019</mark>                     dat <- read.csv("C:/Users/J00584364/Downloads/Simmons20191.csv", sep=",")

**$pBlackVAP**

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA           94.05    0.3
93.41
pVoteB           6.00     0.3
5.37
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           94.58    96.67   0.29         96.01
```

60

```
pVoteB              6.67     3.33     0.29
2.81
     ci_95_upper_RxC.EI
pVoteA       97.19
pVoteB        3.99
```

$pWhiteVAP
```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        8.59        0.35
7.97
pVoteB       91.45        0.36
90.61
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA             9.35       6.01      0.37
5.29
pVoteB            92.03      93.99      0.37       93.22
     ci_95_upper_RxC.EI
pVoteA        6.78
pVoteB       94.71
```

$pOtherVAP
```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       58.52        4.75
48.71
pVoteB       41.22        4.62
33.74
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            67.58      51.87      3.22       45.17
pVoteB            51.27      48.13      3.22       41.79
     ci_95_upper_RxC.EI
pVoteA       58.21
pVoteB       54.83
```

**DuPree 2011**              dat <- read.csv("C:/Users/J00584364/Downloads/DuPree2011.csv", sep=",")

$pBlackVAP
```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       90.89        0.34
90.25
pVoteB        9.14        0.35
8.55
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            91.51      93.65      0.3        93.01
pVoteB             9.80       6.35      0.3
5.79
```

```
    ci_95_upper_RxC.EI
pVoteA         94.21
pVoteB          6.99
```

$pWhiteVAP

```
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA         8.12        0.31
7.53
pVoteB        91.80        0.29
91.19
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA             8.69      5.53      0.28
5.00
pVoteB            92.33     94.47      0.28        93.89
    ci_95_upper_RxC.EI
pVoteA          6.11
pVoteB         95.00
```

$pOtherVAP

```
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        47.76        6.19
37.32
pVoteB        52.88        5.23
43.72
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            60.81     44.13      4.84        34.05
pVoteB            64.20     55.87      4.84        45.65
    ci_95_upper_RxC.EI
pVoteA         54.35
pVoteB         65.95
```

<mark>Obama 2012</mark>   dat <- read.csv("C:/Users/J00584364/Downloads/Obama2012.csv", sep=",")

```
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        92.72        0.28
92.25
pVoteB         6.59        0.31
6.06
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            93.37     93.65      0.3         93.01
pVoteB             7.24      6.35      0.3
5.79
    ci_95_upper_RxC.EI
pVoteA         94.21
```

pVoteB          6.99

$pWhiteVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          12.14          0.49
11.22
pVoteB          87.34          0.51
86.37
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          13.27          5.53          0.28          5.00
pVoteB          88.32          94.47          0.28          93.89
    ci_95_upper_RxC.EI
pVoteA          6.11
pVoteB          95.00

$pOtherVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          80.85          2.15
76.26
pVoteB          14.55          1.70
11.72
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          84.38          44.13          4.84          34.05
pVoteB          18.14          55.87          4.84          45.65
    ci_95_upper_RxC.EI
pVoteA          54.35
pVoteB          65.95

## Gray 2015

$pBlackVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          87.74          0.30
87.10
pVoteB          12.24          0.28
11.73
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          88.26          89.88          0.31          89.23
pVoteB          12.78          10.12          0.31          9.54
    ci_95_upper_RxC.EI
pVoteA          90.46
pVoteB          10.77

$pWhiteVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI

63

```
pVoteA        4.52      0.26
4.04
pVoteB       95.48      0.22
95.12
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA              4.96     2.72    0.23
2.28
pVoteB             95.95    97.28    0.23       96.80
      ci_95_upper_RxC.EI
pVoteA        3.20
pVoteB       97.72


$pOtherVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       44.31      5.24
35.10
pVoteB       56.17      4.38
47.21
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA             53.75    23.75    3.23       17.78
pVoteB             64.56    76.25    3.23       69.19
      ci_95_upper_RxC.EI
pVoteA       30.81
pVoteB       82.22
```

**Espy 2018**          dat <- read.csv("C:/Users/J00584364/Downloads/Espy20182.csv", sep=",")

```
$pBlackVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       94.89      0.30
94.31
pVoteB        5.05      0.29
4.47
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA             95.42    97.6     0.33       96.83
pVoteB              5.63    2.4      0.33
1.79
      ci_95_upper_RxC.EI
pVoteA       98.21
pVoteB        3.17


$pWhiteVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       16.31      0.40
15.42
```

64

