### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### CIVIL MINUTES

**CASE NO.: 4:22-cv-62-SA-JMV**                    **PLACE HELD – Telephonic**

**DYAMONE WHITE,** *ET AL.*

**VS.**

**STATE BOARD OF ELECTION COMMISSIONERS,** *ET AL.*

**DATE & TIME BEGAN/ENDED:  October 20, 2022**
                                            **4:00 p.m. – 4:20 p.m.**

                                            **Total Time – 20 minutes**

_____

**PRESENT:**          **Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorneys for Plaintiffs** | **Law Clerk** | **Attorneys for defendants** |
|---|---|---|
| Isaac M. Rethy | Brittany Frankel | Lindsay T. Dowdle |
| Patricia J. Yan | | Rex M. Shannon |
| Leslie F. Jones | | Gerald L. Kucia |
| Joshua F. Tom | | Michael B. Wallace |
| Ari J. Savitzky | | |
| Jade O. Morgan | | |

_____

**PROCEEDINGS:    Informal Telephonic Status Conference**

_____

**Docket Entry:**  A telephonic conference was held.  Discovery issues briefly discussed. Parties will proceed with motion filing as they deem necessary.


                              **DAVID CREWS, CLERK**

                              **By:**   /s/ *Itonia R. Williams*
                                     Courtroom Deputy Clerk