IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 4:22-cv-00062-SA-JMV |
| **STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi*; **LYNN FITCH** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |

**AGREED ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF EXPERT DESIGNATION DEADLINE**

THIS CAUSE having come before the Court on the motion of the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, (hereinafter collectively "Defendants") for extension of their expert designation deadline [Dkt. #69], and the Court, finding that Plaintiffs are not opposed to the relief provided hereinbelow, and otherwise being fully advised in the premises, finds that said motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants' motion for extension of their expert designation deadline be and the same hereby is **GRANTED**, and Section 7(E)(2) of the governing Case Management Order [Dkt. #47] is hereby modified to extend

Defendants' expert designation deadline by 36 days, such that Defendants' experts must be designated on or before Friday, January 6, 2023.

      **SO ORDERED AND ADJUDGED**, this the 25th day of October, 2022.

                                                */s/ Jane M. Virden*
                                                UNITED STATES MAGISTRATE JUDGE

AGREED TO:


s/Joshua F. Tom
JOSHUA F. TOM (MSB #105392)
ARI SAVITZKY (Admitted *pro hac vice*)
ATTORNEYS FOR PLAINTIFFS


s/Rex M. Shannon III
REX M. SHANNON III (MSB #102974)
GERALD L. KUCIA (MSB #8716)
LINDSAY THOMAS DOWDLE (MSB #102873)
MICHAEL B. WALLACE (MSB #6904)
ATTORNEYS FOR DEFENDANTS