# Exhibit 8

FORM 4 (ND/SD MISS. DEC. 2011)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

DYAMONE WHITE et al.,

Plaintiff

v.

CIVIL ACTION
No. 4:22-cv-00062-SA-JMV

STATE BOARD OF ELECTION COMMISSIONERS, et al.

Defendant

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Motion to Overrule Defendants' Objections and to Compel Discovery.

Counsel further certify that:

✔ as appropriate:

☐ 1. The motion is unopposed by all parties.

☐ 2. The motion is unopposed by:

☑ 3. The motion is opposed by: All Defendants

☑ 4. The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).

FORM 4 (ND/SD MISS. DEC. 2011)

This the 25 day of October 2022

Signature of Plaintiff's Attorney

Joshua Tom, Miss Bar No.105392

Typed Name and Bar Number

Signature of Defendant's Attorney

Rex M. Shannon III, MSB #102974

Typed Name and Bar Number