AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| DYAMONE WHITE, et al., *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 4:22-cv-00062-SA-JMV |
| STATE BOARD OF ELECTION COMMISSIONERS et al., *Defendant* | ) ) ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: MISSISSIPPI DEPARTMENT OF ARCHIVES AND HISTORY
200 North St., Jackson, MS 39201

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: American Civil Liberties Union of Mississippi 101 South Congress St., Jackson, MS 39201 (or inspection and copying on-site at MDAH) | Date and Time: 11/15/2022 2:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/01//2022

*CLERK OF COURT*                                                OR

_____                    /s/ Joshua F. Tom
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs , who issues or requests this subpoena, are:

Joshua F. Tom, American Civil LIberties Union of Mississippi, JTom@aclu-ms.org, (601) 354-3408

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00062-SA-JMV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Department of Archives And History
on *(date)* 11/01/2022

☑ I served the subpoena by delivering a copy to the named person as follows: Katie Blunt, Director

on *(date)* 11/01/2022 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/01/2022

_____
Server's signature

Darrell Carey                Server
Printed name and title

P.O. Box 23821, Str, MS, 39225
Server's address

Additional information regarding attempted service, etc.:

# EXHIBIT A

Please produce any and all information and documents pertaining to judicial appointments, inclusive but not limited to the series and box numbers provided, by Governors William Winter (series 2873: Boxes 34501, 34502, 34503, 34504); William A. Allain (series 2874: Boxes 34506, 34507); Daniel K. Fordice (series 1925: Boxes 18595, 18596, 18597); David R. Musgrove (series 2554: Boxes 25534, 25535, 8166); Haley Barbour (series 2810: Boxes 32376, 3436, 32369); Phil Bryant (specific series/box information presently unknown); Ray Mabus (specific series/box information presently unknown), or provide us access to these materials for inspection and copying.

The subpoena requires you to provide any and all information concerning judicial appointments under the specified gubernatorial administrations that are in MDAH's possession. In addition to the boxes specified above, you must also identify and provide Plaintiffs with access to any other boxes that you understand may contain the requested materials, including for those administrations for which Plaintiffs were unable to identify any series and box numbers.