FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Dyamone White et al.     Plaintiff

v.     CIVIL ACTION NO.   4:22-cv-62

State Board of Election Commissioners et al.     Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Sabrina S. Khan

Firm Name: Southern Poverty Law Center

Office Address: 1101 17th St NW Suite 705, Suite 705

City: Washington   State: DC   Zip: 20036

Telephone: 202.579.4572   Fax:

E-Mail: sabrina.khan@splcenter.org

(B) Client(s): Dyamone White, Derrick Simmons, Ty Pinkins, Constance Olivia Slaughter Harvey-Burwell

Address: c/o Southern Poverty Law Center, 111 East Capitol St., Suite 280

City: Jackson   State: MS   Zip: 39201

Telephone: 601-948-8882   Fax:

The following information is optional:

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:

         [X]    State of   Illinois

         [ ]    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

```
Supreme Court of Illinois
One Prudential Plaza
130 East Randolph Drive
Suite 1500
Chicago, IL 60601-6219
Phone (312) 565-2600
```

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

Jurisdiction                      Period of Admission

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ☐ | ☒ |
|  | Have you had admission pro hac vice revoked in this state? | ☐ | ☒ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | | Yes | No |
|-----|-----|-|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | ○ | ⊗ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

|  | Yes | No |
|---|---|---|
| (I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number  Jade Morgan, MS Bar No. 105760

Firm Name:  Southern Poverty Law Center

Office Address:  111 E. Capitol Street, Suite 280

City: Jackson   State: MS   Zip: 39201

Telephone: (601) 948-8882  Fax: (601) 948-8885

Email address: jade.morgan@splcenter.org

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

10/31/2022                                          _____
Date                                                     Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 8th day of November, 20 22.

_____
Resident Attorney

# Exhibit 1



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Sabrina Shermin Khan
3619 Chesapeake Street NW
Washington, DC 20008

Chicago
Wednesday, October 26, 2022

In re:   Sabrina Shermin Khan
Admitted: 11/10/2011
Attorney No. 6306316

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By: *Tangelia Butler*

TB