THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL**           **PLAINTIFFS**

**VS.**          **CIVIL ACTION NO. 4:22-cv-00062-SA-JMV**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi*; **LYNN FITCH** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi*          **DEFENDANTS**

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO OVERRULE DEFENDANTS' OBJECTIONS AND COMPEL DISCOVERY [DKT. #74]

COME NOW the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, (hereinafter collectively "Defendants") by and through counsel, and file this their response in opposition to Plaintiffs' motion to overrule Defendants' objections and compel discovery [Dkt. #74], and in support thereof would show unto the Court the following:

1. Plaintiffs' motion to overrule Defendants' objections and compel discovery should be denied because (1) the information Plaintiffs seek, to the extent it exists, is presumably in the State Archives—it is not in the possession, custody, or control of Defendants; (2) the information Plaintiffs seek regarding judicial appointments is not relevant and thus is not discoverable; and (3)

1

Defendants have no obligation to assume the unreasonable burden of investigating the actions of prior administrations of state-wide elected officers.

2. In this now fourth attempt to invalidate Mississippi's Supreme Court districts, Plaintiffs seek to compel Defendants to respond to six interrogatories with information they do not have and cannot reasonably obtain, and much of which is irrelevant in any event.

3. In addition to producing over 7,700 pages of responsive documents to date, Defendants have responded to all six disputed interrogatories with information that is reasonably available to their respective administrations. In so doing, Defendants have discharged their obligations under FRCP 33.

4. Having failed to present any controlling authority requiring Defendants to do more than they have done already, Plaintiffs cannot meet their burden to compel discovery.

5. Defendants adopt and incorporate by reference, as if fully and completely set forth herein, the arguments and authorities set forth in the *Memorandum of Authorities in Support of Defendants' Response in Opposition to Plaintiffs' Motion to Overrule Defendants' Objections and Compel Discovery [Dkt. #74]*, being filed contemporaneously herewith.

6. On the basis of the grounds asserted herein and as further set forth in the aforementioned memorandum of authorities, Plaintiffs' motion should be denied.

7. In further support of their oppositional response, Defendants submit the following:

Exhibit "A"   Order, *McCray v. Miss. State Bd. of Election Comm'rs*

Exhibit "B"   Order, *N.A.A.C.P. v. Fordice*

Exhibit "C"   USDOJ Preclearance Letter

Exhibit "D"   MDAH Records Control Schedule No. 283

Exhibit "E"   Defendants' Responses to Plaintiffs' Requests for Production of Documents

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that the Court make and enter its Order denying Plaintiffs' motion to overrule Defendants' objections and compel discovery [Dkt. #74].

THIS the 14th day of November, 2022.

    Respectfully submitted,

    STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

    By:    LYNN FITCH, ATTORNEY GENERAL
              STATE OF MISSISSIPPI

    By:    s/Rex M. Shannon III
              REX M. SHANNON III (MSB #102974)
              Special Assistant Attorney General

    REX M. SHANNON III (MSB #102974)
    GERALD L. KUCIA (MSB #8716)
    LINDSAY THOMAS DOWDLE (MSB #102873)
    STATE OF MISSISSIPPI
    OFFICE OF THE ATTORNEY GENERAL
    CIVIL LITIGATION DIVISION
    Post Office Box 220
    Jackson, Mississippi 39205-0220
    Tel.: (601) 359-4184
    Fax: (601) 359-2003
    rex.shannon@ago.ms.gov
    gerald.kucia@ago.ms.gov
    lindsay.dowdle@ago.ms.gov

    MICHAEL B. WALLACE (MSB #6904)
    WISE CARTER CHILD & CARAWAY, P.A.
    Post Office Box 651
    Jackson, Mississippi 39205-0651
    Tel.: (601) 968-5500
    Fax: (601) 944-7738

mbw@wisecarter.com

ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

**CERTIFICATE OF SERVICE**

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named State Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 14th day of November, 2022.

s/Rex M. Shannon III<br>REX M. SHANNON III