IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SAM McCRAY, ET AL.,            )
                               )
            Plaintiffs,        )
                               )
v.                             )   NO. DC84-131-D-O
                               )
MISSISSIPPI STATE BOARD OF     )
ELECTION COMMISSIONERS, ET AL.,)
                               )
            Defendants.        )

ORDER OF DISMISSAL

Upon motion <u>ore tenus</u> of plaintiffs and defendants herein, it is ORDERED that the plaintiffs' Amended Complaint and this action are finally DISMISSED without prejudice and with the parties to bear their own costs, including attorneys' fees.

It is further ORDERED that the discovery in this cause may be used in any subsequent action that may be filed.

SO ORDERED this 5<sup>a</sup> day of October, 1989.

_____
United States District Judge

**FILED** OCT 5 1989
ORMAN L. GILLESPIE, CLERK
By _____ Deputy

EXHIBIT A