

U.S. Department of Justice

Civil Rights Division

WBR:SSC:LLT:jmc
DJ 166-012-3
S0246
S1939-1940

Voting Section
P.O. Box 66128
Washington, D.C. 20035-6128

Honorable Edwin Lloyd Pittman
Attorney General
P. O. Box 220
Jackson, Mississippi 39205-0220

DEC 14 1987

Dear Mr. Attorney General:

This refers to Chapter 491, H.B. No 552 (1987), which redistricts the multimember districts for Supreme Court judges and the single-member districts for public service and highway commissioners for the State of Mississippi, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973c. We received the information to complete your submission on October 13, 1987.

The Attorney General does not interpose any objections to the changes in question. However, we feel a responsibility to point out that Section 5 of the Voting Rights Act expressly provides that the failure of the Attorney General to object does not bar any subsequent judicial action to enjoin the enforcement of such changes. See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

Sincerely,

Wm. Bradford Reynolds
Assistant Attorney General
Civil Rights Division

By:

Gerald W. Jones
Chief, Voting Section

EXHIBIT C

DEC 13 1987
ATTORNEY GENERAL'S OFFICE

DEF000001