11/10/22, 8:47 AM

Approved Records Control Schedule Number

1 hit



### State Government Records Office

**200 North Street**
**Jackson, Mississippi 39201**

## Records Control Schedule

Click to Print This Page

**SCHEDULE #:** 283

**AGENCY:** Governor, Office of the
**DIVISION:**
**OFFICE/SECTION:**

**RECORDS SERIES TITLE:** Judicial Nominating Committee Files
**DATES:** 1980 - 2022
**DOES THIS SERIES CONTINUE TO ACCUMULATE?** yes

**ARRANGEMENT:** chronologically

**DESCRIPTION:**
This series consists of files related to judicial positions and removals by recall. Included are material for nominations to all courts and State Supreme to county such as recall petitions, activities of Claiborne Co. Three judge Removal Council, legal exhibits, affidavits, minutes, executive orders, press notifications, nominating letters, recommendations, questionnaires, votes by committee, ranking nominees, and telephone notes.

**DISPOSITION INSTRUCTIONS:**
Hold in the current files area four (4) years or until inactive prior to the end of the administration and transition period, then transfer to State Archives. This series is to be sealed at State Archives for a period of thirty (30) years.

**RIGHTS MANAGEMENT:**

**REMARKS:**

**STATE RECORDS COMMITTEE STATUS:** Approved on 10/27/1983

Back



EXHIBIT
D