IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 4:22-cv-62-DMB-JMV<br><br>ENTRY OF APPEARANCE |

Please take notice that Kelsey A. Miller of the American Civil Liberties Union hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 16th day of November, 2022.

/s/ *Joshua F. Tom*
Joshua F. Tom
Miss. Bar No. 105392
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
jtom@aclu-ms.org

/s/ *Kelsey A. Miller*
Kelsey A. Miller*
American Civil Liberties Union
125 Broad St
New York, NY 10004
(410) 814-1110
kmiller1@aclu.org
*admitted pro hac vice

## CERTIFICATE OF SERVICE

I, Kelsey A. Miller, hereby certify that on November 16, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Kelsey A. Miller*
Kelsey A. Miller
American Civil Liberties Union
125 Broad St.
New York, NY 10004
(410) 814-1110
kmiller1@aclu.org
*admitted pro hac vice