IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

| | |
|---|---|
| DYAMONE WHITE, et al., | ) |
| | ) No. 4:22-cv-00062-SA-JMV |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF DEPOSITION OF KYLE** |
| | ) **KIRKPATRICK** |
| STATE BOARD OF ELECTION | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiffs, by and through counsel, shall depose the following person pursuant to Rule 30 of the Federal Rules of Civil Procedure, on the date, at the location, and beginning approximately at the time designated below, upon oral examination by stenographic and/or videographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

| **Date** | **Time** | **Deponent** | **Location** |
|---|---|---|---|
| January 19, 2023 | 9:30 a.m. | Kyle Kirkpatrick | MS Attorney General's Office<br>Walter Siller's Bldg.<br>550 High Street<br>Jackson, MS 39201 |

Dated: December 14, 2022

Respectfully submitted,

                ___/s/ Joshua Tom_____
                  Joshua Tom

ATTORNEYS FOR PLAINTIFF:

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION
  OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
Lakyn Collier (Miss. Bar No. 106224)
Vara Lyons*
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*
*Lcollier@aclu-ms.org*
*Vlyons@aclu-ms.org*

ACLU FOUNDATION
Ari J. Savitzky*
Sophia Lin Lakin*
Ming Cheung*
Kelsey A. Miller*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*slakin@aclu.org*
*mcheung@aclu.org*
*kmiller1@aclu.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (Miss. Bar No. 106441)
Isaac Rethy*
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*
*irethy@stblaw.com*

SOUTHERN POVERTY LAW CENTER
Jade Olivia Morgan (Miss. Bar No. 105760)
Leslie Faith Jones (Miss. Bar No. 106092)
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882
*jade.morgan@splcenter.org*
*leslie.jones@splcenter.org*

Bradley E. Heard*
Sabrina Khan**
Ahmed Soussi*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*sabrina.khan@splcenter.org*
*ahmed.soussi@splcenter.org*

* Admitted *pro hac vice*
** Motion for *pro hac vice* forthcoming

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ Joshua Tom
Joshua Tom