AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00062-SA-JMV

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* MS Democrat Party on *(date)* 12/05/2022

☒ I served the subpoena by delivering a copy to the named person as follows: Andre Wassour
on *(date)* 12/14/2022 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2022

Donald Cary
Server's signature

Darall Cary     Server
Printed name and title

P.O. Box 23321, Jtn MS, 39225
Server's address

Additional information regarding attempted service, etc.: