# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# CIVIL MINUTES

**PLACE HELD – Telephonic**

| | |
|---|---|
| **DYAMONE WHITE, *ET AL.*** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO.: 4:22-cv-62-SA-JMV |
| **STATE BOARD OF ELECTION COMMISSIONERS, *ET AL.*** | **DEFENDANTS** |

**DATE & TIME BEGAN/ENDED:**  January 9, 2023
10:00 a.m. – 10:25 a.m.

Total Time – 25 minutes

**PRESENT:**  Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorneys for Plaintiffs** | **Law Clerk** | **Attorneys for defendants** |
|---|---|---|
| Isaac M. Rethy | Brittany Frankel | Michael B. Wallace |
| Joshua F. Tom | | Gerald L. Kucia |
| Leslie F. Jones | | Rex M. Shannon |

**PROCEEDINGS:**  Telephonic Status Conference

**Docket Entry:** Telephonic status conference held. The Court anticipates submission of a revised proposed protective order.

**DAVID CREWS, CLERK**

By:  /s/ *Itonia R. Williams*
Courtroom Deputy Clerk