IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

DYAMONE WHITE, et al.,                )
                                      )       No. 4:22-cv-00062-SA-JMV
                       *Plaintiffs*,  )
                                      )       **NOTICE OF SERVICE OF PLAINTIFFS'**
v.                                    )       **REBUTTAL EXPERT REPORTS**
                                      )
STATE BOARD OF ELECTION               )
COMMISSIONERS, et al.,                )
                                      )
                       *Defendants*.  )

**TO:     All Counsel of Record**

NOTICE IS HEREBY GIVEN that the Plaintiffs, Dyamone White, Derrick Simmons, Ty Pinkins, and Constance Olivia Slaughter Harvey-Burwell (hereinafter collectively "Plaintiffs") by and through counsel, have this date served the following on all Defendants through their counsel:

    1.  *Plaintiff's' Rebuttal Expert Reports.*

The undersigned retains the originals of the above-referenced papers as custodian thereof.


Dated: February 6, 2023

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION          ACLU FOUNDATION
  OF MISSISSIPPI FOUNDATION             Ari J. Savitzky*
Joshua Tom (Miss. Bar No. 105392)       Sophia Lin Lakin*
Lakyn Collier (Miss. Bar No. 106224)    Ming Cheung*
Vara Lyons*                             Kelsey A. Miller*
101 South Congress Street               125 Broad Street, 18th Floor
Jackson, MS 39201                       New York, New York 10004
(601) 354-3408                          (212) 549-2500
*JTom@aclu-ms.org*                      *asavitzky@aclu.org*
*Lcollier@aclu-ms.org*                  *slakin@aclu.org*
*Vlyons@aclu-ms.org*                    *mcheung@aclu.org*
                                        *kmiller1@aclu.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (Miss. Bar No. 106441)
Isaac Rethy*
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*
*irethy@stblaw.com*



\* Admitted *pro hac vice*

SOUTHERN POVERTY LAW CENTER
Jade Olivia Morgan (Miss. Bar No. 105760)
Leslie Faith Jones (Miss. Bar No. 106092)
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882
*jade.morgan@splcenter.org*
*leslie.jones@splcenter.org*

Bradley E. Heard*
Ahmed Soussi*
Sabrina Khan*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*ahmed.soussi@splcenter.org*
*sabrina.khan@splcenter.org*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I, Joshua Tom, hereby certify that on February 6, 2023, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____

Joshua Tom, MSB # 105392
