THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 4:22-cv-00062-SA-JMV |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi* | DEFENDANTS |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXPERTS' IMPROPER REBUTTAL DISCLOSURES

COME NOW the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, (hereinafter collectively "Defendants") by and through counsel, and file this their motion to strike Plaintiffs' experts' improper rebuttal disclosures, and in support thereof would show unto the Court the following:

1. The Court should strike Plaintiffs' rebuttal report of Traci Burch, Ph.D., and a portion of their rebuttal report and corrected rebuttal report of Byron D'Andra Orey, Ph.D., because these disclosures exceed the scope of permissible expert rebuttal or supplementation

1

pursuant to FRCP 26. Furthermore, the governing factors weigh in favor of striking the aforementioned improper expert disclosures and excluding any related testimony.

2. Defendants adopt and incorporate by reference, as if fully and completely set forth herein, the arguments authorities set forth in the *Memorandum of Authorities in Support of Defendants' Motion to Strike Plaintiffs' Experts' Improper Rebuttal Disclosures*, being filed contemporaneously herewith.

3. On the basis of the grounds asserted herein and as further set forth in the aforementioned memorandum of authorities, Defendants submit that the Court should strike Plaintiffs' improper expert rebuttals and exclude any related testimony.

4. In further support of their motion, Defendants submit the following:

| | |
|---|---|
| Exhibit "A" | Orey Corrected Rebuttal Report |
| Exhibit "B" | Diaz Report |
| Exhibit "C" | Burch Initial Report |
| Exhibit "D" | Orey Initial Report |
| Exhibit "E" | Swanson Report |
| Exhibit "F" | Bonneau Report |
| Exhibit "G" | Burch Rebuttal Report |
| Exhibit "H" | Orey Rebuttal Report |
| Exhibit "I" | 2/14/2023 Good Faith Letter |
| Exhibit "J" | 2/16/2023 E-mail from Plaintiffs' Counsel to Defense Counsel |
| Exhibit "K" | 2/27/2023 E-mail from Plaintiffs' Counsel to Defense Counsel |
| Exhibit "L" | 2/28/2023 E-mail Correspondence between Counsel and Court |
| Exhibit "M" | Declaration of David A. Swanson, Ph.D. |

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that the Court make and enter its Order (1) granting Defendants' motion to strike; (2) striking the rebuttal report of Traci Burch, Ph.D., in its entirety; (3) striking Paragraphs 6-8 and Table 1 of the rebuttal report and corrected rebuttal report of Byron D'Andra Orey, Ph.D.; and (4) excluding, at the trial of this matter, any and all testimony related to the aforementioned rebuttal disclosures so stricken. Defendants respectfully request that the Court suspend the remaining case management deadlines pending a ruling on the instant motion. In the event the motion is denied in whole or in part, Defendants request a reasonable extension of time for their experts to prepare written surrebuttals to any unstricken portions of the rebuttal reports of Dr. Burch and Dr. Orey. Defendants further respectfully request any and all such other relief to which they may be entitled in the premises.

THIS the 10th day of March, 2023.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

By: LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

By: s/Rex M. Shannon III
REX M. SHANNON III (MSB #102974)
Special Assistant Attorney General

REX M. SHANNON III (MSB #102974)
GERALD L. KUCIA (MSB #8716)
LINDSAY THOMAS DOWDLE (MSB #102873)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION

Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov
gerald.kucia@ago.ms.gov
lindsay.dowdle@ago.ms.gov

MICHAEL B. WALLACE (MSB #6904)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Tel.: (601) 968-5500
Fax: (601) 944-7738
mbw@wisecarter.com

ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## CERTIFICATE OF SERVICE

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named State Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 10th day of March, 2023.

                                                            s/Rex M. Shannon III
                                                            REX M. SHANNON III