**B. CPS 2020 Voter Supplement PUMS Data Pivot Table, Matching Dr. Burch's Figure 4 White non-Hispanic Any-Age Citizen Voter Turnout by Education Analysis. PES 1 Vote Responses for MS Filtered to Race Any Part Black Non-Hispanic, Any Age and Citizenship Weighted by PWSSWGT.**



| White Alone, Non-Hispanic Educational Attainment by Vote Status | | | | | | |
|---|---|---|---|---|---|---|
| pid28 | 28 | | | | | |
| PIDTRACE | 1 | *State Filter | | | | |
| PEHSPNON | 2 | *Race: White Alone | | | | |
| PRTAGE | (All) | *Ethnicity: Non-Hispanic | | | | |
| PRCITSHP | (Multiple Items) | *Age: All / *Citizenship 1, 2, 3 and 4 | | | | |

| Sum of PWSSWGT | | "Citizens" | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Row Labels | No Response | Refused | DK | Not in Universe -1 | Voted | Not Voted | Total | % Voted |
| Grad 39 | 449,341,058 | | 15,037,082 | | 2,365,598,112 | 1,372,572,157 | 3,909,703,140 | |
| SC 40 | 241,407,765 | 22,524,873 | 72,340,109 | 0 | 2,275,941,962 | 482,076,228 | 3,094,190,937 | 58.1% HS GRAD |
| Associate 41 | 10,605,943 | 9,883,577 | 13,417,843 | 0 | 467,161,742 | 56,551,957 | 557,621,062 | 75.7% Some College |
| Associates Academic 42 | 76,452,354 | | 32,935,974 | 12,954,196 | 870,556,106 | 131,631,272 | 1,124,529,982 | |
| Bachelor 43 | 207,635,697 | | 12,229,524 | 0 | 1,780,437,888 | 200,900,643 | 2,201,203,752 | 84.5% Bachelors+ |
| Masters 44 | 9,670,844 | | | | 749,742,442 | 26,153,444 | 785,566,730 | |
| Professional 45 | | | | | 115,698,943 | 16,586,638 | 132,285,581 | |
| PhD 46 | 13,762,970 | | | | 76,269,288 | 14,240,914 | 104,273,172 | |
| Grand Total | 1,071,190,679 | 65,267,341 | 145,841,332 | 9,159,487,539 | 8,041,276,560 | 2,637,255,713 | 26,156,833,206 | 56.1% Overall |
| Not in Universe -1 | | | | 2,604,525,531 | | | 2,604,525,531 | |

C. **CPS 2020 Voter Supplement PUMS Data Pivot Table, matching Dr. Burch's Figure 4 Black Alone or in Combo non-Hispanic Any-Age Voter Turnout by Education Analysis – except filtered to voting age 18+. PES 1 Vote Responses for MS Filtered to Race Any Part Black Non-Hispanic, 18+ and Citizenship Weighted by PWSSWGT.**



| Filter | |
| --- | --- |
| 28 | * State FIPS Filter to MS |
| (Multiple Items) | * Race: Any Part Black |
| (All) | * Ethnicity: All |
| (Multiple items) | * Age: 18+ |
| (Multiple items) | * Citizenship 1, 2, 3 and "Citizens" |

| Any Part Black, Educational Attainment by Vote Status | No Response | Refused | DK | Not in Universe | Voted | Not Voted | Total | Educational Attainment | % Voted |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| < 13 | | | | | | | | | |
| 7, 8 | 10,780,197 | | | | | | | | |
| 9 | | | | | | | | LHS | 57.6% |
| 10 | | | | | | | | | |
| 11 | | 12,493,284 | | | | | | | |
| 12 | | | | | | | | | |
| Grad | 257,730,586 | | 59,368,128 | 0 | 2,076,282,470 | 771,410,147 | 3,105,060,941 | HS GRAD | 66.6% |
| SC | 103,147,028 | | | 0 | 1,259,391,478 | 113,048,327 | 1,475,386,833 | Some College | 83.3% |
| Associates | 14,249,330 | | | | 231,214,652 | 33,159,822 | 278,533,804 | | |
| Associates Academic | 25,966,225 | | 16,153,604 | | 328,004,087 | 60,076,536 | 430,200,452 | | |
| Bachelor | 46,728,268 | | | | 751,449,754 | 60,052,797 | 858,230,819 | Bachelors+ | 85.9% |
| Masters | 55,829,070 | | | | 332,399,660 | 14,357,337 | 402,586,067 | | |
| Professional | | | | | 11,185,702 | | 11,185,702 | | |
| PhD | | 13,451,673 | | | 64,442,420 | | 77,894,093 | | |
| Overall | 615,420,414 | 25,200,957 | 73,541,732 | 0 | 5,823,650,694 | 1,459,219,364 | 7,991,439,961 | Overall | 72.9% |

D. **CPS 2020 Voter Supplement PUMS Data Pivot Table, matching Dr. Burch's Figure 4 White non-Hispanic Any-Age Voter Turnout by Education Analysis – except filtered to age 18+. PES 1 Vote Responses for MS Filtered to Race White non-Hispanic, 18+ and Citizenship Weighted by PWSSWGT.**



White Alone, Non-Hispanic Educational Attainment by Vote Status

geofips 28 — State FIPS Filter to MS
PTOTRACE 1 — Race: White Alone
PERSPNON 2 — Ethnicity: All
PMTAGE (Multiple Items) — Age: 18+
PRCITSHP (Multiple Items) — Citizenship 1, 2, 3 "Citizens"

| Sum of PWSSWGT Row Labels | No Response | Refused | DK | Not in Universe | Voted | Not Voted | Grand Total | Educational Attainment | % Voted |
|---|---|---|---|---|---|---|---|---|---|
| Grad 39 | 444,634,058 | 12,858,931 | 35,037,882 | | 2,304,504,122 | 1,172,578,147 | 3,969,703,140 | HS GRAD | 58.1% |
| SC 40 | 241,407,765 | 22,524,873 | 72,240,109 | 0 | 2,275,941,962 | 482,076,228 | 3,094,190,937 | Some College | 75.9% |
| Associates 41 | 10,605,943 | 9,883,577 | 13,417,843 | | 467,161,742 | 56,551,957 | 557,621,062 | | |
| Associates Academic 42 | 76,452,354 | | 32,935,974 | | 870,556,186 | 131,631,272 | 1,111,575,786 | | |
| Bachelor 43 | 207,635,697 | | 12,229,524 | 0 | 1,780,437,888 | 200,900,643 | 2,201,203,752 | Bachelors+ | 84.5% |
| Masters 44 | 9,670,844 | | | | 749,742,442 | 26,153,444 | 785,566,730 | | |
| Professional 45 | | | | | 115,698,943 | 16,586,638 | 132,285,581 | | |
| PhD 46 | 13,762,970 | | | | 76,269,288 | 14,240,914 | 104,273,172 | | |
| Grand Total | 1,071,490,679 | 45,267,381 | 165,861,332 | 0 | 9,041,270,560 | 2,627,255,713 | 12,951,145,665 | Overall | 69.8% |

(LTHS — 40.3%)

**E. CPS 2020 Voter Supplement PUMS Data Pivot Table, Matching Dr. Burch's Voter Turnout by Race Analysis. PES 1 Vote Responses for MS Including Any Age and Filtered to Citizenship (1, 2, 3 or 4)**



**F. CPS 2020 Voter Supplement PUMS Data Pivot Table, Matching Reported Voter Turnout by Race Analysis. PES 1 Vote Responses for MS Filtered to Age (18+) and Citizenship (1, 2, 3 or 4)**

**Appendix 4. Mississippi Maps**

**These maps were produced by Bryan Geodemographics for the author.**

A. Existing MS Supreme Court Districts

B. Existing MS Supreme Court Districts with Major Prisons

C. Existing MS Supreme Court Districts with Planning and Development Districts

D. Existing MS Supreme Court Districts and Percent VAP APB by County

**A. Existing Mississippi Supreme Court Districts**



Map compiled for author by Bryan GeoDemographics using data described in text.

**B. Existing MS Supreme Court Districts with Major Prisons**



Map compiled for author by Bryan GeoDemographics using data described in text.

## C. Existing MS Supreme Court Districts with Planning and Development Districts



Map compiled for author by Bryan GeoDemographics using data described in text.

**D. Existing MS Supreme Court Districts and Percent VAP APB by County**



Map compiled for author by Bryan GeoDemographics using data described in text.

## Appendix 5a. SSRC Survey Overview with Codes

Provided to author by Dr. John Edwards, Director, Survey Research Lab, SSRC, Mississippi State University

Mississippi Voter Registration Status 2015-2021

### DataYear

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 2015 | 1578 | 14.8 | 14.8 | 14.8 |
| | 2016 | 1524 | 14.3 | 14.3 | 29.1 |
| | 2017 | 1515 | 14.2 | 14.2 | 43.3 |
| | 2018 | 1500 | 14.1 | 14.1 | 57.3 |
| | 2019 | 1527 | 14.3 | 14.3 | 71.7 |
| | 2020 | 1505 | 14.1 | 14.1 | 85.8 |
| | 2021 | 1518 | 14.2 | 14.2 | 100.0 |
| | Total | 10667 | 100.0 | 100.0 | |

### RegVote

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Registered to vote | 9787 | 91.8 | 92.5 | 92.5 |
| | 2 Not Registered to vote | 793 | 7.4 | 7.5 | 100.0 |
| | Total | 10580 | 99.2 | 100.0 | |
| Missing | 3 Don't Know | 42 | .4 | | |
| | 4 Refused | 45 | .4 | | |
| | Total | 87 | .8 | | |
| Total | | 10667 | 100.0 | | |

### FreqVote

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Always votes | 6216 | 58.3 | 62.5 | 62.5 |
| | 2 Nearly always votes | 2046 | 19.2 | 20.6 | 83.0 |
| | 3 Votes part of the time | 831 | 7.8 | 8.4 | 91.4 |
| | 4 Seldom votes | 414 | 3.9 | 4.2 | 95.5 |
| | 5 Never votes | 445 | 4.2 | 4.5 | 100.0 |
| | Total | 9952 | 93.3 | 100.0 | |
| Missing | 6 Don't know | 38 | .4 | | |
| | 7 Refused | 38 | .4 | | |
| | System | 639 | 6.0 | | |
| | Total | 715 | 6.7 | | |
| Total | | 10667 | 100.0 | | |

County

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Adams County | 117 | 1.1 | 1.1 | 1.1 |
| | 2 Alcorn County | 122 | 1.1 | 1.1 | 2.2 |
| | 3 Amite County | 52 | .5 | .5 | 2.7 |
| | 4 Attala County | 102 | 1.0 | 1.0 | 3.7 |
| | 5 Benton County | 39 | .4 | .4 | 4.1 |
| | 6 Bolivar County | 119 | 1.1 | 1.1 | 5.2 |
| | 7 Calhoun County | 64 | .6 | .6 | 5.8 |
| | 8 Carroll County | 45 | .4 | .4 | 6.2 |
| | 9 Chickasaw County | 77 | .7 | .7 | 6.9 |
| | 10 Choctaw County | 40 | .4 | .4 | 7.3 |
| | 11 Claiborne County | 39 | .4 | .4 | 7.7 |
| | 12 Clarke County | 56 | .5 | .5 | 8.2 |
| | 13 Clay County | 104 | 1.0 | 1.0 | 9.2 |
| | 14 Coahoma County | 68 | .6 | .6 | 9.8 |
| | 15 Copiah County | 102 | 1.0 | 1.0 | 10.8 |
| | 16 Covington County | 65 | .6 | .6 | 11.4 |
| | 17 DeSoto County | 261 | 2.4 | 2.5 | 13.9 |
| | 18 Forrest County | 252 | 2.4 | 2.4 | 16.2 |
| | 19 Franklin County | 28 | .3 | .3 | 16.5 |
| | 20 George County | 75 | .7 | .7 | 17.2 |
| | 21 Greene County | 41 | .4 | .4 | 17.6 |
| | 22 Grenada County | 79 | .7 | .7 | 18.3 |
| | 23 Hancock County | 155 | 1.5 | 1.5 | 19.8 |
| | 24 Harrison County | 684 | 6.4 | 6.4 | 26.2 |
| | 25 Hinds County | 965 | 9.0 | 9.1 | 35.3 |
| | 26 Holmes County | 83 | .8 | .8 | 36.1 |
| | 27 Humphreys County | 14 | .1 | .1 | 36.2 |
| | 28 Issaquena County | 2 | .0 | .0 | 36.2 |
| | 29 Itawamba County | 80 | .7 | .8 | 37.0 |
| | 30 Jackson County | 468 | 4.4 | 4.4 | 41.4 |
| | 31 Jasper County | 62 | .6 | .6 | 42.0 |
| | 32 Jefferson County | 36 | .3 | .3 | 42.3 |
| | 33 Jefferson Davis County | 40 | .4 | .4 | 42.7 |
| | 34 Jones County | 213 | 2.0 | 2.0 | 44.7 |
| | 35 Kemper County | 40 | .4 | .4 | 45.1 |
| | 36 Lafayette County | 176 | 1.6 | 1.7 | 46.7 |
| | 37 Lamar County | 207 | 1.9 | 1.9 | 48.7 |
| | 38 Lauderdale County | 274 | 2.6 | 2.6 | 51.2 |
| | 39 Lawrence County | 46 | .4 | .4 | 51.7 |

County

| | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|
| 40 Leake County | 83 | .8 | .8 | 52.5 |
| 41 Lee County | 351 | 3.3 | 3.3 | 55.8 |
| 42 Leflore County | 105 | 1.0 | 1.0 | 56.7 |
| 43 Lincoln County | 138 | 1.3 | 1.3 | 58.0 |
| 44 Lowndes County | 292 | 2.7 | 2.7 | 60.8 |
| 45 Madison County | 456 | 4.3 | 4.3 | 65.1 |
| 46 Marion County | 80 | .7 | .8 | 65.8 |
| 47 Marshall County | 78 | .7 | .7 | 66.6 |
| 48 Monroe County | 169 | 1.6 | 1.6 | 68.2 |
| 49 Montgomery County | 55 | .5 | .5 | 68.7 |
| 50 Neshoba County | 102 | 1.0 | 1.0 | 69.6 |
| 51 Newton County | 82 | .8 | .8 | 70.4 |
| 52 Noxubee County | 46 | .4 | .4 | 70.8 |
| 53 Oktibbeha County | 346 | 3.2 | 3.3 | 74.1 |
| 54 Panola County | 86 | .8 | .8 | 74.9 |
| 55 Pearl River County | 171 | 1.6 | 1.6 | 76.5 |
| 56 Perry County | 35 | .3 | .3 | 76.8 |
| 57 Pike County | 140 | 1.3 | 1.3 | 78.2 |
| 58 Pontotoc County | 124 | 1.2 | 1.2 | 79.3 |
| 59 Prentiss County | 85 | .8 | .8 | 80.1 |
| 60 Quitman County | 23 | .2 | .2 | 80.3 |
| 61 Rankin County | 606 | 5.7 | 5.7 | 86.0 |
| 62 Scott County | 102 | 1.0 | 1.0 | 87.0 |
| 63 Sharkey County | 16 | .1 | .2 | 87.2 |
| 64 Simpson County | 87 | .8 | .8 | 88.0 |
| 65 Smith County | 50 | .5 | .5 | 88.4 |
| 66 Stone County | 46 | .4 | .4 | 88.9 |
| 67 Sunflower County | 86 | .8 | .8 | 89.7 |
| 68 Tallahatchie County | 40 | .4 | .4 | 90.1 |
| 69 Tate County | 75 | .7 | .7 | 90.8 |
| 70 Tippah County | 68 | .6 | .6 | 91.4 |
| 71 Tishomingo County | 71 | .7 | .7 | 92.1 |
| 72 Tunica County | 27 | .3 | .3 | 92.3 |
| 73 Union County | 101 | .9 | 1.0 | 93.3 |
| 74 Walthall County | 41 | .4 | .4 | 93.7 |
| 75 Warren County | 188 | 1.8 | 1.8 | 95.4 |
| 76 Washington County | 166 | 1.6 | 1.6 | 97.0 |
| 77 Wayne County | 65 | .6 | .6 | 97.6 |
| 78 Webster County | 62 | .6 | .6 | 98.2 |

## County

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| | 79 Wilkinson County | 20 | .2 | .2 | 98.4 |
| | 80 Winston County | 65 | .6 | .6 | 99.0 |
| | 81 Yalobusha County | 42 | .4 | .4 | 99.4 |
| | 82 Yazoo County | 65 | .6 | .6 | 100.0 |
| | Total | 10628 | 99.6 | 100.0 | |
| Missing | 84 Refused | 39 | .4 | | |
| Total | | 10667 | 100.0 | | |

## Ethnicity

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Hispanic | 222 | 2.1 | 2.1 | 2.1 |
| | 2 Non-Hispanic | 10368 | 97.2 | 97.9 | 100.0 |
| | Total | 10590 | 99.3 | 100.0 | |
| Missing | 3 Don't Know | 22 | .2 | | |
| | 4 Refused | 55 | .5 | | |
| | Total | 77 | .7 | | |
| Total | | 10667 | 100.0 | | |

## Race

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 White | 6350 | 59.5 | 60.5 | 60.5 |
| | 2 Black | 3766 | 35.3 | 35.9 | 96.4 |
| | 3 American Indian/Alaska Native | 80 | .7 | .8 | 97.2 |
| | 4 Asian or Pacific Islander | 62 | .6 | .6 | 97.8 |
| | 5 Multi-racial | 178 | 1.7 | 1.7 | 99.5 |
| | 6 Other | 56 | .5 | .5 | 100.0 |
| | Total | 10492 | 98.4 | 100.0 | |
| Missing | 7 Not Sure | 4 | .0 | | |
| | 8 Refused | 171 | 1.6 | | |
| | Total | 175 | 1.6 | | |
| Total | | 10667 | 100.0 | | |

## Gender

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Man | 4651 | 43.6 | 43.8 | 43.8 |
| | 2 Woman | 5963 | 55.9 | 56.2 | 100.0 |
| | Total | 10614 | 99.5 | 100.0 | |
| Missing | 4 Refused | 53 | .5 | | |
| Total | | 10667 | 100.0 | | |

## Education

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Never attended school or only Kindergarten | 4 | .0 | .0 | .0 |
| | 2 Grades 1 - 8 (Elementary) | 164 | 1.5 | 1.5 | 1.6 |
| | 3 Grades 9 - 11 (Some High School) | 693 | 6.5 | 6.5 | 8.1 |
| | 4 Completed High School or GED equivalent | 2695 | 25.3 | 25.4 | 33.5 |
| | 5 Some college or vocational program | 2338 | 21.9 | 22.0 | 55.6 |
| | 6 Completed Associate degree (2-year program) | 1400 | 13.1 | 13.2 | 68.8 |
| | 7 Completed Bachelors degree (4-year program) | 1996 | 18.7 | 18.8 | 87.6 |
| | 8 Completed Masters degree | 973 | 9.1 | 9.2 | 96.8 |
| | 9 Beyond Masters degree | 343 | 3.2 | 3.2 | 100.0 |
| | Total | 10606 | 99.4 | 100.0 | |
| Missing | 10 Not Sure | 24 | .2 | | |
| | 11 Refused | 37 | .3 | | |
| | Total | 61 | .6 | | |
| Total | | 10667 | 100.0 | | |

## Age

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 18 | 115 | 1.1 | 1.1 | 1.1 |
| | 19 | 180 | 1.7 | 1.7 | 2.9 |
| | 20 | 173 | 1.6 | 1.7 | 4.5 |
| | 21 | 171 | 1.6 | 1.7 | 6.2 |
| | 22 | 154 | 1.4 | 1.5 | 7.7 |
| | 23 | 167 | 1.6 | 1.6 | 9.3 |
| | 24 | 148 | 1.4 | 1.4 | 10.7 |
| | 25 | 135 | 1.3 | 1.3 | 12.0 |
| | 26 | 153 | 1.4 | 1.5 | 13.5 |
| | 27 | 129 | 1.2 | 1.3 | 14.8 |
| | 28 | 143 | 1.3 | 1.4 | 16.2 |
| | 29 | 120 | 1.1 | 1.2 | 17.3 |
| | 30 | 156 | 1.5 | 1.5 | 18.8 |
| | 31 | 131 | 1.2 | 1.3 | 20.1 |
| | 32 | 146 | 1.4 | 1.4 | 21.5 |
| | 33 | 128 | 1.2 | 1.2 | 22.8 |
| | 34 | 152 | 1.4 | 1.5 | 24.2 |
| | 35 | 132 | 1.2 | 1.3 | 25.5 |
| | 36 | 162 | 1.5 | 1.6 | 27.1 |
| | 37 | 156 | 1.5 | 1.5 | 28.6 |
| | 38 | 168 | 1.6 | 1.6 | 30.2 |
| | 39 | 138 | 1.3 | 1.3 | 31.6 |
| | 40 | 144 | 1.3 | 1.4 | 33.0 |
| | 41 | 168 | 1.6 | 1.6 | 34.6 |
| | 42 | 139 | 1.3 | 1.3 | 35.9 |
| | 43 | 139 | 1.3 | 1.3 | 37.3 |
| | 44 | 146 | 1.4 | 1.4 | 38.7 |
| | 45 | 154 | 1.4 | 1.5 | 40.2 |
| | 46 | 177 | 1.7 | 1.7 | 41.9 |
| | 47 | 160 | 1.5 | 1.6 | 43.5 |
| | 48 | 173 | 1.6 | 1.7 | 45.1 |
| | 49 | 167 | 1.6 | 1.6 | 46.8 |
| | 50 | 196 | 1.8 | 1.9 | 48.7 |
| | 51 | 181 | 1.7 | 1.8 | 50.4 |
| | 52 | 192 | 1.8 | 1.9 | 52.3 |
| | 53 | 194 | 1.8 | 1.9 | 54.2 |
| | 54 | 185 | 1.7 | 1.8 | 55.9 |
| | 55 | 205 | 1.9 | 2.0 | 57.9 |
| | 56 | 210 | 2.0 | 2.0 | 60.0 |

## Age

| | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|
| 57 | 198 | 1.9 | 1.9 | 61.9 |
| 58 | 209 | 2.0 | 2.0 | 63.9 |
| 59 | 194 | 1.8 | 1.9 | 65.8 |
| 60 | 201 | 1.9 | 1.9 | 67.7 |
| 61 | 208 | 1.9 | 2.0 | 69.8 |
| 62 | 199 | 1.9 | 1.9 | 71.7 |
| 63 | 183 | 1.7 | 1.8 | 73.5 |
| 64 | 201 | 1.9 | 1.9 | 75.4 |
| 65 | 200 | 1.9 | 1.9 | 77.3 |
| 66 | 200 | 1.9 | 1.9 | 79.3 |
| 67 | 153 | 1.4 | 1.5 | 80.8 |
| 68 | 180 | 1.7 | 1.7 | 82.5 |
| 69 | 183 | 1.7 | 1.8 | 84.3 |
| 70 | 180 | 1.7 | 1.7 | 86.0 |
| 71 | 146 | 1.4 | 1.4 | 87.4 |
| 72 | 132 | 1.2 | 1.3 | 88.7 |
| 73 | 128 | 1.2 | 1.2 | 90.0 |
| 74 | 126 | 1.2 | 1.2 | 91.2 |
| 75 | 109 | 1.0 | 1.1 | 92.2 |
| 76 | 98 | .9 | .9 | 93.2 |
| 77 | 108 | 1.0 | 1.0 | 94.2 |
| 78 | 88 | .8 | .9 | 95.1 |
| 79 | 67 | .6 | .6 | 95.7 |
| 80 | 77 | .7 | .7 | 96.5 |
| 81 | 55 | .5 | .5 | 97.0 |
| 82 | 54 | .5 | .5 | 97.5 |
| 83 | 45 | .4 | .4 | 98.0 |
| 84 | 40 | .4 | .4 | 98.4 |
| 85 | 45 | .4 | .4 | 98.8 |
| 86 | 27 | .3 | .3 | 99.1 |
| 87 | 14 | .1 | .1 | 99.2 |
| 88 | 22 | .2 | .2 | 99.4 |
| 89 | 17 | .2 | .2 | 99.6 |
| 90 | 12 | .1 | .1 | 99.7 |
| 91 | 9 | .1 | .1 | 99.8 |
| 92 | 6 | .1 | .1 | 99.8 |
| 93 | 7 | .1 | .1 | 99.9 |
| 94 | 2 | .0 | .0 | 99.9 |
| 95 | 3 | .0 | .0 | 100.0 |

## Age

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
|  | 96 | 2 | .0 | .0 | 100.0 |
|  | 97 | 2 | .0 | .0 | 100.0 |
|  | Total | 10317 | 96.7 | 100.0 |  |
| Missing | -99 Refused | 350 | 3.3 |  |  |
| Total |  | 10667 | 100.0 |  |  |

## Income

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Household income less than $10,000 | 670 | 6.3 | 8.1 | 8.1 |
|  | 2 Household income $10,000 to under $15,000 | 533 | 5.0 | 6.5 | 14.6 |
|  | 3 Household income $15,000 to under $20,000 | 607 | 5.7 | 7.4 | 22.0 |
|  | 4 Household income $20,000 to under $25,000 | 539 | 5.1 | 6.5 | 28.5 |
|  | 5 Household income $25,000 to under $35,000 | 881 | 8.3 | 10.7 | 39.2 |
|  | 6 Household income $35,000 to under $50,000 | 1130 | 10.6 | 13.7 | 52.9 |
|  | 7 Household income $50,000 to under $75,000 | 1317 | 12.3 | 16.0 | 68.9 |
|  | 8 Household income $75,000 to under $100,000 | 1022 | 9.6 | 12.4 | 81.3 |
|  | 9 Household income $100,000 to under $150,000 | 845 | 7.9 | 10.3 | 91.5 |
|  | 10 Household income $150,000 to under $200,000 | 366 | 3.4 | 4.4 | 96.0 |
|  | 11 Household income $200,000 or more | 332 | 3.1 | 4.0 | 100.0 |
|  | Total | 8242 | 77.3 | 100.0 |  |
| Missing | 12 Not Sure | 770 | 7.2 |  |  |
|  | 13 Refused | 1655 | 15.5 |  |  |
|  | Total | 2425 | 22.7 |  |  |
| Total |  | 10667 | 100.0 |  |  |

## Party

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Republican | 3615 | 33.9 | 39.6 | 39.6 |
|  | 2 Democrat | 2999 | 28.1 | 32.9 | 72.5 |
|  | 3 Independent | 2512 | 23.5 | 27.5 | 100.0 |
|  | Total | 9126 | 85.6 | 100.0 |  |
| Missing | 4 Not sure | 811 | 7.6 |  |  |
|  | 5 Refused | 730 | 6.8 |  |  |
|  | Total | 1541 | 14.4 |  |  |
| Total |  | 10667 | 100.0 |  |  |

Party
Lean

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Independent leaning democratic | 671 | 6.3 | 45.0 | 45.0 |
| | 2 Independent leaning republican | 819 | 7.7 | 55.0 | 100.0 |
| | Total | 1490 | 14.0 | 100.0 | |
| Missing | 3 Not sure | 799 | 7.5 | | |
| | 4 Refused | 223 | 2.1 | | |
| | System | 8155 | 76.5 | | |
| | Total | 9177 | 86.0 | | |
| Total | | 10667 | 100.0 | | |

## Appendix 5b. NCSS Contingency Table output by year, 2105-2021, SSRC Survey Data on Voter Registration

Analysis based on SSRC data with calculations by author using the NCSS statistical package.

Race Code: 1 = White; 2 = Black
Registered to Vote Code: 1 = Yes; 2 = No; 3 = Don't Know; 4 = Refused.

