# Responsive Report of Byron D'Andra Orey, Ph.D.

February 6, 2023

1. My name is Byron D'Andra Orey. My initial report for this case, dated October 3, 2022, was submitted previously. The attorneys for the plaintiff have asked me to provide a rebuttal report that responds to the report of Dr. Christopher Bonneau.

2. My findings for the report submitted on October 3, 2022, reveal that racially polarized voting exists in Mississippi and in Supreme Court District 1, and that white bloc voting usually prevents black-preferred candidates from winning elections in Supreme Court District 1, in accordance with the *Gingles* prong 2 and 3 tests.[1] On average, blacks were found to vote as a cohesive bloc and whites voted as a bloc to usually defeat black preferred candidates. As explained below, nothing in Dr. Bonneau's report leads me to alter my conclusions that voting in elections in Mississippi is racially polarized and that white bloc voting usually defeats black-preferred candidates in the jurisdiction of interest.

## Dr. Bonneau Does Not Substantiate His Claims Regarding the Role of Political Party in Explaining Racial Polarization

3. Dr. Bonneau does not appear to contest my empirical analysis demonstrating the existence of racially polarized voting. Rather, he contends that the observed polarization is "largely on the basis of political party" (paragraph 56).

4. In drawing his conclusions about the role of political party, Dr. Bonneau fails to provide systematic evidence to substantiate his claims. For example, in paragraph 40, he writes,

---

[1] *Thornburg v. Gingles*. 478 U.S. 30, 50-51 (1986).

EXHIBIT H

"However, Bonneau and Cann (2015) found that there are high levels of partisan voting even in nonpartisan elections. That is, voters registered as Democrats vote for the Democratic candidate (and the same for Republicans) even if the partisan identification of the candidates is not on the ballot." But in Mississippi, voters do not register by party. Moreover, Dr. Bonneau does not provide any empirical evidence to substantiate that this claim applies specifically to Mississippi. Additionally, in paragraph 41, Dr. Bonneau cites Salter (2017), "Folks who tend to vote Republican have found a way to learn the identity of judicial candidates favored by Republicans and the same has been true for Democrat [sic] voters seeking to back Democrat [sic] judicial candidates." Dr. Bonneau does not provide any data based on Mississippi's elections to support this claim.

5. In response to Dr. Bonneau's position that voters make their decisions "largely on the basis of political party" (paragraph 56), it should be noted that the State Supreme Court contests in Mississippi are non-partisan (that is, no party affiliations appear on the ballot). Hence, in the absence of survey data (which Dr. Bonneau does not offer), there is no empirical basis for the claim that partisan considerations drove the observed patterns of polarization in these non-partisan contests. Indeed, the fact that racial polarization is observed in these non-partisan contests is significant evidence that party is *not* the reason for the polarization.

6. In addition to the existing set of endogenous and quasi-endogenous District 1 contests, I have conducted additional EI analyses on two other endogenous/quasi-endogenous contests that are from the recent time period, but are not biracial. While not as salient as biracial contests, these contests (2016 Supreme Court and 2015 Public Service Commission) also exhibit polarization along racial lines, as set forth in Table 1. Thus,

racial polarization is observed in 3 endogenous non-partisan contests (2012 Supreme Court, 2016 Supreme Court, 2020 Supreme Court).

7. To further refute Dr. Bonneau's conclusion that party rather than race explains racially polarized voting in Mississippi, I have also conducted an empirical analysis to provide evidence that blacks and whites prefer different candidates, even in primary elections (i.e., where party necessarily cannot be the explanation of any observed racial polarization).

8. Consistent with my previous report submitted on October 3, 2022, I conduct an EI analysis of the 2011 primary election, which featured a head-to-head, competitive, biracial contest for the Democratic nomination for Governor in Mississippi. Based on Table 1, blacks supported the black candidate (DuPree) with 92% of the vote, while whites supported the white candidate (Luckett) with 92% of the vote.

