

ATTORNEY GENERAL

CIVIL LITIGATION DIVISION

February 14, 2023

**VIA E-MAIL ONLY**
Joshua F. Tom, Esq.
ACLU of Mississippi
JTom@aclu-ms.org

    **RE:**    *Dyamone White, et al. v. State Board of Election Commissioners, et al.*; in the United States District Court for the Northern District of Mississippi (Greenville Division); Civil Action No. 4:22-cv-00062-SA-JMV

Dear Josh:

    We received Plaintiffs' rebuttal expert reports served on February 6, 2023. I write in good faith to request that Plaintiffs immediately withdraw improper rebuttal expert disclosures that fail to comport with FRCP 26(a)(2)(D)(ii).

    FRCP 26(a)(2)(D)(ii) allows an expert to supplement his or her existing opinions to rebut or contradict evidence presented in the opposing party's initial expert reports. The rule does <u>not</u> permit "rebuttal" reports that in fact contain new opinions and analyses not previously disclosed. The rebuttal report of Traci Burch and Paragraphs 6-8 and Table 1 of the rebuttal report of Byron D'Andra Orey contain wholly new opinions and analyses that exceed the scope of proper rebuttal permissible under FRCP 26(a)(2)(D)(ii). Additionally, Burch's rebuttal report fails to provide supporting facts and data as required by FRCP 26(a)(2)(B)(ii). All of the aforementioned improper rebuttal disclosures should be withdrawn.

    In an effort to avoid addressing this matter with the Court, Defendants hereby request that Plaintiffs file a stipulation or notice withdrawing the above-listed improper rebuttal disclosures no later than seven (7) days from the date of this letter.

                    Very truly yours,

                    MISSISSIPPI ATTORNEY GENERAL'S OFFICE

                    Rex M. Shannon III
                    Special Assistant Attorney General
                    Deputy Director, Civil Litigation Division

EXHIBIT

*I*

Joshua F. Tom, Esq.
*White, et al. v. SBEC, et al.*
Civil Action No. 4:22-cv-00062-SA-JMV
February 14, 2023
Page 2

                    Office:   601-359-4184
                    E-mail:   rex.shannon@ago.ms.gov

cc:     All Counsel of Record (via e-mail only)