# Rex Shannon

| | |
|---|---|
| **From:** | Joshua Tom <JTom@aclu-ms.org> |
| **Sent:** | Thursday, February 16, 2023 3:02 PM |
| **To:** | Rex Shannon |
| **Cc:** | Ari Savitzky; bradley.heard@splcenter.org; Rethy, Isaac; jade.morgan@splcenter.org; jyoungwood@stblaw.com; kmiller1@aclu.org; leslie.jones@splcenter.org; mcheung@aclu.org; Patricia Yan; Sophia Lakin; ahmed.soussi@splcenter.org; Gerald Kucia; mbw@wisecarter.com |
| **Subject:** | White v. SBEC - Dr. Burch Data |
| **Attachments:** | neweicentraldist.txt; spss syntax for CES analysis.sps; spss syntax for CES text.txt; dataforEl2.txt; final ei syntax for burch report.txt |
| **Importance:** | Low |

Hi Rex,

Confirming receipt of your letter dated February 14, 2023 re: Plaintiffs' rebuttal expert reports. We will get back to you soon.

Find attached the data underlying Dr. Burch's rebuttal expert report.

All the best,
Josh

**Joshua F. Tom**
Pronouns: he, him, his
Legal Director
ACLU of Mississippi
P.O. Box 2242, Jackson, MS 39225
■ t 601.354.3408 Ext. 112 ■ f 601.355.6465
■ jtom@aclu-ms.org ■ www.aclu-ms.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender and delete this e-mail from your system.*

