## Rex Shannon

| | |
|---|---|
| **From:** | Ahmed K. Soussi <ahmed.soussi@splcenter.org> |
| **Sent:** | Monday, February 27, 2023 6:53 PM |
| **To:** | Rex Shannon; mbw@wisecarter.com; Gerald Kucia; Lindsay Dowdle |
| **Cc:** | Ari Savitzky; Bradley Heard; Isaac Rethy; Jade Morgan; jyoungwood@stblaw.com; kmiller1@aclu.org; Lakyn Collier; Leslie Faith Jones; Ming Cheung; Patricia Yan; Sophia Lakin; Vara Lyons; Joshua Tom; Sabrina Khan |
| **Subject:** | RE: White, et al. v. SBEC, et al. |

Hello Counsel,

Thank you for taking the time to speak with us. As discussed, we are providing citations to authorities that support our positions that the portions of our expert reports you seek to strike are not untimely or otherwise improper, and that in any event the proper remedy is for defendants to file a supplemental report. We do not believe the submission of such a report would necessitate material, if any, changes to the pretrial schedule, or any changes to the trial date, nor do we believe cost-shifting is required.

Please see the below citations. In the event Defendants file a motion, we reserve the right to rely on additional or different arguments and authorities.

1. *Hercules Tire & Rubber Co., Inc. v. Robison Tire Co.*, No. 2:16-CV-27-KS-MTP, 2019 WL 12059352, at *1 (S.D. Miss. June 10, 2019)

2. *Foradori v. Captain D's LLC*, No. CIV.A. 1:03CV669-M-D, 2005 WL 5976559, at *1 (N.D. Miss. Aug. 3, 2005)

3. *Hostetler v. Dillard*, No. 3:13CV351-WHB-RHW, 2014 WL 11514964, at *2 (S.D. Miss. Aug. 29, 2014)

4. *Jagneaux v. United Rentals (N. Am.), Inc.*, No. 1:18CV186-LG-RHW, 2020 WL 1821256, at *5 (S.D. Miss. Apr. 10, 2020)

We remain available to discuss, but believe based on our call we may be at impasse. You may represent that any applicable meet and confer requirement has been satisfied if you determine to file a motion.

Thank you,

Ahmed



**Ahmed Soussi**
Staff Attorney | Voting Rights
Southern Poverty Law Center
T 334.213.8303
ahmed.soussi@splcenter.org | splcenter.org
Admitted in Arizona, Louisiana, and New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

**From:** Rex Shannon <Rex.Shannon@ago.ms.gov>
**Sent:** Tuesday, February 21, 2023 3:47 PM

1



EXHIBIT

K

**To:** Joshua Tom <JTom@aclu-ms.org>
**Cc:** Ari Savitzky <asavitzky@aclu.org>; Bradley Heard <bradley.heard@splcenter.org>; Isaac Rethy <irethy@stblaw.com>; Jade Morgan <jade.morgan@splcenter.org>; jyoungwood@stblaw.com; kmiller1@aclu.org; Lakyn Collier <LCollier@aclu-ms.org>; Leslie Faith Jones <leslie.jones@splcenter.org>; Ming Cheung <mcheung@aclu.org>; Patricia Yan <pyan@aclu.org>; Sophia Lakin <slakin@aclu.org>; Vara Lyons <VLyons@aclu-ms.org>; Ahmed K. Soussi <ahmed.soussi@splcenter.org>; Gerald Kucia <Gerald.Kucia@ago.ms.gov>; mbw@wisecarter.com
**Subject:** RE: White, et al. v. SBEC, et al.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Josh,

Thanks for your e-mail. We can be available for a call at 3:00 p.m. Central on Thursday, Feb. 23, 2023. Do y'all want to circulate a call-in number?

Thanks,
Rex

Rex M. Shannon III
Special Assistant Attorney General
Deputy Director, Civil Litigation Division
Mississippi Attorney General's Office
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4184
rex.shannon@ago.ms.gov



**ATTORNEY GENERAL**
CIVIL LITIGATION

**Confidentiality Notice:** This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to whom it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return email and delete this message from your computer. Thank you.

**From:** Joshua Tom <JTom@aclu-ms.org>
**Sent:** Tuesday, February 21, 2023 3:36 PM
**To:** Rex Shannon <Rex.Shannon@ago.ms.gov>
**Cc:** Ari Savitzky <asavitzky@aclu.org>; bradley.heard@splcenter.org; Rethy, Isaac <irethy@stblaw.com>; jade.morgan@splcenter.org; jyoungwood@stblaw.com; kmiller1@aclu.org; Lakyn Collier <LCollier@aclu-ms.org>; leslie.jones@splcenter.org; mcheung@aclu.org; Patricia Yan <pyan@aclu.org>; Sophia Lakin <slakin@aclu.org>; Vara

2

Lyons <VLyons@aclu-ms.org>; ahmed.soussi@splcenter.org; Gerald Kucia <Gerald.Kucia@ago.ms.gov>; mbw@wisecarter.com
**Subject:** RE: White, et al. v. SBEC, et al.

Hi Rex,

In response to your February 14, 2023 letter regarding Plaintiffs' rebuttal expert reports, are you available for a meet and confer this Thursday, February 23 at 1 or 3 pm; Friday, February 24 at 11 am; or next Monday, February 27 at 11 am or 1 pm?

All the best,

Josh

---

**From:** Rex Shannon <Rex.Shannon@ago.ms.gov>
**Sent:** Tuesday, February 14, 2023 4:27 PM
**To:** Joshua Tom <JTom@aclu-ms.org>
**Cc:** Ari Savitzky <asavitzky@aclu.org>; bradley.heard@splcenter.org; Rethy, Isaac <irethy@stblaw.com>; jade.morgan@splcenter.org; jyoungwood@stblaw.com; kmiller1@aclu.org; Lakyn Collier <LCollier@aclu-ms.org>; leslie.jones@splcenter.org; mcheung@aclu.org; Patricia Yan <pyan@aclu.org>; Sophia Lakin <slakin@aclu.org>; Vara Lyons <VLyons@aclu-ms.org>; ahmed.soussi@splcenter.org; Gerald Kucia <Gerald.Kucia@ago.ms.gov>; mbw@wisecarter.com
**Subject:** White, et al. v. SBEC, et al.

Dear Josh,

Good afternoon. Attached is correspondence for your attention in the above-referenced matter.

Regards,
Rex

Rex M. Shannon III
Special Assistant Attorney General
Deputy Director, Civil Litigation Division
Mississippi Attorney General's Office
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4184
rex.shannon@ago.ms.gov



3

**Confidentiality Notice:** This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to whom it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return email and delete this message from your computer. Thank you.