

EXHIBIT

L

## Rex Shannon

| | |
|---|---|
| **From:** | Judge-Virden MSND <Judge_Virden@msnd.uscourts.gov> |
| **Sent:** | Tuesday, February 28, 2023 2:36 PM |
| **To:** | Rex Shannon; Judge-Virden MSND; Brittany Frankel |
| **Cc:** | Ari Savitzky; bradley.heard@splcenter.org; jade.morgan@splcenter.org; jyoungwood@stblaw.com; Joshua Tom; kmiller1@aclu.org; Lakyn Collier; leslie.jones@splcenter.org; mcheung@aclu.org; Patricia Yan; Sophia Lakin; External - Vara Lyons; ahmed.soussi@splcenter.org; Gerald Kucia; Lindsay Dowdle; mbw@wisecarter.com |
| **Subject:** | RE: White, et al. v. SBEC, et al.; Civil Action No. 4:22-cv-00062-SA-JMV |

Good afternoon, Mr. Shannon:

Due to the nature of the issue presented below, Judge Virden has advised that a motion will need to be filed.

Thank you,

Brittany

Brittany Brooks Frankel
Law Clerk to U.S. Magistrate Judge Jane M. Virden

---

**From:** Rex Shannon <Rex.Shannon@ago.ms.gov>
**Sent:** Tuesday, February 28, 2023 11:44 AM
**To:** Judge-Virden MSND <Judge_Virden@msnd.uscourts.gov>
**Cc:** Ari Savitzky <asavitzky@aclu.org>; bradley.heard@splcenter.org; jade.morgan@splcenter.org; jyoungwood@stblaw.com; Joshua Tom <jtom@aclu-ms.org>; kmiller1@aclu.org; Lakyn Collier <lcollier@aclu-ms.org>; leslie.jones@splcenter.org; mcheung@aclu.org; Patricia Yan <pyan@aclu.org>; Sophia Lakin <slakin@aclu.org>; External - Vara Lyons <vlyons@aclu-ms.org>; ahmed.soussi@splcenter.org; Gerald Kucia <Gerald.Kucia@ago.ms.gov>; Lindsay Dowdle <Lindsay.Dowdle@ago.ms.gov>; mbw@wisecarter.com
**Subject:** White, et al. v. SBEC, et al.; Civil Action No. 4:22-cv-00062-SA-JMV

**CAUTION - EXTERNAL:**

Dear Judge Virden:

I write to request the Court's guidance in connection with a dispute that has arisen between the parties in the above-referenced matter in connection with expert witness disclosures.

This is a Section 2 Voting Rights Act case involving a challenge to Mississippi's current Supreme Court districts.

Both parties served expert witness reports by the deadlines set forth in the governing Case Management Order, as extended by the Court. Plaintiffs thereafter served "rebuttal" reports in connection with three of their designated experts. Defendants contend that disclosures contained in two of these rebuttal reports constitute improper expert rebuttal and should be withdrawn. Plaintiffs disagree and decline to withdraw the disputed disclosures.

Counsel for the parties have conferred in good faith via Zoom and have reached an impasse. To the extent that Section 6.F.4. of the CMO may require the parties to confer with the Court in connection with this matter, we stand ready to do



so at Your Honor's convenience. However, given the nature of the issue presented and the parties' respective positions, please let us know if the Court would prefer that we proceed to place the issue before the Court via motion.

All counsel of record are copied on this e-mail.

We appreciate the Court's consideration of this matter and will await Your Honor's instructions.

Regards,
Rex

Rex M. Shannon III
Special Assistant Attorney General
Deputy Director, Civil Litigation Division
Mississippi Attorney General's Office
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4184
rex.shannon@ago.ms.gov



ATTORNEY GENERAL
CIVIL LITIGATION

**Confidentiality Notice:** This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to whom it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return email and delete this message from your computer. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.