THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYAMONE WHITE; DERRICK
SIMMONS; TY PINKINS;
CONSTANCE OLIVIA SLAUGHTER
HARVEY-BURWELL**                                           **PLAINTIFFS**

**VS.**                                      **CIVIL ACTION NO. 4:22-cv-00062-SA-JMV**

**STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES**
*in his official capacity as Governor of
Mississippi*; **LYNN FITCH** *in her
official capacity as Attorney General of
Mississippi*; **MICHAEL WATSON** *in
his official capacity as Secretary of
State of Mississippi*                                        **DEFENDANTS**

---

## DECLARATION OF DAVID A. SWANSON, PH.D.

---

I, David A. Swanson, Ph.D., do hereby declare as follows:

1.      My name is David A. Swanson.  I am an adult resident citizen of Whatcom County, Washington.  I have personal knowledge of the facts and matters set forth herein and am otherwise fully competent to offer the testimony hereafter stated.

2.      I was retained by defendants to analyze reports submitted by plaintiffs' experts in this litigation, including that of Traci Burch, Ph.D.  I was asked to check the accuracy of her use of data in supporting her opinions and, if necessary, to collect and examine data tending to support opinions to the contrary.  I did so, and defendants served my report on plaintiffs on January 6, 2023.



3.     My qualifications to offer the opinions presented in my report and in this declaration are stated in ¶¶ 1-11 of my report.

4.     At page 10 of her initial expert report, Dr. Burch offered the following opinion:

> "Black people in Mississippi have had less access to quality education and therefore have lower educational attainment for the reasons discussed in this section; this lower educational attainment leads to lower voter turnout."

The data supporting this opinion was her calculation on page 10 of her expert report that:

> "56.1% of white Mississippi citizens voted in the 2020 general election, compared with 53.0% of Black Mississippi citizens."

5.     Figure 4, found on page 10 of Dr. Burch's expert report, shows that the calculation supporting this opinion relied upon the 2020 Current Population Survey ("CPS") Voting Supplement, official data collected by the United States Census Bureau. In conducting a "quality control" assessment of this calculation by Dr. Burch, I first examined historical CPS data provided by the Census Bureau and found, as stated in ¶ 128 of my expert report, that Black voter turnout exceeded White voter turnout in Mississippi every year since 2012. Moreover, as stated in ¶ 137 of my expert report, I found that the official 2020 CPS data claimed to have been used by Dr. Burch in generating her calculation contradicted the opinion she formed from this calculation. Instead of showing that 2020 voter turnout by White Mississippians exceeded the 2020 voter turnout by Black Mississippians, it showed that the turnout by the latter exceeded the turnout by the former.

6.     As stated in ¶ 149 of my expert report, I found that in using the official 2020 CPS data to come to her opinion, Dr. Burch neglected to use the correct age filters so that only those 18 years and over who are eligible to vote would be included in her calculations. These errors led, in turn, to her erroneous opinion that White voter turnout was higher than Black voter

turnout in Mississippi. When the correct age filters are applied, the same CPS data used by Dr. Burch show that Black voter turnout is higher than White voter turnout in Mississippi, which contradicts not only the opinion found in her expert report, but also to the adherence of this erroneous opinion found in her rebuttal.

7. This analysis of CPS information necessarily took a great deal of time and effort, approximately 40 person-hours.

8. In a further effort to substantiate my finding that Black voter turnout currently exceeds White voter turnout in Mississippi while simultaneously examining Dr. Burch's opinion that an "overall gap in turnout between Black and white Mississippians exists," also found on page 10 of her report, I examined a second set of data. The Social Science Research Center at Mississippi State University has conducted annual statewide surveys of registration and voting frequency from 2015 to 2021. In ¶¶ 148-151 of my report, I determined that these additional data also indicated that Black voter turnout generally exceeds White voter turnout in Mississippi.

9. It took a substantial amount of time and effort to locate and examine this additional source of data, approximately 24 person-hours.

10. On February 6, 2023, Dr. Burch submitted a rebuttal report. She admits at page 3 of her rebuttal report that she miscalculated White and Black voter turnout in Mississippi's 2020 general election because she failed to use the correct age filters in her analysis. The CPS educational question is only asked of persons aged 15 years and over and she erroneously included those under 18 in the portion of her analysis related to educational attainment (i.e., she included those aged 15, 16, and 17, who are not eligible to vote). In providing her estimate of overall voter turnout, Dr. Burch compounds this error by including even more of those who are not eligible to vote, namely all of those under the age of 18, to include infants. Overlooking her

errors for the moment, I find that, in spite of the fact that she relied on CPS data in her in her expert report, she now states at page 4 of her rebuttal that she has now determined, without any evidence, that "turnout estimates in the CPS are unreliable." Unsupported by any evidence, this statement repudiates not only her own expert report, but disregards the fact that the CPS represents a nationally recognized source of record, on which, like Dr. Burch, I relied in my expert report.

