IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al                                                                                    PLAINTIFFS

V.                                                          CIVIL ACTION NO.: 4:22-CV-00062-SA-JMV

STATE BOARD OF ELECTION COMMISSIONERS, et al                               DEFENDANTS

ORDER

Presently before the Court is the Plaintiffs' Unopposed Motion for Continuance [143] of the trial date in this matter. The reasons for the requested continuance are articulated in the Motion. The Motion [143] is hereby GRANTED. The trial will be reset by separate notice. The Court does not anticipate granting any further continuances of the trial in this matter. The Magistrate Judge is hereby directed to reset all applicable deadlines upon the resetting of the trial date.

SO ORDERED this 8th day of May, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE