Notice (N.D.Miss.1990)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## NOTICE

DYAMONE WHITE, et al                                                                 PLAINTIFFS

V.                           CIVIL ACTION NO.: 4:22cv062-SA-JMV

STATE BOARD OF ELECTION                      DEFENDANTS
COMMISSIONERS, et al.

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**911 JACKSON AVENUE EAST**<br>**OXFORD, MISSISSIPPI** | **COURTROOM 1 – FIRST FLOOR**<br>**MONDAY, MAY 13, 2024**<br>**9:40 A.M.** |

**Type of Proceeding**

### NON-JURY TRIAL BEFORE U.S. DISTRICT JUDGE SHARION AYCOCK.

**YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE. YOU SHALL BE PREPARED ON THE ABOVE DATE TO TRY YOUR CASE AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

DAVID CREWS, Clerk of Court

BY:   /s/    Tracy Wright
                       Courtroom Deputy

Date: May 8, 2023

To:
- Ari J. Savitzky (electronic notice only)
- Isaac M. Rethy (electronic notice only)
- Jonathan K. Youngwood (electronic notice only)
- Kelsey A. Miller (electronic notice only)
- Leslie Faith Jones (electronic notice only)
- Patricia Jia Yan (electronic notice only)
- Sophia Lin Lakin (electronic notice only)
- Ahmed K. Soussi (electronic notice only)
- Gerald L. Kucia (electronic notice only)
- Rex Morris Shannon, III (electronic notice only)
- Bradley E. Heard (electronic notice only)
- Jade O. Morgan (electronic notice only)
- Joshua Fiyenn Tom (electronic notice only)
- Lakyn Celeste Collier (electronic notice only)
- Ming Cheung (electronic notice only)
- Sabrina S. Khan (electronic notice only)
- Vara Lyons (electronic notice only)
- Michael B. Wallace (electronic notice only)
- Lindsay Thomas Dowdle (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 OR judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**