**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DYAMONE WHITE, ET AL.**                                                   **PLAINTIFFS**

**v.**                           **CIVIL ACTION NO.: 4:22-cv-62-SA-JMV**

**STATE BOARD OF ELECTION
COMMISSIONERS, ET AL.**                                                **DEFENDANTS**

## ORDER EXTENDING CMO DEADLINES

Before the court is Plaintiffs' Unopposed Motion for a Continuance [143]. On May 8, 2023, District Judge Aycock granted [144] this motion with respect to the trial, and by separate notice [145], reset the trial to May 13, 2024. Additionally, the undersigned was directed to reset all applicable deadlines upon the resetting of the trial date. Having previously conferred with the parties, the deadlines are to be reset as follows.

It is hereby ordered that the defendants' experts' sur-rebuttal by Drs. Bonneau and Swanson of Drs. Burch and Orey is due September 15, 2023, discovery related to those experts' sur-rebuttals is due September 29, 2023, and the *Daubert* and dispositive motions deadline is reset to October 27, 2023.

**SO ORDERED** this, the 9th day of May, 2023.

                                                /s/ Jane M. Virden
                                              **UNITED STATES MAGISTRATE JUDGE**