IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

| | |
|---|---|
| DYAMONE WHITE, et al., ) | |
| ) | No. 4:22-cv-00062-SA-JMV |
| *Plaintiffs*, ) | |
| v. ) | **NOTICE OF DEPOSITION OF** |
| ) | **DAVID A. SWANSON** |
| STATE BOARD OF ELECTION ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| *Defendants*. ) | |

NOTICE IS HEREBY GIVEN that Plaintiffs, by and through counsel, shall depose the following person on the date, at the location, and beginning approximately at the time designated below, upon oral examination by stenographic and/or videographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

| Date | Time | Deponent | Location |
|---|---|---|---|
| October 5, 2023 | 9:00 a.m. | David. A. Swanson | Four Points by Sheraton<br>714 Lakeway Dr., Bellingham, WA 98229 |

Dated: September 29, 2023

Respectfully submitted,

___/s/ Joshua Tom_____

    Joshua Tom

ATTORNEYS FOR PLAINTIFF:

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION
 OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (Miss. Bar No. 106441)
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*

\* Admitted *pro hac vice*

ACLU FOUNDATION
Ari J. Savitzky*
Sophia Lin Lakin*
Ming Cheung*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*slakin@aclu.org*
*mcheung@aclu.org*

SOUTHERN POVERTY LAW CENTER
Jade Olivia Morgan (Miss. Bar No. 105760)
Leslie Faith Jones (Miss. Bar No. 106092)
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882
*jade.morgan@splcenter.org*
*leslie.jones@splcenter.org*

Bradley E. Heard*
Sabrina Khan*
Ahmed Soussi*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*sabrina.khan@splcenter.org*
*ahmed.soussi@splcenter.org*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ Joshua Tom
Joshua Tom