**Rex Shannon**

| | |
|---|---|
| **From:** | Ari Savitzky <asavitzky@aclu.org> |
| **Sent:** | Tuesday, April 18, 2023 4:31 PM |
| **To:** | Judge-Virden MSND |
| **Cc:** | Joshua Tom; jyoungwood@stblaw.com; Leslie Faith Jones; Sabrina Khan; Ahmed K. Soussi; Ming Cheung; Kelsey Miller; Rex Shannon; Gerald Kucia; mbw@wisecarter.com |
| **Subject:** | White v. SBEC, No. 4:22 Civ. 62-SA-JMV |

Judge Virden:

I represent Plaintiffs in the above captioned case. I write, copying opposing counsel, to follow up on your order of Friday, April 14, denying Defendants' motion to strike on satisfaction of conditions.

Plaintiffs wish to satisfy the conditions set forth in the Court's order. Plaintiffs are prepared to file a motion for a continuance so that Defendants' experts may submit responsive reports, as described in your order. Plaintiffs are also prepared to represent in the motion that they will bear Defendants' reasonable expert costs in preparing such further reports.

I write to seek any additional guidance the Court might provide on the precise form and content of the contemplated motion, including: whether the Court wants short form motion or a memorandum or both; whether Plaintiffs should propose new scheduling dates/deadlines to accommodate Defendants' additional reports; and whether, if so, the Court would entertain argument that the current trial date remains workable.

Respectfully,

Ari Savitzky

**Ari Savitzky**
Senior Staff Attorney, Voting Rights Project
American Civil Liberties Union
125 Broad St., New York, NY 10004
212.549.2681 | 401.529.3982 (cell) | asavitzky@aclu.org
*Pronouns: he, him, his*

aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*



EXHIBIT
A

1