**David A. Swanson, Ph.D**  1 Lake Louise Drive #19, Bellingham, WA 98229

| Date | Hours (RED FONT IS BILLED TO PLAINTIFF) | TASK(S) FOR 2023, CONSULTING AGREEMENT* | LABOR | OTHER COSTS* | SUM | RUNNING SUM | Location |
|---|---|---|---|---|---|---|---|
| 27 MAR 23 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | Bellingham, WA |
| 28 MAR 23 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | Bellingham, WA |
| 29 MAR 23 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | Bellingham, WA |
| 30 MAR 23 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| 31 MAR 23 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1 APR 23 | 2 | REVIEW BURCH'S REBUTTAL:  and Logistic regression | $800.00 | $0.00 | $800.00 | $800.00 | Bellingham, WA |
| 2 APR 23 | 2.15 | REVIEW BURCH'S REBUTTAL:  and Logistic regression | $860.00 | $0.00 | $860.00 | $1,660.00 | Bellingham, WA |
| 3 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,660.00 | |
| 4 APR 23 | 1.5 | research/refresh myself  on logistic regression | $600.00 | $0.00 | $600.00 | $2,260.00 | Bellingham, WA |
| 5 APR 23 | 1 | research/refresh myself  on logistic regression | $400.00 | $0.00 | $400.00 | $2,660.00 | Bellingham, WA |
| 6 APR 23 | 1 | research/refresh myself  on logistic regression | $400.00 | $0.00 | $400.00 | $3,060.00 | Bellingham, WA |
| 7 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $3,060.00 | |
| 8 APR 23 | 2.15 | research/refresh myself  on EI | $860.00 | $0.00 | $860.00 | $3,920.00 | Bellingham, WA |
| 9 APR 23 | 2.15 | research/refresh myself  on EI | $860.00 | $0.00 | $860.00 | $4,780.00 | Bellingham, WA |
| 10 APR 23 | 2.45 | research/refresh myself  on EI | $980.00 | $0.00 | $980.00 | $5,760.00 | Bellingham, WA |
| 11 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,760.00 | |
| 12 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,760.00 | |
| 13 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,760.00 | |
| 14 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,760.00 | |
| 15 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,760.00 | |
| 16 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,760.00 | |
| 17 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,760.00 | |
| 18 APR 23 | 0.5 | INSTALL R | $200.00 | $0.00 | $200.00 | $5,960.00 | Bellingham, WA |
| 19 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $5,960.00 | Bellingham, WA |
| 20 APR 23 | 0.5 | INSTALL R STUDIO | $200.00 | $0.00 | $200.00 | $6,160.00 | Bellingham, WA |
| 21 APR 23 | 2 | OBTAIN KING'S EI PROGRAM IN R | $800.00 | $0.00 | $800.00 | $6,960.00 | Bellingham, WA |
| 22 APR 23 | 2.75 | INSTALL AND RUN EI DEMO | $1,100.00 | $0.00 | $1,100.00 | $8,060.00 | Bellingham, WA |
| 23 APR 23 | 3 | REVIEW BURCH'S REBUTTAL | $1,200.00 | $0.00 | $1,200.00 | $9,260.00 | Bellingham, WA |
| 24 APR 23 | 5 | CALL; ANALYZE BURCH'S CES DATA | $2,000.00 | $0.00 | $2,000.00 | $11,260.00 | Bellingham, WA |
| 25 APR 23 | 4 | analyze ces data and logit reg syntax | $1,600.00 | $0.00 | $1,600.00 | $12,860.00 | Bellingham, WA |
| 26 APR 23 | 5.15 | analyze ces data and logit reg syntax | $2,060.00 | $0.00 | $2,060.00 | $14,920.00 | Bellingham, WA |
| 26 APR 23 | 4 | analyze ces data and logit reg syntax | $1,600.00 | $0.00 | $1,600.00 | $16,520.00 | Bellingham, WA |
| 27 APR 23 | 6.5 | CES DATA ANALYSIS | $2,600.00 | $0.00 | $2,600.00 | $19,120.00 | Bellingham, WA |
| 28 APR 23 | 3 | CALL, CES DATA ANALYSIS | $1,200.00 | $0.00 | $1,200.00 | $20,320.00 | Bellingham, WA |
| 29 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $20,320.00 | |
