| From: | Chris W. Bonneau |
|---|---|
| To: | Mike Wallace |
| Cc: | Rex Shannon; Gerald Kucia |
| Subject: | Re: FW: final draft |
| Date: | Thursday, September 14, 2023 7:54:55 AM |
| Attachments: | image001.png |
| | image001.png |
| | expert report rebuttal FINAL.pdf |

Morning, all:

Attached is the final, signed rebuttal report. Below is an invoice for the hours I worked. Thanks.

cwb

| | | | |
|---|---|---|---|
| 21-Apr Mtg with lawyer | 0.75 | $300.00 | $225.00 |
| 5-May Reading Orey report and rebuttal | 1 | $300.00 | $300.00 |
| 8-May researching for rebuttal | 2.5 | $300.00 | $750.00 |
| 9-May drafting rebuttal | 3 | $300.00 | $900.00 |
| 24-May meeting with attorneys | 0.33 | $300.00 | $99.00 |
| 17-Jul editing rebuttal | 1 | $300.00 | $300.00 |
| 4-Aug call with lawyer | 0.5 | $300.00 | $150.00 |
| 18-Aug finalizing rebuttal | 1 | $300.00 | $300.00 |
| 12-Sep finalizing rebuttal | 1 | $300.00 | $300.00 |
| | 11.08 | | $3,324.00 |

**************************************************************************

Chris W. Bonneau
Professor of Political Science
Interim Chair, Department of Hispanic Languages & Literatures

cwbonneau@gmail.com
www.pitt.edu/~cwb7
@Bonneau_Says
View my research on my Google Scholar page:
http://scholar.google.com/citations?user=OouB13MAAAAJ&hl=en

EXHIBIT C