**From:** Chris W. Bonneau
**To:** Mike Wallace; Gerald Kucia; Rex Shannon
**Subject:** Deposition invoice
**Date:** Saturday, September 30, 2023 2:01:28 PM
**Attachments:** depo receipts.pdf

Mike, Rex, and Gerald:
Good to meet all of you in person. Below is an invoice for my trip to Jackson and I have attached specific receipts in a single pdf. Please let me know if you need any additional information.

cwb

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 20-Sep | Flight to Jackson | | | $309.98 |
| 20-Sep | Flight to Pittsburgh | | | $298.20 |
| 28-Sep | Travel for deposition | 6 | $150.00 | $900.00 |
| 28-Sep | Deposition prep | 3 | $300.00 | $900.00 |
| 28-Sep | Lyft from airport to law office | | | $28.72 |
| 28-Sep | Breakfast | | | $10.27 |
| 28-Sep | Lunch | | | $19.16 |
| 29-Sep | Deposition | 4 | $300.00 | $1,200.00 |
| 29-Sep | Lyft from law office to airport | | | $29.70 |
| 29-Sep | Flight change fee | | | $299.00 |
| 29-Sep | Hotel/breakfast | | | $131.53 |
| 29-Sep | Travel for deposition | 8 | $150.00 | $1,200.00 |
| 29-Sep | Lunch | | | $37.01 |
| 29-Sep | Dinner | | | $28.76 |
| 29-Sep | Airport parking | | | $40.00 |
| | | | | $5,432.33 |

****************************************************************************

Chris W. Bonneau
Professor of Political Science
Interim Chair, Department of Hispanic Languages & Literatures

cwbonneau@gmail.com
www.pitt.edu/~cwb7
@Bonneau_Says
View my research on my Google Scholar page:
http://scholar.google.com/citations?user=OouB13MAAAAJ&hl=en



EXHIBIT F