| From: | Chris W. Bonneau |
| --- | --- |
| To: | Rex Shannon |
| Cc: | mbw@wisecarter.com; Gerald Kucia |
| Subject: | Re: Quick question - fee recovery; White v. SBEC, et al. (Mississippi case) |
| Date: | Wednesday, November 8, 2023 10:01:05 AM |
| Attachments: | image001.png |

Hi Rex:

| 13-Oct proofreading depo | 1.5 | $300.00 | $450.00 |

That's it.

cwb

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Chris W. Bonneau
Professor of Political Science
Interim Chair, Department of Hispanic Languages & Literatures

cwbonneau@gmail.com
www.pitt.edu/~cwb7
@Bonneau_Says
View my research on my Google Scholar page:
http://scholar.google.com/citations?user=OouB13MAAAAJ&hl=en

