| | |
|---|---|
| **From:** | Ari Savitzky <asavitzky@aclu.org> |
| **Sent:** | Thursday, September 21, 2023 4:41 PM |
| **To:** | Mike Wallace; Rex Shannon; Gerald Kucia |
| **Cc:** | Youngwood, Jonathan; External - Leslie Jones; Joshua Tom; Ming Cheung |
| **Subject:** | RE: Deposition Dates in White v. SBEC |
| **Attachments:** | neweicentraldist.txt; EI syntax and output central district.txt |

Mike and all:

Following up with two points. First, I wanted to state explicitly what I think is already implicit, namely that we are agreeing to conduct Dr. Swanson's deposition outside of the September 29 discovery deadline in order to accommodate his schedule. Fine by us, but just wanted that to be clear. As noted, we will wait to hear from you all regarding his timing.

Second, I'm attaching a dataset ("neweicentraldist.txt") for Dr. Burch's ecological inference analysis of voter turnout by race in the Central District that corrects for the transposition of Bolivar and Adams counties in the previously provided dataset, which was flagged in Dr. Swanson's surrebuttal report. I am also attaching the corresponding EI script and raw results (for ease of reference, the script is annotated with asterisks to explain what the pieces of the code do). No corrections or changes are being made to Dr. Burch's Rebuttal Report.

Thanks,

Ari


**Ari Savitzky**
Senior Staff Attorney, Voting Rights Project
American Civil Liberties Union
125 Broad St., New York, NY 10004
212.549.2681 | 401.529.3982 (cell) | asavitzky@aclu.org
*Pronouns: he, him, his*

aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*