IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al                                                              PLAINTIFFS

V.                                             CIVIL ACTION NO.: 4:22-CV-00062-SA-JMV

STATE BOARD OF ELECTION COMMISSIONERS., et al            DEFENDANTS

ORDER

This matter comes before the Court on its own Motion. The trial of this matter currently set for May 13, 2024, is hereby continued. The trial will be reset by separate notice. The Magistrate Judge is hereby directed to reset all applicable deadlines as necessary upon the resetting of the trial date.

SO ORDERED this 20th day of March, 2024.

                                                         /s/ Sharion Aycock
                                                         U. S. DISTRICT COURT JUDGE