IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                                                      PLAINTIFFS

v.                                                                            CAUSE NO. 4:22-CV-62-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                                                    DEFENDANTS

ORDER

Now before the Court is the parties' Joint Motion for Stay [181]. On February 1, 2024, Magistrate Judge Viren entered an Order [177] directing the Plaintiffs to pay the Defendants: $79,529.54 for the fees and expenses of Dr. David Swanson and $9,206.33 for the fees and expenses of Dr. Christopher Bonneau, for a total amount of $88,735.87. Payment was made due within sixty days of the date of the Order [177].

The Plaintiffs have since appealed the Magistrate Judge's ruling pursuant to Rule 72(a). *See* [178]. The appeal, which remains pending, seeks to reduce the total fee award to an amount of $44,829.54 (consisting of $35,623.21 relating to Dr. Swanson and $9,206.33 relating to Dr. Bonneau). In the present filing, the parties represent to the Court that they have reached an agreement wherein the Plaintiffs will pay to the Defendants the undisputed amount of $44,829.54 within sixty (60) days of the date of their agreement (March 1, 2024) and the deadline for the remainder of the payment will be stayed pending resolution of the appeal.

The Court sees no issue with this agreement and joint request. The Motion [181] is GRANTED.

SO ORDERED this the 20th day of March, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE