**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4:22-CV-00062-SA-JMV** |
| **STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi;* **LYNN FITCH** *in her official capacity as Attorney General of Mississippi;* **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |

**ENTRY OF APPEARANCE**

Please take notice that Charles E. Cowan of Wise Carter Child & Caraway, P.A., hereby enters his appearance as additional counsel of record for Defendants State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State.

RESPECTFULLY SUBMITTED, this the 10th day of April, 2024.

    STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi;* LYNN FITCH *in her official capacity as Attorney General of Mississippi;* MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*, DEFENDANTS

    BY:/s/ *Charles E. Cowan*
        CHARLES E. COWAN, ESQ.

**OF COUNSEL:**

MICHAEL B. WALLACE (MSB # 6904)
CHARLES E. COWAN (MSB # 104478)
WISE CARTER CHILD & CARAWAY, P.A.
401 EAST CAPITOL STREET, SUITE 600
JACKSON, MS 39201
P.O. BOX 651
JACKSON, MS 39205-0651
T:  601-968-5500
F:  601-944-7738
mbw@wisecarter.com
cec@wisecarter.com

REX M. SHANNON III (MSB #102974)
GERALD L. KUCIA (MSB #8716)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov
gerald.kucia@ago.ms.gov
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system which sent notification all counsel of record.

THIS, this 10th day of April, 2022.

 /s/ Charles E. Cowan
CHARLES E. COWAN