IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 4:22-CV-00062-SA-JMV**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi;* **LYNN FITCH** *in her official capacity as Attorney General of Mississippi;* **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi*     **DEFENDANTS**

## ENTRY OF APPEARANCE

Please take notice that Ayanna Hill of American Civil Liberties Union of Mississippi, hereby enters her appearance as additional counsel of record for Plaintiffs, DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

RESPECTFULLY SUBMITTED, this the 22nd day of April, 2024.

         DYAMONE WHITE; DERRICK SMMONS; TY PINKINS;
         CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.
         PLAINTIFFS

         BY: /s/ *Ayanna D. Hill*
         AYANNA D. HILL, ESQ.

## **CERTIFICATE OF SERVICE**

I, Ayanna D. Hill, hereby certify that on April 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

                                /s/ *Ayanna D. Hill*
                                Ayanna D. Hill
                                American Civil Liberties Union of MS
                                101 S. Congress St.
                                Jackson, Mississippi 39211
                                (601) 354-3408
                                ahill@aclu-ms.org.