# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 4:22-cv-62-SA- JMV<br><br>MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL |

PLEASE TAKE NOTICE that I, Kelsey Miller, am hereby withdrawing my appearance as counsel for Plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, as I am no longer associated with the American Civil Liberties Union Foundation as of September 15, 2023. Other attorneys from the ACLU of Mississippi, ACLU, Simpson, Thacher & Bartlett, and Southern Poverty Law Center will continue to represent Plaintiffs as counsel of record in this matter.

Pursuant to Local Rule 83.1(b)(3), this Motion has been sent to all counsel of record and to all Plaintiffs, and a proposed order is attached as an exhibit.

Respectfully submitted this 26th day of April, 2024.

| /s/ *Joshua F. Tom* | /s/ *Kelsey Miller* |
|---|---|
| Joshua F. Tom | Kelsey Miller* |
| Miss. Bar No. 105392 | NY Bar No. 5932637 |
| ACLU of Mississippi | 3828 Georgia Avenue NW |
| P.O. Box 2242 | Washington, DC 20011 |
| Jackson, MS 39225 | (240) 435-2002 |
| (601) 354-3408 | kmiller@jd21.law.harvard.edu |
| jtom@aclu-ms.org | |
| | *admitted pro hac vice* |

## CERTIFICATE OF SERVICE

     I, Joshua Tom, hereby certify that on April 26th, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court. On the same date, I also sent via email the foregoing to all of the Plaintiffs.

                                    /s/ *Joshua F. Tom*
                                    Joshua F. Tom
                                    Miss. Bar No. 105392
                                    ACLU of Mississippi
                                    P.O. Box 2242
                                    Jackson, MS 39225
                                    (601) 354-3408
                                    jtom@aclu-ms.org