# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs,*<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi.*<br><br>*Defendants.* | NO. 4:22-cv-62-SA- JMV<br><br>ORDER GRANTING WITHDRAWAL OF COUNSEL |

THIS MATTER CAME BEFORE the court on the Motion on behalf of Kelsey Miller, formerly of the American Civil Liberties Union Foundation ("ACLU"), counsel for Plaintiffs Dyamone White; Derrick Simmons; Ty Pinkins; and Constance Olivia Slaughter Harvey-Burwell, to withdraw as counsel of record for said Plaintiffs. Ms. Miller represents that she is no longer employed by the ACLU. As such the court finds the motion well taken.

THEREFORE, the Court does find that the Motion is granted, and Kelsey Miller is terminated as counsel on this matter. Plaintiffs will continue to be represented by Joshua Tom, of the ACLU of MS, among other counsel of record.

SO ORDERED this, the 29th day of April, 2024.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE