**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4:22-CV-00062-SA-JMV** |
| **STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi;* **LYNN FITCH** *in her official capacity as Attorney General of Mississippi;* **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |

## ENTRY OF APPEARANCE

Please take notice that Victoria Ochoa of American Civil Liberties Union Foundation, hereby enters her appearance as additional counsel of record for Plaintiffs, DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

RESPECTFULLY SUBMITTED, this the 9th day of May, 2024.

> DYAMONE WHITE; DERRICK SMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.
> PLAINTIFFS
>
> BY: /s/ *Victoria Ochoa*
> VICTORIA OCHOA, ESQ.

## CERTIFICATE OF SERVICE

I, Victoria Ochoa, hereby certify that on May 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Victoria Ochoa*
Victoria Ochoa
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(956) 212-2250
vochoa@aclu.org