# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# NOTICE

**DYAMONE WHITE, *ET AL.***            **PLAINTIFFS**

**VS.**            **CIVIL ACTION NO.: 4:22-cv-62-SA-JMV**

**STATE BOARD OF ELECTION**
**COMMISSIONERS, *ET AL.***            **DEFENDANTS**

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the date, time, and place set forth below:

| Place | Room No. |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 MAIN STREET**<br>**GREENVILLE, MS 38701** | **364** |
| | *Date and Time*<br>**JUNE 25, 2024**<br>**10:00 A.M.** |

*Type of Proceeding*

### FINAL PRETRIAL-SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

*Jointly Proposed Pretrial Order should be emailed to: Judge_Virden@msnd.uscourts.gov*
*NO LATER THAN JUNE 13, 2024.*

**COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST APPEAR IN-PERSON AT THE CONFERENCE AND BE PREPARED TO CONDUCT A SETTLEMENT CONFERENCE AT THE CONCLUSION OF THE FINAL PRETRIAL CONFERENCE - UNLESS EXCUSED BY THE COURT.**

**PLEASE NOTE:** **AN UNEXCUSED FAILURE TO ATTEND THE FINAL PRETRIAL AND SETTLEMENT CONFERENCES MAY RESULT IN A JUDGMENT OF DISMISSAL OR DEFAULT OR OTHER APPROPRIATE JUDGMENT ENTERED OR SANCTIONS IMPOSED.**

On most occasions, Judge Virden does not recess the conference for a lunch break. However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break. Also, you are welcome to bring a snack such as protein bars or nuts, etc. The court is not allowed to provide any amenities. Feel free to bring water or thermos of coffee if you desire.

**DAVID CREWS, Clerk of Court**

By:     /s/ *Itonia R. Williams*
         Courtroom Deputy Clerk

If there are questions, please contact Itonia R. Williams at 662-335-9214.