IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE; DERRICK
SIMMONS; TY PINKINS;
CONSTANCE OLIVIA SLAUGHTER
HARVEY-BURWELL                                              PLAINTIFFS

VS.                                    CIVIL ACTION NO. 4:22-cv-00062-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES
*in his official capacity as Governor of*
*Mississippi*; LYNN FITCH *in her*
*official capacity as Attorney General of*
*Mississippi*; MICHAEL WATSON *in*
*his official capacity as Secretary of*
*State of Mississippi*                                       DEFENDANTS

---

## APPEARANCE OF COUNSEL

---

NOTICE IS HEREBY GIVEN that Beth Windsor Usry, Special Assistant Attorney General for the State of Mississippi, hereby enters her appearance as counsel for the defendants, State Board of Election Commissioners; Tate Reeves, in his official capacity as Governor of Mississippi; Lynn Fitch, in her official capacity as Attorney General of Mississippi; and Michael Watson, in his official capacity as Secretary of State of Mississippi.

THIS the 15th day of May 2024.

Respectfully submitted,

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES In his official
capacity as Governor of Mississippi; LYNN FITCH

in her official capacity as Attorney General of
Mississippi; MICHAEL WATSON in his official
capacity as Secretary of State of Mississippi,
DEFENDANTS

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

By:     /s/Beth Windsor Usry
        BETH WINDSOR USRY (MSB #99267)
        Special Assistant Attorney General
        STATE OF MISSISSIPPI
        OFFICE OF THE ATTORNEY GENERAL
        CIVIL LITIGATION DIVISION
        Post Office Box 220
        Jackson, Mississippi 39205-0220
        (601) 359-3824
        Beth.Usry@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Beth Windsor Usry, Special Assistant Attorney, do hereby certify that I have
this date caused to be filed with the Clerk of the Court a true and correct copy of the
above and foregoing via the Court's ECF filing system, which sent notification of such
filing to all counsel of record.

THIS the 15th day of May 2024.

/s/Beth Windsor Usry
BETH WINDSOR USRY

2