IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 4:22-CV-00062-SA-JMV**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi;* **LYNN FITCH** *in her official capacity as Attorney General of Mississippi;* **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi*     **DEFENDANTS**

## ENTRY OF APPEARANCE

Please take notice that Victoria Ochoa of American Civil Liberties Union Foundation, hereby enters her appearance as additional counsel of record for Plaintiffs, DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

RESPECTFULLY SUBMITTED, this the 21st day of May, 2024.

| | |
|---|---|
| /s/ *Joshua F. Tom* | /s/ *Victoria Ochoa* |
| Joshua F. Tom | Victoria Ochoa* |
| Miss. Bar No. 105392 | NY Bar No. 6039093 |
| ACLU of Mississippi | American Civil Liberties Union Foundation |
| P.O. Box 2242 | 125 Broad Street, 18th Floor |
| Jackson, MS 39225 | New York, NY 10004 |
| (601) 354-3408 | (956) 212-2250 |
| jtom@aclu-ms.org | vochoa@aclu.org |

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I, Victoria Ochoa, hereby certify that on May 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Victoria Ochoa*
Victoria Ochoa*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(956) 212-2250
vochoa@aclu.org