IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL**            **PLAINTIFFS**

VS.            **CIVIL ACTION NO. 4:22-cv-00062-SA-JMV**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi*; **LYNN FITCH** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi*            **DEFENDANTS**

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Justin L. Matheny hereby enters his appearance as counsel for the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi.

THIS the 30th day of May, 2024.

           Respectfully submitted,

           STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

2

    LYNN FITCH
     Attorney General

    Justin L. Matheny (MSB #100754)
     Deputy Solicitor General

    MISSISSIPPI ATTORNEY GENERAL'S OFFICE
    Post Office Box 220
    Jackson, Mississippi 39205-0220
    (601) 359-3680
    justin.matheny@ago.ms.gov