IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE; DERRICK SIMMONS;
TY PINKINS; CONSTANCE OLIVIA
SLAUGHTER HARVEY-BURWELL                                            PLAINTIFFS

VS.                                CIVIL ACTION NO. 4:22-cv-00062-SA-JMV

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES in his official capacity as Governor of
Mississippi; LYNN FITCH in her official capacity as
Attorney General of Mississippi; MICHAEL WATSON in his
official capacity as Secretary of State of Mississippi          DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Gerald L. Kucia and files this Motion to Withdraw as Counsel of Record for Defendants State Board of Election Commissioners; Tate Reeves in his official capacity as Governor or Mississippi; Lynn Fitch in her official capacity as Attorney General of Mississippi and Michael Watson in his official capacity as Secretary of State of Mississippi, and in support of the same, would show unto the Court as follows:

1.  Undersigned counsel, in his capacity as Special Assistant Attorney General for the State of Mississippi, entered an appearance on behalf of the Defendants in this matter.

2.  Undersigned counsel would show that he has left his position in the Civil Litigation Division and will be doing no further work on this matter.

3. The Defendants will continue to be represented in this matter by Special Assistant Attorneys General Rex M. Shannon, III, Elizabeth Windsor Usry and Justin L. Matheny.

4. No prejudice will occur to any of the parties if this motion is granted.

WHEREFORE, PREMISES CONSIDERED, Gerald L. Kucia respectfully requests that this Court enter an order allowing him to withdraw as counsel of record for Defendants.

RESPECTFULLY SUBMITTED, this the 30th day of May, 2024.

    STATE BOARD OF ELECTION
    COMMISSIONERS; TATE REEVES
    In his official capacity as Governor of
    Mississippi; LYNN FITCH in her
    official capacity as Attorney General of
    Mississippi; MICHAEL WATSON in
    His official capacity as Secretary of
    State of Mississippi, DEFENDANTS

    LYNN FITCH
    Attorney General of Mississippi

    By: */s/ Gerald L. Kucia*
        Gerald L. Kucia

    Special Assistant Attorney General
    Mississippi Bar No. 8716
    P.O. Box 220
    Jackson, Mississippi 39205-0220
    Telephone: (601) 359-4072
    E-mail: gerald.kucia@ago.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

This, the 30th day of May, 2024.

                                              */s/ Gerald L. Kucia*
                                              Gerald L. Kucia