IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE; DERRICK
SIMMONS; TY PINKINS;
CONSTANCE OLIVIA SLAUGHTER
HARVEY-BURWELL                                                                                    PLAINTIFFS

V.                                                          CIVIL ACTION NO. 4:22-CV-062-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES
*in his official capacity as Governor or
Mississippi;* LYNN FITCH *in her
Official capacity as Attorney General of
Mississippi and* MICHAEL WATSON *in
his official capacity as Secretary of
State of Mississippi*                                                                             DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Lindsay Thomas Dowdle and files this Motion to Withdraw as Counsel of Record for Defendants State Board of Election Commissioners; Tate Reeves in his official capacity as Governor of Mississippi; Lynn Fitch in her official capacity as Attorney General of Mississippi and Michael Watson in his official capacity as Secretary of State of Mississippi, and, in support of the same, would show unto the Court as follows:

1.     Undersigned counsel, in her capacity as a Special Assistant Attorney General for the State of Mississippi, is listed as counsel for Defendants in this matter.

2.     Undersigned counsel will be doing no further work on this matter.

3.     The Defendants will continue to be represented in this matter by Special Assistant Attorneys General Elizabeth Windsor Usry, Rex Morris Shannon and Justin Lee Matheny.

4.     No prejudice will occur to any of the parties if this motion is granted.

WHEREFORE PREMISES CONSIDERED, Lindsay Thomas Dowdle respectfully requests that this Court enter an order allowing her to withdraw as counsel of record for Defendants.

DATE: MAY 31, 2024

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES in his official capacity as Governor of Mississippi; LYNN FITCH in her official capacity as Attorney General of Mississippi and MICHAEL WATSON in his official capacity as Secretary of State of Mississippi, *Defendants*

By:   **LYNN FITCH**
Attorney General of Mississippi

By:   */s/ Lindsay Thomas Dowdle*
LINDSAY T. DOWDLE (MSB #102873)
Special Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-3020
Fax:  (601) 359-2003
lindsay.dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

    I, Lindsay Thomas Dowdle, Special Assistant Attorney General and attorney for Defendants, State Board of Election Commissioners, Tate Reeves, Lynn Fitch, and Michael Watson do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's MEC/ECF filing system, which sent notification of such filing to all counsel of record.

    THIS the 31st day of May, 2024.

                                             */s/ Lindsay Thomas Dowdle*
                                             LINDSAY T. DOWDLE