# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DYAMONE WHITE, ET AL.**                                                              **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 4:22-CV-62-SA-JMV**

**STATE BOARD OF ELECTION**
**COMMISSIONERS, ET AL.**                                                           **DEFENDANTS**

## ORDER GRANTING MOTIONS TO WITHDRAW

Pending before the Court are the Motions to Withdraw as Counsel of Defendants filed by Gerald L. Kucia [200] and Lindsey Thomas Dowdle [201]. Having considered said motions, the Court finds that they are well taken and hereby **GRANTS** the motions.

**IT IS, THEREFORE, ORDERED** that Gerald L. Kucia and Lindsey Thomas Dowdle are withdrawn as counsel of record for Defendants. The Defendants will continue to be represented in this matter by Special Assistant Attorneys General Rex M. Shannon, Elizabeth Windsor Usry and Justin L. Matheny, as well as Michael B. Wallace and Charles E. Cowan with the law firm of Wise Carter Child & Caraway.

SO ORDERED this, the 3rd day of June, 2024.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE