**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DYAMONE WHITE et al.**                                                                                             **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO.: 4:22-cv-62-SA-JMV**

**STATE BOARD OF ELECTION
COMMISSIONERS et al.**                                                                    **DEFENDANTS**

**<u>ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE</u>**

The court has considered the motions for admission of attorneys **Kate Lambroza** and **V. Noah Benjamin Gimbel** as counsel *pro hac vice* on behalf of the Plaintiffs. Upon due consideration of this motion and review of the record in this cause, the court finds that the requirements of L. U. Civ. R. 83.1(d) have been met, and the motion should be **GRANTED**.

However, admission *pro hac vice* **shall be conditioned** upon the completion of the process of registration to be served electronically with orders and notices from the court and electronically filing a Notice of Attorney Appearance.

**Failure to comply with these additional requirements will result in revocation of admission** *pro hac vice*. If counsel has not already completed the registration process, counsel shall do so **within five (5) business days** of the date of this order. Finally, prior to the completion of electronic registration, it remains the responsibility of **<u>local counsel</u>** to notify counsel admitted by this order of all filings with the court in this action including this order.

**SO ORDERED** this, the 3rd day of June, 2024.

                                                                 /s/ Jane M. Virden
                                                                 **UNITED STATES MAGISTRATE JUDGE**