**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DYAMONE WHITE, et al.,**                                             **PLAINTIFFS**

**V.**                               **Civil Action No. 4:22-cv-00062-SA-JMV**

**STATE BOARD OF ELECTION
COMMISSIONERS, et al.,**                                **DEFENDANTS**

**JOINT MOTION TO PERMIT REMOTE APPEARANCES AND TO EXCUSE
PARTIES FROM PRETRIAL CONFERENCE**

COME NOW the Plaintiffs, Dyamone White, Derrick Simmons, Ty Pinkins, and Constance Olivia Slaughter Harvey-Burwell ("Plaintiffs") and the Defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi ("Defendants," and together with Plaintiffs, the "Parties"), by and through undersigned counsel, and move this Honorable Court to enter an order (1) permitting counsel to appear remotely at the Final Pretrial Conference scheduled by this Court for June 25, 2024 (the "Conference"), and (2) excusing the Parties from personally appearing at the Conference. *See* Dkt. #194.

In support of this Motion, the Parties state the following:

1.      WHEREAS this Motion is not brought for the purposes of delay, and the requested relief will not prejudice any party;

2.      WHEREAS both Parties will be represented at the Conference by at least one attorney appearing in person;

3. WHEREAS several of the attorneys for the Plaintiffs reside outside of the state of Mississippi, and attorneys for the Defendants reside outside of Greenville;

4. WHEREAS the subject of this action is the district lines for electing the Mississippi Supreme Court, and Plaintiffs have sought declaratory and injunctive relief, such that the matter is not susceptible to monetary settlement;

5. WHEREAS the Parties, having communicated with one another regarding the possibility of settlement in this matter, agree and represent that they will be unable to reach a settlement agreement prior to trial; and

6. WHEREAS the Parties' personally appearing in-person for the Conference will not alter or affect their inability to reach a settlement agreement or otherwise affect the conduct of the trial.

**WHEREFORE, PREMISES CONSIDERED**, the Parties respectfully request that the Court grant the Parties' motion and any other relief as may be just and proper.

THIS the 7th day of June, 2024.

Respectfully submitted,

*/s/ Jonathan K. Youngwood*
SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (Miss. Bar No. 106441)
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*


\* Admitted *pro hac vice*

ACLU FOUNDATION
Ari J. Savitzky\*
Sophia Lin Lakin\*
Ming Cheung\*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*slakin@aclu.org*
*mcheung@aclu.org*

        AMERICAN CIVIL LIBERTIES UNION
         OF MISSISSIPPI FOUNDATION
        Joshua Tom (Miss. Bar No. 105392)
        101 South Congress Street
        Jackson, MS 39201
        (601) 354-3408
        JTom@aclu-ms.org

        SOUTHERN POVERTY LAW CENTER
        Jade Olivia Morgan (Miss. Bar No. 105760)
        Leslie Faith Jones (Miss. Bar No. 106092)
        111 East Capitol Street, Suite 280
        Jackson, MS 39201
        (601) 948-8882
        *jade.morgan@splcenter.org*
        *leslie.jones@splcenter.org*

        Bradley E. Heard*
        Ahmed Soussi*
        Sabrina Khan*
        150 E Ponce de Leon Avenue, Suite 340
        Decatur, GA 30030
        (470) 521-6700
        *bradley.heard@splcenter.org*
        *ahmed.soussi@splcenter.org*
        *sabrina.khan@splcenter.org*

      *Attorneys for Plaintiffs*

    */s/ Michael B. Wallace*
WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (MSB #6904)
Post Office Box 651
Jackson, Mississippi, 39205-0651
Tel.: (601) 968-5500
Fax: (601) 944-7738
*mbw@wisecarter.com*

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
STATE OF MISSISSIPPI
Rex M. Shannon III (MSB #102974)
Gerald L. Kucia (MSB #8716)
Post Office Box 220
Jackson, Mississippi, 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
*rex.shannon@ago.ms.gov*
*gerald.kucia@ago.ms.gov*

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I, Jonathan Youngwood, hereby certify that on June 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ Jonathan Youngwood
Jonathan Youngwood
