**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DYAMONE WHITE, et al.,**                                                       **PLAINTIFFS**

**V.**                         **Civil Action No. 4:22-cv-00062-SA-JMV**

**STATE BOARD OF ELECTION
COMMISSIONERS, et al.,**                                          **DEFENDANTS**

### ORDER TO PERMIT REMOTE APPEARANCES AND EXCUSE PARTIES FROM PRETRIAL CONFERENCE

Before the Court is the joint motion of the Parties for an order to permit remote appearance and excuse the Parties from appearing at the Final Pretrial Conference [207]. Upon due consideration of this motion and review of the record in this case, the court finds the motion is well-taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Joint Motion is hereby **GRANTED**. Counsel is hereby permitted to appear remotely at the Final Pretrial Conference (the "Conference") scheduled for June 25, 2024, and the Parties are excused from their requirement to appear for the Conference.

**SO ORDERED AND ADJUDGED**, this the 7th day of June, 2024.

                                                  */s/ Jane M. Virden*
                                                  **UNITED STATES MAGISTRATE JUDGE**

*/s/ Michael B. Wallace*                       */s/ Jonathan K. Youngwood*
Michael B. Wallace (MSB #6904)        Jonathan K. Youngwood (MSB #106441)
Counsel for Defendants                           Counsel for Plaintiffs