IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

| | |
|---|---|
| DYAMONE WHITE, et al., | ) |
| | ) No. 4:22-cv-00062-SA-JMV |
| *Plaintiffs*, | ) |
| v. | ) |
| | ) |
| STATE BOARD OF ELECTION | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**NOTICE OF SERVICE**

NOTICE IS HEREBY GIVEN that the Plaintiffs, Dyamone White, et al., by and through counsel, have on June 19, 2024 served via email to all Defendants, through their counsel, the following:

1. *Response to the Supplemental Report of Dr. Swanson*

The undersigned retains the originals of the above-referenced documents as custodian thereof.

THIS the 20th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Joshua F. Tom<br>AMERICAN CIVIL LIBERTIES UNION<br> OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br>*JTom@aclu-ms.org*<br><br>SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood (Miss. Bar No. 106441)<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>*jyoungwood@stblaw.com*<br><br><br>* Admitted *pro hac vice* | ACLU FOUNDATION<br>Ari J. Savitzky*<br>Sophia Lin Lakin*<br>Ming Cheung*<br>Victoria Ochoa*<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br>*asavitzky@aclu.org*<br>*slakin@aclu.org*<br>*mcheung@aclu.org*<br>*vochoa@aclu.org*<br><br>SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>Leslie Faith Jones (Miss. Bar No. 106092)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>*jade.morgan@splcenter.org*<br>*leslie.jones@splcenter.org*<br><br>Bradley E. Heard*<br>Sabrina Khan*<br>Ahmed Soussi*<br>150 E Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>*bradley.heard@splcenter.org*<br>*sabrina.khan@splcenter.org*<br>*ahmed.soussi@splcenter.org*<br><br>*Counsel for Plaintiffs* |

2

**CERTIFICATE OF SERVICE**

    I, Joshua Tom, hereby certify that on June 20, 2024, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____
Joshua Tom, MSB # 105392