# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### CIVIL MINUTES

**CASE NO.: 4:22-cv-62-SA-JMV**  **PLACE HELD – Greenville/Telephonic**

**DYAMONE WHITE,** *ET AL.*  **VS.**  **STATE BOARD OF ELECTION COMMISSIONERS,** *ET AL.*

**DATE & TIME BEGUN/ENDED:**  June 25, 2024
10:00 a.m. – 11:30 a.m.

Total time:  1 hour and 30 minutes

**PRESENT:**

**Honorable Jane M. Virden, U.S. Magistrate Judge**

| Attorneys for plaintiffs | Attorneys for defendants |
|---|---|
| Ari J. Savitzky (in-person) | Michael B. Wallace (in-person) |
| Bradley E. Heard (telephonic) | Charles E. Cowan (in-person) |
| Jade O. Morgan (telephonic) | Elizabeth W. Ursy (in-person) |
| Jonathan K. Youngwood (telephonic) | Justin L. Matheny (in-person) |
| Joshua F. Tom (in-person) | Rex M. Shannon, III (in-person) |
| Kate Lambroza (telephonic) | |
| Leslie F. Jones (in-person) | |
| Ming Cheung (telephonic) | |
| Sabrina S. Khan (telephonic) | |
| Sophia L. Lakin (telephonic) | |
| V. Noah B. Gimbel (telephonic) | |
| Victoria Ochoa (in-person) | |
| Ahmed K. Soussi (in-person) | |
| Ayanna D. Hill (in-person) | |
| Janet Gochman (telephonic) | |

**PROCEEDINGS:**  Final Pretrial-Settlement Conference

**Docket Entry:**  A final pretrial conference was held. A revised final pretrial order is due to the magistrate judge no later than 5:00 p.m. on July 15, 2024.  No settlement discussions were had.

**DAVID CREWS, CLERK**

**By:**  /s/ *Itonia R. Williams*
Courtroom Deputy