UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Dyamone White et al

v.                                    Case No. 4:22-cv-62

State Board of Election Comm

### AFFIDAVIT FOR USE OF ELECTRONIC DEVICES

I, Taylor Vance, a certified member of the press and employee of Mississippi Today, hereby request that I be authorized to use electronic devices in the designated federal courtroom in Oxford, Mississippi, for note-taking purposes only, during my coverage of the above styled case. I agree to the following conditions:

I will not take any photographs, video or audio recordings, nor broadcast anything from the courtroom or its environs, regardless of whether court is in session.

I will comply fully with Local Rule 83.4 (a) and (b) and any decorum orders entered by the presiding judge.

I certify that any transmission of information from within the courthouse will only occur in the designated media room if the presiding judge has designated such an area.

I acknowledge that this permission is limited to the above styled case.

WITNESS MY SIGNATURE, this the 16 day of July, 2024.

_____
**AFFIANT**

APPROVED, this the 16th day of July, 2024.

_____
**PRESIDING JUDGE**