IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

| | |
|---|---|
| DYAMONE WHITE, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Civil No. 4:22-cv-62-SA-JMV |
| v. | ) |
| | ) |
| STATE BOARD OF ELECTION | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## NOTICE OF ISSUANCE OF SUBPOENA

Plaintiffs, by and through counsel, has caused to be issued and intends to serve the following Subpoena to Appear and Testify at Hearing or Trial in a Civil Action:

- Subpoena to Reuben Anderson – Attached as Exhibit A

THIS the 25th day of July, 2024.

Respectfully submitted,

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION
 OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*

ACLU FOUNDATION
Ari J. Savitzky*
Sophia Lin Lakin*
Ming Cheung*
Victoria Ochoa*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*slakin@aclu.org*
*mcheung@aclu.org*
*vochoa@aclu.org*

1

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood (Miss. Bar No. 106441)<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>*jyoungwood@stblaw.com* | SOUTHERN POVERTY LAW CENTER<br>Jade Olivia Morgan (Miss. Bar No. 105760)<br>Leslie Faith Jones (Miss. Bar No. 106092)<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br>*jade.morgan@splcenter.org*<br>*leslie.jones@splcenter.org* |
| * Admitted *pro hac vice* | Bradley E. Heard*<br>Sabrina Khan*<br>Ahmed Soussi*<br>150 E Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>*bradley.heard@splcenter.org*<br>*sabrina.khan@splcenter.org*<br>*ahmed.soussi@splcenter.org*<br><br>*Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

       I, Joshua Tom, hereby certify that on July 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ Joshua Tom
Joshua Tom