# EXHIBIT A

**Table 4. Reported Voting and Registration, by Race, Hispanic Origin, and Sex for States**

(November 1986. Numbers in thousands. Consistent with 1986 State age estimates)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered Percent | Standard error | Reported voted Percent | Standard error | State, race, sex, and Hispanic origin | All persons[1] | Reported registered Percent | Standard error | Reported voted Percent | Standard error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **United States** | | | | | | **Delaware** | | | | | |
| Total | 173,890 | 64.3 | 0.2 | 46.0 | 0.2 | Total | 464 | 57.5 | 1.9 | 38.0 | 1.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.4 | 63.4 | 0.3 | 45.8 | 0.3 | Male | 46.4 | 56.0 | 2.9 | 38.5 | 2.8 |
| Female | 52.6 | 65.0 | 0.3 | 46.1 | 0.3 | Female | 53.6 | 58.7 | 2.6 | 37.5 | 2.6 |
| White | 86.2 | 65.3 | 0.2 | 47.0 | 0.2 | White | 84.4 | 61.5 | 2.1 | 41.0 | 2.1 |
| Black | 10.9 | 64.0 | 0.8 | 43.2 | 0.8 | **District of Columbia** | | | | | |
| Hispanic[1] | 6.8 | 35.9 | 1.2 | 24.2 | 1.1 | Total | 473 | 61.6 | 1.9 | 42.5 | 1.9 |
| **Alabama** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 2,282 | 74.5 | 1.8 | 53.1 | 2.1 | Male | 45.6 | 59.7 | 2.9 | 42.2 | 2.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 54.4 | 63.3 | 2.6 | 42.8 | 2.6 |
| Male | 47.3 | 72.8 | 2.7 | 51.0 | 3.1 | White | 27.5 | 67.1 | 3.5 | 46.1 | 3.7 |
| Female | 52.7 | 76.1 | 2.5 | 55.0 | 2.9 | Black | 69.4 | 60.6 | 2.5 | 42.2 | 2.5 |
| White | 76.8 | 74.3 | 2.1 | 52.5 | 2.4 | **Florida** | | | | | |
| Black | 23.0 | 75.4 | 4.3 | 55.2 | 5.0 | Total | 8,911 | 59.8 | 0.9 | 46.6 | 0.9 |
| **Alaska** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 337 | 70.2 | 1.7 | 56.2 | 1.9 | Male | 46.1 | 57.7 | 1.3 | 44.8 | 1.3 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 53.9 | 61.6 | 1.2 | 48.2 | 1.2 |
| Male | 49.3 | 69.3 | 2.5 | 55.7 | 2.7 | White | 85.9 | 59.9 | 0.9 | 47.5 | 1.0 |
| Female | 50.7 | 71.1 | 2.4 | 56.7 | 2.6 | Black | 13.2 | 61.3 | 2.7 | 42.4 | 2.7 |
| White | 77.4 | 72.8 | 1.9 | 59.6 | 2.1 | Hispanic | 11.2 | 35.5 | 3.3 | 28.0 | 3.1 |
| **Arizona** | | | | | | **Georgia** | | | | | |
| Total | 2,388 | 57.3 | 1.9 | 46.2 | 1.9 | Total | 4,283 | 58.8 | 1.7 | 39.4 | 1.7 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.8 | 56.7 | 2.8 | 45.4 | 2.8 | Male | 45.4 | 58.4 | 2.5 | 39.3 | 2.5 |
| Female | 51.2 | 57.9 | 2.7 | 46.9 | 2.7 | Female | 54.6 | 59.1 | 2.3 | 39.5 | 2.3 |
