# EXHIBIT B

Table 4. **Reported Voting and Registration, by Race, Hispanic Origin, and Sex, for States**

(November 1988. Numbers in thousands. Consistent with all-age resident population shown in Press Release CB88-205)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **UNITED STATES** | | | | | | **COLORADO** | | | | | |
| Total | 178,098 | 66.6 | 0.2 | 57.4 | 0.2 | Total | 2,344 | 73.0 | 1.7 | 65.4 | 1.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.5 | 65.2 | 0.3 | 56.4 | 0.3 | Male | 46.5 | 71.7 | 2.6 | 63.4 | 2.8 |
| Female | 52.5 | 67.8 | 0.3 | 58.3 | 0.3 | Female | 53.5 | 74.1 | 2.3 | 67.1 | 2.5 |
| White | 85.8 | 67.9 | 0.2 | 59.1 | 0.2 | White | 92.3 | 75.3 | 1.8 | 67.5 | 1.9 |
| Black | 11.1 | 64.5 | 0.8 | 51.5 | 0.8 | Black | 4.4 | 59.7 | 11.0 | 54.7 | 11.2 |
| Hispanic origin | 7.2 | 35.5 | 1.0 | 28.8 | 0.9 | Hispanic origin | 12.4 | 55.0 | 6.7 | 47.0 | 6.7 |
| **ALABAMA** | | | | | | **CONNECTICUT** | | | | | |
| Total | 2,962 | 73.3 | 1.7 | 56.9 | 1.9 | Total | 2,429 | 73.5 | 1.8 | 63.9 | 2.0 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 46.6 | 69.7 | 2.6 | 54.3 | 2.8 | Male | 47.8 | 73.5 | 2.6 | 63.9 | 2.8 |
| Female | 53.4 | 76.4 | 2.3 | 59.2 | 2.6 | Female | 52.2 | 73.5 | 2.5 | 64.1 | 2.7 |
| White | 77.0 | 75.0 | 1.9 | 58.4 | 2.2 | White | 94.8 | 75.3 | 1.8 | 65.6 | 2.0 |
| Black | 22.3 | 68.4 | 4.6 | 52.4 | 5.0 | Black | 4.1 | 50.5 | 12.3 | 41.7 | 12.1 |
| | | | | | | Hispanic origin | 5.2 | 39.4 | 10.6 | 35.0 | 10.3 |
| **ALASKA** | | | | | | **DELAWARE** | | | | | |
| Total | 316 | 70.0 | 1.8 | 59.4 | 1.9 | Total | 485 | 64.0 | 1.8 | 58.7 | 1.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.3 | 67.1 | 2.6 | 57.6 | 2.8 | Male | 45.5 | 64.0 | 2.7 | 58.7 | 2.8 |
| Female | 51.7 | 72.7 | 2.4 | 61.0 | 2.6 | Female | 54.5 | 61.6 | 2.5 | 58.0 | 2.6 |
