# EXHIBIT C

## Table 4. Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States

(November 1990. Numbers in thousands.)

| State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Per-cent | Standard error | Per-cent | Standard error | | | Per-cent | Standard error | Per-cent | Standard error |
| **UNITED STATES** | | | | | | **CONNECTICUT** | | | | | |
| Total............ | 182,118 | 62.2 | 0.2 | 45.0 | 0.2 | Total............ | 2,459 | 64.8 | 1.8 | 49.4 | 1.9 |
| Male............ | 86,621 | 61.2 | 0.3 | 44.6 | 0.2 | Male............ | 1,191 | 62.9 | 2.7 | 48.3 | 2.8 |
| Female.......... | 95,496 | 63.1 | 0.3 | 45.4 | 0.3 | Female.......... | 1,268 | 66.6 | 2.5 | 50.6 | 2.7 |
| White........... | 155,587 | 63.8 | 0.2 | 46.7 | 0.2 | White........... | 2,273 | 66.7 | 1.9 | 51.2 | 2.0 |
| Black........... | 20,371 | 58.8 | 0.7 | 39.2 | 0.7 | Black........... | 152 | 41.1 | 7.6 | 26.3 | 6.8 |
| Hispanic origin..... | 13,756 | 32.3 | 1.1 | 21.0 | 1.0 | Hispanic origin..... | 101 | 51.7 | 9.4 | 11.6 | 6.1 |
| **ALABAMA** | | | | | | **DELAWARE** | | | | | |
| Total............ | 2,985 | 72.6 | 1.5 | 51.0 | 1.7 | Total............ | 508 | 53.5 | 1.9 | 38.4 | 1.8 |
| Male............ | 1,403 | 69.8 | 2.3 | 49.5 | 2.5 | Male............ | 237 | 52.5 | 2.7 | 38.5 | 2.7 |
| Female.......... | 1,583 | 75.0 | 2.0 | 52.3 | 2.3 | Female.......... | 271 | 54.3 | 2.5 | 38.2 | 2.5 |
| White........... | 2,314 | 74.9 | 1.7 | 52.7 | 1.9 | White........... | 385 | 58.5 | 2.1 | 43.3 | 2.1 |
| Black........... | 661 | 65.3 | 3.4 | 45.7 | 3.6 | Black........... | 116 | 37.0 | 3.8 | 21.1 | 3.2 |
| **ALASKA** | | | | | | **DISTRICT OF COLUMBIA** | | | | | |
| Total............ | 337 | 71.0 | 1.6 | 59.2 | 1.7 | Total............ | 427 | 62.2 | 2.0 | 48.6 | 2.0 |
| Male............ | 162 | 69.4 | 2.3 | 58.4 | 2.4 | Male............ | 199 | 58.3 | 2.9 | 44.6 | 2.9 |
| Female.......... | 175 | 72.5 | 2.1 | 60.0 | 2.3 | Female.......... | 228 | 65.6 | 2.6 | 52.1 | 2.8 |
| White........... | 264 | 74.2 | 1.7 | 62.8 | 1.9 | White........... | 149 | 67.1 | 3.2 | 56.2 | 3.4 |
| | | | | | | Black........... | 263 | 61.9 | 2.5 | 46.6 | 2.6 |
| **ARIZONA** | | | | | | **FLORIDA** | | | | | |
| Total............ | 2,590 | 56.3 | 1.7 | 46.2 | 1.8 | | | | | | |
| Male............ | 1,183 | 55.6 | 2.6 | 45.7 | 2.6 | Total............ | 9,920 | 58.1 | 0.8 | 43.4 | 0.8 |
