# EXHIBIT D

Table 4. **Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States**

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **UNITED STATES** | | | | | | | |
| Total | 185,684 | 126,578 | 68.2 | .19 | 113,866 | 61.3 | .20 |
| Male | 88,557 | 59,254 | 66.9 | .27 | 53,312 | 60.2 | .29 |
| Female | 97,126 | 67,324 | 69.3 | .26 | 60,554 | 62.3 | .27 |
| White | 157,837 | 110,684 | 70.1 | .20 | 100,405 | 63.6 | .21 |
| Black | 21,039 | 13,442 | 63.9 | .70 | 11,371 | 54.0 | .72 |
| Hispanic origin[1] | 14,688 | 5,137 | 35.0 | 1.07 | 4,238 | 28.9 | 1.02 |
| **ALABAMA** | | | | | | | |
| Total | 3,007 | 2,317 | 77.1 | 1.42 | 1,913 | 63.6 | 1.63 |
| Male | 1,415 | 1,094 | 77.3 | 2.07 | 888 | 62.7 | 2.39 |
| Female | 1,592 | 1,223 | 76.8 | 1.96 | 1,026 | 64.4 | 2.23 |
| White | 2,210 | 1,753 | 79.3 | 1.60 | 1,456 | 65.9 | 1.87 |
| Black | 775 | 556 | 71.8 | 3.63 | 450 | 58.1 | 3.98 |
| Hispanic origin[1] | 13 | 11 | (B) | (B) | 9 | (B) | (B) |
| **ALASKA** | | | | | | | |
| Total | 347 | 260 | 75.1 | 1.46 | 238 | 68.6 | 1.56 |
| Male | 164 | 124 | 75.2 | 2.12 | 113 | 68.7 | 2.27 |
| Female | 183 | 137 | 75.0 | 2.01 | 125 | 68.5 | 2.16 |
| White | 274 | 216 | 78.8 | 1.55 | 200 | 73.2 | 1.68 |
| Black | 14 | 9 | (B) | (B) | 9 | (B) | (B) |
| Hispanic origin[1] | 8 | 5 | (B) | (B) | 4 | (B) | (B) |
| **ARIZONA** | | | | | | | |
| Total | 2,671 | 1,882 | 70.5 | 1.57 | 1,728 | 64.7 | 1.65 |
| Male | 1,328 | 908 | 68.3 | 2.28 | 849 | 63.9 | 2.35 |
| Female | 1,343 | 974 | 72.6 | 2.17 | 878 | 65.4 | 2.31 |
| White | 2,549 | 1,831 | 71.8 | 1.59 | 1,684 | 66.1 | 1.67 |
| Black | 58 | 28 | (B) | (B) | 28 | (B) | (B) |
| Hispanic origin[1] | 442 | 197 | 44.7 | 6.62 | 156 | 35.3 | 6.37 |
| **ARKANSAS** | | | | | | | |
| Total | 1,745 | 1,161 | 66.5 | 1.60 | 1,012 | 58.0 | 1.67 |
| Male | 820 | 539 | 65.7 | 2.34 | 472 | 57.6 | 2.44 |
| Female | 924 | 622 | 67.3 | 2.18 | 540 | 58.4 | 2.29 |
| White | 1,434 | 972 | 67.8 | 1.74 | 870 | 60.7 | 1.82 |
| Black | 291 | 182 | 62.4 | 4.85 | 135 | 46.4 | 4.99 |
| Hispanic origin[1] | 15 | 8 | (B) | (B) | 8 | (B) | (B) |
| **CALIFORNIA** | | | | | | | |
| Total | 22,340 | 12,864 | 57.6 | .64 | 11,789 | 52.8 | .65 |
| Male | 10,925 | 6,131 | 56.1 | .92 | 5,640 | 51.6 | .93 |
| Female | 11,415 | 6,733 | 59.0 | .89 | 6,149 | 53.9 | .91 |
| White | 18,759 | 11,349 | 60.5 | .69 | 10,482 | 55.9 | .70 |
| Black | 1,268 | 812 | 64.0 | 3.16 | 712 | 56.1 | 3.27 |
| Hispanic origin[1] | 5,443 | 1,384 | 25.4 | 1.80 | 1,135 | 20.9 | 1.68 |
| **COLORADO** | | | | | | | |
| Total | 2,451 | 1,831 | 74.7 | 1.57 | 1,688 | 68.8 | 1.67 |
| Male | 1,138 | 814 | 71.5 | 2.39 | 759 | 66.8 | 2.49 |
| Female | 1,314 | 1,017 | 77.4 | 2.06 | 928 | 70.7 | 2.24 |
| White | 2,221 | 1,715 | 77.2 | 1.59 | 1,589 | 71.5 | 1.71 |
| Black | 119 | 75 | 63.0 | 9.53 | 64 | 53.4 | 9.85 |
| Hispanic origin[1] | 218 | 145 | 66.5 | 8.95 | 136 | 62.2 | 9.20 |
| **CONNECTICUT** | | | | | | | |
| Total | 2,428 | 1,863 | 76.8 | 1.63 | 1,740 | 71.7 | 1.74 |
| Male | 1,135 | 856 | 75.4 | 2.43 | 802 | 70.6 | 2.57 |
| Female | 1,293 | 1,007 | 77.9 | 2.19 | 938 | 72.6 | 2.36 |
| White | 2,170 | 1,735 | 80.0 | 1.63 | 1,628 | 75.0 | 1.76 |
| Black | 222 | 115 | 51.8 | 7.69 | 100 | 45.1 | 7.66 |
| Hispanic origin[1] | 127 | 63 | 49.7 | 13.24 | 54 | 42.8 | 13.10 |

