# EXHIBIT E

```
TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994

Source:  U.S. Bureau of the Census
Release date:  June 4, 1996
```

| | ALL PERSONS | REPORTED REGISTERED | | | REPORTED VOTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
| **TOTAL** | | | | | | | |
| TOTAL . . . . . . . . | 190267 | 118994 | 62.5 | .19 | 85702 | 45.0 | .20 |
| MALE. . . . . . . . . | 91006 | 55737 | 61.2 | .28 | 40716 | 44.7 | .29 |
| FEMALE. . . . . . . . | 99260 | 63257 | 63.7 | .26 | 44986 | 45.3 | .27 |
| WHITE . . . . . . . . | 160317 | 103614 | 64.6 | .21 | 75769 | 47.3 | .22 |
| BLACK . . . . . . . . | 21799 | 12762 | 58.5 | .70 | 8095 | 37.1 | .69 |
| HISPANIC ORIGIN . . . . | 17476 | 5473 | 31.3 | .96 | 3522 | 20.2 | .83 |
| **ALABAMA** | | | | | | | |
| TOTAL . . . . . . . . | 3136 | 2212 | 70.6 | 1.51 | 1436 | 45.8 | 1.65 |
| MALE. . . . . . . . . | 1427 | 1025 | 71.8 | 2.21 | 676 | 47.4 | 2.45 |
| FEMALE. . . . . . . . | 1708 | 1187 | 69.5 | 2.07 | 759 | 44.5 | 2.23 |
| WHITE . . . . . . . . | 2256 | 1654 | 73.3 | 1.73 | 1106 | 49.0 | 1.95 |
| BLACK . . . . . . . . | 839 | 557 | 66.3 | 3.67 | 328 | 39.1 | 3.78 |
| HISPANIC ORIGIN . . . . | 38 | 8 | 21.6 | 19.60 | 6 | 17.0 | 17.86 |
| **ALASKA** | | | | | | | |
| TOTAL . . . . . . . . | 393 | 283 | 72.0 | 1.42 | 233 | 59.4 | 1.56 |
| MALE. . . . . . . . . | 191 | 136 | 71.2 | 2.06 | 111 | 58.1 | 2.24 |
| FEMALE. . . . . . . . | 202 | 147 | 72.8 | 1.97 | 122 | 60.7 | 2.16 |
| WHITE . . . . . . . . | 317 | 236 | 74.4 | 1.54 | 198 | 62.5 | 1.71 |
| BLACK . . . . . . . . | 15 | 7 | 44.9 | 9.78 | 4 | 26.3 | 8.65 |
| HISPANIC ORIGIN . . . . | 11 | 5 | 47.2 | 15.17 | 4 | 36.8 | 14.65 |
| **ARIZONA** | | | | | | | |
| TOTAL . . . . . . . . | 2971 | 1683 | 56.6 | 1.62 | 1245 | 41.9 | 1.61 |
| MALE. . . . . . . . . | 1443 | 805 | 55.8 | 2.33 | 586 | 40.6 | 2.30 |
| FEMALE. . . . . . . . | 1528 | 878 | 57.4 | 2.26 | 659 | 43.2 | 2.26 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE . . . . . . . . . | 2730 | 1597 | 58.5 | 1.68 | 1190 | 43.6 | 1.69 |
| BLACK . . . . . . . . . | 74 | 35 | 47.7 | 12.57 | 29 | 39.2 | 12.28 |
| HISPANIC ORIGIN . . . . | 560 | 175 | 31.2 | 5.48 | 122 | 21.9 | 4.89 |

ARKANSAS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 1801 | 1081 | 60.0 | 1.63 | 750 | 41.7 | 1.64 |
| MALE. . . . . . . . . | 862 | 488 | 56.6 | 2.39 | 354 | 41.0 | 2.37 |
| FEMALE. . . . . . . . | 939 | 593 | 63.2 | 2.22 | 397 | 42.3 | 2.28 |
| WHITE . . . . . . . . | 1499 | 914 | 61.0 | 1.78 | 645 | 43.1 | 1.81 |
| BLACK . . . . . . . . | 275 | 154 | 56.0 | 5.12 | 95 | 34.5 | 4.90 |
| HISPANIC ORIGIN . . . . | 26 | 5 | 21.0 | 17.82 | 5 | 21.0 | 17.82 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                     ****************
                     *    B-CELL    *
                     ****************
```

TOTAL

| | |
|---|---|
| TOTAL . . . . . . . . | 3011 |
| MALE. . . . . . . . . | 3011 |
| FEMALE. . . . . . . . | 3011 |
| WHITE . . . . . . . . | 3011 |
| BLACK . . . . . . . . | 4408 |
| HISPANIC ORIGIN . . . . | 7428 |

ALABAMA

| | |
|---|---|
| TOTAL . . . . . . . . | 3448 |
| MALE. . . . . . . . . | 3448 |
| FEMALE. . . . . . . . | 3448 |
| WHITE . . . . . . . . | 3448 |
| BLACK . . . . . . . . | 5048 |
| HISPANIC ORIGIN . . . . | 8506 |

ALASKA

| | |
|---|---|
| TOTAL . . . . . . . . | 394 |
| MALE. . . . . . . . . | 394 |
| FEMALE. . . . . . . . | 394 |
| WHITE . . . . . . . . | 394 |

```
BLACK . . . . . . . . .        577
HISPANIC ORIGIN . . . .        972

ARIZONA

TOTAL . . . . . . . .         3179
MALE. . . . . . . . .         3179
FEMALE. . . . . . . .         3179

WHITE . . . . . . . .         3179
BLACK . . . . . . . . .       4655
HISPANIC ORIGIN . . . .       7844

ARKANSAS

TOTAL . . . . . . . .         1997
MALE. . . . . . . . .         1997
FEMALE. . . . . . . .         1997

WHITE . . . . . . . .         1997
BLACK . . . . . . . . .       2923
HISPANIC ORIGIN . . . .       4926
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | | REPORTED REGISTERED | | | | REPORTED VOTED | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | | TOTAL VOTED | PERCENT | | STANDARD ERROR |
| **CALIFORNIA** | | | | | | | | | |
| TOTAL . . . . . . . . | 22639 | 12544 | 55.4 | .64 | | 10417 | 46.0 | | .64 |
| MALE. . . . . . . . . | 10969 | 5876 | 53.6 | .92 | | 4895 | 44.6 | | .92 |
| FEMALE. . . . . . . . | 11670 | 6668 | 57.1 | .89 | | 5522 | 47.3 | | .90 |
| WHITE . . . . . . . . | 18799 | 10978 | 58.4 | .70 | | 9223 | 49.1 | | .71 |
| BLACK . . . . . . . . . | 1237 | 742 | 60.0 | 3.27 | | 540 | 43.7 | | 3.31 |
| HISPANIC ORIGIN . . . . | 5736 | 1427 | 24.9 | 1.74 | | 1183 | 20.6 | | 1.63 |
| **COLORADO** | | | | | | | | | |
| TOTAL . . . . . . . . | 2703 | 1743 | 64.5 | 1.64 | | 1256 | 46.5 | | 1.71 |
| MALE. . . . . . . . . | 1360 | 839 | 61.7 | 2.35 | | 646 | 47.5 | | 2.41 |
| FEMALE. . . . . . . . | 1343 | 904 | 67.3 | 2.28 | | 610 | 45.4 | | 2.42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE . . . . . . . . | 2417 | 1612 | 66.7 | 1.71 | 1172 | 48.5 | 1.81 |
| BLACK . . . . . . . . | 143 | 78 | 54.2 | 8.98 | 52 | 35.9 | 8.64 |
| HISPANIC ORIGIN . . . . | 259 | 94 | 36.3 | 8.37 | 45 | 17.2 | 6.56 |

