# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*. <br><br> *Defendants*. | NO. 4:22-cv-62-SA-JMV <br><br><br> **ENTRY OF APPEARANCE** |

Please take notice that V. Noah Benjamin Gimbel of Simpson Thacher & Bartlett LLP hereby enters his appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 29th day of July, 2024.

| | |
|---|---|
| /s/ *Joshua Tom* <br> Joshua Tom <br> Miss. Bar No. 105392 <br> ACLU of Mississippi <br> P.O. Box 2242 <br> Jackson, MS 39225 <br> (601) 354-3408 <br> JTom@aclu-ms.org | /s/ *V. Noah Benjamin Gimbel* <br> V. Noah Benjamin Gimbel* <br> Simpson Thacher & Bartlett LLP <br> 900 G Street, NW <br> Washington, D.C. 20001 <br> (202) 636-5505 <br> noah.gimbel@stblaw.com <br> *admitted pro hac vice* |

## CERTIFICATE OF SERVICE

    I, V. Noah Benjamin Gimbel, hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *V. Noah Benjamin Gimbel*
V. Noah Benjamin Gimbel*
Simpson Thacher & Bartlett LLP
900 G Street, NW
Washington, D.C. 20001
(202) 636-5505
noah.gimbel@stblaw.com
*admitted pro hac vice*