# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | **NO. 4:22-cv-62-SA-JMV**<br><br><br>**ENTRY OF APPEARANCE** |

Please take notice that Kate Lambroza of Simpson Thacher & Bartlett LLP hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 29th day of July, 2024.

| | |
|---|---|
| /s/ *Joshua Tom*<br>Joshua Tom<br>Miss. Bar No. 105392<br>ACLU of Mississippi<br>P.O. Box 2242<br>Jackson, MS 39225<br>(601) 354-3408<br>JTom@aclu-ms.org | /s/ *Kate Lambroza*<br>Kate Lambroza*<br>Simpson Thacher & Bartlett LLP<br>900 G Street, NW<br>Washington, D.C. 20001<br>(202) 636-5977<br>kate.lambroza@stblaw.com<br>*admitted pro hac vice* |

## <u>CERTIFICATE OF SERVICE</u>

I, Kate Lambroza, hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

<u>/s/ *Kate Lambroza*</u>
Kate Lambroza*
Simpson Thacher & Bartlett LLP
900 G Street, NW
Washington, D.C. 20001
(202) 636-5977
kate.lambroza@stblaw.com
*admitted pro hac vice*