# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 4:22-cv-62-SA-JMV<br><br>ENTRY OF APPEARANCE |

Please take notice that Janet Gochman of Simpson Thacher & Bartlett LLP hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 30th day of July, 2024.

| | |
|---|---|
| /s/ *Joshua Tom*<br>Joshua Tom<br>Miss. Bar No. 105392<br>ACLU of Mississippi<br>P.O. Box 2242<br>Jackson, MS 39225<br>(601) 354-3408<br>JTom@aclu-ms.org | /s/ *Janet Gochman*<br>Janet Gochman*<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>(212) 455-2815<br>jgochman@stblaw.com<br>*admitted pro hac vice* |

## CERTIFICATE OF SERVICE

I, Janet Gochman, hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Janet Gochman*
Janet Gochman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2815
jgochman@stblaw.com
*\*admitted pro hac vice*