| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

*Please Read Instructions:*

| 1. NAME<br>Noah Gimbel | 2. PHONE NUMBER<br>(202) 636-5505 | 3. DATE<br>7/25/2024 |
|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>noah.gimbel@stblaw.com | 5. CITY<br>Washington | 6. STATE DC / 7. ZIP CODE 20001 |
| 8. CASE NUMBER<br>4:22-cv-00062 | 9. JUDGE<br>Aycock | DATES OF PROCEEDINGS<br>10. FROM 8/5/2024  11. TO 8/16/2024 |
| 12. CASE NAME<br>Dyamone White et al. v. SBEC et al | | LOCATION OF PROCEEDINGS<br>13. CITY Oxford  14. STATE MS |

### 15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | 8/5/2024 - 8/16/2024 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>nonjury trial | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES NO. OF COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | | | |
| 14-Day | [ ] | [ ] | | | |
| EXPEDITED | [ ] | [ ] | | | |
| 3-Day | [x] | [ ] | | 675 | 14,287.50 |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 14,287.50 |
|---|---|---|
| 18. SIGNATURE<br>/s/ Noah Gimbel | PROCESSED BY | |
| 19. DATE<br>7/25/2024 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY<br>Phyllis McLarty | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | 7,143.75 |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 14,287.50 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 7,143.75 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 7,143.75 |

**DISTRIBUTION:**  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY