AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| DYAMONE WHITE, et al,. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:22-cv-62-SA-JMV |
| STATE BOARD OF ELECTION ) | |
| COMMISSIONERS, et al., ) | |
| *Defendant* ) | |

**SUBPOENA TO APPEAR AND TESTIFY
AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: Reuben Anderson, 1782 Fairwood Drive, Jackson MS 39213

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Federal Building<br>911 Jackson Avenue East<br>Oxford, MS | Courtroom No.: Courtroom 1 - First Floor |
|---|---|
| | Date and Time: 8/8/24 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:



The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/29/24

*CLERK OF COURT*                    OR

_____          /s/ Joshua Tom
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Dyamone White, et al. , who issues or requests this subpoena, are:

Joshua Tom, PO Box 2242 Jackson, MS 39225, JTom@aclu-ms.org 601-354-3408

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

whom it is directed. Fed. R. Civ. P. 45(a)(4).

whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Joshua Tom, PO Box 2242 Jackson, MS 39225, JTom@aclu-ms.org 601-354-3408

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit A

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 4:22-cv-62-SA-JMV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Reuben Anderson
on *(date)* 7-29-2024

☑ I served the subpoena by delivering a copy to the named person as follows: Reuben Anderson

on *(date)* 7-29-2024 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ $252.22 .

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ $60.00 .

I declare under penalty of perjury that this information is true.

Date: 7-29-2024

Jerrell C_____
*Server's signature*

Darell Canty Server
*Printed name and title*

P.O. Box 23821, Jxn, MS 39225
*Server's address*

Additional information regarding attempted service, etc.: