UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## CIVIL MINUTES-TRIAL

**Case No.** 4:22CV062-SA  **Place Held:** OXFORD, MISSISSIPPI

**Style:** Dyamone White, et al., v. State Board Of Election Commissioners, et al.

**Date & Time Began:** 8/5/2024, 10:00 a.m.
**Date & Time Ended:** 8/15/2024, 1:32 p.m.
  **Total Time** – 40 hours 01 minutes

8/5/2024 – 10:00 a.m. – 3:53 p.m. (5 hours, 26 minutes)
8/6/2024 – 9:00 a.m. – 4:51 p.m. (5 hours, 38 minutes)
8/7/2024 – 9:03 a.m. – 6:10 p.m. (6 hours, 37 minutes)
8/8/2024 – 8:58 a.m. – 2:03 p.m. (2 hours, 27 minutes
8/12/2024 – 1:30 p.m. – 5:45 p.m. (3 hours, 53 minutes)
8/13/2024 – 9:00 a.m. – 4:53 p.m. (5 hours, 43 minutes)
8/14/2024 – 9:00 a.m. – 5:35 p.m. (5 hours, 59 minutes)
8/15/2024 – 9:00 a.m. – 1:32 p.m. (4 hours, 18 minutes)

**PRESENT:** HONORABLE SHARION AYCOCK, JUDGE

| | |
|---|---|
| Tracy Wright | Phyllis McLarty |
| Courtroom Deputy | Official Court Reporter |

**Attorneys for Plaintiffs:**    **Attorneys for Defendants:**

| | |
|---|---|
| Ari J. Savitzky | Michael B. Wallace |
| Ming Cheung | Charles E. Cowan |
| Victoria Ochoa | Elizabeth Windsor Usry |
| Jonathan K. Youngwood | Rex Morris Shannon, III |
| Janet A. Gochman | Justin Lee Matheny |
| V. Noah Benjamin Gimbel | |
| Kate Lambroza | |
| Sabrina S. Khan | |
| Bradley E. Heard | |
| Ahmed K. Soussi | |
| Joshua Fiyenn Tom | |
| Ayanna Denise Hill | |

Exhibits Introduced <u>Yes</u>                                    Witnesses <u> Yes</u>

---

**REMARKS:** Plaintiffs presented case, exhibits introduced, witnesses testified. Plaintiffs rested. Defendants made oral Motion for Directed Verdict pursuant to Rule 52(c) of the Federal Rules of Civil Procedure. Defendants presented case, exhibits introduced, witnesses testified. Defendants rested. Defendants made renewed Motion for Directed Verdict Pursuant to Rule 52(c) Federal Rules of Civil Procedure. Case taken under advisement. Attorneys directed to file Findings of Facts and Conclusion of Law within thirty (30) days. Order to follow.

**DAVID CREWS, CLERK**

By: ____/s/ Tracy Wright_____
Courtroom Deputy