IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al            PLAINTIFFS

V.            CIVIL ACTION NO: 4:22-CV-062-SA

STATE BOARD OF ELECTION COMMISSIONERS, et, al            DEFENDANTS

**WITNESS LIST – (BENCH TRIAL)**

**PLAINTIFFS:**            **DEFENDANTS:**

| | |
|---|---|
| William Cooper (expert designation) | Justice Ann Lamar |
| Tyrone Cortez Pinkins | Christopher Bonneau, Ph.D. (expert designation) |
| Hon. Aelicia Thomas | David A. Swanson, Ph.D. (expert designation) |
| Dr. Byron D'Andra Orey (expert designation) | Kyle Kirkpatrick |
| Hon. Oliver Diaz (expert designation) | |
| Dyamone Lakandia White | |
| Dr. James T. Campbell (expert designation) | |
| Hon. Constance Slaughter Harvey | |
| Rep. Percy Watson | |
| Dr. Traci Burch (expert designation) | |
| Sen. Derrick Simmons | |
| Justice Reuben V. Anderson | |
| Dr. Marvin King (expert designation) | |

Plaintiffs Rest: 8/14/2024 – 5:33 P.M.      Defendants Rest: 8/15/2024 – 9:40 A.M.

REBUTTAL – None