IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO: 4:22-CV-062-SA

STATE BOARD OF ELECTION COMMISSIONERS, et al          DEFENDANTS

---

EXHIBIT LIST

---

| Presiding Judge: Sharion Aycock | Attorneys for Plaintiffs: Ari J. Savitzky<br>Ming Cheung<br>Victoria Ochoa<br>Jonathan K. Youngwood<br>Janet A. Gochman<br>V. Noah Benjamin Gimbel<br>Kate Lambroza<br>Sabrina S. Khan<br>Bradley E. Heard<br>Ahmed K. Soussi<br>Joshua Fiyenn Tom<br>Ayanna Denise Hill | Attorneys for Defendants: Michael B. Wallace<br>Charles E. Cowan<br>Elizabeth Windsor Usry<br>Rex Morris Shannon, III<br>Justin Lee Matheny |
|---|---|---|
| BENCH TRIAL 8/5/24 – 8/8/24; 8/12/24 – 8/15/24 | Court Reporter: Phyllis McLarty | Courtroom Deputy: Tracy Wright |

| Pl. | Dft. | Date Offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
| PX-001 | | 8/5/24 | X | X | Oct. 3, 2022 Report of William S. Cooper |
| PX-002 | | 8/5/24 | X | X | Figures 1 through 18 from the Oct. 3 Report of William S. Cooper, compiled |
| PX-003 | | 8/5/24 | X | X | Exhibits A through M-2 to the Oct. 3 Report of William S. Cooper, compiled |

| PX-004 | | 8/5/24 | X | X | Miss. Assoc. of Planning and Dev. Districts, "2022 Directory," http://mspdds.org/directory/ |
|---|---|---|---|---|---|
| PX-005 | | 8/5/24 | X | X | 2015-2019 American Community Survey data for Mississippi counties as compiled by William S. Cooper, http://www.fairdata2000.com/ACS_2015_19/Mississippi/. |
| PX-006 | | 8/5/24 | X | X | Feb. 4, 2023 Rebuttal Report of William S. Cooper |
| PX-007 | | 8/5/24 | X | X | Figures 1 through 4 from the Feb. 4, 2023 Rebuttal Report of William S. Cooper, compiled |
| PX-008 | | 8/5/24 | X | X | Exhibits A-1 through A-3 from the Feb. 4, 2023 Rebuttal Report of William S. Cooper, compiled |
| PX-010 | | 8/6/24 | X | X | Oct. 3, 2022 Report of Dr. Byron D'Andra Orey |
| PX-011 | | 8/5/24 | X | X | Tables 1 through 3 from the Oct. 3, 2022 Report of Dr. Byron D'Andra Orey |
| PX-012 | | 8/5/24 | X | X | Appendices 1 through 4 to the Oct. 3, 2022 Report of Dr. Byron D'Andra Orey |
| PX-013 | | 8/6/24 | X | X | Feb. 6, 2023 Rebuttal Report of Dr. Byron D'Andra Orey |
| PX-014 | | 8/5/24 | X | X | Table 1 from the Feb. 6, 2023 Rebuttal Report of Dr. Byron D'Andra Orey |
| PX-015 | | 8/5/24 | X | X | Appendix 1 to the Feb. 6, 2023 Rebuttal Report of Dr. Byron D'Andra Orey |
| PX-016 | | 8/6/24 | X | X | Apr. 8, 2024 Second Rebuttal Report of Dr. Byron D'Andra Orey |
| PX-017 | | 8/5/24 | X | X | Tables 1 through 4 from the Apr. 8, 2024 Second Rebuttal Report of Dr. Byron D'Andra Orey, compiled |

