# Exhibit A

# STATE OF MISSISSIPPI



## <u>CERTIFICATION OF VOTE FOR MISSISSIPPI SUPREME COURT JUSTICE, DISTRICT ONE, PLACE THREE</u>

WE, THE UNDERSIGNED MEMBERS OF THE STATE BOARD OF ELECTION COMMISSIONERS OF THE STATE OF MISSISSIPPI, IN ACCORDANCE WITH MISSISSIPPI CODE ANNOTATED SECTIONS 23-15-603 AND 23-15-607 (1972), DO HEREBY CERTIFY THAT THIS STATEMENT OF THE WHOLE NUMBER OF VOTES CONTAINS THE OFFICIAL VOTE FOR THE ELECTION REFLECTED THEREIN.

ATTACHED IS A SUMMATION OF THE VOTES GIVEN IN EACH COUNTY FOR CANDIDATES IN THE NOVEMBER 5, 2024 GENERAL ELECTION AND THE NOVEMBER 26, 2024 GENERAL RUNOFF ELECTION FOR THE POSITION OF SUPREME COURT JUSTICE DISTRICT 1, PLACE 3. WE HEREBY CERTIFY THAT JENIFER B. BRANNING WAS ELECTED TO THIS POSITION.

GIVEN UNDER OUR HAND AND SEAL OF OFFICE THIS 12th DAY OF DECEMBER 2024.

TATE REEVES
GOVERNOR

MICHAEL WATSON
SECRETARY OF STATE
*on behalf of Michael Watson*

LYNN FITCH
ATTORNEY GENERAL
*on behalf of AG Lynn Fitch*

| County: State of Mississippi | Election Summary Report | Date : 12/09/2024 |
| --- | --- | --- |
| | | Report No: E-013 |

| District Type: Supreme Court | Election : 11/05/2024 - Federal General Election Districts : SC01 - Central District |
| --- | --- |

**Election Name :**   Federal General Election

**Election Date :**   11/05/2024

**Last Updated :**   December 09, 2024 - 02:21 PM

| | **Reported Votes** | **Percentage of Current Total Reported Votes** |
| --- | --- | --- |

**Central District, Supreme Court District 1(Central) Position 3**

Number of counties reporting results :   22 of 22

| | Reported Votes | Percentage |
| --- | --- | --- |
| Jenifer B. Branning | 147,892 | 41.34 % |
| Byron Carter | 25,390 | 7.10 % |
| Ceola James | 38,345 | 10.72 % |
| Jim Kitchens | 127,266 | 35.58 % |
| Abby Gale Robinson | 18,824 | 5.26 % |
| **Total for Supreme Court District 1(Central) Position 3** | **357,717** | |

| County: State of Mississippi | Election Summary Report | Date : 12/09/2024 |
|---|---|---|
| | | Report No: E-013 |

| District Type: Supreme Court    Election : 11/26/2024 - Run Off Election 11/26/2024 for 'Federal General Election' |
|---|
| Districts : SC01 - Central District |

**Election Name :**   Run Off Election 11/26/2024 for 'Federal General Election'

**Election Date :**   11/26/2024

| **Last Updated :**   December 09, 2024 - 02:19 PM | **Reported Votes** | **Percentage of Current Total Reported Votes** |
|---|---|---|

**Central District, Supreme Court District 1(Central) Position 3**

Number of counties reporting results :   22 of 22

| | Reported Votes | Percentage of Current Total Reported Votes |
|---|---|---|
| Jenifer B. Branning | 64,087 | 50.55 % |
| Jim Kitchens | 62,685 | 49.45 % |
| **Total for Supreme Court District 1(Central) Position 3** | **126,772** | |

# STATE OF MISSISSIPPI



## <u>CERTIFICATION OF VOTE FOR MISSISSIPPI SUPREME COURT JUSTICE, DISTRICT TWO, PLACE TWO</u>

WE, THE UNDERSIGNED MEMBERS OF THE STATE BOARD OF ELECTION COMMISSIONERS OF THE STATE OF MISSISSIPPI, IN ACCORDANCE WITH MISSISSIPPI CODE ANNOTATED SECTIONS 23-15-603 AND 23-15-607 (1972), DO HEREBY CERTIFY THAT THIS STATEMENT OF THE WHOLE NUMBER OF VOTES CONTAINS THE OFFICIAL VOTE FOR THE ELECTION REFLECTED THEREIN.

ATTACHED IS A SUMMATION OF THE VOTES GIVEN IN EACH COUNTY FOR CANDIDATES IN THE NOVEMBER 5, 2024 GENERAL ELECTION FOR THE POSITION OF SUPREME COURT JUSTICE DISTRICT 2, PLACE 2. WE HEREBY CERTIFY THAT DAVID P. SULLIVAN WAS ELECTED TO THIS POSITION.

GIVEN UNDER OUR HAND AND SEAL OF OFFICE THIS 12th DAY OF DECEMBER 2024.

