IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*, <br><br> *Defendants*, | CIVIL ACTION NO. <br> 4:22-cv-62-SA-JMV |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs file this Notice to alert the Court of the issuance of supplemental authority that is relevant to this case. In particular, the Fifth Circuit yesterday issued a published opinion in *Nairne v. Landry*, No. 24-30115 (5th Cir. Aug. 14, 2025) (per curiam). *Nairne* involves a vote dilution challenge to Louisiana's state legislative district lines under Section 2 of the Voting Rights Act. In its decision, a panel of the Fifth Circuit unanimously affirmed the liability determination reached by Chief Judge Dick after trial, applying the same *Gingles* vote-dilution framework that applies in this case. *See Nairne* Slip Op. 15–52. Mr. Cooper, Dr. Burch, and Dr. King all provided expert trial testimony in *Nairne* as to various aspects of the *Gingles* test and the trial court relied on their testimony in finding a Section 2 violation. *Id.* at 17–32 (Cooper), 45–46 (King), 48–49 (Burch).

A copy of the *Nairne* opinion is appended to this Notice.

1

This the 15th day of August, 2025.

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br>*JTom@aclu-ms.org* | /s/ *Ari Savitzky*<br>ACLU FOUNDATION<br>Ari J. Savitzky*<br>Ming Cheung*<br>Sophia Lin Lakin*<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br>*asavitzky@aclu.org*<br>*mcheung@aclu.org*<br>*slakin@aclu.org* |
| * Admitted *pro hac vice* | SOUTHERN POVERTY LAW CENTER<br>Bradley E. Heard*<br>Ahmed Soussi*<br>Sabrina Khan*<br>150 E Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(470) 521-6700<br>*bradley.heard@splcenter.org*<br>*ahmed.soussi@splcenter.org*<br>*sabrina.khan@splcenter.org* |
| | SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood (Miss. Bar No. 106441)<br>Janet A. Gochman*<br>Noah Gimbel*<br>Kate Lambroza*<br>425 Lexington Avenue<br>New York, NY 100017<br>(212) 455-2000<br>*jyoungwood@stblaw.com* |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Ari Savitzky, hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

This the 15th day of August, 2025.

/s/ Ari Savitzky
Ari Savitzky