IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 4:22-cv-00062-SA-JMV |
| **STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES** *in his official capacity as Governor of Mississippi*; **LYNN FITCH** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON** *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |

## DEFENDANTS' NOTICE OF FILING IN UNITED STATES SUPREME COURT

Defendants State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi (hereinafter collectively "Defendants"), by and through counsel, file this Notice to alert the Court of the docketing of the Appellants' Jurisdictional Statement by the Clerk of the United States Supreme Court in *State Board of Election Commissioners v. Mississippi NAACP*, No. 25-234 (U.S.). That filing effectuates a direct appeal from the three-judge district court's decision in *Miss. State Conference of NAACP v. State Bd. of Election Comm'rs*, 739 F. Supp. 3d 383 (S.D. Miss. 2024). The appellant State Board of Election Commissioners and state officials in that direct appeal are the defendants in this case. The direct appeal, brought under the United States Supreme Court's mandatory jurisdiction, 28 U.S.C. § 1253, presents the question to the United States Supreme Court

1

of whether private parties may sue to enforce Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. That is the same dispositive issue raised by the defendants in this case, and which this Court ruled is foreclosed by panel precedent of the United States Court of Appeals for the Fifth Circuit. *See* ECF #264 at 4-5.

A copy of the referenced Jurisdictional Statement is appended to this Notice as Exhibit A.

THIS the 29th day of August, 2025.

    Respectfully submitted,

    STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

    By:    LYNN FITCH, ATTORNEY GENERAL
            STATE OF MISSISSIPPI

    By:    <u>s/Rex M. Shannon III</u>
            REX M. SHANNON III (MSB #102974)
            Special Assistant Attorney General

REX M. SHANNON III (MSB #102974)
BETH WINDSOR USRY (MSB #99267)
JUSTIN L. MATHENY (MSB #100754)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov
beth.usry@ago.ms.gov
justin.matheny@ago.ms.gov

MICHAEL B. WALLACE (MSB #6904)
CHARLES E. COWAN (MSB #104478)

        WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Tel.: (601) 968-5500
Fax: (601) 944-7738
mbw@wisecarter.com
chc@wisecarter.com

ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## **CERTIFICATE OF SERVICE**

    I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named State Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

    THIS the 29th day of August, 2025.

        s/Rex M. Shannon III
        REX M. SHANNON III