IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*. <br><br> *Defendants*. | NO. 4:22-cv-62-SA-JMV <br><br> **MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL** |

PLEASE TAKE NOTICE that I, Victoria Ochoa, am hereby withdrawing my appearance as counsel for Plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, as I am no longer associated with the American Civil Liberties Union Foundation as of September 4, 2025. Other attorneys from the ACLU of Mississippi, ACLU, Simpson, Thacher & Bartlett, and Southern Poverty Law Center will continue to represent Plaintiffs as counsel of record in this matter.

Pursuant to Local Rule 83.1(b)(3), this Motion has been sent to all counsel of record and to all Plaintiffs, and a proposed order is attached as an exhibit.

Page **1** of **3**

Respectfully submitted this 9th day of September, 2025.

| */s/Joshua F. Tom* | /s/ *Victoria Ochoa* |
|---|---|
| Joshua F. Tom<br>Miss. Bar No. 105392<br>ACLU of Mississippi<br>P.O. Box 2242<br>Jackson, MS 39225<br>(601) 354-3408<br>jtom@aclu-ms.org | Victoria Ochoa*<br>NY Bar No. 6039093<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>victoriavochoa@gmail.com<br><br><br>**admitted pro hac vice* |

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on September 9th, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court. On the same date, I also sent via email the foregoing to all of the Plaintiffs.

*/s/Joshua F. Tom*
Joshua F. Tom
Miss. Bar No. 105392
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
jtom@aclu-ms.org