IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                    PLAINTIFFS

v.                                          CAUSE NO. 4:22-CV-62-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                          DEFENDANTS

### ORDER DIRECTING BRIEFING

On August 19, 2025, the Court entered an Order and Memorandum Opinion [264] wherein it concluded that the current Mississippi Supreme Court electoral map violates Section 2 of the Voting Rights Act. The Court granted the Plaintiffs' request for injunctive and declaratory relief.

The Court further advised that it would "provide the Mississippi Legislature an opportunity to enact a plan in compliance with Section 2[.]" [264] at p. 104. The Court indicated that it would convene a status conference with the parties to address an appropriate deadline to impose upon the Mississippi Legislature to take appropriate action.

Since that time, the Court has received email correspondence from counsel regarding the remedial issue. Having considered the correspondence, the Court finds it appropriate to impose a briefing deadline. The parties shall have 30 days from today's date to file a Memorandum indicating (1) their respective positions as to an appropriate deadline to impose upon the Legislature to enact a new Mississippi Supreme Court electoral map; (2) their respective positions as to the need for potential special elections; and (3) any additional remedial issues of which they believe the Court should be made aware.

If either party believes that a status conference is necessary or would provide further clarity, they should notify the Court via email and the Court will consider such a request. Otherwise, the Court will consider the parties' respective filings and take appropriate action in due course.

SO ORDERED, this the 10th day of September, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE