IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                                                          PLAINTIFFS

v.                                                                                         CAUSE NO. 4:22-CV-62-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                                                       DEFENDANTS

ORDER

The pending Motion to Withdraw as Counsel [266] is GRANTED. The Clerk of Court shall terminate Victoria Ochoa, Esq., as counsel on the docket.

SO ORDERED, this the 10th day of September, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE