IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                                       PLAINTIFFS

v.                                                                              CAUSE NO. 4:22-CV-62-SA

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                                       DEFENDANTS

ORDER

Consistent with the Court's directive, the parties have submitted briefing on remedial issues in light of the Court's liability finding in the Plaintiffs' favor.

The parties' filings make clear that they agree on some aspects of the remedial phase of the case. They agree that the Mississippi Legislature should be given an opportunity to draw a remedial map and that the timeline for the same should be the regular 2026 legislative session.

Their disagreement pertains to special elections. The Plaintiffs ask the Court to order special elections for at least two of the Mississippi Supreme Court seats. The Defendants argue that the Court should make no decision at this time as to whether it will order special elections. They contend that the Court should instead "defer consideration of special elections and any further remedial proceedings at least until after the 2026 legislative session." [273] at p. 8.

Despite their disagreement, both parties indicate in their respective filings that they believe an opportunity to meet and confer with each other might be of some assistance. For instance, the Defendants suggest that the Court "order the parties to meet and confer within 14 days and report to the Court on a proposed limited stay of the Court's injunction (or other measures) that would allow next year's scheduled District 2 election and any District 3 elections to proceed without disruption." *Id*. at p. 12. And in their Reply Brief [274], the Plaintiffs "humbly suggest that all of

the issues regarding Supreme Court elections going forward should be the subject of the parties' conferral[.]" [274] at p. 9.

The Court appreciates the parties' willingness to meet and confer in a good faith effort to reach a resolution and will provide the parties an opportunity to do so. The parties shall meet and confer and attempt to reach a resolution on all remedial issues. They shall do so on or before November 3, 2025 and shall provide an update to the Court on or before November 5, 2025. The update should be filed on the docket. The Court will thereafter issue an additional Order providing further guidance.

SO ORDERED, this the 20th day of October, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE