THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE; DERRICK
SIMMONS; TY PINKINS;
CONSTANCE OLIVIA SLAUGHTER
HARVEY-BURWELL                                                                                         PLAINTIFFS

VS.                                                         CIVIL ACTION NO. 4:22-cv-00062-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES
*in his official capacity as Governor of
Mississippi*; LYNN FITCH *in her
official capacity as Attorney General of
Mississippi*; MICHAEL WATSON *in
his official capacity as Secretary of
State of Mississippi*                                                                                  DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Beth Windsor Usry, and moves this Court to enter an Order permitting her withdrawal as counsel of record for Defendants in this action and would show:

1. Beth Windsor Usry requests to be removed as counsel of record for Defendants as her last day with the Office of the Attorney General will be November 12, 2025.

2. Defendants will remain represented by attorneys Rex Shannon, Justin Matheny, Charles Cowan, and Mike Wallace, and Mrs. Usry's withdrawal will in no way prejudice Defendants.

WHEREFORE, PREMISES CONSIDERED, Beth Windsor Usry requests to be

removed as counsel of record for Defendants.

This the 10th day of November 2025.

>Respectfully submitted,
>
>*/s/ Beth Windsor Usry*
>BETH WINDSOR USRY (MSB #99267)
>STATE OF MISSISSIPPI
>OFFICE OF THE ATTORNEY GENERAL
>CIVIL LITIGATION DIVISION
>Post Office Box 220
>Jackson, Mississippi 39205-0220
>Tel.: (601) 359-3809
>beth.usry@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Beth Windsor Usry, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 10th day of November 2025.

>*/s/ Beth Windsor Usry*
>BETH WINDSOR USRY