# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>    *Plaintiffs*,<br><br>    vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi.*<br><br>    *Defendants*. | **NO. 4:22-cv-62-DMB-JMV**<br><br>**Notice of Appearance** |

Please take notice that Greta E. Martin of the Southern Poverty Law Center hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 8th day of December, 2025.

/s/ *Greta K. Martin*
Greta K. Martin (MS Bar No. 103672) Southern Poverty Law Center
150 E. Ponce de Leon Ave. Ste 340
Decatur, GA 30030
(607) 387-2342
greta.martin@splcenter.org

Page **1** of **2**

## CERTIFICATE OF SERVICE

I, Greta E. Martin, hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Greta K. Martin*
Greta K. Martin (MS Bar No. 103672)
Southern Poverty Law Center
150 E. Ponce de Leon Ave. Ste 340
Decatur, GA 30030
(607) 387-2342
greta.martin@splcenter.org