# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

     *Plaintiffs,*

     vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi.*

     *Defendants*.

**NO. 4:22-cv-62-SA**

**Notice of Appearance**

Please take notice that Nina Nayiri McKay of the American Civil Liberties Union Foundation hereby enters her appearance as additional counsel of record for plaintiffs DYAMONE WHITE, DERRICK SIMMONS, TY PINKINS, and CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL.

Respectfully submitted this 20th day of March, 2026.

/s/ *Nina Nayiri McKay*
Nina Nayiri McKay*
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nmckay@aclu.org

*admitted pro hac vice

## **<u>CERTIFICATE OF SERVICE</u>**

I, Nina Nayiri McKay, hereby certify that on March 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

<u>/s/ *Nina Nayiri McKay*</u>
Nina Nayiri McKay*
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nmckay@aclu.org

*admitted pro hac vice*