**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CIVIL MINUTES**

**Case No.**  4:22-cv-062-SA  **Place Held:** Telephonic - Aberdeen

**Style:**  Dyamone White, et al v. State Board of Election Commissioners, et al

**Date & Time Began:**  4/14/2026, 9:37 A.M.
**Date & Time Ended:**  4/14/2026, 10:37 A.M.

**Total Time:** 1 hour

**HONORABLE SHARION AYCOCK, PRESIDING**

Tracy Wright                                          Digital
**Courtroom Deputy**                         **Court Reporter**

**Attorneys for Plaintiffs:**                  **Attorneys for Defendants:**
Ari J. Savitsky                                        Michael B. Wallace
Jonathan K. Youngwood                     Justin Kee Matheny
Joshua Fiyenn Tom
Ming Cheung
Nina Nayiri McKay
Sabrina S. Khan
V. Noah Benjamin Gimbel
Ahmed K. Soussi
Ayanna Denise Hill

**PROCEEDINGS:**  Telephonic Status Conference.

**DOCKET ENTRY:**  Telephonic Status Conference held. Order to follow.

**DANIEL B MCHUGH, CLERK OF COURT**

By: ___/s/ Tracy Wright_____
        Courtroom Deputy