IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                    PLAINTIFFS

v.                                                        CAUSE NO. 4:22-CV-62-SA

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                    DEFENDANTS

ORDER

As directed during the telephonic status conference held this day, the Plaintiffs shall, on or before April 17, 2026, file a Memorandum articulating their position as to the remedies the Court should impose in this case. This filing shall include a proposed electoral map (or maps) and any other documentation the Plaintiffs desire for the Court to consider in determining appropriate remedies. The Defendants shall file a Response Memorandum on or before April 25, 2026. Should the Defendants desire to submit their own proposed map (or maps) for the Court's consideration, they shall include the same within that filing.

The Court will hold a hearing in this case on Tuesday, April 28, 2026, at 11:00 AM in Aberdeen, Mississippi. The parties shall be prepared to submit evidence and/or argument in support of their respective positions. A separate Notice of Hearing will be entered.

SO ORDERED, this the 14th day of April, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE