# Mississippi Legislature
## 2026 Regular Session

# 009-0003-0001

Search..

*Main Menu*

---

HB1749 MS Supreme Court; bring forward sections that regulate.          Horan
*          03/30 (H) Died In Conference
SB2138 Supreme Court districts; bring forward provisions related to.          Wiggins
*          03/30 (S) Died In Conference

---

| KEY: | * = Amended | % = 3/5ths Vote Required | V = Vetoed |
|---|---|---|---|
| | $ = Revenue | @ = Exempted From Deadline | P = Partially Vetoed |

---

**Last Update on 04/03/2026 at 10:15**
*End Of Document*