**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

White et al
_____

v.

Case No. 4:22-cv-62 _____

State Board of Election Commissioners
_____

### AFFIDAVIT FOR USE OF ELECTRONIC DEVICES

I, Taylor Vance _____, a certified member of the press and employee of

Mississippi Today _____, hereby request that I be authorized to use electronic devices in the

designated federal courtroom in Aberdeen _____, Mississippi, for note-taking purposes only,

during my coverage of the above styled case. I agree to the following conditions:

I will not take any photographs, video or audio recordings, nor broadcast anything from

the courtroom or its environs, regardless of whether court is in session.

I will comply fully with Local Rule 83.4 (a) and (b) and any decorum orders entered by

the presiding judge.

I certify that any transmission of information from within the courthouse will only occur

in the designated media room if the presiding judge has designated such an area.

I acknowledge that this permission is limited to the above styled case.

WITNESS MY SIGNATURE, this the 20 day of April, 20 26.

_____ *Taylor Vance*
**AFFIANT**

**APPROVED**, this the 21st day of April, 20 26.

_____
**PRESIDING JUDGE**