**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

|  |  |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,<br><br>*Plaintiffs*<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*,<br><br>*Defendants.* | Civil Action No. 4:22-cv-00062-SA-JMV |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.1(b)(3), Plaintiffs, by and through their counsel, respectfully request the withdrawal of the appearance of Kate Lambroza of Simpson Thacher & Bartlett LLP as counsel for Plaintiffs in the above-referenced actions. Ms. Lambroza will no longer be associated with the law firm of Simpson Thacher & Bartlett LLP as of April 28, 2026. Simpson Thacher & Bartlett LLP will continue to serve as counsel for Plaintiff, along with co-counsel the American Civil Liberties Union of Mississippi Foundation, the ACLU Foundation, and the Southern Poverty Law Center.

Dated:  April 27, 2026
Washington, D.C.

By  _/s/ Kate Lambroza_

SIMPSON THACHER & BARTLETT LLP
Kate Lambroza*
900 G Street, NW
Washington, D.C. 20001
Tel: (212) 636-5977
Fax: (202) 636-5502
kate.lambroza@stblaw.com

*Attorney for Plaintiffs*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Kate Lambroza, hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.


 */s/ Kate Lambroza*
Kate Lambroza