IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                                PLAINTIFFS

v.                                                                         CAUSE NO. 4:22-CV-62-SA

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                            DEFENDANTS

ORDER DIRECTING BRIEFING

The Court convened an evidentiary hearing in this case on April 28, 2026. During the hearing, the parties made extensive arguments as to the impact of the *Louisiana v. Callais* case then-pending at the Supreme Court. Today, the Supreme Court issued its decision in *Callais*. In light of the same, the parties shall each file a Memorandum articulating their respective position as to the impact of *Callais* on this case and how this Court should proceed with the remedial process. The parties shall do so no later than Wednesday, May 6, 2026.[1]

SO ORDERED, this the 29th day of April, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] During the April 28, 2026 hearing, the Court provided the parties until May 1, 2026 to provide any additional argument pertaining to any matters that arose during the hearing. That deadline is extended to May 6, 2026 and may be incorporated in the filings pertaining to the *Callais* decision.