UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## NOTICE

DYAMONE WHITE, et al                                                    PLAINTIFFS

V.                                                          CASE NO. 4:22-CV-062-SA

STATE BOARD OF ELECTION COMMISSIONERS, et al          DEFENDANTS

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

**Place**
**UNITED STATES DISTRICT COURT**
**301 WEST COMMERCE STREET**
**ABERDEEN, MISSISSIPPI**

**\*VIA VIDEOCONFERENCE**

**Room No.**
**COURTROOM 1 – THIRD FLOOR**
_____

**Date and Time**
**THURSDAY, APRIL 30, 2026 – 1:30 P.M.**

---

**Type of Proceeding**

**CONTINUATION OF EVIDENTIARY HEARING HELD APRIL 28, 2026,
BEFORE SENIOR UNITED STATES DISTRICT JUDGE SHARION AYCOCK**

---

DANIEL B. MCHUGH, Clerk of Court

BY:___/s/ Tracy Wright_____
         Courtroom Deputy

Date:  April 29, 2026

To:     Ari J. Savitzky (electronic notice only)            Bradley E. Heard (electronic notice only)
        Janet A. Gochman (electronic notice only)         Jonathan K. Youngwood (electronic notice only)
        Joshua Fiyenn Tom (electronic notice only)        Kate Lambroza (electronic notice only)
        Ming Cheung (electronic notice only)              Nina Nayiri McKay (electronic notice only)
        Patricia Jia Yan (electronic notice only)         Sabrina S. Khan (electronic notice only)
        Sophia Lin Lakin (electronic notice only)         V. Noah B. Gimbel (electronic notice only)
        Ahmed K. Soussi (electronic notice only)          Ayanna Denise Hill (electronic notice only)
        Michael B. Wallace (electronic notice only)       Charles E. Cowan (electronic notice only)
        Justin Lee Matheny (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov**

**IF YOU HAVE ANY QUESTIONS**.