**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CIVIL MINUTES**

**Case No.**  4:22-cv-062-SA　　　　　　　**Place Held:**　Aberdeen, Mississippi

**Style:**　Dyamone White, et al v. State Board of Election Commissioners, et al

**Date & Time Began:** 4/28/2026, 11:09 a.m.
**Date & Time Ended:** 4/30/2026, 2:22 p.m.

4/28/2026, 11:09 a.m. – 4:28 p.m. (4 hours, 46 minutes)
4/30/2026, 1:35 p.m. – 2:22 p.m. (47 minutes)

**Total Time:** 5 hours, 33 minutes

**PRESENT:**　　**HONORABLE SHARION AYCOCK, SENIOR JUDGE**

Tracy Wright　　　　　　　　　　　　　　　Rita Davis
Courtroom Deputy　　　　　　　　　　　　Official Court Reporter

**Attorneys for Plaintiffs:**　　　　　　　　**Attorneys for Defendants:**
Ari J. Savitzky (4/28 & 4/30)　　　　　　　Justin Lee Matheny (4/28 & 4/30)
Ming Cheung  (4/28 & 4/30)　　　　　　　Michael B. Wallace (4/28 & 4/30)
Nina Nayiri McKay (4/28 & 4/30)
V. Noah Benjamin Gimbel (4/28 & 4/30)
Joshua Fiyenn Tom (4/28 & 4/30)
Ahmed K. Soussi (4/28 & 4/30)
Ayanna Denise Hill (4/28)
Bradley E. Heard (4/28)
Sabrina S. Khan (4/30)
Jonathan K. Youngwood (4/30)

**PROCEEDINGS:** Evidentiary Hearing; 4/28 hearing held in person, 4/30 hearing held via Zoom

**DOCKET ENTRY:** Hearing held. Witnesses testified. Exhibits admitted. Argument presented.

**DANIEL B. MCHUGH, CLERK OF COURT**
By:　____/s/ Tracy Wright_____
Courtroom Deputy