**DIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DYAMONE WHITE, et al**                                             **PLAINTIFFS**

**V.**                                         **CASE NO. 4:22cv062-SA**

**STATE BOARD OF ELECTION COMMISSIONERS, et al**        **DEFENDANTS**

**WITNESS LIST – (EVIDENTIARY HEARING)**

**PLAINTIFF:**                                    **DEFENDANT:**

| William Cooper (expert designation) (4/28/26) | Dr. John Alford (expert designation) (4/30/26) |
|---|---|