**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DYAMONE WHITE, et al**                                                                **PLAINTIFFS**

**V.**                                                                **CASE NO. 4:22-CV-062-SA**

**STATE BOARD OF ELECTION COMMISSIONERS, et al**                                **DEFENDANTS**

**EXHIBIT LIST**

| Presiding Judge: Sharion Aycock | Attorneys for Plaintiffs: Ari J. Savitzky Ming Cheung Nina Nayiri McKay V. Noah Benjamin Gimbel Joshua Fiyenn Tom Ayanna Denise Hill Bradley E. Heard Ahmed K. Soussi Sabrina S. Khan Jonathan K. Youngwood | | | | Attorneys for Defendants: Justin Lee Matheny Michael B. Wallace | |
|---|---|---|---|---|---|---|
| Hearing: 4/28/2026 and 4/30/2026 | Court Reporter: Rita Davis | | | | Courtroom Deputy: Tracy Wright | |
| Pl. | Def. | Date offered | m | a | Description of Exhibits | |
| | D-1 | 4/28/26 | X | X | ID ONLY – Declaration of William S. Cooper, Southern District of Mississippi Case No.: 3:01-cv-855-HTW-DCB and 3:11-cv-717-HTW-LRA | |
| | D-2 | 4/30/26 | X | X | Curriculum Vitae of Dr. John Alford, February 2026 | |