# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 11, 2026

Lyle W. Cayce
Clerk

No. 25-60506

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS;
CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiffs—Appellees*,

*versus*

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *In his official capacity as Governor of Mississippi*; LYNN FITCH, *In her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *In his official capacity as Secretary of State of Mississippi*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:22-CV-62

_____

UNPUBLISHED ORDER

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the Joint Motion of the Parties to lift the stay in this case is GRANTED.

Case 4:22-cv-00062-SDJ    Document: 542    Filed: 05/12/26    Page: 2 of 4

No. 25-60506

IT IS FURTHER ORDERED that the Joint Motion of the Parties to vacate the district court's August 19, 2025, opinion and order is GRANTED.

IT IS FURTHER ORDERED that the Joint Motion of the Parties to remand the case to the district court for further proceedings in light of *Louisiana v. Callais* is GRANTED.

IT IS FURTHER ORDERED that the Joint Motion of the Parties to issue the mandate forthwith is GRANTED.

Certified as a true copy and issued
as the mandate on **May 11, 2026**

**Attest:**

*Jyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**