IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                         PLAINTIFFS

v.                                                                 CAUSE NO. 4:22-CV-62-SA

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                       DEFENDANTS

ORDER

On May 11, 2026, the Fifth Circuit granted the parties' joint request to remand this case in light of the Supreme Court's decision in *Louisiana v. Callais*, --- S. Ct. ---, 2026 WL 1153054 (U.S. Apr. 29, 2026). *See* [308].

On or before May 26, 2026, the parties shall file a joint status report outlining, to the extent possible, a joint proposal for how the case should proceed. If necessary, the parties may also submit separate supplemental filings setting forth their respective positions on matters the parties are unable to agree upon or other matters the Court should take into account in considering how to proceed.

The Court will thereafter take appropriate action.

SO ORDERED, this the 12th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE