**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

|  |  |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*. <br><br> *Defendants*. | **NO. 4:22-cv-62-DMB-JMV** <br><br> **Withdraw as Counsel** |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

The undersigned moves this Court to enter an Order permitting the withdrawal of Ahmed Soussi, as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

Mr. Soussi will no longer be employed at the Southern Poverty Law Center after May 21, 2026. The Southern Poverty Law Center, ACLU, American Civil Liberties Union of Mississippi and Simpson Thacher & Bartlett LLP remain qualified, well-resourced,

and well-equipped to represent the Plaintiffs and will continue to do so. Mr. Soussi's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its Order permitting the withdrawal of Ahmed Soussi in the above-referenced case.

Respectfully submitted, this 20th day of May 2026.

*/s/ Ahmed Soussi*
Ahmed K. Soussi
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave
Suite 340
Decatur, GA 30030
P: (334) 213-8303
E: ahmed.soussi@splcenter.org

## CERTIFICATE OF SERVICE

I, Ahmed Soussi, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this 20th day of May 2026.

/s/ Ahmed Soussi
Ahmed Soussi