IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                                    PLAINTIFFS

v.                                                          CAUSE NO. 4:22-CV-62-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                    DEFENDANTS

ORDER

The pending Motion to Withdraw as Counsel [310] is GRANTED. The Clerk of Court shall

terminate Ahmed Soussi, Esq. as active counsel of record on the docket.

SO ORDERED, this the 20th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE