**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,* <br><br> *Defendants.* | **CIVIL ACTION NO.** <br> **4:22-cv-00062-SA** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated May 12, 2026, ECF No. 309, the parties are required to "file a joint status report outlining, to the extent possible, a joint proposal for how the case should proceed" in light of the Supreme Court's decision in *Louisiana v. Callais*, --- S. Ct. ---, 2026 WL 1153054 (U.S. Apr. 29, 2026).

The parties have met and conferred in good faith and were unable to reach agreement on the next steps in this case. Consistent with this Court's Order, the parties will be submitting separate supplemental filings setting forth their respective positions.

1

Respectfully submitted,

This the 26th day of May 2026

/s/ *Ari J. Savitzky*

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (Miss. Bar No. 106441)
Janet Gochman*
Noah Gimbel*
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ari J. Savitzky*
Ming Cheung*
Nina McKay*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*mcheung@aclu.org*
*nmckay@aclu.org*
*slakin@aclu.org*

SOUTHERN POVERTY LAW CENTER
Bradley E. Heard*
Sabrina Khan*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*sabrina.khan@splcenter.org*

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

/s/Justin L. Matheny
JUSTIN L. MATHENY (MSB #100754)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-3680
Fax:  (601) 359-2003
justin.matheny@ago.ms.gov

MICHAEL B. WALLACE (MSB #6904)
CHARLES E. COWAN (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Tel.:  (601) 968-5500
Fax:  (601) 944-7738
mbw@wisecarter.com
chc@wisecarter.com

ATTORNEYS FOR DEFENDANTS