## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

DYAMONE WHITE; DERRICK SIMMONS; TY
PINKINS; CONSTANCE OLIVIA SLAUGHTER
HARVEY-BURWELL,

    *Plaintiffs*,

    vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his official
capacity as Governor of Mississippi*; LYNN FITCH,
*in her official capacity as Attorney General of
Mississippi*; MICHAEL WATSON, *in his official
capacity as Secretary of State of Mississippi,*

    *Defendants.*

CIVIL ACTION NO.
**4:22-cv-00062-SA**

**STIPULATION**

1.    The parties having jointly moved to vacate and remand the appeal of the District Court's merits ruling and injunction in this matter (No. 25-60506 (5th Cir.)) in light of the U.S. Supreme Court's decision in *Louisiana v. Callais*, 608 U.S. ____, Nos. 24-109 & 24-110, 2026 WL 1153054 (April 29, 2026) for whatever further proceedings and disposition the District Court deems appropriate, Plaintiffs hereby stipulate that they will not seek in any such proceedings preliminary or permanent injunctive relief ordering special elections for any position on the Mississippi Supreme Court prior to November 2027.

2.    Nothing in this Stipulation shall be construed to mean that Plaintiffs will refrain from seeking preliminary or permanent injunctive relief ordering special elections for one or

1      EXHIBIT A

more positions on the Mississippi Supreme Court to take place in November 2027 or any later date.

/s/ *Ari J. Savitzky*

AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (Miss. Bar No. 106441)
Janet Gochman*
Noah Gimbel*
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Ari J. Savitzky*
Ming Cheung*
Nina McKay*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*mcheung@aclu.org*
*nmckay@aclu.org*
*slakin@aclu.org*

SOUTHERN POVERTY LAW CENTER
Bradley E. Heard*
Ahmed Soussi*
Sabrina Khan*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*ahmed.soussi@splcenter.org*
*sabrina.khan@splcenter.org*

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

/s/ *Justin L. Matheny*

MICHAEL B. WALLACE (MSB #6904)
CHARLES E. COWAN (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Tel.: (601) 968-5500
mbw@wisecarter.com
chc@wisecarter.com

JUSTIN L. MATHENY (MSB #100754)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-3680
justin.matheny@ago.ms.gov

*Attorneys for Defendants*

2