## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### <u>NOTICE</u>

**DYAMONE WHITE, et al.**                                                    **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO.: 4:22-cv-62-SA-JMV**

**STATE BOARD OF ELECTION**
**COMMISSSIONERS, et al.**                                                **DEFENDANTS**

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS   38701** | **TELEPHONIC** |
| | *Date and Time* |
| | **JULY 9, 2026**<br>**2:00 P.M.** |

*Type of Proceeding*

### TELEPHONIC SCHEDULING CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**\*\*\*<u>CALL-IN INFORMATION</u>\*\*\***
**CALL-IN TELEPHONE NUMBER:   662-305-1900**
**CONFERENCE ID NUMBER:   944385601**
*Participants press # as indicated.*

**DANIEL B. McHUGH, Clerk of Court**

By:   /s/ *Itonia R. Williams*
          Courtroom Deputy

Date:   July 7, 2026

If you have any questions, contact Itonia R. Williams at 662-335-9214
or via email: Itonia_Williams@msnd.uscourts.gov.