# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## CIVIL MINUTES

**PLACE HELD – Telephonic**                    **CIVIL ACTION NO.:  4:22-cv-62-SA-JMV**

**DYAMONE WHITE, et al.**

**VS.**

**STATE BOARD OF ELECTION
COMMISSIONERS, et al.**

**DATE & TIME BEGAN/ENDED:**        **July 9, 2026
2:00 p.m. – 2:20 p.m.**

**Total Time – 20 minutes**

**PRESENT:**        **Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorneys for Plaintiffs** | **Law Clerk** | **Attorneys for Defendants** |
|---|---|---|
| Ari J. Savitzky | Blaine Bonis | Charles E. Cowan |
| Johnathan K. Youngwood | | Justin L. Matheny |
| Joshua F. Tom | | |

**PROCEEDINGS:   Telephonic Scheduling Conference**

**Docket Entry:** A telephonic scheduling conference held. Case scheduling discussed. Modified scheduling order to be entered.

**DANIEL B. McHUGH, Clerk of Court**

**By:**  /s/ *Itonia R. Williams*
Courtroom Deputy