## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DYAMONE WHITE, et al.**                                                    **PLAINTIFFS**

**V.**                                                    **CIVIL ACTION NO.: 4:22-cv-62-SA-JMV**

**STATE BOARD OF ELECTION**
**COMMISSIONERS, et al.**                                                    **DEFENDANTS**

## ORDER SETTING ADDITIONAL SCHEDULING DEADLINES

This matter is before the Court to set additional scheduling deadlines.

The following deadlines shall apply: Discovery as to facts and experts will begin July 10, 2026, and extend through October 19, 2026. Plaintiff's expert designation deadline will be August 10, 2026. Defendant's expert designation deadline will be September 10, 2026. Plaintiff's rebuttal expert reports, if any, will be due by September 24, 2026. Additional briefing, if any is required, will be at the further direction of the presiding District Judge.

SO ORDERED this the 10th day of July, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**