IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYAMONE WHITE, et al.                                         PLAINTIFFS

v.                                                 CAUSE NO. 4:22-CV-62-SA-JMV

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                         DEFENDANTS

ORDER

Consistent with this Court's recent Orders [317, 320], the parties are hereby ordered to submit simultaneous pre-hearing briefs no later than November 2, 2026. In those filings, the parties should articulate any arguments that they desire for the Court to consider in connection with the liability aspect of this case. A hearing will commence on November 16, 2026. A separate Notice of Hearing will be entered.

SO ORDERED, this the 13th day of July, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE