UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## NOTICE

DYAMONE WHITE, et al                                                    PLAINTIFFS

V.                                                             CASE NO. 4:22-CV-062-SA

STATE BOARD OF ELECTION COMMISSIONERS, et al          DEFENDANTS

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES DISTRICT COURT** **301 WEST COMMERCE STREET** **ABERDEEN, MISSISSIPPI** | **COURTROOM 1 – THIRD FLOOR** |
| | **Date and Time** **MONDAY, NOVEMBER 16, 2026** **10:00 A.M.** |

**Type of Proceeding**

## EVIDENTIARY HEARING
### BEFORE SENIOR UNITED STATES DISTRICT JUDGE SHARION AYCOCK

DANIEL B. MCHUGH, Clerk of Court

BY:    /s/ Tracy Wright
Courtroom Deputy

Date:  July 13, 2026

To:    Ari J. Savitzky (electronic notice only)          Bradley E. Heard (electronic notice only)
Janet A. Gochman (electronic notice only)        Jonathan K. Youngwood (electronic notice only)
Joshua Fiyenn Tom (electronic notice only)       Ming Cheung (electronic notice only)
Nina Nayiri McKay (electronic notice only)       Patricia Jia Yan (electronic notice only)
Sabrina S. Khan (electronic notice only)         Sophia Lin Lakin (electronic notice only)
V. Noah B. Gimbel (electronic notice only)       Ayanna Denise Hill (electronic notice only)
Michael B. Wallace (electronic notice only)      Charles E. Cowan (electronic notice only)
Justin Lee Matheny (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**.