**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DYAMONE WHITE; DERRICK**
**SIMMONS; TY PINKINS;**
**CONSTANCE OLIVIA SLAUGHTER**
**HARVEY-BURWELL**                                                    **PLAINTIFFS**

**VS.**                                                    **CIVIL ACTION NO. 4:22-cv-00062-SA-JMV**

**STATE BOARD OF ELECTION**
**COMMISSIONERS; TATE REEVES**
*in his official capacity as Governor of*
*Mississippi*; **LYNN FITCH** *in her*
*official capacity as Attorney General of*
*Mississippi*; **MICHAEL WATSON** *in*
*his official capacity as Secretary of*
*State of Mississippi*                                                    **DEFENDANTS**

---

**NOTICE OF SERVICE**

---

NOTICE IS HEREBY GIVEN that the defendants, State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, by and through counsel, have this date respectively served the following:

1.    *Defendants' Second Set of Interrogatories Propounded to Plaintiffs.*

The undersigned retains the originals of the above-referenced papers as custodian thereof.

THIS the 24th day of July, 2026.

                                        Respectfully submitted,

                                        STATE BOARD OF ELECTION COMMISSIONERS, TATE
                                        REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
                                        MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY
                                        AS ATTORNEY GENERAL OF MISSISSIPPI, AND
                                        MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS

1

SECRETARY OF STATE OF MISSISSIPPI

/s/*Michael B. Wallace*

MICHAEL B. WALLACE (MSB #6904)
CHARLES E. COWAN (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Tel.:  (601) 968-5500
Fax:  (601) 944-7738
mbw@wisecarter.com
cec@wisecarter.com

JUSTIN L. MATHENY (MSB #100754)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4184
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov
justin.matheny@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Michael B. Wallace, one of the attorneys for the above-named State Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 24th day of July, 2026.

/s/*Michael B. Wallace*
MICHAEL B. WALLACE

2