IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Greenville Division

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS; CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL

*Plaintiffs*,

v.

STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL WATSON, in his official capacity as Secretary of State of Mississippi,

*Defendants*.

No. 4:22-cv-00062-SA-JMV

**NOTICE OF SERVICE OF PLAINTIFFS' EXPERT AND SUPPLEMENTAL EXPERT REPORTS**

**TO: All Counsel of Record**

NOTICE IS HEREBY GIVEN that the Plaintiffs, Dyamone White, Derrick Simmons, Ty Pinkins, and Constance Olivia Slaughter Harvey-Burwell, by and through counsel, have this date served the following *Expert* and S*upplemental Expert Reports*:

1. Supplemental Expert Report of William S. Cooper
2. Supplemental Expert Report of Dr. James T. Campbell
3. Supplemental Expert Report of Dr. Byron D'Andra Orey
4. Supplemental Expert Report of Dr. Traci Burch
5. Expert Report of Dr. Ari Stern
6. Expert Report of Dr. Lisa Handley

The undersigned retains the originals of the above-referenced papers as custodian thereof.

This the 14th day of August, 2026.

/s/ Joshua F. Tom
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
*JTom@aclu-ms.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (Miss Bar no. 106441)
Janet Gochman*
Noah Gimbel*
425 Lexington Avenue
New York, NY 100017
(212) 455-2000
*jyoungwood@stblaw.com*
*jgochman@stblaw.com*
*ngimbel@stblaw.com*

* Admitted *pro hac vice*

ACLU FOUNDATION
Ari J. Savitzky*
Ming Cheung*
Nina McKay*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
*asavitzky@aclu.org*
*mcheung@aclu.org*
*nmckay@aclu.org*
*slakin@aclu.org*

SOUTHERN POVERTY LAW CENTER
Bradley E. Heard*
Sabrina Khan*
150 E Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(470) 521-6700
*bradley.heard@splcenter.org*
*sabrina.khan@splcenter.org*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Joshua Tom, hereby certify that on August 14, 2026, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/Joshua Tom___________
Joshua Tom, MSB # 105392