```
pVoteB          83.76         0.41
82.90
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           17.12       12.48      0.4        11.73
pVoteB           84.59       87.52      0.4        86.64
      ci_95_upper_RxC.EI
pVoteA           13.36
pVoteB           88.27


$pOtherVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA           68.38         0.25
67.84
pVoteB           31.66         0.22
31.18
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           68.98       69.01      4.21       60.17
pVoteB           32.07       30.99      4.21       22.72
      ci_95_upper_RxC.EI
pVoteA           77.27
pVoteB           39.83
```

**Graham 2015**                 <- read.csv("C:/Users/J00584364/Downloads/Graham20151.csv", sep=",")

```
$pBlackVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA           87.70         0.28
87.17
pVoteB           12.29         0.27
11.83
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           88.20       89.78      0.29       89.17
pVoteB           12.79       10.22      0.29       9.66
      ci_95_upper_RxC.EI
pVoteA           90.34
pVoteB           10.83


$pWhiteVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA           4.49          0.26
4.03
pVoteB           95.52         0.25
95.04
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
```

```
pVoteA          4.97    2.69    0.22
2.28
pVoteB          96.03   97.31   0.22            96.84
    ci_95_upper_RxC.EI
pVoteA          3.16
pVoteB          97.72
```

$pOtherVAP
```
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          44.32   4.76
35.59
pVoteB          55.47   4.39
48.10
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          55.99   24.32   3.04            18.55
pVoteB          64.14   75.68   3.04            69.08
    ci_95_upper_RxC.EI
pVoteA          30.92
pVoteB          81.45
```

## Green 2019

```
    dat <- read.csv("C:/Users/J00584364/Downloads/Green20191.csv", sep=",")
$pBlackVAP
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          92.82   0.30
92.27
pVoteB          7.24    0.31
6.48
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          93.47   95.42   0.31            94.76
pVoteB          7.71    4.58    0.31
4.00
    ci_95_upper_RxC.EI
pVoteA          96.00
pVoteB          5.24
```

$pWhiteVAP
```
    mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          6.90    0.35
6.21
pVoteB          93.09   0.34
92.39
    ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          7.54    4.89    0.35            4.21
pVoteB          93.75   95.11   0.35            94.37
```

```
       ci_95_upper_RxC.EI
pVoteA         5.63
pVoteB        95.79
```

**$pOtherVAP**

```
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        51.88        3.14
45.08
pVoteB        47.93        4.08
39.40
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA              56.96       44.64     3.08        38.35
pVoteB              55.32       55.36     3.08        49.05
       ci_95_upper_RxC.EI
pVoteA        50.95
pVoteB        61.65
```

**DuPree 2019**

**$pBlackVAP**

```
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        94.31        0.30
93.72
pVoteB         5.64        0.25
5.14
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA              94.96       96.46     0.26        95.92
pVoteB               6.10        3.54     0.26
3.04
       ci_95_upper_RxC.EI
pVoteA        96.96
pVoteB         4.08
```

**$pWhiteVAP**

```
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA         8.70        0.32
8.16
pVoteB        91.27        0.32
90.60
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA               9.40        6.24     0.37
5.54
pVoteB              91.88       93.76     0.37        92.97
       ci_95_upper_RxC.EI
pVoteA         7.03
```

pVoteB          94.46

$pOtherVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          52.35          5.03
43.18
pVoteB          46.61          6.04
36.67
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          61.32     63.87     3.87     55.55
pVoteB          59.24     36.13     3.87     28.59
      ci_95_upper_RxC.EI
pVoteA          71.41
pVoteB          44.45

<mark>Amos 2019</mark>          dat <- read.csv("C:/Users/J00584364/Downloads/Amos20191.csv", sep=",")


$pBlackVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          92.05          0.30
91.48
pVoteB          7.98          0.29
7.43
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          92.63     94.43     0.29     93.83
pVoteB          8.53     5.57     0.29
5.00
      ci_95_upper_RxC.EI
pVoteA          95.00
pVoteB          6.17

$pWhiteVAP
      mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA          6.66          0.34
5.93
pVoteB          93.37          0.33
92.77
      ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          7.32     4.6     0.34
3.91
pVoteB          94.08     95.4     0.34     94.69
      ci_95_upper_RxC.EI
pVoteA          5.31
pVoteB          96.09

$pOtherVAP

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        45.38          5.73
34.50
pVoteB        52.84          4.68
42.47
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           55.11       42.49     3.92        34.54
pVoteB           60.60       57.51     3.92        49.15
     ci_95_upper_RxC.EI
pVoteA        50.85
pVoteB        65.46
```