NCSS 12.0.4                                                      11/15/2022 6:11:39 PM      1

### Cross Tabulation Report

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | (Race <> 3,4,5,6,7,8) AND (DataYear = 2015) |
| Row Variable | RegVote |
| Column Variable | Race |

**Counts Table**

| | Race | | |
|---|---|---|---|
| RegVote | | | |
| | 1 | 2 | Total |
| 1 | 847 | 547 | 1394 |
| 2 | 82 | 35 | 117 |
| 3 | 5 | 1 | 6 |
| 4 | 3 | 3 | 6 |
| Total | 937 | 586 | 1523 |

**Column Percentages Table**

| | Race | | |
|---|---|---|---|
| RegVote | | | |
| | 1 | 2 | Total |
| 1 | 90.39% | 93.34% | 91.53% |
| 2 | 8.75% | 5.97% | 7.68% |
| 3 | 0.53% | 0.17% | 0.39% |
| 4 | 0.32% | 0.51% | 0.39% |
| Total | 100.00% | 100.00% | 100.00% |

**Expected Counts Assuming Independence Table**

| | Race | | |
|---|---|---|---|
| RegVote | | | |
| | 1 | 2 | Total |
| 1 | 857.6 | 536.4 | 1394.0 |
| 2 | 72.0 | 45.0 | 117.0 |
| 3 | 3.7 | 2.3 | 6.0 |
| 4 | 3.7 | 2.3 | 6.0 |
| Total | 937.0 | 586.0 | 1523.0 |

**Cross Tabulation Report**

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | (DataYear=2016) AND (Race <> 3,4,5,6,7,8) AND (DataYear = 2016) |
| Row Variable | RegVote |
| Column Variable | Race |

**Counts Table**

| RegVote | Race | | |
|---|---|---|---|
| | **1** | **2** | **Total** |
| 1 | 856 | 488 | 1344 |
| 2 | 70 | 36 | 106 |
| 3 | 2 | 1 | 3 |
| 4 | 4 | 1 | 5 |
| **Total** | 932 | 526 | 1458 |

**Column Percentages Table**

| RegVote | Race | | |
|---|---|---|---|
| | **1** | **2** | **Total** |
| 1 | 91.85% | 92.78% | 92.18% |
| 2 | 7.51% | 6.84% | 7.27% |
| 3 | 0.21% | 0.19% | 0.21% |
| 4 | 0.43% | 0.19% | 0.34% |
| **Total** | 100.00% | 100.00% | 100.00% |

**Expected Counts Assuming Independence Table**

| RegVote | Race | | |
|---|---|---|---|
| | **1** | **2** | **Total** |
| 1 | 859.1 | 484.9 | 1344.0 |
| 2 | 67.8 | 38.2 | 106.0 |
| 3 | 1.9 | 1.1 | 3.0 |
| 4 | 3.2 | 1.8 | 5.0 |
| **Total** | 932.0 | 526.0 | 1458.0 |

## Cross Tabulation Report

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | (Race <> 3,4,5,6,7,8) AND (DataYear = 2017) |
| Row Variable | RegVote |
| Column Variable | Race |

### Counts Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 828 | 507 | 1335 |
| 2 | 64 | 29 | 93 |
| 3 | 3 | 2 | 5 |
| 4 | 5 | 0 | 5 |
| **Total** | 900 | 538 | 1438 |

### Column Percentages Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 92.00% | 94.24% | 92.84% |
| 2 | 7.11% | 5.39% | 6.47% |
| 3 | 0.33% | 0.37% | 0.35% |
| 4 | 0.56% | 0.00% | 0.35% |
| **Total** | 100.00% | 100.00% | 100.00% |

### Expected Counts Assuming Independence Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 835.5 | 499.5 | 1335.0 |
| 2 | 58.2 | 34.8 | 93.0 |
| 3 | 3.1 | 1.9 | 5.0 |
| 4 | 3.1 | 1.9 | 5.0 |
| **Total** | 900.0 | 538.0 | 1438.0 |

**Cross Tabulation Report**

| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
|---|---|
| Filter | (Race <> 3,4,5,6,7,8) AND (DataYear = 2018) |
| Row Variable | RegVote |
| Column Variable | Race |

**Counts Table**

| RegVote | Race | | |
|---|---|---|---|
| | 1 | 2 | Total |
| 1 | 809 | 509 | 1318 |
| 2 | 72 | 32 | 104 |
| 3 | 5 | 1 | 6 |
| 4 | 1 | 1 | 2 |
| Total | 887 | 543 | 1430 |

**Column Percentages Table**

| RegVote | Race | | |
|---|---|---|---|
| | 1 | 2 | Total |
| 1 | 91.21% | 93.74% | 92.17% |
| 2 | 8.12% | 5.89% | 7.27% |
| 3 | 0.56% | 0.18% | 0.42% |
| 4 | 0.11% | 0.18% | 0.14% |
| Total | 100.00% | 100.00% | 100.00% |

**Expected Counts Assuming Independence Table**

| RegVote | Race | | |
|---|---|---|---|
| | 1 | 2 | Total |
| 1 | 817.5 | 500.5 | 1318.0 |
| 2 | 64.5 | 39.5 | 104.0 |
| 3 | 3.7 | 2.3 | 6.0 |
| 4 | 1.2 | 0.8 | 2.0 |
| Total | 887.0 | 543.0 | 1430.0 |

## Cross Tabulation Report

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | (Race <> 3,4,5,6,7,8) AND (DataYear = 2019) |
| Row Variable | RegVote |
| Column Variable | Race |

### Counts Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 808 | 528 | 1336 |
| 2 | 69 | 27 | 96 |
| 3 | 1 | 2 | 3 |
| 4 | 1 | 3 | 4 |
| **Total** | 879 | 560 | 1439 |

### Column Percentages Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 91.92% | 94.29% | 92.84% |
| 2 | 7.85% | 4.82% | 6.67% |
| 3 | 0.11% | 0.36% | 0.21% |
| 4 | 0.11% | 0.54% | 0.28% |
| **Total** | 100.00% | 100.00% | 100.00% |

### Expected Counts Assuming Independence Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 816.1 | 519.9 | 1336.0 |
| 2 | 58.6 | 37.4 | 96.0 |
| 3 | 1.8 | 1.2 | 3.0 |
| 4 | 2.4 | 1.6 | 4.0 |
| **Total** | 879.0 | 560.0 | 1439.0 |

**Cross Tabulation Report**

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | (Race <> 3,4,5,6,7,8) AND (DataYear = 2020) |
| Row Variable | RegVote |
| Column Variable | Race |

## Counts Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 837 | 466 | 1303 |
| 2 | 72 | 25 | 97 |
| 3 | 3 | 2 | 5 |
| 4 | 4 | 0 | 4 |
| **Total** | 916 | 493 | 1409 |

## Column Percentages Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 91.38% | 94.52% | 92.48% |
| 2 | 7.86% | 5.07% | 6.88% |
| 3 | 0.33% | 0.41% | 0.35% |
| 4 | 0.44% | 0.00% | 0.28% |
| **Total** | 100.00% | 100.00% | 100.00% |

## Expected Counts Assuming Independence Table

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 847.1 | 455.9 | 1303.0 |
| 2 | 63.1 | 33.9 | 97.0 |
| 3 | 3.3 | 1.7 | 5.0 |
| 4 | 2.6 | 1.4 | 4.0 |
| **Total** | 916.0 | 493.0 | 1409.0 |

**Cross Tabulation Report**

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | (Race <> 3,4,5,6,7,8) AND (DataYear = 2021) |
| Row Variable | RegVote |
| Column Variable | Race |

**Counts Table**

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 817 | 490 | 1307 |
| 2 | 66 | 28 | 94 |
| 3 | 12 | 1 | 13 |
| 4 | 4 | 1 | 5 |
| **Total** | 899 | 520 | 1419 |

**Column Percentages Table**

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 90.88% | 94.23% | 92.11% |
| 2 | 7.34% | 5.38% | 6.62% |
| 3 | 1.33% | 0.19% | 0.92% |
| 4 | 0.44% | 0.19% | 0.35% |
| **Total** | 100.00% | 100.00% | 100.00% |

**Expected Counts Assuming Independence Table**

| | Race | | |
|---|---|---|---|
| **RegVote** | | | |
| | **1** | **2** | **Total** |
| 1 | 828.0 | 479.0 | 1307.0 |
| 2 | 59.6 | 34.4 | 94.0 |
| 3 | 8.2 | 4.8 | 13.0 |
| 4 | 3.2 | 1.8 | 5.0 |
| **Total** | 899.0 | 520.0 | 1419.0 |

**Appendix 5c. NCSS Contingency Table output by year, 2105-2021, SSRC Survey Data on Voting Frequency**

Analysis based on SSRC data with calculations by author using the NCSS statistical package

Race Code:
1 = White
2 = Black
3 = AIAN (American Indian, Alaskan Native)
4 = API (Asian, Pacific Islander)
5 = Multiracial
6 = other
7 = not sure
8 = refused

Voting Frequency:
1 = Always Votes
2 = Nearly Always Votes
3 = Votes Part of the Time
4 = Seldom Votes
5 = Never Vote
6 = Don't Know
7 = Refused

NCSS 12.0.4                                                                     1/3/2023 8:20:36 PM        1

## Cross Tabulation Report

Dataset          C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS
Filter           DataYear = 2015
Row Variable     Race
Column Variable  FreqVote

**Counts Table**

|  | FreqVote |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| **Race** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Total** |
| 1 | 517 | 203 | 71 | 31 | 18 | 4 | 3 | 847 |
| 2 | 368 | 90 | 47 | 25 | 17 | 0 | 0 | 547 |
| 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 4 | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 5 |
| 5 | 10 | 3 | 0 | 0 | 2 | 0 | 0 | 15 |
| 6 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| 8 | 12 | 3 | 2 | 1 | 2 | 0 | 0 | 20 |
| **Total** | 914 | 300 | 122 | 58 | 40 | 4 | 3 | 1441 |

The number of rows with at least one missing value is 137

**Row Percentages Table**

|  | FreqVote |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| **Race** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Total** |
| 1 | 61.04% | 23.97% | 8.38% | 3.66% | 2.13% | 0.47% | 0.35% | 100.00% |
| 2 | 67.28% | 16.45% | 8.59% | 4.57% | 3.11% | 0.00% | 0.00% | 100.00% |
| 3 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| 4 | 20.00% | 20.00% | 40.00% | 20.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| 5 | 66.67% | 20.00% | 0.00% | 0.00% | 13.33% | 0.00% | 0.00% | 100.00% |
| 6 | 50.00% | 0.00% | 0.00% | 0.00% | 50.00% | 0.00% | 0.00% | 100.00% |
| 8 | 60.00% | 15.00% | 10.00% | 5.00% | 10.00% | 0.00% | 0.00% | 100.00% |
| **Total** | 63.43% | 20.82% | 8.47% | 4.02% | 2.78% | 0.28% | 0.21% | 100.00% |

The number of rows with at least one missing value is 137

NCSS 12.0.4                                                                    1/3/2023 8:22:11 PM      1

## Cross Tabulation Report

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | DataYear = 2016 |
| Row Variable | Race |
| Column Variable | FreqVote |

**Counts Table**

**FreqVote**

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 560 | 198 | 59 | 34 | 73 | 3 | 5 | 932 |
| 2 | 349 | 78 | 33 | 17 | 45 | 2 | 2 | 526 |
| 3 | 4 | 2 | 4 | 1 | 2 | 0 | 0 | 13 |
| 4 | 1 | 1 | 0 | 1 | 4 | 0 | 0 | 7 |
| 5 | 13 | 0 | 2 | 2 | 3 | 1 | 0 | 21 |
| 8 | 17 | 1 | 1 | 2 | 1 | 0 | 3 | 25 |
| Total | 944 | 280 | 99 | 57 | 128 | 6 | 10 | 1524 |

**Row Percentages Table**

**FreqVote**

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 60.09% | 21.24% | 6.33% | 3.65% | 7.83% | 0.32% | 0.54% | 100.00% |
| 2 | 66.35% | 14.83% | 6.27% | 3.23% | 8.56% | 0.38% | 0.38% | 100.00% |
| 3 | 30.77% | 15.38% | 30.77% | 7.69% | 15.38% | 0.00% | 0.00% | 100.00% |
| 4 | 14.29% | 14.29% | 0.00% | 14.29% | 57.14% | 0.00% | 0.00% | 100.00% |
| 5 | 61.90% | 0.00% | 9.52% | 9.52% | 14.29% | 4.76% | 0.00% | 100.00% |
| 8 | 68.00% | 4.00% | 4.00% | 8.00% | 4.00% | 0.00% | 12.00% | 100.00% |
| Total | 61.94% | 18.37% | 6.50% | 3.74% | 8.40% | 0.39% | 0.66% | 100.00% |

NCSS 12.0.4                                                               1/3/2023 8:23:02 PM      1

## Cross Tabulation Report

Dataset            C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS
Filter             DataYear = 2017
Row Variable       Race
Column Variable    FreqVote

**Counts Table**

| Race | FreqVote | | | | | | | |
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Total** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **1** | 534 | 185 | 65 | 34 | 73 | 3 | 6 | 900 |
| **2** | 347 | 73 | 52 | 21 | 37 | 6 | 2 | 538 |
| **3** | 6 | 2 | 1 | 1 | 1 | 1 | 0 | 12 |
| **4** | 1 | 2 | 0 | 0 | 2 | 0 | 0 | 5 |
| **5** | 12 | 4 | 3 | 1 | 4 | 0 | 1 | 25 |
| **6** | 3 | 2 | 2 | 2 | 4 | 0 | 0 | 13 |
| **8** | 17 | 2 | 0 | 3 | 0 | 0 | 0 | 22 |
| **Total** | 920 | 270 | 123 | 62 | 121 | 10 | 9 | 1515 |

**Row Percentages Table**

| Race | FreqVote | | | | | | | |
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Total** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **1** | 59.33% | 20.56% | 7.22% | 3.78% | 8.11% | 0.33% | 0.67% | 100.00% |
| **2** | 64.50% | 13.57% | 9.67% | 3.90% | 6.88% | 1.12% | 0.37% | 100.00% |
| **3** | 50.00% | 16.67% | 8.33% | 8.33% | 8.33% | 8.33% | 0.00% | 100.00% |
| **4** | 20.00% | 40.00% | 0.00% | 0.00% | 40.00% | 0.00% | 0.00% | 100.00% |
| **5** | 48.00% | 16.00% | 12.00% | 4.00% | 16.00% | 0.00% | 4.00% | 100.00% |
| **6** | 23.08% | 15.38% | 15.38% | 15.38% | 30.77% | 0.00% | 0.00% | 100.00% |
| **8** | 77.27% | 9.09% | 0.00% | 13.64% | 0.00% | 0.00% | 0.00% | 100.00% |
| **Total** | 60.73% | 17.82% | 8.12% | 4.09% | 7.99% | 0.66% | 0.59% | 100.00% |

NCSS 12.0.4                                                1/3/2023 8:23:48 PM    1

## Cross Tabulation Report

Dataset            C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS
Filter             DataYear = 2018
Row Variable       Race
Column Variable    FreqVote

**Counts Table**

|  | **FreqVote** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Race** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Total** |
| 1 | 441 | 238 | 69 | 35 | 22 | 2 | 2 | 809 |
| 2 | 318 | 105 | 52 | 13 | 18 | 3 | 0 | 509 |
| 3 | 1 | 2 | 1 | 0 | 2 | 0 | 0 | 6 |
| 4 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 |
| 5 | 11 | 7 | 2 | 2 | 2 | 1 | 0 | 25 |
| 6 | 4 | 1 | 0 | 4 | 1 | 0 | 0 | 10 |
| 7 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 2 |
| 8 | 9 | 3 | 0 | 0 | 0 | 0 | 0 | 12 |
| **Total** | 786 | 356 | 125 | 55 | 45 | 6 | 2 | 1375 |

The number of rows with at least one missing value is 125

**Row Percentages Table**

|  | **FreqVote** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Race** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **Total** |
| 1 | 54.51% | 29.42% | 8.53% | 4.33% | 2.72% | 0.25% | 0.25% | 100.00% |
| 2 | 62.48% | 20.63% | 10.22% | 2.55% | 3.54% | 0.59% | 0.00% | 100.00% |
| 3 | 16.67% | 33.33% | 16.67% | 0.00% | 33.33% | 0.00% | 0.00% | 100.00% |
| 4 | 50.00% | 0.00% | 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| 5 | 44.00% | 28.00% | 8.00% | 8.00% | 8.00% | 4.00% | 0.00% | 100.00% |
| 6 | 40.00% | 10.00% | 0.00% | 40.00% | 10.00% | 0.00% | 0.00% | 100.00% |
| 7 | 50.00% | 0.00% | 0.00% | 50.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| 8 | 75.00% | 25.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| **Total** | 57.16% | 25.89% | 9.09% | 4.00% | 3.27% | 0.44% | 0.15% | 100.00% |

The number of rows with at least one missing value is 125

NCSS 12.0.4                                                    1/3/2023 8:24:43 PM    1

## Cross Tabulation Report

Dataset          C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS
Filter           DataYear = 2019
Row Variable     Race
Column Variable  FreqVote

### Counts Table

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| | **FreqVote** | | | | | | | |
| 1 | 487 | 203 | 67 | 36 | 10 | 3 | 2 | 808 |
| 2 | 346 | 83 | 60 | 16 | 20 | 1 | 2 | 528 |
| 3 | 7 | 2 | 1 | 0 | 2 | 0 | 0 | 12 |
| 4 | 2 | 0 | 1 | 1 | 1 | 0 | 0 | 5 |
| 5 | 14 | 6 | 3 | 1 | 1 | 0 | 0 | 25 |
| 6 | 5 | 2 | 1 | 1 | 0 | 0 | 0 | 9 |
| 8 | 11 | 1 | 3 | 1 | 1 | 0 | 1 | 18 |
| **Total** | 872 | 297 | 136 | 56 | 35 | 4 | 5 | 1405 |

The number of rows with at least one missing value is 122

### Row Percentages Table

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| | **FreqVote** | | | | | | | |
| 1 | 60.27% | 25.12% | 8.29% | 4.46% | 1.24% | 0.37% | 0.25% | 100.00% |
| 2 | 65.53% | 15.72% | 11.36% | 3.03% | 3.79% | 0.19% | 0.38% | 100.00% |
| 3 | 58.33% | 16.67% | 8.33% | 0.00% | 16.67% | 0.00% | 0.00% | 100.00% |
| 4 | 40.00% | 0.00% | 20.00% | 20.00% | 20.00% | 0.00% | 0.00% | 100.00% |
| 5 | 56.00% | 24.00% | 12.00% | 4.00% | 4.00% | 0.00% | 0.00% | 100.00% |
| 6 | 55.56% | 22.22% | 11.11% | 11.11% | 0.00% | 0.00% | 0.00% | 100.00% |
| 8 | 61.11% | 5.56% | 16.67% | 5.56% | 5.56% | 0.00% | 5.56% | 100.00% |
| **Total** | 62.06% | 21.14% | 9.68% | 3.99% | 2.49% | 0.28% | 0.36% | 100.00% |

The number of rows with at least one missing value is 122

NCSS 12.0.4                                                    1/3/2023 8:25:31 PM    1

## Cross Tabulation Report

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | DataYear = 2020 |
| Row Variable | Race |
| Column Variable | FreqVote |

## Counts Table

**FreqVote**

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 571 | 159 | 45 | 41 | 18 | 0 | 3 | 837 |
| 2 | 336 | 62 | 41 | 12 | 7 | 4 | 4 | 466 |
| 3 | 4 | 1 | 2 | 2 | 0 | 0 | 0 | 9 |
| 4 | 5 | 1 | 0 | 2 | 1 | 0 | 0 | 9 |
| 5 | 5 | 11 | 3 | 5 | 3 | 0 | 0 | 27 |
| 6 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 8 | 20 | 4 | 3 | 2 | 0 | 0 | 1 | 30 |
| **Total** | 943 | 238 | 96 | 64 | 29 | 4 | 8 | 1382 |

The number of rows with at least one missing value is 123

## Row Percentages Table

**FreqVote**

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 68.22% | 19.00% | 5.38% | 4.90% | 2.15% | 0.00% | 0.36% | 100.00% |
| 2 | 72.10% | 13.30% | 8.80% | 2.58% | 1.50% | 0.86% | 0.86% | 100.00% |
| 3 | 44.44% | 11.11% | 22.22% | 22.22% | 0.00% | 0.00% | 0.00% | 100.00% |
| 4 | 55.56% | 11.11% | 0.00% | 22.22% | 11.11% | 0.00% | 0.00% | 100.00% |
| 5 | 18.52% | 40.74% | 11.11% | 18.52% | 11.11% | 0.00% | 0.00% | 100.00% |
| 6 | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| 7 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| 8 | 66.67% | 13.33% | 10.00% | 6.67% | 0.00% | 0.00% | 3.33% | 100.00% |
| **Total** | 68.23% | 17.22% | 6.95% | 4.63% | 2.10% | 0.29% | 0.58% | 100.00% |

The number of rows with at least one missing value is 123

NCSS 12.0.4                                                    1/3/2023 8:26:14 PM    1

### Cross Tabulation Report

| | |
|---|---|
| Dataset | C:\...\SSRC SURVEY DATA BY COUNTY\SSRC SURVEY DATA V1.NCSS |
| Filter | DataYear = 2021 |
| Row Variable | Race |
| Column Variable | FreqVote |

**Counts Table**

**FreqVote**

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 464 | 213 | 79 | 34 | 24 | 2 | 1 | 817 |
| 2 | 327 | 82 | 40 | 23 | 16 | 2 | 0 | 490 |
| 3 | 8 | 1 | 1 | 1 | 1 | 0 | 0 | 12 |
| 4 | 5 | 2 | 3 | 2 | 0 | 0 | 0 | 12 |
| 5 | 8 | 4 | 2 | 2 | 3 | 0 | 0 | 19 |
| 6 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 5 |
| 8 | 23 | 2 | 4 | 0 | 2 | 0 | 0 | 31 |
| Total | 837 | 305 | 130 | 62 | 47 | 4 | 1 | 1386 |

The number of rows with at least one missing value is 132

**Row Percentages Table**

**FreqVote**

| Race | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 56.79% | 26.07% | 9.67% | 4.16% | 2.94% | 0.24% | 0.12% | 100.00% |
| 2 | 66.73% | 16.73% | 8.16% | 4.69% | 3.27% | 0.41% | 0.00% | 100.00% |
| 3 | 66.67% | 8.33% | 8.33% | 8.33% | 8.33% | 0.00% | 0.00% | 100.00% |
| 4 | 41.67% | 16.67% | 25.00% | 16.67% | 0.00% | 0.00% | 0.00% | 100.00% |
| 5 | 42.11% | 21.05% | 10.53% | 10.53% | 15.79% | 0.00% | 0.00% | 100.00% |
| 6 | 40.00% | 20.00% | 20.00% | 0.00% | 20.00% | 0.00% | 0.00% | 100.00% |
| 8 | 74.19% | 6.45% | 12.90% | 0.00% | 6.45% | 0.00% | 0.00% | 100.00% |
| Total | 60.39% | 22.01% | 9.38% | 4.47% | 3.39% | 0.29% | 0.07% | 100.00% |

The number of rows with at least one missing value is 132

**Appendix 6.  David A. Swanson CV (2022 V17)**

Curriculum Vitae

David A. Swanson



email:

Webpage : https://profiles.ucr.edu/app/home/profile/dswanson

I.    **Education**

| | | | |
|---|---|---|---|
| Ph.D. | 1985 | Sociology/Population Studies | University of Hawai`i |
| M.A. | 1976 | Sociology/Population Studies | University of Hawai`i |
| Graduate Studies Diploma | 1974 | Social Science/Swedish | University of Stockholm |
| B.Sc. | 1972 | Sociology/Mathematics | Western Washington State College |

(Credit courses also completed at the University of Puget Sound (9 semester hours) and Columbia Basin College (30 quarter hours)

G.

H.  **II.   Academic and Related Positions**

A. **Primary Appointments**

| | | |
|---|---|---|
| Center for Population Research Portland State University | 2022-2023 | Research Associate |
| Aoyama Gakuin University, Tokyo, Japan | October 27 to November 11 2018 | Visiting Professor |
| University of California Riverside Department of Sociology | 2007 - 2018 | Professor of Sociology (emeritus, 2018) |
| University of Mississippi Department of Sociology & Anthropology | 2003-2007 | Professor of Sociology and Chair |
| Helsinki School of Economics Mikkeli Business Campus BScBA Program, BBA & MBA Program | 2000 to 2003 1999-2000 1997 to 1999 | Dean Acting Dean Visiting Faculty |
| Portland State University, Department of Urban Studies | 1995 to 1997 | Professor of Urban Studies |
| University of Arkansas at Little Rock, College of Business, Institute for Economic Advancement | 1992 to 1995 | Senior Demographic Specialist |

| | | |
|---|---|---|
| Pacific Lutheran University, Department of Sociology | 1987 to 1992 | Associate Professor (Tenure Awarded) |
| Bowling Green State University, Department of Sociology | 1985 to 1987 1984 to 1985 | Assistant Professor Visiting Instructor |
| Alaska Department of Labor | 1981-1983 | State Demographer |
| Population, Enrollment, and Economic Studies Division, Washington State Office of Financial Management | 1977-1981 | Research Investigator |
| East-West Population Institute | 1975 to 1977 | Staff Researcher |

## B. Conjoint and Miscellaneous Appointments

| | | |
|---|---|---|
| M.P.S in Applied Demography Dept. of Sociology & Criminology Penn State University | 2019 | Lecturer (On-line) Appdem 804 Business Demography Appdem 805 Demog & Public Policy |
| Center for Studies in Demography & Ecology, University of Washington | 2017- | Faculty Affiliate |
| Demographic and Social Analysis Program, Department of Sociology University of California Irvine | 2007- 2019 | Affiliated Faculty |
| Blakely Center for Sustainable Suburban Development University of California Riverside | 2008 - 2009 | Interim Director |
| Blakely Center for Sustainable Suburban Development University of California Riverside | 2007-2018 | Research Associate |
| Social Science Research Center Mississippi State University | 2004- | Research Fellow |
| Center for Population Studies University of Mississippi | 2003-2007 | Director |
| Theodore Roosevelt Institute | 2002-2011 | Senior Fellow |
| HELP University, Malaysia | April, 2003 | Guest Lecturer |

| | | |
|---|---|---|
| Mikkeli Polytechnic College, International Business Program | Spring, 2001 | Guest Lecturer in Statistics |
| | Spring, 2000 | Guest Lecturer in Statistics |
| Portland State University Center for Population and Census | 1995 -1997 | Director |
| University of Arkansas at Little Rock, Institute for Economic Advancement | 1992 -1995 | Director, Demographic Research Unit |
| University of Arkansas for Medical Sciences, National Center for Rural Mental Healthcare Research | 1992-1995 | Research Scientist |
| Pacific Lutheran University, Center for Social Research And Public Policy | 1987 -1992 | Director |
| Pacific Lutheran University, Department of Sociology | 1990-1991 | Acting Chair |
| Bowling Green State University, Population and Society Research Center | 1984-1987 | Assistant Director for Population Research |
| University of Alaska, Juneau School of Business Administration | 1983 | Lecturer |
| National Science Foundation "Research For Undergraduates" Demographic Research Laboratory Western Washington University | Summer, 1994 Summer, 1991 Summer, 1989 Summer, 1988 | Workshop Instructor Workshop Instructor Workshop Instructor Workshop Instructor |
| ICPSR Summer Program in Quantitative Methods, University of Michigan | July, 1989 July, 1988 July, 1987 July, 1986 | Guest Lecturer Workshop Instructor Workshop Instructor Workshop Instructor |
| Argonne National Laboratory, | Summer, 1987 | Faculty Research Participant |

## III. Teaching Experience

### A. Credit Courses

#### 1. Undergraduate Courses

*Sociology Courses*
Introductory Sociology
Population, Poverty, and Hunger
Introductory Statistics
Research Methods
Urban Sociology

*Population Studies/Demography Courses*
Introduction to Population Studies
Introduction to Applied Demography
Demographic Analysis and International Business
Market Demographics
Population Analysis
Population Forecasting
The Baby Boom
World Population Issues

*i.    Business Administration Courses*

Introductory Statistics for Business Administration
Business Mathematics
Demographic Methods and International Business
Quantitative Methods in Business
Business Forecasting
Market Demographics
Introduction to SPSS

#### 2. Graduate Courses

*Sociology Courses*
Research Methods
Multivariate Analysis
*Population Studies/Demography Courses*
Business Demographics
Demographic Methods
Advanced Market Demographics
Applied Demography
Population Forecasting
Population Estimation Methods

*Business Administration Courses*

Business Forecasting
Refresher Mathematics for MBA Students
Quantitative Methods

I.