**Table 1.**

| Election | Black Preferred Candidate | Black Vote for the Black Preferred Candidate | White Vote for the Black Preferred Candidate | Black Preferred Candidate Won | Racial Polarization? |
|---|---|---|---|---|---|
| 2011 Dem. Gubernatorial Primary | DuPree | 92.3 (91.6-93.0) | 7.68 (7.06-8.4) | Yes | Yes |
| 2015 Public Service Commission | Brown | 94.7 (94.3-96.5) | 16 (15.6-16.4) | Yes | Yes |
| 2016 Supreme Court | Kitchens | 68.3 (67.8-68.9) | 40.36 (39.7-41.0) | Yes | Yes |

9. In paragraph 46, Dr. Bonneau cites an expert witness report that I previously prepared for another court case. He concludes in paragraph 47, "Based on Justice Diaz's and Dr. Orey's reports, we would expect black voters to choose candidates based on *party* and not based on race." The conclusions drawn in that report are based on analyses where blacks voted against a black candidate who ran as a Republican. These conclusions in no way relate to the analyses conducted for my report submitted on October 3, 2022.

**Dr. Bonneau Overstates the Success of Black Candidates in Supreme Court District 1 and Fails to Account for the Observed Levels of White Bloc Voting**

10. Relevant to *Gingles* 3, throughout Dr. Bonneau's report, he overstates the success of black candidates in Supreme Court District 1. In paragraph 24, for example, he writes, "Since 2000, African-Americans have won 3 elections to the Mississippi Supreme Court

from District 1 and lost 3 elections. In Districts 2 and 3, African Americans have won 0 races and lost 1 race." The 2004 contest that he alludes to is dated and is thus less probative in assessing the existence of polarization in the present day. And in the case of the other two contests to which Dr. Bonneau refers, Justice Leslie King ran unopposed in both elections. It is impossible to use an uncontested election to make any assessment of whether white bloc voting was sufficient to defeat black voters' candidates of choice.

11. In paragraph 28, Dr. Bonneau infers, "Thus, incumbent justices—both white and African-American— overwhelmingly win their bids to retain their seats." Again, to say that African Americans "overwhelmingly win their bids" overstates the results because Justice King ran unopposed in two elections.

12. Dr. Bonneau continues in paragraph 30, concluding, "Thus, in District 1, the results of these elections do not support a finding of racial discrimination: African-American justices invariably win their bids for reelection (and, indeed, since 2000, are never challenged), and when an African-American judge challenges an incumbent, their elections are relatively close." To be sure, some of the elections under discussion are close. (The 2012 Banks election was not especially close as he received only 44.4 percent of the vote, but the 2020 Westbrooks election was close.) However, these elections are close because blacks vote as a cohesive bloc. The black preferred candidate usually loses however, because whites also vote as a bloc. That is the essence of the *Gingles* dynamic.

13. Dr. Bonneau writes in paragraphs 31 and 32, "[I]n District 1, African-American state supreme court candidates who challenge incumbents receive an average of 46.5%, while white candidates who challenge incumbents receive an average of 42.5% of the vote" and

that "[c]omparing the vote of similarly-situated African-American candidates to white candidates in these elections shows no evidence of racial bias in voting." The results of my analysis as set forth in my October 3, 2022 report reveal that black candidates only received, on average, 6 percent of the white vote, thereby impeding black voters from electing the candidate of their choice.

14. In paragraph 34, Dr. Bonneau writes, "In 2012, in the counties that comprise District 1, President Obama (an African-American) received 229,978 votes. Albert Gore, Jr. (a white candidate for the U.S. Senate, but not the former Vice-President) received 198,285 votes, significantly fewer than President Obama. Earle Banks, an African American candidate (a Democrat) for the state supreme court, received only 170,513. William Waller, Jr. (the white Republican incumbent) received 213,375 votes. Had Banks performed as well as President Obama, he would have easily won election." Dr. Bonneau goes on to suggest that "Banks' race was not the reason he lost; rather, he lost because voters, the same voters who supported President Obama, determined that he was not the best candidate." This conclusion is mere speculation. Dr. Bonneau fails to take into consideration roll-off voting and white bloc voting. Indeed, in paragraph 7, based on his research, Dr. Bonneau writes, "[n]onpartisan elections for state supreme courts have less voter participation (higher levels of ballot roll-off) than partisan elections." In this case, turnout for the Presidential race was 409,949, compared to 383,888 for the Supreme Court race.