11.    In attempting to salvage the erroneous opinion in her expert report that White voter turnout exceeds Black voter turnout in Mississippi, Dr. Burch reveals on page 4 of her rebuttal report that she now relies upon for the first time the "2020 Cooperative Election Study" (CES). She deploys it mathematically to conclude, at page 6 of her rebuttal report, "that 60% of White respondents voted in the 2020 General Election, compared with 46% of Black Mississippi respondents." On the basis of this new analysis of a single election, she adheres to the erroneous opinion found in her expert report, as restated on page 11 of her rebuttal report, "that White people have a statistically significant advantage in voter turnout."

12.    In my work as a demographic expert, and consistent with the standards employed in my field of applied demography, I am required to implement a rigorous quality control process for both the data I use and the work by others that I review. While time-consuming and resource-intensive, it is this effort that uncovers errors and inconsistencies such as what I found in Dr. Burch's initial expert report. Because these errors and inconsistencies led Dr. Burch to an erroneous opinion, I must undertake no less than a detailed examination of this new CES data set and the calculations, conclusions and opinions offered by her. Acquisition and the analysis of this entirely new source of data, together with quality checking Dr. Burch's use of these data, will take a substantial amount of time and effort, as will writing up the results of this critical

examination of her rebuttal. In this process, I will start with a critical examination of the two logistic regression models that she uses for the first time and displays in Table 2 of her rebuttal to determine if they are: (1) inadequate models affected by violations of one or more of the critical assumptions underlying the development of an adequate logistic regression model (NCSS, no date); and/or (2) flawed because of data input, data transference, and other errors she made in constructing either or both of these two logistic regression models. I estimate that this process would take 60 person-hours of work, to include acquiring the data set, becoming familiar with it, attempting to replicate her logistic models using the variables shown in Table 2 of Dr. Burch's rebuttal, and writing up the results. This critical examination is needed because Dr. Burch does not provide the results of any residual and other important diagnostics in regard to either of her two logistic regression models, which means, as I stated earlier, that they need to be examined for adequacy (NCSS, no date). If, either of the two, but especially, her multiple logistic regression model, is found to be either inadequate or flawed, it would render her results invalid. This step would also involve the construction of alternative logit regression models that are adequate and not flawed in order to compare them to Dr. Burch's, which I estimate would add 16 person-hours to this assessment, yielding an estimated total of 76 person-hours, to include a write-up.

13. On page 10 of her rebuttal, Dr. Burch states that she uses Bayesian statistical methods as the basis for the "EI" (Ecological Inference) approach she employed by applying the CES data along with the percent of each racial group of voting age ("CVAP" data, per footnote 29 in Dr. Burch's rebuttal) and voter turnout data (MS voter registration file) to census block groups in Mississippi and then aggregating these units to produce counts of votes from each block group for the November, 2020, general election for the state as a whole and for Supreme

Court District 1. She fails to provide a description of the steps that were used to merge these data sets and how anomalies, if any, were resolved, an oversight of no little importance. She also fails to describe the process involved in constructing her Bayesian EI model, an oversight of considerable importance because, among other oversights, she fails to follow a prescribed Bayesian practice in that she does not describe the "prior distribution" she uses and exactly how this was combined with her three "observational data" sets (CES, CVAP, and Voter Registration) to create a "likelihood function" to determine the "posterior distribution," which presumably she uses to generate her estimates (Etz, 2015; van de Shoot et al., 2021). This is a major problem because without this information, it will take considerable time to attempt an "ex post facto" construction of these elements using the new observational data she employs to develop her "EI" model. Moreover, an assessment of the Bayesian approach in general is called for here because as pointed out by Goodwin (2015), the application of a Bayesian approach can be difficult, effortful, opaque, and even counter-intuitive. In addition, I am concerned because those who employ Bayesian Statistics do not use the term "statistically significant" in their inferential analyses. Instead, those who follow the Bayesian approach use the term "likelihood" in their inferential analysis (Etz, 2015). Those who use the term "statistically significant" (as Dr. Burch does in her logistic regression analysis) follow the "frequentist" approach to inferential analyses, one that is very different than the Bayesian path ( Lee, 2010; https://towardsdatascience.com/statistics-are-you-bayesian-or-frequentist-4943f953f21b ). The fact that Dr. Burch uses the term "statistically significant" twice in conjunction with her "Bayesian" EI analysis (on page 11 as previously described and also on page 10 of her report, where she states "there is a statistically significant racial gap in turnout in Mississippi …"), is troubling because it suggests she does not fully grasp the Bayesian approach. This shortcoming on her part is important because it may have resulted in

erroneous findings and opinions. Adding weight to this possibility is the fact that Dr. Burch made, as she acknowledges in her rebuttal, a major substantive error in her expert report that formed the basis of her erroneous opinion that White voter turnout is higher than Black voter turnout in Mississippi. This makes it difficult for me to accept the results and opinions found in her rebuttal at face value, especially given its lack of appropriate documentation, a shortcoming I note throughout this declaration.