| 30 APR 23 | 0 | | $0.00 | $0.00 | $0.00 | $20,320.00 | |
| 1 MAY 23 | 2 | REPLICATION OF BURCH'S LOGIT ANALYSES | $800.00 | $0.00 | $800.00 | $21,120.00 | Las Vegas, NV |
| 2 MAY 23 | 3.5 | CONST. OF LOGISTIC MODEL WITH CORRECT WEIGHTS | $1,400.00 | $0.00 | $1,400.00 | $22,520.00 | Las Vegas, NV |
| 3 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $22,520.00 | |
| 4 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $22,520.00 | |
| 5 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $22,520.00 | |
| 6 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $22,520.00 | |
| 7 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $22,520.00 | |
| 8 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $22,520.00 | |
| 9 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $22,520.00 | |
| 10 MAY 23 | 3 | COMPARING INCORRECT TO CORRECT MODE | $1,200.00 | $0.00 | $1,200.00 | $23,720.00 | Las Vegas, NV |
| 11 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $23,720.00 | |
| 12 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $23,720.00 | |
| 13 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $23,720.00 | |
| 14 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $23,720.00 | |
| 15 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $23,720.00 | |
| 16 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $23,720.00 | |
| 17 MAY 23 | 2.15 | WRITING EVAL OF BURCH's LOGISTIC MODEL | $860.00 | $0.00 | $860.00 | $24,580.00 | Bellingham, WA |
| 18 MAY 23 | 2 | WRITING EVAL OF BURCH'S LOGISTIC MODEL | $800.00 | $0.00 | $800.00 | $25,380.00 | Bellingham, WA |
| 19 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $25,380.00 | |
| 20 MAY 23 | | | $0.00 | $0.00 | $0.00 | $25,380.00 | |
| 21 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $25,380.00 | |
| 22 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $25,380.00 | |
| 23 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $25,380.00 | |
| 24 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $25,380.00 | |
| 25 MAY 23 | 0.5 | DISCUSSION W TOM RE EI DATA | $200.00 | $0.00 | $200.00 | $25,580.00 | Bellingham, WA |
| 26 MAY 23 | 3 | ZOOM MEETING RE BURCH EI DATA; EVAL OF SAME | $1,200.00 | $0.00 | $1,200.00 | $26,780.00 | Bellingham, WA |
| 27 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 28 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 29 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 30 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 31 MAY 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 1 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 2 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 3 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 4 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 5 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 6 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 7 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 8 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 9 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 10 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 11 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 12 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 13 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 14 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 15 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 16 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 17 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |
| 18 JUNE 23 | 0 | | $0.00 | $0.00 | $0.00 | $26,780.00 | |