| White | 95.7 | 57.6 | 2.0 | 46.3 | 2.0 | White | 69.7 | 60.4 | 2.0 | 40.5 | 2.0 |
| Hispanic | 15.0 | 37.6 | 6.8 | 24.9 | 6.0 | Black | 29.7 | 55.3 | 3.5 | 37.3 | 3.4 |
| **Arkansas** | | | | | | **Hawaii** | | | | | |
| Total | 1,691 | 63.4 | 1.8 | 47.1 | 1.9 | Total | 714 | 57.9 | 1.9 | 53.0 | 2.0 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.5 | 63.9 | 2.6 | 48.7 | 2.7 | Male | 48.6 | 56.5 | 2.8 | 52.6 | 2.8 |
| Female | 52.5 | 63.0 | 2.5 | 45.7 | 2.6 | Female | 51.4 | 59.3 | 2.7 | 53.4 | 2.7 |
| White | 83.1 | 63.5 | 2.0 | 47.9 | 2.1 | White | 28.1 | 64.0 | 3.5 | 55.9 | 3.7 |
| Black | 16.3 | 62.5 | 5.8 | 43.3 | 6.0 | **Idaho** | | | | | |
| **California** | | | | | | Total | 676 | 69.6 | 1.7 | 64.9 | 1.8 |
| Total | 19,421 | 57.3 | 0.7 | 45.3 | 0.7 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 48.4 | 67.7 | 2.5 | 63.8 | 2.6 |
| Male | 48.6 | 55.5 | 1.0 | 44.3 | 1.0 | Female | 51.7 | 71.4 | 2.4 | 66.0 | 2.5 |
| Female | 51.4 | 59.0 | 1.0 | 46.2 | 1.0 | White | 97.4 | 70.2 | 1.7 | 65.9 | 1.8 |
| White | 85.0 | 59.6 | 0.8 | 47.3 | 0.8 | **Illinois** | | | | | |
| Black | 6.1 | 65.5 | 3.1 | 48.8 | 3.3 | Total | 8,316 | 67.2 | 0.9 | 47.3 | 1.0 |
| Hispanic | 19.0 | 26.9 | 2.0 | 19.8 | 1.8 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| **Colorado** | | | | | | Male | 47.1 | 66.7 | 1.3 | 47.5 | 1.4 |
| Total | 2,333 | 65.0 | 1.9 | 52.7 | 2.0 | Female | 52.9 | 67.7 | 1.3 | 47.2 | 1.3 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | White | 83.2 | 67.3 | 1.0 | 47.5 | 1.1 |
| Male | 46.5 | 62.8 | 2.8 | 51.5 | 2.9 | Black | 14.5 | 74.6 | 2.5 | 52.6 | 2.8 |
| Female | 53.5 | 66.9 | 2.5 | 53.8 | 2.7 | Hispanic | 4.5 | 49.2 | 5.9 | 32.3 | 5.5 |
| White | 94.3 | 65.6 | 1.9 | 53.8 | 2.0 | **Indiana** | | | | | |
| Hispanic | 8.6 | 41.6 | 9.1 | 37.8 | 9.0 | Total | 3,955 | 64.6 | 1.5 | 49.3 | 1.6 |
| **Connecticut** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 2,374 | 67.1 | 1.7 | 46.7 | 1.8 | Male | 46.7 | 63.8 | 2.2 | 48.3 | 2.3 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 53.3 | 65.2 | 2.0 | 50.2 | 2.1 |
| Male | 48.4 | 67.5 | 2.4 | 47.2 | 2.5 | | | | | | |
| Female | 51.6 | 66.8 | 2.3 | 46.2 | 2.5 | | | | | | |
| White | 94.3 | 66.6 | 1.7 | 46.8 | 1.8 | White | 92.1 | 64.5 | 1.5 | 49.1 | 1.6 |
| Black | 5.4 | 75.7 | 7.3 | 44.9 | 8.5 | Black | 6.8 | 67.5 | 5.0 | 51.9 | 5.4 |
| Hispanic | 4.9 | 31.1 | 9.7 | 28.9 | 9.5 | | | | | | |