| White | 76.2 | 73.1 | 2.0 | 63.9 | 2.2 | White | 84.3 | 67.1 | 2.0 | 62.1 | 2.0 |
| **ARIZONA** | | | | | | **DISTRICT OF COLUMBIA** | | | | | |
| Total | 2,480 | 62.5 | 1.8 | 54.0 | 1.9 | Total | 467 | 64.7 | 1.9 | 52.7 | 1.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.9 | 61.1 | 2.7 | 52.9 | 2.7 | Male | 45.5 | 59.0 | 2.8 | 48.8 | 2.9 |
| Female | 52.1 | 63.8 | 2.5 | 55.0 | 2.6 | Female | 54.5 | 69.5 | 2.4 | 56.0 | 2.6 |
| White | 94.2 | 64.0 | 1.9 | 55.4 | 1.9 | White | 33.1 | 70.0 | 3.1 | 61.6 | 3.3 |
| Hispanic origin | 14.8 | 39.6 | 5.8 | 32.5 | 5.6 | Black | 65.6 | 62.3 | 2.8 | 48.4 | 2.9 |
| **ARKANSAS** | | | | | | **FLORIDA** | | | | | |
| Total | 1,742 | 67.4 | 1.8 | 55.8 | 1.9 | Total | 9,464 | 63.0 | 0.8 | 54.5 | 0.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 49.2 | 66.5 | 2.5 | 54.6 | 2.7 | Male | 47.3 | 61.5 | 1.2 | 53.5 | 1.3 |
| Female | 50.7 | 68.3 | 2.4 | 57.0 | 2.6 | Female | 52.7 | 64.3 | 1.1 | 55.5 | 1.2 |
| White | 87.0 | 67.9 | 1.9 | 57.3 | 2.0 | White | 85.5 | 64.3 | 0.9 | 57.1 | 0.9 |
| Black | 11.6 | 68.0 | 6.2 | 49.6 | 6.6 | Black | 13.4 | 57.7 | 2.8 | 40.8 | 2.8 |
| | | | | | | Hispanic origin | 11.2 | 37.7 | 3.0 | 34.1 | 3.0 |
| **CALIFORNIA** | | | | | | **GEORGIA** | | | | | |
| Total | 20,194 | 59.1 | 0.9 | 51.7 | 0.9 | Total | 4,530 | 61.4 | 1.7 | 49.6 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.6 | 57.3 | 1.3 | 50.4 | 1.3 | Male | 46.8 | 59.5 | 2.5 | 49.1 | 2.6 |
| Female | 51.4 | 60.9 | 1.3 | 53.0 | 1.3 | Female | 53.2 | 63.0 | 2.3 | 50.1 | 2.4 |
| White | 84.6 | 60.7 | 1.0 | 53.4 | 1.0 | White | 68.6 | 63.9 | 2.0 | 53.2 | 2.1 |
| Black | 6.2 | 69.5 | 4.2 | 58.4 | 4.5 | Black | 30.6 | 56.8 | 3.8 | 42.4 | 3.8 |
| Hispanic origin | 21.1 | 24.4 | 2.1 | 19.4 | 1.9 | | | | | | |