| Female.......... | 1,407 | 56.8 | 2.4 | 46.6 | 2.4 | Male............ | 4,697 | 56.3 | 1.2 | 42.4 | 1.2 |
| White........... | 2,458 | 57.1 | 1.8 | 46.9 | 1.8 | Female.......... | 5,222 | 59.7 | 1.1 | 44.3 | 1.1 |
| Hispanic origin..... | 395 | 28.9 | 4.3 | 22.2 | 4.5 | White........... | 8,548 | 59.5 | 0.9 | 44.9 | 0.9 |
| | | | | | | Black........... | 1,191 | 53.3 | 2.4 | 37.4 | 2.3 |
| **ARKANSAS** | | | | | | Hispanic origin..... | 1,320 | 32.3 | 2.1 | 22.8 | 1.9 |
| Total............ | 1,755 | 61.0 | 1.7 | 46.4 | 1.7 | | | | | | |
| Male............ | 808 | 60.5 | 2.4 | 46.6 | 2.5 | **GEORGIA** | | | | | |
| Female.......... | 947 | 61.4 | 2.2 | 46.3 | 2.3 | Total............ | 4,620 | 57.4 | 1.7 | 42.3 | 1.7 |
| White........... | 1,538 | 62.6 | 1.7 | 48.2 | 1.8 | Male............ | 2,096 | 57.6 | 2.5 | 44.7 | 2.5 |
| Black........... | 195 | 50.8 | 5.1 | 34.5 | 4.8 | Female.......... | 2,524 | 57.3 | 2.3 | 40.2 | 2.3 |
| | | | | | | White........... | 3,185 | 58.1 | 2.0 | 42.6 | 2.0 |
| **CALIFORNIA** | | | | | | Black........... | 1,397 | 57.0 | 3.1 | 42.3 | 3.1 |
| Total............ | 21,289 | 54.8 | 0.7 | 42.4 | 0.7 | Hispanic origin..... | 141 | 8.6 | 5.5 | 8.6 | 5.5 |
| Male............ | 10,402 | 52.5 | 1.0 | 41.1 | 0.9 | | | | | | |
| Female.......... | 10,888 | 57.0 | 0.9 | 43.5 | 0.9 | **HAWAII** | | | | | |
| White........... | 17,998 | 57.0 | 0.7 | 44.8 | 0.7 | Total............ | 790 | 57.2 | 1.8 | 51.6 | 1.8 |
| Black........... | 1,173 | 62.4 | 2.7 | 42.0 | 2.8 | Male............ | 361 | 55.8 | 2.7 | 51.1 | 2.7 |
| Hispanic origin..... | 4,739 | 25.7 | 1.2 | 17.8 | 1.1 | Female.......... | 429 | 58.4 | 2.5 | 51.9 | 2.5 |
| | | | | | | White........... | 243 | 60.7 | 3.2 | 53.7 | 3.3 |
| **COLORADO** | | | | | | **IDAHO** | | | | | |
| Total............ | 2,376 | 65.4 | 1.7 | 50.6 | 1.8 | | | | | | |
| Male............ | 1,151 | 66.5 | 2.5 | 49.9 | 2.6 | Total............ | 709 | 60.6 | 1.6 | 48.2 | 1.7 |
| Female.......... | 1,225 | 64.4 | 2.4 | 51.2 | 2.6 | Male............ | 359 | 59.2 | 2.3 | 47.2 | 2.3 |
| White........... | 2,223 | 67.2 | 1.8 | 52.5 | 1.9 | Female.......... | 350 | 62.1 | 2.3 | 49.2 | 2.4 |
| Hispanic origin..... | 231 | 42.7 | 5.8 | 27.7 | 5.3 | White........... | 700 | 60.9 | 1.6 | 48.6 | 1.7 |