See footnotes at end of table.

**Table 4. Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States—Continued**

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **DELAWARE** | | | | | | | |
| Total | 519 | 367 | 70.7 | 1.68 | 343 | 66.1 | 1.75 |
| Male | 244 | 172 | 70.6 | 2.45 | 159 | 65.1 | 2.56 |
| Female | 275 | 195 | 70.7 | 2.30 | 184 | 66.9 | 2.38 |
| White | 417 | 308 | 73.9 | 1.81 | 291 | 69.7 | 1.89 |
| Black | 85 | 49 | (B) | (B) | 44 | (B) | (B) |
| Hispanic origin[1] | 7 | 3 | (B) | (B) | 3 | (B) | (B) |
| **DISTRICT OF COLUMBIA** | | | | | | | |
| Total | 398 | 295 | 73.9 | 1.83 | 263 | 66.1 | 1.98 |
| Male | 189 | 134 | 70.9 | 2.76 | 118 | 62.2 | 2.94 |
| Female | 209 | 161 | 76.7 | 2.43 | 146 | 69.6 | 2.65 |
| White | 134 | 109 | 81.3 | 2.80 | 102 | 75.9 | 3.08 |
| Black | 256 | 183 | 71.4 | 2.85 | 159 | 62.1 | 3.06 |
| Hispanic origin[1] | 14 | 6 | (B) | (B) | 4 | (B) | (B) |
| **FLORIDA** | | | | | | | |
| Total | 10,342 | 6,486 | 62.7 | .78 | 5,772 | 55.8 | .80 |
| Male | 4,858 | 2,925 | 60.2 | 1.15 | 2,608 | 53.7 | 1.17 |
| Female | 5,484 | 3,561 | 64.9 | 1.06 | 3,164 | 57.7 | 1.10 |
| White | 8,742 | 5,643 | 64.5 | .84 | 5,062 | 57.9 | .87 |
| Black | 1,410 | 772 | 54.7 | 2.63 | 652 | 46.3 | 2.64 |
| Hispanic origin[1] | 1,349 | 472 | 35.0 | 3.35 | 411 | 30.5 | 3.23 |
| **GEORGIA** | | | | | | | |
| Total | 4,723 | 2,928 | 62.0 | 1.64 | 2,556 | 54.1 | 1.68 |
| Male | 2,270 | 1,360 | 59.9 | 2.38 | 1,177 | 51.9 | 2.43 |
| Female | 2,453 | 1,568 | 63.9 | 2.25 | 1,379 | 56.2 | 2.32 |
| White | 3,136 | 2,109 | 67.3 | 1.94 | 1,840 | 58.7 | 2.04 |
| Black | 1,505 | 812 | 53.9 | 3.60 | 709 | 47.1 | 3.61 |
| Hispanic origin[1] | 74 | 4 | (B) | (B) | 4 | (B) | (B) |
| **HAWAII** | | | | | | | |
| Total | 813 | 493 | 60.6 | 1.76 | 449 | 55.2 | 1.79 |
| Male | 381 | 222 | 58.2 | 2.60 | 205 | 53.7 | 2.63 |
| Female | 431 | 271 | 62.7 | 2.39 | 244 | 56.6 | 2.45 |
| White | 264 | 187 | 70.8 | 2.88 | 169 | 63.9 | 3.04 |
| Black | 16 | 9 | (B) | (B) | 8 | (B) | (B) |
| Hispanic origin[1] | 17 | 9 | (B) | (B) | 7 | (B) | (B) |
| **IDAHO** | | | | | | | |
| Total | 726 | 521 | 71.8 | 1.48 | 486 | 66.9 | 1.55 |
| Male | 362 | 245 | 67.6 | 2.18 | 227 | 62.9 | 2.25 |
| Female | 365 | 277 | 75.9 | 1.98 | 258 | 70.8 | 2.11 |
| White | 711 | 512 | 72.0 | 1.49 | 477 | 67.0 | 1.56 |
| Black | 1 | – | (B) | (B) | – | (B) | (B) |
| Hispanic origin[1] | 30 | 10 | (B) | (B) | 8 | (B) | (B) |
| **ILLINOIS** | | | | | | | |
| Total | 8,676 | 6,251 | 72.1 | .81 | 5,650 | 65.1 | .86 |
| Male | 4,118 | 2,913 | 70.7 | 1.19 | 2,631 | 63.9 | 1.25 |
| Female | 4,558 | 3,339 | 73.2 | 1.10 | 3,019 | 66.2 | 1.17 |
| White | 7,197 | 5,237 | 72.8 | .88 | 4,775 | 66.3 | .93 |
| Black | 1,202 | 903 | 75.2 | 2.52 | 784 | 65.3 | 2.78 |
| Hispanic origin[1] | 646 | 223 | 34.6 | 4.91 | 171 | 26.4 | 4.55 |