CONNECTICUT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 2431 | 1679 | 69.0 | 1.78 | 1263 | 51.9 | 1.92 |
| MALE. . . . . . . . . | 1144 | 753 | 65.8 | 2.66 | 597 | 52.2 | 2.80 |
| FEMALE. . . . . . . . | 1287 | 925 | 71.9 | 2.38 | 665 | 51.7 | 2.64 |
| | | | | | | | |
| WHITE . . . . . . . . | 2219 | 1572 | 70.8 | 1.83 | 1191 | 53.7 | 2.01 |
| BLACK . . . . . . . . | 167 | 94 | 56.5 | 8.81 | 59 | 35.3 | 8.49 |
| HISPANIC ORIGIN . . . . | 162 | 78 | 48.1 | 11.71 | 44 | 27.1 | 10.41 |

DELAWARE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 528 | 311 | 58.9 | 1.80 | 218 | 41.4 | 1.80 |
| MALE. . . . . . . . . | 251 | 148 | 58.8 | 2.61 | 104 | 41.4 | 2.61 |
| FEMALE. . . . . . . . | 276 | 163 | 59.0 | 2.48 | 114 | 41.4 | 2.49 |
| | | | | | | | |
| WHITE . . . . . . . . | 422 | 257 | 60.9 | 1.99 | 189 | 44.8 | 2.03 |
| BLACK . . . . . . . . | 91 | 46 | 50.7 | 5.33 | 24 | 27.0 | 4.73 |
| HISPANIC ORIGIN . . . . | 16 | 4 | 26.8 | 14.45 | 3 | 20.0 | 13.05 |

DISTRICT OF COLUMBIA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 440 | 298 | 67.6 | 1.86 | 247 | 56.1 | 1.97 |
| MALE. . . . . . . . . | 204 | 131 | 64.3 | 2.80 | 106 | 52.1 | 2.92 |
| FEMALE. . . . . . . . | 236 | 167 | 70.5 | 2.47 | 141 | 59.4 | 2.66 |
| | | | | | | | |
| WHITE . . . . . . . . | 159 | 101 | 63.6 | 3.18 | 85 | 53.6 | 3.30 |
| BLACK . . . . . . . . | 266 | 194 | 73.1 | 2.74 | 160 | 60.1 | 3.03 |
| HISPANIC ORIGIN . . . . | 33 | 8 | 24.8 | 9.79 | 5 | 16.0 | 8.30 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                    ****************
                    *   B-CELL    *
                    ****************
```

CALIFORNIA

| | |
|---|---|
| TOTAL . . . . . . . . | 3765 |
| MALE. . . . . . . . . | 3765 |
| FEMALE. . . . . . . . | 3765 |
| | |
| WHITE . . . . . . . . | 3765 |
| BLACK . . . . . . . . | 5512 |

```
HISPANIC ORIGIN . . . .        9289

COLORADO

TOTAL . . . . . . . .          3178
MALE. . . . . . . . .          3178
FEMALE. . . . . . . .          3178

WHITE . . . . . . . .          3178
BLACK . . . . . . . .          4653
HISPANIC ORIGIN . . . .        7841

CONNECTICUT

TOTAL . . . . . . . .          3601
MALE. . . . . . . . .          3601
FEMALE. . . . . . . .          3601

WHITE . . . . . . . .          3601
BLACK . . . . . . . .          5272
HISPANIC ORIGIN . . . .        8883

DELAWARE

TOTAL . . . . . . . .           705
MALE. . . . . . . . .           705
FEMALE. . . . . . . .           705

WHITE . . . . . . . .           705
BLACK . . . . . . . .          1032
HISPANIC ORIGIN . . . .        1740

DISTRICT OF COLUMBIA

TOTAL . . . . . . . .           695
MALE. . . . . . . . .           695
FEMALE. . . . . . . .           695

WHITE . . . . . . . .           695
BLACK . . . . . . . .          1018
HISPANIC ORIGIN . . . .        1715
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                     **********************************************************************************
                     *              *              REPORTED REGISTERED              *              REPORTED VOTED              *
                     *              **********************************************************************************
```

| | * | ALL | * | TOTAL | * | | * | STANDARD | * | TOTAL | * | | * | STANDARD | * |
|---|---|-----|---|-------|---|---------|---|----------|---|-------|---|---------|---|----------|---|
| | * | PERSONS | * | REGISTERED | * | PERCENT | * | ERROR | * | VOTED | * | PERCENT | * | ERROR | * |

**FLORIDA**

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 10582 | 6002 | 56.7 | .79 | 4601 | 43.5 | .79 |
| MALE. . . . . . . . | 4961 | 2759 | 55.6 | 1.16 | 2168 | 43.7 | 1.16 |
| FEMALE. . . . . . . | 5621 | 3243 | 57.7 | 1.08 | 2432 | 43.3 | 1.09 |
| WHITE . . . . . . . | 8997 | 5298 | 58.9 | .85 | 4160 | 46.2 | .86 |
| BLACK . . . . . . . | 1327 | 633 | 47.7 | 2.72 | 398 | 30.0 | 2.50 |
| HISPANIC ORIGIN . . . . | 1690 | 463 | 27.4 | 2.80 | 340 | 20.1 | 2.52 |

**GEORGIA**

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 5105 | 2819 | 55.2 | 1.61 | 1822 | 35.7 | 1.55 |
| MALE. . . . . . . . | 2416 | 1264 | 52.3 | 2.36 | 824 | 34.1 | 2.24 |
| FEMALE. . . . . . . | 2689 | 1555 | 57.8 | 2.21 | 998 | 37.1 | 2.16 |
| WHITE . . . . . . . | 3664 | 2031 | 55.4 | 1.90 | 1402 | 38.3 | 1.86 |
| BLACK . . . . . . . | 1345 | 775 | 57.6 | 3.78 | 415 | 30.9 | 3.53 |
| HISPANIC ORIGIN . . . . | 105 | 20 | 19.2 | 14.00 | 19 | 17.8 | 13.60 |

**HAWAII**

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 833 | 438 | 52.6 | 1.78 | 391 | 46.9 | 1.78 |
| MALE. . . . . . . . | 383 | 202 | 52.6 | 2.62 | 185 | 48.3 | 2.63 |
| FEMALE. . . . . . . | 450 | 237 | 52.6 | 2.42 | 206 | 45.7 | 2.41 |
| WHITE . . . . . . . | 301 | 175 | 58.2 | 2.92 | 156 | 51.9 | 2.96 |
| BLACK . . . . . . . | 7 | 3 | 39.1 | 23.09 | 1 | 16.7 | 17.67 |
| HISPANIC ORIGIN . . . . | 14 | 5 | 33.1 | 20.14 | 3 | 19.3 | 16.88 |

**IDAHO**

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 798 | 504 | 63.1 | 1.51 | 405 | 50.7 | 1.57 |
| MALE. . . . . . . . | 396 | 245 | 61.9 | 2.16 | 198 | 49.9 | 2.23 |
| FEMALE. . . . . . . | 402 | 259 | 64.3 | 2.12 | 207 | 51.5 | 2.21 |
| WHITE . . . . . . . | 779 | 495 | 63.5 | 1.53 | 399 | 51.2 | 1.59 |
| BLACK . . . . . . . | 4 | 1 | 35.1 | 26.75 | 0 | 0.0 | .00 |
| HISPANIC ORIGIN . . . . | 32 | 10 | 30.5 | 11.29 | 8 | 24.4 | 10.53 |

**ILLINOIS**

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 8561 | 5434 | 63.5 | .87 | 3685 | 43.0 | .89 |
| MALE. . . . . . . . | 4076 | 2514 | 61.7 | 1.27 | 1747 | 42.9 | 1.30 |
| FEMALE. . . . . . . | 4485 | 2921 | 65.1 | 1.19 | 1938 | 43.2 | 1.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WHITE . . . . . . . . | 6916 | 4473 | 64.7 | .96 | 3068 | 44.4 | 1.00 |
| BLACK . . . . . . . . | 1267 | 900 | 71.0 | 2.58 | 581 | 45.8 | 2.83 |
| HISPANIC ORIGIN . . . . | 685 | 186 | 27.1 | 4.46 | 125 | 18.3 | 3.88 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                    ****************
                    *   B-CELL    *
                    ****************
```