2

| PX-018 | | 8/7/24 | X | X | Oct. 3, 2022 Report of Dr. James T. Campbell |
|---|---|---|---|---|---|
| PX-019 | | 8/5/24 | X | X | Appendices A and B to the Oct. 3, 2022 Report of Dr. James T. Campbell (C.V. and List of Sources), compiled |
| PX-027 | | 8/6/24 | X | X | United States Department of Justice Determination Letters, Submission No. T-7901 (Sept. 10, 1971), available at https://www.justice.gov/crt/records/vot/obj_letters/letters/MS/MS-1120.pdf. |
| PX-028 | | 8/6/24 | X | X | United States Department of Justice, Determination Letter, Submission No. 81-1697 (March 30, 1982), available at https://www.justice.gov/crt/records/vot/obj_letters/letters/MS/MS-1560.pdf. |
| PX-029 | | 8/6/24 | X | X | United States Department of Justice, Determination Letter, Submission No. 95-0418 (Sept. 22, 1997), available at https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/MS-2650.pdf. |
| PX-035 | | 8/7/24 | X | X | Oct. 1, 2022 Report of Dr. Traci Burch |
| PX-036 | | 8/5/24 | X | X | Figures 1 through 11 from the Oct. 1, 2022 Report of Dr. Traci Burch, compiled |
| PX-037 | | 8/5/24 | X | X | List of works cited in Oct. 1, 2022 Report of Dr. Traci Burch |
| PX-038 | | 8/5/24 | X | X | C.V. of Dr. Traci Burch |
| PX-039 | | 8/7/24 | X | X | Feb. 6, 2023 Rebuttal Report of Dr. Traci Burch |
| PX-040 | | 8/5/24 | X | X | Figures 1 through 5 from the Feb. 6, 2023 Rebuttal Report of Dr. Traci Burch, compiled |
| PX-041 | | 8/5/24 | X | X | Table 1 from the Feb. 6, 2023 Rebuttal Report of Dr. Traci Burch |
| PX-042 | | 8/5/24 | X | X | Appendix 1 to the Feb. 6, 2023 Rebuttal Report of Dr. Traci Burch |

| | | | | | |
|---|---|---|---|---|---|
| PX-051 | | 8/5/24 | X | X | Ansolabehere et al. (2021), *Guide to the 2020 Cooperative Election Study*, Harvard University, available at https://dataverse.harvard.edu/file.xhtml?fileId=5793681&version=4.0# |
| PX-052 | | 8/14/24 | X | X | Oct. 3, 2022 Report of Dr. Marvin King |
| PX-053 | | 8/14/24 | X | X | Tables 1 through 9 from the Oct. 3, 2022 Report of Dr. Marvin King, compiled |
| PX-054 | | 8/14/24 | X | X | Images 1 through 7 from the Oct. 3, 2022 Report of Dr. Marvin King, compiled |
| PX-055 | | 8/14/24 | X | X | C.V. of Marvin P. King. |
| PX-074* | | 8/14/24 | X | X | Video of Rep. Bubba Carpenter's Remarks, Clarion Ledger, available at https://www.clarionledger.com/story/news/local/dailyledes/2015/10/18/rep-bubba-carpenter-black-judge-and-initiative-42/74196426/ |
| PX-077 | | 8/5/24 | X | X | Chart and images from the October 3, 2022 Report of the Honorable Oliver E. Diaz, Jr., compiled |
| PX-078 | | 8/5/24 | X | X | C.V. of Hon. Oliver E. Diaz |
| PX-097 | | 8/5/24 | X | X | Ex. 25 to Swanson Deposition – Recoded 2020 Mississippi CES Response Data |
| PX-098 | | 8/13/24 | X | X | U.S. Census Bureau, *Increased Margins of Error in the 5-Year Estimates Containing Data Collected in 2020*, https://www.census.gov/programs-surveys/acs/technical-documentation/user-notes/2022-04.html |
| PX-102 | | 8/5/24 | X | X | Absentee Voting Information from SOS Watson website |
| PX-107 | | 8/5/24 | X | X | February 1985 Summary Judgment Ruling in *McCray* [Bates No. WHITE0002633-WHITE0002639] |
| PX-108 | | 8/7/24 | X | X | January 1987 Memorandum of Edwin Pittman to Legislative Leaders [Bates No. WHITE0002912-2915] |