TATE REEVES
GOVERNOR

MICHAEL WATSON _on behalf of Michael Watson_
SECRETARY OF STATE

_Whitney Lipscomb on behalf_
LYNN FITCH
ATTORNEY GENERAL _of AG Lynn Fitch_

| County: State of Mississippi | Election Summary Report | Date : 11/19/2024 |
| --- | --- | --- |
| | | Report No: E-013 |

| District Type: Supreme Court    Election : 11/05/2024 - Federal General Election Districts :  SC02 - Southern District |
| --- |

**Election Name :**   Federal General Election

**Election Date :**    11/05/2024

| **Last Updated :**   November 19, 2024 - 03:44 PM | **Reported Votes** | **Percentage of Current Total Reported Votes** |
| --- | --- | --- |

**Southern District, Supreme Court District 2(Southern) Position 2**

Number of counties reporting results :   27 of 27

| | Reported Votes | Percentage |
| --- | --- | --- |
| Dawn H. Beam | 171,625 | 45.42 % |
| David P. Sullivan | 206,216 | 54.58 % |
| **Total for Supreme Court District 2(Southern) Position 2** | 377,841 | |

# STATE OF MISSISSIPPI



## <u>CERTIFICATION OF VOTE FOR MISSISSIPPI SUPREME COURT JUSTICE, DISTRICT THREE, PLACE ONE</u>

WE, THE UNDERSIGNED MEMBERS OF THE STATE BOARD OF ELECTION COMMISSIONERS OF THE STATE OF MISSISSIPPI, IN ACCORDANCE WITH MISSISSIPPI CODE ANNOTATED SECTIONS 23-15-603 AND 23-15-607 (1972), DO HEREBY CERTIFY THAT THIS STATEMENT OF THE WHOLE NUMBER OF VOTES CONTAINS THE OFFICIAL VOTE FOR THE ELECTION REFLECTED THEREIN.

ATTACHED IS A SUMMATION OF THE VOTES GIVEN IN EACH COUNTY FOR CANDIDATES IN THE NOVEMBER 5, 2024 GENERAL ELECTION FOR THE POSITION OF SUPREME COURT JUSTICE DISTRICT 3, PLACE 1. WE HEREBY CERTIFY THAT ROBERT P. "BOBBY" CHAMBERLIN WAS ELECTED TO THIS POSITION.

GIVEN UNDER OUR HAND AND SEAL OF OFFICE THIS 22ND DAY OF NOVEMBER 2024.


TATE REEVES
GOVERNOR


MICHAEL WATSON
SECRETARY OF STATE


LYNN FITCH
ATTORNEY GENERAL

| County: State of Mississippi | **Election Summary Report** | Date : 11/19/2024 |
|---|---|---|
| | | Report No: E-013 |

| District Type: Supreme Court | Election : 11/05/2024 - Federal General Election Districts : SC03 - Northern District |
|---|---|

**Election Name :**  Federal General Election

**Election Date :**  11/05/2024

| **Last Updated :**  November 19, 2024 - 03:45 PM | **Reported Votes** | **Percentage of Current Total Reported Votes** |
|---|---|---|

**Northern District, Supreme Court District 3(Northern) Position 1**

Number of counties reporting results :  33 of 33

| | Reported Votes | Percentage |
|---|---|---|
| Robert P. 'Bobby' Chamberlin | 341,895 | 100.00 % |
| **Total for Supreme Court District 3(Northern) Position 1** | 341,895 | |

**Northern District, Supreme Court District 3(Northern) Position 2**

Number of counties reporting results :  33 of 33

| | Reported Votes | Percentage |
|---|---|---|
| Jimmy Maxwell | 339,411 | 100.00 % |
| **Total for Supreme Court District 3(Northern) Position 2** | 339,411 | |

# STATE OF MISSISSIPPI



## <u>CERTIFICATION OF VOTE FOR MISSISSIPPI SUPREME COURT JUSTICE, DISTRICT THREE, PLACE TWO</u>

WE, THE UNDERSIGNED MEMBERS OF THE STATE BOARD OF ELECTION COMMISSIONERS OF THE STATE OF MISSISSIPPI, IN ACCORDANCE WITH MISSISSIPPI CODE ANNOTATED SECTIONS 23-15-603 AND 23-15-607 (1972), DO HEREBY CERTIFY THAT THIS STATEMENT OF THE WHOLE NUMBER OF VOTES CONTAINS THE OFFICIAL VOTE FOR THE ELECTION REFLECTED THEREIN.

ATTACHED IS A SUMMATION OF THE VOTES GIVEN IN EACH COUNTY FOR CANDIDATES IN THE NOVEMBER 5, 2024 GENERAL ELECTION FOR THE POSITION OF SUPREME COURT JUSTICE DISTRICT 3, PLACE 2. WE HEREBY CERTIFY THAT JIMMY MAXWELL WAS ELECTED TO THIS POSITION.

GIVEN UNDER OUR HAND AND SEAL OF OFFICE THIS 22ND DAY OF NOVEMBER 2024.

TATE REEVES
GOVERNOR

MICHAEL WATSON
SECRETARY OF STATE

LYNN FITCH
ATTORNEY GENERAL

| County: State of Mississippi | Election Summary Report | Date : 11/19/2024 |
|---|---|---|
| | | Report No: E-013 |

| District Type: Supreme Court | Election : 11/05/2024 - Federal General Election Districts : SC03 - Northern District |
|---|---|

**Election Name :**    Federal General Election

**Election Date :**    11/05/2024

**Last Updated :**    November 19, 2024 - 03:45 PM

| | Reported Votes | Percentage of Current Total Reported Votes |
|---|---|---|

**Northern District, Supreme Court District 3(Northern) Position 1**

Number of counties reporting results :   33 of 33

| | Reported Votes | Percentage of Current Total Reported Votes |
|---|---|---|
| Robert P. 'Bobby' Chamberlin | 341,895 | 100.00 % |
| **Total for Supreme Court District 3(Northern) Position 1** | **341,895** | |

**Northern District, Supreme Court District 3(Northern) Position 2**

Number of counties reporting results :   33 of 33

| | Reported Votes | Percentage of Current Total Reported Votes |
|---|---|---|
| Jimmy Maxwell | 339,411 | 100.00 % |
| **Total for Supreme Court District 3(Northern) Position 2** | **339,411** | |