**Collins 2019**                    collins20191


$pBlackVAP

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        94.55          0.3
93.97
pVoteB         5.44          0.3
4.85
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           95.13       96.81     0.25        96.26
pVoteB            6.02        3.19     0.25
2.71
     ci_95_upper_RxC.EI
pVoteA        97.29
pVoteB         3.74
```

$pWhiteVAP

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        10.76          0.33
10.00
pVoteB        89.24          0.30
88.67
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           11.40        8.27     0.36         7.58
pVoteB           89.81       91.73     0.36        90.92
     ci_95_upper_RxC.EI
pVoteA         9.08
pVoteB        92.42
```

$pOtherVAP

```
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        60.19        6.11
48.64
pVoteB        40.28        6.58
28.13
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            71.87    66.92    3.84        58.77
pVoteB            52.42    33.08    3.84        25.86
     ci_95_upper_RxC.EI
pVoteA        74.14
pVoteB        41.23
```

**Espy 2020**

```
$pBlackVAP
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        96.38        0.18
96.05
pVoteB         3.63        0.23
3.14
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            96.75    98    0.24        97.48
pVoteB             4.02     2    0.24
1.57
     ci_95_upper_RxC.EI
pVoteA        98.43
pVoteB         2.52


$pWhiteVAP
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA        13.39        0.28
12.79
pVoteB        86.60        0.28
85.90
     ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA            13.99    10.99    0.38        10.26
pVoteB            87.00    89.01    0.38        88.21
     ci_95_upper_RxC.EI
pVoteA        11.79
pVoteB        89.74


$pOtherVAP
     mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
```

```
pVoteA         72.78        5.24
61.98
pVoteB         27.67        4.09
18.81
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA              80.88      75.91      3.53        68.79
pVoteB              34.54      24.09      3.53        17.16
       ci_95_upper_RxC.EI
pVoteA        82.84
pVoteB        31.21
```

## **Script**

```
## Ecological Inference Analyses
##USE this one
# Outline:
#        Loading libraries & importing data
#   King's iterative EI
#   Row by Columns (RxC) EI
#        Summarizing results
#        DataVis

# Data files:

# Libraries and Data --------------------------------------------------

library(eiCompare) # Use from latest release, which was summer 2020
###dat <- read.csv("C:/Users/J00584364/Downloads/PracticeData-ReCoded.csv", sep=",")###
dat <- read.csv("C:/Users/J00584364/Downloads/Espy2020.csv", sep=",")

summary(dat$Espy)

dat$pVoteA <- dat$pVoteA/100
dat$pVoteB <- dat$pVoteB/100
dat$pBlackVAP <- dat$pBlackVAP/100
dat$pWhiteVAP <- dat$pWhiteVAP/100
dat$pOtherVAP <- dat$pOtherVAP/100

# Iterative EI (King's EI) ---------------------------------------------
iter <- ei_iter(
  data = dat,
  #cand_cols = c("pVoteA", "pVoteB"),
  cand_cols = c("pVoteA", "pVoteB"),
  race_cols = c("pBlackVAP", "pWhiteVAP", "pOtherVAP"),
  #race_cols = c("pBlackVAP", "pWhiteVAP" , "pOtherVAP"),
  totals_col = "total_votes",
  name = "Iterative EI"
)
```

```
# Rows by Columns (RxC) ------------------------------------------------
rxc <- ei_rxc(
  data = dat,
  cand_cols = c("pVoteA", "pVoteB"),
  race_cols = c("pBlackVAP", "pWhiteVAP", "pOtherVAP"),
  totals_col = "total_votes",
  name = "RxC EI",
)
# Summary Table ---------------------------------------------------------
summary(iter, rxc)


# Plot out Results ------------------------------------------------------
plot(iter, rxc)
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

DYAMONE WHITE,
et al.,

                    Plaintiffs,

    vs.

STATE BOARD OF ELECTION
COMMISSIONERS,
et al.,

                    Defendants.

No. 4:22cv62-MPM-JMV

---

## DECLARATION OF BYRON D'ANDRA OREY

I, Byron D'Andra Orey, make the following declaration based on personal knowledge:

     1.    I have been retained by the Plaintiffs in the above referenced matter as expert.

     2.    I submit that the foregoing report from me dated October 3, 2022 is a true and accurate copy of the report I provided to Plaintiffs in this matter. I declare that the information and opinions contained in the report are true and correct to the best of my knowledge.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

October 3, 2022

BYRON D'ANDRA OREY