**B. Non-Credit and Continuing Education Courses and Topics**

Census and Survey Administration
Census and Survey Methods
Interviewer Training

Population Estimation
Population Forecasting
Enrollment Forecasting

## *IV. Thesis Supervision*

### *A. Committees chaired*

2014. *Overcrowding as a Determinant of Violence in California State Prisons.* B. A. Honors
Thesis by John Maldonado. Department of Sociology. University of California Riverside.

2011 *Demographic Analysis and the U.S. Hispanic Population.* Ph.D. Dissertation by Matt
Kaneshiro, Department of Sociology, University of California Riverside.

2007. *A Comparison of Housing Unit Estimates to the American Community Survey Master
Address File.* Sociology M.A. Thesis completed by A. J. Reese. Department of Sociology
and Anthropology, University of Mississippi.

2004 *Towards International Standardisation of Accounting: IAS and the Accounting Practises
in Finland and Russia.* Senior (BScBA) Thesis completed by O. Nieminen, Mikkeli
Business Campus, Helsinki School of Economics and Business Administration

2003 *The Impact of International Mergers and Acquisitions on Brand Strategies.* Senior
(BScBA) Thesis completed by N. Yli-Pirilä, Mikkeli Business Campus, Helsinki School of
Economics and Business Administration.

2003 *International Franchising and Investment.* Senior (BScBA) Thesis completed by M.
Wainwright, Mikkeli Business Campus, Helsinki School of Economics and Business
Administration

2002 *Mobile Commerce: Hype or Reality?* Senior (BScBA.) Thesis completed by P. Louko,
Mikkeli Business Campus, Helsinki School of Economics and Business Administration.

2002 *Transport Perspectives within the European Union.* Senior (BScBA.) Thesis completed
by O. Martychtchenko, Mikkeli Business Campus, Helsinki School of Economics and
Business Administration.

2001 *Investing in African Economies: Inhibitions and Prospects – A General Overview.* Senior
(BBA.) Thesis completed by P. Kalubi, Mikkeli Business Campus, Helsinki School of
Economics and Business Administration.

1996 *Population Estimation Techniques Using the Housing Unit Method.* Master of Urban
Science (M.U.S.) Research Paper completed by Tom Bryan, Department of Urban
Studies, Portland State University (Co-chaired with George Hough).

1987 *Measuring Propensity: The Association between Socioeconomic Variables and
Differential Migration for Ohio, 1975-1980.* M.A. Thesis completed by K. A. Wright,
Department of Sociology, Bowling Green State University.

1986 *Estimation of Net Migration among Major regions in Iraq, 1957- 1977,* M.A. Thesis
completed by A. Al-Jiboury, Department of Sociology, Bowling Green State University.

1986    *An Interpretation of the Ratio-Correlation Method of Population Estimation.* M.A. Thesis completed by R. Prevost, Department of Sociology, Bowling Green State University.

### B. Committees of which a member

2017    *A Descriptive Profile of the Multiracial Asian Population in the United States.* Ph.D. Dissertation completed by Sooji Han, Department of Sociology, University of California Riverside

2014    A Spatial Examination of Residency Restriction Legislation: The Impact of Social Disorganization and Social Services. Ph.D. Dissertation completed by Erin Wolbeck, Department of Sociology, University of California Riverside

2012.   Exploring the Decision-Making Process in Relation to Legitimacy Assignment. Ph.D. Dissertation completed by Adam Sanford, Department of Sociology, University of California Riverside.

2005    *Unique Competencies of International Non-Governmental Organizations (INGOs): Empirical Explorations from India.* Ph.D. Dissertation completed by Pranaya Kumar Swain, Department of Sociology, Indian Institute of Technology-Kanpur, Kanpur, Utter Pradesh, India (External Examiner).

1991    *The Influence of Parents on the Drinking Patterns of Their Teenage Children.* M.A. Thesis completed by R. D. Jacobsen, Division of Social Sciences, Pacific Lutheran University.

1990    *Austrian National Identity and the Dokumentationsarchis des Osterreichischen Widerstandes.* M.A. Thesis completed by F. Hornquist, Division of Social Science, Pacific Lutheran University.

1989    *A Model for Fertility Change.* Ph.D. Dissertation completed by N. Sugathan, Department of Demography, University of Kerala, (External Examiner).

1989    *The Spruce Program: A Profile of the Participants.* M.A. Thesis completed by K. Roe, Division of Social Science, Pacific Lutheran University.

1986    *A Content Analysis of Music Videos.* M.A. Thesis completed by L. Olsen, Department of Radio, Television, and Film, Bowling Green State University.

1986    *Projection of Flexible Age-specific Migration Rates: An Examination of Pittenger's Simplified Techniques.* M.A. completed by B. Bennett, Department of Sociology, Bowling Green State University.

1986.   *Alienation Correlates of Marital Dissolution: A Longitudinal Study.* Ph.D. Dissertation completed by Yvonne Woods, Department of Sociology, Bowling Green State University.

### V. Professional Development

Participant in (and Successful completion of) Records Management Training, ALCS, June, 2016

Participant in (and Successful completion of) Information Security Training, ALCS, June, 2016.

Participant, Population Projections Workshop, Association for Latin American Population Studies, 16 November 2010.

Participant, U.S. Census Bureau Workshop, "The American Community Survey," 22 September 2010.

Participant, U.S. Census Bureau Webinar, "The American Community Survey: Tracking How We Change with Multi-Year Estimates," 18 November 2009.

Participant, Nielsen Claritas Webinar, "Small Area Population Estimates," 10 November 2009.

Special Sworn Status. US Census Bureau. 2007 (renewed, 2008).

Participant, "Title 13 Training, Confidentiality and Privacy." US Census Bureau, Completed, March, 2007 and renewed November 2008.

Participant, "The Basic Course in the Protection of Human Research Subjects," University of Mississippi, Completed, October, 2005.

Participant, RAND Summer Institute on Aging. RAND, Santa Monica, California. July, 2004.

Participant, Fulbright German Studies Seminar. Berlin, Rostock, and Bonn, Germany. June, 2003.

Participant in (and successful completion of), "Finnish for Foreigners II," Kuopio University, Kuopio, Finland, July-August, 2001

Participant in (and successful completion of), "Finnish for Foreigners I," Mikkeli Polytechnic College, Mikkeli, Finland, July, 2000

Participant in (and successful completion of), "Ethics in Business," Science Applications International Corporation, 1998, 1999

Participant in (and successful completion of), Regulatory and Licensing Training Program, U.S. Department of Energy, Yucca Mountain Project, Las Vegas, Nevada, November, 1998

Participant, "The American Community Survey," American Statistical Association, Los Angeles, California, August, 1997

Participant, "Marketing and Census 2000," Seattle, Washington, August, 1996

Participant in and successful completion of), "Refresher Swedish," Portland State University, Portland, Oregon, Fall, 1995.

Participant in (and successful completion of), "Introductory Finnish," Portland State University, Portland, Oregon, Fall, 1995

Participant, "Census 2000 Content and Access," Cincinnati, Ohio, April, 1993.

Participant, "Arkansas State Census Data Center Annual Meeting," Little Rock, Arkansas, October, 1992.

Participant, "The Strategic Planning Process," Pacific Lutheran University, January, 1992.

Participant, "1990 Census Content," U.S. Bureau of the Census (Seattle Regional Office),     Pacific Lutheran University, November, 1990.

Participant, "Programs and Products of the U.S. Bureau of the Census," U.S. Bureau of the Census (Detroit Regional Office) Bowling Green State University, April, 1987.

Participant, "Proposal Writing and Research Administration," College of Education, Bowling Green State University, Spring Semester, 1987.

Participant, "An Introduction to the Bootstrap," Continuing Education Session, American Statistical Association, Chicago, Illinois, August, 1986.

Participant, First Annual Research Conference, U.S. Bureau of the Census, April, 1985.

Participant in (and successful completion of),, "Performance Evaluation for Supervisory Personnel," Alaska Department of Labor, September, 1983.

Participant, "Planning for the 1990 Census," Continuing Education Session, American Statistical Association, Toronto, Ontario, Canada, August, 1983.

Participant, (and successful completion of), "Successful Project Management," Alaska Department of Personnel, Juneau, Alaska, October, 1981.

Participant in (and successful completion of), "MARK-IV Programming," Informatics, Inc., Olympia, Washington, 1980.

Participant in (and successful completion of), "IBM OS JCL" and "WYLBUR," Washington State University, Olympia, Washington, 1979.

Participant (and successful completion of), "Zero-Based Budgeting," Washington Office of Financial Management, Olympia, Washington, 1978.

Participant, "Funding Public Higher Education," Washington Office of Financial Management-Washington Higher education Coordinating Board, Olympia, Washington, 1977.

Participant, "Didactic Seminar on Causal Modeling," American Sociological Association, San Francisco, California, August, 1976.

Participant in (and successful completion of), "Swedish I," "Swedish II," and "Swedish III," Stockholm University, Stockholm, Sweden, 1973-74.

Participant, "1970 Census Products and Their Use," Hawaii Department of Administration, Honolulu, Hawaii, May, 1973.

Participant in (and successful completion of), "Introduction to Basic Assembly Language (BAL) Programming," University of Hawaii, Honolulu, Hawaii, Spring, 1973.


## VI. Research Projects and Grants


J.    **A. Research Grants and Contracts Let and Administered**

"Survey of Food Consumption and Lifestyles," Nye and Lincoln counties, Nevada, ($100,000). 1996-97, University of Nevada Las Vegas

"1984 Residential Energy Survey" ($250,000). 1983-84, Walker Information, Inc.

"Cooperative Publication on Alaskan Native Demography" ($4,000). 1984, Alaska Department of Labor.

"Chloropleth Computer Mapping" ($3,500). 1983, Alaska Department of Labor.

"Public Opinion Survey", Washington State Board for Community College Education, ($25,000). 1981Gilmore Research Group.

"Revision to the Higher Education Enrollment Projection System (HEEPS)," ($5,000), 1980, Washington State Office of Financial Management.

"Population Forecasting System" ($30,000), 1980, Washington State Office of Financial Management.

K.    **B. Research Contracts Awarded**

Population Health Impact of Reduced Risk Tobacco Products ($320,000). ALCS, Inc. (Principal Investigator) 2013-2018.

Hopi Tribal Population Dynamics and Forecast ($70,000). Hopi Tribe. 2017-2019.

Population Forecasting System Evaluation ($20,000) Washington State Office of Financial Management (Co-Principal Investigator with J. Tayman), 2015-2016

Accuracy Study ($228,000). ESRI (Co-Principal Investigator, Cropper GIS), 2011-2012.

Population Projections for Native Hawaiians. ($16,078). Policy Analysis and System Evaluation, Kamehameha Schools, Honolulu, Hawaii. March, 2008 (Principal Investigator, McKibben Demographic Research).

Evaluation of methods used to estimate vacancy rates and average persons for households ($25,000), U. S. Bureau of the Census, Summer 2007- Fall 2008.
Multi-Year Estimates, American Community Survey, ($5,500). U. S. Bureau of the Census, Summer, 2007.

Evaluation of Methods used to Estimate the Size and Composition of the Foreign-Born Population ($27,000). U.S. Bureau of the Census, September, 2006 (through Sabre Systems, Inc.), Spring 2007 - Fall 2007.

Enrollment Forecasting and Attendance Boundary Study. ($12,000). Harrison County School District, Biloxi, MS., Fall, 2006. (Principal Investigator, J. McKibben).

Small Area Labor Force and Population Projections. ($7,500). Southern Nevada Regional Planning Commission (Subcontract with Theodore Roosevelt Institute, Las Vegas, NV), Summer, 2006

Population Projections of the Chinese Population by Age and Sex for 22 Selected Counties. ($1,500). Third Wave Research, Inc. Madison, Wisconsin. November 2004.

Population Projections for Native Hawaiians. ($9,871.24). Policy Analysis and System Evaluation, Kamehameha Schools, Honolulu, Hawaii. May 2004.

Forecasting Headcount Enrollment at the Southaven Satellite Campus, ($2,000). Office of Outreach and Continuing Education, University of Mississippi. December 2003.

Estimation and Forecasting of U.S. Lifestyle Segments, 2002 to 2012 ($6,500), Third Wave Research, Inc., Madison, Wisconsin. October, 2002.

Review and Revision of Demographic Forecasts for Jubail, Saudi Arabia ($20,000), Parsons Brinckerhoff, Inc., Jubail, Saudi Arabia, July, 1999.

Demographic Mentoring and Instruction ($3,000), Western Washington University, Bellingham, Washington, 1999.

Washoe County Population Estimation System Development ($24,900), Washoe County Nevada. 1999.

Redesign of the Nevada State Population Forecasting Model ($12,000), Nevada Consulting Alliance/Nevada State Demographer's Office. 1998-99.

Census Enumerator, Crew Leader, and Supervisor Training, Neighborhood Census Project ($2,500), Portland Multnomah Progress Board (funded by a grant from the Anne E. Casey Foundation), Portland, Oregon. 1997.

Evaluating Response Rates for the American Community Survey, Portland Test Site, ($2,000) U.S. Bureau of the Census. 1997.

Estimating Household Income from Incomplete Data ($25,000), Metromail, Inc. 1997.

Liberal Education Profile, Portland State University ($70,000), Portland State University. 1997 (with D. Atkinson).

Forecasting Enrollment and Attendance Zone Changes for the Hillsboro 1J District ($77,000), Hillsboro1J School District, Oregon, 1995-1996 (with D. Lycan, G. Hough, and I. Sharkova).

Forecasting Enrollment for the Newberg School District ($5,000), Newberg School District, Oregon, 1996.

Estimating and Forecasting U.S. Lifestyle Segments, 1990 to 2010 ($5,000), Third Wave Research, Inc. (with T. Bryan and G. Hough)

Omnibus Contract for Income Surveys, Community Development Block Grants ($18,000), Oregon Department of Economic Development, 1996.

Tribal Membership Forecast ($1,400). The Confederated Tribes of the Grand Ronde Community of Oregon, 1995.

"Demographic Services" for Study included in ADAMNA Grant No. P50 MH48197-03, entitled "Center For Rural Mental Health Care Research" ($7,198). University of Arkansas for Medical Sciences, 1992-93.

"Kitsap County Open Space Poll." Consultation and Training of a Volunteer Organization to conduct Polling in support of a proposed open-space Bond Issue, Kitsap County, Washington ($3,000). Kitsap Citizens for Open Space, 1992.

"Pierce County Private Industry Council, Evaluation of Programs." ($25,000). Pierce County Private Industry Council. 1991. (with J. Schiller and K. McDade).

Pierce County Solid Waste Management Survey: ($12,000). Jacobsen Ray McLaughlin and Fillips, Inc., 1991.

"1991 Tacoma-Pierce County Quality of Life Survey." Module on Mental Health Issues ($3,000). Greater Lakes Mental Health Foundation, 1991.

"Implementation of the REMI Socioeconomic Forecasting Model in support of the SAIC/YMPO socioeconomic monitoring program and SCA model development." ($29,000). Science Applications International Corporation, Yucca Mountain Project Office. U.S. Department of Energy, 1991.

"1990 Tacoma-Pierce County Quality of Life Survey." Module on health Issues ($6,000). Tacoma-Pierce County Health Department,.

1990."Implementation of the REMI Socioeconomic Forecasting Model, in support of the SAIC/YMPO socioeconomic monitoring program and SCA model development." ($38,000). Science Applications International Corporation, Yucca Mountain Project Office. U.S. Department of Energy, 1990.

"Review and Analysis of the Demographic Module of the EDFS-S REMI Module." ($6,380). Science Applications International Corporation, Yucca, Mountain Project Office, U.S. Department of Energy, 1989-90.

"Small Area Model Development for the High Level Radioactive Waste Repository." ($10,000). Battelle Human Affairs Research Centers, 1989.

"1989 Tacoma-Pierce County Solid Waste Management Survey." module on hazardous and other household wastes ($6,000). Pierce County Waste Management Division, Pierce County, Washington, 1989.

"Pierce County Solid Waste Management Survey." ($17,000). Pierce County, Washington          (Co-Investigator with J. Schiller), 1988.

1988 "Tacoma Area Quality of Life Survey," module on racial issues ($2,000). Tacoma Urban League (Co-Investigator with J. Schiller), 1988.

"Evaluation of the Demographic Component of the HARC/REMI Economic Demographic Model ($3,000). Battelle Human Affairs Research Centers, 1988.

'Survey of Applied Demographers." ($1,500). Population Association of America, 1986-87.

"Life Tables By Sex, 1980 and 1970 and Net Migration By Age and Sex, 1970-80 and 1960-70 For Ohio." ($750). Final Report submitted to the Ohio Data User's Center, Department of Development, December, 1984.

"Technical Data Services." ($2,500). Alaska Reapportionment Board, 1981. 1980 Census Computer Tape Acquisition and Evaluation" ($3,000). Washington State Redistricting Board, 1979.

### C. Research Grants Awarded

"Measuring Health Status for Populations with Incomplete Census & Vital Statistics Information: Estimating Life expectancy at Birth." ($9,861). COR Fellowship. University of California Riverside. 2017.

"Socio-Economic Status, Race, and Life Expectancy in Los Angeles County, 1970-1990: A Proof of Concept Proposal for $20,100 in Funds under Strategic Goal 1. ($20,100) College of Humanities, Arts, and Social Sciences, University of California (Principal Investigator). 2011-2012.

"Virtual Co-laboratory for Policy Analysis in Greater Los Angeles" ($2,300,000). UC Multicampus Research Program and Initiatives, University of California. (Co-Investigator with Richard Arnott et al.). 2010-2014.

"Perceptions of Disaster Relief and Recovery: Analyzing the Importance of Social and Kinship Networks Among Hurricane Katrina Refugees on the Mississippi Gulf Coast." ($96,212). National Science Foundation (Co-Principal Investigator with F. Forgette and M. Van Boening), 2005-6.

"Interdisciplinary Working Group to Develop a Strategy for the  Development of an NICHD Population and Health Research center in Mississippi." ($9,400). Office of Research and Sponsored Programs, University of Mississippi (Principal Investigator, with Co-Investigators, Fazlay Faruque and Peggy Hewlett). 2005-6.

"Applied Demographic Research in Migration" ($40,000). National Science Foundation (Co-Director with L.M. Tedrow), 1991.

"Applied Demographic Research in Migration" ($40,000). National Science Foundation (Co-Director with L.M. Tedrow), 1989.

"Applied Demographic Research in Migration" ($40,000). National Science Foundation (Co-Director with L.M. Tedrow), 1988.

"VCR Survey" ($1,500). Kaltenborn Foundation (with B. Klopfenstein), 1987.

VCR Survey" ($5,000). National Association of Broadcasters (with B. Klopfenstein), 1987.

"Pilot Survey of VCR Use" ($1,500). Kaltenborn Foundation, 1986.

"Pilot Survey of VCR Use" ($2,730). Bowling Green State University, 1986.

"Socioeconomic Correlates of Infant Mortality: Ohio, 1980" ($90,000). U.S. Department of Health and Human Services. (Co-principal Investigator with E.G. Stockwell and J. Wicks), 1985-86.

### D. Program Grants Awarded

"Transition Funding for the BScBA Degree Conversion, Phase II (€100,000), European Union Objective 1 Program (with V-P. Heiskanan). 2002

"Transition funding for the BScBA Degree Conversion, Phase I (€200,000), European Union Objective 1 Program (with V-P. Heiskanen), 2001

"BBA Program Development" (€200,000) European Union Objective 1 Program (with J. Masalin), 2000.

"Academic Challenge: Developing an Applied Demography Program, Bowling Green State University" ($121,336). Ohio Board of Regents (with M. Pugh et al.), 1986.


## VII. Publications

### A. Books and Monographs

Socio-demographic Perspectives on the COVID-19 Pandemic. (Forthcoming) Co-editor with Richard Verdugo. Information Age Publishing, Charlotte, NC.

Global Populations in Transition (2018). Co-author with Jo Martins and Fei Guo. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

Cohort Change Ratios and Their Applications. (2017). Co-author with Jack Baker, Jeff Tayman, and Lucky Tedrow. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

The Frontiers of Applied Demography. (2016) Editor. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

The Washington State Census Board and Its Demographic Legacy. (2016). Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

Methods of Demographic Analysis. (2014). Co-author with Farhat Yusuf and Jo Martins. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

A Practitioner's Guide to State and Local Population Projections. (2013). Co-author with Stanley K. Smith and Jeff Tayman. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

Subnational Population Estimates. (2012). Co-author with Jeff Tayman. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

Opportunities and Challenges for Applied Demography in the 21st Century. (2012). Co-Editor with Nazrul Hoque. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York .

Learning Statistics: A Manual for Sociology Students.(2012). Cognella Academic Publishing/University Readers. San Diego, CA.

An Introduction to Consumer Demographics and Behaviour: Markets are People. (2011). Co-author with Farhat Yusuf and Jo Martins. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

Estimating Characteristics of the Foreign-Born by Legal Status: An Evaluation of Data and Methods (2011). Co-author with Dean Judson. Springer Briefs in Population Studies, Volume 2, Springer, B.V. Press. Dordrecht, Heidelberg, London, and New York.

CEMAF as a Census Method: A Proposal for a Re-Designed Census and an Independent Census Bureau. (2011). Co-author with Paula Walashek. Springer Briefs in Population Studies, Volume 1, Springer, B.V. Press. Dordrecht, Heidelberg, London, and New York

Applied Demography in the 21st Century. (2008). Co-Editor with Steve Murdock. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

Southern Nevada Regional Economic Study (2006). Co-author with Alan Schlottmann, Robert Schmidt, and Edward Feser. Theodore Roosevelt Institute. Irvine, CA and Las Vegas, NV.

The Methods and Materials of Demography, 2nd Edition.. (2004). Co-Editor with Jacob Siegel. Academic/Elsevier Press: Los Angeles.

Population Projections for States and Local Areas: Methodology and Analysis. (2001). Co-author with Stanley K. Smith and Jeff Tayman. Kluwer Academic /Plenum Press: New York.

Issues In Applied Demography: Proceedings of the 1986 National Conference (1987) Co-Editor with Jerry Wicks. PSRC Press: Bowling Green, Ohio.

Socioeconomic Correlates of Infant Mortality-Ohio, 1980. Final Report for the Maternal and Child Health and Crippled Service Program, Grant MCJ-390520-01 (1986) Co-author with Edward G. Stockwell and Jerry Wicks.

Alaska Population Overview: 1982. Alaska Department of Labor (1983). Editor.

Alaska Population Overview: 1981. Alaska Department of Labor (1982). Editor.

## B. Book and Monograph Chapters

Swanson, D. R. Sewell and T. Bryan (2021). The Effect of the Differential Privacy Disclosure Avoidance System Proposed by the Census Bureau on 2020 Census Products: Four Case Studies of Census Blocks in Alaska. pp. 2058-2062 in JSM 2021: Statistics, Data, and the Stories They Tell. American Statistical Association, Alexandria, VA.

"Estimating the underlying infant mortality rates for small populations: A case study of counties in Estonia." (2021), pp. 3-21 in R. Verdugo (Ed). The Demographic Crisis in Europe: Selected Essays. Information Age Publishing. Charlotte, NC.

"Constructing Life Tables from the Kaiser Permanente Smoking Study and Applying the Results to the Population of the United States." (2020) pp.115-152 in B. Jivetti and M. N. Hoque (eds.). Population Change and Public Policy. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with S. Chow and T. Bryan).

"The Number of Native Hawaiians and Part-Hawaiians in Hawai'i, 1778 to 1900: Demographic Estimates by Age." (2020) pp. 345-356 in B. Jivetti and M. N. Hoque (eds.). Population Change and Public Policy. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

"A Bio-demographic Perspective on Inequality and Life Expectancy: An Analysis of 159 Countries for the Periods 1970-90 and 1990-2010." (2018) pp. 577- 613 in C.R. Rao and A. Rao (eds.), Handbook of Statistics, Vol. 38. Elsevier Press (with L. Tedrow).

"Foreword." (2016). pp. v-vi in T. Wilson, E. Charles-Edwards, and T. Bell (eds.) Demography for Planning and Policy: Australian Case Studies. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

"Demographics and Market Segmentation: China and India." (2016). pp. 3-19 in D. Swanson (ed.) The Frontiers of Applied Demography. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with J. Martins, F. Yusuf, and G. Brooks).

"Census Costs: Rationale for Re-designing Traditional Census Data Collection Methodology with the Census-Enhanced Master Address File" (2016). pp. 287-301 in D. Swanson (ed.) The Frontiers of Applied Demography. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with A. Yacyshyn).

"A Long Term Test of the Accuracy of the Hamilton-Perry Method for Forecasting State Populations by Age."(2016). pp, 491-513 in D. Swanson (ed.) The Frontiers of Applied Demography. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with J. Tayman).

"Exploring Stable Population Concepts from the Perspective of Cohort Change Ratios: Estimating the Time to Stability and Intrinsic r from Initial Information and Components of Change." (2016) pp. 227-258 in R. Schoen (ed.). Dynamic Demographic Analysis. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with L. Tedrow and J. Baker).

"An Exploratory Examination of Population and Stability in Afghanistan." (2015). pp. 305-322 in R. Sáenz, N. Rodríguez, and D. Embrick (eds.). The International Handbook of the Demography of Race and Ethnicity. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with S. El-Badry).

"Applied Demography" (2015). pp. 839-844 in: James D. Wright (editor-in-chief). International Encyclopedia of the Social & Behavioral Sciences, 2nd edition, Vol 1. Oxford: Elsevier.

"On the Ratio-correlation Method of Population Estimation and Its Variants." (2014). pp. 93-118 in N. Hoque and L. Potter (eds.). Emerging Techniques in Applied Demography. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with J. Tayman).

"A Loss Function Approach to Examining ACS Estimates: A Case Study of 2010 "Person per Household" Estimates for California Counties" (2012). pp. 98-100 in  (D. Cork, Ed.) Case Studies/Agenda Book, Workshop on the Benefits (and Burdens) of the American Community Survey. National Research Council, National Academy of Sciences, Washington, DC. (with George Hough). http://sites.nationalacademies.org/cs/groups/dbassesite/documents/webpage/dbasse_073124.pdf

"DOMICILE 1.0: An Agent-Based Simulation Model for Population Estimates at the Domicile Level." (2012). pp. 345-370  in N. Hoque and D. A. Swanson (eds.) Opportunities and Challenges for Applied

Demography in the 21st Century. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with C. Griffith, M. Knight, and B. Long).

"Introduction." (2012) pp. 1-3 in N. Hoque and D. A. Swanson (eds.) Opportunities and Challenges for Applied Demography in the 21st Century. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York (with N. Hoque).

"Disappearing Hispanics? The Case of Los Angeles County, California: 1990-2000." (2011) pp. 95-122 in R. Verdugo (ed.). The Demography of the Hispanic Population: Selected Essays. Charlotte, NC: Information Age Publishing. Charlotte, NC. (with M. Kaneshiro and A. Martinez).

"Applied Demography: Its Business and Public Sector Components." (2008) in Yi Zeng (ed.) The Encyclopedia of Life Support Systems, Demography Volume. UNESCO-EOLSS Publishers. Oxford, England. (with L. Pol).(Online at http://www.eolss.net/ ).

"Applied Demography at the Beginning of the 21st Century." (2008) pp. 3-12 in S. Murdock and D. Swanson (eds.). Applied Demography in the 21st Century. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York. (with S. Murdock).

"Measuring Uncertainty in Population Data Generated by the Cohort-Component Method: A Report on Research in Progress." (2008) pp. 165-189 in S. Murdock and D. Swanson (eds.). Applied Demography in the 21st Century. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.

"Opportunities and Challenges for Applied Demography in the 21st Century" (2008). pp. 361-368 in S. Murdock and D. Swanson (eds.). Applied Demography in the 21st Century. Springer B.V. Press. Dordrecht, Heidelberg, London, and New York.. (with S. Murdock).

"Introduction." pp. 1 - 8 in J. Siegel and D. Swanson (eds.) The Methods and Materials of Demography, Condensed Edition, Revised. (2004). Academic/Elsevier Press: Los Angeles. (with J. Siegel).

"Internal and Short Distance Migration." pp. 493-522 in J. Siegel and D. Swanson (eds.) The Methods and Materials of Demography, Condensed Edition, Revised. (2004). Academic/Elsevier Press: Los Angeles. (with T. Bryan and P. Morrison).