15. In any event, the issue here is racial polarized voting and the level of white bloc voting. In 2012, whites supported Obama with 12% of the vote but provided Banks with only 5%

of the vote. Hence, roll-off, in tandem with racial polarized voting, impeded blacks from electing the candidate of their choice (blacks overwhelmingly supported Banks).

16. Similarly, in paragraph 35, Dr. Bonneau writes, "More recently, in 2020, President Biden received 220,405 votes in the counties that comprise District 1. Mike Espy, an African-American candidate for the U.S. Senate, outperformed President Biden and received 229,498 votes in these counties. Once again, Justice King ran unopposed for his seat. Latrice Westbrooks, an African-American challenger to Justice Kenny Griffis, received only 190,455 votes; Justice Griffis was reelected with 202,530 votes, so had Westbrooks not underperformed Espy by close to 40,000 votes, she would have won her election." Dr. Bonneau again fails to take into consideration roll-off and white bloc voting. In the presidential race, 419,323 people turned out to vote. Whereas, only 390,285 people turned out for the Supreme Court race. There was very little roll-off in the Senate race, with 419,094 people turning out to vote. As it relates to white racial bloc voting, Espy received 13.5% of the white vote. In the non-partisan Supreme Court race, however, Westbrooks received only 6% of the white vote.

17. In paragraph 37, Dr. Bonneau writes, "Examining the 2012 and 2020 elections does not lead to the conclusion that the nonincumbent African-American candidates for the state supreme court lost because of their race. They may have lost because the election was nonpartisan and so it was more difficult for voters to identify their preferred candidate. They may have lost because they were not incumbents. They may have lost because voters did not think they were the best candidate for the job. But, given the vote patterns described above and the performance of other African-American candidates in the same counties on the same ballot, it is highly unlikely these candidates lost because they are

African-American." In each of these elections, it is extremely clear that whites voted as a cohesive bloc to defeat the black preferred candidate, providing only 6 percent of their vote to black candidates.

18. A systemic analysis reveals that *Gingles* 3 is satisfied here. The results of my previous empirical analysis, which Dr. Bonneau has failed to rebut, reveal that in the two endogenous biracial contests, black candidates were defeated in both contests due to very high degrees of white bloc voting. Similarly, black candidates were defeated in four out of five quasi-endogenous biracial contests. Thus, over the last decades, black candidates running for office in District 1 have been defeated by white bloc voting in six out of seven contests (85%).

**Dr. Bonneau Over-relies on Exogenous Elections to Draw Conclusions**

19. In paragraph 50, Dr. Bonneau writes, "While an African-American candidate has not won a statewide election in Mississippi, this is not true for elections in District 1. In 2012, President Obama won 53.9% of the vote in District 1, outpacing state supreme court candidate Earle Banks by almost 10 percentage points. In 2020, Mike Espy received 54.8% of the vote in District 1, outpacing state supreme court candidate Latrice Westbrooks by 6 percentage points. Indeed, Espy even outperformed President Biden in District 1." However, exogenous elections are less salient when compared to endogenous elections. In both the Obama and Espy races, one can apply the incumbency argument advanced by Dr. Bonneau. President Obama was an incumbent and former Representative Espy once served in Congress. Also, Dr. Bonneau does not take into

account racial polarized voting, whereby whites voted as a bloc to defeat the preferred black candidate.

20. In paragraph 51, Dr. Bonneau writes, "The evidence strongly suggests that African-American candidates are able to win elections in District 1 (for statewide offices as well as state supreme court) under its current boundaries." Again: When conducting a systematic analysis, the results reveal that blacks were only able to win one election out of seven endogenous and quasi-endogenous contests. Overall, when including exogenous statewide biracial elections, blacks were successful in only six of 17 contests that took place in District 1 over the last decade.