14.     Another issue with Dr. Burch's rebuttal is the fact that the source of "Citizen Voting Age Population by Race and Ethnicity" (according to footnote 29 on page 10 of Dr. Burch's rebuttal, a site she accessed on January 20, 2023, found at https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html), turns out be a "broken link" in that going to this URL on February 4, 2023, yielded, "404: Page Not Found. Sorry, the page you requested has either been moved or is no longer available." Given this, it is not clear which of two likely "CVAP" files she uses (see, https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html , where one can see that there are, in addition to CVAP files for 2019 and earlier, a 2020 file CVAP file and a 2021 CVAP file, the latter two of which would in my opinion the most likely). Whichever CVAP file she uses would require the allocation/assignment of the CES and Voter turnout data to the same block groups holding the CVAP data. Assessing which CVAP file she uses along with assessing the allocation/assignment of the CES and voter turnout data to the same block groups, and the assessment of her "Bayesian" analysis will take considerable time, which I estimate to be no less than 88 person-hours and possibly as many as 104 person-hours.

15. While the reliability of CPS voting statistics is a source of discussion ( see, e.g., (https://elections-blog.mit.edu/articles/using-census and "The Current Population Survey Voting

and Registration Supplement Overstates Minority Turnout," *The Journal of Politics: Vol 84, No 3*), the fact remains that the CPS is a nationally recognized statistical standard, produced by the U.S. Census Bureau, that Dr. Burch relied on in her expert report, a choice she made on her own. Dr. Burch's rebuttal suggests that she sought out a different data set, the CES, for her rebuttal, because the correct use of the CPS data did not support her opinion that White voter turnout in Mississippi is higher than Black voter turnout. If, as her rebuttal indicates, the CES data are "better" for reporting voting turnout by race in Mississippi than the CPS, the question is why did she not use the CES data in the first place – in her expert report? The fact that I employed a second, state-specific survey in my expert report that reinforces the CPS data is strong evidence that Black voter turnout is currently higher than White voter turnout and has been for some years.

16. In total, I estimate that it would take between 164 and 180 person-hours to critically examine the results found in Dr. Burch's rebuttal and write up the results. This would be added to the eight person-hours it has already taken in reading her rebuttal, assessing it, and writing up this declaration.

17. If I am required to do additional research, I will not be able to drop everything else and devote between 164 and 180 continuous person-hours to this project. I will have to attend to other duties while fitting in the new work as best I can. It is my best estimate that, after I am told to begin work, it will take eight to ten weeks to complete the project.

References

Etz, A. (2015). Understanding Bayes: Looking at the Likelihood. The Etz-files: Data Science, statistics, and Psychology (https://alexanderetz.com/2015/04/15/understanding-bayes-a-look-at-the likelihood/#:~:text=Bayes%20factors%20are%20simple%20extensions.equivalent%20to%20the %20likelihood%20ratio.)

Goodwin, P. (2015). When simple alternatives to Bayes formula work well: reducing the cognitive load when updating probability forecasts. *Journal of Business Research* 68, 1686–1691. (https://doi.org/10.1016/j.jbusres.2015.03.027).

Lee, J. (2011). ,Demystify Statistical Significance—Time to Move on From the P Value to Bayesian Analysis. *Journal of the National Cancer Institute* 103 (1): 2–3 (https://doi.org/10.1093/jnci/djq493 ).

NCSS (no date). Logistic Regression. NCSS Statistical Software. (https://www.ncss.com/wp-content/themes/ncss/pdf/Procedures/NCSS/Logistic_Regression.pdf)

van de Schoot, R., S. Depaoli, S., R. King, R. et al. (2021). Bayesian statistics and modelling. *Nature Review Methods Primers* 1 (https://doi.org/10.1038/s43586-020-00001-2 ).

Pursuant to 28 U.S.C. § 1746, I, David A. Swanson, Ph.D., hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief at the time of making this declaration.

Executed this the 8th day of March, 2023.

DAVID A. SWANSON, PH.D.