EXHIBIT

| Date | Hours | Description | Amount | | | Running Total | Location |
|---|---|---|---|---|---|---|---|
| 19 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $26,780.00 | |
| 20 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $26,780.00 | |
| 21 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $26,780.00 | |
| 22 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $26,780.00 | |
| 23 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $26,780.00 | |
| 24 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $26,780.00 | |
| 25 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $26,780.00 | |
| 26 JUNE 23 | 0,75 | ZOOM CONF CALL | $300,00 | $0,00 | $300,00 | $27,080.00 | Bellingham, WA |
| 27 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 28 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 29 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 30 JUNE 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 1 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 2 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 3 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 4 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $27,080.00 | |
| 5 JULY 23 | 2.5 | ANALYSIS OF BURCH'S LOGISTIC MODEL 2 | $1,000,00 | $0,00 | $1,000,00 | $28,080.00 | Bellingham, WA |
| 6 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $28,080.00 | |
| 7 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $28,080.00 | |
| 8 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $28,080.00 | |
| 9 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $28,080.00 | |
| 10 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $28,080.00 | |
| 11 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $28,080.00 | |
| 12 JULY 23 | 1 | REVIEW BURCH'S REBUTTAL: EI | $400,00 | $0,00 | $400,00 | $28,480.00 | Bellingham, WA |
| 13 JULY 23 | 3,75 | ZOOM CONF CALL & PREP & INITIAL SUMMARY CES ANALYSIS , | $1,500,00 | $0,00 | $1,500,00 | $29,980.00 | Bellingham, WA |
| **invoice of July 13** | | | **27 MAR 23 - 13 JULY 23** | **TOTAL TO BE BILLED TO PLAINTIFF** | **$29,980.00** | | |
| 14 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $0,00 | |
| 15 JULY 23 | 6 | continue with CES analysis | $2,400,00 | $0,00 | $2,400,00 | $2,400,00 | Bellingham, WA |
| 16 JULY 23 | 2 | continue with CES analysis | $800,00 | $0,00 | $800,00 | $3,200,00 | Bellingham, WA |
| 17 JULY 23 | 4,5 | continue with CES analysis | $1,800,00 | $0,00 | $1,800,00 | $5,000,00 | Bellingham, WA |
| 18 JULY 23 | 1,5 | continue with CES analysis | $600,00 | $0,00 | $600,00 | $5,600,00 | Bellingham, WA |
| 19 JULY 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $5,800,00 | Bellingham, WA |
| 20 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $5,800,00 | |
| 21 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $5,800,00 | |
| 22 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $5,800,00 | |
| 23 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $5,800,00 | |
| 24 JULY 23 | 1 | draft of findings | $400,00 | $0,00 | $400,00 | $6,200,00 | Bellingham, WA |
| 25 JULY 23 | 0,75 | draft of findings | $300,00 | $0,00 | $300,00 | $6,500,00 | Bellingham, WA |
| 26 JULY 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $6,700,00 | Bellingham, WA |
| 27 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $6,700,00 | |
| 28 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $6,700,00 | |
| 29 JULY 23 | 0 | | $0,00 | $0,00 | $0,00 | $6,700,00 | |
| 30 JULY 23 | 2 | draft of findings | $800,00 | $0,00 | $800,00 | $7,500,00 | Bellingham, WA |
| 31 JULY 23 | 3 | draft of findings | $1,200,00 | $0,00 | $1,200,00 | $8,700,00 | Bellingham, WA |
| 1 AUG 23 | 1 | draft of findings | $400,00 | $0,00 | $400,00 | $9,100,00 | Bellingham, WA |
| 2 AUG 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $9,300,00 | Bellingham, WA |
| 3 AUG 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $9,500,00 | Bellingham, WA |
| 4 AUG 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $9,700,00 | Bellingham, WA |
| 5 AUG 23 | 0,75 | draft of findings | $300,00 | $0,00 | $300,00 | $10,000,00 | Bellingham, WA |
| 6 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $10,000,00 | |
| 7 AUG 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $10,200,00 | Bellingham, WA |
| 8 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $10,200,00 | |
| 9 AUG 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $10,400,00 | Bellingham, WA |
| 10 AUG 23 | 4,75 | zoom call and draft of findings | $1,900,00 | $0,00 | $1,900,00 | $12,300,00 | Bellingham, WA |
| 11 AUG 23 | 1 | draft of findings | $400,00 | $0,00 | $400,00 | $12,700,00 | Bellingham, WA |
| 12 AUG 23 | 0,5 | draft of findings | $200,00 | $0,00 | $200,00 | $12,900,00 | Bellingham, WA |
| 13 AUG 23 | 0,25 | CES study research | $100,00 | $0,00 | $100,00 | $13,000,00 | Bellingham, WA |
| 14 AUG 23 | 0,5 | CES study research | $200,00 | $0,00 | $200,00 | $13,200,00 | Bellingham, WA |
| 15 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 16 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 17 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 18 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 19 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 20 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 21 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 22 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 23 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 24 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 25 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 26 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 27 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 28 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 29 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 30 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 31 AUG 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 1 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 2 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 3 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 4 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 5 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 6 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,200,00 | |
| 7 SEP 23 | 1,5 | ZOOM CALL AND REVISION OF DRAFT | $600,00 | $0,00 | $600,00 | $13,800,00 | Bellingham, WA |
| 8 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,800,00 | |
| 9 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,800,00 | |
| 10 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,800,00 | |
| 11 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,800,00 | |
| 12 SEP 23 | 0 | | $0,00 | $0,00 | $0,00 | $13,800,00 | |

| Date | Hours | Description | | | | | Location |
|---|---|---|---|---|---|---|---|
| 13 SEP 23 | 0 | | $0.00 | $0.00 | $0.00 | $13,800.00 | |
| 14 SEP 23 | 1 | finalize declaration | $400.00 | $0.00 | $400.00 | $14,200.00 | Bellingham, WA |
| 15 SEP 23 | 1.5 | finalize declaration | $600.00 | $0.00 | $600.00 | $14,800.00 | Bellingham, WA |