See footnotes at end of table.

**Table 4. Reported Voting and Registration, by Race, Hispanic Origin, and Sex for States**

(November 1986. Numbers in thousands. Consistent with 1986 State age estimates)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **Iowa** | | | | | | **Minnesota** | | | | | |
| Total | 2,046 | 67.6 | 1.8 | 48.1 | 1.9 | Total | 3,041 | 86.9 | 1.2 | 59.3 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 49.2 | 66.8 | 2.5 | 47.2 | 2.7 | Male | 49.1 | 85.3 | 1.8 | 57.6 | 2.6 |
| Female | 50.8 | 68.4 | 2.5 | 49.0 | 2.6 | Female | 51.0 | 88.4 | 1.6 | 60.8 | 2.5 |
| White | 98.0 | 68.4 | 1.8 | 48.7 | 1.9 | White | 96.5 | 87.4 | 1.2 | 61.0 | 1.8 |
| **Kansas** | | | | | | **Mississippi** | | | | | |
| Total | 1,752 | 66.1 | 1.7 | 53.5 | 1.8 | Total | 1,778 | 76.8 | 1.6 | 43.7 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.4 | 66.4 | 2.5 | 52.9 | 2.6 | Male | 45.3 | 76.9 | 2.3 | 42.7 | 2.7 |
| Female | 52.6 | 65.9 | 2.4 | 54.0 | 2.5 | Female | 54.7 | 76.7 | 2.1 | 44.5 | 2.5 |
| White | 92.9 | 67.6 | 1.8 | 55.3 | 1.9 | White | 62.7 | 77.3 | 2.0 | 45.8 | 2.3 |
| Black | 5.9 | 49.9 | 8.7 | 32.3 | 8.2 | Black | 37.1 | 75.9 | 3.2 | 40.2 | 3.7 |
| **Kentucky** | | | | | | **Missouri** | | | | | |
| Total | 2,648 | 65.6 | 1.8 | 34.3 | 1.8 | Total | 3,684 | 65.0 | 1.5 | 46.7 | 1.6 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.1 | 66.9 | 2.6 | 35.4 | 2.7 | Male | 47.4 | 60.6 | 2.3 | 45.0 | 2.3 |
| Female | 52.8 | 64.5 | 2.5 | 33.3 | 2.5 | Female | 52.6 | 69.0 | 2.1 | 48.2 | 2.2 |
| White | 93.9 | 66.0 | 1.9 | 34.9 | 1.9 | White | 90.0 | 65.4 | 1.6 | 46.7 | 1.7 |
| Black | 6.0 | 60.8 | 9.0 | 24.9 | 7.9 | Black | 9.3 | 64.7 | 5.5 | 48.9 | 5.8 |
| **Louisiana** | | | | | | **Montana** | | | | | |
| Total | 3,077 | 71.2 | 1.7 | 56.7 | 1.8 | Total | 573 | 75.2 | 1.6 | 65.1 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.3 | 69.8 | 2.5 | 55.7 | 2.7 | Male | 47.8 | 72.7 | 2.4 | 62.0 | 2.6 |
| Female | 52.7 | 72.5 | 2.3 | 57.6 | 2.5 | Female | 52.2 | 77.5 | 2.2 | 67.9 | 2.4 |
| White | 71.7 | 71.4 | 2.0 | 57.5 | 2.2 | White | 95.8 | 75.8 | 1.6 | 66.2 | 1.8 |
| Black | 27.3 | 71.9 | 4.3 | 55.8 | 4.7 | | | | | | |
| **Maine** | | | | | | **Nebraska** | | | | | |
| Total | 849 | 85.2 | 1.3 | 54.6 | 1.9 | Total | 1,131 | 67.6 | 1.7 | 54.5 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 46.1 | 83.9 | 2.0 | 55.7 | 2.8 | Male | 48.0 | 66.1 | 2.5 | 54.3 | 2.6 |
| Female | 53.9 | 86.3 | 1.8 | 53.7 | 2.6 | Female | 52.0 | 69.1 | 2.3 | 54.6 | 2.5 |
| White | 98.9 | 85.1 | 1.4 | 55.1 | 1.9 | White | 95.7 | 67.8 | 1.7 | 54.9 | 1.8 |
| **Maryland** | | | | | | **Nevada** | | | | | |
| Total | 3,269 | 62.9 | 1.5 | 43.1 | 1.6 | Total | 714 | 49.4 | 2.1 | 42.5 | 2.1 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 46.4 | 62.2 | 2.3 | 43.3 | 2.3 | Male | 49.0 | 49.0 | 3.1 | 41.3 | 3.0 |
| Female | 53.6 | 63.4 | 2.1 | 42.9 | 2.2 | Female | 51.0 | 49.8 | 3.0 | 43.7 | 3.0 |
| White | 74.0 | 62.4 | 1.8 | 44.3 | 1.8 | White | 89.9 | 50.9 | 2.3 | 44.3 | 2.2 |
| Black | 23.3 | 68.0 | 3.5 | 42.3 | 3.8 | | | | | | |
| **Massachusetts** | | | | | | **New Hampshire** | | | | | |
| Total | 4,399 | 66.8 | 0.9 | 48.4 | 1.0 | Total | 758 | 59.6 | 2.0 | 37.6 | 2.0 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.3 | 65.9 | 1.3 | 48.6 | 1.4 | Male | 48.7 | 58.8 | 2.9 | 36.5 | 2.9 |
| Female | 52.8 | 67.5 | 1.2 | 48.3 | 1.3 | Female | 51.3 | 60.3 | 2.8 | 38.6 | 2.8 |
| White | 94.3 | 68.2 | 0.9 | 49.6 | 1.0 | White | 99.2 | 59.9 | 2.0 | 37.8 | 2.0 |
| Black | 4.2 | 49.6 | 5.3 | 36.4 | 5.1 | | | | | | |
| Hispanic | 2.5 | 17.7 | 6.1 | 13.8 | 5.5 | **New Jersey** | | | | | |
| **Michigan** | | | | | | Total | 5,708 | 64.1 | 0.9 | 37.3 | 0.9 |
| Total | 6,574 | 72.3 | 0.9 | 44.5 | 1.0 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 47.5 | 62.8 | 1.3 | 36.5 | 1.3 |
| Male | 47.3 | 70.6 | 1.3 | 43.7 | 1.4 | Female | 52.5 | 65.3 | 1.2 | 38.0 | 1.3 |
| Female | 52.7 | 73.7 | 1.2 | 45.3 | 1.3 | White | 87.5 | 66.1 | 1.0 | 39.1 | 1.0 |
| White | 85.1 | 73.1 | 0.9 | 44.3 | 1.1 | Black | 10.5 | 56.1 | 3.2 | 27.5 | 2.9 |
| Black | 13.1 | 70.7 | 2.7 | 49.0 | 2.9 | Hispanic | 7.4 | 36.2 | 4.4 | 24.4 | 3.9 |