Table 4. **Reported Voting and Registration, by Race, Hispanic Origin, and Sex, for States**—Continued

(November 1988. Numbers in thousands. Consistent with all-age resident population shown in Press Release CB88-205)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **HAWAII** | | | | | | **KENTUCKY** | | | | | |
| Total | 745 | 61.0 | 1.9 | 54.8 | 1.9 | Total | 2,667 | 62.2 | 1.9 | 49.7 | 1.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 45.0 | 60.3 | 2.8 | 55.5 | 2.9 | Male | 45.8 | 62.2 | 2.7 | 50.6 | 2.8 |
| Female | 55.0 | 61.6 | 2.5 | 54.1 | 2.6 | Female | 54.2 | 62.2 | 2.5 | 49.0 | 2.6 |
| White | 32.0 | 63.4 | 3.3 | 55.1 | 3.4 | White | 94.3 | 63.4 | 1.9 | 50.9 | 2.0 |
| | | | | | | Black | 5.1 | 45.8 | 10.2 | 32.3 | 9.6 |
| **IDAHO** | | | | | | **LOUISIANA** | | | | | |
| Total | 681 | 69.6 | 1.7 | 63.9 | 1.8 | Total | 3,036 | 75.1 | 1.7 | 65.2 | 1.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 49.8 | 66.0 | 2.6 | 60.7 | 2.6 | Male | 47.5 | 73.6 | 2.5 | 63.3 | 2.7 |
| Female | 50.2 | 73.3 | 2.4 | 67.0 | 2.5 | Female | 52.4 | 76.5 | 2.3 | 67.0 | 2.5 |
| White | 98.2 | 70.0 | 1.8 | 64.3 | 1.8 | White | 71.3 | 75.1 | 2.0 | 67.5 | 2.2 |
| | | | | | | Black | 26.8 | 77.1 | 3.8 | 61.5 | 4.4 |
| **ILLINOIS** | | | | | | **MAINE** | | | | | |
| Total | 8,357 | 69.3 | 0.9 | 60.7 | 1.0 | Total | 884 | 80.7 | 1.5 | 66.7 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.5 | 67.6 | 1.3 | 59.4 | 1.4 | Male | 45.7 | 79.3 | 2.2 | 65.1 | 2.6 |
| Female | 52.5 | 70.9 | 1.2 | 61.9 | 1.3 | Female | 54.3 | 81.9 | 1.9 | 68.1 | 2.4 |
| White | 82.6 | 68.1 | 1.0 | 59.6 | 1.1 | White | 98.3 | 80.8 | 1.5 | 66.7 | 1.8 |
| Black | 15.5 | 80.7 | 2.4 | 71.0 | 2.8 | | | | | | |
| Hispanic origin | 6.0 | 35.7 | 4.7 | 30.7 | 4.5 | **MARYLAND** | | | | | |
| | | | | | | Total | 3,422 | 64.1 | 1.9 | 54.8 | 2.0 |
| **INDIANA** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 4,055 | 68.4 | 1.8 | 60.4 | 1.9 | Male | 47.6 | 62.5 | 2.8 | 53.1 | 2.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 52.4 | 65.5 | 2.6 | 56.4 | 2.7 |
| Male | 45.0 | 68.0 | 2.7 | 59.6 | 2.8 | White | 73.3 | 64.6 | 2.2 | 57.3 | 2.3 |
| Female | 55.0 | 68.8 | 2.4 | 61.0 | 2.5 | Black | 23.7 | 64.5 | 4.7 | 48.3 | 4.9 |
| White | 90.4 | 67.9 | 1.9 | 60.2 | 2.0 | | | | | | |
| Black | 8.9 | 75.6 | 6.7 | 63.1 | 7.5 | **MASSACHUSETTS** | | | | | |
| | | | | | | Total | 4,445 | 71.1 | 0.9 | 63.6 | 0.9 |
| **IOWA** | | | | | | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Total | 2,072 | 71.9 | 1.7 | 63.6 | 1.8 | Male | 46.7 | 70.4 | 1.3 | 63.6 | 1.4 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Female | 53.3 | 71.7 | 1.2 | 63.6 | 1.3 |
| Male | 47.8 | 70.2 | 2.5 | 61.7 | 2.6 | White | 94.3 | 73.1 | 0.9 | 65.6 | 1.0 |
| Female | 52.2 | 73.4 | 2.3 | 65.4 | 2.4 | Black | 3.6 | 45.0 | 6.2 | 37.1 | 6.0 |
| White | 98.1 | 72.6 | 1.7 | 64.3 | 1.8 | Hispanic origin | 3.2 | 28.8 | 6.0 | 21.6 | 5.4 |
| **KANSAS** | | | | | | **MICHIGAN** | | | | | |
| Total | 1,772 | 67.6 | 1.7 | 60.6 | 1.8 | Total | 6,753 | 72.3 | 0.9 | 59.5 | 1.0 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.4 | 66.5 | 2.5 | 58.7 | 2.6 | Male | 48.0 | 71.5 | 1.3 | 59.0 | 1.4 |
| Female | 51.6 | 68.6 | 2.3 | 62.5 | 2.4 | Female | 52.0 | 73.1 | 1.2 | 59.9 | 1.3 |
| White | 92.2 | 69.4 | 1.7 | 62.5 | 1.8 | White | 85.6 | 72.7 | 0.9 | 59.8 | 1.0 |
| | | | | | | Black | 12.6 | 73.7 | 3.0 | 60.7 | 3.3 |

Table 4. **Reported Voting and Registration, by Race, Hispanic Origin, and Sex, for States**—Continued