**Table 4. Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States**—Continued

(November 1990. Numbers in thousands.)

| State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **ILLINOIS** | | | | | | **MASSACHUSETTS** | | | | | |
| Total | 8,559 | 65.6 | 0.9 | 48.3 | 0.9 | Total | 4,486 | 69.3 | 0.8 | 58.8 | 0.9 |
| Male | 4,090 | 65.0 | 1.3 | 48.3 | 1.3 | Male | 2,102 | 68.4 | 1.2 | 58.1 | 1.3 |
| Female | 4,469 | 66.2 | 1.2 | 48.3 | 1.3 | Female | 2,384 | 70.2 | 1.1 | 59.4 | 1.2 |
| White | 7,118 | 65.5 | 0.9 | 48.3 | 1.0 | White | 4,208 | 71.6 | 0.8 | 60.8 | 0.9 |
| Black | 1,239 | 72.1 | 2.1 | 53.2 | 2.4 | Black | 159 | 45.7 | 4.8 | 38.3 | 4.7 |
| Hispanic origin | 555 | 32.6 | 3.3 | 20.5 | 2.9 | Hispanic origin | 154 | 31.5 | 4.5 | 25.1 | 4.2 |
| **INDIANA** | | | | | | **MICHIGAN** | | | | | |
| Total | 4,093 | 60.9 | 1.7 | 44.2 | 1.8 | Total | 6,745 | 70.8 | 0.8 | 45.4 | 0.9 |
| Male | 1,895 | 59.7 | 2.6 | 43.1 | 2.6 | Male | 3,210 | 69.3 | 1.2 | 44.3 | 1.3 |
| Female | 2,198 | 62.0 | 2.3 | 45.0 | 2.4 | Female | 3,535 | 72.2 | 1.1 | 46.3 | 1.3 |
| White | 3,712 | 61.3 | 1.8 | 45.2 | 1.9 | White | 5,718 | 72.1 | 0.9 | 47.2 | 1.0 |
| Black | 370 | 59.0 | 5.8 | 34.3 | 5.6 | Black | 903 | 68.1 | 2.3 | 38.0 | 2.4 |
| **IOWA** | | | | | | **MINNESOTA** | | | | | |
| Total | 2,068 | 67.4 | 1.6 | 50.5 | 1.7 | Total | 3,202 | 82.7 | 1.3 | 62.9 | 1.7 |
| Male | 995 | 66.4 | 2.3 | 48.7 | 2.4 | Male | 1,523 | 81.9 | 2.0 | 60.5 | 2.5 |
| Female | 1,073 | 68.4 | 2.1 | 52.1 | 2.3 | Female | 1,678 | 83.4 | 1.8 | 65.0 | 2.3 |
| White | 2,005 | 67.9 | 1.6 | 51.2 | 1.7 | White | 3,071 | 84.5 | 1.3 | 64.6 | 1.7 |
| **KANSAS** | | | | | | **MISSISSIPPI** | | | | | |
| Total | 1,802 | 64.2 | 1.6 | 52.4 | 1.7 | Total | 1,821 | 70.9 | 1.5 | 34.7 | 1.6 |
| Male | 893 | 62.2 | 2.3 | 50.5 | 2.4 | Male | 839 | 69.3 | 2.3 | 35.0 | 2.3 |
| Female | 909 | 66.1 | 2.2 | 54.2 | 2.3 | Female | 981 | 72.2 | 2.0 | 34.4 | 2.2 |
| White | 1,667 | 66.0 | 1.6 | 54.6 | 1.7 | White | 1,259 | 70.8 | 1.8 | 35.8 | 1.9 |
| **KENTUCKY** | | | | | | Black | 553 | 71.4 | 2.7 | 32.5 | 2.8 |
| Total | 2,684 | 60.4 | 1.7 | 39.0 | 1.7 | **MISSOURI** | | | | | |
| Male | 1,265 | 61.9 | 2.4 | 40.4 | 2.5 | Total | 3,785 | 66.2 | 1.7 | 40.9 | 1.7 |
| Female | 1,420 | 59.2 | 2.3 | 37.7 | 2.3 | Male | 1,810 | 64.4 | 2.5 | 41.1 | 2.5 |
| White | 2,513 | 61.6 | 1.7 | 40.0 | 1.7 | Female | 1,974 | 67.8 | 2.3 | 40.7 | 2.4 |
| Black | 150 | 44.0 | 7.2 | 21.9 | 6.0 | White | 3,363 | 67.2 | 1.8 | 43.4 | 1.9 |
| **LOUISIANA** | | | | | | Black | 350 | 63.5 | 5.6 | 19.3 | 4.6 |
| Total | 3,001 | 73.2 | 1.6 | 51.4 | 1.8 | **MONTANA** | | | | | |
| Male | 1,390 | 70.9 | 2.4 | 49.7 | 2.7 | Total | 574 | 73.1 | 1.5 | 62.7 | 1.6 |
| Female | 1,611 | 75.2 | 2.1 | 52.9 | 2.5 | Male | 280 | 72.8 | 2.2 | 62.0 | 2.4 |
| White | 2,150 | 74.1 | 1.9 | 50.2 | 2.1 | Female | 294 | 73.3 | 2.1 | 63.3 | 2.3 |
| Black | 810 | 72.0 | 3.1 | 55.9 | 3.4 | White | 541 | 74.9 | 1.5 | 64.7 | 1.7 |
| **MAINE** | | | | | | **NEBRASKA** | | | | | |
| Total | 906 | 81.3 | 1.4 | 64.7 | 1.7 | Total | 1,156 | 70.2 | 1.5 | 57.8 | 1.6 |
| Male | 430 | 80.3 | 2.0 | 65.2 | 2.4 | Male | 550 | 68.9 | 2.2 | 56.8 | 2.3 |
| Female | 475 | 82.2 | 1.8 | 64.3 | 2.3 | Female | 606 | 71.4 | 2.0 | 58.7 | 2.2 |
| White | 887 | 81.8 | 1.4 | 65.4 | 1.7 | White | 1,124 | 70.9 | 1.5 | 58.8 | 1.6 |
| **MARYLAND** | | | | | | **NEVADA** | | | | | |
| Total | 3,507 | 54.7 | 1.8 | 39.4 | 1.8 | Total | 863 | 52.1 | 1.8 | 42.5 | 1.8 |
| Male | 1,695 | 56.2 | 2.6 | 41.4 | 2.6 | Male | 435 | 49.4 | 2.5 | 40.5 | 2.5 |
| Female | 1,812 | 53.3 | 2.5 | 37.6 | 2.4 | Female | 428 | 55.0 | 2.5 | 44.6 | 2.5 |
| White | 2,448 | 60.7 | 2.1 | 44.7 | 2.2 | White | 786 | 52.8 | 1.9 | 43.0 | 1.8 |
| Black | 956 | 44.4 | 3.4 | 29.8 | 3.2 | | | | | | |