See footnotes at end of table.

Table 4. **Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States**—Continued

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **INDIANA** | | | | | | | |
| Total | 4,183 | 2,846 | 68.0 | 1.63 | 2,636 | 63.0 | 1.69 |
| Male | 1,916 | 1,265 | 66.0 | 2.45 | 1,152 | 60.1 | 2.53 |
| Female | 2,267 | 1,581 | 69.7 | 2.18 | 1,483 | 65.4 | 2.26 |
| White | 3,764 | 2,575 | 68.4 | 1.72 | 2,414 | 64.1 | 1.77 |
| Black | 378 | 244 | 64.4 | 6.74 | 194 | 51.4 | 7.04 |
| Hispanic origin[1] | 45 | 30 | (B) | (B) | 30 | (B) | (B) |
| **IOWA** | | | | | | | |
| Total | 2,100 | 1,635 | 77.9 | 1.37 | 1,486 | 70.8 | 1.50 |
| Male | 997 | 767 | 77.0 | 2.01 | 694 | 69.6 | 2.20 |
| Female | 1,103 | 868 | 78.7 | 1.86 | 792 | 71.8 | 2.05 |
| White | 2,044 | 1,610 | 78.8 | 1.36 | 1,466 | 71.7 | 1.50 |
| Black | 27 | 15 | (B) | (B) | 10 | (B) | (B) |
| Hispanic origin[1] | 15 | 8 | (B) | (B) | 5 | (B) | (B) |
| **KANSAS** | | | | | | | |
| Total | 1,818 | 1,401 | 77.1 | 1.39 | 1,306 | 71.9 | 1.49 |
| Male | 906 | 689 | 76.1 | 2.00 | 638 | 70.5 | 2.14 |
| Female | 912 | 712 | 78.1 | 1.94 | 668 | 73.2 | 2.07 |
| White | 1,704 | 1,333 | 78.2 | 1.41 | 1,245 | 73.1 | 1.52 |
| Black | 88 | 57 | (B) | (B) | 52 | (B) | (B) |
| Hispanic origin[1] | 45 | 26 | (B) | (B) | 20 | (B) | (B) |
| **KENTUCKY** | | | | | | | |
| Total | 2,724 | 1,769 | 64.9 | 1.63 | 1,569 | 57.6 | 1.69 |
| Male | 1,319 | 872 | 66.1 | 2.33 | 778 | 59.0 | 2.42 |
| Female | 1,405 | 897 | 63.8 | 2.29 | 791 | 56.3 | 2.36 |
| White | 2,496 | 1,635 | 65.5 | 1.70 | 1,454 | 58.2 | 1.76 |
| Black | 217 | 133 | 61.4 | 7.13 | 115 | 53.0 | 7.32 |
| Hispanic origin[1] | 17 | 3 | (B) | (B) | 3 | (B) | (B) |
| **LOUISIANA** | | | | | | | |
| Total | 2,972 | 2,290 | 77.0 | 1.52 | 2,040 | 68.6 | 1.68 |
| Male | 1,394 | 1,077 | 77.3 | 2.21 | 947 | 67.9 | 2.47 |
| Female | 1,579 | 1,213 | 76.8 | 2.09 | 1,093 | 69.3 | 2.29 |
| White | 2,198 | 1,674 | 76.2 | 1.79 | 1,502 | 68.3 | 1.96 |
| Black | 721 | 593 | 82.3 | 3.39 | 515 | 71.5 | 4.01 |
| Hispanic origin[1] | 41 | 22 | (B) | (B) | 22 | (B) | (B) |
| **MAINE** | | | | | | | |
| Total | 938 | 801 | 85.4 | 1.21 | 695 | 74.1 | 1.50 |
| Male | 462 | 394 | 85.3 | 1.73 | 348 | 75.2 | 2.11 |
| Female | 476 | 407 | 85.4 | 1.70 | 348 | 73.1 | 2.14 |
| White | 922 | 792 | 85.9 | 1.20 | 690 | 74.9 | 1.50 |
| Black | 6 | 4 | (B) | (B) | 2 | (B) | (B) |
| Hispanic origin[1] | 2 | 1 | (B) | (B) | 1 | (B) | (B) |
| **MARYLAND** | | | | | | | |
| Total | 3,605 | 2,584 | 71.7 | 1.61 | 2,392 | 66.4 | 1.68 |
| Male | 1,698 | 1,192 | 70.2 | 2.38 | 1,069 | 63.0 | 2.51 |
| Female | 1,907 | 1,392 | 73.0 | 2.18 | 1,323 | 69.4 | 2.26 |
| White | 2,644 | 1,975 | 74.7 | 1.81 | 1,840 | 69.6 | 1.91 |
| Black | 797 | 530 | 66.4 | 4.33 | 480 | 60.2 | 4.49 |
| Hispanic origin[1] | 93 | 36 | (B) | (B) | 36 | (B) | (B) |