FLORIDA

| | |
|---|---|
| TOTAL . . . . . . . . | 2697 |
| MALE. . . . . . . . . | 2697 |
| FEMALE. . . . . . . . | 2697 |
| | |
| WHITE . . . . . . . . | 2697 |
| BLACK . . . . . . . . | 3948 |
| HISPANIC ORIGIN . . . . | 6653 |

GEORGIA

| | |
|---|---|
| TOTAL . . . . . . . . | 5371 |
| MALE. . . . . . . . . | 5371 |
| FEMALE. . . . . . . . | 5371 |
| | |
| WHITE . . . . . . . . | 5371 |
| BLACK . . . . . . . . | 7864 |
| HISPANIC ORIGIN . . . . | 13251 |

HAWAII

| | |
|---|---|
| TOTAL . . . . . . . . | 1057 |
| MALE. . . . . . . . . | 1057 |
| FEMALE. . . . . . . . | 1057 |
| | |
| WHITE . . . . . . . . | 1057 |
| BLACK . . . . . . . . | 1547 |
| HISPANIC ORIGIN . . . . | 2608 |

IDAHO

| | |
|---|---|
| TOTAL . . . . . . . . | 785 |
| MALE. . . . . . . . . | 785 |
| FEMALE. . . . . . . . | 785 |
| | |
| WHITE . . . . . . . . | 785 |
| BLACK . . . . . . . . | 1149 |

```
HISPANIC ORIGIN . . . .        1936

ILLINOIS

TOTAL . . . . . . . .          2795
MALE. . . . . . . . .          2795
FEMALE. . . . . . . .          2795

WHITE . . . . . . . .          2795
BLACK . . . . . . . .          4092
HISPANIC ORIGIN . . . .        6895
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | | REPORTED REGISTERED | | | | REPORTED VOTED | | |
|---|---|---|---|---|---|---|---|---|
| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | | PERCENT | STANDARD ERROR |
| **INDIANA** | | | | | | | | |
| TOTAL . . . . . . . . | 4191 | 2329 | 55.6 | 1.74 | 1620 | | 38.7 | 1.70 |
| MALE. . . . . . . . . | 2060 | 1118 | 54.3 | 2.48 | 781 | | 37.9 | 2.42 |
| FEMALE. . . . . . . . | 2131 | 1211 | 56.8 | 2.43 | 839 | | 39.4 | 2.40 |
| WHITE . . . . . . . . | 3828 | 2198 | 57.4 | 1.81 | 1532 | | 40.0 | 1.79 |
| BLACK . . . . . . . . | 306 | 112 | 36.7 | 7.55 | 76 | | 24.9 | 6.77 |
| HISPANIC ORIGIN . . . . | 65 | 25 | 38.5 | 21.44 | 10 | | 14.6 | 15.54 |
| **IOWA** | | | | | | | | |
| TOTAL . . . . . . . . | 2059 | 1475 | 71.7 | 1.50 | 1080 | | 52.5 | 1.66 |
| MALE. . . . . . . . . | 1015 | 693 | 68.2 | 2.21 | 502 | | 49.4 | 2.37 |
| FEMALE. . . . . . . . | 1044 | 783 | 75.0 | 2.02 | 579 | | 55.4 | 2.32 |
| WHITE . . . . . . . . | 1965 | 1441 | 73.3 | 1.51 | 1061 | | 54.0 | 1.70 |
| BLACK . . . . . . . . | 41 | 23 | 56.0 | 14.08 | 15 | | 35.7 | 13.60 |
| HISPANIC ORIGIN . . . . | 17 | 13 | 79.5 | 23.27 | 7 | | 41.9 | 28.46 |
| **KANSAS** | | | | | | | | |
| TOTAL . . . . . . . . | 1798 | 1180 | 65.6 | 1.58 | 912 | | 50.7 | 1.67 |
| MALE. . . . . . . . . | 870 | 556 | 63.9 | 2.30 | 447 | | 51.4 | 2.40 |
| FEMALE. . . . . . . . | 929 | 624 | 67.2 | 2.18 | 465 | | 50.1 | 2.32 |
| WHITE . . . . . . . . | 1644 | 1119 | 68.0 | 1.63 | 879 | | 53.5 | 1.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BLACK . . . . . . . . | 103 | 44 | 42.4 | 8.33 | 25 | 23.9 | 7.19 |
| HISPANIC ORIGIN . . . . | 46 | 27 | 58.3 | 16.23 | 19 | 41.6 | 16.22 |

KENTUCKY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 2807 | 1756 | 62.6 | 1.63 | 972 | 34.6 | 1.60 |
| MALE. . . . . . . . . | 1328 | 841 | 63.3 | 2.36 | 515 | 38.8 | 2.39 |
| FEMALE. . . . . . . . | 1478 | 916 | 61.9 | 2.25 | 457 | 30.9 | 2.15 |
| WHITE . . . . . . . . | 2596 | 1648 | 63.5 | 1.69 | 916 | 35.3 | 1.67 |
| BLACK . . . . . . . . | 174 | 91 | 52.4 | 8.19 | 43 | 24.9 | 7.09 |
| HISPANIC ORIGIN . . . . | 16 | 9 | 54.3 | 35.21 | 6 | 40.0 | 34.63 |

LOUISIANA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 3013 | 2126 | 70.6 | 1.64 | 1031 | 34.2 | 1.70 |
| MALE. . . . . . . . . | 1433 | 1002 | 69.9 | 2.39 | 481 | 33.5 | 2.46 |
| FEMALE. . . . . . . . | 1580 | 1124 | 71.2 | 2.25 | 551 | 34.9 | 2.36 |
| WHITE . . . . . . . . | 2091 | 1521 | 72.7 | 1.92 | 745 | 35.6 | 2.07 |
| BLACK . . . . . . . . | 908 | 597 | 65.7 | 3.76 | 281 | 30.9 | 3.66 |
| HISPANIC ORIGIN . . . . | 61 | 32 | 52.4 | 19.73 | 15 | 24.7 | 17.03 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                  ****************
                  *   B-CELL   *
                  ****************
```

INDIANA

| | |
|---|---|
| TOTAL . . . . . . . . | 5126 |
| MALE. . . . . . . . . | 5126 |
| FEMALE. . . . . . . . | 5126 |
| WHITE . . . . . . . . | 5126 |
| BLACK . . . . . . . . | 7504 |
| HISPANIC ORIGIN . . . . | 12645 |

IOWA

| | |
|---|---|
| TOTAL . . . . . . . . | 2278 |
| MALE. . . . . . . . . | 2278 |
| FEMALE. . . . . . . . | 2278 |
| WHITE . . . . . . . . | 2278 |
| BLACK . . . . . . . . | 3335 |
| HISPANIC ORIGIN . . . . | 5619 |

KANSAS

```
TOTAL . . . . . . . . .       1999
MALE. . . . . . . . . .       1999
FEMALE. . . . . . . . .       1999

WHITE . . . . . . . . .       1999
BLACK . . . . . . . . .       2927
HISPANIC ORIGIN . . . .       4933
```