4

| PX-109* | | 8/7/24 | X | | ID ONLY - 2016 House Floor Debate on H.B. 868 [Bates No. WHITE0001765] |
|---|---|---|---|---|---|
| PX-111 | | 8/14/24 | X | X | FRE 1008 Compiled List of MS Supreme Court Justices since 1965, including race and method of appointment |
| PX-112 | | 8/6/24 | X | X | U.S. Department of Justice Civil Rights Division. "Voting Determination Letters for Mississippi." https://www.justice.gov/crt/voting-determination-letters-mississippi. |
| PX-116 | | 8/7/24 | X | X | February 26, 2016 E-mail from Ben Collins with Current Supreme Court Map and Demographics as well as the HB 868 Map and Demographics, SJLCRR 000001-000005 |
| PX-129 | | 8/5/24 | X | X | Certification of November 8, 2011 Vote for State District Office of Transportation Commissioner, District 1 [Bates No. WHITE0001196-WHITE0001199] |
| PX-130 | | 8/5/24 | X | X | Christopher Bonneau, Results for Mississippi Supreme Court Justice Elections, 2000-2020 |
| PX-146 | | 8/6/24 | X | X | 2020 Judge Westbrooks Ads [Bates No. WHITE0002894-WHITE0002896] |
| PX-152 | | 8/5/24 | X | X | HB 552 Mississippi House Roll Call Vote [Bates No. WHITE0002986] |
| PX-166 | | 8/5/24 | X | X | Mississippi Supreme Court Judicial Map [Bates No. WHITE0001202-WHITE0001203] |
| PX-173 | | 8/5/24 | X | X | Submissions to DOJ Related to H.B. 552 (concerning reapportion of the three Mississippi Supreme Court districts) Preclearance Review [Bates No. DEF000001-DEF000204] |
| PX-175 | | 8/5/24 | X | X | Voter Turnout Analysis of Kyle Kirkpatrick (2010-2022) Parts 1 and 2 |
| PX-181 | | 8/7/24 | X | X | Ansolabehere, Fraga, and Schaffner (2022). *The Current Population Survey Voting and Registration Supplement Overstates Minority Turnout*, The Journal of Politics https://www.journals.uchicago.edu/doi/abs/10.1086/717260 |
| PX-228 | | 8/5/24 | X | X | *McCray* Case Materials, attached as Ex. 10 of October 9, 1987 Supplemental Information Provided to DOJ in H.B. 522 Preclearance Review |

| | | | | | |
|---|---|---|---|---|---|
| PX-229 | | 8/5/24 | X | X | NCSS, Multiple Regression |
| PX-230 | | 8/5/24 | X | X | U.S. Census Bureau, SIPP, Weighting |
| PX-231 | | 8/7/24 | X | X | June 19, 2024 Responsive Report of Dr. Traci Burch |
| PX-232 | | 8/5/24 | X | X | Designated Deposition Testimony of Ted Booth |
| | DX-1 | 8/5/24 | X | X | All Tables, Figures, and Exhibits appearing in Dr. David A. Swanson's 1/05/2023 Expert Report |
| | DX-3 | 8/5/24 | X | X | All Tables, Figures, and Exhibits appearing in Dr. David A. Swanson's 9/15/2023 Declaration |
| | DX-4 | 8/5/24 | X | X | All Appendices to Dr. David S. Swanson's 9/15/2023 Declaration |
| | DX-6 | 8/5/24 | X | X | All Appendices to Dr. Christopher Bonneau's 1/02/2023 Expert Report |
| | DX-7 | 8/5/24 | X | X | All Appendices to Dr. Christopher Bonneau's 9/12/2023 Rebuttal Report |
| | DX-8 | 8/5/24 | X | X | FRE 1006 Summary of Election Returns by County for Mississippi Supreme Court, Transportation Commissioner, and Public Safety Commissioner Elections (2004-2024) |
| | DX-9 | 8/13/24 | X | X | Current Population Survey Voting Supplement Registration and Turnout Data from 1986-2022 and any related FRE 1006 Summary thereof |
| | DX-14 | 8/15/24 | X | | ID ONLY - District Court Clerk's File for *Magnolia Bar Ass'n, Inc. v. Lee*; in the United States District Court for the Southern District of Mississippi (Jackson Division); No. J90-0413(b) |
| | DX-25 | 8/5/24 | X | X | Copy of MISS. CONST. art. VI, § 145. |
| | DX-26 | 8/5/24 | X | X | Copy of MISS. CODE ANN. § 9-3-1. |

\*      Exhibits PX-74 and PX–109 are video files that are stored digitally.