"Population Projections." pp. 561-601 in J. Siegel and D. Swanson (eds.) The Methods and Materials of Demography, Condensed Edition, Revised. (2004).Academic/Elsevier Press: Los Angeles. (with M.V. George, S. Smith, and J. Tayman).

"Glossary and Demography Timeline" pp. 751-786 in J. Siegel and D. Swanson (eds.) The Methods and Materials of Demography, Condensed Edition, Revised. (2004). Academic/Elsevier Press: Los Angeles. (with G.E. Stephan).

"Regional Survey." pp. 3-151 to 3-155 in Viability Assessment for A Repository at Yucca Mountain, Nevada. 1998. U.S. Department of Energy: Washington, D.C.

"Evaluation Approach for the Arkansas Pilot Rural Enterprise Center." pp. 114-119 in P. Shapira and J. Youtie (eds.) Evaluating Industrial Modernization Programs: Practices, Methods, and Results. 1995. Georgia Institute of Technology: Atlanta, GA. (with J. Opitz, C. Franklin, S. Miller, and F. Fenix).

"Confidence Intervals for Net Migration that Incorporate Measurement Errors in Census Counts." pp. 121-140 In K. V. Rao and J. Wicks (eds.) Issues in Applied Demography: Proceedings of the International Conference on Applied Demography. 1994. PSRC Press: Bowling Green, Ohio (with H. Kintner).

"Estimating Vital Rates from Corporate Databases: How Long Will General Motors' Salaried Retirees Live?" pp. 265-297 in H. Kintner, T. Merrick, P. Morrison, and P. Voss (eds.) Demographics: A Casebook For Business and Government. 1994. Westview Press: Boulder, Colorado (with H. Kintner).

"Overview of Demography and Management Issues in Business." pp. 92-93 In J. Wicks and D. Swanson (eds.) Issues in Applied Demography: Proceedings of the 1986 National Conference. 1986. PSRC Press: Bowling Green, Ohio. 1987.

"Public Opinion," Chapter II in A Report to the Governor and the Legislature: The Community College System in Washington. Washington State Board for Community College Education: Olympia, WA 1980. (with R. Bell).

### C. Refereed Journal Articles

2022    Global Under-reporting of COVID-19 cases from January 1, 2020 to May 6, 2022." Current Science (https://www.currentscience.ac.in/Volumes/123/06/0741.pdf ) (with S. Krantz and A Rao).

2022    Using Taylor's Law to Estimate Variance in Annual Unemployment by State." Review of Economics and Finance (https://refpress.org/ref-vol20-a18/ ) (with J. Tayman).

2022    "Two New Mathematical Equalities in the Life Table." Canadian Studies in Population (https://doi.org/10.1007/s42650-022-00065-3) (with L.M. Tedrow).

2022    "Forecasting a Tribal Population using the Cohort-Component Method: A Case Study of the Hopi." Population Research and Policy Review (https://doi.org/10.1007/s11113-022-09715-5).

2022    "Taylor's Law and the Relationship between Life Expectancy at Birth and Variance in Age at Death in a Period Life Table. Population Review 61 (1): 31-42. (with L. Tedrow).

2021    "An Example of Converting Clinical Study Mortality Data into a Life Table: The U.S. Population with Sickle Cell Disease." Open Journal of Public Health. 3 (1): 1-5.

2021.   "On Mathematical Equalities and Inequalities in the Life Table: Something Old and Something New." Canadian Studies in Population 48 (June): 225-237 https://link.springer.com/article/10.1007/s42650-021-00044-0 (with L. Tedrow).

2021    "Using Synthetic Adjustments and Controlling to Improve County Population Forecasts from the Hamilton-Perry Method." Population Research and Policy Review https://doi.org/10.1007/s11113-021-09646-7 (with J. Tayman and J. Baker).

2021    "The Accuracy of Hamilton-Perry Population Projections for Census Tracts in the United States." Population Research and Policy Review. https://doi.org/10.1007/s11113-020-09601-y (with J. Baker and J. Tayman).

2020    "How Relevant is the Basic Reproductive Number Computed during COVID-19, Especially during Lockdowns?" Infection Control and Hospital Epidemiology Dec 14;1-7. doi: 10.1017/ice.2020.1376. Online ahead of print. (with A. Rao, S. Krantz, M. Bonsall, T. Kurien S. N. Byrareddy, R. Bhat and S. Kurapati).

2020.   "Estimating the underlying death rate of a small population: A case study of counties in Kansas, Nebraska, North Dakota, and South Dakota." Transactions of the Kansas Academy of Science 123 (3-4): 353-369 (with J. Baker and A. Kposowa).

2020 "Estimating the Underlying Infant Mortality Rates for Small Populations, Even Those Reporting Zero Infant Deaths: A Case Study of 42 Counties in Mississippi." Journal of the Mississippi Academy of Sciences 65 (2): 183-197 (with R. Cossman).

2019. "A New Estimate of the Hawaiian Population for 1778, the Year of First European Contact." Hūlili 11 (2): 203-222.

2019. "Estimating the stochastic uncertainty in sample-based estimates of infant mortality in Ghana." Journal of Economic and Social Measurement 44: 161-175. (with J. Baker and A. Kposowa).

2019. "Estimating the underlying infant mortality rates for small populations, even those reporting zero infant deaths: A case study of 66 local health areas in British Columbia." Canadian Studies in Population 46 (2): 173-187

2019. The Civil War's Demographic Impact on White Males in the 11 Confederate States: An Analysis by State and Selected Age Groups." Journal of Political and Military Sociology 46 (1): 1-26 (with R. Verdugo).

2019. "Estimating the underlying infant mortality rates for small populations: An historical study of US counties in 1970." Journal of Population Research 36 (3): 233–244 (with Jack Baker).

2019 Estimating the underlying infant mortality rates for small populations, including those reporting zero infant deaths: A case study of counties in California." Population Review 58 (2): 1-22 (with J. Baker and A. Kposowa).

2018. "A Note on rescaling the arithmetic mean for right-skewed positive distributions. Review of Economics and Finance.14 (4):17-24 DOI Article ID: 1923-7529-2018-04-17-08 (with Jeff Tayman and Tom Bryan).

2017. "Using Modified Cohort Change and Child Woman Ratios in the Hamilton-Perry Forecasting Method." Journal of Population Research 34 (3): 209-231. (with J. Tayman).

2017. "The Civil War's Demographic Impact on White Males in Mississippi." Journal of the Mississippi Academy of Sciences 62 (3). (with R. Verdugo).

2016. "New Insights on the Impact of Coefficient Instability on Ratio-Correlation Population Estimates." Journal of Economic and Social Measurement 41: 121-143 (with J. Tayman).

2015. "On the Relationship among Values of the same Summary Measure of Error when it is used across Multiple Characteristics at the same point in time: An Examination of MALPE and MAPE." Review of Economics and Finance 5 (1): 1-14.

2013. "Consumer Demographics: Welcome to the Dark Side of Statistics." Radical Statistics 108: 38-46.

2012. "Socio-Economic Status and Life Expectancy in the United States, 1990-2010: Are We Reaching the Limits of Human Longevity?". Population Review 51 (2): 16-41 (with A. Sanford).

2012. "Population, the Status of Women, and Stability in Afghanistan." The Southern Africa Journal of Demography 13 (1): 5- 36 (with S. El-Baldry).

2012. "Using Cohort Change Ratios to Estimate Life Expectancy in Populations with Negligible Migration: A New Approach." Canadian Studies in Population 39: 83-90. (with L. Tedrow).

2012. "An Evaluation of Persons per Household (PPH) Data Generated by the American Community Survey: A Demographic Perspective." Population Research and Policy Review 31: 235-266. (with G. Hough).

2011. "On Estimating a De Facto Population and Its Components." Review of Economics and Finance 5:17-31 (with J. Tayman).

2011. "MAPE-R: A Rescaled Measure of Accuracy for Cross-Sectional, Sub-national Forecasts." Journal of Population Research 28: 225-243 (with T. Bryan and J. Tayman).

2011. "Immigration and its Effect on Demographic Change in Spain." The Open Demography Journal 4:22-33 (with R. Verdugo).

2010. "New Directions in the Development of Population Estimates in the United States?". Population Research and Policy Review 29 (6): 797-818 (with J. McKibben).

2010. "Socio-economic Status and Life Expectancy in Indiana, 1970-1990." The Open Demography Journal 3:1-7. (with N. Hoque).

2010 "Business Demography in the 21st Century." Population Research and Policy Review. 29 (1): 1-3 (with F. Yusuf).

2010 "Forecasting the Population of Census Tracts by Age and Sex: An Example of the Hamilton-Perry Method in Action." Population Research and Policy Review 29 (1): 47-63 (with A. Schlottmann and R. Schmidt).

2010. "Teaching Business Demography Using Case Studies". Population Research and Policy Review. 29 (1): 93-104 (With P. Morrison).

2010 "Towards a Comprehensive Quality Assurance System for Degree Programs in Higher Education." The Montana Professor 20(1): 13-20.

2009 "Socio-Economic Status and Life Expectancy in the United States, 1970-1990." Population Review 48 (1): 39-63 (with Mary McGehee and Nazrul Hoque)
(Reprinted in the Special 60th Anniversary Issue of Population Review, 2021)

2009 "The Socio-Demographic and Environmental Effects of Katrina: An Impact Analysis Perspective". The Open Demography Journal.2 (11): 36-46. (with R. Forgette, J. McKibben, M. Van Boening, and L. Wombold).

2009 "Socio-economic Status and Life Expectancy in Florida, 1970 to 1990." The Florida Scientist 72 (3): 242-248. (with M. McGehee).

2009 "Socio-economic Status and Life Expectancy in Mississippi, 1970-1990. Journal of the Mississippi Academy of Sciences 54 (3-4): 190-195 (with M. McGehee).

2009 "Hurricane Katrina: A Case Study of Its Impacts on Medical Service Providers and Their Client Populations." The Open Demography Journal 2: 8-17.

2009 "A Model Growth Curve for Juvenile Age Estimation using Diaphyseal Long Bone Lengths among Ancient Maya Populations." Latin American Antiquity 20 (1): 3-14 (with M. Danforth, G. Wrobel, and C. Armstrong).

2009 "After a Disaster: Lessons in Survey Methodology from Hurricane Katrina." Population Research and Policy Review 28: 67-92 (with T. Henderson, M. Sirois, A. Chia-Chen Chen, C. Airriess, and D. Banks).

2009 "Before, Now, and After: Assessing Hurricane Katrina Relief." Population Research and Policy Review 28: 31-42 (with R. Forgette, B. Dettrey, and M. Van Boening).

2008 "The Demographic Effects of Hurricane Katrina on the Mississippi Gulf Coast: An Analysis by Zipcode." Journal of the Mississippi Academy of Sciences. 53 (4): 213-231.

2008 "Psychologists and Hurricane Katrina: Natural Disaster Response through Training, Public Education, and Research." Training and Education in Professional Psychology 2: 83-88 (with S. Schulenberg, K. Dellinger, A. Koestler, A. Kinnell, R. Forgette, and M. Van Boening).

2008 "Applied Demography in Action: A Case Study of Population Identification." Canadian Studies in Population 35 (1): 133-158.

2007 "On MAPE-R as a Measure of Cross-sectional estimation and forecast accuracy." Journal of Economic and Social Measurement 32 (4): 219-233 (with C. Coleman).

2007 "Assessing Katrina's Demographic and Social Impacts on the Mississippi Gulf Coast." Journal of the Mississippi Academy of Sciences 54 (2): 228-242 (with R. Forgette, M. Van Boening, C. Holley, and A. Kinnell).

2007 "Determinants of Government Aid to Katrina Survivors: Evidence from Survey Data." Southern Economic Journal 74 (2): 344-362. (with W. Chappell, R. Forgette, and M. Van Boening).

2007 "Providing Census Tabulations to Government Security Agencies in the United States: The Case of Arab-Americans." Government Information Quarterly 24(2): 470-487. (with S. El-Badlry).

2006 "The United States Census at the Dawn of the 21st Century." Journal of Economic and Social Measurement. 31(3-4): 139-149. (with Charles G. Renfro).

2006 "The Roots of Conflict over U.S. Census Counts in the Late 20th Century and Prospects for the 21st Century." Journal of Economic and Social Measurement 31 (3-4): 185-205 (with P. Walashek).

2006 "An Evaluation of the American Community Survey: Results from the Oregon Test Site." Population Research and Policy Review 25(3): 257-273. (with G. Hough).

2006 "A Comparison of in-class and Online Student Evaluations" Delta Education Journal 3(2): 37-47.

2005 "Deep Structure Learning and Statistical Literacy." Delta Education Journal 3(1): 41-52.

2004 "Contemporary Developments in Applied Demography within the United States." Journal of Applied Social Science 21 (2): 26-56 (with L. Pol).

2004 "Advancing Methodological Knowledge within State and Local Demography: A Case Study." Population Research and Policy Review 23 (August): 379-398.

2000 "A Note on the Measurement of Accuracy for Subnational Demographic Estimates." Demography 37 (May): 193-201 (with J. Tayman and C. Barr).

1999 "In Search of the Ideal Measure of Accuracy for Subnational Demographic Forecasts." Population Research and Policy Review 18: 387-409 (with J. Tayman and C. Barr).

1998 "Merging Methods and Judgment for K-12 Enrollment Forecasting." Educational Research Service Spectrum 16 (Fall): 24-31 (with G. Hough, R. Lycan, C. Clemans, and J. Rodriguez).

1999 "On the Validity of MAPE as a Measure of Population Forecast Accuracy." <u>Population Research and Policy Review</u> 18: 299-322 (with J. Tayman).

1998 "Toward an Assessment of Continuous Measurement: A Comparison of Returns with 1990 Census Returns for the Portland Test Site." <u>Journal of Economic and Social Measurement</u>. 24: 295-308 (with G. Hough).

1998 "In Defense of the Net Migrant." <u>Journal of Economic and Social Measurement</u>. 24: 155-170 (with S. Smith).

1997 "On Teaching Statistics." <u>Voprosy Statistiki</u> 7: 77-80. (with J. McKibben, *in Russian*)

1997 "Forecasting For School Attendance Zone Changes: Merging GIS and Demographic Methods With Local Expert Judgment." <u>Market and Demographic Analysis</u> 3(6): 23-31(with G. Hough, D. Lycan, and I. Sharkova, *in Chinese*).

1997 "Linking Substance and Practice: A Case Study of the Relationship Between Socio-Economic Structure and Population Estimation." <u>Journal of Economic and Social Measurement</u> 24: 135-147. (with J. McKibben).

1997 "Socioeconomic Impacts of the Proposed Federal Gaming Tax." <u>International Journal of Public Administration</u> 20: 1675-1698 (with R. Schmidt and C. Barr).

1996 "Socioeconomic Status, Race and Life Expectancy In Arkansas, 1970-1990." <u>Journal of The Arkansas Medical Society</u> 93 (9): 445-447. (with M. McGehee).

1996 "On the Utility of Population Forecasts." <u>Demography</u> (33 (4): 523-528. (with J. Tayman).

1996 "Ties That Bind: A Case Study of The Link Between Employers, Families and Health Benefits." <u>Population Research and Policy Review</u> 15(5-6): 509-523 (with H. Kintner).

1996 "What Is Applied Demography?" <u>Population Research and Policy Review</u> 15 (5-6): 403-418 (with T. Burch and L. Tedrow).

1995 "Between a Rock and a Hard Place: The Evaluation of Demographic Forecasts." <u>Population Research and Policy Review</u> 14:233-249 (with J. Tayman).

1995 "Estimating the Population of Rural Communities By Age and Gender: A Case Study of the Local Expert Procedure." <u>Small Town</u> (May-June):14-21 (with J. Carlson, L. Roe, and C. Williams).

1995 "Mean Square Error Confidence Intervals For Measuring Uncertainly in Intercensal Net Migration Estimates: A Case Study of Arkansas, 1980-1990." <u>Journal of Economic and Social Measurement</u> 21:85-126 (with H. Kintner and M. McGehee).

1995 "On the Utility of Lagged Ratio-Correlation as a Short-term County Population Estimation Method: A Case Study of Washington State." <u>Journal of Economic and Social Measurement</u> 21:1-16 (with D. Beck and J. Tayman).

1994 "A New Short-term County Population Projection Method." <u>Journal of Economic and Social Measurement</u> 20: 25-50 (with D. Beck).

1993 "Toward Measuring Uncertainty in Estimates of Intercensal Net Migration." <u>Canadian Studies In Population</u> 20 (2):153-191 (with H. Kintner).

1993 "Measurement Errors in Census Counts and Estimates of Intercensal Net Migration." <u>Journal of Economic and Social Measurement</u> 19 (2):97-120 (with H. Kintner).

1992 "A Variation of the Housing Unit Method for Estimating the Population of Small, Rural Areas: A Case Study of the Local Expert Procedure." <u>Survey Methodology</u> 18(1):155-163 (with J. Carlson and L. Roe).

1992 "The Relationship Between Life Expectancy and Socioeconomic Status in Arkansas, 1970 and 1990." The Journal of the Arkansas Medical Society 89 (December):333-335.

1989 "Confidence Intervals for Postcensal Population Estimates: A Case Study for Local Areas." Survey Methodology 15 (2): 271-280.

1989 "The Impact of Census Error Adjustments on State Population Projections: The Case of Ohio. "Ohio Journal of Science 89 (1):12-18 (with Bennett, R. Prevost, K. Vaidya and R. Yehya).

1989 A State-Based Regression Model for Estimating Substate Life Expectancy." Demography 26 (February):161-170.

1988 "Intercensal Net Migration Among the Three Major Regions of Iraq: 1957-1977." Janasamkhya 6 (December):93-126 (with A. Al-Jiboury).

1988 "Temporal Variations in the Relationship Between Infant Mortality and Economic Status." Social Indicators Research 20:217-227 (with E.G. Stockwell, and J. Wicks).

1988 "Are Geographic Effects On Life Expectancy In Ohio Spurious Because of Race? " Ohio Journal of Science 88 (June):135-142 (with E.G. Stockwell).

1988 "Economic Status Differences in Infant Mortality by Cause of Death." Public Health Reports 103 (March-April):135-142 (with E.G. Stockwell and J. Wicks).

1987 "Judging the Accuracy of the 1980 Census for Small Towns: An Analysis of Survey and Related Data From the Long Form." Small Town (July-August) 4-11 (with J. Van Patten).

1987 "The Age-Cause Proxy Relationship in Infant Mortality." Social Biology 34:249-253 (with E.G. Stockwell and J. Wicks).

1987 "Trends In the Relationship Between Infant Mortality and Socioeconomic Status." Sociological Focus 20 (October):319-327 (with E.G. Stockwell and J. Wicks).

1987 "Public Policy and the Socioeconomic Mortality Differential In Infancy." Population Research and Policy Review 6 (Fall):105-121 (with E.G. Stockwell, M. Bedard, and J. Wicks).

1986 "How Accurate was the Census of Small Towns?" Small Town (January-February): 27-31 (with J. Van Patten).

1986 "Timing the Second Birth: Fecundability Models For Selected Race and Age Groups in Hawaii." Janasamkhya 4 (December):82-113.

1986 "Geographic Variation of Longevity In Ohio, 1930 and 1980." The Ohio Journal of Science 86 (September):144-149 (with E.G. Stockwell).

1986 "Missing Survey Data in End-Use Energy Models: An Overlooked Problem." The Energy Journal 7 (July):149-157.

1986 "Age at First Birth and the Length of the Second Birth Interval: Is a Positive Relationship Universal in Modern Populations?" Janasamkhya 4 (June):57-64.

1985 "Ohio's Population in the Year 2000." Ohio Cities and Villages (August): 9-11 (with J. McKibben, L. Mortezo, R. Prevost and K. Wright).

1984 "Improving the Measurement of Temporal Change in Regression Models Used For County Population Estimates." Demography 20(August): 373-382 (with L. M. Tedrow).

1984 "SUREX: Testing Survival Data for Exponentiality on the VIC-20 Microcomputer." The American Statistician 38 (February):69-70.

1981 "Allocation Accuracy in Population Estimates: An Overlooked Criterion with Fiscal Implications." pp. 13-21 in Small Area Population Estimates, Methods and Their Accuracy and New Metropolitan Areas Definitions and Their Impact on the Private and Public Sector, Series GE-41 No.7, U.S. Bureau of the Census.

1980 "Improving Accuracy in Multiple Regression Estimates of County Populations Using Principles from Causal Modeling. Demography 17 (November):413-427.

1978 "An Evaluation of Ratio and Difference Regression Methods for Estimating Small, Highly Concentrated Populations: The Case of Ethnic Groups." Review of Public Data Use 6 (July):18-27.

1977 "Two Parameter Regression Estimates of Current Life Expectancy at Birth: Part II." Asian & Pacific Census Forum 5 (May): 5-10 ( with J. A. Palmore Jr. and C. Sundaram).

1977 "An Alternative Geometric Representation of the Correlation Coefficient." The American Statistician 31 (February): 52.

1976 "Two Parameter Regression Estimates of Current Life Expectancy at Birth: Part I." Asian & Pacific Census Forum 3 (November): 5-10 (with J. A. Palmore Jr.).

1976 "A Sampling Distribution and Significance Test For Differences in Qualitative Variation." Social Forces 55:182-184.

1976 "On the Equivalence of Categorical Level Variation and a Ratio Level Concept of Variance." Western Sociological Review 7 (Summer):57-66.

1975 "The Division of Labor: Further Exploration in the Analysis of an Ecological Concept." Western Sociological Review 6 (Summer):72-82.

1973 "A Comment on the Clemente and Gibbs-Martin Measures of the Division of Labor: Their Relation to Amemiya's Index of Economic Differentiation." Pacific Sociological Review 16 (July):401-405.

### D. Proceedings

"Working Life Expectancy of Major League Pitchers and Forecasting the Number of them: Tasks made easy by using the Cohort Change Ratio Method. pp. 93-102 in 2018 Proceedings of the Social Statistics Section, American Statistical Association, Alexandria, VA (with J. Baker, J. Tayman, and L. Tedrow).

"Measuring Uncertainty in Population Forecasts: A New Approach." pp. 203-215 in Marco Marsili and Giorgia Capacci (eds.) Proceedings of the 6th EUROSTAT/UNECE Work Session on Demographic Projections. (2014) National Institute of Statistics, Rome, Italy (with J. Tayman).

"Using Cohort Change Ratios to Estimate Life Expectancy in Populations Closed to Migration: A New Approach." Actuarial Research Conference Proceedings 2011.1 (available online athttp://www.soa.org/library/proceedings/arch/2011/arch-2011-iss1.aspx). (with L. Tedrow).

"CEMAF as a Census Method: A Proposal for a Re-Designed Census and a Re-Designed Census Bureau." pp. 229-232 in 2010 Proceedings of the Social Statistics Section, American Statistical Association, Alexandria, VA. 2010 (with P. Walashek).

"Using Cases in the Teaching of Statistics." pp. 21-30 in H. E. Klein (Ed.) Interactive Innovative Teaching and Training: Case Method and Other Techniques. World Association for Case Method Research and Application. Needham, MA, 2003. (with R. Patten).

"New Directions in Population Forecasting." pp. 634-643 in I. Zelinka, P. Chalupa, P. Hustak, and M. Dlapa (Eds.) Proceedings of the 4th International Conference on Prediction and Non-Linear Dynamics (CD-ROM). Institute of Information Technologies, Faculty of Technology, Tomas Bata University, Zlin, Czech Republic, 2001 (with S. Smith and J. Tayman).

"On Measuring Accuracy in Subnational Demographic Forecasts." Proceedings of the 52nd Session of the International Statistical Institute, International Statistical Institute, Voorburg, Netherlands, 1999. located on-line at http://www.stat.fi/isi99/proceedings.html. 1999. (with C. Barr and J. Tayman).

"Teaching Statistics to Non-Specialists: A Course Aimed at Increasing Both Learning and Retention." pp. 159-166 in L. Pereira-Mondoza, L. Kea, T. Kee, and W. Wong (Eds.) Statistical Education - Expanding the Network: Proceedings of the Fifth International Conference on Teaching Statistics. International Association for Statistical Education, International Statistical Institute, Voorburg, Netherlands. 1999. (with J. McKibben).

"Estimating the Population of Rural Communities By Age and Gender: A Case Study of the Local Expert Procedure." Proceedings of the 1993 Public Health Conference on Records and Statistics. National Center for Health Statistics, DHHS Publication No. [PHS] 94-1214. Hyattsville, Maryland, 1994 (with L. Roe Carlson and C. Williams).

"A Variation of the Housing Unit Method for Estimating the Age and Gender Distribution of Small Rural Areas. pp.1918-1923 in " High Level Radioactive Waste Management: Proceedings of the 1993 International Conference. American Nuclear Society and American Society of Civil Engineers, New York, New York, 1993. (with J. Carlson, L. Roe, and C. Williams).

"The Development of Small Area Socioeconomic Data to be Utilized for Impact Analysis: Rural Southern Nevada." pp.985-990 in High Level Radioactive Waste Management: Proceedings of the 1990 International Conference, American Nuclear Society and American Society of Civil Engineers, New York, New York, 1990. (with J. Carlson and C. Williams).

"Technical Skills and Training Needs of Applied Demographers." in 1987 Proceedings of the Statistical Education Section, American Statistical Association, American Statistical Association, Alexandria, VA. 1987 (with L. Rosen and H. Kintner).

"Estimating Life Expectancy For Health Service Areas: A Test Using 1980 Data for Indiana." in 1986 Proceedings of the Social Statistics, American Statistical Association, American Statistical Association, Alexandria, VA, 1986.

"Missing Survey Data in End-Use Energy Models: An Overlooked Problem." in 1985 Proceedings of The Business Statistics Section, American Statistical Association, American Statistical Association, Alexandria, VA, 1985.

"Issues in End-Use Survey Research." in Proceedings from The Panel on Improving Methods of Program Evaluation, American Council for an Energy-Efficient Economy, Volume K, ACEEE 1984 Summer Study on Energy Efficiency in Buildings, American Council for an Energy-Efficient Economy, Washington, DC, 1985, (with S. Buller, R. Canter, L. Guliasi, and R. Wong).

"Improving the Measurement of Temporal Change in Regression Models Used for County Population Estimates." in 1983 Proceedings of the Social Statistics Section, American Statistical Association, American Statistical Association Alexandria, VA, 1983 (with L. M. Tedrow).

"Getting at the Factors Underlying Enrollment Trends Using Statistical Decomposition Techniques." in 1983 Proceedings of the College and University Systems Exchange College and University Systems Exchange, Boulder Colorado, 1983 (with S. Story).

"Current State Population Forecasts." in Proceedings of the Washington State Resources Council Symposium: Rapid Community Growth- Is it Manageable? Washington State Resources Council; and the Cooperative Extension Services, Washington State University, Pullman, Washington 1979.

"A Method of Estimating Annual Age-Standardized Mortality Rates for Counties: Results of a Test Using Washington State Data. in 1979 Proceedings of the Social Statistics Section, American Statistical Association, American Statistical Association, Alexandria, VA, 1979 (with L. L. Swanson).

## E. Non-refereed Articles

2022 "America's Post-Pandemic Future: A Demographic Perspective." *PAA Affairs* (https://www.populationassociation.org/blogs/david-swanson/2022/01/04/americas-post-pandemic-future-a-demographic-perspe?CommunityKey=a7bf5d77-d09b-4907-9e17-468af4bdf4a6 ) (with Peter Morrison, Dudley Poston, Steven Krantz, and Arni Rao).

2022 "Been vaccinated?" *Northwest Citizen,* February 24th (https://nwcitizen.com/entry/been-vaccinated ).

2022 "Income Inequality in Whatcom County." *Northwest Citizen,* February 8th (https://nwcitizen.com/entry/income-inequality-in-whatcom-county/writer/3493).

2021 "The Cost of Trying to Help." *Northwest Citizen,* December 12th (https://nwcitizen.com/entry/the-cost-of-trying-to-help/writer/3493 ).