21. In paragraph 52, Dr. Bonneau writes, "Indeed, the plaintiff's examination of the 2019 elections for other offices using the same geographic boundaries as District 1 illustrates this: an African-American Democrat won an open seat on the Transportation Commission while another African-American candidate barely lost a seat to an incumbent on the Public Service Commission. This, once again, shows the power of incumbency. The winning African-American candidate for the Transportation Commission had a larger margin of victory than the white candidate for the Public Service Commission. Race cannot be the determinant of these elections since one African-American candidate won and the other lost." To be sure, an African American was successful in winning the Transportation Commission election. However, based on the empirical evidence, whites voted as a bloc to usually defeat the black candidate of choice in 11 of the 17 contests analyzed in my October 3, 2022 report, including 6 of the 7 endogenous and quasi-endogenous contests.

22. In paragraph 53, Dr. Bonneau writes, "This does not support the third precondition of *Thornburg v. Gingles* (1986): the majority group does not vote as a bloc such that it will usually defeat the minority group's preferred candidate. In fact, the mixed success of African American candidates in District 1 elections strongly suggests that voters (both white and black) are making decisions based on the suitability of the candidates themselves." The data examined for this report reveals that whites usually voted as a racial bloc; and in an overwhelming 65 percent of all biracial elections (and 85 percent of endogenous and quasi-endogenous biracial elections, which are the most salient contests), blacks were unable to elect the candidate of their choice due to white bloc voting.

**Conclusion**

23. First, voting in recent Mississippi elections has been racially polarized. Blacks and whites vote differently, and that pattern is not simply a function of partisanship. Racial polarization has been found in non-partisan contests and within Democratic primaries when black candidates run against white candidates in head-to-head contests. This conclusion refutes Dr. Bonneau's contention that "voters in Mississippi make decisions for the state supreme court largely on the basis of political party" (paragraph 56).

24. Second, white bloc voting usually defeats black voters' candidates of choice in District 1. In an overwhelming 65 percent of all biracial elections and 85 percent of endogenous and quasi-endogenous biracial elections, blacks were unable to elect the candidate of their choice due to the persistence of white bloc voting.

25. I reserve the right to amend, modify, or supplement my analysis and opinions. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the information and opinions contained in this report are true and correct to the best of my knowledge.

February 6, 2023                                                                    Byron D'Andra Orey, Ph.D

# Appendix 1: EI RAW RESULTS AND SCRIPT

Brown v. Bailey

```
> # Plot out Results ------------------------------------------------
> plot(iter, rxc)
> ## Ecological Inference Analyses
> ##USE this one
> # Outline:
> #        Loading libraries & importing data
> #   King's iterative EI
> #   Row by Columns (RxC) EI
> #        Summarizing results
> #        DataVis
>
> # Data files:
> #   PracticeData-ReCoded.csv
>
>
> # Libraries and Data -----------------------------------------
> #library(ei)
> library(eiCompare) # Use from latest release, which was summer 2020
> ###dat <- read.csv("C:/Users/J00584364/Downloads/PracticeData-ReCoded.csv", sep=",")###
> dat <- read.csv("C:/Users/J00584364/Downloads/Brown_2015.csv", sep=",")
>
> summary(dat$Espy)
Length  Class   Mode
     0   NULL   NULL
>
> dat$pVoteA <- dat$pVoteA/100
> dat$pVoteB <- dat$pVoteB/100
> dat$pBlackVAP <- dat$pBlackVAP/100
> dat$pWhiteVAP <- dat$pWhiteVAP/100
> #dat$pOtherVAP <- dat$pOtherVAP/100
> #dat$WhiteOtherVAP <- dat$WhiteOtherVAP
>
> # Iterative EI (King's EI) -----------------------------------
> iter <- ei_iter(
+   data = dat,
+   #cand_cols = c("pVoteA", "pVoteB"),
+   cand_cols = c("pVoteA", "pVoteB"),
+   race_cols = c("pBlackVAP", "pWhiteVAP"),
+   #race_cols = c("pBlackVAP", "pWhiteVAP" , "pOtherVAP"),
+   totals_col = "total_votes",
+   name = "Iterative EI"
+ )
  |====================================================================| 100%
>
> # Rows by Columns (RxC) -----------------------------------
> rxc <- ei_rxc(
+   data = dat,
+   cand_cols = c("pVoteA", "pVoteB"),
```

```
+   race_cols = c("pBlackVAP", "pWhiteVAP"),
+   totals_col = "total_votes",
+   name = "RxC EI",
+ )
>
> # Summary Table -----------------------------------------------
> summary(iter, rxc)
$pBlackVAP
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA         94.73           0.2              94.34
pVoteB          5.28           0.2               4.93
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           95.10              96       0.28            95.39
pVoteB            5.71               4       0.28             3.47
       ci_95_upper_RxC.EI
pVoteA        96.53
pVoteB         4.61

$pWhiteVAP
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA         15.98          0.22             15.57
pVoteB         84.00          0.19             83.65
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA           16.43            14.82       0.29           14.27
pVoteB           84.36            85.18       0.29           84.56
       ci_95_upper_RxC.EI
pVoteA        15.44
pVoteB        85.73
```