| INVOICE OF 15 SEP 23 | | | | 14 JULY 23 TO 15 SEP 23 | TOTAL TO BE BILLED TO PLAINTIFF | $14,800.00 |
|---|---|---|---|---|---|---|

| Date | Hours | Description | | | | | Location |
|---|---|---|---|---|---|---|---|
| 16 SEP 23 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| 17 SEP 23 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| 18 SEP 23 | 1 | finalize declaration | $400.00 | $0.00 | $400.00 | $1,000.00 | Bellingham, WA |
| 19 SEP 23 | 1.5 | finalize declaration | $600.00 | $0.00 | $600.00 | $1,000.00 | Bellingham, WA |
| 20 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 21 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 22 Sep 123 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 23 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 24 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 25 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 26 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 27 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 28 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 29 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 30 Sep 23 | 0 | | $0.00 | $0.00 | $0.00 | $1,000.00 | |
| 1 Oct 23 | 1.5 | REVIEW FOR DEPOSITION | $600.00 | $0.00 | $600.00 | $1,600.00 | Bellingham, WA |
| 2 Oct 23 | 2 | REVIEW FOR DEPOSITION | $800.00 | $0.00 | $800.00 | $2,400.00 | Bellingham, WA |
| 3 Oct 23 | 1 | REVIEW FOR DEPOSITION | $400.00 | $0.00 | $400.00 | $2,800.00 | |
| 4 Oct 23 | 1.5 | deposition prep | $600.00 | $0.00 | $600.00 | $3,400.00 | Bellingham, WA |
| 5 Oct 23* | 7 | deposition | $2,800.00 | $11.14 | $2,811.14 | $6,211.14 | Bellingham, WA |
| 6 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 7 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 8 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 9 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 10 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 11 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 12 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 13 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 14 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 15 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 16 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 17 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 18 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 19 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 20 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 21 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $6,211.14 | |
| 22 Oct 23 | 4.08 | 1ST REVIEW AND CORRECTION OF DEPOSITION | $1,632.00 | $0.00 | $1,632.00 | $7,843.14 | Bellingham, WA |
| 23 Oct 23 | 2.15 | 2ND REVIEW AND CORRECTION OF DEPOSITION | $860.00 | $0.00 | $860.00 | $8,703.14 | Bellingham, WA |
| 24 Oct 23 | 1 | SIGN, NOTAARIZED & MAIL ERRATA SHEET*** | $400.00 | $0.00 | $400.00 | $9,103.14 | |
| 25 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $9,103.14 | |
| 26 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $9,103.14 | |
| 27 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $9,103.14 | |
| 28 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $9,103.14 | |
| 29 Oct 23 | 1 | FINALIZATION (ON FORMS) OF REVIEWS OF DEP. & MAILING** | $400.00 | $38.40 | $438.40 | $9,541.54 | Bellingham, WA |
| 30 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $9,541.54 | |
| 31 Oct 23 | 0 | | $0.00 | $0.00 | $0.00 | $9,541.54 | |

| | | | 16 SEP 23 TO 31 OCT 23 | TOTAL TO BE BILLED TO PLAINTIFF | $9,541.54 |
|---|---|---|---|---|---|

*mileage: 1 lake louise dr to Sheraton 4 Points, r/t = 17 miles @ 65.5 cents/mile, per GAO 2023 business mileage rate = $11.14
** Mailing cost = 2 first class stamps ($1.32) and envelope ($).10 = $1.42
***mileage 1 lake louise dr to UPS store, 4152 Meridian, Bellingam & return = 12x2 @ $.65/mile + time = 1 hour + cost of notary & mailing to Buell = $15.60 + $450 + $22.80 = $488.40

| INVOICE OF 31 OCT 23 | David A. Swanson, Ph.D | 1 Lake Louise Drive #19, Bellingham, WA 98229 | 27 MAR 23 TO 31 OCT 2023 | TOTAL DUE FROM PLAINTIFF | $54,321.54 |
|---|---|---|---|---|---|

David A. Swanson

# Thomas M. Bryan

13106 Dawnwood Terrace
Midlothian, VA 23114
425-466-9749
tom@bryangeodemo.com

September 18, 2023

Wise Carter PLLC
Attn: Michael B. Wallace
PO Box 651
Jackson, MS 39205-0651

Third Invoice for Mississippi Supreme Court Redistricting Litigation, Via Email

Mr. Wallace,

    Thank you very much for the engagement and the opportunity to serve in support of your demographic expert in the case of *Dyamone White, et al v. State Board of Election Commissioners, et al*. This invoice for the second quarter of 2023 (July 21, 2023 to September 14, 2023) reflects 14 hours for Mr. Thomas Bryan billable to the Plaintiffs (for $5,600) as detailed in Appendix 1.