See footnotes at end of table.

**Table 4. Reported Voting and Registration, by Race, Hispanic Origin, and Sex for States**

(November 1986. Numbers in thousands. Consistent with 1986 State age estimates)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered Percent | Standard error | Reported voted Percent | Standard error | State, race, sex, and Hispanic origin | All persons[1] | Reported registered Percent | Standard error | Reported voted Percent | Standard error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Mexico** | | | | | | **Rhode Island** | | | | | |
| Total | 1,016 | 60.7 | 1.8 | 47.1 | 1.8 | Total | 730 | 62.0 | 2.0 | 47.4 | 2.0 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.3 | 59.0 | 2.6 | 45.8 | 2.6 | Male | 44.3 | 60.1 | 3.0 | 47.9 | 3.0 |
| Female | 51.7 | 62.3 | 2.5 | 48.2 | 2.5 | Female | 55.7 | 63.5 | 2.6 | 47.0 | 2.7 |
| White | 90.2 | 62.9 | 1.9 | 48.7 | 1.9 | White | 95.7 | 62.9 | 2.0 | 48.3 | 2.1 |
| Hispanic | 35.4 | 59.4 | 3.9 | 46.7 | 4.0 | **South Carolina** | | | | | |
| **New York** | | | | | | Total | 2,349 | 56.8 | 1.7 | 41.3 | 1.7 |
| Total | 13,141 | 57.3 | 0.7 | 43.8 | 0.7 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 45.5 | 55.9 | 2.6 | 42.5 | 2.6 |
| Male | 46.6 | 57.6 | 1.0 | 44.3 | 1.0 | Female | 54.5 | 57.6 | 2.3 | 40.3 | 2.3 |
| Female | 53.4 | 56.9 | 1.0 | 43.3 | 1.0 | White | 70.7 | 56.4 | 2.1 | 41.3 | 2.1 |
| White | 84.4 | 60.0 | 0.8 | 46.0 | 0.8 | Black | 28.8 | 58.8 | 3.6 | 42.0 | 3.6 |
| Black | 12.2 | 48.5 | 2.3 | 35.8 | 2.2 | **South Dakota** | | | | | |
| Hispanic | 10.9 | 28.8 | 2.5 | 19.8 | 2.2 | Total | 492 | 78.7 | 1.4 | 65.5 | 1.6 |
| **North Carolina** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 4,556 | 63.7 | 0.9 | 45.2 | 1.0 | Male | 48.1 | 77.8 | 2.1 | 64.8 | 2.4 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 51.9 | 79.5 | 1.9 | 66.2 | 2.3 |
| Male | 46.7 | 63.6 | 1.4 | 45.5 | 1.4 | White | 95.3 | 79.4 | 1.4 | 66.1 | 1.7 |
| Female | 53.3 | 63.8 | 1.3 | 44.9 | 1.3 | **Tennessee** | | | | | |
| White | 78.4 | 65.8 | 1.0 | 47.1 | 1.1 | Total | 3,493 | 66.0 | 1.7 | 44.0 | 1.8 |
| Black | 20.1 | 57.1 | 2.4 | 39.1 | 2.3 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| **North Dakota** | | | | | | Male | 46.6 | 67.0 | 2.5 | 46.1 | 2.7 |