(November 1988. Numbers in thousands. Consistent with all-age resident population shown in Press Release CB88-205)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **MINNESOTA** | | | | | | **NEW HAMPSHIRE** | | | | | |
| Total | 3,131 | 77.6 | 1.6 | 69.7 | 1.8 | Total | 816 | 66.0 | 1.9 | 58.1 | 2.0 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 49.1 | 75.4 | 2.3 | 66.3 | 2.6 | Male | 49.5 | 63.9 | 2.7 | 54.9 | 2.8 |
| Female | 50.8 | 79.7 | 2.2 | 73.1 | 2.4 | Female | 50.5 | 68.1 | 2.6 | 61.1 | 2.7 |
| White | 96.5 | 78.8 | 1.6 | 70.7 | 1.8 | White | 99.0 | 66.0 | 1.9 | 58.5 | 2.0 |
| **MISSISSIPPI** | | | | | | **NEW JERSEY** | | | | | |
| Total | 1,805 | 78.2 | 1.5 | 62.7 | 1.8 | Total | 5,803 | 66.5 | 0.9 | 59.5 | 0.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.0 | 76.1 | 2.3 | 60.9 | 2.7 | Male | 47.3 | 65.2 | 1.3 | 58.6 | 1.4 |
| Female | 53.0 | 80.0 | 2.1 | 64.2 | 2.5 | Female | 52.7 | 67.7 | 1.2 | 60.3 | 1.3 |
| White | 67.0 | 80.5 | 1.8 | 64.2 | 2.2 | White | 84.8 | 69.3 | 0.9 | 62.9 | 1.0 |
| Black | 32.5 | 74.2 | 3.5 | 60.3 | 3.9 | Black | 11.9 | 59.7 | 3.3 | 47.0 | 3.3 |
| | | | | | | Hispanic origin | 7.0 | 39.3 | 4.2 | 34.7 | 4.1 |
| **MISSOURI** | | | | | | **NEW MEXICO** | | | | | |
| Total | 3,755 | 74.8 | 1.6 | 64.5 | 1.8 | Total | 1,039 | 64.4 | 1.7 | 54.6 | 1.8 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 46.2 | 72.9 | 2.5 | 63.0 | 2.7 | Male | 47.8 | 63.2 | 2.5 | 53.0 | 2.6 |
| Female | 53.8 | 76.5 | 2.2 | 65.7 | 2.5 | Female | 52.2 | 65.5 | 2.3 | 56.0 | 2.4 |
| White | 88.5 | 76.2 | 1.7 | 65.9 | 1.9 | White | 89.3 | 66.6 | 1.8 | 57.1 | 1.9 |
| Black | 9.6 | 73.5 | 6.5 | 60.7 | 7.2 | Hispanic origin | 32.7 | 57.9 | 3.7 | 47.4 | 3.7 |
| **MONTANA** | | | | | | **NEW YORK** | | | | | |
| Total | 569 | 75.2 | 1.6 | 68.6 | 1.7 | Total | 13,285 | 60.4 | 0.9 | 54.0 | 0.9 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.7 | 74.5 | 2.3 | 68.5 | 2.5 | Male | 45.7 | 58.4 | 1.3 | 52.8 | 1.3 |
| Female | 51.3 | 75.8 | 2.2 | 68.7 | 2.4 | Female | 54.3 | 62.0 | 1.2 | 55.0 | 1.2 |
| White | 94.7 | 76.5 | 1.6 | 70.6 | 1.7 | White | 83.8 | 63.5 | 0.9 | 57.2 | 1.0 |
| | | | | | | Black | 13.2 | 49.5 | 3.0 | 41.3 | 3.0 |
| | | | | | | Hispanic origin | 10.9 | 32.6 | 3.1 | 28.4 | 3.0 |
| **NEBRASKA** | | | | | | **NORTH CAROLINA** | | | | | |
| Total | 1,142 | 70.8 | 1.6 | 63.5 | 1.7 | Total | 4,751 | 63.6 | 0.9 | 52.9 | 1.0 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.7 | 69.9 | 2.4 | 63.3 | 2.5 | Male | 48.4 | 63.1 | 1.3 | 53.0 | 1.4 |
| Female | 52.4 | 71.6 | 2.2 | 63.5 | 2.4 | Female | 51.6 | 64.0 | 1.3 | 52.8 | 1.3 |
| White | 95.6 | 71.2 | 1.7 | 64.1 | 1.7 | White | 77.7 | 65.6 | 1.0 | 55.2 | 1.1 |
| | | | | | | Black | 21.0 | 58.2 | 2.5 | 46.6 | 2.5 |
| **NEVADA** | | | | | | **NORTH DAKOTA** | | | | | |
| Total | 791 | 54.5 | 2.0 | 46.9 | 2.0 | Total | 457 | 94.0 | 0.8 | 73.2 | 1.6 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 51.6 | 54.4 | 2.8 | 46.8 | 2.8 | Male | 50.1 | 94.4 | 1.2 | 73.2 | 2.2 |
| Female | 48.4 | 54.5 | 2.9 | 47.1 | 2.9 | Female | 49.7 | 93.6 | 1.2 | 73.2 | 2.2 |
| White | 87.5 | 55.9 | 2.2 | 48.1 | 2.2 | White | 96.7 | 94.1 | 0.9 | 73.7 | 1.6 |