## Table 4. Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States—Continued

(November 1990. Numbers in thousands.)

| State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Standard error | Percent | Standard error | | | Percent | Standard error | Percent | Standard error |
| **NEW HAMPSHIRE** | | | | | | **OREGON** | | | | | |
| Total | 831 | 62.9 | 1.9 | 44.3 | 1.9 | Total | 2,145 | 66.1 | 1.7 | 53.9 | 1.8 |
| Male | 418 | 59.4 | 2.7 | 42.0 | 2.7 | Male | 1,033 | 66.4 | 2.5 | 51.7 | 2.6 |
| Female | 412 | 66.4 | 2.6 | 46.6 | 2.7 | Female | 1,111 | 65.8 | 2.4 | 56.0 | 2.5 |
| White | 818 | 63.8 | 1.9 | 45.0 | 1.9 | White | 2,042 | 67.5 | 1.8 | 55.1 | 1.9 |
| **NEW JERSEY** | | | | | | **PENNSYLVANIA** | | | | | |
| Total | 5,831 | 60.9 | 0.9 | 41.8 | 0.9 | Total | 9,102 | 59.0 | 0.9 | 42.0 | 0.9 |
| Male | 2,776 | 58.7 | 1.3 | 41.0 | 1.3 | Male | 4,324 | 58.1 | 1.2 | 42.5 | 1.2 |
| Female | 3,055 | 62.8 | 1.2 | 42.5 | 1.2 | Female | 4,778 | 59.8 | 1.2 | 41.7 | 1.2 |
| White | 4,879 | 64.3 | 0.9 | 44.5 | 1.0 | White | 8,286 | 60.1 | 0.9 | 43.2 | 0.9 |
| Black | 709 | 49.3 | 2.5 | 31.0 | 2.4 | Black | 722 | 52.8 | 3.1 | 33.1 | 2.9 |
| Hispanic origin | 460 | 32.5 | 3.0 | 20.9 | 2.6 | Hispanic origin | 127 | 23.7 | 6.2 | 4.8 | 3.1 |
| **NEW MEXICO** | | | | | | **RHODE ISLAND** | | | | | |
| Total | 1,062 | 59.3 | 1.7 | 45.6 | 1.7 | Total | 753 | 62.8 | 1.8 | 53.4 | 1.9 |
| Male | 525 | 56.4 | 2.4 | 43.0 | 2.4 | Male | 344 | 63.0 | 2.7 | 53.4 | 2.8 |
| Female | 537 | 62.2 | 2.3 | 48.1 | 2.4 | Female | 409 | 62.6 | 2.5 | 53.3 | 2.5 |
| White | 913 | 60.1 | 1.8 | 46.8 | 1.8 | White | 707 | 64.9 | 1.9 | 55.5 | 1.9 |
| Hispanic origin | 329 | 51.0 | 3.1 | 38.3 | 3.0 | | | | | | |
| **NEW YORK** | | | | | | **SOUTH CAROLINA** | | | | | |
| Total | 13,341 | 57.0 | 0.7 | 41.5 | 0.7 | Total | 2,492 | 58.0 | 1.6 | 42.8 | 1.6 |
| Male | 6,179 | 57.2 | 1.0 | 41.9 | 1.0 | Male | 1,142 | 57.3 | 2.3 | 42.8 | 2.3 |
| Female | 7,162 | 56.9 | 0.9 | 41.2 | 0.9 | Female | 1,350 | 58.5 | 2.1 | 42.7 | 2.1 |
| White | 11,078 | 60.0 | 0.7 | 44.1 | 0.7 | White | 1,687 | 56.2 | 1.9 | 42.0 | 1.9 |