See footnotes at end of table.

26

Table 4. **Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States**—Continued

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **MASSACHUSETTS** | | | | | | | |
| Total | 4,501 | 3,262 | 72.5 | .81 | 2,960 | 65.8 | .86 |
| Male | 2,087 | 1,497 | 71.7 | 1.20 | 1,386 | 66.4 | 1.25 |
| Female | 2,414 | 1,765 | 73.1 | 1.09 | 1,574 | 65.2 | 1.18 |
| White | 4,233 | 3,141 | 74.2 | .82 | 2,854 | 67.4 | .87 |
| Black | 184 | 95 | 51.7 | 5.41 | 83 | 45.3 | 5.39 |
| Hispanic origin[1] | 124 | 28 | 22.7 | 7.17 | 18 | 14.4 | 6.01 |
| **MICHIGAN** | | | | | | | |
| Total | 6,811 | 5,078 | 74.6 | .78 | 4,486 | 65.9 | .85 |
| Male | 3,304 | 2,436 | 73.7 | 1.14 | 2,154 | 65.2 | 1.23 |
| Female | 3,507 | 2,642 | 75.3 | 1.08 | 2,332 | 66.5 | 1.18 |
| White | 5,812 | 4,374 | 75.3 | .84 | 3,882 | 66.8 | .92 |
| Black | 867 | 659 | 76.0 | 2.61 | 569 | 65.6 | 2.90 |
| Hispanic origin[1] | 111 | 58 | 52.5 | 11.08 | 48 | 43.3 | 11.00 |
| **MINNESOTA** | | | | | | | |
| Total | 3,237 | 2,789 | 86.1 | 1.20 | 2,403 | 74.2 | 1.53 |
| Male | 1,517 | 1,318 | 86.9 | 1.72 | 1,145 | 75.5 | 2.19 |
| Female | 1,721 | 1,471 | 85.5 | 1.69 | 1,258 | 73.1 | 2.12 |
| White | 3,081 | 2,688 | 87.2 | 1.19 | 2,335 | 75.8 | 1.53 |
| Black | 88 | 77 | (B) | (B) | 51 | (B) | (B) |
| Hispanic origin[1] | 56 | 7 | (B) | (B) | 5 | (B) | (B) |
| **MISSISSIPPI** | | | | | | | |
| Total | 1,839 | 1,458 | 79.3 | 1.34 | 1,226 | 66.7 | 1.55 |
| Male | 856 | 674 | 78.8 | 1.98 | 571 | 66.8 | 2.28 |
| Female | 983 | 784 | 79.7 | 1.81 | 655 | 66.6 | 2.13 |
| White | 1,230 | 986 | 80.2 | 1.61 | 854 | 69.4 | 1.86 |
| Black | 602 | 472 | 78.5 | 2.87 | 372 | 61.9 | 3.39 |
| Hispanic origin[1] | 3 | 1 | (B) | (B) | 1 | (B) | (B) |
| **MISSOURI** | | | | | | | |
| Total | 3,803 | 2,821 | 74.2 | 1.54 | 2,518 | 66.2 | 1.67 |
| Male | 1,815 | 1,277 | 70.4 | 2.33 | 1,137 | 62.6 | 2.47 |
| Female | 1,988 | 1,544 | 77.7 | 2.03 | 1,381 | 69.5 | 2.25 |
| White | 3,403 | 2,590 | 76.1 | 1.59 | 2,320 | 68.2 | 1.74 |
| Black | 325 | 199 | 61.4 | 7.11 | 172 | 52.9 | 7.29 |
| Hispanic origin[1] | 66 | 31 | (B) | (B) | 28 | (B) | (B) |
| **MONTANA** | | | | | | | |
| Total | 570 | 440 | 77.3 | 1.42 | 407 | 71.4 | 1.53 |
| Male | 282 | 214 | 76.1 | 2.06 | 193 | 68.4 | 2.24 |
| Female | 289 | 226 | 78.4 | 1.96 | 214 | 74.3 | 2.08 |
| White | 544 | 426 | 78.3 | 1.43 | 395 | 72.6 | 1.55 |
| Black | 1 | – | (B) | (B) | – | (B) | (B) |
| Hispanic origin[1] | 6 | 3 | (B) | (B) | 3 | (B) | (B) |
| **NEBRASKA** | | | | | | | |
| Total | 1,167 | 853 | 73.1 | 1.44 | 771 | 66.1 | 1.54 |
| Male | 566 | 408 | 72.2 | 2.09 | 368 | 65.1 | 2.22 |
| Female | 601 | 445 | 74.0 | 1.98 | 403 | 67.1 | 2.13 |
| White | 1,119 | 833 | 74.4 | 1.45 | 756 | 67.5 | 1.55 |
| Black | 36 | 16 | (B) | (B) | 11 | (B) | (B) |
| Hispanic origin[1] | 18 | 7 | (B) | (B) | 7 | (B) | (B) |