KENTUCKY

```
TOTAL . . . . . . . . .       3186
MALE. . . . . . . . . .       3186
FEMALE. . . . . . . . .       3186

WHITE . . . . . . . . .       3186
BLACK . . . . . . . . .       4664
HISPANIC ORIGIN . . . .       7859
```

LOUISIANA

```
TOTAL . . . . . . . . .       3891
MALE. . . . . . . . . .       3891
FEMALE. . . . . . . . .       3891

WHITE . . . . . . . . .       3891
BLACK . . . . . . . . .       5696
HISPANIC ORIGIN . . . .       9598
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | | | REPORTED REGISTERED | | | | REPORTED VOTED | | |
|---|---|---|---|---|---|---|---|---|---|
| | ALL PERSONS | | TOTAL REGISTERED | | PERCENT | STANDARD ERROR | TOTAL VOTED | | PERCENT | STANDARD ERROR |

MAINE

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . . | 909 | 743 | 81.8 | 1.35 | 530 | 58.3 | 1.72 |
| MALE. . . . . . . . . . | 435 | 354 | 81.3 | 1.97 | 258 | 59.3 | 2.48 |
| FEMALE. . . . . . . . . | 474 | 389 | 82.2 | 1.85 | 271 | 57.3 | 2.39 |
| WHITE . . . . . . . . . | 895 | 737 | 82.3 | 1.34 | 527 | 58.9 | 1.73 |
| BLACK . . . . . . . . . | 1 | 0 | 0.0 | .00 | 0 | 0.0 | .00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HISPANIC ORIGIN . . . . | 4 | 2 | 57.7 | 42.58 | 1 | 36.4 | 41.47 |
| **MARYLAND** | | | | | | | |
| TOTAL . . . . . . . . . | 3726 | 2369 | 63.6 | 1.69 | 1749 | 46.9 | 1.75 |
| MALE . . . . . . . . . | 1715 | 1063 | 62.0 | 2.51 | 811 | 47.3 | 2.58 |
| FEMALE. . . . . . . . | 2011 | 1305 | 64.9 | 2.28 | 938 | 46.6 | 2.38 |
| WHITE . . . . . . . . | 2659 | 1720 | 64.7 | 1.98 | 1324 | 49.8 | 2.08 |
| BLACK . . . . . . . . | 948 | 613 | 64.7 | 4.02 | 405 | 42.7 | 4.16 |
| HISPANIC ORIGIN . . . . | 71 | 16 | 23.0 | 16.78 | 12 | 17.6 | 15.17 |
| **MASSACHUSETTS** | | | | | | | |
| TOTAL . . . . . . . . . | 4532 | 2993 | 66.0 | .85 | 2351 | 51.9 | .90 |
| MALE . . . . . . . . . | 2135 | 1374 | 64.4 | 1.26 | 1091 | 51.1 | 1.31 |
| FEMALE. . . . . . . . | 2397 | 1619 | 67.5 | 1.16 | 1260 | 52.6 | 1.24 |
| WHITE . . . . . . . . | 4179 | 2842 | 68.0 | .88 | 2235 | 53.5 | .94 |
| BLACK . . . . . . . . | 214 | 120 | 56.2 | 4.98 | 94 | 43.9 | 4.98 |
| HISPANIC ORIGIN . . . . | 128 | 28 | 21.8 | 6.95 | 16 | 12.8 | 5.62 |
| **MICHIGAN** | | | | | | | |
| TOTAL . . . . . . . . . | 6921 | 5112 | 73.9 | .79 | 3623 | 52.3 | .89 |
| MALE . . . . . . . . . | 3317 | 2393 | 72.1 | 1.16 | 1699 | 51.2 | 1.29 |
| FEMALE. . . . . . . . | 3605 | 2719 | 75.4 | 1.07 | 1924 | 53.4 | 1.24 |
| WHITE . . . . . . . . | 5801 | 4358 | 75.1 | .84 | 3077 | 53.0 | .97 |
| BLACK . . . . . . . . | 971 | 702 | 72.2 | 2.58 | 514 | 52.9 | 2.88 |
| HISPANIC ORIGIN . . . . | 110 | 58 | 52.5 | 11.11 | 38 | 34.1 | 10.55 |
| **MINNESOTA** | | | | | | | |
| TOTAL . . . . . . . . . | 3296 | 2677 | 81.2 | 1.35 | 1929 | 58.5 | 1.70 |
| MALE . . . . . . . . . | 1591 | 1294 | 81.3 | 1.94 | 925 | 58.1 | 2.45 |
| FEMALE. . . . . . . . | 1705 | 1383 | 81.1 | 1.88 | 1003 | 58.8 | 2.36 |
| WHITE . . . . . . . . | 3154 | 2583 | 81.9 | 1.36 | 1884 | 59.7 | 1.73 |
| BLACK . . . . . . . . | 99 | 62 | 62.1 | 11.69 | 26 | 26.0 | 10.57 |
| HISPANIC ORIGIN . . . . | 42 | 16 | 38.9 | 23.59 | 5 | 12.2 | 15.82 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
****************
*   B-CELL   *
****************
```

MAINE

```
TOTAL . . . . . . . . .          1105
MALE. . . . . . . . . .          1105
FEMALE. . . . . . . . .          1105

WHITE . . . . . . . . .          1105
BLACK . . . . . . . . .          1617
HISPANIC ORIGIN . . . .          2725
```

MARYLAND

```
TOTAL . . . . . . . . .          4582
MALE. . . . . . . . . .          4582
FEMALE. . . . . . . . .          4582

WHITE . . . . . . . . .          4582
BLACK . . . . . . . . .          6708
HISPANIC ORIGIN . . . .         11303
```

MASSACHUSETTS

```
TOTAL . . . . . . . . .          1472
MALE. . . . . . . . . .          1472
FEMALE. . . . . . . . .          1472

WHITE . . . . . . . . .          1472
BLACK . . . . . . . . .          2155
HISPANIC ORIGIN . . . .          3632
```

MICHIGAN

```
TOTAL . . . . . . . . .          2210
MALE. . . . . . . . . .          2210
FEMALE. . . . . . . . .          2210

WHITE . . . . . . . . .          2210
BLACK . . . . . . . . .          3235
HISPANIC ORIGIN . . . .          5451
```