2021 "Broadband Access During a Pandemic: 2020 Census Results for the Hopi and Lummi Reservations. *PAA Affairs.* 11-29-2021 https://www.populationassociation.org/blogs/david-swanson/2021/11/29/broadband-access-during-a-pandemic-2020-census?CommunityKey=a7bf5d77-d09b-4907-9e17-468af4bdf4a6

2021 "Broadband Access during a Pandemic: 2020 Census Results for the Hopi and Lummi Reservations." *Northwest Citizen*, October 11th (https://nwcitizen.com/entry/the-lack-of-broadband-during-a-pandemic-2020-census-results-for-the-hopi-and-lummi-reservations/writer/3493).

2021 "The Census: Protecting Privacy versus Creating Useless Data." *Northwest Citizen.* May 18th (https://nwcitizen.com/entry/the-census-protecting-privacy-versus-creating-useless-data ).

2021 "The Effect of the Differential Privacy Disclosure Avoidance System Proposed by the Census Bureau on 2020 Census Products: Four Case Studies of Census Blocks in Alaska" *PAA Affairs* (https://www.populationassociation.org/blogs/paa-web1/2021/03/30/the-effect-of-the-differential-privacy-disclosure?CommunityKey=a7bf5d77-d09b-4907-9e17-468af4bdf4a6 ) (with T. Bryan and R. Sewell).

2021 "Life Expectancy in the U.S. for the Population with Sickle Cell Disease. *PAA Affairs* (https://www.populationassociation.org/blogs/emily-merchant1/2021/01/31/life- expectancy-sickle-cell?CommunityKey=a7bf5d77-d09b-4907-9e17-468af4bdf4a6 ).

2020. "RE: Time varying basic reproductive number computed during COVID-19, especially during lockdowns, could be questionable." *Science* 23 October 23, 2020 (https://science.sciencemag.org/content/early/2020/09/29/science.abd7672/tab-e-letters ) (with A. Rao, S. Krantz, M. Bonsall, T. Kurien, S. Byrareddy, R. Bhat, and S. Kurapati).

2020. "A Simple Method for Estimating the Number of Unconfirmed COVID-19 Cases in a Local Area that Includes a Confidence Interval: A Case Study of Whatcom County, Washington *MedRxIIV*. doi: https://doi.org/10.1101/2020.04.30.20086181. (with R. Cossman)

2020. "Estimating Working Life Expectancy from Cohort Change Ratios: An Example using Major League Pitchers." *Casualty Actuarial Society E-Forum*. Summer (https://www.casact.org/pubs/forum/20sumforum/09_R_Swanson-et-al.pdf) (with J. Baker, J. Tayman, and L. Tedrow).

2020 "The Thanksgiving Surge: How Fared Whatcom County?" *Northwest Citizen*. December 12th (https://nwcitizen.com/entry/the-thanksgiving-surge-how-fared-whatcom-county/writer/3493.)

2020 "Drilling Deeper into Whatcom County: Covid-19 & Political Orientation." *Northwest Citizen* Nov. 19th (https://nwcitizen.com/entry/drilling-deeper-into-whatcom-county-covid-19-political-orientation/writer/3493 (with E. Tyberg)

2020 "Did Trump Help Democrats take the 2020 election in Washington?" *Northwest Citizen*. November 15th (https://nwcitizen.com/entry/did-trump-help-democrats-take-the-2020-election-in-washington/category/ (with E. Tyberg)

2020 "Did Trump Help Democrats take the election?" *Northwest Citizen*. November 7th (https://nwcitizen.com/entry/did-trump-help-democrats-take-the-election/writer/3493 ) (with E. Tyberg).

2020. "The Last Stand." *Northwest Citizen*. October 17th (https://nwcitizen.com/writer/3493/David%20A.%20Swanson.) (with E. Tyberg).

2020. "Covid-19 Deaths in Whatcom County. *Northwest Citizen*. July 26th (https://nwcitizen.com/entry/covid-19-deaths-in-whatcom-county/writer/3493 ).

2020. "Republican leaning States take the Lead. *Northwest Citizen*. July 21st (https://nwcitizen.com/entry/republican-leaning-states-are-now-in-the-lead/writer/3493 ) (With E. Tyberg).

2020. "Update on the Covid-19 Warning System for San Juan County. *Northwest Citizen*. July 18tg (https://nwcitizen.com/entry/republican-leaning-states-are-now-in-the-lead/writer/3493) (with Peter Morrison).

2020. "Is Being Republican a Risk to One's Health and the Health of Others? *Northwest Citizen*. July 3rd (https://nwcitizen.com/entry/is-being-republican-a-risk-to-ones-health-and-the-health-of-others/writer/3493 (with E. Tyberg and P. Morrison).

2020. "Revisiting the Estimation of Unconfirmed Cases of Covid-19 in Whatcom County." *Northwest Citizen*. June 27th (https://nwcitizen.com/entry/Revisting-the-Estimation-of-Unconfirmed-Cases-of-COVID-19-in-Whatcom-County/writer/3493 (with R, Cossman)

2020. "A Tale of 30 Counties: Re-opening Washington and Political Orientation." *Northwest Citizen* June 21st (https://nwcitizen.com/entry/a-tale-of-39-counties-re-opening-washington-and-political-orientation/writer/3493 (with E. Tyberg).

2020. "A Tale of Two Counties: The Re-opening of Skagit and Whatcom." *Northwest Citizen*. June 16th (https://nwcitizen.com/entry/a-tale-of-two-counties-re-opening-skagit-and-whatcom/writer/3493 (with E. Tyberg).

2020. "Early Warning System for San Juan County and other Seasonal Resort Communities." *Northwest Citizen*. June 2nd (https://nwcitizen.com/entry/an-early-warning-covid-19-alert-and-response-protocol-for-san-juan-county-and-other-seasonal-resort-communities/writer/3493 ) (with P. Morrison).

2020. "Forecasting Covid-19 in Whatcom County, Washington." *PAA Affairs* (Spring) 4:5.

2020. "The Lack of Containment Measures: Does it Constitute Senicide?" *Northwest Citizen*. May 7th (https://nwcitizen.com/en Conoboy)try/the-lack-of-containment-measures-does-it-constitute-senicide). (Assisted by R. Conoboy).

2020. "Monitoring the Covid-19 Pandemic in Benton County: The Good, the Bad, and the Ugly." *Northwest Citizen*. May 4th( https://nwcitizen.com/entry/monitoring-the-covid-19-pandemic-in-benton-county-the-good-the-bad-and-the-ugly).

2020. "Whatcom County Covid-19: The Final Report." Northwest Citizen. May 1st (https://nwcitizen.com/entry/whatcom-county-the-final-report

2020. "Modeling and the Covid-19 Pandemic: A Local Area Perspective." *Northwest Citizen*. April 23rd (https://nwcitizen.com/entry/modeling-and-the-covid-19-pandemic-a-local-area-perspective).

2020. "Monitoring the Covid-19 Surge Peak in Benton County – Update Possible?" *Northwest Citizen*. April 20th (https://nwcitizen.com/entry/monitoring-the-covid-19-surge-peak-in-benton-county-update-possible).

2020. "Monitoring the Covid-19 Surge Peak in Whatcom County – Update 3." *Northwest Citizen*. April 17th (https://nwcitizen.com/entry/monitoring-the-covid-19-surge-peak-in-whatcom-county-update-3).

2020. "How Many Unconfirmed Cases of Covid-19 are there in Whatcom County?" *Northwest Citizen*. April 14th (https://nwcitizen.com/entry/how-many-unconfirmed-cases-of-covid-19-are-in-whatcom-county). (With R. Cossman).

2020. "Monitoring the Covid-19 Surge Peak in Whatcom County – Update 2. *Northwest Citizen*. April 10th (https://nwcitizen.com/entry/monitoring-the-covid-19-surge-peak-in-whatcom-county-update-2).

2020. "Monitoring the Covid-19 Surge Peak in Benton County." *Northwest Citizen*. April 7th. (https://nwcitizen.com/entry/monitoring-the-covid-19-surge-peak-in-benton-county)

2020. "Covid-19 Hospitalizations in Whatcom County." *Northwest Citizen*. April 5th (https://nwcitizen.com/entry/how-many-unconfirmed-cases-of-covid-19-are-in-whatcom-county).

2020. "Monitoring the Covid-19 Surge Peak in Whatcom County – Update 1." *Northwest Citizen*. April 3rd. (https://nwcitizen.com/entry/monitoring-the-covid-19-surge-peak-in-whatcom-county-update-i).

2020. "Forecasting the Covid-19 Surge Peak in Whatcom County." *Northwest Citizen* March 30th. (https://nwcitizen.com/entry/forecasting-the-covid-19-surge-peak-in-whatcom-county).

2020 "23,000 Payday Loan Centers and an Average Credit Card Debt of $10,300: Welcome to Low Income America where Average Expenditures on Basics Exceed Average Income by 340%." PAA Affairs (Winter): 6.

2019 "The end of the Census." *PAA Affairs* (Fall): 6-7 (with P. Walashek).

2019 "Sanctuary Cities get a Census Bonus." Opinion/Commentary *Wall Street Journal*. 16 July 2019. (with P. Morrison).

2018. "The decision to add a citizenship question in Census 2020 is a non-starter." *PAA Affairs* (Summer): 8-9.

2016. "On Equalities and Inequalities in Stationary Populations." *Casualty Actuarial Society E-Forum* (http://www.casact.org/pubs/forum/16fforum/03-SwansonTedrow.pdf). A copy of this paper is also published by the Actuarial Research Clearing House, Vol. 17.1, https://www.soa.org/Library/Proceedings/Arch/2017/arch-2017-iss1.aspx (with L. Tedrow).

2016. "Life Chances: Income and Expenditure in Australia." *PAA Affairs* (Summer): 6. (with J. Martins).

2012. "A Loss Function Approach to Examining ACS Estimates: A Case Study of 2010 "Persons Per Household" Estimates for California Counties." pp 98-100 in (D. Cork, ed.) *Case Studies and User Profiles, Workshop on the Benefits (and Burdens) of the American Community Survey*. National Academies of Science, Committee on National Statistics.

2010. "Kundalini Demography." *Journal of Irreproducible Results* 51(December): 24-25. .

2008. "Population Aging and the Measurement of Dependency: The Case of Germany." *Applied Demography* 21 (April): 8-10.

2002 "Meeting Local Information Needs: A Case Study in Team Applied Demography." *Applied Demography* 14 (Spring): 1-3. (with P. Morrison, C. Popoff, I. Sharkova, and J. Tayman).

1998 "The State of Liberal Education, Part III: Academic Thinking and Institutional Development." *Liberal Education* 84 (4): 40-47. (with D. Atkinson and M. Reardon).

1998 "The Tragedy of the Census." *Applied Demography* 14 (Summer): 1-3.

1998 "The State of Liberal Education, Part II: Assessing Institutional Perspectives." Liberal *Education* 84 (2): 26-31. (with D. Atkinson and M. Reardon).

1994. "Robert C. Schmitt and His Contributions." *Applied Demography* 9 (Spring): 1-2.

1994 "Ratio-Correlation: An Important Tool in a Sparsely Stocked Box." *Applied Demography* 9 (Spring): 7-9. (with T. J. Lowe).

1990 "Population Estimation Bibliography" pp. 41-52 in *State And Local Agencies Preparing Population and Housing Estimates*, Current Population Reports, Series P-25, No. 1063, U.S. Bureau of The Census, Washington, D.C. (with L. M. Tedrow).

1987 "How to Forecast VCR Penetration." *American Demographics* (December):44–45 (with B. Klopfenstein).

1987 "Profiles of Academic, Government and Private Sector Demographers." *Population Today* 15 (July): 6-8 (with H. Kintner).

1986 "Evaluating Population Estimates and Short-Term Forecasts." *Applied Demography* 2 (November): 5-6.

1986 "The Graduate Program in Applied Demography at Bowling Green." *Applied Demography* 2 (August): 3-5.

1985 "A New Technique for Assessing Error in Ratio-Correlation Estimates of Population: A Preliminary Note." *Applied Demography* 1 (November): 1-4 (with R. Prevost).

1985 "New Academic Program in Applied Demography.' *Applied Demography* 1 (September): 9.

1983 "Special Census Results for Oil-Related Worksites in the North Slope Borough." *Alaska Economic Trends* 3 (March):104.

1982 "North Slope Population Up 68.6 Percent." *Alaska Journal of Commerce and Pacific Rim Reporter* (March 1): 22.

1979 "Decomposing Change in Population Based Economic Indicators: The Female Labor Force Participation Rate, 1960-1970." *Economic Forecast for Washington State: 1979*-81, Third Quarter Report: 12-18.

1979 "Trends in the Number of Households." *Economic Forecast for Washington State: 1979–81, Second Quarter Report*: 7-11.

1979 "Trends in the Age-Related Components of Starter Housing Demand." *Economic Forecast for Washington State: 1979-81, First Quarter Report*: 8-11.

1978 "Changes in the Working-Age Population." *Economic Forecast for Washington State: 1978-80, Fourth Quarter Report*: 13-16.

### F. Reports (Published)

Vision 2007: A Plan for Integrating University Units in Mikkeli (Fall, 2002). Report Jointly prepared by Mikkeli Elements of Helsinki University and the Helsinki School of Economics and Business Administration (with P. Mustalampi and P. Siiskonen).

Self-Evaluation Report on Regional Impact (September, 2002) Mikkeli Business Campus, Helsinki School of Economics and Business Administration, Mikkeli Finland (with S. Lampinen, and P. Mustalampi).

HSE-Mikkeli BScBA Degree Program Course Schedule for 2002-2003 (April, 2002). Mikkeli Business Campus, Helsinki School of Economics, Mikkeli, Finland (with M. Syväoja et al.).

BScBA Student Handbook. (April, 2002). Mikkeli Business Campus, Helsinki School of Economics, Mikkeli Finland (with D. Atkinson).

BScBA Course Catalog, 2002-2003. (April, 2002) Mikkeli Business Campus, Helsinki School of Economics, Mikkeli Finland (with D. Atkinson, M. Syvaoja, and S. Pynnönen).

BScBA Faculty Handbook. (April, 2002). Mikkeli Business Campus, Helsinki School of Economics, Mikkeli, Finland. (with D. Atkinson).

The BScBA Quality Assurance System: Developing a Workable Faculty, Course, and Student Evaluation Program. (March, 2002). Mikkeli Business Campus, Helsinki School of Economics, Mikkeli Finland.

BScBA Course Catalog, 2001-2002. (July, 2001) Mikkeli Business Campus, Helsinki School of Economics, Mikkeli Finland (with V-P. Heiskanen, P. Reponen and S. Pynnönen).

BBA. Course Catalog, 2000-2001. (May, 2000) Mikkeli Business Campus, Helsinki School of Economics, Mikkeli Finland (with J. Masalin).

Technical Documentation and Summary Findings of the 1997 Survey in Lincoln County, Nevada. U.S. Department of Energy, Office of Civilian radioactive Waste Management (DE-AC01-91RW00134). (May, 1998) U.S. Department of Energy, Yucca Mountain Project, Las Vegas, Nevada.

The 1997 'Biosphere' Food Consumption Survey: Summary Findings and Technical Documentation. U.S. Department of Energy, Office of Civilian radioactive Waste Management (DE-AC01-91RW00134). (November, 1997) U.S. Department of Energy, Yucca Mountain Project, Las Vegas, Nevada.

A Changing Arkansas: As Reflected by Population and Related Data. (1997). Institute For Economic Advancement, University of Arkansas at Little Rock (with M. McGehee and C. Farr-Onuora).

Conditions at Mid-Decade: Economic, Demographic, and Attitudinal Conditions in Arkansas. (1995). Arkansas Institute of Government, College of Professional Studies, University of Arkansas at Little Rock. (with J. Shelnutt, M. McGehee, and R. Hy).

Why Do Group Health Benefit Populations Change Size? Case Study of General Motors Salaried Population, 1983-1990. General Motors North American Operations Research and Development Center Report R & D-B104 (December, 1993). General Motors Corporation, Warren, Michigan (with H. Kintner).

Projections of The Population of Arkansas By County, Age, Gender, and Race: 1990 to 2010. (September, 1993) Arkansas Institute For Economic Advancement, University of Arkansas at Little Rock (with M. McGehee).

Arkansas Net Migration By Age, Gender, Race, and County: 1980-1990 (August, 1993). Arkansas Institute for Economic Advancement, University of Arkansas at Little Rock (with M. McGehee).

Enrollment Projections For The University of Arkansas at Little Rock, Fall Term, 1991 to Fall Term, 2001 (March, 1993). Arkansas Institute for Economic Advancement, University of Arkansas at Little Rock (with G. Chamberlin).

An Overview of Trends in Saline County and An Analysis of Potential Uses of The ALCOA Property (February, 1993). Arkansas Institute For Economic Advancement, University of Arkansas at Little Rock ( with S. Breshears et al.).

The Impact of Downsizing and Demographic Processes on the size of GM's Salaried Health Benefits Population, 1983-1990. General Motors Research Laboratories Report OS-238. (March, 1993). General Motors Research Laboratories, Warren, Michigan (with H. Kintner).

Abridged Life Tables By Race and Sex, Arkansas, 1970, 1980, and 1990 (December, 1992) Arkansas Institute For Economic Advancement, University of Arkansas at Little Rock (with M. McGehee).

Estimating Demographic Rates from Employer Administrative Databases (July, 1992). General Motors Research Laboratories Report OS 30-75. General Motors Research Laboratories, Warren, Michigan (with H. Kintner).

Measurement Errors in Census Counts and Estimates of Intercensal Net Migration (June, 1992). GM Research Laboratories Report OS 30-73. General Motors Laboratories, Warren, Michigan (with H. Kintner).

Tacoma-Pierce County Employment and Training Consortium Job Retention Research Project (March, 1992). Center for Social Research & Public Policy, Pacific Lutheran University (with J. Schiller et al.).

Demographic Analysis of the Lummi Indian Reservation (September, 1991) Demographic Research Laboratory, Western Washington University. (with L. M. Tedrow).

1991 Tacoma Area Quality of Life Survey I: Summary Findings and Technical Documentation. Center for Social Research & Public Policy, Pacific Lutheran University (December, 1991).

1991 Pierce County Recycling and Solid Waste Management Survey I: Summary Findings and Technical Documentation. Center for Social Research & Public Policy, Pacific Lutheran University (October, 1991).

1990 Tacoma Area Quality of Life Survey I: Summary Findings and a Technical Documentation. Center for Social Research & Public Policy, Pacific Lutheran University. (March, 1991).

Perspectives on Change in GM's Salaried Health Benefits Population, Part II: Changes by Age and Gender (February, 1991). GM Research Laboratories Report OS-181. General Motors Research Laboratories, Warren, Michigan (with H. Kintner).

Perspectives on change in the GM Salaried Benefits Population, Part I: Trends in Enrollees, Dependents, and Members (January, 1991). GM Research Laboratories Report OS-181. General Motors Research Laboratories, Warren, Michigan (with H. Kintner).

The Development of Confidence Intervals For Estimates of Intercensal Net Migration. (October, 1990). GM Research Laboratories Report OS-170. General Motors Research Laboratories Report OS-170. GM Motor Research Laboratories, Warren, Michigan (with H. Kintner).

Confidence Intervals For the Populations: A Case Study of General Motors' Salaried Retirees. (August, 1990) GM Research Laboratories Report GMR-7124. General Motors Research Laboratories, Warren, Michigan (with H. Kintner).

Confidence Intervals for Forecasting Health Care Costs For GM's Retirees, Part I: An Evaluation of Three Alternative Survivorship Functions for Current Salaried Retirees. (February, 1990) General Motors Research Laboratories Report OS-154. GM Research Laboratories, Warren, Michigan (with H. Kintner).

Toward A Method of Forecasting Health Care Costs for GM's Retirees, Part I: An Evaluation of Three Alternative Survivorship Functions for Current Salaried Retirees. (February, 1990) General Motors Research Laboratories Report OS-136. GM Research Laboratories, Warren, Michigan (with H. Kintner).

1989 Tacoma Area Quality of Life Survey, I. Summary Findings and Technical Documentation. Center for Social Research & Public Policy, Pacific Lutheran University (March, 1990).

1989 Prince of Peace Community Survey. Summary Findings and Technical Documentation. Center for Social Research & Public Policy, Pacific Lutheran University (February, 1990) (with D. Rosenauer et al.).

1988 Tacoma Area Quality of Life Survey, III. The Status of Whites. Center for Social Research & Public Policy and Public Policy, Pacific Lutheran University (March, 1989).

1988 Tacoma Area Quality of Life Survey, II. The Status of Blacks. Center for Social Research & Public Policy and Public Policy, Pacific Lutheran University (February, 1989) (with G. Winston).

Pierce County Recycling and Waste Management Survey, III. Estimates of Solid Waste Disposal and Recycling Practices For 1988 and Baseline Projections for 2000. Center for Social Research & Public Policy and Public Policy, Pacific Lutheran University (January, 1989).

Pierce County Recycling and Waste Management Survey, II. Penetration Analysis and Segment Identification. Center for Social Research & Public Policy and Public Policy, Pacific Lutheran University (December, 1988) (with J. Schiller).

Pierce County Recycling and Waste Management Survey, I. Summary Findings and Technical Documentation. Center for Social Research & Public Policy and Public Policy, Pacific Lutheran University (December, 1988).

1988 Tacoma Area Quality of Life Survey, I. Summary Findings and Technical Documentation. Center for Social Research & Public Policy and Public Policy, Pacific Lutheran University (December, 1987).

A Critique of DEMPRO, The Population Forecasting Subsystem of SEAM. Population and Society Research Center, Bowling Green State University (August, 1987).

The Potential Market For Hospital Training Programs: Results From A Fourteen-State Survey. Population and Society Research Center, Bowling Green State University (January, 1985).

"Survey Findings." pp. 15-26 in Community Gap: Report of a Public Hearing on the Levels and Types of Public Affairs Programming Desired by Citizens of Commercial Television, Choosing Our Future, Inc.: Menlo Park, California (June, 1984).

The People Speak: Is Television Serving the Public Interest. Choosing Our Future, Inc.: Menlo Park, California (May, 1984) (with E. Babbie, M. Bedard, S. Buller, D. Elgin, L. Guliasi, and A. Niehaus).

"A Population Forecasting System for 1982 to 2002" in Alaska Population Overview: 1982 (1983).

"Population Determination: Technical Documentation" in Alaska Population Overview: 1982 (1983).

"Municipal Population Estimation: Conceptual and Practical Features of the Housing Unit Method." in Alaska Population Overview: 1982 (1983) (with B. Baker and J. Van Patten).

"Municipal Census Results and Costs for 1981." in Alaska Population Overview: 1981 (1982)."State Population Estimates for Alaska During the 1970's" in Alaska Population Overview: 1981 (1982).

"Change in Average Household Size: 1970-80." in Alaska Population Overview: 1981 (1982)."1981 Population Determinations, Technical Documentation." in Alaska Population Overview: 1981 (1982).

"Changes in Household Size, 1970-79." in State of Washington Population Trends, 1979, Washington State Office of Financial Management (1980) (with T. Lowe).

"Current Activities of the Population, Enrollment and Economic Studies Division" in State of Washington Population Trends, 1978. Washington State Office of Financial Management (1978).

"Comparative Mortality Levels for Washington State Counties in 1975." in State of Washington Population Trends, 1977. Washington State Office of Financial Management (1977).


## G. Reports (Unpublished)


Estimated Life Expectancy and Present Value of Household Costs, Z. Kirkson. O'Reilly Law Group, Las Vegas, Nevada. 6 November 2019.

Estimated Present Value of Lost Earnings and Benefits, J. Schrage. O'Reilly Law Group, Las Vegas, Nevada. 4 November, 2019

Forecast of Hopi Tribal Members (2019). Hopi Tribe Office of Financial Management. Kykotsmovi, Arizona. Consulting Contract 18-029.

State of Washington Population Projection Model Evaluation: Long-Range Assumptions and Ranges for Mortality, Fertility, and Net Migration. (March, 2015). OFM Contract Nos. K1634 and K1644.Washington State Office of Financial Management, Olympia, Washington (with J. Tayman).

Expert Witness Report in the matter of Conseil scolaire francophone de la Colombie-Britannique, Fédération des parents francophones de Colombie-Britannique, et al v.
Her Majesty the Queen in Right of the Province of British Columbia, and the Minister of Education of the Province of British Columbia, Vancouver Registry S103975
in the Supreme Court of British Columbia. Prepared for the Office of the Attorney General, Ministry of Justice, Province of British Columbia, Canada (September, 2014).

Population Estimation: An Annotated Bibliography and Glossary. Working Paper No. 08-01, Blakely Center for Sustainable Suburban Development, University of California Riverside. (2012) (Available online at http://cssd.ucr.edu/Papers/PDFs/1-Population%20Estimation.pdf.)

A Blind Ex Post Facto Evaluation of Total Population and Total Household Forecasts made by Five Vendors for 2010: Results by Geography and Error Criteria. ESRI, Redlands, CA (September, 2011) (with M. Cropper, J. McKibben, and J. Tayman).

An Evaluation of the Accuracy of Population Estimates used by Arbitron for Clark County, Nevada: The Case of Black Males Aged 18-34. Kemp Communications, Las Vegas, Nevada (January, 2011).

Disappearing Hispanics? The Case of Los Angeles County, California, 1990-2000. Working Paper No. 10-01, Blakely Center for Sustainable Suburban Development, University of California Riverside. (February 2010) (with M. Kaneshiro and A. Martinez).

The Methods and Materials used to Generate Two Key Elements of the Housing Unit Method of Population Estimation: Vacancy Rates (VR) and Persons Per Household (PPH). U.S Census Bureau (March, 2009).

Expert Witness Report.in the matter of Quest Diagnostics versus Factory Mutual Insurance Company. Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C. (February, 2009).

Estimating the Foreign-Born: An Evaluation of Methods and Data. Sabre Systems (November, 2008).

Expert Witness Report in the matter of Ochsner Clinical Foundation versus Continental Casualty Company. Fisher and Kanaris, PC (August, 2008).

Hurricane Katrina: Its Impacts on the Population and Candidates for Endovascular Surgery in the Primary and Secondary Service Areas of Garden Park Hospital as Defined by Hospital Corporation of America. Salloum and Brawley LLP (October 2007).

Expert Witness Report: The Future Population in the Service Area of a Hospital in Spring Hill, Tennessee Proposed by the Hospital Corporation of America. Miller and Martin LLP (April, 2007).

A Description and Evaluation of the Belize Valley Archaeological Research Field School. Office of Outreach and Continuing Studies, University of Mississippi. (December, 2006).

The Needs of Researchers in Regard to Population Estimates. Center for Population Studies, University of Mississippi. (July 2006).

Five Year Plan for the Center for Population Studies, University of Mississippi (January 2005)

Five Year Plan for the Department of Sociology and Anthropology, University of Mississippi (January 2005)

The 1999-2001 American Community Survey and the 2000 Census: Data Quality and Data Comparisons, Multnomah County, Oregon. (September 2004) (U.S. Bureau of the Census (requisition/Reference No. 03-32183-0-0), Order No. YA1323-03-SE-0319). March, 2004) (with G. Hough).

Forecasting Headcount at the Desoto Center. Office of Outreach and Continuing Studies, University of Mississippi. (January 2004). (With C. Holley).

The Size of Twelve Age-Related and Six Income-Related lifestyle Segments in the U. S., 2002 through 2012. Third Wave Research, Inc., Madison, WI (October, 2002)

Results of the HSE-Mikkeli Alumni Survey. Mikkeli Business Campus, Helsinki School of Economics, Mikkeli, Finland. (July, 2002).

Visiting Faculty Guide. Mikkeli Business Campus, Helsinki School of Economics, Mikkeli, Finland. (June , 2001).

The BScBA Admission Index. Mikkeli Business Campus, Helsinki School of Economics, Mikkeli, Finland. (April, 2001).

Consumption of Locally Produced Food and Tap Water. Data Tracking Number MO9908COLPRFTW.000. Automated Technical Data Tracking System, Technical Library, Yucca Mountain Site Characterization Project Reference, (http://www.ymp.gov). (August 5, 1999).

Four National Geodetic Survey (NGS) High Accuracy Reference Network (HARN) Control Points in Southern Nevada and The Goldstone Continuously Operating Reference Station (CORS) in Southern California. Data Tracking Number MO9901NGSHARNC.000. Automated Technical Data Tracking System, Technical Library, Yucca Mountain Site Characterization Project Reference, (http://www.ymp.gov). (January 6, 1999).