## Kitchens v. Griffis

```
> # Plot out Results ------------------------------------------------
> plot(iter, rxc)
> ## Ecological Inference Analyses
> ##USE this one
> # Outline:
> #       Loading libraries & importing data
> #   King's iterative EI
> #   Row by Columns (RxC) EI
> #       Summarizing results
> #       DataVis
>
> # Data files:
> #   PracticeData-ReCoded.csv
>
>
> # Libraries and Data ----------------------------------------------
> #library(ei)
> library(eiCompare) # Use from latest release, which was summer 2020
> ###dat <- read.csv("C:/Users/J00584364/Downloads/PracticeData-ReCoded.csv", sep=",")###
> dat <- read.csv("C:/Users/J00584364/Downloads/Kitchens_2016.csv", sep=",")
>
```

```
> summary(dat$Espy)
Length  Class   Mode
     0   NULL   NULL
>
> dat$pVoteA <- dat$pVoteA/100
> dat$pVoteB <- dat$pVoteB/100
> dat$pBlackVAP <- dat$pBlackVAP/100
> dat$pWhiteVAP <- dat$pWhiteVAP/100
> #dat$pOtherVAP <- dat$pOtherVAP/100
> #dat$WhiteOtherVAP <- dat$WhiteOtherVAP
>
> # Iterative EI (King's EI) -----------------------------------------
> iter <- ei_iter(
+   data = dat,
+   #cand_cols = c("pVoteA", "pVoteB"),
+   cand_cols = c("pVoteA", "pVoteB"),
+   race_cols = c("pBlackVAP", "pWhiteVAP"),
+   #race_cols = c("pBlackVAP", "pWhiteVAP" , "pOtherVAP"),
+   totals_col = "total_votes",
+   name = "Iterative EI"
+ )
  |=========================================================================| 100%
>
> # Rows by Columns (RxC) --------------------------------------------
> rxc <- ei_rxc(
+   data = dat,
+   cand_cols = c("pVoteA", "pVoteB"),
+   race_cols = c("pBlackVAP", "pWhiteVAP"),
+   totals_col = "total_votes",
+   name = "RxC EI",
+ )
>
> # Summary Table ----------------------------------------------------
> summary(iter, rxc)

$pBlackVAP
        mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       68.30            0.28              67.79
pVoteB       31.64            0.30              31.04
        ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          68.87              68.26       0.49         67.26
pVoteB          32.21              31.74       0.49         30.78
        ci_95_upper_RxC.EI
pVoteA       69.22
pVoteB       32.74

$pWhiteVAP
        mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       40.36            0.32              39.70
pVoteB       59.58            0.27              59.06
        ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA          41.03              40.45       0.46         39.54
pVoteB          60.09              59.55       0.46         58.60
```

```
        ci_95_upper_RxC.EI
pVoteA       41.40
pVoteB       60.46
```