Please let me know if you have any questions.

Best regards,

Tom



## APPENDIX 1: Thomas Bryan Invoice Detail

| | | | |
|---|---|---|---|
| 7/21/2023 | 1.50 | $600.00 | Document review and client call |
| 8/10/2023 | 1.00 | $400.00 | Client Call |
| 8/18/2023 | 1.00 | $400.00 | Client Call |
| 9/11/2023 | 4.75 | $1,900.00 | Report writing |
| 9/13/2023 | 3.25 | $1,300.00 | Report writing |
| 9/14/2023 | 2.50 | $1,000.00 | Report writing |
| **Total** | **14.00** | **$5,600.00** | |

# Thomas M. Bryan

13106 Dawnwood Terrace
Midlothian, VA 23114
425-466-9749
tom@bryangeodemo.com

July 24, 2023

Wise Carter PLLC
Attn: Michael B. Wallace
PO Box 651
Jackson, MS 39205-0651

Second Invoice for Mississippi Supreme Court Redistricting Litigation, Via Email

Mr. Wallace,

Thank you very much for the engagement and the opportunity to serve in support of your demographic expert in the case of *Dyamone White, et al v. State Board of Election Commissioners, et al*. This invoice the first half of 2023 invoice reflects three amounts:

1) 75 hours for Dr. David Swanson billable to the Plaintiffs (for $30,000)
2) 13 hours for Mr. Thomas Bryan billable to the Clients (for $5,200)
3) 54.25 hours for Mr. Thomas Bryan billable to the Plaintiffs (for $21,700)

For a total of $56,900. Please let me know if you have any questions.

Best regards,

Tom



## APPENDIX 2: Thomas Bryan Invoice Detail

| Date | TB Hours | Total | Description |
|---|---|---|---|
| 2/8/2023 | 2.50 | $1,000.00 | Evaluated rebuttal reports from Burch and Cooper |
| 2/10/2023 | 4.25 | $1,700.00 | Evaluated rebuttal reports from Burch and Cooper |
| 3/7/2023 | 3.75 | $1,500.00 | Evaluated supplemental declaration of DAS, provided details on Burch calcs of educational attainment. |
| 3/27/2023 | 2.50 | $1,000.00 | Researched Dr. Burch's previous work. |
| **Total Client** | **13.00** | **$5,200.00** | |

| Date | TB Hours | Total | Description |
|---|---|---|---|
| 4/14/2023 | 0.50 | $200.00 | Order denying motion doc review |
| 4/24/2023 | 1.50 | $600.00 | Client call, analytic review, CB contact |
| 4/25/2023 | 4.00 | $1,600.00 | Research on CES and CPS |
| 4/26/2023 | 5.75 | $2,300.00 | Research on CES and CPS |
| 4/27/2023 | 6.75 | $2,700.00 | Research on CES and CPS |
| 4/28/2023 | 5.50 | $2,200.00 | Research on CES and CPS |
| 5/1/2023 | 0.75 | $300.00 | Client correspondence |
| 5/3/2023 | 1.25 | $500.00 | ACS / CES / SSRC distribution analysis |
| 5/8/2023 | 0.50 | $200.00 | Downloaded and examined SOS data files from Gdrive, client communication |
| 5/26/2023 | 3.50 | $1,400.00 | Call with client, EI data exploration and identification of error in Burch data |
| 6/13/2023 | 6.50 | $2,600.00 | Supported and reviewed V9 draft. Reviewed State of SOS Catalist data. Identified erroneous county assignments in Burch's newcentraldist for EI.XLSX file |
| 6/26/2023 | 1.00 | $400.00 | Client call |
| 7/11/2023 | 7.25 | $2,900.00 | Report writing on CES |
| 7/12/2023 | 9.50 | $3,800.00 | Report writing on CES |
| **Total Plaintiff** | **54.25** | **$21,700.00** | |