| Total | 467 | 94.6 | 0.8 | 72.7 | 1.6 | Female | 53.4 | 65.2 | 2.4 | 42.2 | 2.5 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | White | 83.1 | 65.0 | 1.9 | 43.8 | 2.0 |
| Male | 50.5 | 94.4 | 1.1 | 70.9 | 2.3 | Black | 16.3 | 73.0 | 4.5 | 46.0 | 5.0 |
| Female | 49.5 | 94.8 | 1.1 | 74.6 | 2.2 | **Texas** | | | | | |
| White | 96.3 | 94.7 | 0.8 | 73.6 | 1.6 | Total | 11,495 | 58.6 | 0.9 | 37.4 | 0.9 |
| **Ohio** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 7,761 | 66.3 | 0.9 | 49.1 | 1.0 | Male | 48.6 | 57.2 | 1.4 | 37.9 | 1.3 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 51.4 | 59.9 | 1.3 | 36.9 | 1.3 |
| Male | 47.7 | 66.1 | 1.3 | 49.6 | 1.4 | White | 87.0 | 58.2 | 1.0 | 37.5 | 1.0 |
| Female | 52.3 | 66.5 | 1.3 | 48.6 | 1.3 | Black | 11.0 | 66.6 | 3.1 | 39.8 | 3.3 |
| White | 90.7 | 66.4 | 1.0 | 49.4 | 1.0 | Hispanic | 23.5 | 43.1 | 2.6 | 23.6 | 2.2 |
| Black | 8.3 | 67.7 | 3.5 | 47.9 | 3.7 | **Utah** | | | | | |
| **Oklahoma** | | | | | | Total | 1,033 | 65.7 | 1.9 | 49.4 | 2.0 |
| Total | 2,329 | 66.7 | 1.7 | 48.6 | 1.8 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 49.9 | 63.4 | 2.7 | 46.8 | 2.8 |
| Male | 45.7 | 66.7 | 2.4 | 50.3 | 2.6 | Female | 50.1 | 68.0 | 2.6 | 51.9 | 2.8 |
| Female | 54.3 | 66.6 | 2.2 | 47.2 | 2.4 | White | 96.8 | 66.9 | 1.9 | 50.2 | 2.0 |
| White | 87.1 | 68.4 | 1.8 | 51.3 | 1.9 | **Vermont** | | | | | |
| Black | 6.4 | 58.5 | 8.0 | 29.9 | 7.4 | Total | 396 | 75.5 | 1.7 | 58.5 | 2.0 |
| **Oregon** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 1,984 | 77.8 | 1.7 | 64.7 | 2.0 | Male | 47.3 | 74.9 | 2.6 | 57.9 | 2.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 52.4 | 75.9 | 2.4 | 59.1 | 2.8 |
| Male | 47.8 | 76.1 | 2.5 | 64.3 | 2.9 | White | 99.5 | 75.5 | 1.8 | 58.4 | 2.0 |
| Female | 52.2 | 79.2 | 2.3 | 65.1 | 2.7 | **Virginia** | | | | | |
| White | 95.8 | 77.9 | 1.7 | 65.2 | 2.0 | Total | 4,138 | 63.3 | 1.7 | 37.5 | 1.7 |
| **Pennsylvania** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 8,894 | 61.1 | 0.9 | 46.1 | 0.9 | Male | 46.2 | 62.4 | 2.5 | 38.1 | 2.5 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 53.8 | 64.0 | 2.3 | 37.1 | 2.3 |
| Male | 46.9 | 61.7 | 1.3 | 47.6 | 1.3 | White | 80.1 | 63.3 | 1.9 | 36.8 | 1.9 |
| Female | 53.1 | 60.6 | 1.2 | 44.7 | 1.3 | Black | 18.9 | 66.5 | 4.2 | 42.5 | 4.4 |
| White | 91.8 | 61.2 | 0.9 | 46.0 | 1.0 | | | | | | |
| Black | 7.5 | 64.8 | 3.6 | 50.8 | 3.7 | | | | | | |