Table 4. **Reported Voting and Registration, by Race, Hispanic Origin, and Sex, for States—Continued**

(November 1988. Numbers in thousands. Consistent with all-age resident population shown in Press Release CB88-205)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered Percent | Reported registered Standard error | Reported voted Percent | Reported voted Standard error | State, race, sex, and Hispanic origin | All persons[1] | Reported registered Percent | Reported registered Standard error | Reported voted Percent | Reported voted Standard error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OHIO** | | | | | | **SOUTH DAKOTA** | | | | | |
| Total | 7,932 | 69.4 | 0.9 | 62.1 | 0.9 | Total | 500 | 79.9 | 1.3 | 72.0 | 1.5 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 47.8 | 68.7 | 1.3 | 62.2 | 1.3 | Male | 47.5 | 78.7 | 2.0 | 70.9 | 2.2 |
| Female | 52.2 | 70.0 | 1.2 | 62.0 | 1.3 | Female | 52.5 | 81.0 | 1.8 | 73.0 | 2.1 |
| White | 90.0 | 69.7 | 0.9 | 62.4 | 1.0 | White | 93.7 | 81.7 | 1.3 | 74.3 | 1.5 |
| Black | 9.2 | 68.7 | 3.5 | 61.0 | 3.7 | | | | | | |
| | | | | | | **TENNESSEE** | | | | | |
| **OKLAHOMA** | | | | | | Total | 3,613 | 65.3 | 1.7 | 51.4 | 1.8 |
| Total | 2,305 | 64.6 | 1.8 | 55.6 | 1.9 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 47.2 | 65.2 | 2.5 | 50.9 | 2.7 |
| Male | 46.6 | 61.4 | 2.7 | 52.8 | 2.7 | Female | 52.8 | 65.4 | 2.4 | 51.9 | 2.5 |
| Female | 53.3 | 67.4 | 2.4 | 58.1 | 2.5 | White | 84.3 | 64.4 | 1.9 | 50.7 | 2.0 |
| White | 85.4 | 66.5 | 1.9 | 57.6 | 2.0 | Black | 14.7 | 74.0 | 5.1 | 57.9 | 5.7 |
| Black | 5.8 | 59.8 | 9.1 | 53.0 | 9.3 | | | | | | |
| | | | | | | **TEXAS** | | | | | |
| **OREGON** | | | | | | Total | 11,477 | 65.8 | 0.9 | 53.9 | 0.9 |
| Total | 2,027 | 71.2 | 1.9 | 63.8 | 2.0 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 48.0 | 64.7 | 1.3 | 53.4 | 1.4 |
| Male | 48.9 | 69.0 | 2.7 | 61.3 | 2.9 | Female | 52.0 | 66.7 | 1.2 | 54.3 | 1.3 |
| Female | 51.1 | 73.3 | 2.5 | 66.2 | 2.7 | White | 87.1 | 66.5 | 1.0 | 55.2 | 1.0 |
| White | 95.5 | 72.2 | 1.9 | 65.0 | 2.0 | Black | 11.3 | 64.2 | 3.3 | 47.0 | 3.4 |
| | | | | | | Hispanic origin | 22.4 | 45.5 | 2.4 | 33.2 | 2.3 |
| **PENNSYLVANIA** | | | | | | | | | | | |
| Total | 9,042 | 62.2 | 0.9 | 54.8 | 0.9 | **UTAH** | | | | | |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Total | 1,047 | 75.6 | 1.7 | 69.8 | 1.8 |
| Male | 46.8 | 61.5 | 1.3 | 54.6 | 1.4 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Female | 53.2 | 62.9 | 1.2 | 55.0 | 1.3 | Male | 50.5 | 74.1 | 2.4 | 68.3 | 2.6 |
| White | 90.6 | 62.6 | 1.0 | 55.3 | 1.0 | Female | 49.5 | 77.1 | 2.4 | 71.4 | 2.5 |
| Black | 7.5 | 68.0 | 3.9 | 57.3 | 4.1 | White | 95.8 | 77.2 | 1.7 | 71.4 | 1.8 |
| Hispanic origin | 1.3 | 51.8 | 10.1 | 49.8 | 10.1 | | | | | | |
| | | | | | | **VERMONT** | | | | | |
| **RHODE ISLAND** | | | | | | Total | 410 | 77.7 | 1.7 | 64.0 | 1.9 |
| Total | 748 | 69.1 | 1.9 | 60.8 | 2.0 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 46.9 | 74.5 | 2.6 | 61.8 | 2.9 |
| Male | 47.6 | 67.5 | 2.7 | 59.5 | 2.9 | Female | 52.8 | 80.5 | 2.2 | 66.0 | 2.6 |
| Female | 52.4 | 70.5 | 2.5 | 61.9 | 2.7 | White | 99.3 | 78.0 | 1.7 | 64.4 | 1.9 |
| White | 96.1 | 70.6 | 1.9 | 61.9 | 2.0 | | | | | | |
| | | | | | | **VIRGINIA** | | | | | |
| **SOUTH CAROLINA** | | | | | | Total | 4,318 | 66.9 | 1.6 | 58.0 | 1.6 |
| Total | 2,472 | 60.4 | 1.7 | 49.2 | 1.7 | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Male | 47.3 | 65.4 | 2.3 | 58.0 | 2.4 |
| Male | 46.0 | 59.4 | 2.5 | 48.7 | 2.6 | Female | 52.7 | 68.2 | 2.1 | 58.1 | 2.3 |
| Female | 54.0 | 61.1 | 2.3 | 49.5 | 2.4 | White | 80.4 | 68.5 | 1.7 | 61.1 | 1.8 |
| White | 73.6 | 61.8 | 2.0 | 52.3 | 2.0 | Black | 18.1 | 63.8 | 4.6 | 47.7 | 4.7 |
| Black | 26.1 | 56.7 | 4.1 | 40.7 | 4.0 | | | | | | |