| Black | 1,764 | 48.7 | 1.9 | 33.2 | 1.7 | Black | 790 | 61.9 | 2.7 | 44.6 | 2.8 |
| Hispanic origin | 1,480 | 34.1 | 1.9 | 23.3 | 1.7 | | | | | | |
| **NORTH CAROLINA** | | | | | | **SOUTH DAKOTA** | | | | | |
| Total | 4,840 | 62.6 | 0.9 | 49.3 | 0.9 | Total | 493 | 74.1 | 1.4 | 57.2 | 1.6 |
| Male | 2,279 | 60.8 | 1.2 | 48.5 | 1.3 | Male | 236 | 73.3 | 2.0 | 58.1 | 2.2 |
| Female | 2,562 | 64.3 | 1.2 | 49.9 | 1.2 | Female | 257 | 74.8 | 1.9 | 56.5 | 2.2 |
| White | 3,739 | 63.6 | 1.0 | 49.9 | 1.0 | White | 455 | 75.8 | 1.4 | 59.9 | 1.6 |
| Black | 1,049 | 60.1 | 1.8 | 48.1 | 1.9 | | | | | | |
| **NORTH DAKOTA** | | | | | | **TENNESSEE** | | | | | |
| Total | 451 | 90.6 | 1.0 | 60.1 | 1.6 | Total | 3,638 | 63.9 | 1.6 | 30.5 | 1.5 |
| Male | 225 | 91.3 | 1.3 | 59.7 | 2.3 | Male | 1,693 | 65.0 | 2.3 | 33.4 | 2.3 |
| Female | 226 | 89.8 | 1.4 | 60.5 | 2.3 | Female | 1,945 | 62.9 | 2.2 | 27.9 | 2.0 |
| White | 436 | 90.9 | 1.0 | 60.3 | 1.7 | White | 3,095 | 63.3 | 1.7 | 29.7 | 1.6 |
| | | | | | | Black | 522 | 68.5 | 4.0 | 35.3 | 4.1 |
| **OHIO** | | | | | | **TEXAS** | | | | | |
| Total | 7,980 | 62.4 | 0.9 | 48.5 | 0.9 | Total | 12,010 | 60.4 | 0.9 | 41.4 | 0.9 |
| Male | 3,794 | 61.5 | 1.3 | 48.1 | 1.3 | Male | 5,794 | 60.1 | 1.3 | 40.8 | 1.3 |
| Female | 4,186 | 63.1 | 1.2 | 48.8 | 1.2 | Female | 6,216 | 60.7 | 1.2 | 42.0 | 1.2 |
| White | 7,093 | 62.0 | 0.9 | 48.4 | 0.9 | White | 10,293 | 61.1 | 0.9 | 42.5 | 1.0 |
| Black | 816 | 68.1 | 2.6 | 51.3 | 2.8 | Black | 1,477 | 60.0 | 2.5 | 38.7 | 2.5 |
| | | | | | | Hispanic origin | 2,684 | 40.0 | 1.8 | 22.5 | 1.6 |
| **OKLAHOMA** | | | | | | **UTAH** | | | | | |
| Total | 2,313 | 66.2 | 1.6 | 49.2 | 1.7 | Total | 1,063 | 60.9 | 1.8 | 47.1 | 1.8 |
| Male | 1,073 | 66.4 | 2.4 | 49.8 | 2.5 | Male | 527 | 60.2 | 2.5 | 45.7 | 2.6 |
| Female | 1,240 | 65.9 | 2.2 | 48.7 | 2.3 | Female | 536 | 61.6 | 2.5 | 48.5 | 2.5 |
| White | 1,995 | 69.2 | 1.7 | 52.0 | 1.8 | White | 1,036 | 61.1 | 1.8 | 47.3 | 1.8 |
| Black | 150 | 51.6 | 6.7 | 29.2 | 6.1 | | | | | | |