See footnotes at end of table.

Table 4. **Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States**—Continued

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **NEVADA** | | | | | | | |
| Total | 955 | 606 | 63.4 | 1.63 | 556 | 58.1 | 1.67 |
| Male | 484 | 298 | 61.6 | 2.31 | 271 | 55.9 | 2.36 |
| Female | 471 | 307 | 65.2 | 2.29 | 285 | 60.4 | 2.35 |
| White | 869 | 557 | 64.1 | 1.70 | 511 | 58.9 | 1.74 |
| Black | 51 | 33 | (B) | (B) | 29 | (B) | (B) |
| Hispanic origin[1] | 94 | 25 | (B) | (B) | 23 | (B) | (B) |
| **NEW HAMPSHIRE** | | | | | | | |
| Total | 853 | 596 | 69.9 | 1.73 | 551 | 64.6 | 1.81 |
| Male | 424 | 288 | 67.9 | 2.50 | 270 | 63.8 | 2.58 |
| Female | 429 | 309 | 71.9 | 2.40 | 281 | 65.4 | 2.54 |
| White | 840 | 592 | 70.5 | 1.74 | 548 | 65.2 | 1.82 |
| Black | 5 | 4 | (B) | (B) | 3 | (B) | (B) |
| Hispanic origin[1] | 1 | 1 | (B) | (B) | 1 | (B) | (B) |
| **NEW JERSEY** | | | | | | | |
| Total | 5,838 | 3,972 | 68.0 | .82 | 3,572 | 61.2 | .86 |
| Male | 2,765 | 1,841 | 66.6 | 1.21 | 1,667 | 60.3 | 1.26 |
| Female | 3,074 | 2,131 | 69.3 | 1.12 | 1,905 | 62.0 | 1.18 |
| White | 4,837 | 3,436 | 71.0 | .88 | 3,150 | 65.1 | .93 |
| Black | 769 | 482 | 62.7 | 2.85 | 381 | 49.6 | 2.95 |
| Hispanic origin[1] | 564 | 207 | 36.8 | 4.31 | 173 | 30.6 | 4.12 |
| **NEW MEXICO** | | | | | | | |
| Total | 1,079 | 724 | 67.1 | 1.59 | 675 | 62.6 | 1.64 |
| Male | 520 | 346 | 66.6 | 2.30 | 323 | 62.2 | 2.37 |
| Female | 559 | 378 | 67.6 | 2.20 | 352 | 62.9 | 2.27 |
| White | 970 | 660 | 68.0 | 1.67 | 618 | 63.8 | 1.72 |
| Black | 23 | 16 | (B) | (B) | 13 | (B) | (B) |
| Hispanic origin[1] | 334 | 190 | 56.8 | 4.73 | 172 | 51.3 | 4.78 |
| **NEW YORK** | | | | | | | |
| Total | 13,401 | 8,314 | 62.0 | .65 | 7,613 | 56.8 | .66 |
| Male | 6,308 | 3,824 | 60.6 | .96 | 3,500 | 55.5 | .97 |
| Female | 7,093 | 4,490 | 63.3 | .89 | 4,113 | 58.0 | .91 |
| White | 10,790 | 7,136 | 66.1 | .71 | 6,590 | 61.1 | .73 |
| Black | 2,052 | 1,020 | 49.7 | 2.08 | 890 | 43.4 | 2.06 |
| Hispanic origin[1] | 1,172 | 449 | 38.3 | 3.47 | 382 | 32.6 | 3.34 |
| **NORTH CAROLINA** | | | | | | | |
| Total | 4,976 | 3,418 | 68.7 | .80 | 2,986 | 60.0 | .84 |
| Male | 2,358 | 1,593 | 67.6 | 1.17 | 1,400 | 59.4 | 1.23 |
| Female | 2,619 | 1,825 | 69.7 | 1.09 | 1,587 | 60.6 | 1.16 |
| White | 3,797 | 2,688 | 70.8 | .90 | 2,368 | 62.4 | .96 |
| Black | 1,107 | 708 | 64.0 | 2.12 | 599 | 54.1 | 2.20 |
| Hispanic origin[1] | 71 | 15 | (B) | (B) | 14 | (B) | (B) |
| **NORTH DAKOTA** | | | | | | | |
| Total | 444 | 403 | 90.8 | .96 | 316 | 71.1 | 1.51 |
| Male | 209 | 188 | 90.1 | 1.46 | 149 | 71.4 | 2.20 |
| Female | 236 | 216 | 91.4 | 1.28 | 167 | 70.9 | 2.08 |
| White | 425 | 388 | 91.3 | .96 | 307 | 72.1 | 1.53 |
| Black | 2 | 1 | (B) | (B) | 1 | (B) | (B) |
| Hispanic origin[1] | 1 | – | (B) | (B) | – | (B) | (B) |