MINNESOTA

```
TOTAL . . . . . . . . .          3938
MALE. . . . . . . . . .          3938
FEMALE. . . . . . . . .          3938

WHITE . . . . . . . . .          3938
BLACK . . . . . . . . .          5766
HISPANIC ORIGIN . . . .          9716
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | ALL PERSONS | REPORTED REGISTERED | | | REPORTED VOTED | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
| **MISSISSIPPI** | | | | | | | |
| TOTAL . . . . . . . . | 1863 | 1353 | 72.6 | 1.46 | 826 | 44.3 | 1.63 |
| MALE. . . . . . . . . | 860 | 617 | 71.7 | 2.17 | 404 | 47.0 | 2.41 |
| FEMALE. . . . . . . . | 1003 | 736 | 73.4 | 1.97 | 422 | 42.0 | 2.20 |
| WHITE . . . . . . . . | 1114 | 831 | 74.6 | 1.84 | 514 | 46.2 | 2.11 |
| BLACK . . . . . . . . | 738 | 516 | 69.9 | 2.89 | 308 | 41.7 | 3.11 |
| HISPANIC ORIGIN . . . . | 6 | 2 | 24.4 | 37.94 | 2 | 24.4 | 37.94 |
| MISSOURI | | | | | | | |
| TOTAL . . . . . . . . | 3797 | 2748 | 72.4 | 1.58 | 2073 | 54.6 | 1.76 |
| MALE. . . . . . . . . | 1864 | 1343 | 72.1 | 2.26 | 999 | 53.6 | 2.51 |
| FEMALE. . . . . . . . | 1933 | 1405 | 72.7 | 2.21 | 1074 | 55.5 | 2.46 |
| WHITE . . . . . . . . | 3353 | 2500 | 74.5 | 1.64 | 1895 | 56.5 | 1.86 |
| BLACK . . . . . . . . | 394 | 233 | 59.1 | 6.52 | 162 | 41.1 | 6.52 |
| HISPANIC ORIGIN . . . . | 41 | 15 | 37.1 | 25.78 | 0 | 0.0 | .00 |
| MONTANA | | | | | | | |
| TOTAL . . . . . . . . | 619 | 453 | 73.2 | 1.44 | 376 | 60.7 | 1.59 |
| MALE. . . . . . . . . | 303 | 216 | 71.2 | 2.10 | 176 | 58.0 | 2.29 |
| FEMALE. . . . . . . . | 315 | 237 | 75.1 | 1.97 | 200 | 63.3 | 2.19 |
| WHITE . . . . . . . . | 591 | 444 | 75.0 | 1.44 | 368 | 62.3 | 1.61 |
| BLACK . . . . . . . . | 1 | 0 | 56.3 | 52.74 | 0 | 56.3 | 52.74 |
| HISPANIC ORIGIN . . . . | 8 | 5 | 69.1 | 21.05 | 5 | 61.9 | 22.12 |
| NEBRASKA | | | | | | | |
| TOTAL . . . . . . . . | 1156 | 841 | 72.7 | 1.45 | 629 | 54.4 | 1.62 |
| MALE. . . . . . . . . | 560 | 396 | 70.7 | 2.13 | 301 | 53.7 | 2.34 |
| FEMALE. . . . . . . . | 596 | 445 | 74.6 | 1.98 | 329 | 55.1 | 2.26 |
| WHITE . . . . . . . . | 1089 | 801 | 73.6 | 1.48 | 612 | 56.2 | 1.67 |
| BLACK . . . . . . . . | 47 | 33 | 70.0 | 8.96 | 13 | 27.3 | 8.72 |

```
HISPANIC ORIGIN . . . .        20          5      27.0     17.11         1       6.4      9.41

NEVADA

TOTAL . . . . . . . .        1081        538      49.8      1.59       437      40.4      1.56
MALE. . . . . . . . .         539        272      50.4      2.25       220      40.8      2.21
FEMALE. . . . . . . .         542        266      49.1      2.24       218      40.1      2.20

WHITE . . . . . . . .         944        480      50.9      1.70       395      41.9      1.68
BLACK . . . . . . . .          80         37      47.0      7.06        29      36.4      6.80
HISPANIC ORIGIN . . . .       137         27      19.8      5.59        23      17.1      5.27
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                        ****************
                        *   B-CELL    *
                        ****************
MISSISSIPPI

TOTAL . . . . . . . .        2001
MALE. . . . . . . . .        2001
FEMALE. . . . . . . .        2001

WHITE . . . . . . . .        2001
BLACK . . . . . . . .        2929
HISPANIC ORIGIN . . . .      4936

MISSOURI

TOTAL . . . . . . . .        4733
MALE. . . . . . . . .        4733
FEMALE. . . . . . . .        4733

WHITE . . . . . . . .        4733
BLACK . . . . . . . .        6928
HISPANIC ORIGIN . . . .     11675

MONTANA

TOTAL . . . . . . . .         654
MALE. . . . . . . . .         654
FEMALE. . . . . . . .         654

WHITE . . . . . . . .         654
BLACK . . . . . . . .         957
HISPANIC ORIGIN . . . .      1612
```

```
NEBRASKA

TOTAL . . . . . . . . .          1229
MALE. . . . . . . . .            1229
FEMALE. . . . . . . .            1229

WHITE . . . . . . . .            1229
BLACK . . . . . . . .            1799
HISPANIC ORIGIN . . . .          3032


NEVADA

TOTAL . . . . . . . . .          1090
MALE. . . . . . . . .            1090
FEMALE. . . . . . . .            1090

WHITE . . . . . . . .            1090
BLACK . . . . . . . .            1595
HISPANIC ORIGIN . . . .          2688
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | * | REPORTED REGISTERED | | | * | REPORTED VOTED | | | * |
|---|---|---|---|---|---|---|---|---|---|
| * ALL * PERSONS | * | TOTAL * REGISTERED * | PERCENT | * STANDARD * ERROR | * | TOTAL * VOTED | * PERCENT | * STANDARD * ERROR | * |
| **NEW HAMPSHIRE** | | | | | | | | | |
| TOTAL . . . . . . . . | 832 | 539 | 64.8 | 1.83 | 347 | 41.7 | 1.89 |
| MALE. . . . . . . . . | 412 | 271 | 65.6 | 2.58 | 170 | 41.2 | 2.68 |
| FEMALE. . . . . . . . | 420 | 269 | 64.0 | 2.59 | 177 | 42.2 | 2.66 |
| WHITE . . . . . . . . | 817 | 533 | 65.3 | 1.84 | 344 | 42.2 | 1.91 |
| BLACK . . . . . . . . | 3 | 0 | 0.0 | .00 | 0 | 0.0 | .00 |
| HISPANIC ORIGIN . . . . | 13 | 1 | 11.1 | 15.34 | 1 | 11.1 | 15.34 |
| **NEW JERSEY** | | | | | | | | | |
| TOTAL . . . . . . . . | 5918 | 3698 | 62.5 | .85 | 2426 | 41.0 | .86 |
| MALE. . . . . . . . . | 2817 | 1767 | 62.7 | 1.23 | 1161 | 41.2 | 1.25 |
| FEMALE. . . . . . . . | 3101 | 1931 | 62.3 | 1.18 | 1266 | 40.8 | 1.19 |
| WHITE . . . . . . . . | 4839 | 3202 | 66.2 | .92 | 2152 | 44.5 | .96 |
| BLACK . . . . . . . . | 776 | 412 | 53.2 | 2.93 | 228 | 29.4 | 2.67 |
| HISPANIC ORIGIN . . . . | 546 | 187 | 34.2 | 4.31 | 98 | 18.0 | 3.49 |

NEW MEXICO

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 1175 | 695 | 59.1 | 1.60 | 552 | 47.0 | 1.62 |
| MALE. . . . . . . . . | 566 | 335 | 59.2 | 2.30 | 274 | 48.5 | 2.34 |
| FEMALE. . . . . . . . | 609 | 360 | 59.1 | 2.22 | 278 | 45.6 | 2.25 |
| | | | | | | | |
| WHITE . . . . . . . . | 1059 | 632 | 59.7 | 1.68 | 509 | 48.0 | 1.71 |
| BLACK . . . . . . . . | 13 | 9 | 70.2 | 16.85 | 4 | 32.0 | 17.19 |
| HISPANIC ORIGIN . . . . | 399 | 189 | 47.4 | 4.37 | 145 | 36.2 | 4.21 |

NEW YORK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 13599 | 7848 | 57.7 | .66 | 6158 | 45.3 | .66 |
| MALE. . . . . . . . . | 6379 | 3627 | 56.9 | .96 | 2861 | 44.9 | .97 |
| FEMALE. . . . . . . . | 7221 | 4221 | 58.5 | .90 | 3297 | 45.7 | .91 |
| | | | | | | | |
| WHITE . . . . . . . . | 11083 | 6843 | 61.7 | .72 | 5418 | 48.9 | .74 |
| BLACK . . . . . . . . | 1840 | 845 | 45.9 | 2.18 | 639 | 34.7 | 2.09 |
| HISPANIC ORIGIN . . . . | 1529 | 476 | 31.1 | 2.89 | 303 | 19.8 | 2.49 |