Yucca Mountain Site Characterization Project: Summary of Socioeconomic Data Analyses Conducted in Support of the Radiological Monitoring Program: April 1997 to April 1998. TRW Environmental Safety Systems, Inc. Las Vegas, Nevada. (June, 1998).

Summary Results of the MetroMail Household Income Estimation Project. Third Wave Research, Inc. Madison, Wisconsin. (April, 1998).

Yucca Mountain Site Characterization Project: Summary of Socioeconomic Data Analyses Conducted in Support of the Radiological Monitoring Program: April 1996 to April 1997. TRW Environmental Safety Systems, Inc., Las Vegas, Nevada. (June , 1997).

The Size of Selected Lifestyle Segments: 1990 to 2010. Third Wave Research, Madison, WI. (with T. Bryan and G. Hough) (March, 1996).

Summary of Work Elements Proposed for the REMI Modifications. SAIC, Inc. (with Y. Zhao) (March, 1994).

Summary of Work Accomplished Under the 1993 Contract for Demographic Services, SAIC, Inc., (September, 1993).

Analysis of Las Vegas Gaming Revenues and Tourism: Clark County. Report prepared for the U.S. Department of Energy (contact DE-ACO8-87NV105760: Science Applications International Corporation) (with J. Carlson et al.) (October, 1988).

An Evaluation of 'Cohort' with Recommendations for Improvement. Center for Social Research & Public Policy and Public Policy, Pacific Lutheran University (May, 1988).

Technical Documentation of the Toledo Area VCR Survey, Population and Society Research Center, Bowling Green State University (July, 1986).

Sex-Specific 1980 Life Tables For the Black and White Populations of Cleveland, Ohio. Population and Society Research Center, Bowling Green State University (with D. K. Knowlton) (April, 1986).

Life Tables, by Sex, 1980 and 1970 and Net Migration by Age and Sex, 1970-80 and 1960-70 for Ohio. Population and Society Research Center, Bowling Green State University (December, 1984).

Energy Consumption Patterns for New Dwellings. Unpublished Report, Economics and Statistics Department, Pacific Gas and Electric Company (May, 1984).

Forecasted Enrollment Demand by the Alaska Commission on Post-Secondary Education: An Evaluation. Final Report, Alaska House of Representatives Research Agency, (September, 1983).

Forecasts of the State and County Populations by Age and Sex: 1985-2000. Special Report No. 30, Washington State Office of Financial Management (January, 1980).

Discriminant Analysis Results for Criterion Variables Used to Select States for the Department of Personnel Out-of-State Salary Survey. Special Report No. 29, Washington State Office of Financial Management (1980).

"Using the SPSS 'Write Cases' Task and a Subsequent 'Add Cases / Add Subfiles' Task with Raw Data in Binary Format." Technical Document No. 2 Washington State Office of Financial Management (1978).

"An Evaluation of the 1977 Round of Municipal Vacancy Estimates for 1 and 2 Unit Structures." Staff Document No. 42. Olympia, WA: Washington State Office of Financial Management (1977). (with D Randall and L. Weisser).

"Ridge Regression Procedure Documentation." Technical Document No. 1 Washington State Office Financial Management (1977).

"An Evaluation of the 1977 Round of Municipal Vacancy Estimates for One and Two Unit Structures." Staff Document No. 42. Washington State Office of Financial Management (1977).

Population Characteristics of the KVOS-TV Viewing Area, Final Report for KVOS-TV, Inc. Bellingham, Washington, (August, 1974).

Jewish Population Trends, Final Report for American Friends of Hebrew University of Jerusalem, Inc., New York, (August, 1973).

Population Characteristics of the KVOS-TV Viewing Area, Final Report for KVOS-TV, Inc., Bellingham, Washington, (August, 1972).

### H. Training Manuals

Trend Extrapolation Forecasting Methods. 2001. Mikkeli Business Campus, Helsinki School of Economics.

VAX/VMS User Guide for Statistics 231. 1988. Department of Sociology, Pacific Lutheran University (Adapted from the VAX/VMS Users Guide, University Computer Services, Bowling Green State University.

Alaska Census Administrator's Manual. 1981. Alaska Department of Labor (Adapted from the Washington State Census Administrator's Manual).

Alaska Census Enumerator's Manual. 1981. Alaska Department of Labor (Adapted from the Washington State Census Enumerator's Manual).

The Housing Unit Method: A Manual for Municipal Personnel Responsible for Making Annual Population Estimates. Alaska Department of Labor. 1981. (Extensively revised and expanded form of a manual with the same title written by T. J. Lowe, D. B. Pittenger, D. A. Swanson, and J. R. Walker).

## I. Book Reviews

*Model-based Demography: Essays on Integrating Data, Technique and Theory.* Springer Research Monographs, 2018, by Thomas K. Burch. Invited Review, Canadian Studies in Population 45(3-4): 144-145.

*Changes in Censuses from Imperialist to Welfare States: How Societies and States Count.* Palgrave Macmillan Press, 2016, by Rebecca J. Emigh, Dylan Riley, and Patricia Ahmed. Invited review Contemporary Sociology 46 (Spring): 179-180.

*Applied Multiregional Demography: Migration and Population Redistribution.* Springer BV Press, 2016, by Andrei Rogers. Invited Review, Canadian Studies in Population 43 (3-4): 289-290.

*Multistate Analysis of Life Histories with R.* Springer BV Press, 2015, by Frans Willekens. Invited Review, Canadian Studies in Population 42 (3-4): 80-81.

*Demographic Forecasting.* Princeton University Press, 2009, by Frederico Girosi and Gary King. Invited review published by Contemporary Sociology 38 (July): 369-370.

## VIII. Papers Read at Professional Conferences

### A. Contributed Refereed Papers

"Boosted Regression Trees for Small-Area Population Forecasting." Presented at the 2022 Conference of the Southern Demographic Association, Knoxville, TN (with J. Baker and J. Tayman).

"Expert Judgment & Standard Small Area Projection Methods: Population Forecasting for Water District Needs." Presented at the 2022 Conference of the Southern Demographic Association, Knoxville, TN (with T, Bryan, M. Hattendorf, K. Comstock, L. Starosta, and R. Schmidt).

"Repurposing record matching algorithms to identify blocks and block groups affected by Differential Privacy: Progress Report on a Pilot Project." Presented at the 2022 Small Area Estimation Conference, Session on Challenging Problems from SAE and Modern Data Science, May 26 (with T. Bryan).

"Producing Summary Statistics of COVID-19 cases and deaths over time: The case for using geometric measures, not arithmetic ones. Presented at the 2022 Conference of the Canadian Population Association, Session on Covid-19 and Mortality, May 10 (with R. Verdugo, A. Rao, and S. Krantz).

"Boosted Regression Trees for Small-Area Population Forecasting." Presented at the Annual Meeting of the Population Association of America, Session on Challenges Facing Small Area Forecasting and Estimation. Atlanta, GA. February 1st, 2022. (with J. Baker and J. Tayman).

"Taylor's Law and the Relationship between Life Expectancy at Birth and Variance in Age at Death in a Period Life Table." Presented at the Annual Meeting of the Population Association of America, Session on Mathematical Demography. Atlanta, GA. April 9th, 2022. (with L. M. Tedrow).

"Forecasting a Tribal Population using the Cohort-Component Method: A Case Study of the Hopi." Presented at the Annual Meeting of the Population Association of America, Session on Old Wine in New Bottles: Tools for Applied Demographers, Atlanta, GA, April 8th, 2022.

"Boosted Regression Trees for Small-Area Population Forecasting." Presented at the 2022 Applied Demography Conference, February 1st. (with J. Baker)

"The American Community Survey: Would keeping the Long Form in conjunction with a Mid-Decade Census have been a better choice?" Presented at the 2022 Applied Demography Conference, February 1st.

"Broadband Access during a Pandemic: 2020 Census Results for the Hopi and Lummi Reservations. Presented at the 2022 Applied Demography Conference, February 2nd.

"The Effect of the Differential Privacy Disclosure Avoidance System Proposed by the Census Bureau on 2020 Census Products: Four Case Studies of Census Blocks in Mississippi.." Presented at the Annual Conference of the American Statistical Association, Seattle, WA, August 11, 2021. (with R. Cossman).

"The Effect of the Differential Privacy Disclosure Avoidance System Proposed by the Census Bureau on 2020 Census Products: Four Case Studies of Census Blocks in Alaska." Presented at the Symposium on Data Sciences and Statistics, June 4th, 2021 (with T. Bryan and R. Sewell).

"Taylor's Law and the Relationship between Life Expectancy at Birth and Variance in Age at Death in a Period Life Table." Presented at the 2021 Conference of the Canadian Population Society, May 18-19.

A Simple Method for Estimating the Number of Unconfirmed COVID-19 Cases in a Local Area that Includes a Confidence Interval: A Case Study of Whatcom County, Washington. Presented at the 2021 Conference of the Canadian Population Society, May 18-19, (with R. Cossman).

"An Example of Converting Clinical Study Data into a Life Table: A Life Table for the U.S. Population with Sickle Cell Disease." Presented at the 2021 Applied Demography Conference, February 1-4 (https://www.populationassociation.org/events-publications/adc-2021 ).

Modeling and the COVID - 19 Pandemic: A Local Area Perspective
David Swanson. Presented at the 2021 Applied Demography Conference, February 1-4 (https://www.populationassociation.org/events-publications/adc-2021 ).

"The End of the Census." Presented at the Annual Meeting of the American Statistical Association, Philadelphia, PA 1-6 August, 2020 (with P. Walashek).

"Estimating the underlying infant mortality rates for small populations: A case study of counties in Estonia." Presented at the Annual Meeting of the Population Association of America, Austin, Texas, 10-13 April, 2019

"Constructing Life Tables from the Kaiser Permanente Smoking Study and Applying the Results to Models Designed to assess the Population Health Impact of Reduced Risk Tobacco Products." Presented at the Population & Public Policy Conference,
Albuquerque, NM, 8-10 February, 2019 (with L. Wei, T. Hannel, R. Muhammad-Kah, T. Bryan and S. Chow).

"On Mathematical Equalities and Inequalities in the Life Table: Something Old and Something New." Presented at the Family and Population Conference of the International Sociological Association, Singapore, 17-19 May, 2018 (with L. Tedrow).

"Sources for publications and records of the Washington State Census Board and its successor Agencies. Presented at the Conference of the Pacific Northwest Historians Guild, Seattle, Washington, March 2-3, 2018.

"Forecasting using Spatial Dependencies." Presented at the International Conference of Population Geographies, Seattle, Washington, June 29- July 1, 2017. (with J. Baker, J. Tayman, and L. Tedrow).

"Use of Demography in Public Sector Decision-Making." Presented at the 2017 Conference of the Population Association of America, Chicago, Il.

"The Number of Native and Part-Hawaiians in Hawai'i, 1778 to 1900: Demographic Estimates by Age, with Discussion." Presented at the 2016 Conference of the British Society for Population Studies." University of Winchester, Winchester, England.

"A New Estimate of the Hawaiian Population for 1778, the Year of First European Contact." Presented at the 2016 meeting of the American Sociological Association, Seattle, WA.

"Equality and Inequality in Stationary Populations." Presented at the 51st (2016) Actuarial Research Conference, Minneapolis, MN (with L. M. Tedrow).

"Forecasting with Modified Cohort Change Ratios and Child Woman Ratios." Presented at the 2016 Council of Governments/Metropolitan Planning Organizations Socio-economic Modeling Conference, San Diego, CA (with J. Tayman).

"Language in America: Diversity, Dominance, and Cultural Maintenance, 1910 – 2010." presented at the 2016 Conference of the Western Social Science Association, Reno, NV. (with R. Verdugo).

"The Top Ten Reasons to use the Cohort Change Ratio Method." Presented at the 2016 Conference of the Population Association of America, Washington, D.C. (with L. M. Tedrow).

"Exploring Stable Population Concepts from the Perspective of Cohort Change Ratios: Estimating Time to Stability and Intrinsic r." Presented at the 2014 Conference of the Population Association of America, Boston, MA (with L. M. Tedrow).

"Exploring Stable Population Concepts from the Perspective of Cohort Change Ratios." Presented at the 2013 Conference of the Canadian Population Society, Victoria, BC, Canada (with L. M. Tedrow).

"An Alternative Way to Estimate Life Expectancy from Census Survival Ratios: Examples and Comparisons for Native Hawaiians in the Early 20th Century." Presented at the 2012 Conference of the Social Science History Association, Vancouver, BC, Canada (with L. M. Tedrow).

"Socio-Economic Status and Life Expectancy in the United States, 1990-2010: Are We Reaching the Limits of Life Expectancy? Presented at the 2012 Conference of the American Statistical Association, San Diego, CA (with A. Sanford).

"A "Blind" Ex Post Facto Evaluation of Total Population and Total Household Forecast for Small Areas Made by Five Vendors for 2010: Results by Geography and Error Criteria." Presented at the 2012 Conference of the Canadian Population Society, Waterloo, Ontario, Canada. (with M. Cropper, J. McKibben, and J. Tayman).

"MAPE-R: An Empirical Assessment." Presented at the 2011 Conference of the Population Association of American, Washington, D.C. (with J. Tayman and T. Bryan).

"Urban-Suburban Migration Patterns in the United States, 2004–2008: The Beginning of the End for Suburbanization?" Presented at the 2010 European Population Conference, 1-4 September, Vienna, Austria. (with J. McKibben).

"Disappearing Hispanics? The Case of Los Angeles County, California 1990-2000." Presented at the 2010 Conference of the American Statistical Association, 31 July – 5 August, Vancouver, BC, Canada (with M. Kaneshiro and A. Martinez).

"Using Cohort Change Ratios to Estimate Life Expectancy in Populations Closed to Migration." Presented at the 45th (2010) Actuarial Research Conference, Burnaby, British Columbia, July 26-28. (with L. M. Tedrow).

"MAPE-R: A Refined Measure of Accuracy for Ex Post Evaluation of Estimates and Forecasts." Presented at the 2010 International Symposium of Forecasting, 20-23 June, San Diego, California (with J. Tayman and T. Bryan).

"The American Community Survey from a User's Perspective." Presented at the 2010 Council of Governments/Metropolitan Planning Organizations Socio-economic Modeling Conference, San Diego, CA (with J. Tayman).

"The Methods and Materials used to Generate Two Key Elements of the Housing Unit Method of Population Estimation" Vacancy Rates (VR) and Persons per Household (PPH)." Presented at the 2010 Conference of the Population Association of America, 15-17 April, Dallas, Texas.

"DOMICLE 1.0: An Agent-Based Simulation Model for Population Estimates at the Domicile Level." Presented at the 2010 Applied Demography Conference, 10 -12 January, San Antonio, Texas (with Cameron Griffith, Bryon Long, and Mike Knight).

"Developing Annual Population Data in the United States: New Possibilities for the 21st Century." Presented at the 2009 Conference of the International Union for the Scientific Study of Population, 27 September – 2 October, Marrakech, Morocco (with J. McKibben).

"A Demographic Approach to Forecasting Groups Covered by Employer Health Insurance." Presented at the 44th Annual Actuarial Research Conference, 30 July – 1 August, 2009, Madison, Wisconsin. (with H. Kintner).

"Socio-Economic Status and Life Expectancy in Mississippi, 1970 to 1990." Presented at the 2009 Conference of the Canadian Population Society, 27-29 May, Ottawa, Ontario, Canada (with M. McGehee).

"An Evaluation of Data Generated By the American Community Survey." Presented at the 2008 Conference of the European Association for Population Studies, 9-12 July, Barcelona, Spain (with G. Hough).

"An Evaluation of Persons Per Household (PPH) Data Generated By the American Community Survey: A Demographic Perspective." Presented at the 2008 Conference of the Canadian Population Society, 4-6 June, Vancouver, British Columbia, Canada (with G. Hough).

"Assessing Katrina's Impact on the Mississippi Gulf Coast: A Report on Completed Research." Presented at the 2008 Conference of the Population Association of America, 17-19 April, New Orleans, LA (with R. Forgette and M. Van Boening).

"The Demographic Effects of Hurricane Katrina on the Mississippi Gulf Coast: An Analysis by Zipcode." Presented at the 2008 Conference of the Mississippi Academy of Sciences, 20-22 February, Olive Branch, Mississippi.

"Teaching Business Demography Using Case Studies with Demographic Cases." Presented at the 2007 special seminar on Business Demography, International Union for the Scientific Study of Population, 8-9 October, Sydney, Australia (with P. Morrison).

"New Directions in the Development of Population Estimates and Projections ." Presented at the 2007 Conference of the International Statistical Institute, Satellite Conference on Small Area Statistics, Pisa, Italy. 3-5 September. (with J. McKibben).

"Assessing Katrina's Demographic and Social Impacts on the Mississippi Gulf Coast: Preliminary Results ." Presented at the 2007 Conference of the American Statistical Association, 29 July – 3 August, Salt Lake City, UT (with M. Van Boening and R. Forgette).

"Assessing Katrina's Impact on the Mississippi Gulf Coast: Social Network Effects." Presented at the 2007 Applied Demography Conference, 7-9 January, San Antonio, Texas (with R. Forgette, M. Van Boening, and B. Dettrey).

"Forecasting the Population of Census Tracts by Age and Sex: An Example of the Hamilton-Perry Method in Action." Presented at the 2007 Applied Demography Conference, 7-9 January, San Antonio, Texas (with A. Schlottmann and R. Schmidt).

"Measuring Uncertainty in Population Data Generated by the Cohort-Component Method: A Report on Research in Progress." Presented at the 2007 Applied Demography Conference, 7-9 January, San Antonio, Texas.

"Toward Measuring Uncertainty in Population Data Generated by the Cohort-Component Method." Presented at the 2006 Annual Meeting of the British Society for Population Studies, 19-21 September, Southampton, England.

"Population Ageing and the Measurement of Dependency: The Case of Germany." Presented at the 2006 Meeting of the European Association for Population Studies. 20-24 June, Liverpool, England.

"Research on the Impacts of Hurricane Katrina on the Mississippi Gulf Coast." Presented at the Annual Meeting of the Southern Demographic Association, 3-5 November, 2005. Oxford, Mississippi.

"Contemporary Developments in Applied Demography within the United States." Presented at the 2005 Conference of the International Union for the Scientific Study of Population, 18-23 July, 2005. Tours, France. (with L. Pol).

"Controversy over Providing Special Census Tabulations to Government Security Agencies: the Case of Arab-Americans." Presented at the 2005 Conference of the International Union for the Scientific Study of Population, 18-23 July, 2005. Tours, France. (with S. El-Baldry).

"A Comparison of In-Class and On-line Student Evaluations." Presented at the Annual Meeting of the Mississippi Academy of Sciences, 16-18 February, 2005. Oxford, Mississippi.

"On MAPE-R as a Measure of Estimation and Forecast Accuracy." Presented at the Annual Meeting of the Southern Demographic Association. 14-16 October, 2004. Hilton Head. SC. (with C. Coleman).

"19th Century Roots of Contentious Litigation over Census Counts in the late 20th Century." Presented at the Hawaii International Conference on the Social Sciences, 16-19 June, 2004. Honolulu, HI (with P. Walashek).

"An Evaluation of the American Community Survey: Preliminary Results from a County Level Analysis of the Oregon Test Site." Presented at the Annual Meeting of the Mississippi Academy of Sciences, February 18th to 20th, 2004, Biloxi, Mississippi (with G. Hough).

"Advancing Methodological Knowledge within State and Local Demography: A Case Study." Presented at the Annual Meeting of the Southern Demographic Association, October 23rd to 25th, 2003, Alexandria, Virginia.

"Contemporary Developments in Applied Demography in the U.S." presented at the European Population Conference, Warsaw, Poland, August 23-26, 2003 (with L. Pol).

"Using Cases in the Teaching of Statistics." presented at the annual meeting of the World Association for Case Method Research and Application, Bordeaux, France, June 29th to July 2nd, 2003 (with R. Patten).

"MAPE-R: Its Features and Results from a National Block-Group Test." Presented at the Annual Meeting of the American Statistical Association, New York City, New York, August 13, 2002. (with T. Bryan, J. Tayman, and C. Barr).

"Applied Demography in Action: A Case Study of 'Population Identification'." Presented at the Annual Meeting of the Population Association of America, Atlanta, Georgia, May 10, 2002.

"New Directions in Population Forecasting." Presented at the 4th International Conference on Prediction and Non-Linear Dynamics, Tomas Bata University, Zlin, Czech Republic, September 25-26, 2001 (with S. Smith and J. Tayman).

"Leveraging Extant Data to Meet Local Information Needs: A Case Study in Team Applied Demography." Presented at the Annual Meeting of the Population Association of America, March, 2000, Los Angeles, California (with P. Morrison, C. Popoff, I. Sharkova, and J. Tayman).

" We are What We Measure: Toward A New Approach for Assessing Population Forecast Accuracy." Presented at the Annual Meeting of the Southern Demographic Association, October 29th, 1999, San Antonio, Texas. (with J. Tayman and C. Barr).

"On Measuring Accuracy in Subnational Demographic Forecasts." Presented at the 52nd Congress of the International Statistical Institute, Helsinki, Finland, August 18, 1999 (with J. Tayman and C. Barr).

"Population Estimates from Remotely Sensed Data: A Discussion of Recent Technological Developments and Future Research Plans." Presented at the Annual Meeting of the Canadian Population Society, Lennoxville, Quebec, Canada, June, 1999 (with J. Wicks, R. Vincent, and J. Luiz Pereira De Almeida.

"Teaching Statistics to Non-Specialists in an Intercultural Setting: Addressing Issues of Understanding and Retention in a Modern Learning Environment." Presented at the Mid-Term Conference of the Sociology of Education Research Committee, International Sociological Association, Joensuu, Finland, June, 1997. (with J. McKibben).

"A Computer-Based Curriculum For Service Courses In Statistics." Presented at the International Conference On Problems of Statistical Education, St. Petersburg, Russia, July,1996 (with J. McKibben).

"In Defense of The Net Migrant." Presented at the 1996 Annual Meeting of the Population Association of America, New Orleans, Louisiana (with S. Smith).

"What Is Applied Demography?" Presented at the 1996 Annual Meeting of the Population Association of America, New Orleans, Louisiana (with T. Burch and L. Tedrow).

"Alternative Measures For Evaluating Population Forecasts: A Comparison of State, County, and Sub-county Geographic Areas." Presented at the 1995 Annual Meeting of the Population Association of America, San Francisco, California (with J. Tayman).

"Changes in Factories, Changes in Accuracies: On the Relationship Between Economic Structure and the Ratio-Correlation Method of Population Estimation." Presented at the 1994 Annual Meeting of the Southern Demographic Association, Atlanta, Georgia (with J. McKibben).

"Forecasting Health Benefits Populations." Presented at the XIVth International Symposium on Forecasting, Stockholm, Sweden (with H. Kintner).

"Between A Rock and A Hard Place: The Evaluation of Demographic Forecasts." Presented at the XIVth International Symposium on Forecasting, Stockholm, Sweden (with J. Tayman).

"Construction of Confidence Intervals for Population Forecasts Generated by the Cohort-Component Method." Presented at the 1994 Annual Meeting of The Population Association of America, Miami, Florida (with D. Arnold, J. Carlson, H. Kintner, and C. Williams).

"Ties that Bind: Families, Organizational Demography, and Health Benefits." Presented at the 1994 Annual Meeting of The Population of America, Miami, Florida (with H. Kintner).

"Measuring the Utility of Population Projections." Presented at the 1994 Annual Meeting of The Ohio Academy of Science. Toledo, Ohio (with J. Tayman).

"Mean Square Error Confidence Intervals for Intercensal Net Migration Estimates: A Case Study of Arkansas 1980-1990." Presented at the 1993 Annual Meeting of the Southern Demographic Association, New Orleans, Louisiana (with H. Kintner and M. McGehee).

"Estimating Demographic Rates From Employer Administrative Database." Presented at the 1993 Annual Meeting of the International Union for the Scientific Study of Population, Montreal, Quebec (with H. Kintner).

"Evaluation of Ratio-Correlation and Difference-Correlation Methods for Estimating County Populations: The Case of Post-Industrial Indiana." Presented at the 1993 Annual Meeting of the American Statistical Association, San Francisco, California (with J. McKibben).

"Ratio-Correlation: A Short-Term County Population Projection Method." Presented at the 1993 International Symposium on Forecasting. Pittsburgh, Pennsylvania (with D. Beck).

"The Relationship Between Life Expectancy and Socioeconomic Status In Arkansas, 1970 and 1990." Presented at the 1993 Annual Meeting of the Population Association of America, Cincinnati, Ohio.

"Measurement Errors in Census Counts and Estimates of Intercensal Net Migration." Presented at the 1993 Annual Meeting of the Population Association of the America, Cincinnati, Ohio (with H. Kintner).

"Ratio-Correlation as a Short-Term County Population Projection Method: A Case Study for Washington State." Presented at the 1992 Annual Meeting of the Southern Demographic Association , Charleston, South Carolina (with D. Beck).

"Adult Transfer Students: Predicting Who Will Finish and Who Will Drop Out." Presented at the 1992 Annual Meeting of the Pacific Northwest Association of Institutional Researchers and Planners, Bellingham, Washington (with S. Hedman and L. Nelson).

"Measurement Errors in Census Counts and Estimates of Intercensal Net Migration." Presented at the 1992 Annual Meeting of the American Statistical Association, Boston, Massachusetts (with H. Kintner).

"The Disposal of Household Hazardous Waste: Results From a Survey of Pierce County, Washington." Presented at the 1992 Annual Meeting of the Northwest Scientific Association, Bellingham, Washington.

"A Variation of the Housing Unit Method For Estimating the Population of Small, Rural Areas: A Case Study of the Local Expert Procedure." Presented at the 1992 Annual Meeting of the Population Association of America, Denver, Colorado (with J. Carlson and L. Roe).

"A System for Placing Confidence Intervals Around Estimated the Population of Small, Rural Areas: A Case Study of the Local Expert Procedure." Presented at the 1992 Annual Meeting of the Population Association of America, Denver, Colorado (with J. Carlson and L. Roe).

"Perspectives on Change in Employer Health Benefits Populations." Presented at the 1991 Annual Meeting of the Population Association of America, Washington, D.C. (with H. Kintner).

"Evaluating Socioeconomic Impact Models: An Adoption of Winter's Method to the Yucca Mountain Project." Presented at the 1990 Annual Meeting of the American Statistical Association, Anaheim, California (with J. Carlson, J. Hollingsworth, and C. Williams).

"The Development of Small Area Socioeconomic Data to be Utilized for Impact Analysis: Rural Southern Nevada." Presented at the 1990 International High Level Radioactive Waste Management Conference, Las Vegas, Nevada (with J. Carlson and C. Williams).

"Identifying Factors Associated with the Subjective Feelings of One's Quality of Health." Presented at the 1990 U.S. Uniformed Services Conference of Family Physicians, Richmond, Virginia (with W. F. Miser).

"Demographic Issues for Washington State." Session on Regional Demography, 1989 Annual Meeting of the Rural Sociological Society, Seattle, Washington.

"Intercensal Net Migration Among the Three Major Regions of Iraq, 1957-1977." Presented at the 1989 Annual Meeting of the Population Association of America, Baltimore, Maryland (with A. Al-Jiboury).

"VCR Households: A Comparison of Early and Recent Adopters." Presented at the 1988 Annual Meeting of the Broadcast Education Association, Las Vegas, Nevada (with B. Klopfenstein).

"Technical Skills and Training Needs of Applied Demography." Presented at the 1987 Annual Meeting for the American Statistical Association, San Francisco, California (with L. S. Rosen and H. J. Kintner).

"Causes of Death in Infancy and the Proposed Redefinition of the Neonatal Period." Presented at the 1987 Annual Meeting of the North Central Sociological Association, Cincinnati, Ohio (with E. G. Stockwell and J. Wicks).

"The Impact of Census Error Adjustments on Ohio Population Projections." Presented at the 1987 Annual Meeting of the North Central Sociological Association, Cincinnati, Ohio (with K. Vaidya, R. Yehya, B. Bennett and R. Prevost).

"Projecting Household VCR Penetration: A Demographic Approach." Presented at the 1987 Annual Meeting of the Population Association of America, Chicago, Illinois (with B. Klopfenstein).