## DuPree v. Luckett

```
> # Plot out Results ------------------------------------------------
> plot(iter, rxc)
> ## Ecological Inference Analyses
> ##USE this one
> # Outline:
> #         Loading libraries & importing data
> #   King's iterative EI
> #   Row by Columns (RxC) EI
> #         Summarizing results
> #         DataVis
>
> # Data files:
> #   PracticeData-ReCoded.csv
>
>
> # Libraries and Data ------------------------------------------------
> #library(ei)
> library(eiCompare) # Use from latest release, which was summer 2020
> ###dat <- read.csv("C:/Users/J00584364/DownBoads/PracticeData-ReCoded.csv", sep=",")###
> dat <- read.csv("C:/Users/J00584364/Downloads/DuPree_2011_Runoff.csv", sep=",")
>
> summary(dat$Espy)
Length  Class   Mode
    0   NULL   NULL
>
> dat$pVoteA <- dat$pVoteA/100
> dat$pVoteB <- dat$pVoteB/100
> dat$pBlackVAP <- dat$pBlackVAP/100
> dat$pWhiteVAP <- dat$pWhiteVAP/100
> #dat$pOtherVAP <- dat$pOtherVAP/100
> #dat$WhiteOtherVAP <- dat$WhiteOtherVAP
>
> # Iterative EI (King's EI) ------------------------------------------
> iter <- ei_iter(
+   data = dat,
+   #cand_cols = c("pVoteA", "pVoteB"),
+   cand_cols = c("pVoteA", "pVoteB"),
+   race_cols = c("pBlackVAP", "pWhiteVAP"),
+   #race_cols = c("pBlackVAP", "pWhiteVAP" , "pOtherVAP"),
+   totals_col = "total_votes",
+   name = "Iterative EI"
+ )
  |================================================================| 100%
>
> # Rows by Columns (RxC) ---------------------------------------------
> rxc <- ei_rxc(
```

```
+   data = dat,
+   cand_cols = c("pVoteA", "pVoteB"),
+   race_cols = c("pBlackVAP", "pWhiteVAP"),
+   totals_col = "total_votes",
+   name = "RxC EI",
+ )
>
> # Summary Table -------------------------------------------------
> summary(iter, rxc)
```

**DuPree v. Luckett Runoff 2011**

```
$pBlackVAP
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       92.3             0.37              91.61
pVoteB        7.7             0.30               7.20
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA        93.03              97.99       0.25         97.42
pVoteB         8.37               2.01       0.25          1.55
       ci_95_upper_RxC.EI
pVoteA       98.45
pVoteB        2.58

$pWhiteVAP
       mean_Iterative.EI sd_Iterative.EI ci_95_lower_Iterative.EI
pVoteA       7.68             0.36               7.06
pVoteB      92.28             0.32              91.71
       ci_95_upper_Iterative.EI mean_RxC.EI sd_RxC.EI ci_95_lower_RxC.EI
pVoteA         8.44              11.06       0.33         10.42
pVoteB        92.96              88.94       0.33         88.24
       ci_95_upper_RxC.EI
pVoteA       11.76
pVoteB       89.58
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.,

        Plaintiffs,

vs.

STATE BOARD OF ELECTION COMMISSIONERS et al.,

        Defendants.

No. 4:22cv62-SA-JMV

### RESPONSIVE DECLARATION OF BYRON D'ANDRA OREY

I, Byron D'Andra Orey, make the following declaration based on personal knowledge:

1. I have been retained by the Plaintiffs in the above referenced matter as expert.

2. I filed a declaration in this lawsuit on October 3, 2022. I submit that the foregoing report dated February 6, 2023 in response to the report of Dr. Christopher Bonneau is a true and accurate copy of the report I provided to Plaintiffs in this matter. I declare that the information and opinions contained in the report are true and correct to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

February 3, 2023

                                                                                 BYRON D'ANDRA OREY