See footnotes at end of table.

**Table 4. Reported Voting and Registration, by Race, Hispanic Origin, and Sex for States**

(November 1986. Numbers in thousands. Consistent with 1986 State age estimates)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **Washington** | | | | | | **Wisconsin** | | | | | |
| Total | 3,214 | 66.6 | 1.8 | 48.3 | 1.9 | Total | 3,444 | 86.2 | 1.3 | 51.2 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.9 | 65.4 | 2.6 | 48.2 | 2.8 | Male | 47.5 | 86.5 | 1.8 | 50.2 | 2.7 |
| Female | 51.1 | 67.8 | 2.5 | 48.5 | 2.7 | Female | 52.5 | 86.0 | 1.8 | 52.0 | 2.5 |
| White | 91.6 | 68.5 | 1.9 | 50.1 | 2.0 | White | 95.3 | 87.1 | 1.3 | 51.9 | 1.9 |
| Black | 3.5 | 65.1 | 10.8 | 42.2 | 11.2 | Black | 3.3 | 81.2 | 8.9 | 43.4 | 11.3 |
| **West Virginia** | | | | | | **Wyoming** | | | | | |
| Total | 1,394 | 65.4 | 1.8 | 39.2 | 1.8 | Total | 343 | 63.0 | 2.0 | 53.5 | 2.1 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.1 | 66.3 | 2.6 | 41.0 | 2.7 | Male | 49.4 | 61.3 | 2.9 | 52.2 | 3.0 |
| Female | 52.9 | 64.6 | 2.5 | 37.6 | 2.5 | Female | 50.6 | 64.6 | 2.8 | 54.8 | 3.0 |
| White | 95.5 | 65.8 | 1.8 | 39.8 | 1.9 | White | 97.7 | 63.4 | 2.1 | 54.1 | 2.1 |

[1] Percent distribution lof population by race and Hispanic origin may total more than 100.0 because persons of Spanish origin may be of any race.
(X) Not applicable.