Table 4. **Reported Voting and Registration, by Race, Hispanic Origin, and Sex, for States**—Continued

(November 1988. Numbers in thousands. Consistent with all-age resident population shown in Press Release CB88-205)

| State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, race, sex, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **WASHINGTON** | | | | | | **WISCONSIN** | | | | | |
| Total | 3,334 | 68.6 | 1.8 | 61.9 | 1.9 | Total | 3,524 | 85.4 | 1.3 | 70.2 | 1.7 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 48.3 | 66.1 | 2.6 | 60.0 | 2.7 | Male | 48.3 | 85.2 | 1.9 | 70.0 | 2.4 |
| Female | 51.7 | 70.9 | 2.4 | 63.6 | 2.6 | Female | 51.7 | 85.5 | 1.8 | 70.6 | 2.3 |
| White | 91.4 | 70.3 | 1.8 | 64.0 | 1.9 | White | 94.3 | 85.6 | 1.3 | 70.5 | 1.7 |
| | | | | | | Black | 4.9 | 82.6 | 7.6 | 66.8 | 9.4 |
| **WEST VIRGINIA** | | | | | | **WYOMING** | | | | | |
| Total | 1,386 | 64.8 | 1.9 | 52.7 | 1.9 | Total | 317 | 67.7 | 2.1 | 61.7 | 2.1 |
| Percent | 100.0 | (X) | (X) | (X) | (X) | Percent | 100.0 | (X) | (X) | (X) | (X) |
| Male | 46.9 | 64.8 | 2.7 | 52.7 | 2.8 | Male | 50.2 | 66.8 | 2.9 | 60.0 | 3.0 |
| Female | 53.1 | 65.3 | 2.5 | 54.4 | 2.7 | Female | 49.8 | 68.6 | 2.9 | 63.3 | 3.0 |
| White | 96.5 | 65.1 | 1.9 | 53.1 | 2.0 | White | 99.1 | 67.6 | 2.1 | 61.8 | 2.1 |

x Not applicable.
[1]Estimates by race, Hispanic origin, and sex of populations of voting age are based on ratios from the CPS. Percent distribution of population by race and Hispanic origin may total more than 100.0 because persons of Hispanic origin may be of any race.