**Table 4. Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States—Continued**

(November 1990. Numbers in thousands.)

| State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | | State, sex, race, and Hispanic origin | All persons[1] | Reported registered | | Reported voted | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Per-cent | Standard error | Per-cent | Standard error | | | Per-cent | Standard error | Per-cent | Standard error |
| **VERMONT** | | | | | | **WEST VIRGINIA** | | | | | |
| Total............. | 425 | 74.4 | 1.7 | 55.0 | 1.9 | Total............. | 1,373 | 56.6 | 1.7 | 34.7 | 1.6 |
| Male............... | 209 | 73.1 | 2.4 | 55.2 | 2.7 | Male............... | 672 | 57.4 | 2.4 | 35.4 | 2.3 |
| Female............. | 217 | 75.6 | 2.3 | 54.9 | 2.6 | Female............. | 701 | 55.9 | 2.3 | 34.0 | 2.2 |
| White.............. | 421 | 74.8 | 1.7 | 55.5 | 1.9 | White.............. | 1,321 | 56.4 | 1.7 | 34.9 | 1.6 |
| **VIRGINIA** | | | | | | **WISCONSIN** | | | | | |
| Total............. | 4,482 | 60.0 | 1.5 | 37.4 | 1.5 | Total............. | 3,589 | 78.0 | 1.3 | 48.0 | 1.6 |
| Male............... | 2,075 | 59.7 | 2.2 | 37.2 | 2.2 | Male............... | 1,777 | 77.8 | 1.9 | 47.4 | 2.3 |
| Female............. | 2,407 | 60.3 | 2.0 | 37.6 | 2.0 | Female............. | 1,812 | 78.2 | 1.9 | 48.6 | 2.3 |
| White.............. | 3,534 | 61.9 | 1.7 | 39.6 | 1.7 | White.............. | 3,331 | 79.9 | 1.3 | 49.4 | 1.7 |
| Black.............. | 839 | 58.1 | 3.5 | 32.0 | 3.3 | Black.............. | 184 | 42.0 | 7.0 | 29.4 | 6.5 |
| **WASHINGTON** | | | | | | **WYOMING** | | | | | |
| Total............. | 3,577 | 61.8 | 1.7 | 43.3 | 1.7 | Total............. | 327 | 62.7 | 2.0 | 53.5 | 2.0 |
| Male............... | 1,710 | 60.2 | 2.4 | 44.1 | 2.4 | Male............... | 163 | 58.9 | 2.8 | 49.3 | 2.9 |
| Female............. | 1,847 | 63.2 | 2.3 | 42.6 | 2.3 | Female............. | 165 | 66.5 | 2.7 | 57.7 | 2.8 |
| White.............. | 3,264 | 64.8 | 1.7 | 45.6 | 1.8 | White.............. | 317 | 63.4 | 2.0 | 54.4 | 2.0 |

[1]Population values shown in this table are derived from the CPS sample and may not match independently derived estimates of the population. See "State and Metropolitan Area Populations" in Appendix B for more information. Percent distribution of population by race and Hispanic origin may sum to more than the total population because persons of Hispanic origin may be of any race.