See footnotes at end of table.

Table 4. **Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States**—Continued

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **OHIO** | | | | | | | |
| Total | 8,060 | 5,611 | 69.6 | .81 | 5,187 | 64.3 | .84 |
| Male | 3,839 | 2,633 | 68.6 | 1.18 | 2,434 | 63.4 | 1.23 |
| Female | 4,221 | 2,978 | 70.5 | 1.11 | 2,752 | 65.2 | 1.16 |
| White | 7,181 | 5,052 | 70.4 | .85 | 4,682 | 65.2 | .89 |
| Black | 804 | 527 | 65.6 | 3.20 | 473 | 58.9 | 3.31 |
| Hispanic origin[1] | 58 | 29 | (B) | (B) | 28 | (B) | (B) |
| **OKLAHOMA** | | | | | | | |
| Total | 2,295 | 1,704 | 74.3 | 1.49 | 1,549 | 67.5 | 1.59 |
| Male | 1,073 | 775 | 72.2 | 2.23 | 707 | 65.8 | 2.36 |
| Female | 1,222 | 930 | 76.1 | 1.99 | 842 | 69.0 | 2.16 |
| White | 2,047 | 1,546 | 75.5 | 1.55 | 1,419 | 69.3 | 1.66 |
| Black | 143 | 94 | 65.5 | 7.84 | 75 | 52.4 | 8.24 |
| Hispanic origin[1] | 54 | 19 | (B) | (B) | 18 | (B) | (B) |
| **OREGON** | | | | | | | |
| Total | 2,206 | 1,649 | 74.7 | 1.56 | 1,525 | 69.1 | 1.66 |
| Male | 1,076 | 768 | 71.4 | 2.33 | 695 | 64.6 | 2.46 |
| Female | 1,130 | 881 | 77.9 | 2.08 | 830 | 73.4 | 2.22 |
| White | 2,103 | 1,594 | 75.8 | 1.58 | 1,482 | 70.5 | 1.68 |
| Black | 36 | 22 | (B) | (B) | 14 | (B) | (B) |
| Hispanic origin[1] | 97 | 40 | (B) | (B) | 35 | (B) | (B) |
| **PENNSYLVANNIA** | | | | | | | |
| Total | 9,170 | 5,967 | 65.1 | .82 | 5,491 | 59.9 | .84 |
| Male | 4,353 | 2,844 | 65.3 | 1.18 | 2,597 | 59.7 | 1.22 |
| Female | 4,817 | 3,123 | 64.8 | 1.13 | 2,895 | 60.1 | 1.16 |
| White | 8,257 | 5,426 | 65.7 | .86 | 5,033 | 61.0 | .88 |
| Black | 767 | 507 | 66.1 | 3.40 | 436 | 56.9 | 3.55 |
| Hispanic origin[1] | 107 | 52 | 48.5 | 12.48 | 39 | 36.5 | 12.02 |
| **RHODE ISLAND** | | | | | | | |
| Total | 757 | 560 | 74.0 | 1.64 | 522 | 69.0 | 1.73 |
| Male | 355 | 269 | 75.7 | 2.34 | 251 | 70.5 | 2.49 |
| Female | 401 | 291 | 72.5 | 2.30 | 271 | 67.6 | 2.41 |
| White | 716 | 544 | 76.0 | 1.64 | 510 | 71.2 | 1.74 |
| Black | 28 | 13 | (B) | (B) | 9 | (B) | (B) |
| Hispanic origin[1] | 23 | 6 | (B) | (B) | 6 | (B) | (B) |
| **SOUTH CAROLINA** | | | | | | | |
| Total | 2,580 | 1,730 | 67.0 | 1.45 | 1,496 | 58.0 | 1.52 |
| Male | 1,188 | 789 | 66.4 | 2.14 | 673 | 56.7 | 2.25 |
| Female | 1,392 | 941 | 67.6 | 1.96 | 822 | 59.1 | 2.06 |
| White | 1,842 | 1,274 | 69.2 | 1.68 | 1,134 | 61.6 | 1.77 |
| Black | 693 | 430 | 62.0 | 3.49 | 338 | 48.8 | 3.59 |
| Hispanic origin[1] | 21 | 8 | (B) | (B) | 8 | (B) | (B) |
| **SOUTH DAKOTA** | | | | | | | |
| Total | 500 | 401 | 80.1 | 1.24 | 351 | 70.2 | 1.42 |
| Male | 244 | 192 | 78.7 | 1.82 | 171 | 69.9 | 2.04 |
| Female | 256 | 208 | 81.5 | 1.69 | 180 | 70.6 | 1.98 |
| White | 474 | 385 | 81.2 | 1.25 | 338 | 71.4 | 1.44 |
| Black | – | – | (B) | (B) | – | (B) | (B) |
| Hispanic origin[1] | 1 | 1 | (B) | (B) | 1 | (B) | (B) |

See footnotes at end of table.

Table 4. **Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States—**
Continued