NORTH CAROLINA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 5211 | 3173 | 60.9 | .82 | 1864 | 35.8 | .81 |
| MALE. . . . . . . . . | 2460 | 1452 | 59.0 | 1.21 | 891 | 36.2 | 1.18 |
| FEMALE. . . . . . . . | 2751 | 1721 | 62.6 | 1.12 | 974 | 35.4 | 1.11 |
| | | | | | | | |
| WHITE . . . . . . . . | 3901 | 2496 | 64.0 | .93 | 1499 | 38.4 | .95 |
| BLACK . . . . . . . . | 1222 | 649 | 53.1 | 2.10 | 346 | 28.3 | 1.90 |
| HISPANIC ORIGIN . . . . | 83 | 19 | 23.0 | 8.81 | 8 | 9.3 | 6.09 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                    ****************
                    *   B-CELL    *
                    ****************
```

NEW HAMPSHIRE

| | |
|---|---|
| TOTAL . . . . . . . . | 1220 |
| MALE. . . . . . . . . | 1220 |
| FEMALE. . . . . . . . | 1220 |
| | |
| WHITE . . . . . . . . | 1220 |
| BLACK . . . . . . . . | 1786 |
| HISPANIC ORIGIN . . . . | 3010 |

NEW JERSEY

```
TOTAL . . . . . . . . .        1824
MALE. . . . . . . . . .        1824
FEMALE. . . . . . . . .        1824

WHITE . . . . . . . . .        1824
BLACK . . . . . . . . .        2670
HISPANIC ORIGIN . . . .        4500

NEW MEXICO

TOTAL . . . . . . . . .        1238
MALE. . . . . . . . . .        1238
FEMALE. . . . . . . . .        1238

WHITE . . . . . . . . .        1238
BLACK . . . . . . . . .        1812
HISPANIC ORIGIN . . . .        3054

NEW YORK

TOTAL . . . . . . . . .        2415
MALE. . . . . . . . . .        2415
FEMALE. . . . . . . . .        2415

WHITE . . . . . . . . .        2415
BLACK . . . . . . . . .        3536
HISPANIC ORIGIN . . . .        5958

NORTH CAROLINA

TOTAL . . . . . . . . .        1478
MALE. . . . . . . . . .        1478
FEMALE. . . . . . . . .        1478

WHITE . . . . . . . . .        1478
BLACK . . . . . . . . .        2164
HISPANIC ORIGIN . . . .        3647
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | | REPORTED REGISTERED | | | | REPORTED VOTED | | | |
|---|---|---|---|---|---|---|---|---|---|
| ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | | TOTAL VOTED | | PERCENT | | STANDARD ERROR |

NORTH DAKOTA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 441 | 412 | 93.5 | .83 | 270 | 61.3 | 1.63 |
| MALE. . . . . . . . . | 217 | 203 | 93.6 | 1.17 | 137 | 63.1 | 2.31 |
| FEMALE. . . . . . . . | 224 | 209 | 93.4 | 1.17 | 133 | 59.5 | 2.31 |
| WHITE . . . . . . . . | 426 | 399 | 93.7 | .83 | 262 | 61.5 | 1.66 |
| BLACK . . . . . . . . | 1 | 0 | 23.9 | 30.60 | 0 | 0.0 | .00 |
| HISPANIC ORIGIN . . . . | 2 | 1 | 69.6 | 37.91 | 0 | 17.5 | 31.33 |

OHIO

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 8152 | 5280 | 64.8 | .83 | 3805 | 46.7 | .87 |
| MALE. . . . . . . . . | 3819 | 2432 | 63.7 | 1.23 | 1773 | 46.4 | 1.27 |
| FEMALE. . . . . . . . | 4334 | 2847 | 65.7 | 1.14 | 2032 | 46.9 | 1.20 |
| WHITE . . . . . . . . | 7343 | 4855 | 66.1 | .87 | 3485 | 47.5 | .92 |
| BLACK . . . . . . . . | 721 | 398 | 55.2 | 3.53 | 299 | 41.5 | 3.50 |
| HISPANIC ORIGIN . . . . | 76 | 33 | 42.9 | 14.08 | 21 | 27.3 | 12.66 |

OKLAHOMA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 2325 | 1532 | 65.9 | 1.60 | 1089 | 46.9 | 1.69 |
| MALE. . . . . . . . . | 1078 | 683 | 63.3 | 2.39 | 515 | 47.7 | 2.48 |
| FEMALE. . . . . . . . | 1247 | 850 | 68.1 | 2.15 | 575 | 46.1 | 2.30 |
| WHITE . . . . . . . . | 1963 | 1344 | 68.5 | 1.71 | 977 | 49.8 | 1.84 |
| BLACK . . . . . . . . | 214 | 107 | 49.8 | 6.74 | 68 | 31.5 | 6.26 |
| HISPANIC ORIGIN . . . . | 78 | 31 | 39.4 | 14.21 | 10 | 12.9 | 9.74 |

OREGON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 2309 | 1688 | 73.1 | 1.56 | 1415 | 61.3 | 1.71 |
| MALE. . . . . . . . . | 1153 | 805 | 69.8 | 2.28 | 674 | 58.5 | 2.45 |
| FEMALE. . . . . . . . | 1156 | 883 | 76.4 | 2.11 | 740 | 64.0 | 2.38 |
| WHITE . . . . . . . . | 2166 | 1644 | 75.9 | 1.55 | 1375 | 63.5 | 1.75 |
| BLACK . . . . . . . . | 40 | 20 | 50.0 | 16.21 | 18 | 45.8 | 16.15 |
| HISPANIC ORIGIN . . . . | 97 | 28 | 29.2 | 12.25 | 20 | 20.9 | 10.95 |