"A State Based Regression Model For Estimating Substate Life Expectancy: Tests Using 1980 Data." Presented at the 1987 Annual Meeting of the American Statistical Association, San Francisco, California.

"An Analysis of VCR Adopter Characteristics and Behavior." Presented at the 1987 Annual Meeting of the International Communication Association, Montreal, Quebec, Canada (with B. Klopfenstein).

"Estimating Life Expectancy For Health Service Areas: A Test Using 1980 Data For Indiana." Presented at the 1986 Annual Meeting of the American Statistical Association, Chicago, Illinois.

"Converging Trends in the Relationship Between Infant Mortality and Socioeconomic Status." Presented at the 1986 Annual Meeting of the North Central Sociological Association, Toledo, Ohio (with E. Stockwell and J. Wicks).

"Geographic Variation of Longevity in Ohio, 1930 and 1980." Presented at the 1986 Annual Meeting of the North Central Sociological Association, Toledo, Ohio (with E. Stockwell).

"Identifying Extreme Errors in Ratio-Correlation Estimates of Population." Presented at the 1986 Annual Meeting of the Population Association of America, San Francisco, California (with R. Prevost).

"Missing Survey Data in End-Use Energy Models: An Overlooked Problem." Presented at the 1985 Annual Meeting of the American Statistical Association, Las Vegas, Nevada.

"Fecundability Among Ethnic Groups in Hawaii." Presented at the 1985 Annual Meeting of the North Central Sociological Association, Louisville, Kentucky.

"Issues in Energy End-Use Survey Research." Presented at the 1985 Conference of the American Council for an Energy Efficient Society, San Cruz, California (with S. M. Buller, R. J. Canter, L. Guliasi, and R. M. Wong).

"Improving the Measurement of Temporal Change in Regression Models Used for County Population Estimates." Presented at the 1983 Annual Meeting of the Population Association of America, Pittsburgh, Pennsylvania (with B. Baker and J. Van Patten).

"Municipal Population Estimation: Practical and Conceptual Features of the Housing Unit Method." Presented at the 1983 Annual Meeting of the Population Association of America, Pittsburgh, Pennsylvania (with B. Baker and J. Van Patten).

"Getting at the Factors Underlying Trends Using Statistical Decomposition Techniques." Presented at the 1980 Annual Meeting of The College and University Systems Exchange, Phoenix, Arizona.

"Allocation Accuracy in Population in Estimates: An Overlooked Criterion with Fiscal Implications." Presented at the 1980 Annual Meeting of The American Statistical Association, Houston, Texas.

"Graphic Display of Demographic Data." Presented at the 1979 Annual Meeting of The Population Association of America, Philadelphia, Pennsylvania (with L. M. Tedrow).

"A Method of Estimating Annual Age-Standardized Mortality Rates for Counties: Results of a Test Using Washington State Data." Presented at the 1978 Annual Meeting of The American Statistical Association, San Diego, California.

"Preliminary Results of an Evaluation of the Utility of Ridge Regression for Making County Population Estimates." Presented at the 1978 Annual Meeting of the Pacific Sociological Association.

## B. Contributed Non-Refereed Papers

"Why Do Group Health Benefit Populations Change Size? A Case Study of General Motors Salaried Population, 1983-1990." Presented at the 1994 Applied Demography Conference, Bowling Green, Ohio (with H. Kintner).

"An Evaluation of the Demographic Components of a Proprietary Economic Forecasting and Simulation System: The REMI Model as used by SAIC, Inc. for the Yucca Mountain Project in Nevada." Presented at the 1994 Applied Demography Conference, Bowling Green, Ohio (with Y. Zhao and J. Carlson).

"On the Utility of Lagged Ratio-Correlation as a Short-Term County Population Projection Method: A Case Study of Washington State." Presented at the 1994 Applied Demography Conference, Bowling Green, Ohio (with J. Tayman and D. Beck).

"The Producers Perspective." Presented at the 1994 Annual Meeting of Federal-State Cooperative Program for Population Projections, Session on The Utility of Population Projections, Miami, Florida.

"Confidence Intervals for Net Migration Estimates that Incorporate Measurement Errors in Census Counts." Presented at the 1992 Applied Demography Conference, Bowling Green, Ohio (with H. Kintner).

"Baseline Projections of Household Solid Waste Generation: A Case Study of Pierce County, Washington." Presented at the 1990 Applied Demography Conference, Bowling Green, Ohio.

"Conference Intervals for Estimates of Intercensal Net Migration." Presented at the 1990 Applied Demography Conference, Bowling Green, Ohio (with H. Kintner).

"Estimating Migration in a Sparsely-Populated Specialized Economic Area: The Yucca Mountain High-Level Nuclear Waste Repository." Presented at the 1990 Applied Demography Conference, Bowling Green, Ohio (with J. Carlson).

"Development of Demographic Data Utilizing Key Informants in Rural Incorporated Places." Presented at the 1990 Applied Demography Conference, Bowling Green, Ohio (with L. K. Roe and J. Carlson).

"Poverty and Infant Mortality." Presented at the June, 1989 Meeting of the Washington State Child Health Research and Policy Group, Seattle, Washington.

"Some Results of the 1988 'Research Experience for Undergraduates' Program in Demography." Poster Session at the 1988 Applied Demography Conference, Bowling Green, Ohio (with L. Tedrow).

"Overview of the Survey of Applied Demographers." Presented at the 1987 Annual Meeting of the Population of Association of America, Chicago, Illinois (with H. Kintner).

"Applied Demography." Presented to the Department of Sociology, Western Washington University, October, 1986.

"Preliminary Results From the 1986 Survey Demographers." Presented at the 1986 Annual Meeting of the Population Association of America, San Francisco, CA (with H. Kintner et al.).

"Survey Findings." Presented at the Public Hearing on Public Affairs Programming and Commercial Television, June, 1984 San Francisco, California.

"Comparative Analysis of Change in Average Household Size With Reference to IRS Data on Average Exemptions Per Return: Census Results From Selected Municipalities in Washington, 1970, 1977, and 1978." Presented at the October, 1979 meeting of The Task Force on Sub-County Population Estimates Federal-State Cooperative Program for Population Estimates, Washington, D. C. (with T. J. Lowe).

"Recent Trends in Household Size for Rural, Predominantly White, Non-Hispanic Communities: Special Census Results From Three Towns in Washington, 1976 and 1979." Presented at the October, 1979 meeting of The Task Force on Sub-County Population Estimates, Federal-State Cooperative Program for Population Estimates, Washington, D. C. (with T. J. Lowe).


## IX. Invited Presentations

"Modeling and the Covid-19 Pandemic: A Local Area Perspective." Presented at the Annual Meeting of the Federal-State Cooperative Program for Population Projections (Virtual), May 13–14, 2021.

"Using a Simple Population Forecasting Method to Assess Economic and Health Characteristics of a Population of Interest." Presented at the Department of Public and Regional Economics, Aoyama Gakuin University, Tokyo, Japan, 7 November 2018

"Using a Population Forecasting Method to Assess the Demographic Impact of Natural and Man-made Disasters." Presented at the Department of Sociology, Kyoto University, Kyoto, Japan, 5 November 2018

"Cohort Change Ratios and Their Applications." Presented as part of the Open Seminar, Foreign Scholar Lecture Series, National Institute for Population and Social Security Research, Tokyo, Japan, 31 October 2018 (http://www.ipss.go.jp/int-sem/e/lec2.html )

"On Equality and Inequality in Stationary Populations." Presented at the 4th International Symposium on the Human Mortality Database, Berlin, Germany, May 23, 2017 (with Lucky Tedrow).

"Use of Demography in the Public Sector." presented in an invited session on demography and policy at the 2017 Conference of the Population Association of American, Chicago, IL.

"The Washington State Census Board and Its Demographic Legacy." Presented at the Center for Studies in Demography and Ecology, University of Washington. Seattle, Washington, January 8, 2016.

"Aging in the Western Hemisphere, 2015-2035." Presented at the analytic exchange on Demographic Change and Mobility in Aging Regions to 2035. Co-sponsored by the U.S. National Intelligence Council and the Bureau of Intelligence and Research, U.S. State Department. Arlington, VA. July 17. 2015.

"The Current Status of Applied Demography: A Four-Field View with an Eye toward the Future." Plenary Presentation. 8th International Conference on Population Geographies, University of Queensland, Brisbane, Australia. July 1-3, 2015.

"A New Estimate of the Hawaiian Population for 1778, the Year of First European Contact." Presented as part of the Colloquium Series, Department of Sociology, University of Hawai'i. February 13th, 2015.

"Measuring Uncertainty in Population Forecasts: A New Approach Employing the Hamilton-Perry Method." Presented at the Population Institute Methods Workshop, Penn State University, June 24th, 2014. State College, PA (with Jeff Tayman).

"Measuring Uncertainty in Population Forecasts: A New Approach Employing the Hamilton-Perry Method." Presented at the Annual Conference of the Federal-State Cooperative Program for Population Projections, Boston, MA, April 30th, 2014. (with Jeff Tayman).

"Measuring Uncertainty in Population Forecasts: A New Approach." Presented at the Joint Eurostat/UNECE Work Session on Demographic Projections, October 29-31, 2013. Rome, Italy (with Jeff Tayman).

"People of the Inland Empire: Changes in Ethnicity, Age and Race, Presented at the "Practically Speaking" Development Series, Center for Sustainable Suburban Development, University of California Riverside, June 11[th], 2013. Riverside, CA.

"A Loss Function Approach to Examining ACS Estimates: A Case Study of 2010 "Persons Per Household" Estimates for California Counties." Presented at the Workshop on "The Benefits (and Burdens) of the American Community Survey" sponsored by the Committee on National Statistics, National Academies of Science. June 14-15, 2012, Washington, DC (with George Hough).

"Practical Demography." Keynote address presented at the Warren Kalbach Conference, March 18-19, 2011, Edmonton Society of Demographers, University of Alberta, Edmonton, Alberta, Canada.

"Developing Small Area Population Estimates for Use in Health Information Systems." Presented in the Introductory Plenary Session at the 19th International Conference of the Forum for Interdisciplinary Mathematics,18-20 December 2010, Patna University, Patna, India. (with J. McKibben and K. Faust).

"Perspectives on the American Community Survey." Presented at the 2010 Conference of the Latin American Association for Population Studies, 15-19 November, Havana, Cuba.

"New Directions for the Decennial Census?" Presented in the Invited Session, What if the 2020 Census Was the First Census: What Would We do?, 2010 Conference of the American Statistical Association, 31 July – 5 August, Vancouver, British Columbia, Canada.

"Demographics and Housing." Presented at the Randall Lewis Seminar, Blakely Center for Sustainable Suburban Development, Riverside, California, 17 June 2010.

"The Possibilities for using the Housing Unit method." Presented at Statistics Canada, Ottawa, Ontario, 28 May, 2009.

"The Future of Suburbs." Presented at Pitney Bowles Business Decisions. Toronto, Ontario, 27 May 09.

"Socio-economic Status and Life Expectancy in the United States: 1970 to 1990." Presented at the School of Public Policy, University of Texas- San Antonio, San Antonio, TX. 21 April 2009.

"Small Area Estimation and Health Information Systems" Presented at the Small Area Measurement Consultation Conference, Institute for Health Metrics and Evaluation, University of Washington. Seattle, WA,10 April 2009.

"Aging and other Population Trends and their Implications for Suburbs." Presented as part of the 'Leadership Lenexa' Seminar Series, Lenexa Chamber of Commerce. Lenexa, KS. 27 June 2008.

"How the Changing U.S. Census will Affect Decision-Making." Presented at the Randall Lewis Seminar, Blakely Center for Sustainable Suburban Development, Riverside, California, 15 May 2008.

"An Evaluation of Persons Per Household (PPH) Data Generated By the American Community Survey: A Demographic Perspective." Presented at the American Community Survey, Multi-Year Estimates Meeting, 15 November 2006, U.S. Census Bureau, Suitland, Maryland.

"Counting the Gulf Coast: A Demographer Gauges Katrina's Impact in Mississippi." Department of Sociology, University of California Irvine, 23 October 207, Irvine, CA.

"Assessing Katrina's Impact on the Mississippi Gulf Coast: A Report on Completed Research." Poster presented at the 2007 Post-Katrina Forum Gulf States Alliance: Network Science and Recovery, 19-21 August, Biloxi, MS (with R. Forgette, M. Van Boening).

"The Needs of Researchers in Regard to Population Estimates." Conference on U.S. Census Bureau Population Estimates: Meeting User Needs." Sponsored by Council of Professional Associations on Federal Statistics.19 July 2006. Alexandria, VA.

The Impact of Hurricane Katrina on the Mississippi Gulf Coast." Annual Exhibition of the Coalition for National Science Funding, 7 June 2006. Washington, DC.

"The Impact of Hurricane Katrina on the Mississippi Gulf Coast." Annual CLARITAS Client Conference, 30-29 April, 2006, San Diego, CA.

"The Impact of Hurricane Katrina on the Mississippi Gulf Coast. Annual Meeting of the Population Association of America, Session of the Committee on Population Statistics. 30 March 2006. Los Angeles, CA.

"Demographic Changes Affecting Undergraduate Enrollment in Mississippi." College of Liberal Arts Faculty Forum, 22 March 2005. University of Mississippi.

"The Changing Demography of the CSGS Region." Plenary Keynote Address, Annual Meeting of the Conference of Southern Graduate Schools, 26 February 2005. Biloxi, MS.

"An Evaluation of the American Community Survey: Results from the Oregon Test Site." Presented at the Annual Meeting of the American Statistical Association, August 8th to 10th, 2004. Toronto, Ontario, Canada (with G. Hough).

"Evidence From Oregon." Presented at the Annual Meeting of the Population Association of America, April 1st to 3rd, 2004. Boston, Massachusetts (with G. Hough).

"The Impact of Demographic Factors on Business: Selected Examples." Presented to Faculty of the H.E.L.P. Institute, Kuala Lumpur, Malaysia, 25 April 2003

"Results of the BScBA Program Self-Evaluation Study." Presented at the External Accreditation Peer Review Team's On-Site Visit, Finnish Ministry of Education, Valamo, Finland, October 8-9, 2002.

"Demographic Constraints on Regional Development." Presented at the Technology and Economic Development in the Periphery (TEDIP) Dissemination Seminar, Joensuu University, Savonlinna, Finland, June 13th, 2002.

"International Education in Finland: Issues and Challenges." Presented to the Rural Studies Workshop, Institute for Rural Research Studies, Helsinki University, Mikkeli, Finland, February 1st, 2002

"The International BBA Program of the Helsinki School of Economics and Business Administration." Presented to the President of Finland, Mikkeli, Finland, May 15th, 2001.

"Providing International Education: A Finnish Example of the European Experience." Presented at the 4th Strategy Seminar on Strategic Alliances and Partnerships in International Education, Kuala Lumpur, Malaysia, April 7th, 2001.

"On Measuring Accuracy in Subnational Demographic Estimates." Presented at the National Conference on Population Estimates Methods, Sponsored by the Population Estimates Branch, U.S. Bureau of the Census, June 8th, 1999. Suitland, Maryland (with J. Tayman and C. Barr).

"Census Errors and Census 2000: The Role of Local Government." Presented at the Public Stakeholders Meeting of the Southern Nevada Census 2000 Committee, March 23rd, 1999, Las Vegas, Nevada.

"The Food Consumption Survey." Presented at the Total System Performance Assessment Technical Exchange, U.S. Department of Energy/ U.S. Nuclear Regulatory Commission. Las Vegas, Nevada, November 6th, 1997.

"Amargosa Valley Population Survey." Presented to the U.S. National Advisory Committee on Nuclear Waste, U.S. Nuclear Regulatory Commission. 94th Meeting, Las Vegas, Nevada, September 23rd, 1997.

"An ACS Performance Assessment." Presented in the session "The American Community Survey – Uses and Issues." Annual Meeting of the American Statistical Association, Anaheim, California, August 13th, 1997.

"The Region's Changing Demographics." Presented at the International Council of Shopping Centers' 1996 Meeting, Skamania Lodge, Skamania, Washington, August, 1996.

"Local Population Trends." Presented at the Chamber of Commerce Leadership Program." West Linn, Oregon, March, 1996.

"Oregon's Population Trends." Presented at the Strategic Budget Conference of Oregon State Agency Directors, Salem, Oregon , March, 1996.

"Evaluation Plan for the Arkansas Network Based Technology Deployment Program." Presented at the Workshop on Manufacturing Modernization: Evaluation Practices, Methods and Results. National Institute of Standards and Technology, Atlanta, Georgia, September 18-20, 1994.

"Estimates of the Current Cost of Health Care in Arkansas." Presented to the Governor's Task Force on Health Care Reform. Little Rock, Arkansas, April 13, 1994.

"An Overview of Impact Analysis." Presented at the Local Development Association Meeting, Heber Springs, Arkansas 1993.

"Applied Demography for Urban Studies." Two-day workshop presented at Loyola University, Chicago, Illinois, 1993.

"Confidence Intervals for Net Migration Estimates that Incorporate Measurement Errors in Census." Presented at the Central Arkansas Chapter of the American Statistical Association, November, 1992 (with H. Kintner).

"Demographic Aspects of Labor Force Trends in Arkansas." Presented at the March 5th, 1993 Arkansas Business Leaders Symposium, Arkansas College, Batesville, Arkansas.

"Decennial Census Products and Their Use in Research." Presented in the Research Conference Series, Center for Mental Health Research, University of Arkansas for Medical Sciences, November 18th, 1992.

"Factor Analysis and Related Analytical Techniques." Presented to the Uniformed Services Physicians' Fellowship Program, Madigan Army Medical Center, April 17th, 1992.

"A Variation of the Housing Unit Method for Estimating the Age and Gender Distribution of Small, Rural Areas: A Case Study of the Local Expert Procedure." Presented at the Invited Paper Session Methods of Small Area Population Estimation. Annual Meeting of the American Statistical Association, San Francisco, California, August, 1993 (with J. Carlson, L. Rowe and C. Williams).

"A First Bite in a Seven Course Meal: Results from the 1990 Census." Presented to the City Club of Tacoma, June, 1991 (with W. Opitz).

"A New Method for Projecting Small Area Populations." Presented to the Center for Business and Economic Research, College of Business, University of Nevada, Las Vegas, March, 1991.

"Socio-Economic Impact Analysis for the Yucca Mountain Nuclear Waste Project: Insights from Demography." Presented to the Department of Sociology, Michigan State University, February, 1991.

"Ratio-Correlation as a Short-Term, Subnational Population Forecasting Method: A Case Study Using Washington State Data." Presented to the Demography Division, Statistics Canada, Ottawa, Ontario, February 11, 1991.

"Demographics! Demographics! Demographics!" Presented to members of the Private Industry Council, Pierce County, Washington, March, 1990.

"Marx vs. Malthus: An Empirical Approach to Examining Orthodoxy." Presented in the Colloquium Series "Living In A Fragile Environment," Valparaiso University, January, 1990.

"Small Area Socio-Economic Forecasting," Presented to the Faculty Club, Valparaiso University, January,1990.

"Local, National, and International Demographic Trends." Presented to the Washington Agriculture and Forestry Leadership Program, Pacific Lutheran University, January, 1990.

"Some Problems in Small Area Forecasting." Presented at the ICPSR Summer Program in Quantitative Methods, University of Michigan, July, 1989.

"Washington State Population Issues." Presented at the Washington State Public School Social Studies Educators Retreat, Pilgrim Firs, Washington, October, 1987.

"Why are American Babies Dying Before Their First Birthday?' Presented at the October, 1987 Interdepartmental Colloquium, Pacific Lutheran University.

"Subnational Population Estimation and Its Relation to Emerging Legal Challenges in the United States." Presented at the November, 1986 Brown-bag session of The Population Studies Center, University of Michigan.

"Population Trends in North Central Ohio." Presented at the November, 1986 meeting of The Social Science Club, Firelands College.

"The Multiple Regression Approach to Deriving Local Area Population Estimates." Presented at the April, 1985 meeting of the Northwest Ohio Chapter of The American Statistical Association, Bowling Green, Ohio.

"Population and Enrollment Forecasting." Presented at the March, 1983 meeting of the Anchorage Demographic Group, Anchorage, Alaska.

"Trends in Washington's Population." Presented at the November, 1979 meeting of the Seattle Economists' Club, Seattle, Washington.

## X. Testimony

### A. Legislative and Regulatory

Oral and written Testimony, "*Why 2+2 Should Never Equal 3: Getting Intercensal Population Estimates Right the First Time,*" House Government Reform Subcommittee on Federalism and the Census oversight hearing  Washington, DC. September 6, 2006.

Oral and written Testimony, Nuclear Regulatory Commission, Advisory Committee On Nuclear Waste, September 25, 1997, Las Vegas, Nevada.

Oral Testimony on Oregon's Population Trends. Presented to the Interim Committee On Growth Management, Oregon House of Representatives, February, 1996.

Written Testimony on "The Proposed Options For Incorporating Information From The Post-Enumeration Survey into The Intercensal Population Estimates produced By the Bureau of the Census." Public Hearing Docket (No. 920895-2195) U.S. Bureau of the Census. August 31, 1992.

"Results From the 1988 Recycling Survey." Presented to the Subcommittee on Solid Waste Management, Pierce County Council, January, 1989.

Written Testimony on "Plans for Conducting the 1990 Census in Alaska." Subcommittee on Census and Population, Hearing Conducted in Anchorage, Alaska, August 19, 1987.

Written Testimony on "Federal Statistics and National Data Needs." <u>Subcommittee on Energy, Nuclear Proliferation and Government Processes of the Committee on Government Affairs, United States Senate. 98th Congress, 1st Session.</u> Committee Print (S. Print 98-191) Washington: 1984.

Oral and Written Testimony, Labor Committee, Alaska House of Representatives, 1981, 1982, 1983.

Oral and Written Testimony, Finance Committee, Alaska House of Representatives, 1981, 1982, 1983.

Oral and Written Testimony, Finance Committee, Washington State Senate, 1979.

Oral and Written Testimony, Finance Committee, Hawaii State House of Representatives, 1974.

## B. Judicial

Deposed and Testifying Expert Witness. 2022. Case A-17-762364-C. Estate of Joseph P. Schrage Jr & Kristina. D. Schrage v. Allan Stahl. Eighth Judicial Court, Clark County, Las Vegas, Nevada.

Deposed and Testifying Witness. 2021. Civil No. CV 6417-203, State of Arizona, General Adjudication of All Rights in the Little Colorado River System and Source, Phoenix, AZ

Deposed and Testifying Expert Witness. 2012. Board of Education, Shelby County, Tennessee et al. v. Memphis City Board of Education et al. / Board of County Commissioners, Shelby County, Tennessee (third party plaintiff) v. Robert E. Cooper et al (third party defendant)." (Constitutionality of a Tennessee state law). Baker, Donelson, Bearman, Caldwell and Berkowitz, PC. Memphis, TN.

Deposed Expert Witness. 2009. "Quest Medical Services v. FMIC." (Demographic Effects of Hurricane Katrina on New Orleans in a case involving a Medical Service Provider). . Podvey, Meanor, Catenacci, Hildner, Cocoziello, and Chattman, P.C., Newark, NJ.

Deposed and Testifying Expert Witness. 2007. "Spring Hill Hospital, Inc. v. Williamson Medical Center and Maury Regional Hospital." (Evaluation of population forecasts in a case involving a proposed hospital). Miller and Martin, PLLC, Nashville.

Deposed and Testifying Expert Witness. 1994. Arkansas Supreme Court. (Statistical evaluation of the accuracy of the number of qualified signatures on a public referendum as determined by a sample).

Deposed Expert Witness. 1983. "Anchorage, et al., vs. J. Hammond et al." (Lawsuit brought by local governments against the state of Alaska on how populations are determined for purposes of state revenue sharing to local governments).

## XI. <u>Service</u>

### A. Professional

Co-editor, Special Issue on Population Forecasting, *Population Research and Policy Review* (2023) (with J. Baker, I. Grossman, and T. Wilson).

Mortality Expert Panel, Society of Actuaries Research Institute, February, 2022 -

Interview, "Census Bureau's use of Synthetic Data worries Researchers." A story that appears in Associate Press News. May 27, 2021
https://apnews.com/article/census-2020-technology-data-privacy-business-be938fa5db887a0ae6858dff0be217ef

External Advisory Board, Geo-Spatial and Population Studies Research Center, University of New Mexico, April 2019 -

Chair, Estimates and Projections Session I, 2022 Applied Demography Conference February 1st.

Interview: "Information for Real Estate Agents." Wallethub, April 24th, 2019.
https://wallethub.com/edu/best-worst-cities-to-be-a-real-estate-agent/18713/#expert=david-a-swanson

Interview: "Demographic Formula Reveals Surprisingly Short Careers for MLB Pitchers." A story that appears in UPI's Science News, August 3rd, 2018 (https://www.upi.com/Demographic-formula-reveals-surprisingly-short-careers-for-MLB-pitchers/3841533304869/ ).

Editorial Board, *Population Research and Policy Review*, 2014-2021

Advisory Board, Online Program in Applied Demography, Pennsylvania State University, 2017-2021

Advisory Board, Nantucket Data Platform Project, Nantucket, Massachusetts, 2017-2020

Reviewer, Proposals for a special issue of *Population Research and Policy Review*, 2017.

Co-organizer, Conference on Applied Demography and Public Policy, University of Houston, Houston, TX, January, 2017.

Chair, Applied Demography Track Committee, 2017 Program Committee, Population Association of America. 2016-17.

2017 Program Committee, Population Association of America. 2016-2017.

Invited Commentary, "Compare Hawai'i and Mississippi," on the question, "Is Hawai'i a racial paradise?" Zocalo Public Square, September 15th, 2015
(http://www.zocalopublicsquare.org/2015/09/15/is-hawaii-a-racial-paradise/ideas/up-for-discussion/#David+A.+Swanson ).

Poster Session Judge, "8th International Conference on Population Geographies, Brisbane, Australia, June 30th to July 3rd, 2015.

Discussant, Session 1130, "Demographic and Statistical Approaches to Small Area Estimation." Population Association of American, April 30th to May 1st, 2014. Boston, MA.

Session Chair, "Mortality and Later Life Health." Social Science History Association, 1-4 November 2012, Vancouver, BC, Canada.

Grant Proposal Reviewer. "FR/38/2-220/11 - Defining the Demographic Prospects of Georgia and Providing their Software," Shosta Rustaveli National Science Foundation of Georgia, Republic of Georgia (December, 2011).

Session Organizer and Chair, "Population Projections," Applied Demography Conference, 8-10 January 2012, San Antonio, Texas.

Interview: "Experts Predict Bright Future." A story that appears in The Telegraph. (Calcutta, India) December 21, 2010.

Interview: "Census Bureau releases detailed statistics on smaller Inland areas." A story written by David Olson that appears in the Press-Enterprise, December 14, 2010

Interview: "Inland area lags behind state, nation in returning census forms." A story written by David Olson that appears in The Press-Enterprise, March 31, 2010

Interview: "Government 'a Counting: Does the U.S. Census Need a 21st-Century Makeover?." A story written by Katie Moisse that appears in Scientific American, March 25, 2010

Interview: "Some Hispanics puzzle over race question on census form." A story written by Randy Cordova that appears in the Arizona Republic, March 23, 2010.

Interview: "The census inspires a sense of civic duty, distrust and fear." A story written by Robert L. Smith that appears in The Cleveland Plain Dealer, March 16, 2010

Interview: "Campaign counts on snowbird surveys in Palm Springs." A story written by Kate McGinty that appears in The Desert Sun, March 13, 2010

Interview: "Census Bureau reaching out in Inland area to communities least likely to be counted." A story written by David Olson that appears in The Press-Enterprise, January 28, 2010

Interview: "Countdown to the Count-up." A story written by Bettye Miller that appears in UCR: The Magazine of UC Riverside Winter, 2010, pp. 22-23.

Session Chair, "The 2010 Census." Applied Demography Conference, 10-12 January 2010, San Antonio, Texas.

Session Organizer and Chair, "Expert Witness Work and the Applied Demographer," Applied Demography Conference, 10-12 January 2010, San Antonio, Texas.

Co-Program Organizer (with Nazrul Hoque and Lloyd Potter), Applied Demography Conference, 10-12 January 2010, San Antonio, Texas.