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **TENNESSEE** | | | | | | | |
| Total | 3,714 | 2,413 | 65.0 | 1.54 | 2,065 | 55.6 | 1.60 |
| Male | 1,689 | 1,094 | 64.8 | 2.28 | 966 | 57.2 | 2.37 |
| Female | 2,024 | 1,318 | 65.1 | 2.08 | 1,099 | 54.3 | 2.18 |
| White | 3,132 | 1,986 | 63.4 | 1.69 | 1,718 | 54.8 | 1.75 |
| Black | 529 | 409 | 77.4 | 4.32 | 332 | 62.9 | 5.00 |
| Hispanic origin[1] | 22 | 2 | (B) | (B) | 2 | (B) | (B) |
| **TEXAS** | | | | | | | |
| Total | 12,267 | 7,956 | 64.9 | .84 | 6,817 | 55.6 | .87 |
| Male | 5,933 | 3,752 | 63.2 | 1.22 | 3,236 | 54.5 | 1.26 |
| Female | 6,334 | 4,204 | 66.4 | 1.16 | 3,582 | 56.5 | 1.21 |
| White | 10,597 | 7,001 | 66.1 | .90 | 6,066 | 57.2 | .94 |
| Black | 1,361 | 864 | 63.5 | 3.07 | 682 | 50.1 | 3.19 |
| Hispanic origin[1] | 2,806 | 1,203 | 42.9 | 2.86 | 927 | 33.1 | 2.71 |
| **UTAH** | | | | | | | |
| Total | 1,097 | 865 | 78.8 | 1.45 | 793 | 72.3 | 1.59 |
| Male | 523 | 406 | 77.7 | 2.14 | 374 | 71.5 | 2.32 |
| Female | 575 | 459 | 79.8 | 1.97 | 419 | 72.9 | 2.18 |
| White | 1,068 | 847 | 79.3 | 1.46 | 779 | 73.0 | 1.60 |
| Black | 9 | 7 | (B) | (B) | 4 | (B) | (B) |
| Hispanic origin[1] | 31 | 16 | (B) | (B) | 14 | (B) | (B) |
| **VERMONT** | | | | | | | |
| Total | 443 | 337 | 76.1 | 1.59 | 304 | 68.6 | 1.73 |
| Male | 217 | 166 | 76.4 | 2.26 | 146 | 67.4 | 2.49 |
| Female | 226 | 171 | 75.9 | 2.23 | 158 | 69.8 | 2.39 |
| White | 440 | 335 | 76.2 | 1.59 | 302 | 68.7 | 1.73 |
| Black | – | – | (B) | (B) | – | (B) | (B) |
| Hispanic origin[1] | 3 | 2 | (B) | (B) | 2 | (B) | (B) |
| **VIRGINIA** | | | | | | | |
| Total | 4,585 | 2,999 | 65.4 | 1.44 | 2,805 | 61.2 | 1.47 |
| Male | 2,143 | 1,410 | 65.8 | 2.10 | 1,330 | 62.0 | 2.15 |
| Female | 2,442 | 1,589 | 65.1 | 1.97 | 1,476 | 60.4 | 2.03 |
| White | 3,628 | 2,439 | 67.2 | 1.59 | 2,300 | 63.4 | 1.64 |
| Black | 799 | 516 | 64.5 | 4.19 | 472 | 59.0 | 4.31 |
| Hispanic origin[1] | 85 | 27 | (B) | (B) | 27 | (B) | (B) |