PENNSYLVANIA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 9004 | 5317 | 59.1 | .85 | 3854 | 42.8 | .86 |
| MALE. . . . . . . . . | 4331 | 2531 | 58.4 | 1.23 | 1886 | 43.5 | 1.24 |
| FEMALE. . . . . . . . | 4673 | 2787 | 59.6 | 1.18 | 1968 | 42.1 | 1.19 |
| WHITE . . . . . . . . | 7914 | 4666 | 59.0 | .91 | 3404 | 43.0 | .91 |
| BLACK . . . . . . . . | 881 | 596 | 67.7 | 3.13 | 421 | 47.8 | 3.34 |
| HISPANIC ORIGIN . . . . | 191 | 70 | 36.7 | 9.00 | 32 | 16.7 | 6.96 |

```
TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

                      ****************
                      *   B-CELL    *
                      ****************
NORTH DAKOTA

TOTAL . . . . . . . .           495
MALE. . . . . . . . .           495
FEMALE. . . . . . . .           495

WHITE . . . . . . . .           495
BLACK . . . . . . . .           725
HISPANIC ORIGIN . . . .        1221

OHIO

TOTAL . . . . . . . .          2486
MALE. . . . . . . . .          2486
FEMALE. . . . . . . .          2486

WHITE . . . . . . . .          2486
BLACK . . . . . . . .          3639
HISPANIC ORIGIN . . . .        6132

OKLAHOMA

TOTAL . . . . . . . .          2658
MALE. . . . . . . . .          2658
FEMALE. . . . . . . .          2658

WHITE . . . . . . . .          2658
BLACK . . . . . . . .          3892
HISPANIC ORIGIN . . . .        6558

OREGON

TOTAL . . . . . . . .          2853
MALE. . . . . . . . .          2853
FEMALE. . . . . . . .          2853

WHITE . . . . . . . .          2853
BLACK . . . . . . . .          4176
HISPANIC ORIGIN . . . .        7037

PENNSYLVANIA
```

```
TOTAL . . . . . . . . .        2697
MALE. . . . . . . . .          2697
FEMALE. . . . . . . .          2697

WHITE . . . . . . . .          2697
BLACK . . . . . . . .          3948
HISPANIC ORIGIN . . . .        6653
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | | REPORTED REGISTERED | | | | REPORTED VOTED | | |
|---|---|---|---|---|---|---|---|---|
| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | | TOTAL VOTED | PERCENT | STANDARD ERROR |
| **RHODE ISLAND** | | | | | | | | |
| TOTAL . . . . . . . . . | 729 | 475 | 65.2 | 1.82 | | 373 | 51.2 | 1.91 |
| MALE. . . . . . . . . | 336 | 221 | 65.8 | 2.67 | | 178 | 52.9 | 2.81 |
| FEMALE. . . . . . . . | 393 | 254 | 64.7 | 2.49 | | 195 | 49.7 | 2.60 |
| WHITE . . . . . . . . | 684 | 454 | 66.3 | 1.86 | | 358 | 52.3 | 1.97 |
| BLACK . . . . . . . . | 27 | 17 | 60.8 | 11.62 | | 12 | 44.1 | 11.82 |
| HISPANIC ORIGIN . . . . | 36 | 11 | 31.6 | 12.59 | | 6 | 16.0 | 9.92 |
| **SOUTH CAROLINA** | | | | | | | | |
| TOTAL . . . . . . . . . | 2681 | 1635 | 61.0 | 1.47 | | 1217 | 45.4 | 1.50 |
| MALE. . . . . . . . . | 1261 | 766 | 60.7 | 2.15 | | 581 | 46.1 | 2.19 |
| FEMALE. . . . . . . . | 1420 | 869 | 61.2 | 2.02 | | 636 | 44.8 | 2.06 |
| WHITE . . . . . . . . | 1765 | 1108 | 62.8 | 1.80 | | 872 | 49.4 | 1.86 |
| BLACK . . . . . . . . | 882 | 520 | 59.0 | 3.13 | | 341 | 38.7 | 3.10 |
| HISPANIC ORIGIN . . . . | 16 | 0 | 0.0 | .00 | | 0 | 0.0 | .00 |
| **SOUTH DAKOTA** | | | | | | | | |
| TOTAL . . . . . . . . . | 495 | 374 | 75.5 | 1.34 | | 317 | 64.0 | 1.50 |
| MALE. . . . . . . . . | 239 | 176 | 73.8 | 1.98 | | 152 | 63.5 | 2.17 |
| FEMALE. . . . . . . . | 256 | 198 | 77.1 | 1.82 | | 165 | 64.5 | 2.08 |
| WHITE . . . . . . . . | 477 | 365 | 76.6 | 1.35 | | 313 | 65.6 | 1.51 |
| BLACK . . . . . . . . | 2 | 1 | 37.7 | 31.66 | | 1 | 37.7 | 31.66 |
| HISPANIC ORIGIN . . . . | 3 | 1 | 41.6 | 30.23 | | 1 | 24.8 | 26.47 |

TENNESSEE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 3856 | 2460 | 63.8 | 1.52 | 1662 | 43.1 | 1.57 |
| MALE. . . . . . . . . | 1810 | 1172 | 64.8 | 2.21 | 842 | 46.5 | 2.30 |
| FEMALE. . . . . . . . | 2046 | 1287 | 62.9 | 2.10 | 820 | 40.1 | 2.13 |
| WHITE . . . . . . . . | 3264 | 2084 | 63.9 | 1.65 | 1452 | 44.5 | 1.71 |
| BLACK . . . . . . . . | 513 | 359 | 70.0 | 4.81 | 198 | 38.5 | 5.11 |
| HISPANIC ORIGIN . . . . | 30 | 7 | 22.7 | 23.49 | 0 | 0.0 | .00 |

TEXAS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 13134 | 7685 | 58.5 | .84 | 4964 | 37.8 | .82 |
| MALE . . . . . . . . | 6411 | 3619 | 56.5 | 1.21 | 2325 | 36.3 | 1.17 |
| FEMALE. . . . . . . . | 6723 | 4066 | 60.5 | 1.16 | 2639 | 39.3 | 1.16 |
| WHITE . . . . . . . . | 11288 | 6761 | 59.9 | .90 | 4447 | 39.4 | .89 |
| BLACK . . . . . . . . | 1285 | 752 | 58.5 | 3.24 | 426 | 33.1 | 3.09 |
| HISPANIC ORIGIN . . . . | 3909 | 1553 | 39.7 | 2.39 | 740 | 18.9 | 1.92 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
              ****************
              *   B-CELL   *
              ****************
```

RHODE ISLAND

| | |
|---|---|
| TOTAL . . . . . . . . | 1062 |
| MALE. . . . . . . . . | 1062 |
| FEMALE. . . . . . . . | 1062 |
| WHITE . . . . . . . . | 1062 |
| BLACK . . . . . . . . | 1555 |
| HISPANIC ORIGIN . . . . | 2621 |

SOUTH CAROLINA

| | |
|---|---|
| TOTAL . . . . . . . . | 2443 |
| MALE. . . . . . . . . | 2443 |
| FEMALE. . . . . . . . | 2443 |
| WHITE . . . . . . . . | 2443 |
| BLACK . . . . . . . . | 3577 |
| HISPANIC ORIGIN . . . . | 6027 |