Discussant, Session 1704, "Using Demography in the Business and Public Sectors." 2009 Conference of the International Union for the Scientific Study of Population, Marrakech, Morocco, 27 September – 2 October 2009.

Associate Editor, Open Demography Journal, 2009-2010

Facilitator, Census Advisory Committee of Professional Associations, U.S. Census Bureau, 2009-10

Chair, Committee representing the Population Association of America, Census Advisory Committee of Professional Associations, U.S. Census Bureau. 2008-2009

Census Advisory Committee of Professional Associations, U.S. Census Bureau. 2004-2010

Member, Development Committee, Population Association of America, 2008-2013.

Chair and Conference Organizer, Psychology and Social Sciences Section, Mississippi Academy of Sciences, 2007-8.

Chair, Session on "Fertility: Social Issues and Reproduction." Annual Meeting of the Southern Demographic Association, 13 October 2007, Birmingham, Al.

Presenter and Discussant, "Symposium for School Districts that will be affected by the Toyota Assembly Plant near Tupelo. Mississippi." School of Education, University of Mississippi, 30 March 2007.

Organizer, Symposium: "the Psychological and Social Impacts of Hurricane Katrina." 2007 Conference of the Mississippi Academy of Sciences 22 February. Starkville, Mississippi.

Program Organizer, Applied Demography Conference, 9-11 January 2007, San Antonio, TX.

Chair and Conference Organizer, Psychology and Social Sciences Section, Mississippi Academy of Sciences, 2006-7.

Reviewer, Using the American Community Survey: Benefits and Challenges, Committee on Functionality and Usability of Data from the American Community Survey, Committee on National Statistics, National Research Council. Washington, DC: National Academy of Sciences Press. 2007.

Chair, Session on "Anxiety, Ambiguity, and Multiculturalism in Statistical Education," Annual Meeting of the American Statistical Association, 10 August 2006, Seattle, WA

Vice-Chair, Psychology and Social Sciences Section, Mississippi Academy of Sciences, 2005-6.

Local Arrangements Coordinator, Annual Meeting of the Southern Demographic Association University of Mississippi, October, 2005.

Editor, Population Research and Policy Review, Official Journal of the Southern Demographic Association, July 1st, 2004- July 1st, 2007.

Member, Advisory Board, Fulbright Academy of Science and Technology, 2003-2008.

Participant, Users Perspective Meeting, Panel on the Functionality and Usability of Data from the American Community Survey, Committee on National Statistics of the National Academies, April 2005, Washington, DC.

Technical Review Panel Member, Small Business Innovative Initiative Grants, National Institutes of Health, 2002.

Chair, National Committee on Applied Demography, Population Association of America, 2001-2.

Publications Officer, Government Statistics Section, American Statistical Association, 2001-2.

Member, National Committee on Applied Demography, Population Association of America, 1999 to 2003.

Organizer and Moderator, "Population Controls for the American Community Survey," Annual Meeting of the Southern Demographic Association, University of Mississippi, Oxford, Mississippi, November, 2005.

Organizer and Chair, "New Directions in Local Area Estimation and Forecasting,"

Annual Meeting of the Population Association of America, New York, New York. March, 1999

Technical Review Panel Member, Small Business Innovative Initiative Grants, National Institutes of Health, 1997.

Organizer and Chair, Panel Discussion on "Surf's Up! Building, Accessing, and Linking Demography's Internet Sites," Annual Meeting of the Southern Demographic Association, Memphis, Tennessee, October, 1996.

Chair, Session on "Computer Support of Statistical Education," The International Conference On Statistical Education In The Modern World: Ideas, Orientations, Technologies, St. Petersburg, Russia, July, 1996.

Chair, Membership Committee, Population Association of America, 1996 to 1998.

Technical Advisory Committee, Oregon Survey Research Laboratory, University of Oregon, 1996-97.

Textbook Reviewer, *Life in a Business Oriented Society* (by Richard Caston), Allyn and Bacon Publishers, 1996.

Member, Editorial Board, Population Research and Policy Review, 1995 to 1997, 2007-current.

Organizer and Chair, Session on "Estimates and Projection," 1996 Annual Meeting of the Population Association of America.

Co-Organizer, Sessions and Papers on State and Local Demography, 1995 Annual Meeting of the Population Association of America.

Member, Committee on Applied Demography, Population Association of America, 1994 to 1997.

Chair, Session on "Population, Environment and Development," 1994 Annual Meeting of The Southern Demographic Association, Atlanta, Georgia.

Secretary-Treasurer, Southern Demographic Association, 1994-1997 and 2004-2007.

Chair, Session on "Demographics of School and College Enrollment." 1994 Applied Demography Conference, Bowling Green, Ohio.

Organizer, Session on "Should Projections be Privatized?" and Session on "The Utility of Population Projections." 1994 Annual Meeting of the Federal-State Cooperative Program on Population Projections, Miami, Florida.

Member, Delegation to visit U.S. Senators RE the FY 1994 Budget for the U.S. Bureau of the Census, sponsored by The Population Association of American, July, 1993.

Member, Senior Council, Ohio Academy of Science, 1993-95.

Roundtable Discussion Leader on "School District Demography" 1993 Annual Meeting of the Population Association of America, Cincinnati, Ohio.

Organizer, Session on "Methods of Forecasting and Estimating," 1993 Annual Workshop of the National Association for Welfare Research and Statistics, Scottsdale, Arizona.

Arkansas State Representative to the Federal-State Cooperative Program for Population Projections, 1992 to 1995.

Member, National Peer Review Committee, Socio-economic Studies, High Level Radioactive Waste Repository, 1992, Yucca Mountain, Nevada.

Organizer and Chair, Session on "Projection and Forecasting Special Populations," 1990 North American Conference on Applied Demography, Bowling Green, Ohio.

National Chairman, Federal -State Cooperative Program for Population Projections, 1993-94.

Discussant, Session on "Survey Research to Support Social Statistics," 1990 Annual Meeting of the American Statistical Association, Anaheim, California.

Panelist, "Applied Demography and the Population Association of America," given at the 1990 Annual Meeting of the Population Association of America, Toronto, Ontario. May, 1990.

External Examiner, "A Model for Fertility Change," Ph.D. Dissertation submitted by N. Sugathan, Department of Demography, University of Kerala, 1989.

Participant, National Resource Persons Network, Office of Minority Health Resource Center, U.S. Public Health Service, 1989.

Member, Washington State Child Health Research and Policy Group, 1989-1993.

Discussant, Session on "Is the Non-Metropolitan Population Turnaround Over?" 1989 Annual Meeting of the Rural Sociological Society, Seattle, Washington.

Organizer and Chair, Session on "Demographic Issues and The Law," 1988 National Conference on Applied Demography, Bowling Green, Ohio.

Chair, State and Local Demography Interest Group, Population Association of America, 1988-90.

Organizer and Chair, Session on Methodological Advances in State and Local Demography. 1988 Annual Meeting of the Population Association of America, New Orleans, Louisiana.

Member, Subcommittee on Academic Outreach, Business Demography Committee, Population Association of America, 1987-1988.

Roundtable Discussion Leader, "Marketing Your Organization's Demographic Expertise and Resources." 1987 Annual Meeting of The Population Association of America, Chicago, Illinois.

Judge, North Central Sociological Association Undergraduate Student Paper Competition, 1987. Co-Organizer, 1st Biennial Conference on Applied Demography, held at Bowling Green State University, September 26-27, 1986.

Member, State Advisory Committee on Population Forecasts, Ohio Data Users Center, Ohio Department of Development, 1986-1987.

Discussant, Session on Estimating and Forecasting Demographic Characteristics of Small Areas, 1986 Annual Meeting of the Population Association of America, San Francisco, California.

Discussant, Session on Estimates and Projections for State and Local Areas, 1985 Annual Meeting of the Population Association of America, Boston, Massachusetts.

Speaker, Panel on Careers in Applied Demography, 1985 Annual Meeting of the Population Association of America, Boston, Massachusetts.

Discussant, Session on Issues in State and Legal Demography, 1984 Annual Meeting of the Population Association of America, Minneapolis, Minnesota.

Alaska State Representative to the Federal State Cooperative Program for Population Projections, 1981-1983.

Discussant, Session on Forecasting Energy Demand, Northwest Utilities Conference, 1980 Annual Meeting, Portland, Oregon.

Discussant, Session on Mathematical Models in Sociology, 1978 Annual Meeting of the Pacific Sociological Association, Spokane, Washington.

Member, Editorial Board, Applied Demography, Population Association of America, 1985 to 1993.

External Examiner, "Unique Competencies of International Non-Governmental Organizations (INGOs): Empirical Explorations from India." Sociology Dissertation by Pranaya Kumar Swain, Ph.D. Candidate, Indian Institute of Technology-Kanpur, Kanpur, Utter Pradesh, India. 1995.

Editorial Referee, Demography, 2022 (1 paper)

Editorial Referee, Demographic Research 2021 (1 paper)

Editorial Referee, Population Research and Policy Review, 2021 (1 paper)

Editorial Referee, Spatial Demography, 2020 (1 paper)

Editorial Referee, Journal of Engineering and Applied Research, 2019 (1 paper)

Editorial Referee Spatial Demography, 2019 (1 paper),

Editorial Referee, Demography, 2018 (1 paper)

Editorial Referee, Canadian Studies in Population, 2018 (1 paper)

Editorial Referee, Journal of Mathematical Biology, 2018 (1 paper)

Editorial Referee, Demography, 2017 (1 paper)

Editorial Referee, Population, Space and Place, 2017 (1 paper)

Editorial Referee, Population Research & Policy Review, 2017 (1 paper)

Editorial Referee, Demography, 2016 (1 paper).

Editorial Referee, Review of Economics and Finance, 2016 (1 paper)

Editorial Referee, Journal of Population Research, 2016 (1 paper)

Editorial Referee, Population Studies, 2015 (1 paper).

Editorial Referee, The American Statistician, 2914 (1 paper)

Editorial Referee, Journal of Population Research. 2014. (1 paper).

Editorial Referee, Journal of Population Research. 2013. (1 paper)

Editorial Referee, Open Demography Journal. 2012. (1 paper)

Editorial Referee, Disasters Journal. 2012 (1 paper)

Editorial Referee, Population Research and Policy Review, 2011 (2 papers)

Editorial Referee, Canadian Journal of Sociology, 2011 (1 paper).

Editorial Referee, Journal of Population Research, 2011 (1 paper).

Editorial Referee, Journal of Population Research, 2010 (1 paper).

Editorial Referee, Population Research and Policy Review, 2010 (1 paper).

Editorial Referee, American Sociological Review, 2010 (1 paper).

Editorial Referee, Demography. 2010 (1 paper).

Editorial Referee, Population Health Metrics. 2010 (1 paper).

Editorial Referee, Journal of Planning Education and Research, 2009 (1 paper).

Editorial Referee, Population Research and Policy Review, 2009 (1 paper).

Editorial Referee, Population Research and Policy Review, 2008 (2 papers).

Editorial Referee, Population Studies, 2008 (1 paper).

Editorial Referee, Journal of the Mississippi Academy of Sciences, 2008 (2 papers) .

Editorial Referee, Population Research and Policy Review, 2007 (1 paper).

Editorial Referee, Journal of Population Research, 2007 (2 papers).

Editorial Referee, City and Community, 2006 (1 paper).

Editorial Referee, Journal of Economic and Social Measurement, 2005 (1 paper).

Editorial Referee, International Journal of Forecasting, 2004 (1 paper).

Editorial Referee, Demography, 2001 (1 paper).

Editorial Referee, Population Research and Policy Review, 1999 (1 paper).

Editorial Referee, International Journal of Forecasting, 1997 (1 paper).

Editorial Referee, Population Research and Policy Review 1996 (1 paper).

Editorial Referee, Demography, 1993 (1 paper).

Editorial Referee, Demography, 1991 (1 paper).

Editorial Referee, Demography, 1987 (1 paper).

Editorial Referee, The Energy Journal, 1987 (1 paper).

Editorial Referee, Demography, 1986 (1 paper).

Editorial Referee, Human Biology, 1985 (1 paper).

Editorial Referee, Demography, 1984 (1 paper).

Editorial Referee, Demography, 1981 (1 paper).

Editorial Referee, Social Biology, 1981 (1 paper).

Editorial Referee, Demography, 1980, (1 paper).

Reviewer, Proceedings of the 1992 International Conference on Applied Demography    (1 paper).

## B. Academic

Reviewer, Long range demographic and Enrollment projections for California," as part of the "Framework for UC's Growth and Support" project, at the request of the UC Provost, Aimee Dorr, 2017.

Faculty Chair, Graduate Student Awards Committee, Department of Sociology, University of California Riverside, 2016-2017

Faculty Chair, Technology Committee, Department of Sociology, University of California Riverside, 2016-2017.

Faculty Member, Undergraduate Studies Committee, Department of Sociology, University of California Riverside, 2010-2015.

Faculty Chair, Undergraduate Program Review Committee, Department of Sociology, University of California Riverside, 2010-2011.

Interim Director, Blakely Center for Sustainable Suburban Development, University of California Riverside, 2008-2009.

Member, Leadership Institute Steering Committee, University of Mississippi, 2006-7.

Chair, Provost's Task Force on Undergraduate Education, University of Mississippi, 2004-5.

Member, Faculty Grant Review Committee, College of Liberal Arts, University of Mississippi, 2004-5.

Member, Ad Hoc Committee on Off-Campus Programs, College of Liberal Arts, University of Mississippi, 2003-4.

Member, Curriculum and Policy Committee, College of Liberal Arts, University of Mississippi, 2003-7.

BScBA Program Representative, Academic Council, Helsinki School of Economics, 2001-3.

International Summer Term Governing Board, Mikkeli Polytechnic College, 2001-3.

Campus Council, Mikkeli Business Campus, Helsinki School of Economics, 1999-2003.

Member, Dean's Executive Council, School of Urban and Public Affairs, Portland State University, 1995-97.

Member, UALR 2000 Response Group, University of Arkansas at Little Rock, 1994-95.

Mentor in Demography, Arkansas Delta Research, Education and Development Foundation, West Memphis, Arkansas, 1992-93.

Member, Urban Demography Subcommittee, Masters of Social Science Committee, University of Arkansas at Little Rock, 1992-93.

Member, East Campus Facilities Usage Group, Pacific Lutheran University, 1991-92.

Member, Provost's Ad Hoc Committee for Faculty Research, Pacific Lutheran University, 1990-92.

Member, Center For Social Research Committee, Division of Social Sciences, Pacific Lutheran University, 1987-89.

Member, Graduate Studies Committee, Department of Sociology, Bowling Green State University, 1986-87.

Library Representative, Department of Sociology, Bowling Green State University, 1986-87.

Member, Search Committee for the Assistant Director of Research Services, the Graduate College, Bowling Green State University, 1985.

Representative, Washington Community College Computing Consortium, 1981.

President, Sociology Graduate Student Association, University of Hawaii, 1974-75

Member, Executive Committee, Department of Sociology, University of Hawaii, 1974-75
Member, Graduate Admission Committee, Department of Sociology, University of Hawaii, 1975-76.

## B. Community

2022            Pro Bono Consulting, Department of City Planning (Kendra Taylor et al.), Atlanta, GA,

2018-           Member, Public Advisory Board, Caring Nurses Home Health Service, Las Vegas, NV.

2016 - 2022     President, University of Hawai'i Alumni Association, Las Vegas, NV Chapter

2016 - 2017     Secretary, Board, "Kimo Leads the Way," a non-profit organization in Las Vegas with a mission to ease the suffering of child cancer patients and their Parents.

2015-2016       Vice-President, University of Hawai'i Alumni Association, Las Vegas Chapter

| 1987- | As an annual donor and fund raiser, participate(d) in the endowment of the Demography Scholarship, Western Washington University Foundation, Bellingham, Washington. |
|---|---|
| 2010 | As a representative of the University of Hawai'i Alumni Association, represented the University of Hawai'i to prospective university students and their parents at the Laguna Beach High School Annual "College Round-up," 6 October, Laguna Beach, CA, |
| 2008 | As a donor, established the David L. Swanson Endowed Scholarship for first generation college students, Eastern Washington University Foundation, Cheney, Washington. |
| 2003-2007 | As a donor and fund raiser, helped establish the E. Walter Terrie Endowed Graduate Student Award for the Southern Demographic Association, Florida State University Foundation, Tallahassee, Florida. |
| 2007 | Donor, Schiller Scholarship and Jobes Scholarship, Department of Sociology, Pacific Lutheran University, Tacoma, Washington. |
| 2006 | Demographic Advisor, Town of Walls, Mississippi (Pro Bono Assistance) |
| 2003-2005 | Mississippi State Director, National Association of Medics and Corpsmen. |
| 2001 - | As an annual donor and fund raiser, helped establish the Gary K. Sakihara Graduate Student Award, Department of Sociology, University of Hawai'i at Mānoa, University of Hawai'i Foundation, Honolulu, Hawai'i. |
| 2003-2007 | Annual donor, unrestricted funds for the Department of Sociology and Anthropology, University of Mississippi Foundation, Oxford, Mississippi |
| 2001-2003 | Representative, Savo Provincial Higher Education Council, Mikkeli, Finland |
| 1999-2000 | Member, Census 2000 Advisory Committee, City of Las Vegas, Las Vegas, Nevada |
| 1996-1997 | Member, Board of Directors, Mt. Hood Brewing Company, Portland, Oregon. |
| 1994-1995 | Member, Governor's Task Force on Hispanic Issues, State of Arkansas. |
| 1994. | Technical Demographic Advisor, Evangelical Lutheran Church in America, Research and Planning Office, National Headquarters, Chicago, Illinois (Pro Bono Assistance). |
| 1992-1994. | Technical Demographic Advisor, Catholic Church Diocese Officer, Little Rock, Arkansas (Pro Bono Assistance). |
| 1993. | Technical Coordinator, Governor's Task Force on Health Care Reform, State of Arkansas. |
| 1988-1990. | Survey and Research Consultant, Prince of Peace Lutheran Church, Des Moines, Washington (Pro Bono Assistance). |

Life Member, 101st Airborne Division Association.

Life Member, National Association of Corpsmen and Medics.

Life Member, Western Washington University Alumni Association

## XII. Research and Professional Consulting

Demographic Consultant, Bryan GeoDemographics, 2021-

Wrongful Death Loss Consultant, O'Reilly Law Group, Las Vegas, Nevada. 2019-2022.

Demographic Consultant, "Forecast of Hopi Tribal Members et al." The Hopi Tribe, Kykotsmovi, AZ, 2017-2022.

Demographic and Statistical Consultant, ALCS LLC, Richmond, VA, 2016 - 2018

Course Development Consultant, Department of Sociology, Penn State University, 2016-2017

Demographic Consultant, Watts Guerra, LLC. San Antonio, TX. 2016.

Demographic Consultant. "Conseil Scolaire Francophone de la Columbia-Britannique et al. v. Her Majesty the Queen et al." SCBC, Vancouver registry, No. S103975. McCarthy Tetrault LLP. Vancouver, British Columbia, Canada. 2013-2014.

Demographic Consultant, Kemp Communications, Las Vegas, Nevada. 2011.

Demographic Consultant, "Population Projections." Miller and Martin, PLLC. Nashville, TN. 2010.

Demographic Consultant, Third Wave Research, Madison, WI. "Agent-Based Population Projections. 2009-2010 .

Demographic Consultant, Third Wave Research, Madison, WI. "Population Projections for the Nine Census Divisions, 2010-2020, by Single Years of Age and Sex. 2009.

Demographic Consultant, Kemp Communications, Las Vegas, Nevada. 2009.

Demographic Consultant, McKibben Demographics. "Planning a Charter School in the Lagniappe Area of New Orleans, Louisiana," Grant funded by the Smart Foundation. 2009.

Demographic Consultant, "Quest Diagnostics, Inc. v. FMIC." Podvey, Meanor, Catenacci, Hildner, Cocoziello, and Chattman, P.C., Newark, NJ. 2008-2009

Demographic Consultant, "Socio-Economic Economic Resilience and Dynamic Micro-Economic Analysis for a Large-Scale Catastrophe, Grant funded by The Southeast Regional Research Initiative (SERRI), with R. Forgette and M. Van Boening, University of Mississippi, Principal Investigators, 2009-2010

Demographic Consultant, "Ochsner Clinical Foundation v. Continental Casualty Company." Fisher Kanaris P. C., Chicago, IL, 2007.

Demographic and Statistical Consultant, Hurricane Katrina: Its Impact on the Population and Candidates for Endovascular Surgery in the Primary and Secondary Service Areas of Garden Park Hospital," Lemle and Kelleher, PLLC, Shreveport, LA. 2007.

Demographic Consultant, "Population Projections." Miller and Martin, PLLC. Nashville, TN. 2006-2007.

Demographic Consultant. "Evaluation of Methods for Estimating the Foreign Born Population." U.S. Census Bureau. 2006-2008.

Demographic Consultant, "Estimated Number of Employees with Health Insurance by Employee Type (Private Sector and Government), Size of Establishment, and City: Clark County, Nevada." 2004. Regulatory Economics, Inc. Henderson, NV.

Demographic Consultant, "Estimating and Forecasting the Size of U.S. Lifestyle Segments." Third Wave Research, Inc. Madison, Wisconsin, 2003; 2002; 1996.

Demographic Consultant, Nevada Consulting Alliance, "Evaluation of Population and Related Projections of Nevada." 2002.

Demographic Consultant, Nevada Consulting Alliance, "Critique of the State Demographer's 2002 Population Estimate for Clark County." 2002.

Consulting Scientist to Consulting Senior Scientist, Science Applications International Corporation, 1988-2002.

Demographic Consultant, Senecio Software, Inc. "Remote Sensing Estimates of Population." 1999-2002.

Demographic Consultant and Consulting Team Leader, Washoe County, Nevada, "Development of a Small Area Population Estimation System. 1999.

Consultant/Resource Faculty, "Applied Demographic Research in Migration." National Science Foundation (with L. M. Tedrow, Director), 1999.

Demographic Consultant, Parsons Brinckerhoff and SaudConsult, "Review and Revision of the Population Forecast for Jubail, Saudi Arabia." 1999.

Demographic Consultant, Nevada Consulting Alliance, "Revision of the Nevada County-level Economic and Demographic Forecasting Model," Nevada State Demographer's Office. 1998-99

Demographic and Statistical Estimation Consultant, "MetroMail Household Income/Asset Estimation Project," Third Wave Research, Inc. Madison, Wisconsin, 1996-97.

Demographic Consultant and Census Enumerator/Crew Leader Training Instructor, "American Community Survey Evaluation Project," Multnomah Progress Board, Portland, Oregon, 1997.

Demographic Consultant, "Initial Evaluation of the American Community Survey Portland Test Site Results," U.S. Bureau of the Census, 1996-97.

Enrollment and Demographic Consultant, "Enrollment Forecasts and Attendance Zone Adjustments," Hillsboro 1J School District, Oregon, 1995-1996

Enrollment and Demographic Consultant, "Enrollment Forecasts," Newberg School District Newberg School District, Oregon, 1996.

Demographic Consultant, "Higher Education Trends," NORED, Inc., Olympia, Washington, 1995

Demographic and Enrollment Consultant, "Enrollment and Market Area Profiles," Portland Community College, Portland, Oregon, 1995.

Consultant/Resource Faculty, "Applied Demographic Research in Migration" National Science Foundation (with L. M. Tedrow, Director), 1994.

Demographic Consultant, General Motors Research and Development Labs, GM North America Operations Center Michigan, 1988 to 1994.

Demographic Consultant, "Tribal Membership Forecasts," Lummi Tribal Business Council, Whatcom County, Washington, 1991.

Statistical Consultant, Iceberg Seafoods, Anchorage, Alaska, 1991-92, 1997-99, 2000.

Demographic Consultant, State of Connecticut Department of Health, "Small Area Population Estimation System" (with D. Pittenger and E. Schroeder), 1990.

Survey Research Consultant, Policy Division, Washington State Office of Financial Management, Olympia, Washington, 1990.

Demographic Consultant, Battelle Pacific Northwest Laboratories, Richland, Washington. "Hanford Environmental Dose Reconstruction Project," Subcontract No. 041581-A-K1. Richland, Washington, 1988-1990.

Survey Research Consultant, Choosing Our Future, Inc., Menlo Park, California, 1984.

Survey Research Consultant, "Household Characteristics and Residential Energy Use," Pacific Gas and Electric Company, San Francisco, California, 1983-1984.

Demographic Consultant, "Sub-county Estimation," U.S. Bureau of the Census, 1983.

Population and Enrollment Consultant, Anchorage Community College, 1983

Demographic Consultant, University of Phoenix, 1982.

Demographic Consultant, KVOS TV, Inc., Bellingham, WA., 1972, 1974.

Survey Research Consultant, Ewa Mental Health Clinic, Honolulu, Hawaii, 1975.

Information Systems Consultant, Hawaii Center for Environmental Education, Honolulu, HI. 1973.

Demographic Consultant, America Friends of Hebrew University of Jerusalem, Inc., New York, N. Y., 1973.

## XIII. Memberships in Associations

Academic Central, Casualty Actuarial Society (2016 to present)

American Statistical Association (1975 to present)

Canadian Population Society (Life Member)

European Association for Population Studies. (1999 to 2018)

Fulbright Academy for Science and Technology (2003 to 2009)

Fulbright Association (1994-97, 2002 to 2010)

Population Association of America (1975 to present)

Mississippi Academy of Sciences (Life member)

Southern Demographic Association (1992 to present)

Western Social Science Association (2015 to 2017)

## XIII. Selected Awards and Honors

*2022 E. Walter Terrie Award for State and Local Demography*, for ""Boosted Regression Trees for Small-Area Population Forecasting." Selected as the best paper on an applied topic at the 2022 Conference of the Southern Demographic Association, Knoxville, TN (with J. Baker and J. Tayman).

*2020-21 Edward A. Dickson Emeritus Professor Award, University of California Riverside*

*2016 E. Walter Terrie Award for State and Local Demography*, for "Using Modified Cohort Change and Child-Woman Ratios in the Hamilton-Perry Forecasting Method." Selected as the best paper on an applied topic at the 2016 Annual Meeting of the Southern Demographic Association, October 12th, 2016, Athens, Georgia. (with J. Tayman).

*Fulbright Specialist Roster (in Applied Demography, appointed March 2014 for a five year term).*

*Merit Increase to Professor VIII*, University of California Riverside, (June) 2013.

*Certificate of Appreciation,* US Census Bureau (for service on behalf of Census 2010). (September) 2010.

*Outstanding American Award 2006*, National Association of Medics and Corpsmen (for service on behalf of Hurricane Katrina victims).

*Research Fellow,* Social Science Research Center, Mississippi State University (appointed, October 2005).

*RAND "Research Summer Institute" Scholarship* (July), 2004,

*Fulbright "German Studies Seminar*," (June), 2003,

*1999 E. Walter Terrie Award for State and Local Demography*, for " We are What We Measure: Toward A New Approach for Assessing Population Forecast Accuracy." Selected as the best paper on an applied topic at the 1999 Annual Meeting of the Southern Demographic Association, October 29th, 1999, San Antonio, Texas. (with J. Tayman and C. Barr).

*Hammer Award* (as part of a research team evaluating the American Community Survey, U.S. Bureau of the Census), Vice-President of the United States of America, July, 1999,

*Performance Award*, Science Applications International Corporation, 1999.

*Task Achievement Program Award*, U.S. Department of Energy, Yucca Mountain Project, 1998.

*Certificate of Appreciation*, Community Based Leadership Institute, Minority Affairs Division, American Association of Retired Persons, 1992.

*Fulbright Lecturing Award*, 1990-91, Department of Demography, University of Kerala, Trivandrum, India.

*Nominee, Outstanding Contributor to Graduate Education*, 1985-86, Graduate Student Senate, Bowling Green State University, 1986.

*East-West Center Fellowship, 1980. East-West Center, Honolulu, Hawai'i.*

*Graduate with honors (cum laude)*, Western Washington State College, 1972.

*Alpha Kappa Delta, National Sociology Honorary Society*

*Phi Theta Kappa*, National Community College Honorary Society, Kappa Epsilon Chapter

## XIV. Languages

English (US): Native Language
Swedish: Reading and Speaking, Good; Writing, Fair.
Finnish: Reading and Speaking, Poor; Writing, Very Poor.