| **WASHINGTON** | | | | | | | |
| Total | 3,699 | 2,645 | 71.5 | 1.51 | 2,453 | 66.3 | 1.58 |
| Male | 1,817 | 1,262 | 69.4 | 2.20 | 1,159 | 63.8 | 2.29 |
| Female | 1,882 | 1,384 | 73.5 | 2.07 | 1,293 | 68.7 | 2.17 |
| White | 3,366 | 2,510 | 74.6 | 1.53 | 2,331 | 69.2 | 1.62 |
| Black | 132 | 51 | 38.4 | 10.41 | 41 | 31.2 | 9.91 |
| Hispanic origin[1] | 42 | 18 | (B) | (B) | 13 | (B) | (B) |
| **WEST VIRGINIA** | | | | | | | |
| Total | 1,367 | 888 | 64.9 | 1.61 | 784 | 57.3 | 1.67 |
| Male | 652 | 418 | 64.1 | 2.34 | 372 | 57.0 | 2.42 |
| Female | 715 | 470 | 65.7 | 2.22 | 412 | 57.6 | 2.31 |
| White | 1,317 | 856 | 65.0 | 1.64 | 758 | 57.6 | 1.70 |
| Black | 43 | 28 | (B) | (B) | 21 | (B) | (B) |
| Hispanic origin[1] | 4 | 3 | (B) | (B) | 2 | (B) | (B) |

See footnotes at end of table.

Table 4. **Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States—Continued**

(November 1992. Numbers in thousands. For meaning of symbols, see text)

| State, sex, race, and Hispanic origin | All persons | Total registered | Percent | Standard error | Total voted | Percent | Standard error |
|---|---|---|---|---|---|---|---|
| **WISCONSIN** | | | | | | | |
| Total | 3,611 | 3,048 | 84.4 | 1.16 | 2,720 | 75.3 | 1.38 |
| Male | 1,758 | 1,475 | 83.9 | 1.69 | 1,297 | 73.8 | 2.02 |
| Female | 1,853 | 1,573 | 84.9 | 1.60 | 1,424 | 76.8 | 1.88 |
| White | 3,405 | 2,898 | 85.1 | 1.17 | 2,616 | 76.8 | 1.39 |
| Black | 126 | 110 | 87.5 | 6.87 | 74 | 59.2 | 10.20 |
| Hispanic origin[1] | 42 | 18 | (B) | (B) | 12 | (B) | (B) |
| **WYOMING** | | | | | | | |
| Total | 331 | 225 | 68.1 | 1.86 | 213 | 64.2 | 1.92 |
| Male | 165 | 106 | 64.3 | 2.71 | 98 | 59.4 | 2.78 |
| Female | 166 | 119 | 71.9 | 2.54 | 115 | 68.9 | 2.61 |
| White | 325 | 224 | 68.9 | 1.87 | 212 | 65.1 | 1.92 |
| Black | 1 | – | (B) | (B) | – | (B) | (B) |
| Hispanic origin[1] | 12 | 6 | (B) | (B) | 6 | (B) | (B) |

[1]Persons of Hispanic origin may be of any race.