SOUTH DAKOTA

```
TOTAL . . . . . . . . .      483
MALE. . . . . . . . .        483
FEMALE. . . . . . . .        483

WHITE . . . . . . . .        483
BLACK . . . . . . . .        707
HISPANIC ORIGIN . . . .     1191

TENNESSEE

TOTAL . . . . . . . .       3864
MALE. . . . . . . . .       3864
FEMALE. . . . . . . .       3864

WHITE . . . . . . . .       3864
BLACK . . . . . . . .       5656
HISPANIC ORIGIN . . . .     9531

TEXAS

TOTAL . . . . . . . .       3787
MALE. . . . . . . . .       3787
FEMALE. . . . . . . .       3787

WHITE . . . . . . . .       3787
BLACK . . . . . . . .       5544
HISPANIC ORIGIN . . . .     9343
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

| | * | * | REPORTED REGISTERED | | * | * | REPORTED VOTED | | * |
|---|---|---|---|---|---|---|---|---|---|
| * | ALL PERSONS | * TOTAL REGISTERED | * PERCENT | * | * STANDARD ERROR | * TOTAL VOTED | * PERCENT | * | * STANDARD ERROR * |

**UTAH**

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 1231 | 733 | 59.6 | 1.65 | 544 | 44.2 | 1.67 |
| MALE. . . . . . . . . | 605 | 348 | 57.5 | 2.36 | 260 | 42.9 | 2.37 |
| FEMALE. . . . . . . . | 625 | 385 | 61.5 | 2.29 | 285 | 45.5 | 2.34 |
| WHITE . . . . . . . . | 1180 | 721 | 61.1 | 1.67 | 537 | 45.5 | 1.70 |
| BLACK . . . . . . . . | 18 | 7 | 38.6 | 16.38 | 4 | 21.4 | 13.81 |
| HISPANIC ORIGIN . . . . | 79 | 14 | 17.6 | 7.91 | 8 | 10.0 | 6.25 |

**VERMONT**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 432 | 307 | 71.0 | 1.71 | 212 | 49.0 | 1.88 |
| MALE. . . . . . . . . | 211 | 143 | 68.0 | 2.52 | 97 | 46.0 | 2.69 |
| FEMALE. . . . . . . . | 221 | 163 | 74.0 | 2.31 | 114 | 51.8 | 2.63 |
| | | | | | | | |
| WHITE . . . . . . . . | 426 | 304 | 71.4 | 1.71 | 210 | 49.2 | 1.90 |
| BLACK . . . . . . . . | 1 | 0 | 36.3 | 40.32 | 0 | 36.3 | 40.32 |
| HISPANIC ORIGIN . . . . | 2 | 2 | 80.0 | 32.22 | 1 | 31.8 | 37.55 |

VIRGINIA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 4760 | 2888 | 60.7 | 1.45 | 2204 | 46.3 | 1.48 |
| MALE. . . . . . . . . | 2235 | 1327 | 59.4 | 2.13 | 1032 | 46.2 | 2.16 |
| FEMALE. . . . . . . . | 2526 | 1561 | 61.8 | 1.98 | 1173 | 46.4 | 2.03 |
| | | | | | | | |
| WHITE . . . . . . . . | 3628 | 2329 | 64.2 | 1.63 | 1828 | 50.4 | 1.70 |
| BLACK . . . . . . . . | 989 | 505 | 51.1 | 3.94 | 334 | 33.8 | 3.72 |
| HISPANIC ORIGIN . . . . | 117 | 46 | 39.2 | 14.53 | 28 | 24.2 | 12.76 |

WASHINGTON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 3924 | 2636 | 67.2 | 1.52 | 1826 | 46.5 | 1.62 |
| MALE. . . . . . . . . | 1904 | 1260 | 66.2 | 2.20 | 868 | 45.6 | 2.32 |
| FEMALE. . . . . . . . | 2021 | 1376 | 68.1 | 2.11 | 958 | 47.4 | 2.26 |
| | | | | | | | |
| WHITE . . . . . . . . | 3605 | 2499 | 69.3 | 1.56 | 1755 | 48.7 | 1.69 |
| BLACK . . . . . . . . | 100 | 62 | 62.2 | 11.93 | 25 | 24.9 | 10.64 |
| HISPANIC ORIGIN . . . . | 71 | 21 | 29.4 | 17.32 | 19 | 26.3 | 16.73 |

WEST VIRGINIA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 1396 | 852 | 61.0 | 1.63 | 475 | 34.0 | 1.58 |
| MALE. . . . . . . . . | 675 | 409 | 60.5 | 2.35 | 235 | 34.8 | 2.29 |
| FEMALE. . . . . . . . | 721 | 443 | 61.4 | 2.26 | 240 | 33.2 | 2.19 |
| | | | | | | | |
| WHITE . . . . . . . . | 1329 | 820 | 61.7 | 1.66 | 460 | 34.6 | 1.63 |
| BLACK . . . . . . . . | 57 | 29 | 50.0 | 9.96 | 13 | 23.5 | 8.44 |
| HISPANIC ORIGIN . . . . | 4 | 0 | 0.0 | .00 | 0 | 0.0 | .00 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
          ****************
          *   B-CELL   *
          ****************
```

UTAH

| | |
|---|---|
| TOTAL . . . . . . . . | 1383 |

```
MALE. . . . . . . . .        1383
FEMALE. . . . . . . .        1383

WHITE . . . . . . . .        1383
BLACK . . . . . . . .        2025
HISPANIC ORIGIN . . . .      3412

VERMONT

TOTAL . . . . . . . .         613
MALE. . . . . . . . .         613
FEMALE. . . . . . . .         613

WHITE . . . . . . . .         613
BLACK . . . . . . . .         898
HISPANIC ORIGIN . . . .      1513

VIRGINIA

TOTAL . . . . . . . .        4189
MALE. . . . . . . . .        4189
FEMALE. . . . . . . .        4189

WHITE . . . . . . . .        4189
BLACK . . . . . . . .        6133
HISPANIC ORIGIN . . . .     10335

WASHINGTON

TOTAL . . . . . . . .        4128
MALE. . . . . . . . .        4128
FEMALE. . . . . . . .        4128

WHITE . . . . . . . .        4128
BLACK . . . . . . . .        6043
HISPANIC ORIGIN . . . .     10182

WEST VIRGINIA

TOTAL . . . . . . . .        1558
MALE. . . . . . . . .        1558
FEMALE. . . . . . . .        1558

WHITE . . . . . . . .        1558
BLACK . . . . . . . .        2280
HISPANIC ORIGIN . . . .      3843
```

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:

NOVEMBER 1994(cont.)

```
                   ****************************************************************************************
                   *           *                REPORTED REGISTERED        *              REPORTED VOTED              *
                   *           *                ****************************************************************************
                   *   ALL     *    TOTAL    *            *  STANDARD  *   TOTAL   *            *  STANDARD  *
                   * PERSONS   * REGISTERED  *  PERCENT   *   ERROR    *   VOTED   *  PERCENT   *   ERROR    *
                   ****************************************************************************************
```

WISCONSIN

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 3638 | 2813 | 77.3 | 1.33 | 1808 | 49.7 | 1.59 |
| MALE. . . . . . . . . | 1815 | 1362 | 75.1 | 1.95 | 895 | 49.3 | 2.26 |
| FEMALE. . . . . . . . | 1824 | 1450 | 79.5 | 1.82 | 912 | 50.0 | 2.25 |
| WHITE . . . . . . . . | 3458 | 2713 | 78.5 | 1.34 | 1755 | 50.7 | 1.63 |
| BLACK . . . . . . . . | 125 | 69 | 55.5 | 10.33 | 39 | 31.3 | 9.64 |
| HISPANIC ORIGIN . . . . | 43 | 7 | 16.7 | 17.14 | 3 | 6.5 | 11.37 |

WYOMING

| | ALL PERSONS | TOTAL REGISTERED | PERCENT | STANDARD ERROR | TOTAL VOTED | PERCENT | STANDARD ERROR |
|---|---|---|---|---|---|---|---|
| TOTAL . . . . . . . . | 333 | 230 | 69.0 | 1.84 | 212 | 63.5 | 1.92 |
| MALE. . . . . . . . . | 164 | 112 | 67.9 | 2.65 | 102 | 62.1 | 2.75 |
| FEMALE. . . . . . . . | 169 | 118 | 70.0 | 2.56 | 110 | 64.9 | 2.67 |
| WHITE . . . . . . . . | 325 | 225 | 69.3 | 1.86 | 208 | 64.0 | 1.94 |
| BLACK . . . . . . . . | 3 | 2 | 56.8 | 23.68 | 2 | 44.5 | 23.76 |
| HISPANIC ORIGIN . . . . | 14 | 6 | 42.9 | 15.10 | 5 | 36.5 | 14.69 |

TABLE 4.   REPORTED VOTING AND REGISTRATION, BY SEX, RACE, AND HISPANIC ORIGIN, FOR STATES:
NOVEMBER 1994(cont.)

```
                   ****************
                   *    B-CELL    *
                   ****************
```

WISCONSIN

| | B-CELL |
|---|---|
| TOTAL . . . . . . . . | 3693 |
| MALE. . . . . . . . . | 3693 |
| FEMALE. . . . . . . . | 3693 |
| WHITE . . . . . . . . | 3693 |
| BLACK . . . . . . . . | 5407 |
| HISPANIC ORIGIN . . . . | 9111 |

WYOMING

| | B-CELL |
|---|---|
| TOTAL . . . . . . . . | 529 |
| MALE. . . . . . . . . | 529 |

```
FEMALE. . . . . . . . .        529

WHITE . . . . . . . . .        529
BLACK . . . . . . . . .        774
HISPANIC ORIGIN . . . .       1304
```